# Exhibit S

**EXHIBIT FILED UNDER SEAL**