# Exhibit X