# Exhibit Y

EXHIBIT FILED UNDER SEAL