# Exhibit Z

**EXHIBIT FILED UNDER SEAL**