# Exhibit AA

## EXHIBIT FILED UNDER SEAL