# Exhibit AB

**EXHIBIT FILED UNDER SEAL**