# Exhibit AC

**EXHIBIT FILED UNDER SEAL**