# Exhibit AD

## EXHIBIT FILED UNDER SEAL