James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
ewodinsky@ftc.gov

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-02880-SK <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (attached hereto, hereinafter "Complaint").

Certain portions of Plaintiff's Complaint contain information obtained from Microsoft Corporation ("Microsoft"), Activision Blizzard, Inc. ("Activision"), and NVIDIA Corporation ("Nvidia"), and Sony Interactive Entertainment ("Sony") during the course of the FTC's investigation regarding Microsoft's proposed acquisition of Activision. Microsoft, Activision, Nvidia, and SIE designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Other portions of the Complaint contain information that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp. and Activision, Blizzard, Inc*., before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Complaint | Page 2, Portions of Line 9–10 | Microsoft, Activision |
| Complaint | Page 3, Portions of Lines 10–11 | Microsoft, Activision |
| Complaint | Page 3, Lines 13–18 | Microsoft, Activision |
| Complaint | Page 5, Portion of Line 7 | Microsoft |
| Complaint | Page 5, Portion of Line 18 | Activision |
| Complaint | Page 5, Portion of Line 22 | Activision |

| Complaint | Page 7, Portion of Line 13 | Activision |
| --- | --- | --- |
| Complaint | Page 11, Portions of Line 4 | Microsoft |
| Complaint | Page 11, Portions of Line 6 | Microsoft |
| Complaint | Page 12, Portion of Line 9 | Microsoft |
| Complaint | Page 12, Portions of Line 12–13 | Microsoft |
| Complaint | Page 12, Portion of Line 14 | Microsoft |
| Complaint | Page 12, Portion of Line 18 | Microsoft, Sony |
| Complaint | Page 15, Potions of Lines 16–19 | Microsoft |
| Complaint | Page 15, Portion of Line 20 | Microsoft |
| Complaint | Page 15, Portions of Line 21–22 | Microsoft |
| Complaint | Page 15, Portions of Line 23 | Microsoft |
| Complaint | Page 16, Portions of Line 10–11 | Microsoft |
| Complaint | Page 16, Portions of Line 12–13 | Microsoft |
| Complaint | Page 16, Portions of Line 21 | Microsoft |
| Complaint | Page 16, Portions of Line 23 | Microsoft |
| Complaint | Page 16, Line 27–Page 17, Line 4 | Microsoft |
| Complaint | Page 17, Portions of Line 7–8 | Microsoft |
| Complaint | Page 17, Portions of Line 9–11 | Microsoft |
| Complaint | Page 17, Portions of Line 12–14 | Microsoft |
| Complaint | Page 17, Portions of Line 18–19 | Microsoft |
| Complaint | Page 17, Portions of Line 25–26 | Microsoft |
| Complaint | Page 18, Lines 2–3 | Microsoft |
| Complaint | Page 18, Portions of Line 4–6 | Microsoft |

| Complaint | Page 18, Portions of Line 13 | Activision |
|---|---|---|
| Complaint | Page 18, Portions of Line 15 | Activision |
| Complaint | Page 18, Portion of Line 16 | Microsoft, Activision |
| Complaint | Page 18, Portion of Line 17 | Activision |
| Complaint | Page 18, Line 19–21 | Activision |
| Complaint | Page 20, Portion of Line 17 | Sony |
| Complaint | Page 20, Portions of Line 20–21 | Nintendo |
| Complaint | Page 21, Portion of Line 2 | Microsoft, Sony |
| Complaint | Page 21, Portions of Lines 10–12 | Microsoft |
| Complaint | Page 21, Portions of Lines 12–13 | Microsoft, Activision |
| Complaint | Page 21, Portions of Lines 21–22 | Microsoft, Activision, Nintendo |
| Complaint | Page 23, Portions of Lines 9–10 | Microsoft |
| Complaint | Page 23, Line 11 | Microsoft |
| Complaint | Page 23, Portions of Lines 12–14 | Microsoft |
| Complaint | Page 23, Portions of Lines 14–15 | Microsoft |
| Complaint | Page 23, Portions of Lines 21–22 | Microsoft |
| Complaint | Page 25, Portion of Line 11 | Microsoft |
| Complaint | Page 25, Portions of Lines 14–16 | Microsoft |
| Complaint | Page 25, Portions of Lines 17–18 | Microsoft |
| Complaint | Page 25, Lines 19–23 | Microsoft |
| Complaint | Page 26, Portions of Lines 1–2 | Microsoft |
| Complaint | Page 26, Portion of Line 13 | Microsoft |

| Complaint | Page 26, Portions of Lines 14–15 | Microsoft |
|---|---|---|
| Complaint | Page 26, Portions of Lines 16–17 | Microsoft |
| Complaint | Page 26, Portions of Lines 18–19 | Microsoft |
| Complaint | Page 26, Portions of Lines 21–22 | Microsoft |
| Complaint | Page 26, Portion of Line 25 | Microsoft |
| Complaint | Page 28, Portion of Line 6 | Microsoft |
| Complaint | Page 28, Lines 8–10 | Microsoft |
| Complaint | Page 28, Portion of Line 11 | Microsoft |
| Complaint | Page 28, Portions of Lines 13–15 | Microsoft |
| Complaint | Page 28, Portions of Lines 16–17 | Microsoft |
| Complaint | Page 28, Portions of Lines 19–21 | Microsoft, Activision |
| Complaint | Page 28, Portions of Lines 22–23 | Microsoft |
| Complaint | Page 29, Portions of Lines 14–16 | Sony |
| Complaint | Page 29, Portion of Line 20 | Nvidia |
| Complaint | Page 29, Portions of Lines 21–24 | Nvidia |
| Complaint | Page 30, Portion of Line 18 | Activision, Nvidia |
| Complaint | Page 30, Lines 19–22 | Activision, Nvidia |
| Complaint | Page 30, Portion of Line 26 | Sony |
| Complaint | Page 30, Line 27– Page 31, Line 4 | Nvidia |
| Complaint | Page 31, Portions of Lines 7–9 | Microsoft |
| Complaint | Page 31, Portion of Line 14 | Microsoft |
| Complaint | Page 31, Portion of Line 15 | Microsoft |
| Complaint | Page 31, Portion of Line 26 | Microsoft, Activision |

| Complaint | Page 32, Portions of Lines 5–6 | Microsoft |
| --- | --- | --- |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Plaintiff has redacted the above-referenced yellow-highlighted portions of its Complaint because Microsoft or Activision has designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiff has redacted the above-referenced green-highlighted portions of its Complaint because Nvidia has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced blue-highlighted portions of tis complaint because Sony has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced pink-highlighted portions of tis complaint because Nintendo has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

In compliance with Civil Local Rule 79-5(d), the unredacted version of the Complaint accompanies this Administrative Motion.  In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

1

Dated: June 12, 2023

Respectfully Submitted,

2

*/s/ James Weingarten*

James H. Weingarten

3

Peggy Bayer Femenella
James Abell

4

Cem Akleman
J. Alexander Ansaldo

5

Michael T. Blevins
Amanda L. Butler

6

Nicole Callan
Maria Cirincione

7

Kassandra DiPietro
Jennifer Fleury

8

Michael A. Franchak
James Gossmann

9

Ethan Gurwitz
Meredith R. Levert

10

David E. Morris
Merrick Pastore

11

Stephen Santulli
Edmund Saw

12

Federal Trade Commission

13

600 Pennsylvania Avenue, NW

14

Washington, DC 20580
Tel: (202) 326-3570

15

*Counsel for Plaintiff Federal Trade*

16

*Commission*

17

18

19

20

21

22

23

24

25

26

27

28