**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC") has filed an Administration Motion to Consider Whether Another Party's Material Should be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction ("FTC's Complaint") (Dkt No. 7). Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft, Defendant Activision, and/or any Third Party pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Complaint shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC Shall file a completely unredacted version of its Complaint within 7 days entry of this order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of FTC's Complaint, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this order.

Dated: _____, 2023

_____  
Honorable Judge  
United States District Judge  
Northern District of California

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED  
CASE NO. 3:23-CV-2880