**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-2880 |
| **MICROSOFT CORP.** | **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| and | |
| **ACTIVISION BLIZZARD, INC.,** | |
| Defendants. | |

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed
Case No. 3:23-cv-2880

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Emergency Motion for a Temporary Restraining Order (Dkt. No. 7) and documents submitted in support thereof. Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft Corporation ("Microsoft") and/or Defendant Activision Blizzard, Inc., ("Activision") pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Emergency Motion for a Temporary Restraining Order and documents submitted in support thereof shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted versions of its Emergency Motion for a Temporary Restraining Order and documents submitted in support thereof within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its Emergency Motion and documents submitted in support thereof that comports with this Court's Order, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2023

_____
Honorable Judge
United States District Judge
Northern District of California

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative motion to consider whether another party's material should be sealed
Case No. 3:23-cv-2880

1