James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; pbayer@ftc.gov:*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-02880-SK <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 3:23-cv-02880-SK

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I served or caused to be served a true and correct copy of

(1) SEALED COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION PURSANT TO SECTION 13(B) OF THE FEDERAL TRADE COMMISSION ACT
(2) PROPOSED CIVIL SUMMONS ISSUED TO MICROSOFT CORPORATION.
(3) PROPOSED CIVIL SUMMONS ISSUED TO ACTIVISION BLIZZARD, INC.
(4) SEALED PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF MOTION AND EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
(5) PROPOSED ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
(6) SEALED DECLARATION OF JENNIFER FLEURY IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
(7) SEALED ATTACHMENTS TO DECLARATION OF JENNIFER FLEURY IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
(8) PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED FOR THE COMPLAINT
(9) PROPOSED ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED FOR THE COMPLAINT
(10) PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED FOR THE TRO
(11) PROPOSED ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED FOR THE TRO

on Defendants Microsoft Corporation and Activision Blizzard, Inc. at the following addresses via electronic delivery (FTP, file transfer, and/or email):

Beth Wilkinson
Rakesh Kilaru
Alysha Bohanon
Anastasia Pastan
Grace Hill
Sarah Neuman
Wilkinson Stekloff LLP
2001 M Street, NW
Washington, DC 20036

CERTIFICATE OF SERVICE
Case No. 3:23-cv-02880-SK

(202) 847-4010
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Mike Moiseyev
Megan Granger
Weil, Gotshal & Manges LLP
2001 M Street, NW
Washington, DC 20036
(202) 682-7235
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corporation*

Steven Sunshine
Maria Raptis
Julia K. York
Michael Sheerin
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave, NW
Washington, DC 20005
(202) 371-7860
steve.sunshine@skadden.com
maria.raptis@skadden.com
julia.york@skadden.com
michael.sheerin@skadden.com

*Counsel for Activision Blizzard, Inc.*

/s/ James H. Weingarten
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury

CERTIFICATE OF SERVICE
Case No. 3:23-cv-02880-SK

|    |    |
|----|----|
| 1  | Michael A. Franchak |
| 2  | James Gossmann |
|    | Ethan Gurwitz |
| 3  | Meredith R. Levert |
| 4  | David E. Morris |
|    | Merrick Pastore |
| 5  | Stephen Santulli |
|    | Edmund Saw |
| 6  | Federal Trade Commission |
| 7  | 600 Pennsylvania Avenue, NW |
|    | Washington, DC 20580 |
|    | Tel: (202) 326-3570 |
| 8  | |
|    | Erika Wodinsky |
| 9  | Federal Trade Commission |
| 10 | 90 7th Street, Suite 14-300 |
|    | San Francisco, CA 94103 |
| 11 | |
| 12 | *Counsel for Plaintiff Federal Trade Commission* |
| 13 | |
| ...| |
| 28 | |

CERTIFICATE OF SERVICE
Case No. 3:23-cv-02880-SK