| | |
|---|---|
| 1 | BAMBO OBARO (Bar No. 267683) |
| 2 | bambo.obaro@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 3 | 201 Redwood Shores Parkway, 6th Floor |
|   | Redwood Shores, CA 94065-1134 |
| 4 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | MICROSOFT CORPORATION |

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al,<br><br>    Defendant. | Case No. 3:23-CV-2880<br><br>**NOTICE OF APPEARANCE OF BAMBO OBARO**<br><br>Dept.: Courtroom C – 15th Floor<br>Judge: Honorable Sallie Kim |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), Bambo Obaro, a member of the bar of this Court, hereby enters an appearance on behalf of Defendant MICROSOFT CORPORATION.  Mr. Obaro's contact information is below:

> Bambo Obaro (California State Bar No. 267683)
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065
> Telephone: (650) 802-3000
> Facsimile: (650) 802-3100
> Email: bambo.obaro@weil.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. Obaro.

Dated: June 12, 2023

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _/s/ Bambo Obaro_
      BAMBO OBARO

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
MICROSOFT CORPORATION