UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federal Trade Commission                ,

Plaintiff(s),

v.

Microsoft Corp., et al                  ,

Defendant(s).

Case No. 3:23-cv-02880

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kieran Gostin                , an active member in good standing of the bar of

D.C. Court of Appeals                , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Microsoft Corporation            in the

above-entitled action. My local co-counsel in this case is Bambo Obaro                , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 267683            .

Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway #400,
Redwood City , CA 94065-1175

MY ADDRESS OF RECORD

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 847-4000

(650) 802-3083

MY TELEPHONE # OF RECORD

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kgostin@wilkinsonstekloff.com

bambo.obaro@weil.com

MY EMAIL ADDRESS OF RECORD

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 1019779        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1      times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 6/12/2023 _____          Kieran Gostin _____

5                                              APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Kieran Gostin _____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17   _____

18                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Kieran Gavin Gostin

was duly qualified and admitted on April 7, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on April 14, 2023.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*