# Exhibit L

VOLUME 3

Pages 487 – 777

UNDER SEAL PAGES – 586 – 588

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,            )
                             )
        Plaintiff,           )   NO. C-20-5640 YGR
                             )
   vs.                       )   Wednesday, May 5, 2021
                             )
APPLE, INC.,                 )   Oakland, California
                             )
        Defendant.           )   BENCH TRIAL
_____)
APPLE, INC.,                 )
                             )
        Counterclaimant,     )
   vs.                       )
                             )
EPIC GAMES, Inc.,            )
                             )
        Counter-Defendant.   )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  **KATHERINE B. FORREST, ESQUIRE**
                        **GARY A. BORNSTEIN, ESQUIRE**
                        **YONATAN EVEN, ESQUIRE**

                        (Appearances continued.)

Reported By:            Diane E. Skillman, CSR 4909, RPR, FCRR
                        Official Court Reporter

WRIGHT - DIRECT / EARNHARDT

1   **A.**   The Xbox console does not have touch controls.

2   **Q.**   How do you control the games?

3   **A.**   Through a controller.

4   **Q.**   Can the Xbox console connect to the internet?

5   **A.**   Yes.

6   **Q.**   How?

7   **A.**   Over ethernet or WiFi.

8   **Q.**   Does it have a cellular chip?

9   **A.**   It does not.

10   **Q.**   Would it be possible for a user to play the Xbox console

11   without owning other equipment such as a TV, speakers,

12   ethernet connection?

13   **A.**   No.

14   **Q.**   What products, if any, compete with the Xbox console for

15   hardware sales?

16   **A.**   The most direct competitor for hardware sales would be the

17   Sony PlayStation.

18   **Q.**   Are there any others?

19   **A.**   There is the Nintendo Switch but to a much lesser extent.

20   **Q.**   Any others?

21   **A.**   No.

22   **Q.**   Okay.  What about the iPhone?

23   **A.**   The iPhone as a competition?

24   **Q.**   Yes.

25   **A.**   We certainly don't view iPhone as a competing device.

WRIGHT — DIRECT / EARNHARDT

1    **Q.**    What about the iPad?

2    **A.**    We do not view the iPad as a competing device.

3    **Q.**    In your role in business development at Xbox, do you try

4    to convince users to buy an Xbox console rather than an

5    iPhone?

6    **A.**    No.

7    **Q.**    Why not?

8    **A.**    Because we view the opportunity for gamers to -- they make

9    a choice to have the game experience with a console or they

10   play on a PC.  Sometimes that's an "and."  And they also want

11   to play on mobile devices.  So they are additives.  They are

12   not replacements.

13   **Q.**    That was going to be my next question.  Do you view the

14   Xbox console as a replacement or substitute for the iPhone?

15   **A.**    No.  I'm not aware of.

16   **Q.**    Do you view the Xbox console as a replacement or

17   substitute for the iPad?

18   **A.**    No.

19   **Q.**    Based on your experience, do Xbox users also have

20   smartphones?

21   **A.**    Yes.

22   **Q.**    So let's talk about the games available to play on Xbox.

23          First of all, does a video game have to be programmed

24   specifically for the Xbox for the Xbox console to be able to

25   run it?