Jack DiCanio (Bar No. 138782)
Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice forthcoming*)
Julia K. York (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORP.,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.<br><br>　　　　　　　　　Defendants. | CASE NO. 3:23-cv-02880-JSC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ACTIVISION BLIZZARD, INC.** |

1  PLEASE TAKE NOTICE that Defendant Activision Blizzard, Inc. ("Activision") hereby appears in the above-captioned action, and that Jack DiCanio will serve as counsel for Activision and requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in this action, be provided to or served upon the undersigned at the address stated below:

> Jack DiCanio (Bar No. 138782)
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue
> Palo Alto, California 94301
> Telephone:   (650) 470-4500
> Facsimile:   (650) 470-4570
> Email: jack.dicanio@skadden.com

Dated: June 13, 2023                Respectfully submitted,

By:  _____/s/ Jack DiCanio_____
                Jack DiCanio

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
JACK DICANIO (SBN 138782)
jack.dicanio@skadden.com
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for Defendant Activision Blizzard, Inc.*