1  Jack DiCanio (Bar No. 138782)
   Caroline Van Ness (Bar No. 281675)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
3  Palo Alto, California 94301
   Telephone: (650) 470-4660
4  Facsimile: (213) 621-5430
   Email: jack.dicanio@skadden.com
5  Email: caroline.vanness@skadden.com

6  Steven C. Sunshine (*pro hac vice forthcoming*)
   Julia K. York (*pro hac vice forthcoming*)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
8  Washington, D.C. 20005
   Telephone: (202) 371-7000
9  Facsimile:  (202) 393-5760
   Email: steven.sunshine@skadden.com
10 Email: julia.york@skadden.com

11 *Counsel for Defendant Activision Blizzard, Inc.*

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 3:23-cv-02880-JSC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ACTIVISION BLIZZARD, INC.** |
| v. | |
| MICROSOFT CORP., | |
| and | |
| ACTIVISION BLIZZARD, INC. | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Activision Blizzard, Inc. ("Activision") hereby appears in the above-captioned action, and that Caroline Van Ness will serve as counsel for Activision and requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in this action, be provided to or served upon the undersigned at the address stated below:

>Caroline Van Ness (Bar No. 281675)
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>525 University Avenue
>Palo Alto, California 94301
>Telephone:     (650) 470-4500
>Facsimile:      (650) 470-4570
>Email: caroline.vanness@skadden.com

Dated: June 13, 2023                              Respectfully submitted,

By:  _____/s/ Caroline Van Ness_____
                Caroline Van Ness

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Counsel for Defendant Activision Blizzard, Inc.*