# Exhibit W

**Pages 1 - 20**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

| | |
|---|---|
| DANTE DEMARTINI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | **NO. C 22-08991 JSC** |
| ) | |
| MICROSOFT CORPORATION, a ) | |
| Washington Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Thursday, January 19, 2023

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
RECORDING 10:01 - 10:23 a.m.**

**APPEARANCES**:

For Plaintiffs:
        ALIOTO LAW FIRM
        One Sansome Street - 35th Floor
        San Francisco, California  94104
  **BY:** **JOSEPH M. ALIOTO, ATTORNEY AT LAW**
       **TATIANA V. WALLACE, ATTORNEY AT LAW**

        JOSEPH SAVERI LAW FIRM, LLP
        601 California Street - Suite 1000
        San Francisco, California  94108
  **BY:** **JOSEPH R. SAVERI, ATTORNEY AT LAW**
       DAVID H. SEIDEL, ATTORNEY AT LAW
       STEVEN N. WILLIAMS, ATTORNEY AT LAW

**(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)**

Transcribed By:    Marla F. Knox, RPR, CRR, RMR
                   United States Official Court Reporter

1  know, if they both agree and they can do it overnight, that is
2  no longer on the table, as I understand it.  And so they are
3  compelled not to close before the 31st of March.
4        **THE COURT:**  Correct.
5        **MR. ALIOTO:**  Thank you.
6        **MS. PASTAN:**  Your Honor, I think it really
7  mischaracterizes things to suggest that we could close
8  overnight.
9        As we have said, a deal cannot close -- at the moment
10 cannot close until multiple regulatory proceedings go forward.
11 The FTC has said even if we reach the ability to close, they
12 would move in federal court for their own preliminary
13 injunction to prevent the deal from closing and --
14       **THE COURT:**  Then all that means is that Microsoft
15 should stipulate.  It is either -- put your money where your
16 mouth is.  Stipulate then to whatever date.
17       You have stipulated to March 31st.  Any date after that,
18 if Microsoft is unwilling to stipulate, then I can't accept
19 that the merger won't happen.  Otherwise, you would stipulate
20 because it's no big deal.
21       Just stipulate.  It can't happen before, you know,
22 June 15th.  It just can't as a legal matter or a practical
23 matter.  Okay.  Then stipulate.  There is no reason not to.
24       The only reason not to would be to leave open the
25 possibility that you could actually close before then at least