United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federal Trade Commission            ,

Plaintiff(s),

v.

Microsoft Corporation, et al.      ,

Defendant(s).

Case No. 3:23-cv-02880-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven C. Sunshine          , an active member in good standing of the bar of

Washington, D.C.                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Activision Blizzard, Inc.          in the

above-entitled action. My local co-counsel in this case is Jack DiCanio                    , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 138782            .

1440 New York Avenue, N.W.
Washington, D.C. 20005
MY ADDRESS OF RECORD

(202) 371-7000
MY TELEPHONE # OF RECORD

steven.sunshine@skadden.com
MY EMAIL ADDRESS OF RECORD

525 University Ave, Palo Alto, CA 94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 470-4500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jack.dicanio@skadden.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 450078        .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___3___ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 6/13/2023                                          Steven C. Sunshine
                                                             APPLICANT

5

6  ═══════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Steven C. Sunshine        is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                          _____

18                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                2