James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; pbayer@ftc.gov:*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880 <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Emergency Motion for a Temporary Restraining Order (attached hereto, "Plaintiff's Emergency Motion") and documents filed in support of.

Certain portions of Plaintiff's Emergency Motion contain information obtained from Defendants' Microsoft Corporation ("Microsoft"), Activision Blizzard, Inc. ("Activision"), and NVIDIA Corporation ("Nvidia"), and Sony Interactive Entertainment ("Sony") during the course of the FTC's investigation regarding Microsoft's proposed acquisition of Activision. Microsoft, Activision, Nvidia, and Sony designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Other portions of Plaintiff's Emergency Motion contain information that was obtained during the course of litigation discovery in In the matter of Microsoft Corp. and Activision, Blizzard, Inc., before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Plaintiff's Emergency Motion | Page i, Portions of Lines 14–15 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page i, Portions of Lines 17–18 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 1, Portions of Line 2 | Microsoft and Activision |

| Plaintiff's Emergency Motion | Page 1, Portions of Lines 11–12 | Microsoft and Activision |
|---|---|---|
| Plaintiff's Emergency Motion | Page 2, Portions of Lines 21–22 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 3, Portion of Lines 6–7 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 5, Portions of Lines 8–24, Page 6, Portions of Lines 1–2 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 6, Portions of Lines 5-8 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 6, Portion of Line 25 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 12, Portions of Lines 12–19 | Microsoft |
| Plaintiff's Emergency Motion | Page 13, Portions of Lines 13–15 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 14, Portions of Lines 7–9, 11–13 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 14, Portions of Lines 19–24 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 15, Portions of Lines 9–13, 22, 24–26 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 15, Portions of Lines 20–21, 27 – Page 16, Portion of Line 1 | Nvidia |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880

2

| | | |
|---|---|---|
| Plaintiff's Emergency Motion | Page 16, Portion of Lines 5–6 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 16, Portions of Lines 16–18, 22–24 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 17, Portions of Lines 6–8, 10–11 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 17, Portion of Line 12 | Sony |
| Plaintiff's Emergency Motion | Page 18, Portions of Lines 18–20 | Microsoft |
| Plaintiff's Emergency Motion | Page 18, Portions of Line 23 – Page 19, Portion of Line 6 | Microsoft |
| Plaintiff's Emergency Motion | Page 19, Portions of Lines 11, 13–19 | Activision |
| Plaintiff's Emergency Motion | Page 19, Portions of Lines 25 – Page 20, Portions of Line 3 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 19, Portions of Lines 6–8 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 20, Portions of Lines 9–12 | Sony |
| Plaintiff's Emergency Motion | Page 20, Portions of Lines 17–19 | Microsoft |
| Plaintiff's Emergency Motion | Page 20, Portion of Line 20 – Page 21, Portion of Line 4 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 21, Portions of Lines 12–15, 18–19, 20–23 | Microsoft and Activision |

| | | |
|---|---|---|
| Plaintiff's Emergency Motion | Page 22, Portions of Lines 4–6 | Microsoft and Activision |
| Plaintiff's Emergency Motion | Page 22, Portions of Lines 12–18 | Microsoft |
| Plaintiff's Emergency Motion | Page 22, Portion of Lines 19–24 | Microsoft |
| Plaintiff's Emergency Motion | Page 23, Portion of Lines 4–9 | Microsoft |
| Declaration of Jennifer Fleury in Support of Plaintiff Federal Trade Commission's Emergency Motion for a Temporary Restraining Order ("Fleury Declaration") | Page 1, Portions of Lines 11 and 13 | Microsoft |
| Fleury Declaration | Page 2, Portions of Lines 10–11 | Microsoft |
| Fleury Declaration | Page 2, Portions of Lines 18–19 | Nvidia |
| Fleury Declaration | Page 2, Portion of Line 22 | Nvidia |
| Fleury Declaration | Page 2, Portion of Line 24 | Activision |
| Fleury Declaration | Page 3, Portions of Lines 2–3 | Activision |
| Fleury Declaration | Page 3, Lines 5–7 | Sony |
| Fleury Declaration | Page 3, Portion of Line 9 | Microsoft |
| Fleury Declaration | Page 3, Portion of Line 11 | Microsoft |
| Fleury Declaration | Page 3, Portion of Line 13–14 | Sony |
| Fleury Declaration | Page 4, Portion of Line 16 | Microsoft |
| Exhibit A | Entire Document | Microsoft |
| Exhibit B | Entire Document | Microsoft |

| | | |
|---|---|---|
| Exhibit C: Expert Report of Robin S. Lee, Ph.D. ("Lee Report") | Entire Document | Microsoft and Activision[1] |
| Exhibit I | Entire Document | Microsoft and Activision |
| Exhibit J | Entire Document | Microsoft |
| Exhibit K | Entire Document | Microsoft |
| Exhibit M | Entire Document | Nvidia |
| Exhibit N | Entire Document | Nvidia |
| Exhibit O | Entire Document | Activision |
| Exhibit P | Entire Document | Activision |
| Exhibit Q | Entire Document | Sony |
| Exhibit R | Entire Document | Microsoft |
| Exhibit S | Entire Document | Microsoft |
| Exhibit T | Entire Document | Sony |
| Exhibit U | Entire Document | Microsoft |
| Exhibit V | Entire Document | Microsoft |
| Exhibit Y | Entire Document | Microsoft |
| Exhibit Z | Entire Document | Microsoft and Activision |

---

[1] The Lee Report contains non-party confidential information as well. While not all Lee Report quotes reveals information from documents designated by Microsoft, Activision, Nvidia, or Sony as confidential, these designated materials are so intertwined with Dr. Lee's analysis as to make redaction by the FTC impracticable.

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880

| Exhibit AA | Entire Document | Microsoft |
| --- | --- | --- |
| Exhibit AB | Entire Document | Microsoft |
| Exhibit AC | Entire Document | Microsoft |
| Exhibit AD | Entire Document | Microsoft |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Plaintiff has redacted the above-referenced yellow-highlighted portions of its Emergency Motion and documents filed in support thereof because Microsoft or Activision has designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order.  Plaintiff has redacted the above-referenced green-highlighted portions of its Emergency Motion and documents filed in support thereof because Nvidia has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced blue-highlighted portions of tis Emergency Motion and documents filed in support thereof because Sony has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Plaintiff's Emergency Motion and documents filed in support therefor accompany this

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880

Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

| | |
|---|---|
| Original filing date: June 12, 2023 | Respectfully Submitted, |
| Corrected filing date: June 13, 2023 | */s/ James H. Weingarten* |
| | James H. Weingarten |
| | Peggy Bayer Femenella |
| | James Abell |
| | Cem Akleman |
| | J. Alexander Ansaldo |
| | Michael T. Blevins |
| | Amanda L. Butler |
| | Nicole Callan |
| | Maria Cirincione |
| | Kassandra DiPietro |
| | Jennifer Fleury |
| | Michael A. Franchak |
| | James Gossmann |
| | Ethan Gurwitz |
| | Meredith R. Levert |
| | David E. Morris |
| | Merrick Pastore |
| | Stephen Santulli |
| | Edmund Saw |
| | |
| | Federal Trade Commission |
| | 600 Pennsylvania Avenue, NW |
| | Washington, DC 20580 |
| | Tel: (202) 326-3570 |
| | |
| | *Counsel for Plaintiff Federal Trade Commission* |