

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MEGAN ANNE GRANGER

was, on the **4th** day of **February** A.D. **2013** admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this **13th** day of **June** A.D. **2023**.

*Angela D. Caesar*

**ANGELA D. CAESAR,** Clerk of Courts

By: *Burnetta Jenkins*

**Deputy Clerk**