UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federal Trade Commision,

Plaintiff(s),

v.

Microsoft Corp., et al,

Defendant(s).

Case No. 3:23-cv-02880

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Megan Granger, an active member in good standing of the bar of U.S. District & Bankruptcy Courts for the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Bambo Obaro, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 267683.

| | |
|---|---|
| Weil, Gotshal & Manges, LLP<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>MY ADDRESS OF RECORD | Weil, Gotshal & Manges, LLP<br>201 Redwood Shores Parkway, 4th Floor<br>Redwood Shores, CA 94065<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 682-7026<br>MY TELEPHONE # OF RECORD | (650) 802-3083<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| megan.granger@weil.com<br>MY EMAIL ADDRESS OF RECORD | bambo.obaro@weil.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1010391.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

<br/>

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/13/23

Megan Granger
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Megan Granger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 14, 2023



UNITED STATES MAGISTRATE JUDGE