Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace L. Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corp.*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-CV-2880 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MICROSOFT CORP.** |
| v. | |
| MICROSOFT CORP. | **[Fed. R. Civ. P. 7.1]** |
| and | Judge: Hon. Jacqueline S. Corley |
| ACTIVISION BLIZZARD, INC. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corp., by its attorneys, hereby certifies that Microsoft Corp. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2023

Respectfully submitted,

By: */s/ Beth Wilkinson*

Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace L. Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Fax: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW
Suite 600
Washington, DC 20036
(202) 682-7026
michael.moiseyev@weil.com
megan.granger@weil.com

Bambo Obaro (Bar No. 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corp.*