James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.,** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **NOTICE OF APPEARANCE OF NICOLE CALLAN AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

Nicole Callan
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington, DC 20580
Telephone: (202) 326-2234
Fax: (202) 326-2071
Email: ncallan@ftc.gov

I am admitted to practice in and am in good standing with the bars of the State of New York and the District of Columbia. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: June 14, 2023                    _/s/ Nicole Callan_
                                        Nicole Callan

                                        James H. Weingarten
                                        Peggy Bayer Femenella
                                        James Abell
                                        Cem Akleman
                                        J. Alexander Ansaldo
                                        Michael T. Blevins
                                        Amanda T. Butler
                                        Nicole Callan
                                        Maria Cirincione
                                        Kassandra DiPietro
                                        Jennifer Fleury
                                        Michael A. Franchak
                                        James Gossmann
                                        Ethan Gurwitz
                                        Meredith R. Levert
                                        David E. Morris
                                        Merrick Pastore
                                        Stephen Santulli

Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade
Commission*

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880