James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **NOTICE OF APPEARANCE OF MICHAEL T. BLEVINS AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

>Michael T. Blevins
>Federal Trade Commission
>600 Pennsylvania Ave. NW
>Washington, DC 20580
>Telephone: (202) 326-2153
>Fax: (202) 326-2071
>Email: mblevins@ftc.gov

I am admitted to practice in and am in good standing with the bar of the State of North Dakota. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: June 14, 2023

/s/ *Michael T. Blevins*
Michael T. Blevins

James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda T. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

Case 3:23-cv-02880-JSC   Document 69   Filed 06/14/23   Page 3 of 3

<pre>
 1
 2                                          Edmund Saw
 3
                                            Federal Trade Commission
 4                                          600 Pennsylvania Avenue, NW
                                            Washington, DC 20580
 5                                          Tel: (202) 326-3570

 6                                          *Counsel for Plaintiff Federal Trade
                                            Commission*
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
   NOTICE OF APPEARANCE
28 CASE NO.  3:23-cv-02880
</pre>

3