James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **NOTICE OF APPEARANCE OF J. ALEXANDER ANSALDO AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

> J. Alexander Ansaldo
> Federal Trade Commission
> 600 Pennsylvania Ave. NW
> Washington, DC 20580
> Telephone: (202) 326-3695
> Fax: (202) 326-2071
> Email: jansaldo@ftc.gov

I am admitted to practice in and am in good standing with the bar of the Commonwealth of Virginia. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: June 14, 2023                     /s/ J. Alexander Ansaldo
                                         J. Alexander Ansaldo

                                         James H. Weingarten
                                         Peggy Bayer Femenella
                                         James Abell
                                         Cem Akleman
                                         J. Alexander Ansaldo
                                         Michael T. Blevins
                                         Amanda T. Butler
                                         Nicole Callan
                                         Maria Cirincione
                                         Kassandra DiPietro
                                         Jennifer Fleury
                                         Michael A. Franchak
                                         James Gossmann
                                         Ethan Gurwitz
                                         Meredith R. Levert
                                         David E. Morris
                                         Merrick Pastore
                                         Stephen Santulli

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

Notice of Appearance
Case No. 3:23-cv-02880