1  James H. Weingarten, DC Bar No. 985070
   Peggy Bayer Femenella, DC Bar No. 472770
2  James Abell, DC Bar No. 990773
   Cem Akleman, FL Bar No. 107666
3  Jennifer Fleury, NY Bar No. 5053178
   Meredith R. Levert, DC Bar No. 498245
4  James Gossmann, DC Bar No. 1048904

5  Federal Trade Commission
   600 Pennsylvania Avenue, NW
6  Washington, DC 20580
   Tel: (202) 326-3570
7
   *jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
8  *jabell@ftc.gov; cakleman@ftc.gov;*
   *jfleury@ftc.gov; mlevert@ftc.gov;*
9  *jgossmann@ftc.gov*

10 [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

  v.

**MICROSOFT CORP.**,

and

**ACTIVISION BLIZZARD, INC.**,

    Defendants.

Case No. 3:23-cv-02880

**NOTICE OF APPEARANCE OF MARIA CIRINCIONE AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION**

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I will appear as counsel of record on behalf of Plaintiff Federal Trade Commission in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

> Maria Cirincione
> Federal Trade Commission
> 600 Pennsylvania Ave. NW
> Washington, DC 20580
> Telephone: (202) 326-3486
> Fax: (202) 326-2071
> Email: mcirincione@ftc.gov

I am admitted to practice in and am in good standing with the bar of the District of Columbia. I am authorized to appear before this court on behalf of the Federal Trade Commission pursuant to Local Rule 11-2.

DATED: June 14, 2023                 /s/ *Maria Cirincione*
                                     Maria Cirincione

                                     James H. Weingarten
                                     Peggy Bayer Femenella
                                     James Abell
                                     Cem Akleman
                                     J. Alexander Ansaldo
                                     Michael T. Blevins
                                     Amanda T. Butler
                                     Nicole Callan
                                     Maria Cirincione
                                     Kassandra DiPietro
                                     Jennifer Fleury
                                     Michael A. Franchak
                                     James Gossmann
                                     Ethan Gurwitz
                                     Meredith R. Levert
                                     David E. Morris
                                     Merrick Pastore
                                     Stephen Santulli

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*