James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Meredith R. Levert, DC Bar No. 498245
Jennifer Fleury, NY Bar No. 5053178
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
ewodinsky@ftc.gov

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF INTENT TO OPPOSE DEFENDANTS' MOTION FOR EXPEDITED CASE MANAGEMENT CONFERENCE** |

Plaintiff Federal Trade Commission respectfully submits this Notice that it intends to file an opposition to Defendants' Motion for Expedited Case Management Conference (the "Motion"). Plaintiff is filing this Notice for two reasons:

*First*, Defendants' request relief that would require the parties to file a "joint case management statement" with the Court today. Mot. at 12 (Proposed Order). Plaintiff respectfully requests the opportunity to respond if the Court is inclined to grant any part of Defendants' Motion.

*Second*, and relatedly, Defendants failed to comply with Local Rule 16-2(d)(2) before filing their Motion. Plaintiff first received notice of the relief Defendants request in the Motion when the Motion was filed and served via ECF. This further prejudices Plaintiff's ability to respond to a Motion seeking relief the same day it was filed. Defendants' statement that "Plaintiff Federal Trade Commission has declined to join a request for an expedited Initial Case Management Conference," Mot. at 8, is incorrect in suggesting that the parties conferred about the Motion. On Tuesday, June 13, before the Court issued its Order granting a temporary restraining order and setting the hearing for June 22-23 (Dkt. No. 37), Defendants provided Plaintiff a draft joint motion for an expedited case management conference that was very different from the Motion filed today. *See* Fleury Decl. at Ex. A. Plaintiff declined to join that draft motion. *See* Fleury Decl. at Ex. B. Defendants have not communicated with Plaintiff since the Court issued its Order of June 13 and never sought to meet and confer with Plaintiff about the relief requested in the Motion filed today.

Plaintiff intends to file an opposition to the Motion by 2:00 p.m. Pacific Time tomorrow, June 15, 2023. Plaintiff needs that time to respond to the substance of the Motion, not least Defendants' claim that "time is of the essence" because the deal "has a termination of date of July 18," which ignores the fact that the United Kingdom Competition and Markets Authority has issued orders barring the transaction. Mot. at 3. Plaintiff's counsel is available for a conference with the Court at the Court's convenience.

PLAINTIFF'S NOTICE OF INTENT TO OPPOSE DEFENDANTS' MOTION FOR EXPEDITED CASE MANAGEMENT CONFERENCE
CASE NO. 3:23-CV-2880

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 14, 2023 | Respectfully submitted, |
| 3 | | /s/ *James H. Weingarten* |
| | | James H. Weingarten |
| 4 | | Peggy Bayer Femenella |
| | | James Abell |
| 5 | | Cem Akleman |
| 6 | | J. Alexander Ansaldo |
| | | Michael T. Blevins |
| 7 | | Amanda L. Butler |
| | | Nicole Callan |
| 8 | | Maria Cirincione |
| | | Kassandra DiPietro |
| 9 | | Jennifer Fleury |
| | | Michael A. Franchak |
| 10 | | James Gossmann |
| | | Ethan Gurwitz |
| 11 | | Meredith R. Levert |
| | | David E. Morris |
| 12 | | Merrick Pastore |
| | | Stephen Santulli |
| 13 | | Edmund Saw |
| 14 | | Federal Trade Commission |
| | | 600 Pennsylvania Avenue, NW |
| 15 | | Washington, DC 20580 |
| | | Tel: (202) 326-3570 |
| 16 | | Erika Wodinsky |
| 17 | | Federal Trade Commission |
| | | 90 7th Street, Suite 14-300 |
| 18 | | San Francisco, CA 94103 |
| 19 | | *Counsel for Plaintiff Federal Trade Commission* |

Plaintiff's Notice of Intent to Oppose Defendants' Motion for Expedited Case Management Conference
Case No. 3:23-cv-2880

2