James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Meredith R. Levert, DC Bar No. 498245
Jennifer Fleury, NY Bar No. 5053178
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
ewodinsky@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **DECLARATION IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF INTENT TO OPPOSE DEFENDANTS' MOTION FOR EXPEDITED CASE MANAGEMENT CONFERENCE** |

# DECLARATION OF JENNIFER FLEURY

I, Jennifer Fleury, declare as follows:

1. I am one of the attorneys representing Plaintiff Federal Trade Commission (the "FTC" or "Commission") in the above-captioned action against Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision").

2. I submit this declaration in support of the FTC's Notice of Intent to Oppose Defendants' Motion for Expedited Case Management Conference.

3. Attached as Exhibit A is a true and correct copy of Defendants' draft joint motion for an expedited case management conference as sent to the FTC on June 13, 2023, along with related correspondence.

4. Attached as Exhibit B is a true and correct copy of email correspondence between the FTC and Defendants dated June 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2023.

/s/ Jennifer Fleury
Jennifer Fleury

# FILER'S ATTESTATION

I, James H. Weingarten, am the ECF User whose ID and password are being used to file this Declaration of Jennifer Fleury. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By: /s/James H. Weingarten
James H. Weingarten

DECL. IN SUPPORT OF PLAINTIFF FTC'S NOTICE OF INTENT TO OPPOSE DEFENDANT'S MOT. FOR EXPEDITED CMC
CASE NO. 3:23-CV-2880-JSC

1