James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**MICROSOFT CORP.**,<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.**,<br><br>　　　　Defendants. | Case No. 3:23-cv-02880<br><br>**NOTICE OF APPEARANCE OF ERIKA WODINSKY AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), Erika Wodinsky, a member of the bar of this Court, hereby enters an appearance on behalf of Plaintiff FEDERAL TRADE COMMISSION in the above-captioned matter. I am authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Federal Trade Commission. My contact information is:

>Erika Wodinsky
>Federal Trade Commission
>90 7th Street, Suite 14-300
>San Francisco, CA 94103
>Telephone: (415) 848-5190
>Fax: (415) 848-5184
>Email: ewodinsky@ftc.gov

I am admitted to practice in and am in good standing with the bar of the State of California.

DATED: June 15, 2023

/s/ Erika Wodinsky
Erika Wodinsky

James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda T. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli

NOTICE OF APPEARANCE
CASE NO. 3:23-cv-02880

Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*