Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     dseidel@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

*Counsel for Plaintiffs in the Demartini et al v. Microsoft Corporation Action*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al,<br><br>    Defendant. | Case No. 3:23-cv-02880-JSC<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Steven N. Williams (State Bar No. 175489) of Joseph Saveri Law Firm, LLP, located at 601 California Street, Suite 1000, San Francisco, CA 94108, telephone number (415) 500-6800, Facsimile (415) 395-9940, hereby enters an appearance in this matter on behalf of Plaintiffs Dante Demartini, Curtis Burns, Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-LaFaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen, and Ivan Calvo-Perez, in the related matter, Demartini et al v. Microsoft Corporation, Case No. 3:22-cv-08991-JSC. All parties are requested to forward copies of all pleadings, motions, orders and other correspondence to the undersigned.

Dated: June 16, 2023

**JOSEPH SAVERI LAW FIRM, LLP**
*Counsel for Plaintiffs in the Demartini et al v. Microsoft Corporation Action*

By:   */s/ Steven N. Williams*
          Steven N. Williams

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa Buchanan (State Bar No. 249996)
David H. Seidel (State Bar No. 307135)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             czirpoli@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             dseidel@saverilawfirm.com
             kmcmahon@saverilawfirm.com