Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:22-cv-02880-JSC<br><br>**DECLARATION OF BETH WILKINSON IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION AND DEFENDANT ACTIVISION BLIZZARD INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       TBA<br>Time:      TBA<br>Dept.:      Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley |

I, Beth Wilkinson, hereby declare under penalty of perjury that the following is true and correct:

1. I am a Partner at Wilkinson Stekloff LLP and am counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter. I am a member in good standing of the Bar of the District of Columbia. I submit this Declaration in support of Microsoft's Administrative Motion to File Under Seal Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition"), filed concurrently herewith.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

3. The Opposition contains non-public and highly sensitive information from documents obtained during the course of the FTC's investigation and during litigation discovery, including, but not limited to, confidential, proprietary information relating to Defendants' internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy.

4. The Opposition is entitled to confidentiality under Local Rule 79-5 because it references or reflects Microsoft's confidential, proprietary information concerning the above.

5. Attached as Exhibit A is a true and correct copy of the unredacted Opposition.

6. Attached as Exhibit B is a true and correct copy of the redacted Opposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge

Dated: June 16, 2023                                    Respectfully submitted,

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor

|   |   |
|---|---|
| 1 | Washington, D.C. 20036 |
| 2 | Telephone: (202) 847-4000 |
|   | Facsimile: (202) 847-4005 |
| 3 | bwilkinson@wilkinsonstekloff.com |
|   | rkilaru@wilkinsonstekloff.com |
| 4 | kgostin@wilkinsonstekloff.com |
|   | ghill@wilkinsonstekloff.com |
| 5 | apastan@wilkinsonstekloff.com |
|   | sneuman@wilkinsonstekloff.com |
| 6 | abohanon@wilkinsonstekloff.com |
|   | jpavelec@wilkinsonstekloff.com |

*Counsel for Microsoft Corporation*