Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:22-cv-02880-JSC<br><br>**CORRECTED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CIVIL L.R. 79-5(f))**<br><br>Date:     TBA<br>Time:     TBA<br>Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

1   Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Microsoft Corporation and Activision
2   Blizzard, Inc. (collectively, "Defendants") respectfully file this Administrative Motion to Consider
3   Whether Another Party's Material Should Be Sealed in connection with Defendants' Memorandum of
4   Law in Opposition to Motion for Preliminary Injunction ("Opposition"), the Declaration of Beth
5   Wilkinson in Support of Defendants' Opposition, and certain supporting exhibits to the Opposition.
6   Certain portions of Defendants' Opposition contain documents designated by Plaintiff Federal
7   Trade Commission as well as several non-parties as confidential or highly confidential. Accordingly,
8   Defendants seek to file under seal the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Page 3, portions of lines 3-6 | Sony |
| Opposition | Page 3, portions of lines 18-19 | Sony |
| Opposition | Page 3, portions of lines 16-19 | Sony |
| Opposition | Page 6, portions of lines 5-6, footnotes 3 and 4 | Sony |
| Opposition | Page 6, portions of lines 20-21 | Sony |
| Opposition | Page 6, portions of lines 24-25; Page 7, portion of lines 1-3 | Sony |
| Opposition | Page 7, portions of lines 5-6 | Sony |
| Opposition | Page 11, portions of lines 7-10, footnote 7 | Sony and Nintendo |
| Opposition | Page 12, portions of lines 6-7, footnote 9 | Sony |
| Opposition | Page 17, portion of line 11 | Sony |
| Opposition | Page 17, portions of lines 21-22 | Sony |
| Opposition | Page 18, portion of line 1 | Sony |
| Opposition | Page 20, footnote 14 | Sony |

| | | |
|---|---|---|
| Opposition, Ex. 1 (RX2064) | Entire document | Sony |
| Opposition, Ex. 10 (RX4021 – Ryan Dep. Vol. I Tr.) | Entire document | Sony |
| Opposition, Ex. 13 (RX4050 – Svensson Dep. Tr.) | Entire document | Sony |
| Opposition, Ex. 14 | Entire document | Sony |
| Opposition, Ex. 17 (RX2010) | Entire document | Sony |
| Opposition, Ex. 18 (RX2026) | Entire document | Sony |
| Opposition, Ex. 19 (RX2023) | Entire document | Sony |
| Opposition, Ex. 20 (RX2024) | Entire document | Sony |
| Opposition, Ex. 21 (RX2034) | Entire document | Sony |
| Opposition, Ex. 22 (RX2098) | Entire document | Sony |
| Opposition, Ex. 23 (RX2013) | Entire document | Sony |
| Opposition, Ex. 46 (RX2069) | Entire document | Sony |
| Opposition, Ex. 47 (RX4055 – Prata Tr.) | Entire document | Nintendo |
| Opposition, Ex. 57 (RX2170) | Entire document | Sony |

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Defendants' Opposition and supporting materials accompany this Administrative Motion. In accordance with Civil Local Rule 7-11, Defendants also file a Proposed Order herewith.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Beth Wilkinson* |
| | | Beth Wilkinson (*pro hac vice*) |
| 4 | | Rakesh N. Kilaru (*pro hac vice*) |
| | | Kieran Gostin (*pro hac vice*) |
| 5 | | Grace Hill (*pro hac vice*) |
| | | Anastasia M. Pastan (*pro hac vice*) |
| 6 | | Sarah E. Neuman (*pro hac vice*) |
| | | Alysha Bohanon (*pro hac vice*) |
| 7 | | Jenna Pavelec (*pro hac vice*) |
| | | WILKINSON STEKLOFF LLP |
| 8 | | 2001 M Street, N.W., 10th Floor |
| | | Washington, D.C. 20036 |
| 9 | | Telephone: (202) 847-4000 |
| | | Facsimile: (202) 847-4005 |
| 10 | | bwilkinson@wilkinsonstekloff.com |
| | | rkilaru@wilkinsonstekloff.com |
| 11 | | kgostin@wilkinsonstekloff.com |
| | | ghill@wilkinsonstekloff.com |
| 12 | | apastan@wilkinsonstekloff.com |
| | | sneuman@wilkinsonstekloff.com |
| 13 | | abohanon@wilkinsonstekloff.com |
| | | jpavelec@wilkinsonstekloff.com |
| 14 | | |
| 15 | | *Counsel for Microsoft Corporation* |