1   Beth Wilkinson (*pro hac vice*)
    Rakesh N. Kilaru (*pro hac vice*)
2   Kieran Gostin (*pro hac vice*)
    Grace Hill (*pro hac vice*)
3   Anastasia M. Pastan (*pro hac vice*)
    Jenna Pavelec (*pro hac vice*)
4   WILKINSON STEKLOFF LLP
5   2001 M Street, N.W., 10th Floor
    Washington, D.C. 20036
6   Telephone: (202) 847-4000
    Facsimile: (202) 847-4005
7   bwilkinson@wilkinsonstekloff.com
8   rkilaru@wilkinsonstekloff.com
    kgostin@wilkinsonstekloff.com
9   ghill@wilkinsonstekloff.com
    apastan@wilkinsonstekloff.com
10  jpavelec@wilkinsonstekloff.com

11  Bambo Obaro (Bar No. 267683)
12  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13  Redwood Shores, CA 94065
    Telephone: (650) 802-3083
14  Facsimile: (650) 802-3100
    bambo.obaro@weil.com
15  *Counsel for Microsoft Corporation*

16  [Additional Counsel Identified on Signature Page]

17                UNITED STATES DISTRICT COURT

18          FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  FEDERAL TRADE COMMISSION, | Case No. 3:22-cv-02880-JSC |
| 21          Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS'** |
| | **CORRECTED ADMINISTRATIVE** |
| 22  v. | **MOTION TO CONSIDER WHETHER** |
| | **ANOTHER PARTY'S MATERIAL** |
| 23  MICROSOFT CORPORATION and | **SHOULD BE SEALED** |
| 24  ACTIVISION BLIZZARD, INC., | |
| | Date:      TBA |
| 25          Defendants. | Time:      TBA |
| | Dept.:    Courtroom 8—19th Floor |
| 26 | Judge:    Honorable Jacqueline S. Corley |

27

28

With respect to the information that the below party and third-parties designated as confidential, Defendants filed an Administrative Motion to File Under Seal Their Opposition to Plaintiff's Motion for Preliminary Injunction ("Administrative Motion").  Defendants, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Opposition | Page 3, portions of lines 3-6 | Sony |
| Opposition | Page 3, portions of lines 18-19 | Sony |
| Opposition | Page 3, portions of lines 16-19 | Sony |
| Opposition | Page 6, portions of lines 5-6, footnotes 3 and 4 | Sony |
| Opposition | Page 6, portions of lines 20-21 | Sony |
| Opposition | Page 6, portions of lines 24-25; Page 7, portion of lines 1-3 | Sony |
| Opposition | Page 7, portions of lines 5-6 | Sony |
| Opposition | Page 11, portions of lines 7-10, footnote 7 | Sony and Nintendo |
| Opposition | Page 12, portions of lines 6-7, footnote 9 | Sony |
| Opposition | Page 17, portion of line 11 | Sony |
| Opposition | Page 17, portions of lines 21-22 | Sony |
| Opposition | Page 18, portion of line 1 | Sony |
| Opposition | Page 20, footnote 14 | Sony |
| Opposition, Ex. 1 (RX2064) | Entire document | Sony |
| Opposition, Ex. 10 (RX4021 – Ryan Dep. Vol. I Tr.) | Entire document | Sony |

| Opposition, Ex. 13 (RX4050 – Svensson Dep. Tr.) | Entire document | Sony |
|---|---|---|
| Opposition, Ex. 14 | Entire document | Sony |
| Opposition, Ex. 17 (RX2010) | Entire document | Sony |
| Opposition, Ex. 18 (RX2026) | Entire document | Sony |
| Opposition, Ex. 19 (RX2023) | Entire document | Sony |
| Opposition, Ex. 20 (RX2024) | Entire document | Sony |
| Opposition, Ex. 21 (RX2034) | Entire document | Sony |
| Opposition, Ex. 22 (RX2098) | Entire document | Sony |
| Opposition, Ex. 23 (RX2013) | Entire document | Sony |
| Opposition, Ex. 46 (RX2069) | Entire document | Sony |
| Opposition, Ex. 47 (RX4055 – Prata Tr.) | Entire document | Nintendo |
| Opposition, Ex. 57 (RX2170) | Entire document | Sony |

Having considered Defendants' Administrative Motion, and with good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]  GRANTED IN ITS ENTIRETY.  The unredacted version of Defendants' Opposition shall remain under seal.

[ ]  DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of the Opposition within 7 days of entry of this Order.

1      [ ]   GRANTED/DENIED IN PART.   Defendants shall file a revised redacted version of the

2   Opposition, redacting only the information contained in the following specified paragraphs within 7 days

3   of entry of this Order.

4

5   IT IS SO ORDERED.

6

7   DATED:_____, 2023

   _____
8                                              Honorable Jacqueline S. Corley
                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28