Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah E. Neuman (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>*Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>*Defendants*. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF BETH WILKINSON IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Jacqueline Scott Corley<br><br>Date: June 22, 2023<br>Time: 8:30 a.m.<br>Courtroom: 8 – 19th Floor |

1

NO. 3:23-CV-02880-JSC - WILKINSON DECLARATION

I, Beth Wilkinson, declare as follows:

1. I am counsel of record for Microsoft Corporation in this action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to these facts under oath.

2. Attached as exhibits to this Declaration are true and correct copies of each of the following documents:

| Exhibit | Description |
|---|---|
| 1 | ■ |
| 2 | ■ |
| 3 | Expert Report of Dr. Elizabeth M Bailey |
| 5 | Ben Gilbert, *Epic Games, Maker of 'Fortnite,' Saw Its Value Rise By $17 Billion In Just 8 Years — A More Than Twentyfold Increase*, Bus. Insider (July 13, 2020), https://bit.ly/4693arC |
| 6 | Aisha Malik, *Epic Raises $2B at a Nearly $32B Valuation to Build its Kid-Friendly Metaverse*, TechCrunch (April 11, 2022), https://tcrn.ch/463E9xP |
| 7 | ■ |
| 8 | ■ |
| 9 | ■ |
| 10 | ■ |
| 11 | ■ |
| 12 | Sony Corporate Report (2022) |
| 13 | ■ |
| 14 | ■ |
| 15 | ■ |
| 16 | *Sony Chief Warns Technical Problems Persist For Cloud Gaming*, Financial Times (6/3/2023) |
| 17 | ■ |
| 18 | ■ |
| 19 | ■ |
| 20 | ■ |
| 21 | ■ |
| 22 | ■ |
| 23 | ■ |
| 24 | ■ |
| 25 | ■ |
| 28 | ■ |
| 29 | ■ |
| 30 | ■ |

| | | |
|---|---|---|
| 1 | 32 | ███████████████████████ |
| 2 | 34 | ███████████████████ |
| 3 | 35 | Activision Press Release, *Activision Blizzard Completes King Acquisition Becomes the Largest Game Network in the World with over 500 Million Users* (Feb. 23, 2016), https://tinyurl.com/ybxussu5 |
| 4 | 36 | Microsoft Press Release, *Microsoft to Acquire Activision Blizzard to Bring the Joy and Community of Gaming to Everyone, Across Every Device* (Jan. 18, 2022), https://bit.ly/3XeajTh |
| 5 | | |
| 6 | 37 | ████████████████████████████████ |
| 7 | 38 | ████████████████████████████████ |
| 8 | 39 | ██████████████████████ |
| 9 | 40 | ██████████████████████ |
|   | 41 | ██████████████████████ |
| 10 | 42 | ██████████████████████ |
|   | 43 | █████████████████████████) |
| 11 | 44 | █████████████████████████ |
| 12 | 45 | EC Press Release, *Mergers: Commission Clears Acquisition Of Activision Blizzard By Microsoft, Subject To Conditions*, European Commission (May 15, 2023), https://tinyurl.com/y5s3b2hc |
| 13 | | |
| 14 | 46 | ████████████████████ |
|   | 47 | ████████████████ |
| 15 | 48 | Expert Report of Dr. Robin Lee |
|   | 49 | Kevin Webb, *PS5 vs. PS5 Digital Edition: Which PlayStation 5 is the Best Choice in 2023?*, Insider (May 12, 2023), https://bit.ly/3J0tD0l |
| 16 | 50 | Ian Evenden, *PS5 Pro and Slim: Everything We've Heard About Sony's Future Console Upgrades*, Stuff (June 15, 2023), https://bit.ly/43HbYU5 |
| 17 | | |
| 18 | 51 | Stephen Totilo, *Nintendo's Legend of Zelda: Tears of the Kingdom Sells 10 Million Copies in 3 Days*, Axios (May 17, 2023), https://bit.ly/3MJklHn |
| 19 | 53 | ████████████████████████ |
|   | 54 | ███████████████████ |
| 20 | 55 | ████████████████████████████ |
| 21 | 56 | Rhiannon Bevan, *PlayStation Boss Says Cloud Gaming Has Too Many Technical Difficulties*, The Gamer (June 4, 2023), https://bit.ly/43D5pBA |
| 22 | 57 | ██████████████████████████ |
| 23 | 58 | Expert Report of Dr. Dennis W. Carlton |
|   | 59 | Microsoft Press Release, *Minecraft to join Microsoft* (Sept. 15, 2014), https://tinyurl.com/4v4ms3w3 |
| 24 | | |
| 25 | 60 | ██████████████████████ |
|   | 61 | *Microsoft Didn't Mislead EU over Zenimax Deal, Watchdog Says in Response to Us Concerns*, MLex (Dec. 9, 2022), https://tinyurl.com/335rpbxr |
| 26 | | |
| 27 | 62 | Sony Press Release: Bungie Acquisition (Feb. 1, 2022), https://tinyurl.com/m7r8aku9 |
|   | 63 | Rebuttal Report of Dr. Robin Lee |
| 28 | 64 | Michael Kan, *Nvidia Rebuts UK, Says Microsoft-Activision Deal Good for Cloud Gaming*, PCMag.com (Apr. 28, 2023), https://bit.ly/3PnUqro |

| | | |
|---|---|---|
| | 65 | Kana Inagaki & Leo Lewis, *Sony Chief Warns Technical Problems Persist for Cloud Gaming*, Fin. Times (June 3, 2023) |
| | 66 | Joshua Fineman, *Sony CEO Downplays Risk of Cloud Gaming on Console Market*, Seeking Alpha (June 4, 2023), https://bit.ly/3NxC7ik |
| | 67 | *Sony Will Keep Acquiring Game Studios To Sustain "Virtuous Cycle" Of Success*, Game Developer (April 4, 2022), https://tinyurl.com/3jezsdnm |
| | 68 | ███████████████ |
| | 69 | ███████████████ |
| | 70 | ███████████████ |
| | 71 | ████████████ t |
| | 72 | ███████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2023

By.    */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com

*Counsel for Defendant Microsoft Corp.*