# Exhibit 6

to the June 16, 2023
Declaration of Beth Wilkinson



[Media & Entertainment](#)

# Epic raises $2B at a nearly $32B valuation to build its kid-friendly metaverse

**Aisha Malik**

@aiishamalik1  /  10:11 AM EDT • April 11, 2022



📷 **Image Credits:** Kyle Grillot/Bloomberg / Getty Images

Fortnite-maker Epic Games announced today that it has raised $2 billion in funding from Sony and Kirkbi, the parent company of the Lego Group, with both companies investing $1 billion each. This latest funding round gives Epic a money equity valuation of $31.5 billion. Epic says the new funding will go toward its efforts to build its kid-friendly metaverse and will also support its continued growth.

Today's announcement comes a few days after Epic revealed that it's partnering with Lego to build a metaverse aimed at kids. The companies say they are going to shape the future of the metaverse to make it safe and fun for children while building an immersive digital experience for kids to play in.

With this new funding, Epic says all three companies aim to create new social entertainment that explores the connection between digital and physical worlds.

"As we reimagine the future of entertainment and play we need partners who share our vision. We have found this in our partnership with Sony and Kirkbi," said Tim Sweeney, the CEO and founder Epic Games, in a statement. "This investment will accelerate our work to build the metaverse and create spaces where players can have fun with friends, brands can build creative and immersive experiences and creators can build a community and thrive."

 **Building a startup or looking for your next deal? We have you covered.**

6/15/23, 7:57 PM
Case 3:23-cv-02380-JSC Document 1-16 Filed 06/17/23 Page 3 of 10
Epic raises $2B at a nearly $32B valuation to build a kid-friendly metaverse | TechCrunch

Associates-managed accounts, Ontario Teachers' Pension Plan Board, BlackRock managed accounts, Park West, KKR, AllianceBernstein, Altimeter, Franklin Templeton and Luxor Capital.

While Epic and Lego haven't gone into detail about their plans for their proposed metaverse, they outlined three principles that they say will ensure the digital spaces they develop are safe. The two will work together to make children's safety and well-being a priority, to safeguard children's privacy and to equip children and adults with tools that give them control over their digital experience.

Epic said the digital experience will be family-friendly and empower children to become "confident creators." The companies plan to combine their experience to ensure that this next iteration of the internet is designed with the well-being of kids in mind. There's no word on what exactly the virtual world would look like or when the two companies plan to launch it.

 **Join TC+**

Learn more about what we offer here!

**LEARN MORE**

There's no clear definition of the "metaverse" just yet, mainly because it doesn't necessarily exist, but it's largely seen as a network of virtual spaces that will open up new ways for people to connect online. The idea of the metaverse is already proving to be unsafe for children, which will force Epic and Lego to create extensive safeguards around their planned virtual world.

---

### Fortnite developer Epic Games and Lego partner to build a metaverse aimed at kids

 Fortnite developer Epic Games announced today that it's partnering with Lego to build a metaverse aimed at kids. The companies say they are going to shape the future of the metaverse to make it safe and fun for children while building an immersive digital experience for kids to play in. While the companies didn't go … Continue reading

 **TechCrunch**

💬 0  🔗

---

**More TechCrunch**



**Luminoah's quest to reinvent tube feeding attracts new funding**



**Google Lens can now search for skin conditions**



**First impressions: Yes, Apple Vision Pro works and yes, it's good**

**New guidance from the US Treasury could unleash billions in renewable energy investment**

## Conversation  **2 Comments**

Welcome to TechCrunch comments! Please keep conversations courteous and on-topic. See our [community guidelines](#) for more information.

🔔 Log in   Sign up

| What do you think? | GIF |
| --- | --- |

Sort by **Best** ⌄

**G Gotch**   ⋯
11 April, 2022
There better be some restrictions for kids, being this will be abused and suck kids into this tech dystopian fantasy of an "virtual life", which really is just a lame ass version of real life, all created to make some tech oligarchs rich at the expense of developing kids lives.
 Kids are developing ...**See more**

Reply  ·  👍 4 · 👎 1 · Share

**Anna Taylor**   ⋯
12 April, 2022
In my opinion, children need to be able to play useful, non-violent idle games. For example:
[https://cookieclicker4.com](https://cookieclicker4.com)  *(Edited)*

Reply  ·  👍 · 👎 1 · Share

Powered by ⬡ OpenWeb                    Feedback

| **TechCrunch Disrupt** | Sept 19-21 San Francisco, CA |
| --- | --- |
| **Register Now** | |



FINANCIAL STRESS DOESN'T CHANGE HOW YOU THINK.



