# Exhibit 41

to the June 16, 2023
Declaration of Beth Wilkinson
File Under Seal