# Exhibit 45

to the June 16, 2023
Declaration of Beth Wilkinson