# Exhibit 59

to the June 16, 2023
Declaration of Beth Wilkinson

# Minecraft to join Microsoft

**REDMOND, Wash. — Sept. 15, 2014** — Microsoft Corp. today announced it has reached an agreement to acquire Mojang, the celebrated Stockholm-based game developer, and the company's iconic "Minecraft" franchise.

The Mojang team will join Microsoft Studios, which includes the studios behind global blockbuster franchises "Halo," "Forza," "Fable" and more. Microsoft's investments in cloud and mobile technologies will enable "Minecraft" players to benefit from richer and faster worlds, more powerful development tools, and more opportunities to connect across the "Minecraft" community.

Under the terms of the agreement, Microsoft will acquire Mojang for $2.5 billion. Microsoft expects the acquisition to be break-even in FY15 on a GAAP basis. Subject to customary closing conditions and any regulatory review, the acquisition is expected to close in late 2014.

Available across multiple platforms, "Minecraft" is one of the most popular video games in history, with more than 100 million downloads, on PC alone, by players since its launch in 2009. "Minecraft" is one of the top PC games of all time, the most popular online game on Xbox, and the top paid app for iOS and Android in the US. The "Minecraft" community is among the most active and passionate in the industry, with more than 2 billion hours played on Xbox 360 alone in the past two years. Minecraft fans are loyal, with nearly 90 percent of paid customers on the PC having signed in within the past 12 months.

"Gaming is a top activity spanning devices, from PCs and consoles to tablets and mobile, with billions of hours spent each year," said Satya Nadella, CEO, Microsoft. "Minecraft is more than a great game franchise – it is an open world platform, driven by a vibrant community we care deeply about, and rich with new opportunities for that community and for Microsoft."

"The 'Minecraft' players have taken the game and turned it into something that surpassed all of our expectations. The acquisition by Microsoft brings a new chapter to the incredible story of 'Minecraft,'" said Carl Manneh, CEO, Mojang. "As the founders move on to start new projects, we believe the high level of creativity from the community will continue the game's success far into the future."

Microsoft plans to continue to make "Minecraft" available across all the platforms on which it is available today: PC, iOS, Android, Xbox and PlayStation.

"'Minecraft' is one of the most popular franchises of all time," said Phil Spencer, head of Xbox. "We are going to maintain 'Minecraft' and its community in all the ways people love today, with a commitment to nurture and grow it long into the future."

More details will be available upon the acquisition closing.

**About Microsoft**
Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services, devices and solutions that help people and businesses realize their full potential.

*Note to editors:* For more information, news and perspectives from Microsoft, please visit the Microsoft News Center at http://www.microsoft.com/news. Web links, telephone numbers and titles were correct at time of publication, but may have changed. For additional assistance, journalists and

analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/news/contactpr.mspx.