# Exhibit 62

to the June 16, 2023
Declaration of Beth Wilkinson



‹ BACK TO PRESS RELEASES

# SONY INTERACTIVE ENTERTAINMENT TO ACQUIRE LEADING INDEPENDENT VIDEOGAME DEVELOPER, BUNGIE

Sony Interactive Entertainment - 02/01/2022

- PlayStation and Bungie Continue Focus on Growing the Gaming Community, while Bungie Remains Multi-platform -

SAN MATEO, Calif., January 31, 2022 – Sony Interactive Entertainment LLC ("SIE") announced today that it has entered into definitive agreements to acquire Bungie, Inc. ("Bungie"), a premier independent videogame developer and long-time partner of SIE that has created some of the videogame industry's most highly-acclaimed franchises, including Halo and Destiny. This acquisition will give SIE access to Bungie's world-class approach to live game services and technology expertise, furthering SIE's vision to reach billions of players. Bungie will continue to operate independently, maintaining the ability to self-publish and reach players wherever they choose to play.

Access full press release

https://www.sony.com/en/SonyInfo/IR/news/20220131_E.pdf

## More Latest News

Sony Corporation of America Named Winner of the Global Business Alliance 2022 Corporate Social Responsibility Award

12/08/2022
Sony Corporation of America

READ MORE ›

**CHLOE FLOWER RELEASES NEW HOLIDAY EP - CHRISTMAS WITH CHLOE FLOWER - OUT NOW ON SONY MUSIC MASTERWORKS**

12/02/2022
Sony Music Entertainment

READ MORE >

**Sony Music France Partner With KMS to Launch 'First-Ever' Fully Immersive IMAX-Certified Film of Iconic Rock Band Indochine's 'Central Tour in Cinema'**

12/01/2022
Columbia Records

READ MORE >

**Sony AI Showcases the Latest Evolution of Gran Turismo Sophy™ at Gran Turismo® World Series 2022 Exhibition Race**

11/28/2022
Sony Corporation of America

READ MORE >

   

® 2023 Sony Group Corporation

Terms and Conditions

Privacy Policy

Cookie Policy

Contact Us