# Exhibit 67

to the June 16, 2023
Declaration of Beth Wilkinson

# Sony will keep acquiring game studios to sustain "virtuous cycle" of success

 **gamedeveloper.com**/business/sony-will-keep-acquiring-game-studios-to-sustain-virtuous-cycle-of-success

Chris Kerr                                                                                                          April 4, 2022

Business

🕐 1 MIN READ

🗐

NEWS

SIE boss Jim Ryan says the PlayStation maker intends to pursue even more acquisitions.



Chris Kerr
News Editor

April 04, 2022

Sony Interactive Entertainment boss Jim Ryan says the PlayStation maker will continue acquiring game studios to bolster its first-party credentials.

During the latest episode of the PlayStation podcast (via VGC), Ryan suggested the company's proactive approach to M&As will create a "virtuous cycle where success begets success."

"We're in a really good place with PlayStation Studios and have been for the past few years. The critical success and the commercial success of the games that they've been making has given us permission to invest heavily in content creation," commented Ryan.

"We're growing our studios organically and we're growing through acquisition. We acquired five studios during the course of 2021, we're in discussions with Bungie and we have more planned. This is getting us into a virtuous cycle where success begets success."

Those deals include the purchase of *Demon's Souls* developer Bluepoint Games, *Returnal* maker Housemarque, and *God of War* support studio Valkyrie Entertainment. PlayStation also nabbed PC port specialist Nixxes Software and *The Persistence VR* maker Firesprite, and earlier this year agreed to buy *Destiny* creator Bungie for $3.6 billion.

Ryan was speaking shortly after Sony announced it will be relaunching PlayStation Plus to create something that feels very similar to Xbox Game Pass.

RX1252-001

The revamped service will grant Premium subscribers access to over 700 titles including some first-party content, but unlike Xbox Game Pass won't include day one access to all first-party titles.

## CONNECT WITH US

Explore the

Advertise with

Follow us

## Game Developer Job Board

## Game Developer

## @gamedevdotcom

Copyright © 2023 Informa PLC Informa UK Limited is a company registered in England and Wales with company number 1072954 whose registered office is 5 Howick Place, London, SW1P 1WG.

RX1252-002