Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., <br><br> Defendants. | Case No. 3:22-cv-02880-JSC <br><br> **DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> Date:     TBA <br> Time:    TBA <br> Dept.:    Courtroom 8—19th Floor <br> Judge:   Honorable Jacqueline S. Corley |

1   Defendant Microsoft Corp. and Defendant Activision Blizzard, Inc. (collectively "Defendants") request entry of an order permanently removing the documents filed at ECF Nos. 106, 107, and 108 from the docket in this proceeding.

On June 16, 2023, Defendants filed the documents available at ECF Nos. 106, 107, and 108. Shortly thereafter, Defendants realized that these files contain additional sensitive information beyond what was previously redacted that should not be available to the public. Specifically, the documents contain, among other things, confidential business information for both Defendants and third parties.

Upon learning of this inadvertent disclosure, Defendants immediately contacted the ECF Helpdesk and requested that they temporarily block access to the document. Defendants also promptly filed corrected versions of the documents, now available at ECF Nos. 109, 110, and 111.

For the reasons set forth above, Defendants respectfully request that the Court enter an order directing the permanent removal of Docket Nos. 106, 107, and 108 from the docket in this proceeding.

Dated: June 17, 2023

Jack DiCanio (SBN 138782)
Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

| | |
|---|---|
| Maria Raptis (*pro hac vice*) <br> Matthew M. Martino (*pro hac vice*) <br> Michael J. Sheerin (*pro hac vice*) <br> Evan R. Kreiner (*pro hac vice*) <br> Bradley J. Pierson (*pro hac vice*) <br> Jessica R. Watters((*pro hac vice*) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 1 Manhattan West <br> New York, NY 10001 <br> Telephone: (212) 735-3000 <br> Fax: (212) 735-2000 <br> Email: maria.raptis@skadden.com <br> Email: matthew.martino@skadden.com <br> Email: michael.sheerin@skadden.com <br> Email: evan.kreiner@skadden.com <br> Email: bradley.pierson@skadden.com <br> Email: jessica.watters@skadden.com <br><br> *Counsel for Defendant Activision Blizzard, Inc.* | Jonathan E. Nuechterlein (*pro hac vice*) <br> C. Frederick Beckner III (*pro hac vice*) <br> William R. Levi (*pro hac vice*) <br> Daniel J. Hay (*pro hac vice*) <br> SIDLEY AUSTIN LLP <br> 150 K Street, N.W. <br> Washington, D.C. 20005 <br> jnuechterlein@sidley.com <br> rbeckner@sidley.com <br> william.levi@sidley.com <br> dhay@sidley.com <br> Bambo Obaro (SBN 267683) <br> WEIL, GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-3083 <br> Facsimile: (650) 802-3100 <br> bambo.obaro@weil.com <br><br> Michael Moiseyev (*pro hac vice*) <br> Megan A. Granger (*pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street, NW <br> Suite 600 <br> Washington, DC 20036 <br> Telephone: (202) 682-7000 <br> Facsimile: (202) 857-0940 <br> michael.moiseyev@weil.com <br> megan.granger@weil.com <br><br> *Counsel for Microsoft Corporation* |