1  Beth Wilkinson (*pro hac vice*)
   Rakesh N. Kilaru (*pro hac vice*)
2  Kieran Gostin (*pro hac vice*)
   Grace Hill (*pro hac vice*)
3  Anastasia M. Pastan (*pro hac vice*)
4  Sarah E. Neuman (*pro hac vice*)
   WILKINSON STEKLOFF LLP
5  2001 M Street, N.W., 10th Floor
   Washington, D.C. 20036
6  Telephone: (202) 847-4000
   Facsimile: (202) 847-4005
7  bwilkinson@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
8  kgostin@wilkinsonstekloff.com
   ghill@wilkinsonstekloff.com
9  apastan@wilkinsonstekloff.com
10 sneuman@wilkinsonstekloff.com

11 Bambo Obaro (Bar No. 267683)
   WEIL, GOTSHAL & MANGES LLP
12 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
13 Telephone: (650) 802-3083
   Facsimile: (650) 802-3100
14 bambo.obaro@weil.com

15 *Counsel for Microsoft Corporation*

16                    UNITED STATES DISTRICT COURT
17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  FEDERAL TRADE COMMISSION, | Case No. 3:22-cv-02880-JSC |
| 20        Plaintiff, | |
| 21 | **[PROPOSED] ORDER RE DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| 22  v. | |
| 23  MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | Date:   TBA<br>Time:   TBA |
| 24 | Dept.:  Courtroom 8—19th Floor |
| 25        Defendants. | Judge:  Honorable Jacqueline S. Corley |

26
27
28

1  Defendants have moved to remove incorrectly filed Docket Nos. 106, 107, and 108.

Having considered the Motion and finding good cause therefore, the Court GRANTS Defendants' Motion to Remove Incorrectly Filed Documents. The documents located at ECF Nos. 106, 107, and 108 shall be removed from the publicly available docket for these proceedings.

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge