# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP.,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF SANDRA "SAM" PAILCA**<br><br>Judge: Hon. Jacqueline Scott Corley |

## DECLARATION OF SAM PAILCA

1. My name is Sandra "Sam" Pailca. The statements herein are true and within my personal knowledge unless stated otherwise.

2. I make this declaration to demonstrate why I should be permitted to receive and review all Confidential Material described in the Protective Order. It is essential that I be provided access to this information in order to use my knowledge of the company to assist outside counsel in formulating a defense in this action and to provide fully informed legal advice to the company.

3. I am Associate General Counsel of Regulatory Enforcement Litigation at Microsoft Corp. ("Microsoft"). I am an attorney licensed to practice law in the state of Washington. My role at Microsoft is to supervise pending and threatened regulatory investigations and litigation and advise on litigation risk avoidance and mitigation. I am not involved in any competitive decision-making at Microsoft. I do not participate in any decisions about formulating or implementing strategies to compete with our competitors or any decisions about content or product design, development, or pricing, nor do I make decisions concerning strategic partnerships.

4. This case arises out of the proposed acquisition of Activision Blizzard, Inc. ("Activision") by Microsoft (the "Proposed Transaction"). After the parties signed their merger agreement, they submitted notification of the transaction to the Federal Trade Commission (the "Commission" or "FTC"). Thereafter, the Commission issued a request for additional documents and information. Subsequently, the Commission commenced an administrative action challenging the Proposed Transaction which resulted in the production of more documents and information. Additionally, the Proposed Transaction resulted in regulatory review abroad by the European Commission (the "EC") and the United Kingdom Competition and Markets Authority (the "CMA"), both of which initiated independent administrative actions.

5. I am an in-house attorney who was involved in the collection and preparation of information in response to the Commission's requests and advised the company during the Commission's investigation and subsequent administrative action. I was involved in the preparation of Microsoft's employees for investigational and administrative hearings by the FTC and attended

certain of the investigational and administrative hearings of Microsoft employees in my capacity as in-house counsel at Microsoft. Therefore, I am one of only a few individuals with the company who has comprehensive knowledge of the transaction and the proceedings which have transpired to date with the Commission, as well as the other administrative actions related to the Proposed Transaction. I oversee the day-to-day management of this litigation and am deeply involved in all aspects of litigation strategy.

6.      I plan to attend the Court hearing in this matter. It is essential that I be allowed to have access to all Confidential material in order to be an active member of the trial team, to direct our outside counsel, and to provide informed legal advice to the company. Because I understand the company, the industry, and the questions and concerns of Microsoft's leadership and employees, including employee witnesses, I am more able than outside counsel to advise the company about the arguments being raised, the strength of the arguments, and the strength of the evidence in terms that the business executives can understand. Of course, in providing that advice, I would not disclose the confidential information itself.

7.      I acknowledge and agree that I am subject to the jurisdiction of this Court and to its contempt powers. I agree to remain subject to the Court's jurisdiction at all times, including after this litigation is concluded.

8.      I further represent that I will not make use of any Confidential material, directly or indirectly, for any purpose other than the defense of this action. I will abide by the terms and ethical obligations imposed by any protective order issued in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2023, in San Francisco, CA.

By. <u>/s/ Sam Pailca</u><br>Sam Pailca<br>Microsoft Corp.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: June 19, 2023

*/s/ Beth Wilkinson*
Beth Wilkinson

*Counsel for Defendant Microsoft Corp.*