# UNITED STATES DISTRICT COURT
for the
Northern District of California

| FEDERAL TRADE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-02880-SK |
| MICROSOFT CORP & ACTIVISION BLIZZARD, INC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sony Interactive Entertainment LLC.

Date: 06/20/2023

/s/ Zachary Tschida
*Attorney's signature*

Zachary Tschida (344994)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
*Address*

ztschida@cgsh.com
*E-mail address*

(650) 815-4113
*Telephone number*

(650) 815-4199
*FAX number*