CLEARY GOTTLIEB STEEN & HAMILTON LLP
Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

Elsbeth Bennett (*pro hac vice* pending)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION**<br><br>The Honorable Jacqueline Scott Corley<br><br>No Hearing Date Set |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT non-party Sony Interactive Entertainment LLC ("SIE") will, and hereby does, move this Court to clarify SIE's time to file a statement and/or declaration in support of sealing its confidential information appearing on the parties' forthcoming exhibit lists.

# REQUESTED RELIEF

SIE requests that the Court order SIE to file its statement and/or declaration in support of sealing its confidential information appearing on the parties' forthcoming exhibit lists by June 23, 2023.

Non-party Sony Interactive Entertainment LLC ("SIE") files this motion regarding the Court's June 14, 2023 Order Re: Evidentiary Hearing on Preliminary Injunction Motion (ECF 76) (the "Order") to request clarification regarding SIE's time to submit a statement and/or declaration in support of sealing its documents on the parties' exhibit lists. SIE is a non-party that produced confidential business material in connection with the FTC's administrative proceeding against Defendants. *See In re Microsoft/Activision Blizzard*, No. 9412 (F.T.C.).

The Order requires the parties to file a joint statement identifying each party's intended exhibits by 12pm today, June 20, 2023. The Order also provides that the lists should "identify which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a declaration in support of sealing as required by Local Rule 79-5." Order at 2. At the time the parties' joint statement is due, non-party SIE will not yet have seen the parties' final proposed exhibit lists or have had a chance to thoroughly review those documents for its confidential information, let alone have time to submit a declaration in support of sealing. Accordingly, SIE requests a date from the Court by which its statement and/or declaration under Local Rule 79-5 is due.

SIE received preliminary exhibit lists from the FTC and Defendants yesterday, on June 19, 2023 (a federal holiday) and additional documents from the FTC today, June 20, 2023. The parties' preliminary lists contain 65 documents, including three entire deposition transcripts (covering 4 days of depositions) of SIE employees. These documents are all currently designated as confidential and total over 2,000 pages. SIE requires some reasonable amount of time to properly review and propose redactions to these confidential documents where possible.

SIE is cognizant of the accelerated pace of this proceeding and requests three business days, *i.e.*, until June 23, 2023, to review the documents and submit a

statement and/or declaration in support of sealing.  This is a few days less than the seven days provided for by Local Rule 79-5.  SIE believes this is workable, given the Court's request to receive direct testimony by declaration.  To the extent SIE's documents will be used on cross-examination at the evidentiary hearing, SIE will be prepared to inform the parties and the Court of its confidentiality needs at the evidentiary hearing.

Dated:         June 20, 2023

                                            Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Elsbeth Bennett*
Elsbeth Bennett (*pro hac vice* pending)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

*Counsel for Non-Party Sony Interactive Entertainment LLC*