CLEARY GOTTLIEB STEEN & HAMILTON LLP
Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

Elsbeth Bennett (*pro hac vice* pending)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR CLARIFICATION**<br><br>The Honorable Jacqueline Scott Corley |

# [PROPOSED] ORDER

Having considered Non-Party Sony Interactive Entertainment LLC's ("SIE's") June 20, 2023 Motion for Clarification, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT SIE shall file its statement and/or declaration in support of sealing its confidential information appearing on the parties' exhibit lists by June 23, 2023.

**IT IS SO ORDERED.**

Dated:_____, 2023

_____
The Honorable Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE