James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**MICROSOFT CORP.**

and

**ACTIVISION BLIZZARD, INC.**,

Defendants.

Case No. 3:23-cv-2880-JSC

**PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Dept.: Courtroom 8
Judge: Honorable Jacqueline Scott Corley

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with the parties' Joint Statement Regarding Evidence for Pre-Hearing Conference.

Certain portions of Plaintiff's Exhibit List ("FTC Exhibit List"), attached as Exhibit A to the parties' Joint Statement Regarding Evidence for Pre-Hearing Conference, contain information obtained from Microsoft Corporation ("Microsoft"), Activision Blizzard, Inc. ("Activision"), Amazon.com, Inc. ("Amazon"), Google LLC ("Google"), Nintendo of America, Inc. ("Nintendo"), NVIDIA Corporation ("Nvidia"), and Sony Interactive Entertainment ("Sony") (collectively, "Producing Parties") during the course of the FTC's investigation regarding Microsoft's proposed acquisition of Activision. Microsoft, Activision, Amazon, Google, Nintendo, Nvidia, and Sony designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Other portions of the Complaint contain information that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp. and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). Pursuant to the Court's Order Regarding Evidentiary Hearing on Preliminary Injunction Motion (Dkt. No. 76) and Local Rule 79-5, the Producing Parties have opportunities to submit declarations in support of sealing certain exhibits. Given the brevity of time, no Producing Party has yet filed a declaration of sealing on the docket in this matter. However, Plaintiff expects declarations of sealing to be forthcoming imminently from a number of Producing Parties. Accordingly, Plaintiff seeks to file under seal the following exhibits, and the corresponding descriptions of those exhibits within FTC Exhibit List, and will update this motion following the Pre-Hearing Status Conference in accordance with the Court's direction:

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX0014 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1015 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1019 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1182 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1188 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1217 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1312 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1477 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1529 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1603 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1759 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1763 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1764 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1767 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1771 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1828 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2138 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2167 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2189 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2199 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2265 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3077 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3085 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3090 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4005 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4157 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4260 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4267 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4354 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4505 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4624 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4625 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4628 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4652 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4670 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4676 | Document Description | L.R. 79-5(f) declaration forthcoming |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

2

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX4695 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4721 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0003 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0004 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0006 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0010 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0027 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0031 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0038 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0060 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0070 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0071 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0072 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0073 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0074 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0079 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0080 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0081 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX0083 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1022 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1023 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1024 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1025 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1026 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1029 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1030 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1037 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1038 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1039 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1043 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1049 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1050 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1052 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1060 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1062 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1063 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX1065 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1070 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1072 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1074 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1075 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1080 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1087 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1089 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1102 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1110 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1111 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1114 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1116 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1117 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1136 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1145 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1151 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1154 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1157 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1170 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1177 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1208 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1240 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1245 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1260 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1274 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1275 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1283 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1288 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1310 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1313 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1324 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1366 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1391 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1393 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1419 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX1425 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1442 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1465 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1471 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1476 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1486 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1494 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1510 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1511 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1514 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1516 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1517 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1519 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1527 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1538 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1563 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1571 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1613 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1624 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1635 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1636 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1638 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1639 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1640 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1651 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1721 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1741 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1742 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1746 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1747 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1750 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1751 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1752 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1754 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1777 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1779 | Document Description | L.R. 79-5(f) declaration forthcoming |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

