**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-2880-JSC |
| **MICROSOFT CORP.** | **JOINT STATEMENT** |
| and | Dept.: Courtroom 8 |
| **ACTIVISION BLIZZARD, INC.**, | Judge: Honorable Jacqueline Scott Corley |
| Defendants. | |

JOINT STATEMENT REGARDING EVIDENCE FOR PRE-HEARING CONFERENCE
CASE NO. 3:23-CV-2880-JSC

Pursuant to the Court's Order Regarding Evidentiary Hearing on Preliminary Injunction Motion (Dkt. 76), Plaintiff Federal Trade Commission ("FTC") and Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") jointly submit the following statement.

A.   Witnesses

   1. Plaintiff's Witnesses

**Phil Eisler (Vice President and General Manager of GeForce NOW Cloud Gaming at Nvidia Corp.). Plaintiff** is calling Mr. Eisler by video deposition designation to testify about the video game industry, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, Nvidia's GeForce NOW cloud gaming service, PC gaming, Nvidia's agreements with Microsoft, and any topics as to which he previously testified. Direct examination 10 mins. Cross-examination 5 mins.

**Jeff Fisher (Senior Vice President of GeForce at Nvidia Corp.). Plaintiff** is calling Mr. Fisher by video deposition designation to testify about the video game industry, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, Nvidia's GeForce Now cloud gaming service, PC gaming, Nvidia's agreements with Microsoft, and any topics as to which he previously testified. Direct examination 10 mins. Cross-examination 5 mins.

**Pete Hines (Group Senior Vice President and Head of Publishing at Bethesda Softworks LLC (a Microsoft subsidiary). Plaintiff** is calling Mr. Hines as an adverse witness to testify live about Microsoft's acquisition of ZeniMax Media / Bethesda Softworks ("the ZeniMax acquisition"), Microsoft Gaming decisions about video game content, and any topics as to which he previously testified. Direct examination 20 mins. Cross-examination 15 mins.

**Robin Lee (Professor of Economics, Harvard University). Plaintiff** is calling Dr. Lee as an expert witness to testify about the relevant antitrust markets in this case, the combined firm's ability and incentive to foreclose competition, the harms to competition and consumers rom foreclosure, potential pro-competitive effects, the likely effects of the Proposed Acquisition in the relevant markets, and any of the material disclosed in his expert reports served in connection with this matter. Plaintiff intends to present Dr. Lee's direct testimony by declaration. Cross-examination 90 minutes. Redirect examination 45 minutes.

**Dov Zimring ((Former) Director of Product Management for Stadia at Google LLC). Plaintiff** is calling Mr. Zimring live to testify about the video game industry, cloud gaming, Google's Stadia cloud gaming service, and any topics as to which he previously testified. Direct examination 20 mins. Cross-examination 10 mins.

2. Defendants' Witnesses

**Liz Bailey (PhD, Vice President, Charles River Associates). Defendants** are calling Dr. Bailey as an expert witness to testify about the opinions and conclusions of Plaintiff's experts Robin Lee particularly regarding the gaming industry, the relevant markets alleged, the competitive significance of Activision content, and the ways in which the transaction will increase output.. Direct examination 90 minutes. Cross examination 45 minutes.

**Sarah Bond (Corporate Vice President of Gaming Ecosystem, Microsoft). Defendants** are calling Ms. Bond live to testify about Xbox's content strategy, partnerships with publishers, subscription offering for consumers, expanding distribution of Xbox games, benefits associated with the Activision acquisition, negotiations and agreements with third parties to bring Activision content onto competitor services, the remedy Xbox agreed to with the European Commission, and any topics as to which she previously testified.  Direct examination 60 minutes. Cross examination 40 minutes.

**Dennis Carlton (David McDaniel Keller Professor of Economics Emeritus at the Booth School of Business at the University of Chicago; Senior Managing Director, Compass Lexecon).** **Defendants** are calling Dr. Carlton as an expert witness to testify about the opinions and conclusions of Plaintiff's expert, Dr. Robin Lee, particularly regarding the potential anticompetitive effects of the acquisition, and the procompetitive efficiencies arising from the acquisition. Defendants intend to present Dr. Carlton's direct testimony by declaration. Cross examination 45 minutes. Redirect examination 60 minutes.

**Amy Hood (Chief Financial Officer, Microsoft). Defendants** are calling Ms. Hood to testify about Xbox's current gaming business, Xbox's financial analyses and projections, Xbox's responsibility for its financial performance; the proposed acquisition of Activision, including but not limited to, the rationale and strategy for the acquisition and approval; and any topics as to which she previously testified. Defendants intend to present Ms. Hood's direct testimony by declaration. Cross-examination 15 minutes. Redirect examination 30 minutes.

