**EXHIBITS CITED TO PLAINTIFF'S REPLY BRIEF**
(All Exhibits Provided via Secure FTP Transfer)

| PX Exhibit No. | PX Exhibit No. | PX Exhibit No. | PX Exhibit No. |
| --- | --- | --- | --- |
| PX0003 | PX1030 | PX1037 | PX1043 |
| PX1110 | PX1145 | PX1240 | PX1494 |
| PX1538 | PX1613 | PX1635 | PX6151 |
| PX1747 | PX1752 | PX1767 | PX1950 |
| PX1995 | PX2006 | PX2073 | PX2133 |
| PX2189 | PX2197 | PX2406 | PX3081 |
| PX3085 | PX3206 | PX3272 | PX4057 |
| PX4182 | PX4341 | PX4351 | PX4407 |
| PX4435 | PX4672 | PX5000 | PX5001 |
| PX6000 | PX7003 | PX7006 | PX7007 |
| PX7011 | PX7012 | PX7036 | PX7040 |
| PX7041 | PX7042 | PX7043 | PX7044 |
| PX7048 | PX7049 | PX7053 | PX7054 |
| PX7055 | PX7058 | PX8000 | PX8001 |
| PX9012 | PX9015 | PX9084 | PX9186 |