James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, Plaintiff, v. **MICROSOFT CORP.** and **ACTIVISION BLIZZARD, INC.**, Defendants. | Case No. 3:23-cv-2880 **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion ("Plaintiff's Reply").

Certain portions of Plaintiff's Reply contain information obtained from Defendants' Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision"), as well as Amazon.com, Inc. ("Amazon"), Nintendo of America, Inc. ("Nintendo"), NVIDIA Corporation ("Nvidia"), and Sony Interactive Entertainment ("Sony") during the course of the FTC's investigation regarding Microsoft's proposed acquisition of Activision. Microsoft, Activision, Amazon, Nintendo, Nvidia, and Sony designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Other portions of Plaintiff's Reply contain information that was obtained during the course of litigation discovery in In the matter of Microsoft Corp. and Activision, Blizzard, Inc., before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Plaintiff's Reply | Page 1, Portions of Lines 17–25 | Microsoft and Activision |
| Plaintiff's Reply | Page 3, Portions of Lines 14-23 | Microsoft and Activision |

| Plaintiff's Reply | Page 3, Portion of Line 25; Page 4, Line 1 | Sony |
|---|---|---|
| Plaintiff's Reply | Page 4, Portions of Lines 5-6 | Microsoft and Activision |
| Plaintiff's Reply | Page 4, Portions of Lines 10-13 | Microsoft and Activision |
| Plaintiff's Reply | Page 4, Portions of Lines 13-14 | Sony |
| Plaintiff's Reply | Page 4, Portions of Lines 15-16 | Microsoft and Activision |
| Plaintiff's Reply | Page 4, Portions of Lines 26-28 | Sony |
| Plaintiff's Reply | Page 5, Portions of Lines 10-19 | Microsoft and Activision |
| Plaintiff's Reply | Page 5, Portions of Lines 19-20 | Sony |
| Plaintiff's Reply | Page 5, Portion of Line 20 | Amazon |
| Plaintiff's Reply | Page 5, Portions of Lines 22-25 | Microsoft and Activision |
| Plaintiff's Reply | Page 6, Portions of Line 5-11 | Microsoft and Activision |
| Plaintiff's Reply | Page 6, Portions of Lines 13-17 | Nvidia |
| Plaintiff's Reply | Page 6, Portions of Lines 21-25 | Microsoft and Activision |
| Plaintiff's Reply | Page 6, Portion of Line 22 | Sony |

| Plaintiff's Reply | Page 6, Portions of Lines 23-27 | Microsoft and Activision |
| --- | --- | --- |
| Plaintiff's Reply | Page 7, Portions of Lines 21-26 | Sony |
| Plaintiff's Reply | Page 8, Portions of Lines 3-19 | Microsoft and Activision |
| Plaintiff's Reply | Page 8, Portions of Lines 27-28 | Sony |
| Plaintiff's Reply | Page 9, Portions of Lines 4-5 | Microsoft and Activision |
| Plaintiff's Reply | Page 9, Portions of Lines 16-20 | Sony |
| Plaintiff's Reply | Page 9, Portions of Lines 27-28, Page 10, Portions of Lines 1-4 | Microsoft and Activision |
| Plaintiff's Reply | Page 10, Portions of Lines 6-14 | Microsoft and Activision |
| Plaintiff's Reply | Page 10, Portions of Lines 20-27 | Microsoft and Activision |
| Plaintiff's Reply | Page 10, Portion of Line 28, Page 11, Portions of Lines 1-3 | Sony |
| Plaintiff's Reply | Page 11, Portions of Lines 13-14 | Microsoft and Activision |
| Plaintiff's Reply | Page 11, Portions of Lines 15-18 | Nvidia |
| Plaintiff's Reply | Page 11, Portions of Lines 19-27 | Microsoft and Activision |

| Plaintiff's Reply | Page 11, Portions of Lines 27-28, Page 12, Portion of Line 1 | Nvidia |
|---|---|---|
| Plaintiff's Reply | Page 12, Portions of Lines 1-3 | Sony |
| Plaintiff's Reply | Page 12, Portions of Lines 5-6 | Microsoft and Activision |
| Plaintiff's Reply | Page 13, Portions of Lines 17-20 | Nintendo |
| Plaintiff's Reply | Page 13, Portions of Lines 22-23 | Microsoft and Activision |
| Plaintiff's Reply | Page 14, Portions of Lines 4-5 | Sony |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced yellow-highlighted portions of its Reply because Microsoft or Activision has designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiff has redacted the above-referenced green-highlighted portions of its Reply because Nvidia has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced blue-highlighted portions of its Reply because Sony has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced pink-highlighted

portions of its Reply because Nintendo has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiffs has redacted the above-referenced purple-highlighted portions of its Reply because Amazon has designated information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Administrative Proceeding Protective Order. Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Plaintiff's Reply accompany this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Date: June 20, 2023                                             Respectfully Submitted,

                                                                /s/ James H. Weingarten
                                                                James H. Weingarten
                                                                Peggy Bayer Femenella
                                                                James Abell
                                                                Cem Akleman
                                                                J. Alexander Ansaldo
                                                                Michael T. Blevins
                                                                Amanda L. Butler
                                                                Nicole Callan
                                                                Maria Cirincione
                                                                Kassandra DiPietro
                                                                Jennifer Fleury
                                                                Michael A. Franchak
                                                                James Gossmann
                                                                Ethan Gurwitz
                                                                Meredith R. Levert
                                                                David E. Morris
                                                                Merrick Pastore
                                                                Stephen Santulli
                                                                Edmund Saw

                                                                Federal Trade Commission
                                                                600 Pennsylvania Avenue, NW
                                                                Washington, DC 20580

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880

5

Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880

6