**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-2880 |
| **MICROSOFT CORP.** | **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| and | |
| **ACTIVISION BLIZZARD, INC.**, | |
| Defendants. | |

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion ("Plaintiff's Reply") (Dkt. No. 131) and documents submitted in support thereof. Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft Corporation ("Microsoft") and/or Defendant Activision Blizzard, Inc., ("Activision"), and/or Amazon.com, Inc. ("Amazon"), Nintendo of America, Inc. ("Nintendo"), NVIDIA Corporation ("Nvidia"), and Sony Interactive Entertainment ("Sony") pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the Plaintiff's Reply and documents submitted in support thereof shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff shall file a complete unredacted versions of its Reply and documents submitted in support thereof within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff shall file a revised redacted version of its Reply and documents submitted in support thereof that comports with this Court's Order, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2023

_____
Honorable Judge
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880