# EXHIBIT 2

(Proposed Redactions to Document Filed Under Seal at ECF No. 10-17)

# Exhibit Q

**EXHIBIT FILED UNDER SEAL**

```
                                                         Page 1
 1          UNITED STATES OF AMERICA
            FEDERAL TRADE COMMISSION
 2              Docket No. 9412

 3   ------------------------------x
     In the Matter of:             :
 4                                 :
     MICROSOFT CORPORATION,        :
 5                                 :
             a corporation,        :   Highly Confidential
 6                                 :
              - and -              :
 7                                 :
     ACTIVISION BLIZZARD, INC.,    :
 8                                 :
             a corporation.        :
 9   ------------------------------x

10   Videotaped Deposition of:

11              JAMES RYAN, in his individual

12   capacity and as Corporate Representative for

13   Sony Interactive Entertainment.

14      Taken on Thursday, April 6, 2023, at 8:30 a.m.

15   at the offices of Cleary Gottlieb, 2112 Pennsylvania

16   Avenue, NW, 10th Floor, Washington, D.C., before

17   Teague Gibson, a Notary Public.

18

19

20              *    *    *    *    *

21

22

23

24

25
```

James Ryan Highly Confidential
April 06, 2023                                34 to 37

Page 34

1   Q   Do you think that this collaboration with
2   Activision has lead to better features on
3   PlayStation's Gen 5 consoles?
4   A   I believe that to be the case.
5   Q   If you look at the next sentence of the
6   very last sentence on the page, that reads: This
7   partnership would be lost. And it goes on to the
8   next page, it continues: Once Microsoft acquired
9   Activision and SIE could no longer share
10  confidential details about its next console in
11  development. Do you see that language?
12  A   I do.
13  Q   Why could SIE no longer share confidential
14  details about its next console and development once
15  Microsoft acquired Activision?
16  A   We simply could not run the risk of a
17  company that was owned by a direct competitor having
18  access to that information.
19  Q   What would be the risk of your direct
20  competitor having access to that information?
25  Q   Are PlayStation 5's features of benefit to

Page 35

1   gamers, in your view?
2   A   In my view, yes.
3   Q   Why is that?
4   A   We believe that they provide for more
5   enjoyable and more realistic gaming experiences.
6   Q   In your view, do those features approved
7   point of differentiation for PlayStation?
8   A   In my view, yes.
9   Q   Looking at the next sentence that reads:
10  Even if some Activision games remained on
11  PlayStation, SIE could not share in-development
12  console features with a Microsoft controlled
13  Activision and Activision would have less of an
14  incentive to develop its games to take advantage of
15  unique PlayStation features or help SIE develop
16  better consoles. Do you see that language?
17  A   I do.
18  Q   Why, in your view, would Activision have
19  less of an incentive to develop its games to take
20  advantage of unique PlayStation features or help
21  Sony develop better consoles?
22  A   I believe that Microsoft owned that
23  division would not be incentivized to develop games
24  that take advantage of features that PlayStation has
25  or that Xbox does not have?

Page 36

1   Q   Why do you think that a Microsoft owned
2   Activision would not be incentivized to do that?
3   A   I believe that their incentives -- their
4   primary incentive will, at post-acquisition, would
5   be to optimize its overall Xbox business, not the
6   business of Activision.
7   Q   What, in your view, is Activision's
8   primary incentive right now, as an independent
9   company?
10  A   As an independent company, Activision is
11  incentivized to make great games on all platforms.
12  Q   Is that what they do?
13  A   That's what they do.
14  Q   The next sentence reads:
          Do you see that language?
18  A   I do.
19  Q   Who is Mojang?
20  A   Mojang is the developer Mindcraft.
21  Q   Is Mindcraft a game?
22  A   Yes, sorry, Mindcraft is a game.
23  Q   Did Microsoft acquire Mojang around 2014?
24  A   I believe it was around about then, yes.
25  Q   Was Mindcraft already available on

Page 37

1   PlayStation consoles when Microsoft acquired Mojang?
2   A   Yes, it was.
3   Q   When Microsoft acquired Mojang,
7   Q   If you look at the next sentence it reads:
          Do you see that language?
11  A   I do.
12  Q   Why is it that
15  Q   Does that go back to your concern about
16  your direct competitor having access to your
17  information about consoles in development?
18  A   It does.
19  Q   How sensitive is information about
20  features in development for PlayStation consoles?
21  A   Immensely sensitive.
22  Q   What is a game development kit?
23  A   It is a combination of hardware and
24  software that game developers use in order to be
25  able to create gaming content.

James Ryan Highly Confidential
April 07, 2023                                                            1

```
                                                                    Page 1
 1              UNITED STATES OF AMERICA
                FEDERAL TRADE COMMISSION
 2                  Docket No. 9412

 3     -------------------------------x
       In the Matter of:             :
 4                                   :
       MICROSOFT CORPORATION,        :
 5                                   :
              a corporation,         :
 6                                   :   Highly Confidential
              - and -                :
 7                                   :
       ACTIVISION BLIZZARD, INC.,    :
 8                                   :
              a corporation.         :
 9     -------------------------------x

10                    Vol. II

11     Videotaped Deposition of:

12             JAMES RYAN, as Corporate Representative

13      for Sony Interactive Entertainment.

14          Taken on Friday, April 7, 2023, at 8:00 a.m. at

15     the offices of Cleary Gottlieb, 2112 Pennsylvania

16     Avenue, NW, 10th Floor, Washington, D.C., before

17     Teague Gibson, a Notary Public.

18

19

20                  *   *   *   *   *

21

22

23

24

25
```

