| | |
|---|---|
| 1 | Jack DiCanio (Bar No. 138782) |
| 2 | Caroline Van Ness (Bar No. 281675) |
|  | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 525 University Avenue |
|  | Palo Alto, California 94301 |
| 4 | Telephone: (650) 470-4660 |
|  | Facsimile: (213) 621-5430 |
| 5 | Email: jack.dicanio@skadden.com |
| 6 | Email: caroline.vanness@skadden.com |
| 7 | Steven C. Sunshine (*pro hac vice*) |
|  | Julia K. York (*pro hac vice*) |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|  | 1440 New York Avenue, N.W. |
| 9 | Washington, D.C. 20005 |
| 10 | Telephone: (202) 371-7000 |
|  | Facsimile: (202) 393-5760 |
| 11 | Email: steven.sunshine@skadden.com |
|  | Email: julia.york@skadden.com |
| 12 | |
| 13 | *Counsel for Defendant Activision Blizzard, Inc.* |
| 14 | Beth Wilkinson (*pro hac vice*) |
|  | Rakesh Kilaru (*pro hac vice*) |
| 15 | Kieran Gostin (*pro hac vice*) |
|  | Grace Hill (*pro hac vice*) |
| 16 | Anastasia Pastan (*pro hac vice*) |
|  | Sarah Neuman (*pro hac vice*) |
| 17 | WILKINSON STEKLOFF LLP |
|  | 2001 M Street NW, 10th Floor |
| 18 | Washington, DC 20036 |
|  | Telephone: (202) 847-4000 |
| 19 | Facsimile: (202) 847-4005 |
|  | bwilkinson@wilkinsonstekloff.com |
| 20 | rkilaru@wilkinsonstekloff.com |
|  | kgostin@wilkinsonstekloff.com |
| 21 | ghill@wilkinsonstekloff.com |
|  | apastan@wilkinsonstekloff.com |
| 22 | sneuman@wilkinsonstekloff.com |
| 23 | Bambo Obaro (Bar No. 267683) |
|  | Weil, Gotshal and Manges |
| 24 | 201 Redwood Shores Parkway |
|  | Redwood Shores, CA 94065 |
| 25 | Telephone: (650) 802-3083 |
|  | Facsimile: (650) 802-3100 |
| 26 | bambo.obaro@weil.com |
| 27 | *Counsel for Defendant Microsoft Corp.* |
| 28 | |

**NOTICE OF LODGING [PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING**   CASE NO.: 23-CV-02880-JSC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>            Defendants. | Case No.: 23-cv-02880-JSC<br><br>**NOTICE OF LODGING [PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING**<br><br>Judge: The Honorable Jacqueline S. Corley<br>Courtroom: 8 – 19th Floor<br>Hearing Dates: June 22, 2023 – June 29, 2023 |

**TO THE COURT AND COUNSEL OF RECORD FOR ALL PARTIES:**

PLEASE TAKE NOTICE that Defendants Activision Blizzard, Inc. and Microsoft Corp. hereby lodge the attached [Proposed] Order Permitting Microsoft Corporation And Activision Blizzard, Inc. To Bring Outside Equipment Into Courthouse For Hearing.

DATED: June 20, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:      */s/ Caroline Van Ness*
Caroline Van Ness (Bar No. 281675)
Jack DiCanio (Bar No. 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com
Email: jack.dicanio@skadden.com

*Attorneys for Activision Blizzard, Inc.*