Jack DiCanio (Bar No. 138782)
Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

Beth Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
Weil, Gotshal and Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Defendant Microsoft Corp.*

| | |
|---|---|
| **[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING** | **CASE NO.: 23-CV-02880-JSC** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>  Defendants. | Case No.: 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING**<br><br>Judge: The Honorable Jacqueline S. Corley<br>Courtroom: 8 – 19th Floor<br>Hearing Dates: June 22, 2023 – June 29, 2023 |

To streamline the presentation of evidence at the preliminary injunction hearing commencing on Thursday, June 22, 2023 at 8:30 a.m., Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") respectfully request that the following be present in the courtroom and breakout room during the trial:

- Easels
- Printers
- Projector and screen
- Tech tables
- Switches
- Computer monitors
- Speakers
- MIFI
- Cabling
- Hard drives
- Tablets and laptops

2

[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND
ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO                    CASE No.: 23-CV-02880-JSC
COURTHOUSE FOR HEARING

1  Microsoft and Activision respectfully request permission to bring these items into the Courthouse
2  beginning Wednesday, June 21, 2023.  Additionally, Microsoft and Activision request that its
3  litigation team be permitted to bring more than 10 boxes into the Courthouse and to have access to
4  the Courthouse loading dock throughout the hearing in order to facilitate moving these materials into
5  and out of the Courthouse, as necessary.

Dated:    June 20, 2023

By:    */s/ Caroline Van Ness*

| | |
|---|---|
| Beth Wilkinson (*pro hac vice*)<br>Rakesh Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Grace Hill (*pro hac vice*)<br>Anastasia Pastan (*pro hac vice*)<br>Sarah Neuman (*pro hac vice*)<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ghill@wilkinsonstekloff.com<br>apastan@wilkinsonstekloff.com<br>sneuman@wilkinsonstekloff.com<br><br>Bambo Obaro (Bar No. 267683)<br>Weil, Gotshal and Manges<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3083<br>Facsimile: (650) 802-3100<br>bambo.obaro@weil.com<br><br>Michael Moiseyev (*pro hac vice*)<br>Megan A. Granger (*pro hac vice*)<br>WEIL, GOTSHAL &MANGES LLP<br>2001 M Street, NW<br>Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>michael.moiseyev@weil.com<br>megan.granger@weil.com<br><br>*Counsel for Defendant Microsoft Corp.* | Caroline Van Ness (Bar No. 281675)<br>Jack DiCanio (Bar No. 138782)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (213) 621-5430<br>Email: caroline.vanness@skadden.com<br>Email: jack.dicanio@skadden.com<br><br>Steven C. Sunshine (*pro hac vice*)<br>Julia K. York (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Email: steven.sunshine@skadden.com<br>Email: julia.york@skadden.com<br><br>Maria Raptis (*pro hac vice*)<br>Matthew M. Martino (*pro hac vice*)<br>Michael J. Sheerin (*pro hac vice*)<br>Evan R. Kreiner (*pro hac vice*)<br>Bradley J. Pierson (*pro hac vice*)<br>Jessica R. Watters((*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1 Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 |

[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND
ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO        CASE NO.: 23-CV-02880-JSC
COURTHOUSE FOR HEARING

Email: maria.raptis@skadden.com
Email: matthew.martino@skadden.com
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com
Email: bradley.pierson@skadden.com
Email: jessica.watters@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

**IT IS SO ORDERED.**

DATED:_____

　　　　　　　　　　　　　　　　　　　　The Honorable Jacqueline S. Corley
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING　　　CASE NO.: 23-CV-02880-JSC