1   VENABLE LLP
Steven E. Swaney (SBN 221437)
2   seswaney@venable.com
101 California Street, Suite 3800
3   San Francisco, CA 94111
Telephone:    415.653.3750
4   Facsimile:    415.653.3755

5   Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
6   Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
7   151 W. 42nd Street, 49th Floor
New York, NY 10036
8   Telephone:    212.307.5500
Facsimile:    212.307.5598

9

10   Attorneys for Non-Party Nintendo of America, Inc.

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14   FEDERAL TRADE COMMISSION            Case No. 23-cv-02880-JSC

15              Plaintiff,               **NON-PARTY NINTENDO OF AMERICA
                                         INC. UNOPPOSED MOTION FOR**
16         v.                            **ORDER CHANGING TIME**

17   MICROSOFT CORPORATION, et al.

18              Defendant.

19

20

21

22

23

24

25

26

27

28

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

## I.    INTRODUCTION

Pursuant to N.D. Cal. Civil Local Rule 6-3 ("Civil L.R."), Non-Party Nintendo of America Inc. ("NOA") respectfully requests an extension of time to file its statement and/or declaration in accordance with Civil L.R. 79-5(f).  Plaintiff Federal Trade Commission ("FTC") and Defendants Microsoft Corp. and Activision Blizzard Inc. (collectively, "Defendants") have indicated that they do not oppose this request.

## II.    BACKGROUND

Pursuant to this Court's previous order, by June 20, 2023 at noon, the parties were instructed to file a Joint Statement listing out each exhibit the parties intended to offer at the upcoming preliminary injunction evidentiary hearing set to begin June 22, 2023, and where on the docket the Court could locate the related Civil L.R. 79-5 statement and/or declaration.  (Dkt. No. 76).  Plaintiff sent a letter on June 18, 2023, via email at 9:52 pm ET, informing non-party NOA that it anticipated using certain NOA documents and testimony as exhibits at the upcoming hearing.  Defendants sent a similar email on June 19, 2023, via email at 10:15 pm ET, informing NOA of their intent to use additional NOA documents for the same purpose.  Those exhibits will include documents that NOA has previously produced to the FTC as part of its investigation and subsequent Part 3 litigation administrative proceeding regarding Defendant Microsoft Corp.'s proposed acquisition of Defendant Activision Blizzard, Inc.  NOA has previously designated all the exhibits in question as confidential pursuant to FTC Rules governing investigations and a Protective Order entered by the FTC Administrative Law Judge in the Part 3 proceedings.  (FTC Dkt. No. 9412, Doc. No. 606385, Dec. 9, 2022).

## III.    ARGUMENT

When a party wishes to file a document that has been designated as confidential by another party or non-party, the filing party must file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Civil L.R. 79-5(f).  The designating party typically has seven (7) days to file a statement and/or declaration stating its position in response. That time frame has been compressed given the briefing and hearing schedule for the FTC's motion for a preliminary injunction.

1    NOA's counsel received Plaintiff's letter related to this matter late Sunday evening

2    before the federal holiday on Monday, and Defendants' email late Monday evening.  Since then,

3    NOA has worked expeditiously to review the documents at issue and prepare briefing for this

4    Court.  However, due to numerous factors, in order to comply with the accelerated schedule for

5    these proceedings, non-party NOA requires additional time to review the FTC's proposed

6    exhibits and determine what documents, in whole or in part, NOA will request to remain under

7    seal.

8        *First*, the day following NOA's receipt of Plaintiff's letter and the day of receipt of

9    Defendants' email, June 19, 2023, was Juneteenth, a federal holiday.  *Second*, key NOA in-house

10   counsel are currently traveling internationally, creating a significant time difference between

11   NOA's counsel in the United States.

12       Finally, in order to keep NOA's request for sealing as narrow as possible, NOA will need

13   to review and identify specific portions of those documents which NOA will seek sealing for.

14   Two of those documents are lengthy deposition transcripts that Plaintiff intends to use at the

15   hearing.  Defendants have indicated that they will disclose their hearing designations of those

16   transcripts to NOA today, and seek Plaintiff's counter-designations by Wednesday.  Plaintiff has

17   indicated its intent to introduce the entirety of the transcripts as exhibits – not excerpted portions

18   of the testimony – necessitating a line-by-line review.  Therefore, (i) for the designated and

19   counter-designated portions of the transcripts, NOA requests a slightly longer extension, to

20   Monday, June 26, 2023, 5 pm PT, and (ii) for the entirety of the deposition transcripts, NOA

21   requests an extension to Tuesday, June 27, 2023, 5 pm PT.

22       When NOA files its Civil L.R. 79-5 statement and/or declaration, NOA will include for

23   the Court an exhibit list with annotations describing the exhibits at issue.

24       Lastly, on June 19 and 20, 2023, counsel for NOA conferred with counsel for Plaintiff

25   Defendants, all of whom indicated that they do not oppose the relief sought in this motion.

26   **IV.    CONCLUSION**

27       For the foregoing reasons, non-party NOA respectfully requests the Court (i) enter a one-

28   day deadline extension for NOA to file its Civil L.R. 79-5(f) statement and/or declaration for

1  documents that are not deposition transcripts, to June 21, 2023, 5:00 PM PT (PX3066, PX3161,

2  PX3219, PX3221, PX3270, and PX8002 as identified in Plaintiff's letter to NOA;  and RX2001,

3  RX2002, RX2040, RX2058, RX2065, RX2089, RX2096, RX2104, RX2106, RX2108, RX2109,

4  RX2111, RX2116, RX2124, RX2125, RX2126 and RX2127 as identified in Defendants' email

5  to NOA); (ii) enter a six-day deadline extension for NOA to file its Civil L.R. 79-5(f) statement

6  and/or declaration for the portion(s) of any deposition transcripts designated and/or cross-

7  designated by the parties, to June 26, 2023, 5:00 pm PT; and (iii) enter a seven-day deadline

8  extension for NOA to file its Civil L.R. 79-5(f) statement and/or declaration for the entirety of

9  the deposition transcripts identified on Plaintiff's exhibits list, to June 27, 2023, 5:00 pm PT

10  (PX7059 and PX7065 as identified in Plaintiff's letter to NOA).

11   Dated:  June 20, 2023                                    VENABLE LLP

12

13                                                          /s/ *Steven E. Swaney*
                                    By:         Steven E. Swaney
                                                Leonard L. Gordon (pro hac vice
14                                              application forthcoming)
                                                Benjamin P. Argyle (pro hac vice
15                                              application forthcoming)
                                    Attorneys for Non-Party Nintendo of
16                                  America, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

NON-PARTY NINTENDO OF AMERICA INC. UNOPPOSED MOTION FOR ORDER CHANGING TIME
Case No. 23-cv-02880-JSC