VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  415.653.3750
Facsimile:  415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:  212.307.5500
Facsimile:  212.307.5598

Attorney for Non-Party Nintendo of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.<br><br>Defendant. | Case No. 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. UNOPPOSED MOTION FOR ORDER CHANGING TIME** |

**[PROPOSED] ORDER**

Having considered Non-Party Nintendo of America Inc.'s ("NOA") Unopposed Motion for Order Changing Time, the Court ORDERS the following:

1. NOA shall file its statement and/or declaration regarding Plaintiff's non-deposition exhibits PX3066, PX3161, PX3219, PX3221, PX3270, and PX8002 pursuant to N.D. Cal. Civil Local Rule 79-5(f) no later than June 21, 2023, 5:00 pm PT.

2. NOA shall file its statement and/or declaration regarding Defendants' exhibits RX2001, RX2002, RX2040, RX2058, RX2065, RX2089, RX2096, RX2104, RX2106, RX2108, RX2109, RX2111, RX2116, RX2124, RX2125, RX2126 and RX2127 pursuant to N.D. Cal. Civil Local Rule 79-5(f) no later than June 21, 2023, 5:00 pm PT.

3. NOA shall file its statement and/or declaration regarding the portion(s) of any designated and/or counter-designated deposition transcripts pursuant to N.D. Cal. Civil Local Rule 79-5(f) no later than June 26, 2023, 5:00 pm PT.

4. NOA shall file its statement and/or declaration regarding Plaintiff's deposition exhibits PX7059 and PX7065 pursuant to N.D. Cal. Civil Local Rule 79-5(f) no later than June 27, 2023, 5:00 pm PT.

IT IS SO ORDERED.

Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Judge