1  Beth A. Wilkinson (*pro hac vice*)
   bwilkinson@wilkinsonstekloff.com
2  Rakesh N. Kilaru (*pro hac vice*)
   rkilaru@wilkinsonstekloff.com
3  Kieran Gostin (*pro hac vice*)
4  kgostin@wilkinsonstekloff.com
   Grace Hill (*pro hac vice*)
5  ghill@wilkinsonstekloff.com
   Anastasia M. Pastan (*pro hac vice*)
6  apastan@wilkinsonstekloff.com
   WILKINSON STEKLOFF LLP
7  2001 M Street NW, 10th Floor
   Washington, DC  20036
8  Telephone: (202) 847-4000
9  Facsimile: (202) 847-4005

10 Bambo Obaro
   bambo.obaro@weil.com
11 WEIL, GOTSHAL AND MANGES
12 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
13 Telephone:  (650) 802-3083

14 *Counsel for Microsoft Corporation*

15 [Additional Counsel Identified on Signature Page]

16

17                        UNITED STATES DISTRICT COURT

18                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

| 20 | FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
|---|---|---|
| 21 | Plaintiff, | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 22 | v. | |
| 23 | MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| 24 | | Date: TBD<br>Time: TBD |
| 25 | Defendants. | Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |
| 26 | | |

27

28

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Microsoft Corp. ("Microsoft") and
2  Activision Blizzard, Inc. ("Activision") (collectively, "Defendants") respectfully file this Administrative
3  Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Defendants'
4  Exhibit List ("Administrative Motion").

5  Certain documents and document descriptions included on Defendants' Exhibit List contain
6  information designated by several non-parties as confidential or highly confidential.  Statements and/or
7  declarations in support of sealing pursuant to Civil Local Rule 79-5(f) from each designating party are
8  forthcoming.  Accordingly, Defendants seek to file under seal:

| Document | Portions of Documents and/or Document Descriptions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Exhibit List | PX3067 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0015 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0020 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0070 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0075 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0079 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0092 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0097 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0114 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0120 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0130 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0161 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX0169 | Sony Interactive Entertainment |

| | | |
|---|---|---|
| Defendants' Exhibit List | RX0170 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2009 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2010 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2018 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2019 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2020 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2022 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2023 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2024 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2025 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2026 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2028 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2030 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2034 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2036 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2046 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2053 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2059 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2060 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2064 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2067 | Sony Interactive Entertainment |

| | | |
|---|---|---|
| Defendants' Exhibit List | RX2069 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2078 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2083 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2085 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2086 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2087 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2098 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2118 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2134 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2161 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2163 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2172 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2174 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX5000 | Sony Interactive Entertainment |
| Defendants' Exhibit List | RX2001 | Nintendo of America |
| Defendants' Exhibit List | RX2002 | Nintendo of America |
| Defendants' Exhibit List | RX2089 | Nintendo of America |
| Defendants' Exhibit List | RX2065 | Nintendo of America |
| Defendants' Exhibit List | RX2040 | Nintendo of America |
| Defendants' Exhibit List | RX2058 | Nintendo of America |
| Defendants' Exhibit List | RX2096 | Nintendo of America |

| | | |
|---|---|---|
| Defendants' Exhibit List | RX2124 | Nintendo of America |
| Defendants' Exhibit List | RX2125 | Nintendo of America |
| Defendants' Exhibit List | RX2126 | Nintendo of America |
| Defendants' Exhibit List | RX2127 | Nintendo of America |
| Defendants' Exhibit List | RX2104 | Nintendo of America |
| Defendants' Exhibit List | RX2116 | Nintendo of America |
| Defendants' Exhibit List | RX2106 | Nintendo of America |
| Defendants' Exhibit List | RX2108 | Nintendo of America |
| Defendants' Exhibit List | RX2109 | Nintendo of America |
| Defendants' Exhibit List | RX2111 | Nintendo of America |
| Defendants' Exhibit List | RX2011 | Google LLC |
| Defendants' Exhibit List | RX2013 | Google LLC |
| Defendants' Exhibit List | RX2014 | Google LLC |
| Defendants' Exhibit List | RX2015 | Google LLC |
| Defendants' Exhibit List | RX2039 | Google LLC |
| Defendants' Exhibit List | RX2123 | Google LLC |
| Defendants' Exhibit List | RX3103 | Google LLC |
| Defendants' Exhibit List | RX3164 | Google LLC |
| Defendants' Exhibit List | PX3235 | Nvidia Corp. |
| Defendants' Exhibit List | RX2003 | Nvidia Corp. |
| Defendants' Exhibit List | RX2139 | Nvidia Corp. |

