UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: TBD<br>Time: TBD<br>Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") (collectively, "Defendants") have filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Defendants' Administrative Motion") in connection with Defendants' Redacted Exhibit List.

Having considered Defendants' Administrative Motion, and with good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]   GRANTED IN ITS ENTIRETY.  The unredacted version of Defendants' Exhibit List shall remain under seal.

[ ]   DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of Defendants' Exhibit List within 7 days of entry of this Order.

[ ]   GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of Defendants' Exhibit List, redacting only the information contained in the following specified locations within 7 days of entry of this Order.

IT IS SO ORDERED.

DATED:_____, 2023              _____
                                                Honorable Jacqueline S. Corley
                                                United States District Judge