Jack DiCanio (Bar No. 138782)
Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

Beth Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
Weil, Gotshal and Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Defendant Microsoft Corp.*

| [~~PROPOSED~~] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING | CASE NO.: 23-CV-02880-JSC |
|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-02880-JSC<br><br>**[PROPOSED]** ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING<br><br>Judge: The Honorable Jacqueline S. Corley<br>Courtroom: 8 – 19th Floor<br>Hearing Dates: June 22, 2023 – June 29, 2023 |

　　　　To streamline the presentation of evidence at the preliminary injunction hearing commencing on Thursday, June 22, 2023 at 8:30 a.m., Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") respectfully request that the following be present in the courtroom and breakout room during the trial:

- Easels
- Printers
- Projector and screen
- Tech tables
- Switches
- Computer monitors
- Speakers
- MIFI
- Cabling
- Hard drives
- Tablets and laptops

2

**[PROPOSED]** ORDER PERMITTING MICROSOFT CORPORATION AND
ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO           Case No.: 23-cv-02880-JSC
COURTHOUSE FOR HEARING

Microsoft and Activision respectfully request permission to bring these items into the Courthouse beginning Wednesday, June 21, 2023. ~~Additionally, Microsoft and Activision request that its litigation team be permitted to bring more than 10 boxes into the Courthouse and to have access to the Courthouse loading dock throughout the hearing in order to facilitate moving these materials into and out of the Courthouse, as necessary.~~

Dated:   June 20, 2023

By:  */s/ Caroline Van Ness*

| | |
|---|---|
| Beth Wilkinson (*pro hac vice*)<br>Rakesh Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Grace Hill (*pro hac vice*)<br>Anastasia Pastan (*pro hac vice*)<br>Sarah Neuman (*pro hac vice*)<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ghill@wilkinsonstekloff.com<br>apastan@wilkinsonstekloff.com<br>sneuman@wilkinsonstekloff.com<br><br>Bambo Obaro (Bar No. 267683)<br>Weil, Gotshal and Manges<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3083<br>Facsimile: (650) 802-3100<br>bambo.obaro@weil.com<br><br>Michael Moiseyev (*pro hac vice*)<br>Megan A. Granger (*pro hac vice*)<br>WEIL, GOTSHAL &MANGES LLP<br>2001 M Street, NW<br>Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>michael.moiseyev@weil.com<br>megan.granger@weil.com<br><br>*Counsel for Defendant Microsoft Corp.* | Caroline Van Ness (Bar No. 281675)<br>Jack DiCanio (Bar No. 138782)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (213) 621-5430<br>Email: caroline.vanness@skadden.com<br>Email: jack.dicanio@skadden.com<br><br>Steven C. Sunshine (*pro hac vice*)<br>Julia K. York (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>Email: steven.sunshine@skadden.com<br>Email: julia.york@skadden.com<br><br>Maria Raptis (*pro hac vice*)<br>Matthew M. Martino (*pro hac vice*)<br>Michael J. Sheerin (*pro hac vice*)<br>Evan R. Kreiner (*pro hac vice*)<br>Bradley J. Pierson (*pro hac vice*)<br>Jessica R. Watters((*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1 Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 |

3

[~~PROPOSED~~] ORDER PERMITTING MICROSOFT CORPORATION AND ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO COURTHOUSE FOR HEARING

CASE NO.: 23-CV-02880-JSC

Email: maria.raptis@skadden.com
Email: matthew.martino@skadden.com
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com
Email: bradley.pierson@skadden.com
Email: jessica.watters@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

**IT IS SO ORDERED.**

DATED:   June 20, 2023

_____
The Honorable Jacqueline Scott Corley
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Jacqueline Scott Corley

---

4

[PROPOSED] ORDER PERMITTING MICROSOFT CORPORATION AND
ACTIVISION BLIZZARD, INC. TO BRING OUTSIDE EQUIPMENT INTO
COURTHOUSE FOR HEARING

CASE NO.: 23-CV-02880-JSC