1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
2  ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California 94111-4788
Telephone:    (415) 875-6600
4  Facsimile:     (415) 875-6700
Michael D. Bonanno (*pro hac vice* forthcoming)
5  mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
6  Washington, D.C. 20005
Telephone: (202) 538-8000
7  Facsimile: (202) 538-8100
8

9  *Attorneys for NVIDIA Corporation*

10

11                     UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12

13  FEDERAL TRADE COMMISSION,                 CASE NO. 3:23-cv-2880

14                                            **NOTICE OF APPEARANCE**
              Plaintiff,
15
         vs.
16
    MICROSOFT CORP.,
17
18  and

19  ACTIVISION BLIZZARD, INC.

20            Defendants.

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ognjen Zivojnovic of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Non-Party NVIDIA Corporation.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Ognjen Zivojnovic (CA Bar No. 307801)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone:     (415) 875-6600
> Facsimile:     (415) 875-6700
> ogizivojnovic@quinnemanuel.com

DATED:  June 20, 2023                    QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


By  */s/ Ognjen Zivojnovic*
    Ognjen Zivojnovic

    *Attorney for NVIDIA Corporation*

1

**CERTIFICATE OF SERVICE**

I, Ognjen Zivojnovic, certify that on June 20, 2023, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED:  June 20, 2023

By  */s/ Ognjen Zivojnovic*
Ognjen Zivojnovic

2