QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Michael D. Bonanno (*pro hac vice* forthcoming)
mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:     (202) 538-8100

*Attorneys for NVIDIA Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORP.<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:23-cv-2880<br><br>**NVIDIA CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Honorable Jacqueline Scott Corley |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of
2 | interest (other than the named parties) to report.

3

4 | DATED:  June 20, 2023            Respectfully submitted,

5 |                                  QUINN     EMANUEL    URQUHART    &
6 |                                  SULLIVAN, LLP

7

8 |                                  By: */s/Ognjen Zivojnovic*
9 |                                      Ognjen Zivojnovic (Bar No. 307801)
                                         Michael D. Bonanno (*pro hac vice* forthcoming)
10

11 |                                  *Attorneys for NVIDIA CORPORATION.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of California, San Francisco Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/Ognjen Zivojnovic*