# **ATTACHMENT 3**

# **NVIDIA's Proposed Redactions to Exhibit N of the Fleury Declaration**

Jeff Fisher Highly Confidential
April 14, 2023                                                          1

```
                                                                    Page 1
 1              UNITED STATES OF AMERICA

 2              FEDERAL TRADE COMMISSION

 3         OFFICE OF ADMINISTRATIVE LAW JUDGES

 4    - - - - - - - - - - - - - - - X

 5    In the Matter of                  :

 6                                      :

 7    MICROSOFT CORPORATION,            :

 8          a corporation,              :

 9                                      : Docket No. 9412

10              and                     :

11                                      :

12    ACTIVISON BLIZZARD, INC.,         :

13          a corporation.              :

14    - - - - - - - - - - - - - - - X

15

16          **** HIGHLY CONFIDENTIAL ****

17

18     Remote Videotaped Deposition of JEFF FISHER

19              Friday, April 14, 2023

20                  9:03 a.m. (PDT)

21

22

23    Job No. 6357891

24    Pages:  1 - 159

25    Reported by:  Dana C. Ryan, RPR, CRR
```

Page 62

1  as a capability.
2     Q    And if a user is accessing high-end
3  games using GeForce NOW for their TV, does the
4  user need to buy a high-performance PC to do that?
5     A    If -- can you -- sorry.  Can you
6  restate that?
7     Q    Yeah.
8          If a user -- sorry.  Let me put this
9  this way.  Let me strike that.
10         A user can play high-performing games
11 just using a television without a high-performance
12 PC attached if they subscribe to GeForce NOW using
13 their TV; right?
14    A    That's correct.
15    Q    And they can do that without having a
16 high-performance console if they subscribe to
17 GeForce NOW using the TV; right?
18    A    They can get access to the games that
19 are available on GeForce NOW that way, but console
20 as you know is different -- may have different
21 offerings.
22    Q    Right.
23         But if someone wants to play Call of
24 Duty: Modern Warfare II, they can stream that game
25 on their TV if GeForce NOW is on the TV or they

Page 63

1  install the Shield without having to have a
2  console device; right?
3     A    Not at the moment, no, because Call of
4  Duty is not available on GeForce NOW.
5     Q    Ah.
6          If one -- if a user wants to play a
7  game that is available on GeForce NOW, they can
8  play that game using their TV for GeForce NOW.
9  GeForce NOW is installed on the TV or using the
10 Shield device without needing to have a console
11 also attached to the TV; right?
12    A    That's correct with the caveat they
13 must also own -- own the game, but, yes.
14    Q    Do you -- strike that.
15         Okay.  Would you agree that it's just
16 no question that cloud gaming has a profitable
17 future?
18         MS. ARNOLD:  Object to form.
19         THE WITNESS:  It's my strong belief
20 that cloud gaming has a profitable future, yes.
21    BY MR. WEINGARTEN:
22    Q    Would you agree that the ability for
23 users to share the processing power of a GPU in
24 the cloud means that the economics from the user's
25 perspective are in favor of games streaming on

Page 64

1  cloud versus in a console or high-end PC?
2     A    I'm sorry.  Can you -- can you just
3  restate it?
4     Q    Yeah.
5          You -- you're aware that on GeForce NOW
6  in certain tiers of the offering users can share
7  GPU processing power to play their games; right?
8     A    They can -- today a PC -- I mean, in --
9  in -- and in -- gamers can share a PC.  When a PC
10 is not being used in the cloud, another gamer can
11 use it.
12         Is that -- maybe that's what you're
13 asking or . . .
14    Q    As part of GeForce NOW's tiers, do
15 users get access to GPU processing power?
16    A    Yes.
17    Q    And is it possible as part of the
18 economics of the offering that more than one user
19 can actually be using the same GPU?
20    A    It's -- it's more typical that a
21 user -- one user is using one GPU, but it is
22 possible that two users could be using one GPU,
23 yes.
24    Q    And given the ability to share GPUs,
25 does that mean the economics of the cloud offering

Page 65

1  are going to continue to improve versus the
2  economics of having one GPU per user in a PC or a
3  console?
4     A    Yes, that is my expectation.
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]