# **ATTACHMENT 5**

## **NVIDIA's Proposed Redactions to Fleury Declaration (Underlined in Red)**

James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; pbayer@ftc.gov:*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP.**<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.,**<br><br>Defendants. | Case No. 3:23-cv-2880<br><br>**DECLARATION OF JENNIFER FLEURY IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FEDERAL TRADE COMMISSION ACT § 13(B)**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

| | |
|---|---|
| 1 | **DECLARATION OF JENNIFER FLEURY** |
| 2 | I, Jennifer Fleury, declare as follows: |
| 3 | 1.  I am one of the attorneys representing Plaintiff Federal Trade Commission (the |
| 4 | "FTC" or "Commission") in the above-captioned action against Defendants Microsoft |
| 5 | Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision"). |
| 6 | 2.  I submit this declaration in support of Plaintiff FTC's Emergency Motion for a |
| 7 | Temporary Restraining Order Pursuant to Federal Trade Commission Act § 13(b) in the above- |
| 8 | captioned action. I have personal knowledge of the facts stated herein and could and would |
| 9 | competently testify thereto if called as a witness. |
| 10 | 3.  Attached as Exhibit A is a true and correct copy of an excerpt of the transcript of |
| 11 | the investigational hearing of ▓▓▓▓▓▓▓▓▓▓▓▓ dated October 11, 2022. |
| 12 | 4.  Attached as Exhibit B is a true and correct copy of an excerpt of the transcript of |
| 13 | the deposition of ▓▓▓▓▓▓▓▓▓▓▓▓ dated March 8, 2022. |
| 14 | 5.  Attached as Exhibit C is a true and correct copy of the Expert Report of Dr. Robin |
| 15 | S. Lee, Ph. D., dated May 26, 2023, which was served in *In re Microsoft Corp. & Activision* |
| 16 | *Blizzard, Inc.*, Docket No. 9412 (FTC). |
| 17 | 6.  Attached as Exhibit D is a true and correct copy of an MLex article dated June 1, |
| 18 | 2023, titled "Microsoft is exploring options to close Activision deal despite UK block." |
| 19 | 7.  Attached as Exhibit E is a true and correct copy of a Summary of Application for |
| 20 | Microsoft's appeal of the UK CMA's April 26, 2023 findings. |
| 21 | 8.  Attached as Exhibit F are true and correct copies of the January 4, 2023 |
| 22 | Scheduling Order and the May 12, 2023 Order Granting Joint Motion for the First Revised |
| 23 | Scheduling Order entered in *In re Microsoft Corp. & Activision Blizzard, Inc.*, Docket No. 9412 |
| 24 | (FTC). |
| 25 | 9.  Attached as Exhibit G are true and correct copies of the May 5, 2023 UK CMA |
| 26 | Interim Order on the anticipated acquisition by Microsoft Corporation of Activision Blizzard, |
| 27 | Inc.; May 18, 2023 Notice of the proposed Final Order on the anticipated acquisition by |
| 28 | |

1  Microsoft Corporation of Activision Blizzard, Inc.; May 18, 2023 Draft Microsoft and Activision
2  Merger Inquiry Order; and the April 26, 2023 UK CMA Final Report on the Anticipated
3  Acquisition by Microsoft, May 5, 2023.

4      10.    Attached as Exhibit H is a true and correct copy of a Bloomberg article dated June
5  2, 2023, titled "Microsoft's Smith Set for Talks With UK Chancellor Over Activision Deal Ban."

6      11.    Attached as Exhibit I is a true and correct copy of Complaint Counsel's Final
7  Proposed Exhibit List, dated May 19, 2023, *In re Microsoft Corp. & Activision Blizzard, Inc.*,
8  Docket No. 9412 (FTC).

9      12.    Attached as Exhibit J is a true and correct copy of an excerpt of the transcript of
10  the deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11  ▮▮▮ dated April 7, 2023.

12      13.    Attached as Exhibit K is a true and correct copy of a document produced by
13  Microsoft during the Commission's investigation of Microsoft's proposed acquisition of
14  Activision, the first page of which bears Bates stamp MSFT-2R-08100157.

15      14.    Attached as Exhibit L is a true and correct copy of an excerpt of the May 5, 2021,
16  trial testimony of Microsoft executive Lori Wright in *Epic Games, Inc., v. Apple, Inc*., No. C-20-
17  5640 YGR (N.D. Cal.).

18      15.    Attached as Exhibit M is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated
20  December 2, 2022.

21      16.    Attached as Exhibit N is a true and correct copy of an excerpt of the transcript of
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated April 14, 2023.

23      17.    Attached as Exhibit O is a true and correct copy of an excerpt of the transcript of
24  the deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated April
25  6, 2023.

|   |   |
|---|---|
| 1 | 18. Attached as Exhibit P is a true and correct copy of an excerpt of the transcript of |
| 2 | the investigational hearing of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated September 23, 2022. |

19. Attached as Exhibit Q is a true and correct copy of excerpts of the transcripts of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20. Attached as Exhibit R is a true and correct copy of an excerpt of the transcript of the investigational hearing of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated September 22, 2023.

21. Attached as Exhibit S is a true and correct copy of an excerpt of the transcript of the deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dated March 23, 2023.

22. Attached as Exhibit T is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23. Attached as Exhibit U is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-01209234.

24. Attached as Exhibit V is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-05713141.

25. Attached as Exhibit W is a true and correct copy of an excerpt of the transcript of proceedings held on January 19, 2023 in *Demartini v. Microsoft Corp.*, No. C22-08991 JSC (N.D. Cal.).

26. Attached as Exhibit X is a true and correct copy of an excerpt of the transcript of the initial conference held on January 3, 2023, in *In re Microsoft Corp. & Activision Blizzard, Inc.*, Docket No. 9412 (FTC).

27. Attached as Exhibit Y is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-00529722.

28. Attached as Exhibit Z is a true and correct copy of email correspondence between the FTC and Defendants from May 24, 2023 to June 9, 2023.

29. Attached as Exhibit AA is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-05727022.

30. Attached as Exhibit AB is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-06118913.

31. Attached as Exhibit AC is a true and correct copy of a document produced by Microsoft during the Commission's investigation of Microsoft's proposed acquisition of Activision, the first page of which bears Bates stamp MSFT-2R-02083357

32. Attached as Exhibit AD is a true and correct copy of an excerpt of the transcript of the deposition of ▇▇▇▇▇▇▇▇▇▇▇▇ dated March 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2023.

*/s/ Jennifer Fleury*
Jennifer Fleury

**FILER'S ATTESTATION**

I, James H. Weingarten, am the ECF User whose ID and password are being used to file this Declaration of Jennifer Fleury. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By: */s/James H. Weingarten*
James H. Weingarten

FLEURY DECL. IN SUPPORT OF PLAINTIFF'S EMERGENCY MOT. FOR A TEMP. RESTRAINING ORDER
Case No. 3:23-cv-2880

4