**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>      v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 34]**<br><br>Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 34). Having considered the FTC's Motion, Defendant Activision Blizzard Inc.'s Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FTC's Complaint | Page 5, Portion of Line 18 | |
| FTC's Complaint | Page 18, Portions of Lines 12-13 | |
| FTC's Complaint | Pages 18, Lines 15-17[1] | |
| FTC's Complaint | Page 28, Portions of Lines 14-16[2] | |
| FTC's Complaint | Page 30, Portion of Line 12 | |
| FTC's Complaint | Page 30, Portions of Lines 13-16 | |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge

---

[1] Only the name of the third party and the name of the third-party's service shall remain under seal.
[2] Only the specific numerals in this sentence shall remain under seal.