1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

14

15

16

17

18

19

20

21

FEDERAL TRADE COMMISSION,

                              Plaintiff,

              v.

MICROSOFT CORP.,
and
ACTIVISION BLIZZARD, INC.

                              Defendants.

Case No. 3:23-cv-02880-JSC

**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 35]**

Judge: Hon. Jacqueline Scott Corley

22
23
24
25
26
27
28

1    This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC")

2  Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No.

3  35).   Having considered the FTC's Motion, Defendant Activision Blizzard, Inc.'s Statement in

4  Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is

5  **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FTC's Emergency Motion for TRO | Page 19, Portions of Lines 11, 13-19[1] | |
| FTC's Emergency Motion for TRO | Page 20, Portions of Lines 6-8 | |
| FTC's Emergency Motion for TRO | Page 20, Portions of Lines 26-27 | |
| Fleury Decl. ISO TRO, Ex. C | Entire Document | |
| Fleury Decl. ISO TRO, Ex. I | Entire Document | |
| Fleury Decl. ISO TRO, Ex. O | Entire Document | |
| Fleury Decl. ISO TRO, Ex. P | Entire Document | |

19    IT IS SO ORDERED.

21  DATED: _____, 2023            _____

22                                              Honorable Jacqueline Scott Corley
                                                United States District Judge

---

[1] Only the specific numerical figures in these portions shall remain under seal.

-1-