1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | FEDERAL TRADE COMMISSION,        | Case No. 3:23-cv-02880-JSC
12 |     Plaintiff,                   |
   |                                  | **[PROPOSED] ORDER GRANTING IN
13 | v.                               | PART PLAINTIFF FEDERAL TRADE
   |                                  | COMMISSION'S ADMINISTRATIVE
14 |                                  | MOTION TO CONSIDER WHETHER
   | MICROSOFT CORPORATION and        | ANOTHER PARTY'S MATERIAL
15 | ACTIVISION BLIZZARD, INC.,       | SHOULD BE SEALED [ECF NO. 34]**
16 |     Defendants.                  |
   |                                  | Date:    TBD
17 |                                  | Time:    TBD
   |                                  | Dept.:   Courtroom 8—19th Floor
18 |                                  | Judge:   Honorable Jacqueline S. Corley

1   This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 34).

Having considered the FTC's Motion and Defendant Microsoft's Response, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]  GRANTED IN ITS ENTIREY. The Court shall seal from public disclosure all recitations listed within the FTC's Motion.

[ ]  DENIED IN ITS ENTIRETY.  All recitations listed within the FTC's Motion shall remain unsealed.

[ ]  GRANTED/DENIED IN PART.  The Court shall seal from public disclosure the specific recitations listed within Defendant Microsoft's Response.

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge