UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 35]** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Date:     TBD<br>Time:     TBD<br>Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

1  This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative
2  Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 35), requesting
3  sealing of confidential information contained within their Emergency Motion for a Temporary
4  Restraining Order (ECF No. 12).

5  Having considered the FTC's Motion and Defendant Microsoft's Response, and with good cause
6  appearing therefore,

7  IT IS HEREBY ORDERED that the Administrative Motion is:

8  [ ] GRANTED IN ITS ENTIREY. The Court shall seal from public disclosure all recitations
9  listed within the FTC's Motion.

10  [ ] DENIED IN ITS ENTIRETY.  All recitations listed within the FTC's Motion shall remain
11  unsealed.

12  [ ] GRANTED/DENIED IN PART.  The Court shall seal from public disclosure the specific
13  recitations listed within Defendant Microsoft's Response.

14

15  IT IS SO ORDERED.

16

17  DATED:_____, 2023          _____
                                                  Honorable Jacqueline S. Corley
18                                                United States District Judge

19

20

21

22

23

24

25

26

27

28