1  VENABLE LLP
   Steven E. Swaney (SBN 221437)
2  seswaney@venable.com
   101 California Street, Suite 3800
3  San Francisco, CA 94111
   Telephone:    415.653.3750
4  Facsimile:    415.653.3755

5  Leonard L. Gordon (*pro hac vice* application forthcoming)
   llgordon@Venable.com
6  Benjamin P. Argyle (*pro hac vice* application forthcoming)
   bpargyle@Venable.com
7  151 W. 42nd Street, 49th Floor
   New York, NY 10036
8  Telephone:    212.307.5500
   Facsimile:    212.307.5598
9

10 Attorneys for Non-Party Nintendo of America, Inc.

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | FEDERAL TRADE COMMISSION | Case No. 23-cv-02880-JSC |

15 |     Plaintiff,             | **NON-PARTY NINTENDO OF AMERICA INC. STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

16 |     v.                     |

17 | MICROSOFT CORPORATION, et al. |

18 |     Defendants.            |

Non-Party Nintendo of America Inc. ("NOA") respectfully submits this statement in support of Plaintiff Federal Trade Commission's ("FTC") Motion for Protective Order (ECF 112).  For the reasons set forth in Non-Party Sony Interactive Entertainment LLC's Statement In Support of Plaintiff's Motion for Protective Order (ECF 141), the protective order in this case should not permit Defendants' in-house counsel access to NOA's highly-sensitive commercial information that NOA produced in the related administrative proceeding, *In the Matter of Microsoft/Activision Blizzard*, FTC Docket No. 9412. Accordingly, the FTC's Motion for Protective Order should be granted.

Dated:  June 21, 2023

VENABLE LLP

By:  /s/ *Steven E. Swaney*
Steven E. Swaney
Leonard L. Gordon (pro hac vice application forthcoming)
Benjamin P. Argyle (pro hac vice application forthcoming)

Attorneys for Non-Party Nintendo of America, Inc.