Joseph M. Alioto (State Bar No 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
Email:        jmalioto@aliotolaw.com

Counsel for Plaintiffs in the Demartini et al v. Microsoft Corporation Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al.<br><br>        Defendant. | Case No. 3:23-cv-02880-JSC<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

**PLEASE TAKE NOTICE** that Joseph M. Alioto of the Alioto Law Firm, an attorney admitted to practice in the United States District Court for the Northern District of California, hereby appears in this matter on behalf Plaintiffs Dante Demartini, Curtis Burns, Jr., Nicholas Elden, Jessie Galvan, Christopher Giddings-LaFaye, Steve Herrera, Hunter Jakupko, Daniel Loftus, Beowulf Owen, and Ivan Calvo-Perez, in the related matter, Demartini et al v. Microsoft Corporation, Case No. 3:22-cv-08991-JSC and respectfully requests that all pleadings, motions, orders, correspondence, and other papers be electronically served on the undersigned as follows:

Joseph M. Alioto
jmalioto@aliotolaw.com
**Alioto Law Firm**
One Sansome Street, 35th Floor
San Francisco, CA 94104

| | |
|---|---|
| Dated: June 21, 2023 | By:   */s/ Joseph M. Alioto*<br>Joseph M. Alioto |

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:    (415) 434-8900
Facsimile:     (415) 434-9200
Email:          jmalioto@aliotolaw.com