once-daily
ZEPOSIA
(ozanimod) | 0.92 mg capsules
ZEPOSIA is for adults.
FOR RELAPSING MULTIPLE SCLEROSIS (MS)
Indication and Important Safety Information
INDICATION
ZEPOSIA® (ozanimod) is a prescription medicine used to treat relapsing forms of multiple sclerosis (MS), to include clinically isolated syndrome, relapsing-remitting disease, and active secondary progressive disease, in adults. It is not known if ZEPOSIA is safe and effective in children.
IMPORTANT SAFETY INFORMATION

**Do not take ZEPOSIA if you:**
- have had a heart attack, chest pain (unstable

Full Prescribing Information >        ZEPOSIA.com >

## Sign up for Newsletters

See all newsletters

☐ Daily

☐ Week in Review

☐ Startups Weekly

☐ Event Updates

☐ Advertising Updates

☐ TechCrunch+ Announcements

☐ TechCrunch+ Events

☐ TechCrunch+ Roundup

Email *

[ Subscribe ]

| 🐦 | f | in | reddit | ✉ | 🔗 |

### Tags

epic    Epic Games    funding    Gaming    lego    metaverse    Sony

---

Transportation

### Lyft co-founder Logan Green retains board seat despite shareholder opposition

Rebecca Bellan

5:48 PM EDT • June 15, 2023



---

Space

### Virgin Galactic starts commercial spaceflights in two weeks

Devin Coldewey

4:54 PM EDT • June 15, 2023



---

Social

### Post, a publisher-focused Twitter alternative, launches on iOS

Amanda Silberling

4:49 PM EDT • June 15, 2023



Social

## Twitter competitor Spill launches in beta on iOS

Amanda Silberling

4:36 PM EDT • June 15, 2023



AI

## The week in AI: Apple makes machine learning moves

Kyle Wiggers

4:33 PM EDT • June 15, 2023



 Growth

## How two founders approach building ethical AI startups in health care

Rebecca Szkutak

3:00 PM EDT • June 15, 2023



Crypto

## It's a bird, it's a plane, no, it's a crypto whale

Jacquelyn Melinek

3:00 PM EDT • June 15, 2023



 Market Analysis

## Cava's explosive IPO hints that public markets are more ready for growth-stories than founders thought

Alex Wilhelm

2:30 PM EDT • June 15, 2023





**Featured Article**

## Pieter Abbeel and Ken Goldberg on generative AI applications

Brian Heater

2:30 PM EDT • June 15, 2023

Case 3:23-cv-02880-JSC Document 1-16 Filed 06/17/23 Page 8 of 10

AI

## Mercedes is adding ChatGPT to its infotainment system, for some reason

Devin Coldewey

2:29 PM EDT • June 15, 2023



Social

## Twitch's new Partner Plus program offers some streamers a 70/30 revenue split

Taylor Hatmaker

2:17 PM EDT • June 15, 2023



Market Analysis

## VCs joining the climate race should scare the daylights out of you

Haje Jan Kamps

2:00 PM EDT • June 15, 2023



Gadgets

## YC-backed Eze raises new capital for its secondhand electronics marketplace

Tage Kene-Okafor

1:11 PM EDT • June 15, 2023



Biotech & Health

## Luminoah's quest to reinvent tube feeding attracts new funding

Devin Coldewey

12:25 PM EDT • June 15, 2023



Market Analysis

## New guidance from the US Treasury could unleash billions in renewable energy investment

Tim De Chant

12:07 PM EDT • June 15, 2023



AI

## ChatGPT prompts: How to optimize for sales, marketing, writing, and more

Kyle Wiggers

11:50 AM EDT • June 15, 2023



Apps

## Instagram is rolling out its Channels feature for broadcasting messages globally

Ivan Mehta

11:31 AM EDT • June 15, 2023



Startups

## Psychedelics startup Nue Life Health rolls out free version of its ketamine therapy tracking app

Mike Butcher

11:16 AM EDT • June 15, 2023



TechCrunch Disrupt 2023

## Learn about the next wave of industrial robotics at Disrupt's Hardware Stage

Lauren Simonds

11:00 AM EDT • June 15, 2023



Startups

## Glystn lets creators bulk reply to multiple followers across social media platforms

Lauren Forristal

10:08 AM EDT • June 15, 2023



6/15/23, 7:57 PM
Case 3:23-cv-02880-JSC   Document 111-6   Filed 06/17/23   Page 10 of 10
Epic raises $2B at a nearly $32B valuation to build its kid-friendly metaverse | TechCrunch

**About**

TechCrunch

Staff

Contact Us

Advertise

Crunchboard Jobs

Site Map

**Legal**

Terms of Service

Privacy Policy

TechCrunch+ Terms

Privacy Dashboard

Code of Conduct

About Our Ads

**Trending Tech Topics**

Tech Layoffs

ChatGPT

 Facebook           Twitter

 YouTube           Instagram

 LinkedIn           Mastodon

© 2023 Yahoo.

All rights reserved.

Powered by WordPress VIP.