5

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX1782 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1784 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1785 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1791 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1805 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1814 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1823 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1850 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1851 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1852 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1854 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1855 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1859 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1865 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1871 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1877 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1881 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1883 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1884 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1887 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1888 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1889 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1890 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1891 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1893 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1895 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1896 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1897 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1898 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1904 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1905 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1949 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1950 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1951 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1954 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1962 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX1966 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1979 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1988 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1995 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2002 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2003 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2006 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2008 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2017 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2049 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2056 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2073 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2082 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2083 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2093 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2094 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2104 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2107 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2113 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2115 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2133 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2139 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2157 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2159 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2160 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2170 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2183 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2186 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2197 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2198 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2203 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2282 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2283 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2285 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2288 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2391 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX2392 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2393 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2396 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2406 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2410 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2415 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2419 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2421 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2443 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3047 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3050 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3052 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3053 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3056 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3058 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3065 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3066 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3069 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3080 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3081 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3103 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3104 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3106 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3109 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3110 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3113 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3117 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3123 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3144 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3153 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3157 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3161 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3206 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3219 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3221 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3235 | Document Description | held for potential L.R. 79-5(f) declaration |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX3236 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3241 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3243 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3270 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3272 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3275 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3311 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX3354 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4007 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4057 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4066 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4154 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4168 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4181 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4182 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4218 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4271 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4301 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4303 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4308 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4309 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4312 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4319 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4322 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4323 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4325 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4329 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4329A | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4334 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4336 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4341 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4342 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4347 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4349 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4350 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4351 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX4352 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4358 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4359 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4361 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4362 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4365 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4366 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4367 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4372 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4375 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4376 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4377 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4378 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4380 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4391 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4394 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4406 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4407 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4408 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4419 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4430 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4435 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4437 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4476 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4484 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4535 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4578 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4588 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4599 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4602 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4617 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4622 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4627 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4629 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4631 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4640 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX4647 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4671 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4672 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4673 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4684 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4792 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4793 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4818 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4819 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4892 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4893 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4894 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4895 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4896 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4897 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7000 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7001 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7002 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7003 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7004 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7005 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7006 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7007 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7008 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7009 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7010 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7011 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7012 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7014 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7025 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7026 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7027 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7028 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7029 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7030 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7031 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX7032 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7033 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7034 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7035 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7036 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7037 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7038 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7039 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7040 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7041 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7042 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7043 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7044 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7046 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7047 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7048 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7049 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7050 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7051 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7052 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7053 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7054 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7055 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7056 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7057 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7058 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7059 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7060 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX7061 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7062 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX7063 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7064 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX7065 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX8000 | Document Description | held for potential L.R. 79-5(f) declaration |
| PX8001 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX8002 | Document Description | L.R. 79-5(f) declaration forthcoming |

| PX# | Description | Confidentiality Designation |
|---|---|---|
| PX8003 | Document Description | L.R. 79-5(f) declaration forthcoming |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced yellow-highlighted portions of the FTC Exhibit List because Defendants have informed Plaintiffs that they will be filing a motion pursuant to L.R. 79-5(f) to designate some portion of the information contained therein as confidential.

Plaintiff has redacted the above-referenced olive-highlighted portions of the FTC Exhibit List because Amazon has informed Plaintiff that it will be filing a motion pursuant to L.R. 79-5(f) to designate information contained therein as confidential. Plaintiff has redacted the above-referenced grey-highlighted portions of the FTC Exhibit List because Google has informed Plaintiff that it will be filing a motion pursuant to L.R. 79-5(f) to designate information contained therein as confidential. Plaintiff has redacted the above-referenced pink-highlighted portions of the FTC Exhibit List because Nintendo informed Plaintiff that it will be filing a motion pursuant to L.R. 79-5(f) to designate information contained therein as confidential. Plaintiff has redacted the above-referenced blue-highlighted portions of the FTC Exhibit List because Sony has informed Plaintiff that it will be filing a motion pursuant to L.R. 79-5(f) to designate information contained therein as confidential pursuant to L.R. 79-5(f).

Plaintiff has not yet received the positions of either Nvidia or Valve with respect to confidentiality. Plaintiff has redacted the above-referenced green-highlighted portions of the FTC Exhibit List to provide Nvidia an opportunity to designate information contained therein as confidential pursuant to L.R. 79-5(f). Plaintiff has redacted the above-referenced orange-highlighted portions of the FTC Exhibit List to provide Valve an opportunity to designate information contained therein as confidential pursuant to L.R. 79-5(f).

Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: June 20, 2023    Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Jennifer Fleury*
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

14

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

15