**Bobby Kotick (Chief Executive Officer, Activision Blizzard, Inc.). Defendants** are calling Mr. Kotick live to testify about Activision's gaming business, future plans, and strategies, including but not limited to, Activision's development and publishing of first-party gaming content, distribution strategy, evaluation of potential partnership opportunities, and any topics as to which he previously testified. Direct examination 45 minutes. Cross-examination 30 minutes.

**Steve Singer (Senior Vice President, Publisher and Developer Relations, Nintendo). Defendants** are calling Mr. Singer by video deposition designation to testify about Nintendo's position in the gaming industry, Nintendo's agreement with Microsoft, and any topics as to which he previously testified. Direct examination 10 minutes. Cross examination 10 minutes.

**Armin Zerza (Chief Financial Officer, Activision Blizzard, Inc.). Defendants** are calling Mr. Zerza to testify about Activision's gaming business, future plans, and strategies, including but not limited to, Activision's development and publishing of first-party gaming content, distribution strategy, evaluation of potential partnership opportunities, and any topics as to which he previously testified. Defendants intend to present Mr. Zerza's direct testimony by declaration. Cross examination 20 minutes. Redirect examination 15 minutes.

3. Witnesses Both Sides Are Calling[1]

**Matt Booty (Head of Xbox Game Studios at Microsoft)**. **Plaintiff** is calling Mr. Booty as an adverse witness to testify live about the video game industry, Microsoft Gaming's strategy and business, other Microsoft Gaming acquisitions, Microsoft Gaming decisions about video game content, Microsoft's first-party game development business and strategy, the Proposed Acquisition, Microsoft's acquisition of ZeniMax Media / Bethesda Softworks ("the ZeniMax acquisition"), competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, and any topics as to which he previously testified. **Defendants** are calling Mr. Booty to testify live about the game development process; Xbox Game Studios's development, publishing, and licensing of first-party content; the competitive landscape of the gaming industry, and any topics as to which he previously testified. Plaintiff's examination (including direct and cross) 45 mins. Defendants' examination (including direct and cross) 20 mins.

**Jamie Lawver (Senior Finance Director at Microsoft). Plaintiff** is calling Ms. Lawver as an adverse witness to testify live about video game industry, Microsoft Gaming's strategy and

---

[1] As Plaintiff has identified several party witnesses that will be called in their case-in-chief, Defendants jointly list them as well to provide an accurate scope of testimony.

business, the ZeniMax acquisition, other Microsoft Gaming acquisitions, Microsoft Gaming decisions about video game content, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, the Proposed Acquisition, other topics regarding Microsoft's incentive and ability to foreclose competition in the relevant markets, and any topics as to which she previously testified. **Defendants** are calling Ms. Lawver to testify about the Xbox deal models and analyses, and any topics as to which she previously testified. Plaintiff's examination (including direct and cross) 30 mins. Defendants' examination (including direct and cross) 15 mins.

**Satya Nadella (CEO of Microsoft). Plaintiff** is calling Mr. Nadella as an adverse witness to testify live about the video game industry, Microsoft Gaming's strategy and business, the Proposed Acquisition, and any topics as to which he previously testified. **Defendants** are calling Mr. Nadella live to testify about Microsoft's gaming business, Microsoft's approach to software distribution, the acquisition of Activision, and any topics as to which he previously testified. Plaintiff's examination (including direct and cross) 30 mins. Defendants' examination (including direct and cross) 15 mins.

**Phil Spencer (CEO of Microsoft Gaming). Plaintiff** is calling Mr. Spencer as an adverse witness to testify live about the video game industry, Microsoft Gaming's strategy and business, the ZeniMax acquisition, Microsoft Gaming decisions about video game content, the Proposed Acquisition, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, and any topics as to which he previously testified. **Defendants** are calling Mr. Spencer to testify about Xbox's gaming strategy, offerings, and services, Xbox's proposed acquisition, including but not limited to the rationale and strategy for the acquisition, and Xbox's negotiations and agreements with third

parties to bring Activision content onto competitor services. Plaintiff's examination (including direct and cross) 60 mins. Defendants' examination (including direct and cross) 45 mins.

**James "Jim" Ryan (CEO of Sony Interactive Entertainment). Plaintiff** is calling Mr. Ryan by video deposition designation to testify about competition in the relevant antitrust markets, the video game industry, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, the effects of the Proposed Acquisition, and any topics as to which he previously testified. **Defendants** are calling Mr. Ryan by video deposition designation to testify about the gaming industry, including console gaming, subscription gaming, cloud game streaming, mobile gaming; Sony and Xbox's negotiations regarding the distribution of Activision content, and any topics as to which he previously testified. Plaintiff's examination (including direct and cross) 45 mins. Defendants' examination (including direct and cross) 60 mins.