| Defendants' Exhibit List | RX2004 | Nvidia Corp. |
|---|---|---|
| Defendants' Exhibit List | RX2151 | Nvidia Corp. |
| Defendants' Exhibit List | RX2135 | Nvidia Corp. |
| Defendants' Exhibit List | RX2153 | Nvidia Corp. |
| Defendants' Exhibit List | RX2150 | Nvidia Corp. |
| Defendants' Exhibit List | RX2143 | Nvidia Corp. |
| Defendants' Exhibit List | RX2145 | Nvidia Corp. |
| Defendants' Exhibit List | RX2152 | Nvidia Corp. |
| Defendants' Exhibit List | RX2149 | Nvidia Corp. |
| Defendants' Exhibit List | RX2147 | Nvidia Corp. |
| Defendants' Exhibit List | RX2146 | Nvidia Corp. |
| Defendants' Exhibit List | RX2142 | Nvidia Corp. |
| Defendants' Exhibit List | RX2137 | Nvidia Corp. |
| Defendants' Exhibit List | RX2141 | Nvidia Corp. |

In compliance with Civil Local Rule 79-5(d), redacted and highlighted unredacted versions of Defendants' Exhibit List accompany this Administrative Motion.  In accordance with Civil Local Rule 7-11, Defendants also file a Proposed Order herewith.

Dated: June 20, 2023                    Respectfully submitted,

By:  /s/ Beth Wilkinson

| | |
|---|---|
| Jack DiCanio (Bar No. 138782) | Beth Wilkinson (*pro hac vice*) |
| Caroline Van Ness (Bar No. 281675) | Rakesh Kilaru (*pro hac vice*) |
| **SKADDEN, ARPS, SLATE, MEAGHER &** | Kieran Gostin (*pro hac vice*) |
| **FLOM LLP** | Grace Hill (*pro hac vice*) |
| 525 University Avenue | Anastasia Pastan (*pro hac vice*) |
| Palo Alto, California 94301 | Sarah Neuman (*pro hac vice*) |
| Telephone: (650) 470-4500 | Alysha Bohanon (*pro hac vice*) |
| Facsimile: (213) 621-5430 | Jenna Pavelec (*pro hac vice*) |
| Email: jack.dicanio@skadden.com | **WILKINSON STEKLOFF LLP** |
| Email: caroline.vanness@skadden.com | 2001 M Street NW, 10th Floor |
| | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| | Facsimile: (202) 847-4005 |
| Steven C. Sunshine (*pro hac vice*) | bwilkinson@wilkinsonstekloff.com |
| Julia K. York (*pro hac vice*) | rkilaru@wilkinsonstekloff.com |
| **SKADDEN, ARPS, SLATE, MEAGHER &** | kgostin@wilkinsonstekloff.com |
| **FLOM LLP** | ghill@wilkinsonstekloff.com |
| 1440 New York Avenue, N.W. | apastan@wilkinsonstekloff.com |
| Washington, DC 20005-2111 | sneuman@wilkinsonstekloff.com |
| Telephone: (202) 371-7000 | abohanon@wilkinsonstekloff.com |
| Facsimile: (202) 393-5760 | jpavelec@wilkinsonstekloff.com |
| Email: steven.sunshine@skadden.com | |
| Email: julia.york@skadden.com | Bambo Obaro (Bar No. 267683) |
| | **WEIL, GOTSHAL &MANGES LLP** |
| | 201 Redwood Shores Parkway |
| Maria Raptis (*pro hac vice*) | Redwood Shores, CA 94065 |
| Matthew M. Martino (*pro hac vice*) | Telephone: (650) 802-3083 |
| Michael J. Sheerin (*pro hac vice*) | Facsimile: (650) 802-3100 |
| Evan R. Kreiner (*pro hac vice*) | bambo.obaro@weil.com |
| Bradley J. Pierson (*pro hac vice*) | |
| Jessica R. Watters((*pro hac vice*) | Michael Moiseyev (*pro hac vice*) |
| **SKADDEN, ARPS, SLATE, MEAGHER &** | Megan A. Granger (*pro hac vice*) |
| **FLOM LLP** | **WEIL, GOTSHAL &MANGES LLP** |
| 1 Manhattan West | 2001 M Street, NW |
| New York, NY 10001 | Suite 600 |
| Telephone: (212) 735-3000 | Washington, DC 20036 |
| Fax: (212) 735-2000 | Telephone: (202) 682-7000 |
| Email: maria.raptis@skadden.com | Facsimile: (202) 857-0940 |
| Email: matthew.martino@skadden.com | michael.moiseyev@weil.com |
| Email: michael.sheerin@skadden.com | megan.granger@weil.com |
| Email: evan.kreiner@skadden.com | |
| Email: bradley.pierson@skadden.com | *Counsel for Defendant Microsoft Corp.* |
| Email: jessica.watters@skadden.com | |

*Counsel for Defendant Activision Blizzard, Inc*