**Tim Stuart (CFO of Microsoft Gaming). Plaintiff** is calling Mr. Stuart as an adverse witness to testify live about the video game industry, Microsoft Gaming's strategy and business, the ZeniMax acquisition, other Microsoft Gaming acquisitions, Microsoft Gaming decisions about video game content, the Proposed Acquisition, competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, and any topics as to which he previously testified. **Defendants** are calling Mr. Stuart live to testify about Xbox's first-party content strategy, including platform expansion and distribution, Xbox's financial strategy for console sales and subscription services, including Game Pass' streaming feature, Xbox's proposed acquisition, including but not limited to the deal valuation and strategy for the acquisition, and any topics as to which he previously testified. Plaintiff's examination

(including direct and cross) 45 mins. Defendants' examination (including direct and cross) 30 mins.

**Lori Wright (Corporate Vice President at Microsoft). Plaintiff** is calling Ms. Wright as an adverse witness to testify live about competition in the high performance and broader video game console markets, cloud gaming, video game subscription services, Microsoft Gaming's strategy and business, and any topics as to which she previously testified. **Defendants** are calling Ms. Wright to testify live about Xbox's negotiations and agreements with third parties to bring Activision content onto competitor services, and any topics as to which she previously testified. Plaintiff's examination (including direct and cross) 15 mins. Defendants' examination (including direct and cross) 15 mins.

B.  **Exhibits**

Plaintiffs and Defendants are each concurrently filing their exhibit lists.

Dated: June 20, 2023                                     Respectfully submitted,

*/s/ James H. Weingarten*

| James H. Weingarten | Beth Wilkinson (pro hac vice) |
| Peggy Bayer Femenella | Rakesh N. Kilaru (pro hac vice) |
| James Abell | Kieran Gostin (pro hac vice) |
| Cem Akleman | Grace Hill (pro hac vice) |
| J. Alexander Ansaldo | Anastasia M. Pastan (pro hac vice) |
| Michael T. Blevins | Sarah E. Neuman (pro hac vice) |
| Amanda L. Butler | Alysha Bohanon (pro hac vice) |
| Nicole Callan | Jenna Pavelec (pro hac vice) |
| Maria Cirincione | WILKINSON STEKLOFF LLP |
| Kassandra DiPietro | 2001 M Street, N.W., 10th Floor |
| Jennifer Fleury | Washington, DC 20036 |
| Michael A. Franchak | Telephone: (202) 847-4000 |
| James Gossmann | |
| Ethan Gurwitz | Jonathan E. Nuechterlein (pro hac vice) |
| Meredith R. Levert | C. Frederick Beckner III (pro hac vice) |
| David E. Morris | William R. Levi (pro hac vice) |
| Merrick Pastore | Daniel J. Hay (pro hac vice) |

JOINT STATEMENT REGARDING EVIDENCE FOR PRE-HEARING CONFERENCE
CASE NO. 3:23-CV-2880-JSC

7

| | |
|---|---|
| Stephen Santulli<br>Edmund Saw<br><br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-3570<br><br>Erika Wodinsky<br><br>Federal Trade Commission<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br><br>*Counsel for Plaintiff Federal Trade Commission* | SIDLEY AUSTIN LLP<br>150 K Street, N.W.<br>Washington, DC 20005<br><br>Bambo Obaro (Bar No. 267683)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3083<br><br>Michael Moiseyev (pro hac vice)<br>Megan A. Granger (pro hac vice)<br>WEIL, GOTSHAL &MANGES LLP<br>2001 M Street, N.W., Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7000<br><br>*Counsel for Defendant Microsoft Corporation* |
| | Jack DiCanio (Bar No. 138782)<br>Caroline Van Ness (Bar No. 281675)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br><br>Steven C. Sunshine (pro hac vice)<br>Julia K. York (pro hac vice)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br><br>Maria Raptis (pro hac vice)<br>Matthew M. Martino (pro hac vice)<br>Michael J. Sheerin (pro hac vice)<br>Evan R. Kreiner (pro hac vice)<br>Bradley J. Pierson (pro hac vice)<br>Jessica R. Watters((pro hac vice)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1 Manhattan West<br>New York, NY 10001 |

JOINT STATEMENT REGARDING EVIDENCE FOR PRE-HEARING CONFERENCE
CASE NO. 3:23-CV-2880-JSC

Telephone: (212) 735-3000

*Counsel for Defendant Activision Blizzard, Inc.*

### FILER'S ATTESTATION

I, Jennifer Fleury, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Jennifer Fleury*

Jennifer Fleury