# Exhibit 2

## PX7060

Page 1

```
 1              UNITED STATES OF AMERICA

 2              FEDERAL TRADE COMMISSION

 3         OFFICE OF ADMINISTRATIVE LAW JUDGES

 4  - - - - - - - - - - - - - - - X

 5  In the Matter of              :

 6                                :

 7  MICROSOFT CORPORATION,        :

 8        a corporation          :

 9                                : Docket No. 9412

10            and                 :

11                                :

12  ACTIVISON BLIZZARD, INC.,     :

13        a corporation          :

14  - - - - - - - - - - - - - - - X

15

16         **** HIGHLY CONFIDENTIAL ****

17

18   Remote Videotaped Deposition of PHILLIP EISLER

19            Wednesday, April 12, 2023

20                8:35 a.m. (PDT)

21

22

23  Job No. 6355411

24  Pages:  1 - 206

25  Reported by:  Dana C. Ryan, RPR, CRR
```

Page 2

```
1
2
3
4
5                          April 12, 2023
6                          8:35 a.m. (PDT)
7
8
9
10          Remote Videotaped Deposition of PHILLIP
11    EISLER, held via Zoom video teleconference, before
12    Dana C. Ryan, Registered Professional Reporter,
13    Certified Realtime Reporter, State of Georgia
14    Certified Court Reporter, State of Washington
15    Certified Court Reporter and Notary Public in and
16    for the State of Alabama and the District of
17    Columbia.
18
19
20
21
22
23
24
25
```

Page 3

```
1          A P P E A R A N C E S
2
3      ON BEHALF OF THE FEDERAL TRADE COMMISSION:
4          NICOLE CALLAN, ESQ.
5          J. ALEXANDER ANSALDO, ESQ.
6          JAMES H. WEINGARTEN, ESQ.
7          STEPHEN SANTULLI, ESQ.
8          U.S. Federal Trade Commission
9          Bureau Of Competition
10         Office Of Policy And Coordination
11         600 Pennsylvania Avenue, Northwest
12         Washington, D.C. 20580
13         Telephone: (202) 326-3274
14         Email: ncallan@ftc.gov
15         Email: jansaldo@ftc.gov
16         Email: jweingarten@ftc.gov
17         Email: ssantulli@ftc.gov
18
19
20
21
22
23
24
25
```

Page 4

```
1      A P P E A R A N C E S   C O N T I N U E D
2
3      ON BEHALF OF MICROSOFT CORPORATION:
4          KERI ARNOLD, ESQ.
5          EMILY CLARKE, ESQ.
6          Wilkinson Stekloff LLP
7          2001 M Street, Northwest
8          10th Floor
9          Washington, D.C. 20036
10         Telephone: (202) 847-4000
11         Email: karnold@wilkinsonstekloff.com
12         Email: eclarke@wilkinsonstekloff.com
13
14
15     ON BEHALF OF ACTIVISION:
16         BRADLEY J. PIERSON, ESQ.
17         Skadden Arps Slate Meagher & Flom, LLP
18         One Manhattan West
19         New York, New York 20001
20         Telephone: (212) 735-3000
21         Email: bradley.pierson@skadden.com
22
23
24
25
```

Page 5

```
1      A P P E A R A N C E S   C O N T I N U E D
2
3      ON BEHALF OF NVIDIA:
4          MIKE BONANNO, ESQ.
5          Quinn Emanuel Urquhart & Sullivan, LLP
6          1300 I Street, Northwest
7          Suite 900
8          Washington, D.C. 20005
9          Telephone: (202) 538-8000
10         Email: mikebonanno@quinnemanuel.com
11
12
13     Also present:
14         Azadeh Morrison
15         Aline Zam-Vieira O'Clair
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

C O N T E N T S

3   EXAMINATION OF PHILLIP EISLER:                    PAGE:

4   By Ms. Callan                              11

5   By Ms. Arnold                              147

6   By Ms. Callan                              192

E X H I B I T S

11  (Attached to the Transcript)

12  PX                                         PAGE:

13  Exhibit 1781   Nvidia GeForce Now Listing   112

14                 Agreement; PX1781-001

15                 Through 016

16  Exhibit 1784   Windows Addendum;           132

17                 PX1784-001 Through 003

18  Exhibit 2391   January 2020 Email Chain      89

19                 With Attachment; PX2391-001

20                 Through 016

21  Exhibit 3052   Slide Deck Titled Nvidia       64

22                 GFN Key Metrics, April -

23                 2022; PX3052-001 Through

24                 041

**Page 8**

E X H I B I T S   C O N T I N U E D

2   (Attached to the Transcript)

3   PX                                         PAGE:

4   Exhibit 8000   Declaration Of Phil Eisler;   15

5                  PX8000-001 Through 015

8   RX                                         PAGE:

9   Exhibit 0278   Slide Deck Titled Nvidia     168

10                 GeForce NOW KPIS, October

11                 2018; RX0278-001 Through

12                 013

13  Exhibit 0279   Slide Deck Titled Nvidia     170

14                 GeForce NOW November KPIS,

15                 December 1, 2018; RX0279-001

16                 Through 012

17  Exhibit 0281   Slide Deck Titled Nvidia     172

18                 GFN July November KPIS,

19                 August 23, 2019; RX0281-001

20                 Through 013

21  Exhibit 0298   February 2023 Email Chain;   161

22                 RX0298-001 Through 003

**Page 7**

E X H I B I T S   C O N T I N U E D

2   (Attached to the Transcript)

3   PX                                         PAGE:

4   Exhibit 3103   January 9, 2023 Notes Of      19

5                  A Call With Nvidia Held

6                  Via Microsoft Teams;

7                  PX3103-001 Through 039

8   Exhibit 3104   January 12, 2023 Email        19

9                  Chain With Attachment;

10                 PX3104-001 Through 044

11  Exhibit 3141   Article Titled Nvidia         38

12                 Brings RTX 4080 To GeForce

13                 NOW; PX3141-001 Through 002

14  Exhibit 3144   Slide Deck Titled Nvidia      57

15                 GFN Business Review -

16                 November 2022; PX3144-001

17                 Through 016

18  Exhibit 3149   January And February 2023    109

19                 Email Chain; PX3149-001

20                 Through 009

21  Exhibit 3153   March 2019 Email Chain;      141

22                 PX3153-001 Through 010

23  Exhibit 3157   February 2023 Email Chain    144

24                 With Attachment; PX3157-001

25                 Through 015

**Page 9**

E X H I B I T S   C O N T I N U E D

2   (Attached to the Transcript)

3   RX                                         PAGE:

4   Exhibit 0302   February 28, 2023 Notes Of   159

5                  A Call With Nvidia Held

6                  Via Microsoft Teams;

7                  RX0302-001 Through 0033

Page 10

1            P R O C E E D I N G S
2            THE COURT REPORTER:  The attorneys
3    participating in this deposition acknowledge that
4    I am not physically present in the deposition room
5    and that I will be reporting this deposition
6    remotely.
7            They further acknowledge that, in lieu
8    of an oath administered in person, the witness
9    will be sworn remotely and declare his testimony
10   in this matter is under penalty of perjury.
11           The parties and their counsel consent
12   to the arrangement and all objections are waived
13   to this manner of reporting unless so indicated at
14   this time.
15           (Brief pause.)
16           THE COURT REPORTER:  Hearing no
17   objections, I will now swear the witness.
18           Will you please raise your right hand,
19   sir?
20           *************************
21                PHILLIP EISLER,
22      having been duly sworn, testified as follows:
23           *************************
24           MR. BONANNO:  Before we get started, as
25   everyone at this deposition knows, Nvidia is a

Page 11

1    third party.  We have concerns about
2    confidentiality.  I don't know exactly how that
3    works under the protective order for the prior
4    three proceedings.
5            I'm assuming I can just designate the
6    entire transcript as confidential, and we can deal
7    with the specifics as we get closer to trial if
8    there's something that either party or the ALJ
9    believes needs to be in the public record.
10           So I'm going to designate the entire
11   transcript right now as confidential unless you
12   tell me there's something else I need to do to
13   preserve confidentiality.
14           MS. CALLAN:  That sounds perfectly
15   fine.
16           MR. BONANNO:  Okay.  Thank you.
17           EXAMINATION BY COUNSEL
18      FOR THE FEDERAL TRADE COMMISSION
19      BY MS. CALLAN:
20      Q    Good morning, Mr. Eisler.  My name is
21   Nicole Callan, and I'm an attorney with the
22   Federal Trade Commission.  I'm joined by my
23   colleagues Alex Ansaldo, James Weingarten and
24   Stephen Santulli.
25           Would you please state your name for

Page 12

1    the record?
2       A    My name is Phillip Eisler.
3       Q    I'm going to be asking you questions
4    today about Microsoft's proposed acquisition of
5    Activision Blizzard.
6            If I used the term "proposed
7    acquisition" or "proposed transaction" today, will
8    you understand that to mean that I'm referring to
9    Microsoft's proposed acquisition of Activision?
10      A    Yes, I do.
11      Q    And this hearing will be conducted
12   remotely under the FTC rules.  Since we are doing
13   this hearing remotely, can you please tell me
14   where you are located?
15   ████ ████████████████████████████████████████
16      Q    And is anyone else present in the room
17   with you today?
18      A    No, other than my -- oh, my dog is not
19   here, but okay.  He comes in and out.
20      Q    That's perfectly fine.
21           Have you ever been deposed before?
22      A    I have once before.
23      Q    Okay.  So just to go over some of the
24   ground rules as a reminder, the court reporter is
25   transcribing everything we say.  The court

Page 13

1    reporter cannot record gestures or nods, so please
2    respond to all questions verbally.
3            If you don't understand a question,
4    please just let me know, and I will repeat it or
5    rephrase it.  If you do answer a question, I will
6    assume that you understood it.  And if you don't
7    know the answer to a question, please just say so.
8            Do you understand those instructions?
9       A    I do.
10      Q    In response to some of my questions, an
11   attorney might object.  Those objections are for
12   the record.  So unless the question calls for
13   privileged information or your counsel
14   specifically instructs you not to answer, you
15   should go ahead and answer the question after the
16   objection.
17           Do you understand you've taken an oath
18   to tell the truth today?
19      A    I do.
20      Q    And is there anything that may affect
21   your ability to give truthful and complete
22   testimony today?
23      A    No.
24      Q    What is your current title?
25      A    I'm vice president and general manager

Page 14

1  of GeForce NOW cloud gaming at Nvidia.
2      Q      And how long have you worked at Nvidia?
3      A      Since 2009.
4      Q      And how long have you led the GeForce
5  NOW business?
6      A      Since 2011.
7      Q      Who do you currently report to?
8      A      Jeff Fisher.
9      Q      Who is Jeff Fisher?
10     A      He's the senior vice president of the
11  GeForce gaming business unit.
12          MR. BONANNO:  Ms. Callan, before you
13  ask another question, it could just be me, but I'm
14  having trouble with your audio.
15          Mr. Eisler, can you hear the
16  questioning clearly?  And, Madame Court Reporter,
17  are you able to hear Ms. Callan's questions
18  clearly?
19          THE COURT REPORTER:  She garbles
20  sometimes.  She comes in and out sometimes for me.
21          THE WITNESS:  I actually have trouble
22  hearing the court reporter, Dana.  She's a little
23  soft.  But I can hear Nicole.
24          MR. BONANNO:  Okay.  Well, I don't want
25  to slow things down.  Mr. Eisler, if at any point

Page 15

1  you can't hear Ms. Callan's questions, please just
2  let her know so that you can make sure you can
3  clearly understand the question before you answer.
4          THE WITNESS:  Okay.  I will do.
5      BY MS. CALLAN:
6      Q      Mr. Eisler, how long have you reported
7  to Jeff Fisher?
8      A      Since I joined Nvidia in 2009.
9      Q      And what are your current
10  responsibilities?
11     A      I'm responsible for all cloud gaming at
12  Nvidia, so running the GeForce NOW service in
13  terms of the business aspect of running that
14  business.
15     Q      And you signed a declaration in
16  response to a subpoena from the FTC related to
17  Microsoft's proposed acquisition of Activision; is
18  that correct?
19     A      That's correct.
20     Q      So I'd like to show you a document.
21  It's been premarked as PX8000.
22          (PX Deposition Exhibit 8000 was
23  identified for the record and attached to the
24  transcript.)
25      BY MS. CALLAN:

Page 16

1      Q      And I think you said you have access to
2  the Box platform.  You might need to refresh once
3  the document is loaded.
4      A      Okay.  I'm refreshing.
5      Q      And you'll see something called a PX
6  number in the bottom right corner of every
7  document I show you today, and I'll use those
8  numbers to direct you to the page that I'm
9  referring to.
10     A      It still says there's no items in this
11  folder.  Maybe it takes a while?
12     Q      Yeah, we're in the process of loading
13  it, so it will just take a moment.
14          Okay.  It should be there now.
15     A      Okay.  I see a document.  I should open
16  this.
17     Q      Yes.
18     A      Okay.  I have it open.
19     Q      And is PX8000 the declaration you
20  signed related to the proposed transaction?
21          MR. BONANNO:  Mr. Eisler, please feel
22  free to scroll through the document to make sure
23  you've reviewed the entire document and are
24  comfortable with its contents before answering any
25  questions.

Page 17

1          THE WITNESS:  (Reviews document.)
2          Yes, that is the document that I
3  signed.
4      BY MS. CALLAN:
5      Q      If you turn to the page ending in 015,
6  is that your signature on the left?
7      A      That's my signature on the right, yes.
8      Q      And you signed this on December 2nd,
9  2022; correct?
10     A      That's correct, yes.
11     Q      Did you review this declaration before
12  you signed it?
13     A      Yes, I did.
14     Q      And was everything in this declaration
15  accurate at the time?
16     A      Yes, it was.
17     Q      You can set that aside.
18          Have you participated in any calls with
19  the UK CMA related to the proposed transaction?
20     A      Yes, I have.
21     Q      And when were those calls?
22     A      Actually, you'd have to remind me of
23  the dates.
24          MR. BONANNO:  Mr. Eisler, just testify
25  to the best of your personal recollection.  If you

Page 18

1  don't recall the specific dates or details --
2      THE WITNESS:  I don't recall the
3  specific dates, but I think it was the
4  January/February time frame, I believe.
5      BY MS. CALLAN:
6      Q    How many calls did you participate in?
7      A    To be honest, my mind is a little foggy
8  between the UK ones and the Brussels ones.
9      You know, I think between the two of
10  them, there's been at least one call with each,
11  and there's been some documents sent back and
12  forth.  But that's my best recollection.
13      Q    Was your meeting with the European
14  commission in person?
15      A    I participated via video conference.
16      Q    And have you seen a transcript of any
17  of the calls that you participated in with the
18  CMA?
19      MR. BONANNO:  Objection to form.
20      THE WITNESS:  I have received
21  transcripts from some of the calls, yes.
22      BY MS. CALLAN:
23      Q    Have you seen a transcript of a call
24  from any of the meetings with the CMA
25  specifically?

Page 19

1      A    I read a lot of documents about this.
2  I believe that I have seen one of those, yes.
3      Q    Did you have an opportunity to correct
4  the transcript of that call?
5      MR. BONANNO:  Objection to form.  No
6  foundation.
7      BY MS. CALLAN:
8      Q    You can answer.
9      A    Yeah, generally I -- I work with our
10  legal team to review those documents, and I
11  believe I did so.
12      Q    And in the calls that you had with the
13  CMA, was the information that you provided
14  accurate at the time?
15      MR. BONANNO:  Objection to form.
16      THE WITNESS:  To the best of my
17  knowledge, it was accurate.
18      BY MS. CALLAN:
19      Q    I'd like to show you two documents.
20  These have been premarked PX3103 and PX3104.
21      (PX Deposition Exhibit 3103 and PX
22  Deposition Exhibit 3104 were identified for the
23  record and attached to the transcript.)
24      MS. CALLAN:  And these are being loaded
25  into Box now.

Page 20

1      BY MS. CALLAN:
2      Q    PX3103 appears to be the transcript of
3  a call with Nvidia and -- and to the UK CMA called
4  via Microsoft Teams on January 9th, 2023.
5      And if you refresh, you'll see the
6  documents.
7      A    Yeah, I see it.  I see it now.
8      Q    Okay.
9      A    (Witness reviews document.)
10      Okay.  I scanned the 103 document.  Did
11  you say you were sending me two documents or one?
12      Q    We uploaded two.  We can start with
13  PX3103.
14      A    Okay.  I've scanned that one.
15      Q    Have you seen that document before?
16      A    Yes, I have.
17      Q    And did you have an opportunity to
18  review this transcript?
19      A    Yes, I did.
20      Q    And is this an accurate transcript?
21      MR. BONANNO:  Objection to form.
22      THE WITNESS:  To the best of my
23  knowledge, it's accurate, yes.
24      BY MS. CALLAN:
25      Q    And who from Nvidia spoke at this

Page 21

1  meeting?
2      A    There was myself; my boss, Jeff Fisher;
3  and also our chief counsel, Tim Teter.
4      Q    And did you agree with Mr. Teter's
5  statements at the meeting?
6      MR. BONANNO:  Objection to form.
7      Are there specific statements that you
8  would like to ask Mr. Eisler about that were made
9  during the meeting and reflected in the
10  transcript?
11      BY MS. CALLAN:
12      Q    Mr. Eisler, you can answer.
13      MR. BONANNO:  Mr. Eisler, please take
14  your time and review all of Mr. Teter's statements
15  that are reflected in the exhibit that's in front
16  of you before you answer the question.
17      THE WITNESS:  (Reviews document.)
18      Yeah, from my initial read, I mean, his
19  statements look accurate to me.
20      BY MS. CALLAN:
21      Q    And did you agree with Mr. Fisher's
22  statements at the meeting?
23      A    Is there a specific statement you have
24  in mind, or --
25      Q    No.

Page 22

1    But do you recall disagreeing with any
2 statements at this meeting?
3    MR. BONANNO:  Mr. Eisler, please go
4 ahead and review the document that's in front of
5 you, the transcript, before you answer the
6 question to the extent counsel is asking you about
7 all statements that were made by Mr. Fisher as
8 reflected in PX3103.
9    THE WITNESS:  I do not recall
10 disagreeing with any of Tim's statements.
11    BY MS. CALLAN:
12    Q    And if Mr. Teter or Mr. Fisher made a
13 statement that you disagreed with, you would have
14 voiced that; right?
15    MR. BONANNO:  Objection to form.
16    THE WITNESS:  I would have -- I would
17 have commented during the review of the -- of
18 the -- of the document.
19    BY MS. CALLAN:
20    Q    If you turn to PX3104, this appears to
21 be a January 12th, 2023 email from Trevor Soames
22 attaching an Nvidia slide deck.
23    A    (Witness reviews document.)
24    Okay.  I've reviewed the document.
25    Q    And do you recognize the presentation

Page 23

1 that's attached to this email?
2    A    Yes, I do.
3    Q    What is it?
4    A    It was a presentation that we prepared
5 for the regulators regarding a transaction.
6    Q    And did you present this slide deck?
7    A    I don't believe that I did.  I think --
8 I don't -- I don't recall me personally presenting
9 it.
10    Q    Do you recall someone --
11    A    I think someone from our company did,
12 but I don't think it was me personally.
13    Q    And who was it presented to?
14    MR. BONANNO:  Objection to form.
15    THE WITNESS:  I know the document was
16 sent, you know, as the email states, to the CMA,
17 and I remember a discussion about it.  I don't
18 know if it was -- I can't recall if it was
19 physically presented or not.
20    I think we just talked to it in
21 general, but it wasn't, like, formally presented.
22    BY MS. CALLAN:
23    Q    Do you know who wrote the presentation?
24    A    It was a collaboration of different
25 people from myself, our business unit, our DevRel

Page 24

1 department and the lawyers representing us.
2    Q    And did you review that final
3 presentation before it was sent to the CMA?
4    A    Yes, I did.
5    Q    And was the information in the
6 presentation truthful and accurate at the time?
7    A    Yes, to the best of my knowledge.
8    Q    And Microsoft and Nvidia have now
9 signed a GeForce NOW licensing agreement; is that
10 correct?
11    A    Yes, that's correct.
12    Q    Did you meet with the UK CMA after you
13 signed that agreement?
14    A    Oh, we talked to them before and after,
15 yes.
16    Q    And was the meeting after you signed
17 the agreement in February?
18    A    My recollection is that's about the
19 right timing, yes.
20    Q    If I call it the second CMA meeting,
21 will you understand that I'm referring to the
22 meeting that occurred after you signed the
23 agreement with Microsoft?
24    MR. BONANNO:  Object -- objection to
25 form.

Page 25

1    Ms. Callan, I might suggest for
2 clarity, given the witness' prior testimony that
3 he does not recall the number of meetings he may
4 have had with various regulators, that you come up
5 with a different shorthand way to refer to the
6 meeting that you have in mind.
7    BY MS. CALLAN:
8    Q    Mr. Eisler, is there a shorthand way
9 that you would refer to the meeting?
10    A    Well, maybe you could call it
11 post-Microsoft agreement meeting.  That would be
12 maybe clearer.
13    Q    Sure.
14    Have you seen a transcript of the
15 post-Microsoft agreement meeting that you had with
16 the CMA?
17    A    I believe that I have, yes.
18    Q    And did you have an opportunity to
19 correct the transcript of that meeting?
20    A    In general, I reviewed them all, so I
21 believe that I did as well, yes.
22    Q    And was the information provided to the
23 CMA during the post-Microsoft agreement meeting
24 accurate at the time?
25    A    Yes, it would be accurate.

Page 26

1      Q     Did you have talking points for the
2  post-Microsoft agreement meeting that you had with
3  the CMA?
4            MR. BONANNO:  Objection to form.
5  Privileged.
6            Mr. Eisler, don't answer that question
7  to the extent it would require you to reveal
8  communications you've had with counsel, either
9  internal to the company or outside counsel.
10           THE WITNESS:  I don't recall us having
11  written down talking points.
12           BY MS. CALLAN:
13     Q     Did Microsoft have any input on what
14  you should say during the post-Microsoft agreement
15  meeting you had with CMA?
16           MR. BONANNO:  Objection.
17           Mr. Eisler, don't respond to this
18  question if it would require you to reveal
19  communications with counsel.
20           THE WITNESS:  We only had meetings with
21  counsel present.
22           BY MS. CALLAN:
23     Q     And was your testimony shared with
24  anyone from Microsoft after the post-Microsoft
25  agreement meeting you had with the CMA?

Page 27

1            MR. BONANNO:  Again, Mr. Eisler, only
2  answer the question if you are aware of
3  communications or that would not involve attorneys
4  for Nvidia or outside counsel for Nvidia.
5            THE WITNESS:  I'm not aware of it being
6  shared with Microsoft.
7            BY MS. CALLAN:
8      Q     And you attended a hearing before the
9  European commission virtually in February of 2023;
10  is that correct?
11     A     I believe that's accurate, yes.
12     Q     And did you provide testimony to the
13  European commission?
14           MR. BONANNO:  Objection to form.
15           THE WITNESS:  We -- we answered their
16  questions, yes.
17           BY MS. CALLAN:
18     Q     And were your answers to their
19  questions truthful and accurate at the time?
20     A     Yes, to the best of our -- my -- my
21  knowledge.
22     Q     And in addition to answering questions,
23  did you provide any affirmative statement?
24           MR. BONANNO:  Objection to form.
25           THE WITNESS:  I'm not sure what you --

Page 28

1  what you're asking by that question.
2            BY MS. CALLAN:
3      Q     Did you make any statements that were
4  not in response to questions from the European
5  commission?
6      A     This was -- in this meeting -- this was
7  a meeting after the license agreement or before?
8            I'm trying to remember which meeting
9  you're talking about.
10     Q     My understanding is that there was a
11  meeting on the day that the GeForce NOW listing
12  agreement was announced publicly with the European
13  commission; is that correct?
14     A     Yeah.  Okay.
15  ████████████████████████████
16  ████████████████████████████████
17  ██████████████████████████████████
18  ████████████████████████████████
19           MS. CALLAN:  We can go off the record
20  just briefly.  The videographer is here, so we can
21  switch over to having the videographer put us on
22  the record.
23           THE VIDEOGRAPHER:  We are going off the
24  record at 1603 UTC time.
25           (Recess -- 9:03 a.m.)

Page 29

1            (After recess -- 9:09 a.m.)
2            (Begin Video Recorded Deposition.)
3            THE VIDEOGRAPHER:  Good morning.  We
4  are now going from this point forward on the video
5  record at 1609 UTC time on April 12th, 2023.
6            Audio and video recording will continue
7  to take place until all parties agree to go off
8  the record.  Please note that microphones are
9  sensitive and pick up whispering and private
10  conversations.
11           Counsel may proceed.
12           BY MS. CALLAN:
13     Q     Mr. Eisler, GeForce NOW is Nvidia's
14  cloud gaming service; correct?
15     A     That's correct.
16     Q     And GeForce NOW offers an alternative
17  to downloading and playing PC games locally; is
18  that correct?
19     A     That's correct.
20     Q     Has Nvidia ever compared the quality of
21  cloud gaming on GeForce NOW to the quality of
22  downloading and playing games locally?
23     A     We do compare that, yes.
24     Q     And what have you found?
25     A     We've found over time that we get



Page 30

```
1   closer and closer to the quality of playing
2   locally.
3        Q      And how does the quality of cloud
4   gaming on GeForce NOW compare to the quality of
5   playing locally today?
6              MR. BONANNO:  Objection to form.
7
8
9
10
11
12        BY MS. CALLAN:
13        Q      And what do you mean by "increased
14   latency"?
15        A      The time it takes from clicking on your
16   mouse and the reaction in the game itself.
17        Q      And when you compared the latency on
18   GeForce NOW to latency playing locally, were you
19   comparing on particular devices?
20        A      Yes, we compare on many devices that we
21   support.
22        Q      And does the differences in latency
23   differ depending on the device you're comparing it
24   to?
25        A      It can make a difference, yes.
```

Page 31

```
1        Q      And how does it make a difference?
2        A      There's -- the device itself has to
3   capture the mouse and keyboard inputs, and then it
4   also has to decode the video coming in, and so
5   certain devices are faster or slower at doing
6   that.
7        Q      Which devices are slower than GeForce
8   NOW?
9              MR. BONANNO:  Objection to form.
10             I -- I don't totally understand the
11   question.  I don't understand the
12   device-to-GeForce NOW comparison, but maybe
13   Ms. Callan misspoke.
14             THE WITNESS:  Yes, the question is a
15   little strange, and maybe we're not quite
16   understanding each other.
17             But GeForce NOW works with a number of
18   different device types, so you can GeForce NOW to
19   a PC, to a MAC, to a TV, to a phone.  And, so,
20   what I was explaining earlier was the difference
21   in decoding time of each of those devices amongst
22   GeForce NOW.
23             Your question seems to be going in a
24   different angle that I don't quite follow.
25        BY MS. CALLAN:
```

Page 32

```
1        Q      How does GeForce NOW compare to playing
2   locally on a MAC?
3        A      It's a --
4              MR. BONANNO:  Objection to form.
5              THE WITNESS:  Yeah, it's not quite as
6   good, but it's -- but it's close.
7        BY MS. CALLAN:
8        Q      And you cannot play locally on a TV;
9   correct?
10        A      You can stream GeForce NOW to a TV.  We
11   do support Samsung and LG TVs.
12        Q      My question was:  You cannot play
13   locally on a TV; correct?
14             MR. BONANNO:  Objection to form.
15             THE WITNESS:  You cannot install it
16   directly on a TV.  You'd have to connect the
17   console to play on a TV.
18        BY MS. CALLAN:
19        Q      So when you're comparing streaming from
20   GeForce NOW to playing locally, what devices are
21   you comparing?
22        A      Normally we compare it to playing on a
23   PC because we stream PC games.
24        Q      Okay.  Have you compared to consoles?
25        A      We do that to a lesser extent, but we
```

Page 33

```
1   do occasionally compare to consoles as well.
2        Q      And how does GeForce NOW compare to
3   consoles?
4
5
6
7
8        Q      What are the benefits?
9        A      Our cloud gaming servers are more
10   powerful than consoles, so we're able to run
11   higher resolutions, higher frame rates and add
12   more visual effects.
13
14
15                                                  .
16
17
18
19
20
21
22
23
24
25
```



Page 34

1 ████████████████████████████████████
2 ████████████████████████████████████
3 ████████████████████████████████████
4 ██████████████
5 ████████████████████████████████████
6 ███████████████████████████████████
7 ██████████████████████████████
8 ███████████████
9      Q      Are you familiar with something called
10 CES?
11      A      You're referring to the trade show,
12 yes.
13      Q      And what is CES?
14      A      It's the Consumer Electronics Show in
15 Las Vegas in January each year.
16      Q      Does GeForce NOW participate in CES?
17      MR. BONANNO:  Objection to form.
18      THE WITNESS:  I mean, Nvidia as a
19 company used to participate directly with the show
20 and have a booth presence there.
21      Since COVID times, we have not, I
22 think, been an official one, but we generally have
23 a press suite where we meet with press and
24 partners.
25      BY MS. CALLAN:

Page 35

1      Q      And did Nvidia do something called a
2 Pepsi challenge at CES?
3      A      In our press suite, we did compare
4 local gaming to that GeForce NOW gaming, yes.
5      Q      And how did you do that?
6      A      Sorry.  I couldn't hear that question.
7      Q      How did you do that?
8      A      We compared GeForce NOW cloud gaming to
9 a -- kind of a -- what we call a min spec PC.  So,
10 you know, one of the issues when you do these
11 comparisons is that a local PC is not a consistent
12 device.  There's older, cheaper PCs with
13 integrated graphics, and then there's more
14 expensive gaming PCs with high performance.  So we
15 tend to compare to the low end of the local
16 experience.
17      Q      And you did that comparison for press;
18 is that correct?
19      A      Yes, that's correct.
20      Q      And what was the purpose of doing that
21 comparison?
22      A      Yes.  Since we've been working on cloud
23 gaming for ten years, we're trying to convince
24 press and gamers that it is as good as playing
25 locally, at least on moderate- to lower-end PCs.

Page 36

1      And, so, our -- our idea was to prove
2 that with our latest technology, and one of the
3 things we had implemented was the 240 hertz
4 streaming mode with Reflex that reduced the
5 latency and made it very close to local.
6      Q      So your goal was to convince press and
7 gamers that playing on GeForce NOW was as good as
8 playing locally; is that correct?
9      MR. BONANNO:  Objection to form.
10      THE WITNESS:  Yeah, at least on a --
11 you know, a moderate- to low-end PC, yes.
12      BY MS. CALLAN:
13      Q      And did you prove that?
14      A      Yes, I think generally most of the
15 press agreed that they couldn't -- they couldn't
16 tell the difference on a particular game and setup
17 that we had arranged for them.
18      Q      And about how many members of the press
19 did you make this comparison available to?
20      A      I wasn't personally there.  My product
21 managers and PR people did.  But I believe that
22 they normally visit with maybe 20 to 40ish press
23 over the span of a couple of days.
24      Q      And was the comparison that you did for
25 the press at the January 2023 CES?

Page 37

1      MR. BONANNO:  Objection to form.  I
2 assume by "you," you mean Nvidia, not Mr. Eisler,
3 who just testified he personally did not perform
4 the demonstration.
5      THE WITNESS:  Yeah, our -- our PR team
6 did the -- the demonstrations in the meetings at
7 CES 2023, but we generally meet with the press
8 every year, so it's -- except for COVID, we've
9 generally met with them each year.
10      BY MS. CALLAN:
11      Q      And have you done these presentations
12 in prior years?
13      A      We don't always do a Pepsi challenge,
14 but we generally have demonstrations that we show
15 to the press during these CES meetings, yes.
16      Q      Had you done a Pepsi challenge prior to
17 2023?
18      MR. BONANNO:  Objection to form.
19      THE WITNESS:  I recall that we did
20 something similar a few years earlier.  It wasn't
21 exactly as good, but we have compared to local
22 play before, yes.
23      BY MS. CALLAN:
24      Q      And in January of 2023, you introduced
25 a new ultimate membership for GeForce NOW; is that

Page 38

1  correct?
2      Q    That's correct, yes.
3      Q    And what is included in the ultimate
4  membership?
5      A    It uses our latest high-performance GPU
6  called the Ada generation, which we also call the
7  RTX 4080.  And, so, that provides greater
8  performance and enables 4K resolution and
9  streaming up to 240 frames per second.
10     Q    And what is -- what is Ada?
11     A    Ada is the name of our latest
12  generation of GPUs from Nvidia, the code name.
13     Q    And what is RTX 4080?
14     A    RTX is the -- the brand name or product
15  name of one of our higher performance GeForce
16  cards that we also use to brand this -- this new
17  level of performance on GeForce NOW.
18     Q    And I'd like to show you a document
19  that's been premarked PX3141.
20         (PX Deposition Exhibit 3141 was
21  identified for the record and attached to the
22  transcript.)
23     BY MS. CALLAN:
24     Q    I think if you refresh, you'll see it
25  there now.

Page 39

1      A    I see the document.  I just want to
2  scan it here.
3         (Witness reviews document.)
4         Okay.  I've reviewed it.
5      Q    Do you recognize this document?
6      A    I do, yes.
7      Q    What is it?
8      A    It would have been the press release or
9  blog on the announcement of our new 4080 service.
10     Q    Okay.  And the second paragraph on
11  PX3141-001 says, Powered by the Nvidia Ada
12  Lovelace architecture, upgraded GeForce NOW
13  RTX 4080 SuperPODS will deliver over 64 teraflops
14  of graphics horsepower to an individual user,
15  which is more than five times that of an Xbox
16  Series X and nearly 1.7 times over the
17  previous-generation SuperPODS.
18         Do you see that?
19     A    I do, yes.
20     Q    And what is the Nvidia Ada Lovelace
21  architecture?
22     A    That's what I was describing earlier as
23  our latest generation of GPU.  ████████████████
24  ███████████████████████████████████████████████
25  this is the latest one.

Page 40

1      Q    Is there a difference between Ada and
2  Ada Lovelace?
3      A    We've taken -- our code names are named
4  after scientists, so the full name is Ada
5  Lovelace, but we generally shorten it to just call
6  it Ada.
7      Q    And the new hardware GeForce NOW is
8  using has more than five times the graphics
9  horsepower of an Xbox Series X; is that correct?
10     A    Measured by teraflops, that's correct.
11     Q    And what are teraflops?
12     A    It's -- it's a form of measuring
13  instructions computed per second.  Floating-point
14  operations per second is the "flops" part, and
15  tera is, I think, more than a billion.  It's a
16  lot.
17     Q    And how do you know that the new
18  hardware GeForce NOW is using has more than five
19  point -- times the graphics horsepower of an Xbox
20  Series X?
21     A    Generally, most computer systems
22  publish their teraflops level, and so Microsoft
23  has published the teraflops of an Xbox Series X.
24  And we also publish it ourselves; our architects
25  and scientists will compute these numbers.  And,

Page 41

1  therefore, both are published public numbers, and
2  you can just do the division to figure out the
3  multiplier.
4      Q    And the last sentence of the third
5  paragraph on PX3141-001 says, GeForce NOW achieves
6  click-to-pixel latency below 40 milliseconds.
7         Do you see that?
8      A    I do, yes.
9      Q    And what is click-to-pixel latency?
10     A    That's the time from when you click the
11  mouse until you see the movement on the screen.
12     Q    And how do you measure latency on
13  GeForce NOW?
14     ████ ███████████████████████████████████████
15  ████████████████████████████████████████████
16  ███████████████████████████████████████████
17  ████████████████████████████████████████████████
18  ██████████████
19     Q    And is milliseconds the metric you use
20  to measure latency?
21     A    That's correct.  It's measured in
22  milliseconds.
23     Q    And does latency on GeForce NOW vary?
24     MR. BONANNO:  Objection to form.
25     THE WITNESS:  It can, yes.  I mean, we

Page 42

1  have sort of three levels of service.  So we have
2  the free, the priority, and the ultimate.  So
3  depending on which level you select, it can
4  change.
5          There's also the round-trip delay to
6  the data center, so depending on how close you are
7  to the data center, it can change.
8          I think earlier we mentioned it can
9  vary based on your client decoding performance.
10 So there are a number of ways that latency can be
11 variable, yes.
12      BY MS. CALLAN:
13      Q      So in the press release where GeForce
14 NOW announces below 40 milliseconds of
15 click-to-pixel latency, is that an average?
16      A      No, that would be more of an optimized
17 case for the new ultimate series.  That was
18 measured using the new ultimate series in
19 240-frame-per-second mode with, I think, being
20 relatively close to a data center.
21      Q      Okay.
22      A      So it's more on the optimistic side.
23      Q      And why does proximity to a data center
24 matter?
25      A      Because the way GeForce NOW works is

Page 43

1  the click input has to be sent to the data center
2  to be processed, and the image has to come back.
3  So depending on how far it is away, it affects the
4  milliseconds of latency.

Page 44

15      Q      And is there a minimum latency that's
16 required in order to stream a game from the cloud?
17      A      I mean, there's no hard rule about
18 that.  It boils down to more the feel of the gamer
19 [verbatim] and the gamer, and some gamers in some
20 games are more sensitive to latency than others.

Page 45

10      Q      How much above 100 milliseconds is
11 Xbox?
12      A      I don't -- I don't have the numbers at
13 my fingertips right now, so I can't recall the
14 exact numbers.
15      Q      Is there a minimum TFLOP performance
16 standard?
17      A      There's no such thing that I'm aware
18 of.  It just impacts, you know, your game -- your
19 frame rate and the visual effects that you can do
20 in the time allocated.
21          But there's no particular minimum.
22      Q      How do TFLOPs impact gaming experience?
23      A      If you have higher TFLOPs, you're
24 generally able to run the game at a higher frame
25 rate, which reduces latency, and you're also able



Page 46

1  to add more visual effects.

2        So most games have settings where you

3  can adjust the visual quality of the game.  So if

4  you have low TFLOPs, you would generally scale

5  those down.  If you have high TFLOPs, you can

6  scale them up.  And there's also a trade-off with

7  your frame rate and latency.

8        So having more TFLOPs, performance is

9  better because it gives you more quality and more

10 frame rate and lower latency; and if you have

11 lower TFLOPs, you have lower quality, lower frame

12 rates and higher latency generally.

13    Q    Does Nvidia have a TFLOP rate that you

14 like to see?

15    A    More is always better.  You know, I

16 mean, that's kind of what we do.  I mean, each

17 generation, we add more TFLOPs.  So, you know,

18 that's -- sort of part of the GeForce promise is

19 that every couple of years, we add more TFLOPs.

20        And then we also have performance by

21 price point, right.  So more expensive services or

22 GPUs have higher TFLOPs, and less expensive ones

23 have lower TFLOPs.  And then there's also aging of

24 the generation.

25        So there's a pretty wide spectrum of

Page 47

1  TFLOPs that gamers game on, but at the same time,

2  there's a wide spectrum of games and a wide

3  spectrum of settings that they can adjust to

4  accommodate for what they have in their system.

5     Q    And when cloud gaming was first

6  introduced, were there concerns about latency?

7        MR. BONANNO:  Objection to form.

8        THE WITNESS:  I would say that it's

9  been a concern about cloud gaming since pretty

10 much the beginning, yes.

11 BY MS. CALLAN:

12    Q    And what feedback have you received

13 related to latency on GeForce NOW?

14    A    I mean, the early cloud gaming systems

15 had quite high latency, probably in the

16 200-millisecond range.  So it was quite laggy, if

17 you will, for gamers.  So gamers were not -- were

18 kind of turned off by that.

19        You know, Nvidia in particular has

20 focused a lot on it because we're very gamer

21 focused, and so we have reduced it now down below

22 100 milliseconds and made it enjoyable for the

23 majority of gamers.

24    Q    You cut out briefly for me.  I just

25 want to make sure the court reporter was able to

Page 48

1  capture your answer.

2        THE COURT REPORTER:  I heard him.  I

3  didn't get any garbled sound.

4     BY MS. CALLAN:

24    Q    And have you received feedback from

25 publishers on the work you've done to reduce

Page 49

1  latency?

2     A    We get a little bit of feedback from

3  publishers.  I mean, they -- they test our games,

4  and they -- they generally find that GeForce NOW

5  is the best in terms of latency that they've

6  tried.

7     Q    So I'm going to turn to another topic.

8  Do you want to take a break, or are you okay to

9  keep going?

10    A    I'm okay for now.



Page 54

9  A    That's variable as well depending on
10 the machine type.  As I mentioned, we have kind of
11 three different levels.
12
13 Q    What are the three levels for GeForce
14 NOW?
15 A    We have what we call our free level,
16 which runs on a 2060B-type machine.  We have the
17 priority level, which runs on a 2080D-type
18 machine.  Then we have the ultimate level, which
19 runs on a 4080H-type machine.
20
21
22
23
24
25

Page 55

Page 56

Page 57

1
2  BY MS. CALLAN:
3  Q    I would like to show you a document
4  that has been premarked PX3144.
5        (PX Deposition Exhibit 3144 was
6  identified for the record and attached to the
7  transcript.)
8        MS. CALLAN:  And for the record, PX3144
9  is a presentation titled GFN Business Review -
10 November 2022, and it's dated December 13th, 2022.
11 BY MS. CALLAN:
12 Q    And this is a longer deck.  I'm only
13 going to ask you about the slide on PX3052-013.
14       MR. BONANNO:  Can you wait a beat,
15 Ms. Callan?  I do not have the exhibit in front of
16 me.
17       Mr. Eisler, do you?
18       THE WITNESS:  It's 3144?  Is that the
19 one you're talking about?
20 BY MS. CALLAN:
21 Q    Correct.
22 A    I just received it.
23       And you want me to look in particular
24 at what slide?
25       MR. BONANNO:  Mr. Eisler, you should



Page 58

```
1   take as much time as you need to review the
2   document and familiarize yourself with it before
3   answering any questions.
4        BY MS. CALLAN:
5        Q    So take your time with the document.
6   The only page that I have questions about ends in
7   013.
8             MR. BONANNO:  Take as much time as you
9   need, Mr. Eisler.
10            THE WITNESS:  (Reviews document.)
11            Okay.  Sorry.  I've scanned the general
12  document.  Which slide in particular do you want
13  me to look at?
14       BY MS. CALLAN:
15       Q    013.
16       A    So slide 13, okay.  Okay.
17       Q    Do you recognize this document?
18       A    Yes, I do.
19       Q    What is it?
20       A    It's the profit and loss statement
21  calculated by finance for the cloud gaming
22  business.
23       Q    Okay.  And PX3144-013 shows GeForce
24  NOW's P&L for fiscal year '23; is that correct?
25       A    That's correct.
```

Page 59

```
1        Q    And what is JFF?
2        A    That's called a -- it stands for judged
3   forward forecast, so that's, you know, a forecast
4   for the future period that hasn't occurred yet as
5   opposed to the actual, which is ACT.
6             It's a forecast, basically.
7        Q    And when was Nvidia's fiscal year for
8   FY23?
9        A    Our fiscal year starts one month
10  offset, so it starts on February 1st, and it's
11  always, like, a year ahead.  So that's, like,
12  essentially 2022, except it's -- ends at the end
13  of January.
14
15
16
17
18
19
20       A    That's correct.
21
22
23                              ?
24
25
```

Page 60

```
1
2
3
4
5
6
7
8
9
10
11
12                                          .
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 61

```
1
2                                        .
3
4
5
6                                      .
7        Q    So what happens if more than 50,000
8   users try to play concurrently?
9        A    So I mentioned we have, you know, the
10  three tiers of service.  Two of them are paid and
11  one of them is free.  And, so, our commitment to
12  the paid users is that they don't wait, so
13  generally they do -- they get priority and they
14  don't wait.
15            But we inform the free users that if we
16  are busy, they will have to wait.  And, so,
17  essentially the free users begin to queue when
18  we're full.
19
20
21
22
23
24
25
```





Page 62

Page 63

6    Q    And GeForce NOW surveys its users about
7  the content users would like to see on GeForce
8  NOW; correct?
9    A    Yes, we do.
10    Q    And how do those surveys work?

23    Q    And in those surveys, do you ask users
24  about what titles they would like to see on
25  GeForce NOW that are not currently on GeForce NOW?

Page 64

1    A    We do, yes.
2    Q    And is there a field where users can
3  type a response?
4    A    In the -- in those surveys, yes.

17        MR. BONANNO:  While we're waiting for
18  that document to load, let me ask, Mr. Eisler,
19  we've been going for a little while this leg.
20  Would you like to take a break now?  I know also
21  the court reporter may want a break to rest her
22  fingers.
23        THE WITNESS:  I'm okay.  I'm more
24  concerned about the lengthy break I need for
25  lunch, but if the court reporter needs time,

Page 65

1  that's okay, too.
2        MS. CALLAN:  We can finish with this
3  document and then take a break, if that works for
4  the group.
5        THE COURT REPORTER:  Sounds good to me.



Page 66

1 
2 
3 
4 
5 
6 
7 
8 
9 
10 
11 
12 
13 
14 
15 
16 
17 
18 
19 
20 
21 
22 
23 
24 
25 

Page 67

1 
2 
3 
4 
5 
6 
7 
8 
9 
10 
11 
12 
13 
14 
15 
16 
17 
18 
19 
20 
21 
22        MS. CALLAN:  Okay.  I think we can go
23  off the record and take a break.
24        THE WITNESS:  Okay.  Thanks.
25        THE VIDEOGRAPHER:  We are going off the

Page 68

1  record at 1704 UTC time.
2        (Recess -- 10:04 a.m.)
3        (After recess -- 10:15 a.m.)
4        THE VIDEOGRAPHER:  We are going back on
5  the record at 1715 UTC time.
6        BY MS. CALLAN:
7        Q    Mr. Eisler, GeForce NOW started off
8  with a free beta version in 2017; is that correct?
9        A    Yes, that's correct.
10       Q    And did any publishers express any
11  concerns about the user experience on GeForce NOW
12  during the beta period?
13       A    You know, we -- we have interactions
14  with a lot of different publishers, and so I'm not
15  aware of all the conversations.  But, in general,
16  it wasn't -- it wasn't a big concern that I was
17  aware of.
18       Q    Were there concerns that you were aware
19  of?
20 
21 
22 
23 
24 
25 

Page 69

1 
2 
3 
4 
5 
6 
7 
8 
9 
10 
11 
12       Q    Approximately how many publishers
13  participated in the beta version of GeForce NOW?
14       A    I don't recall the exact number back
15  then, but I think we had, you know, maybe around a
16  dozen to start out with.
17       Q    Did more publishers join GeForce NOW
18  during the beta period?
19       A    Yeah, we had kind of a continual
20  increase in games.  You know, depending on how far
21  back you're going, like, we originally started out
22  with a product called Grid which had only, I
23  think, about 40 games, and then today we have over
24  300 publishers.  So they've kind of joined over
25  time.

Page 70

1    Q    And approximately how many users did
2  you have during the beta period?
3    A    Now you're going way back in my memory.
4  If I recall, it was probably ████████████████
5  but I'm -- I'm having trouble remembering back
6  that far.
7    Q    And Activision games were available in
8  GeForce NOW during the beta period; is that
9  correct?
10   A    We had a number of their games on the
11 service during that time frame, yes.
12   Q    And did Activision agree to make their
13 games available on GeForce NOW?
14   A    We worked primarily through a contact
15 at Blizzard, which is part of Activision, and so
16 they were definitely supportive of our games being
17 there during the beta period.
18   ███████████████████████████
19 ████████████████████████████████████
20 ███████████████████████████████
21   █████████████████
22  █  █████████████████████████
23  ████████████████████████████
24  █████████████
25   █    ██████████████████████████

Page 71

1  ████████████████
2    Q    And how long were Activision games
3  available on GeForce NOW during the beta period?
4    A    Again, you're going way back in my
5  memory.  I don't remember the exact period, but it
6  was -- and -- I think around six months or so, but
7  I'm trying to remember back in that time period.
8  Maybe longer.
9    Q    And does GeForce NOW measure the
10 popularity of titles on its service?
11   A    Always we do that, yes.
12   Q    And how do you measure the popularity
13 of titles on GeForce NOW?
14   █  ███████████████████████████████
15 ██████████████████████
16   Q    And were Call of Duty titles available
17 on GeForce NOW during the beta period?
18   A    There were some titles on there, yes.
19   Q    And when Call of Duty titles were on
20 GeForce NOW, were they popular?
21   A    Call of Duty is always quite popular,
22 yes, so it was one of the more popular titles, if
23 I recall.
24   Q    Did the popularity of Call of Duty vary
25 over time?

Page 72

1    A    Call of Duty popularity does tend to go
2  up and down depending on where they are in their
3  release cycles and what events they have going on,
4  so its popularity does tend to go up and down.
5    Q    And why do release cycles impact the
6  popularity of Call of Duty titles?
7    A    Just building marketing awareness and
8  events, and so generally when new titles are
9  released, there's a lot of marketing associated
10 with it, which gets users' awareness up and then
11 they want to play it, and so they play it quite a
12 bit.
13        And then over time, the engagement
14 tends to wane somewhat until the next marketing
15 event or -- or change or update to titles.
16   Q    And were some Call of Duty titles more
17 popular than others?
18   A    Sure.  You know, some of the newer,
19 more popular ones are typically used more than the
20 older ones; although, there are some favorites
21 that people tend to go back to and play.
22   Q    What about the free-to-play Call of
23 Duty title?  Was that available during the beta
24 period?
25   A    Back then, they didn't have a

Page 73

1  free-to-play version.  That came later.  So we did
2  not have the free-to-play version on the service.
3    Q    Would you expect the free-to-play Call
4  of Duty title to be popular on GeForce NOW?
5    A    Definitely.  █████████████████████████
6  ████████████████████████████████████████
7  ██████████████████████████████████████
8  █████████████████████
9  █████████████████████████████████
10 ██████████████████████████████
11 ███████████████████████████████████████
12 ████████████████████████████████████
13 ███████████████████████████████████
14 ████████████████████████████████████
15 █████████████████████████
16    █████████████████████████████████████
17 ████████████████████████████████
18   Q    And are there any other Call of Duty
19 titles that you would expect to be popular on
20 GeForce NOW?
21   A    Your microphone is a little muffled.
22 Expect to be what?
23   Q    Popular on GeForce NOW.
24   A    You know, generally we like to be what
25 we call day and date with new releases.  So as

Page 74

1  they release new titles, those are generally
2  popular, you know, the marketing events.  The
3  free-to-play helps quite a bit, so that would be
4  more popular.
5       And then across Blizzard Activision
6  altogether, we find that the Overwatch series was
7  popular back then, and they now have a
8  free-to-play version of Overwatch.  So I would
9  expect the new Overwatch 2 to be quite popular on
10 GeForce NOW as well.
11    Q    And why is Overwatch popular on GeForce
12 NOW?
13    A    I mean, it's a popular game in general,
14 and so generally, you know, popular games in the
15 PC gaming space are also popular on GeForce NOW.
16 ███████████████████████████████
17 ███████████████████████████████████
18 █████████████████
19       So I would expect that both Call of
20 Duty Warzone, which is a free-to-play version, and
21 the new Overwatch 2, which is free to play, would
22 both probably be top ten titles on GeForce NOW if
23 they were available.
24    Q    And you launched GeForce NOW
25 commercially in February of 2022; correct?

Page 75

1     A    That's correct.
2  ██████████████████████████████
3  ████████████████████████████████████
4  ████████████████
5  ██████████████████████████████████
6  ███████████████████████
7  █████████████████████████
8  █████████████████████████████████████
9  ██████████████████████████
10 ██████████████████████████████
11 ████████████████████████████████████
12 ███████████████████████████
13 ██████████████████████████████████
14 ██████████████████████████████████
15 ████████████████
16 ██████████████████████████████
17 ███████████████████████████████
18 ████████████████████████████
19 ██████████
20 ███████████████████████████████
21 ███████████████████████████████
22 ███████████
23    Q    And when Activision removed its games
24 from GeForce NOW, how did GeForce NOW users react?
25       MR. BONANNO:  Objection to form.

Page 76

1        Ms. Callan, I don't know whether
2  there's papers around your microphone or
3  something, but I'm personally having a hard time
4  making out your questions.
5        I don't know, Mr. Eisler, if you're
6  having the same problem.
7        THE WITNESS:  It's also a little
8  muffled, yes.
9        THE VIDEOGRAPHER:  Did counsel want to
10 go off the record for a moment to try to see if we
11 can solve this?
12       MS. CALLAN:  I just pulled my computer
13 closer to me.  Is this better?
14       THE WITNESS:  Much better, yeah.
15       MS. BOHANON:  Significantly.
16       MS. CALLAN:  Okay.  Great.
17 BY MS. CALLAN:
18    Q    I'll ask the question again.  When
19 Activision removed its games from GeForce NOW, how
20 did GeForce NOW users react?
21       MR. BONANNO:  Objection to form.
22       THE WITNESS:  They were -- they were --
23 they were upset by it.  I mean, they -- they
24 expected the games to be continued, and they
25 were -- they were, I think, upset at both

Page 77

1  Activision and Nvidia for not finding a way to
2  keep the titles there.
3  BY MS. CALLAN:
4     Q    You broke up again for me.  I just want
5  to make sure the court reporter was able to hear
6  your answer.
7        It looks like she did.  I'm just
8  looking at the realtime.
9  ██████████████████████████████████
10 █████████████████████████████████████
11 ██████████████████████████████████
12 ████████████████████████████████
13 ██████████████████████████████████
14 ███████████████████████████.
15 ████████████████████████████████████
16 ███████████████████████
17 █████████████████████████████████████
18 ███████████████████████
19 ████████████████████████████████████
20 ██████████████████
21 ████████████████████████
22 █████████████████████████████████.
23 ███████████████████████████████████
24 ██████████████████████████████████
25 █████████████████████████████████







Page 86
(redacted)

Page 88
(redacted)

Page 87
(redacted)

Page 89

10   Q    I'd like to show you a document that
11   has been premarked PX2391.
12        (PX Deposition Exhibit 2391 was
13   identified for the record and attached to the
14   transcript.)
15        MS. CALLAN:  And for the record, PX2391
16   is a January 2020 email and an attached
17   presentation from Phil Eisler to Brandon Zien and
18   Chris Schnakenberg of Activision with the subject
19   line:  Nvidia GFN Update.
20        BY MS. CALLAN:
21        Q    And you can take as long as you need to
22   review the document.  I'm only going to ask you
23   about the cover email.
24        A    (Witness reviews document.)
25             Okay.  I'm ready.

Page 90

```
1      Q    Do you recognize this document?
2      A    I mean, it's a while ago now, but, yes,
3  I generally do, yes.
4      Q    And what is it?
5      A    Yeah, we -- we -- if you're talking
6  about the attached document, I mean, these are --
7  these are presentations that we create to try to
8  encourage publishers to support their games on
9  GeForce NOW with, you know, supporting data.
10     Q    Okay.  You wrote in your cover email to
11 Activision, As discussed, your games are still in
12 our Search Only category with generic artwork.
13          Do you see that?
14     A    I do see that, yes.
15     Q    What does that mean?
16     A    We had -- I mean, if you go to the app
17 today, there -- all of the games are listed
18 there -- there's about 1,500 of them -- with
19 artwork and -- and brand-name titles.  So you can
20 browse them.  You can also search them from the
21 search box.
22
23
24
25
```

Page 91

Page 92

Page 93

```
21     Q    And Bethesda made its games available
22 on GeForce NOW during the beta period; correct?
23     A    They were also on there, yes.
24
25
```





Page 94

18    MR. BONANNO:  Objection to form.
19  Mischaracterizes the witness' prior testimony.

Page 95

8    BY MS. CALLAN:
9    Q    And when GeForce NOW transitioned to a
10  commercial service, what happened?
11   A    They also asked us to remove titles and
12  were interested in --
13
14   Q    And did Bethesda allow GeForce NOW to
15  keep any titles on its service?
16   A    They eventually allowed us to bring one
17  or two back.  I think Youngblood was one of them,
18  and -- but they never brought back the whole
19  catalog.
20   Q    Was Quake II the other title?
21   A    I'm sorry.  What was the question?
22   Q    Was Quake II the other title that
23  Bethesda allowed GeForce NOW to keep on its
24  service after commercialization?
25   A    I believe that's correct.

Page 96

1    Q    And after the commercial launch of
2  GeForce NOW in February of 2020, Microsoft
3  acquired Bethesda; correct?
4    A    Yes, Microsoft did acquire Bethesda.
5    Q    And what happened to the Bethesda
6  titles that were on GeForce NOW at that time?
7    A    Microsoft asked us to remove them.
8    Q    And do you know who asked to remove the
9  Bethesda titles that were still on GeForce NOW
10  after Microsoft acquired Bethesda?
11   A    I don't recall who did.
12
13
14   Q    Do you know if the request came from
15  Microsoft?
16   A    I don't remember whether it came from
17  Microsoft or Bethesda.  Again, that would be
18  something -- I mean, generally the -- direct
19  communication is through
20                              .
21   Q    If we turn back to PX3104, I'd like to
22  ask you about the slide ending in 021.
23        For the record, this slide has an
24  excerpt of a March 2021 email with the subject
25  line, quote, Removal of Bethesda Games from Nvidia

Page 97

1  GFN.
2    A    Okay.
3    Q    Do you recognize this slide?
4    A    I do, yes.
5    Q    And what is it?
6
7
8
9
10
11
12   Q    And this excerpt was included in your
13  presentation to the CMA; correct?
14   A    This was part of that documentation
15  set, yes.
16   Q    And what is your understanding of why
17  this email was included in the presentation to the
18  CMA?
19        MR. BONANNO:  Objection.
20        Mr. Eisler, I just caution you not to
21  reveal any of the substance of communications
22  you've had with lawyers.
23        THE WITNESS:  I believe at the time the
24  intent was to show that Microsoft was not that
25  supportive of cloud gaming.

Page 98

```
1     BY MS. CALLAN:
2          Q     And in this email, ██████████████
3     ████████████████████████████████████████
4     ███████████████████████████████
5     ████████████████████████████████████████
6     █████████████████
7          Do you see that?
8          A     I do see that, yes.
9          Q     So this email was sent after Microsoft
10    acquired these titles from Bethesda; correct?
11         A     That's correct.
12         Q     And did Microsoft give a reason why
13    they were taking these two titles down?
14         A     I don't recall.  I mean, I -- you know,
15    ████████████████████      that would have spoken
16    directly with them about it.
17         Q     Did anyone communicate to you any
18    reason that Microsoft was taking the titles down?
19         A     I recall that they just said, you know,
20    not for now; that they just wanted them down.  I
21    don't think a reason was really given.
22         Q     Did anyone at Nvidia have any
23    discussions with Microsoft about putting Bethesda
24    titles back on GeForce NOW before the proposed
25    transaction was announced in January of 2020?
```

Page 99

```
1     █████ ███████████████████████
2     █████████████████████████████████████████,
3     ██████████████████████████████████  ████████
4     ██████████████████████████
5          But I think he's -- their job is to
6     continually try to get titles on there, so I would
7     imagine that he did, but I am not certain of that.
8     And Lauren works with Microsoft, so she would have
9     been speaking to Microsoft.
10         So I think -- █████████████████████
11    █████████████████████████████████████████
12    ████████████████████████████
13         Q     And Microsoft made its first-party
14    games available on GeForce NOW for the beta
15    period; is that correct?
16         A     We did have a few games.  In
17    particular, Minecraft was quite popular back then.
18    █ ████████████████████████████████████
19    ███ ██████████████████████████████████████
20    █ ██████████████████████████████████████
21    ███████████████████████████
22         Q     And when GeForce NOW transitioned to a
23    commercial service, what happened with Microsoft
24    first-party titles?
25         A     They also asked that they be removed,
```

Page 100

```
1     and we removed them.
2          Q     Did that include Minecraft?
3          A     That did include Minecraft.
4          Q     Do you know how long Minecraft was on
5     GeForce NOW before it was taken down?
6          A     I don't remember the exact time frame,
7     but it was, you know, I think six months to a
8     year, during the beta period.
9          Q     And did Microsoft give a reason as to
10    why they were taking their first-party titles
11    down?
12         A     I don't recall the exact reasons
13    stated, but it's usually something like, we're
14    still evaluating our cloud gaming strategy, or
15    something like that.
16         Q     And what did you understand that to
17    mean that they're still evaluating their cloud
18    gaming strategy?
19         A     I mean, I'm guessing what they mean by
20    that, but it could mean lots of things.  I mean, I
21    think some of them want, you know, economic
22    incentives.  They want to figure out if they can
23    make more money from it, or maybe they're building
24    their own thing in-house.
25         So it could mean lots of things, but
```

Page 101

```
1     it's hard to say.
2          MS. CALLAN:  I'm going to switch
3     topics.  Do you want to take a break, or do you
4     want to keep going for 30 minutes until you take
5     the longer break?
6          THE WITNESS:  Yeah, I'm okay to keep
7     going until 11:30 my time.
8          MR. BONANNO:  Why don't -- before --
9     before you ask your next question, Ms. Callan, I
10    would like to know how long we've been on the
11    record so far.
12         MS. CALLAN:  Why don't we go off the
13    record for a minute and figure out logistics.
14         MR. BONANNO:  Okay.
15         THE VIDEOGRAPHER:  We are going off the
16    record at 1803 UTC time.
17         (Recess -- 11:03 a.m.)
18         (After recess -- 11:05 a.m.)
19         THE VIDEOGRAPHER:  We are going back on
20    the record at 1805 UTC time.
21         BY MS. CALLAN:
22         Q     Mr. Eisler, Nvidia and Microsoft
23    entered into a GeForce NOW listing agreement in
24    February of 2023; is that correct?
25         A     That's correct.
```





Page 102

1    Q    And the same day, you entered into a
2         ▮▮▮▮▮▮▮▮▮ correct?
3    A    That's correct.





Page 110

Page 111

Page 112

```
14    Q    I would like to show you another
15  document.  This one is premarked PX1781, and this
16  document appears to be the GeForce NOW listing
17  agreement that Nvidia entered into with Microsoft.
18         (PX Deposition Exhibit 1781 was
19  identified for the record and attached to the
20  transcript.)
21  BY MS. CALLAN:
22    Q    It should be in Box now.
23    A    I see it.  I'm just reviewing it.
24         (Witness reviews document.)
25         Okay.  I'm ready now.
```

Page 113

```
1     Q    Okay.  And this is the GeForce NOW
2   listing agreement that Microsoft and Nvidia
3   entered into in February of 2023; is that correct?
4     A    That's correct.
5     Q    And if you look at the last full
6   paragraph on PX1781-001, this paragraph says,
7   quote,
8
9
10         Do you --
11    A    Sorry.  Which page are you on?
12    Q    The page ending 001.
13    A    001.  So the first page.
14         Okay.  I see.  Okay.  It's the end of
15  the last full paragraph.  Okay.  I got it.
16    Q    Who proposed this language?
17
18    Q    What was your understanding of the
19  purpose of this language?
20         MR. BONANNO:  Objection.
21         Mr. Eisler, before you answer the
22  question, I caution you not to reveal any
23  communications you had with counsel.  Unless you
24  have a separate understanding based on discussions
25  you had directly with Microsoft, don't answer the
```



Page 114

```
1   question.
2           THE WITNESS:  Yeah, ███████████
3   ████████████
4       BY MS. CALLAN:
5   ███████████████████████
6   ███████████
7   ████████████████████████
8   █████████████████████
9   █████████████████████████
10  ██████████
11  ███████████
12  ████████████████████
13  ████████████████████████
14  █████████████
15  ██████████████████████
16  ████████████████████
17  ███████████████████
18      Q    Have you ever executed another
19  agreement that included this type of statement?
20          MR. BONANNO:  Objection to form.
21          THE WITNESS:  No.  I mean, I -- I don't
22  think I've done a -- another agreement that
23  mentioned the word ███████████████
24  before.
25      BY MS. CALLAN:
```

Page 115

```
1   █
2   ████████████████
3   █████████████████
4   █████████████████████
5   █████████████████████
6   █████████████
7   ████████████████
8   ████████████████████
9   ██████████████████████████
10  ███████████████
11  █████████████████████
12  ███████████████████████
13  ████████
14      Q    Do you provide it to every publisher
15  that participates in GeForce NOW?
16      A    It's available to all of them, yes.
17      Q    How is it available?
18      A    Well, there's a -- there's a portal
19  that we provide.  I can't guarantee that they use
20  it, but we -- we make it available to them.
21  ████████
22  █████████
23  ██████████████████████
24  ██████████████████████████
25  ██████████████████████████
```

Page 116

```
1   █████████████████████████
2   ███████████████████████████
3   ███████████████████████
4   ██████
5           So we established this portal, I think,
6   a couple of years ago.  And we, you know, made all
7   of our -- we generally promote it to all of our
8   publishers, so it's a standard offering that we
9   have for all of our publishers.
10          MS. CALLAN:  I'm going to pause here,
11  and I think we can go off the record.
12          THE VIDEOGRAPHER:  Okay.  We are going
13  off record at 1828 UTC time.
14          (Lunch recess -- 11:29 a.m.)
15          (After lunch recess -- 1:03 p.m.)
16          THE VIDEOGRAPHER:  We are going back on
17  the record at 2003 UTC time.
18      BY MS. CALLAN:
19      Q    Mr. Eisler, before the break, we were
20  looking at PX1781.  If you can reopen that
21  document if you don't still have it in front of
22  you.
23      A    I have it.
24  ███████████████████████████
25  █████████████████████
```

Page 117

```
1   ████████████
2   ████████████████████
3   ███████████████████
4   ████████████████████████████
5   ██████████████████.
6   ██████████████████
7   ████████████████
8   ████████████████████████
9   ████████████████████████
10  █████████████████████
11  ██████████
12  ███████████████████████████
13  █████████████████████████████
14  ██████████████████████
15  █████████████████
16  █████████████████████
17  ██████████████████████
18  ██████
19  ███████████████████████████
20  ████████████████████████.
21  █████████████
22  ████████████████████
23  ██████████████████████████
24  ██████████████████████████
25  ██████████████████████
```



Page 118

4    Q   My question was whether you've
5  discussed it internally at Nvidia.
6        MR. BONANNO:  Objection.  Privileged.
7        Don't answer the question.
8        MS. CALLAN:  Mr. Bonanno, the fact of a
9  discussion with a lawyer is not privileged.
10        MR. BONANNO:  You're asking about
11  whether he had a discussion internally with Nvidia
12  about this contract's interpretation; that
13  necessarily is calling for the disclosure of legal
14  advice.
15        If you want to reformulate your
16  question to exclude lawyers, you can do that and
17  ask a clear question that would exclude the
18  request for provision of legal advice.
19        You have not done so.
20    BY MS. CALLAN:

Page 119

20        MR. BONANNO:  Again, Mr. Eisler, I'm
21  going to caution you not to reveal any
22  communications or the substance of any
23  communications that happened in the presence of
24  Nvidia legal counsel.
25    BY MS. CALLAN:

Page 120

3        MR. BONANNO:  Again, Ms. Callan, I
4  assume you are excluding conversations that
5  involve legal counsel.  It's not clear from your
6  question.
7    BY MS. CALLAN:
8    Q   Mr. Eisler, you can answer.
9        MR. BONANNO:  No, you can't.  The
10  question is not clear.
11        Objection.  Privilege.
12        Don't answer the question.
13        You can clarify the question to
14  indicate you want to exclude legal advice, in
15  which case, he could answer.
16    BY MS. CALLAN:

Page 121

1        Don't answer the question, Mr. Eisler.
2        The witness just testified his only
3  discussions have been about discussions to obtain
4  legal advice with respect to this provision.
5    BY MS. CALLAN:



Page 122

7    A    I mean, in that case, Microsoft would
8  have the potential to opt out of Battle.net
9  support.
10    Q    And this reference to Nvidia's prior
11  feedback, what was that?

16    Q    And Microsoft agreed to make Game Pass
17  available on GeForce NOW under this agreement; is
18  that correct?
19    A    Yes, they did.
20    Q    Then the term is limited to
21       correct?
22    A    I'm trying to remember the specific
23  term, but I guess on the next page, it is
24       , that's correct.

Page 124

4    A    That's correct.

Page 123

Page 125



Page 126

Page 128

Page 127

Page 129

9    A    I couldn't hear that, Nicole.
10   Q    Why is it a matter of debate?



Page 130

Page 131

Page 132

```
2        Q    I would like to show you another
document.  This one is premarked PX1784.
4        (PX Deposition Exhibit 1784 was
identified for the record and attached to the
transcript.)
7        BY MS. CALLAN:
8        Q    We're working on getting it uploaded.
So while we're waiting, the GeForce NOW listing
agreement and the ███████████ are separate
documents; is that right?
12       A    That's correct.
13       Q    And why are they separate documents?
14            MR. BONANNO:  Objection to form.  No
foundation.  Privileged.
16            Mr. Eisler, to the extent you can
answer the question based on information you did
not receive from lawyers, you're free to do so.
19            But if it involves the company's
counsel, please don't respond to the question.
21            THE WITNESS:  I mean, they're kind of
like apples and oranges.  They're very different
products and licenses.  So it just made sense, I
think, to keep them separate.
25            BY MS. CALLAN:
```

Page 133

```
7        BY MS. CALLAN:
8        Q    Did Microsoft ask to -- scratch that.
9            MS. CALLAN:  Do you have the
document -- okay.
11           BY MS. CALLAN:
12       Q    If you could open PX1784.
13       A    I have it open now.
14       Q    Okay.  Until recently, ██████████
███████████████████████████████; is that
16 right?
17       A    That's correct.
```



Page 134

```
 1  ██████████████████████████████
 2  █████████
 3  █ ██████████████████████
 4  ███████████████████████████
 5  ████████████████████████████ .
 6  █ ██████████████████████████
 7  █████████████████████████
 8  █ █████████████████████████
 9  ████████████████████████████████
10  ███████████████████████████
11  ███████████████████████████
12  █████████████████████████████
13  ████████████ .
14  █████████████████████████████████
15  ██████████████████████████████████
16  ████████████████████████████
17  █████████████ ███████████████
18  ████████████████████████████████
19  ██████████████ ██████████████ .
20  █████████████████████████
21  █████
22  BY MS. CALLAN:
23  Q      If you turn to paragraph 7 of PX1784 --
24         And that's on the page ending in 001.
25         -- in the middle of that paragraph it
```

Page 135

```
 1  says, quote, ████████████████
 2  ████████████████████████████
 3  ███████████████████████████
 4  ████████████████████████████████
 5  ████████████
 6         Do you see that?
 7  A      Yeah, I see that.
 8  Q      And I apologize, I should have asked,
 9  PX1784 is the █████████████████████████
10  ████████████ is that correct?
11  A      That's correct.
12  Q      Okay.  █████████████████████
13  ██████████████████████████████
14  █ █████████████████████████████
15  ██████████████████████████████
16  ████████████████████████████████
17  █ ██████████
18  █ ██████████████████████████
19  ██████████████████████████████████
20  ████████████████████████████████
21  █████████████████████████████
22  █ ██████████████████████████
23  █ ████████████████
24  ██████████ ██████████ ████ ██
25  ██████████
```

Page 136

```
 1  ████████ ██████ ███████████████████
 2  ████████████ ████████████████████
 3  ██████████████
 4  █ ██████████████
 5  ██████████████████████████████████
 6  ██████████████████ █████████████████
 7  ████████████ ██████████████████ ███
 8  ████ ████████
 9  █████████████████████ ███████████████
10  ████████████████████████████████
11  ████ ████████████
12  █ ████████████████████
13  ████ █████████████ ████████████
14  ██████████████████████████████████
15  ██████████████████
16  █ ████████████████████████████████
17  ██████████████████████████████
18  ██████████████████████████████████
19  ████████████████████
20  █████████████████████████████████
21  █ ████
22  ████████████████████████
23  █████████████████████████████████
24  ████████████████████████████████
25  ███████████████████████████████████
```

Page 137

```
 1  ████████ ███████████████████████████
 2  ████████████████████████████
 3  █ ████████████████████████████
 4  ██████████████████████████████
 5  ██████████████████████
 6  █ █████████████████████████████████
 7  ██████████████ ████████████████████
 8  █ ███████████████████████████████
 9  ████████████ ████████████████████
10  ████████████████████████████████
11  █ ██████████
12  ████████████████████████████████
13  ██████████████████████████████
14  █ ████████████████████████████████
15  ██████████████████████████████████
16  █ ████████████████████████████
17  █ █████████████████████████████████
18  ████████████████████████████████
19  ████████████████████ ████████████████
20  ████████████████████████████████████
21  █████████████████ .
22  ████████████████████████████████████
23  ██████████████████████ .
24  █ ███████████ ██████████████
25  ████████████████████████████████████
```



Page 138

17     Q    And how does Microsoft set the price of
18 its Windows server license?
19     A    I don't know how they do it.  I imagine
20 they get in a room somewhere and they calculate
21 it.
22     Q    Does Microsoft increase the price of
23 the server license that you were paying?
24     A    Yeah.  They have, under the standard
25 agreement that we signed through the distributor,

Page 139

1 the ability to raise it once annually, which they
2 typically do.
4
5     Q    So Microsoft has been increasing the
6 price of its Windows server license every year; is
7 that correct?
8     A    Almost every year.  I think there was
9 maybe one year they didn't, but typically they do
10 every year.
11     Q    And by approximately how much does
12 Microsoft increase the price of its Windows server
13 license for GeForce NOW each year?



Page 146

1  ████████████████████████
2  ████████.
3  ████████████
4  █ ████████████████████
5  ████████████████████████
6  ████████████████████
7  ██████████████████████
8  ████████████ ████████
9  ████████████████████
10 ████████████████████
11 ████████
12 ██████ ██████████████
13 ████████████████████
14 ████████████████████
15 ██████████

16          MS. CALLAN:  Thank you, Mr. Eisler.  I
17 don't have any more questions at this time, but I
18 will reserve the remaining time for redirect.
19          MS. ARNOLD:  Okay.  Let's go off the
20 record, then.
21          Nicole, I think if we could figure out
22 how much time you have for redirect, I think that
23 would be helpful.  If we could take a ten-minute
24 break, and then I can start.
25          MS. CALLAN:  Okay.

Page 147

1          THE VIDEOGRAPHER:  We are going off the
2  record at 2046 UTC time.
3          (Recess -- 1:47 p.m.)
4          (After recess -- 2:00 p.m.)
5          THE VIDEOGRAPHER:  We are going back on
6  the record at 2059 UTC time.
7    EXAMINATION BY COUNSEL FOR MICROSOFT
8    BY MS. ARNOLD:
9      Q    Good afternoon, Mr. Eisler.  My name is
10 Keri Arnold, and I represent Microsoft in this
11 case, and I have some follow-up questions for you
12 this afternoon, okay?
13     A    Okay.
14     Q    If at any point in time you'd like to
15 take a break, will you please just let me know,
16 and we'd be happy to accommodate you, all right?
17     A    Okay.
18     Q    I want to start by asking you about a
19 document that's already been used in your
20 deposition.  It's been marked as PX1781, and if
21 you could pull that up in your Box and let me know
22 when you're ready.
23     A    I have it now.
24     Q    All right.  And this is the GeForce NOW
25 listing agreement that we've been talking about

Page 148

1  for a good part of your testimony this morning and
2  afternoon; is that correct?
3      A    That's correct.
4      Q    All right.  And this agreement was
5  signed on February 20th, 2023; is that correct?
6      A    That's correct.
7      Q    By Mr. Fisher for Nvidia and Ms. Sarah
8  Bond for Microsoft Corporation; is that correct?
9      A    That's correct.
10     Q    And does this agreement accurately
11 reflect the terms that were agreed to by Nvidia
12 and by Microsoft as a result of the negotiations
13 that you've been testifying about today?
14     A    It reflects the game listing part.
15 ████████████████████████████ but it
16 reflects all of the game listing terms, yes.
17     Q    Okay.  I want to ask you about a
18 paragraph on the very first page of that document
19 that you were actually asked about earlier today.
20 It's the last full paragraph of that first page
21 that starts, "Nvidia has responded."
22          And let me know when you see that
23 paragraph.
24     A    I see it.
25     Q    All right.  And that states, ██████████

Page 149

1  ████████████████████████████████████
2  ████████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ████████████████████████████████████
7  ████████████████████████████████████
8          Did I read that correctly?
9      A    Yes, you did.
10     Q    And was that a true statement on
11 February 20th, 2023, when the agreement was first
12 signed?
13     A    Yes, that's true.
14     Q    And is that still true sitting here
15 today in April of 2023?
16     A    Yes, that is still true.
17 ██████████ ██████████████████
18 ████████████████████████
19 ██████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████,
22 ██████
23      ██████████
24 ██████████████████████████████████████
25 ████████████████████████████████









**Page 158**

(redacted)

**Page 159**

```
 6      MS. ARNOLD:  All right.  I'm going to
 7  ask for a new document to be pulled up, and we'll
 8  have it labeled RX0302.
 9      (RX Deposition Exhibit 0302 was
10  identified for the record and attached to the
11  transcript.)
```

**Page 160**

```
10      BY MS. ARNOLD:
11      Q    Let me just reask the question,
12  Mr. Eisler.
13           You had a chance to review that
14  transcript and make any corrections that were
15  necessary; is that correct?
16           MS. CALLAN:  Objection.  Leading.
17           THE WITNESS:  I did review the
18  transcript, yes.
19      BY MS. ARNOLD:
20      Q    All right.  Would you please pull up
21  RX0302.
22      A    Okay.  I have it up now.
23      Q    And take a moment to look at it or as
24  much time as you need.
```

**Page 161**

```
 6      Q    All right.  Thank you.  You can put
 7  that one aside.
 8           I'm going to pull up the next document,
 9  which will be marked RX0298.
10           (RX Deposition Exhibit 0298 was
11  identified for the record and attached to the
12  transcript.)
13      BY MS. CALLAN:
14      Q    And let me know when you have that.
15      A    Okay.  I'm just reading it now.
16           (Witness reviews document.)
17           Okay.  I've -- I've reviewed it.
18      Q    Okay.  And do you recognize or recall
19  this email exchange?
20      A    I do, yes.
21
22                                          from
23
24
25
```



Page 162

```
1   ██ ███████████ .
2   ██ ████████████ 
3   ████████████████████████
4   ████████████████ ██████████
5   ██████████████████ 
6   ██████████████████████
7   ████████████████████
8   ██████████████████████
9   ███████████████ 
10  ██ ██████████████████
11  ██ ████████████████████████
12  ████████████████████████
13  ██ ███ 
14  ███████████████████████
15  ██████████████████████████
16  ████████████████████
17  ██████████████████ 
18  █████████ █████████████
19  ████████ ███████████████
20  ██████████████████
21  ███████████████████████
22  ██████████ 
23  █████████████████████
24  ██████████ █████████████
25  █████████████████████████
```

Page 163

```
1   ████████████████████████
2   ██████████████ 
3   ██████████████████████
4   ████████████████████
5   █████████████████ 
6   ████████████████████
7   ████████████████████
8   ██████████████████████
9   ██████████████████████
10  ██████████████████████
11  ██████████████████████████
12  ████ 
13  █████████████████████
14  BY MS. ARNOLD:
15      Q    All right.  You can set that one aside.
16          I want to ask you some general
17  questions about GeForce NOW's content just sitting
18  here today.
19          Am I right that as of today, GeForce
20  NOW has over 1,500 games available on the service?
21      A    That's correct.
22      Q    All right.  And am I correct that you
23  provide content, and those over 1,500 games come
24  from hundreds of publishers, approximately 500?
25          Does that sound about right?
```

Page 164

```
1          MS. CALLAN:  Objection --
2          THE WITNESS:  That's about --
3          MS. CALLAN:  -- to form.  Leading.
4          THE WITNESS:  That's about --
5          MS. CALLAN:  I'm sorry, sir.  If you
6   could just pause to give me a moment to put
7   objections on the record, I'd appreciate that.
8          THE WITNESS:  Yes, that's correct.
9          BY MS. ARNOLD:
10      Q    All right.  And does that 500 include
11  both smaller independent game publishers and
12  larger major game publishers as well?
13          MS. CALLAN:  Objection.  Form.
14          THE WITNESS:  Yes, it includes a
15  mixture of smaller and larger publishers.
16          BY MS. ARNOLD:
17      Q    Does GeForce NOW provide games created
18  by a company called EA or Electric Arts?
19      A    Yes, we have some games from Electronic
20  Arts.
21      Q    Okay.  Ubisoft?
22      A    Yes, we have almost all the games from
23  Ubisoft.
24      Q    All right.  Epic Games?
25      A    Yes, we have Epic Games like Fortnite.
```

Page 165

```
1       Q    All right.  And Valve as well?
2       A    Yes, we have Valve games on there as
3   well.
4       Q    Am I correct that GeForce NOW currently
5   supports a number of third-party stores such as
6   the Ubisoft store; is that correct?
7       A    Yes, we support multiple stores,
8   including the Ubisoft stores, EA store, Valve
9   store, Epic store and the GOG store.
10      Q    All right.  And you also support
11  subscription services, again, including the
12  Ubisoft subscription service; is that right?
13      A    That's correct.  Ubisoft Plus
14  subscription service can be played on GeForce NOW.
15  ██ ████████████████████████
16  ████████████████████████████
17  ████████████████████████████
18  ████████████████████████████
19  ██ ████████████ 
20  ████████ ██████████████████
21  ██████████ 
22  ████████ ███████████████████
23  ████████ █████████████████
24  ██ ██████████████ 
25  ██ ████████████████████ .
```

Page 166

| | |
|---|---|
| 1 | |
| 2 | . |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 167

1
2
3
4 survey
5
6
7
8
9      Q    Now, we talked earlier -- or you spoke
10 earlier about how during the beta phase GeForce
11 NOW had access to certain ABK titles; is that
12 correct?
13     A    During our free beta period, we had
14 some of the ABK titles on GeForce NOW, that's
15 correct.
16     Q    Okay.  And one of those titles included
17 Call of Duty; is that correct?
18     A    That we had --
19          MS. CALLAN:  Objection --
20          THE WITNESS:  Sorry, Nicole.
21          MS. CALLAN:  Objection.  Form.
22 Foundation.
23          THE WITNESS:  Yes, we had, I believe,
24 several versions of Call of Duty on GeForce NOW at
25 that time.

Page 168

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16 .
17 .
18
19
20
21
22
23
24 .
25

Page 169

1 .
2
3
4
5
6
7
8      Q    All right.  And was October of 2018
9 when Call of Duty was first put on GeForce NOW's
10 service during your beta phase?
11          MS. CALLAN:  Objection.  Form.
12 Foundation.
13          THE WITNESS:  Yeah, I believe that's
14 the date that it was -- I don't recall the exact
15 dates, but that sounds about right.
16      BY MS. ARNOLD:
17
18
19
20
21
22
23
24
25 .



Page 170

21    Q    All right.  If we could pull up -- hold
22  on.  I just lost my number.  Okay.  Pull up
23  RX0279.
24          (RX Deposition Exhibit 0279 was
25  identified for the record and attached to the

Page 171

1  transcript.)
2    BY MS. ARNOLD:
3    Q    And let me know when you have that.
4          MS. CALLAN:  Counsel, I'm still not
5  seeing RX0279 in Box.
6          MS. ARNOLD:  I think it just popped up.
7          THE WITNESS:  I just got it.
8    BY MS. ARNOLD:
9    Q    Okay.  Again, take a minute to look at
10  that and let me know when you're ready.
11    A    (Witness reviews document.)
12          Okay.  I've reviewed it.

Page 172

11    Q    All right.  And then if we could pull
12  up RX0281.
13          (RX Deposition Exhibit 0281 was
14  identified for the record and attached to the
15  transcript.)
16    BY MS. CALLAN:
17    Q    And, again, just let me know after
18  you've had a chance to look at it.
19    A    Okay.

Page 173

2    BY MS. ARNOLD:
3    Q    Okay.  Now, as of August of 2019, Call
4  of Duty was still available on the beta phase of
5  GeForce NOW; is that correct?
6          MS. CALLAN:  Objection.  Leading.
7          THE WITNESS:  Yes, that's correct.





Page 174

```
 1   [REDACTED]
 2          I wanted to ask you a few follow-up
 3   questions about the period of time when GeForce
 4   NOW was switching from its beta mode to the
 5   commercial phase, okay?
 6       A   Sure.
 7       Q   And I think you testified earlier today
 8   that the start of GeForce NOW's beta period was in
 9   2017; is that correct?
10       A   I don't remember the exact date
11   offhand, but I think that's about correct.
12       Q   Okay.  And you exited the beta phase in
13   February of 2020.  Does that sound about right?
14       A   That sounds about right.
15       Q   Now, earlier today Ms. Callan asked you
16   about a number of companies who asked for their
17   games to be removed when GeForce NOW switched from
18   its beta phase to its commercial phase.
19          Do you recall those questions?
20       A   I do.
21          MS. CALLAN:  Objection to form.
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Page 175

```
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Page 176

```
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Page 177

```
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19       Q   Okay.  And I believe you said that
20   there were two titles that actually remained on
21   GeForce NOW as of February 2020; is that right?
22       A   Yeah, I don't recall whether they
23   remained or they left and came back.  My mind's a
24   little fuzzy on that.  I think they might have
25   actually left and come back, but they were -- they
```



Page 178

1   did -- they did reappear.

Page 180

12      BY MS. ARNOLD:
13      Q    And do you recall whether Quake II RTX
14   also had a standard listing agreement or not at
15   the time?
16      A    I don't recall whether that had a
17   standard listing agreement or whether it was a
18   verbal agreement with our DevRel team.  I don't
19   recall.
20      Q    All right.  I want to go forward in
21   time now to the point in time when Microsoft
22   acquired ZeniMax, which was in March of 2021.
23           Does that sound about right to you?
24      A    Yes, that sounds about right.





Page 186

8       MS. ARNOLD:  Mr. Eisler, I think I'm
9 about done, but what I would like to do is take a
10 ten-minute break, and then we can go back on the
11 record, and I'll ask any remaining questions I
12 might have.
13       THE WITNESS:  Okay.  I'll be back at
14 three o'clock my time.  Thanks.
15       THE VIDEOGRAPHER:  Very well.  We are
16 going off the record at 2147 UTC time.
17       (Recess -- 2:47 p.m.)
18       (After recess -- 3:00 p.m.)
19       THE VIDEOGRAPHER:  We are going back on
20 the record at 2200 UTC time.
21     BY MS. ARNOLD:
22    Q   All right.  Mr. Eisler, I just have a
23 few final questions for you this afternoon.

Page 188

19    BY MS. ARNOLD:
20    Q   Okay.  Would you pull up for me a
21 document that's been previously marked as PX3157.
22    A   Okay.  I have it now.
23    Q   All right.  And you were asked about
24 this earlier.  Just take a moment to refresh your
25 recollection about this one, and let me know when

Page 189

1 you're ready.
2    A   (Witness reviews document.)
3       Yes, I have it now.

Page 187



**Page 190**

[Lines 1–25 redacted]

**Page 191**

[Lines 1–13 redacted]

14   Q   All right.  Thank you.  You can set
15   that document aside.
16        Throughout your testimony today, you've
17   referenced testimony that you've given to various
18   regulators, including the European commission and
19   the CMA.
20        Has the testimony that you've provided
21   to those regulatory bodies been true and accurate
22   to the best of your knowledge at the time that you
23   gave that testimony?
24   A   Yes, it has been.
25   Q   Okay.

**Page 192**

1        MS. ARNOLD:  Mr. Eisler, I don't have
2   any further questions for you right now.  I very
3   much appreciate your time and patience this
4   afternoon.
5        THE WITNESS:  Thank you.
6        MS. CALLAN:  I have a few more
7   questions for you.  Let's take a five-minute
8   break, and then I can promise I won't have more
9   than 12 minutes of questions for you, and then we
10  can wrap up.
11        THE WITNESS:  Okay.  Thanks.
12        THE VIDEOGRAPHER:  We are going off the
13  record at 2206 UTC time.
14        (Recess -- 3:06 p.m.)
15        (After recess -- 3:15 p.m.)
16        THE VIDEOGRAPHER:  We are going back on
17  the record at 2215 UTC time.
18        EXAMINATION BY COUNSEL
19        FOR THE FEDERAL TRADE COMMISSION
20        BY MS. CALLAN:
21   Q   Mr. Eisler, can you pull up RX0278,
22   please.
23        And for the record, this is a document
24   that Ms. Arnold showed you earlier today with the
25   title GeForce NOW KPIs, and it's dated

**Page 193**

1   October 2018.
2   A   Okay.  I have it now.
3   Q   This document was created during the
4   beta phase for GeForce NOW; correct?
5   A   That's correct.
6   Q   And was GeForce NOW free at this time?
7   A   It was free during our beta period,
8   yes.
9   Q   Do you know approximately how many
10  users GeForce NOW had in the fall of 2018?
11   A   I think this document may actually have
12  that answer somewhere.
13        (Witness reviews document.)
14        I think it was around        if I
15  recall.  It's showing the registered users there.
16  And this is in when?  This is October.  So it's
17  showing we registered actually about      users
18  at that point.
19   Q   Do you know approximately how many of
20  the registered users were active on the service at
21  this time?
22   A   Yeah.  So if you go down to slide 4, it
23  says that on October, the monthly active users
24  were                to be exact.
25   Q   Okay.  And what was Nvidia's strategy

Page 194

1  for GeForce NOW in the fall of 2018?
2  ▮ ▬▬▬▬▬▬▬▬▬▬▬▬
3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬.
8      Q    And if you turn to the slide that ends
9  in 005, does this show that ▬▬▬▬▬▬
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11 ▬▬▬▬▬▬
12     A    Let me just look at this in detail.
13 The slide isn't the best quality here, but . . .
14         (Witness reviews document.)
15         The frequent users are -- you know,
16 it's hard to estimate the percentage there, but it
17 looks like about ▬▬▬▬▬ of -- of the play
18 hours.  I don't think it actually says how many of
19 the frequent users there are on this slide, so
20 it's a little hard to deduce how many there are
21 from this slide.
22         But this is just saying that the
23 frequent users play about ▬▬▬▬▬ of the time
24 on the service, and that their average hours
25 played each is in the -- you know, close to ▮

Page 195

1  hours a month.  It doesn't really say how many of
2  them there are.  Maybe the previous chart does.
3          Yeah, the previous chart says that the
4  frequent users are ▬▬▬▬ so that's ▬▬▬▬,
5  roughly.  So ▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬
7  ▮ ▬▬▬▬▬▬ ▬▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬▬▬▬
9  ▬▬▬▬▬▬▬▬▬▬
10     A    Yeah, that's approximate by looking at
11 those graphs, yes.
12     Q    Okay.  I asked you about Nvidia's
13 strategy for GeForce NOW in the fall of 2018.
14         Were there any particular categories of
15 gamers that you were targeting at that time?
16 ▮ ▬▬▬▬▬▬▬▬▬▬▬
17 ▬▬▬▬▬▬▬▬▬▬▬▬
18 ▬▬▬▬▬▬▬▬▬▬▬▬▬;
19 ▬▬▬▬▬▬▬▬▬▬▬
20 ▬▬▬▬▬▬▬▬▬
21 ▬▬▬▬▬▬
22 ▬▬▬▬▬▬▬▬▬▬▬
23 ▬▬▬▬▬▬▬▬▬▬▬
24 ▬▬▬▬▬▬▬▬▬▬▬▬
25 ▬▬▬▬▬▬▬▬▬▬

Page 196

1  ▬▬▬▬▬▬▬▬▬
2      Q    And Ms. Arnold asked you about
3  RX0278-010 [sic].  Could you turn to that page?
4      A    I have it up now.
5      Q    You're faster than me.
6          At the bottom it says, quote, ▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8          Do you see that?
9      A    I do see that, yes.
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11     A    You know, Activision has many versions
12 of Call of Duty.  They tend to release one every
13 year or two, and so they have maybe a dozen
14 different versions.  Black Ops 4 is -- is one that
15 was popular back then.
16     Q    And how did GeForce NOW decide which
17 versions of Call of Duty to put on GeForce NOW?
18     A    We generally strive to put the most
19 popular versions on, but we also consult with the
20 publishers about which versions to put on.
21     Q    And did users need to purchase Black
22 Ops 4 in order to play it on GeForce NOW?
23     A    They either needed to purchase it or
24 already own it.  So the way that GeForce NOW is,
25 we can -- we can verify your ownership against the

Page 197

1  store platform.
2          So I believe in this case, it was
3  supported on Battle.net, and so you could log into
4  Battle.net.  And if you already owned it, you
5  could play it; but if you don't own it, you could
6  buy it and then play it.
7      Q    And if you already owned it, that would
8  also be because you purchased it; correct?
9      A    You would have purchased it previously,
10 yes.
11     Q    And do you know the price point for
12 Call of Duty: Black Ops 4 at this time?
13     A    I don't recall at that time, but
14 normally the launch price for new games is about
15 $60, and then it tends to decline over time.  So I
16 think this game was relatively new at that point,
17 so it may have been a $60 game.
18     Q    And according to the chart on
19 RX0278-0010, the most popular title at this time
20 on GeForce NOW was Fortnite; is that correct?
21     A    That's correct.
22     Q    Do users need to purchase Fortnite in
23 order to play it on GeForce NOW?
24     A    No.  Fortnite is a free-to-play game.
25     Q    And did Nvidia do any marketing when



Page 198

1   Call of Duty: Black Ops 4 became available on
2   GeForce NOW?
3      A    I don't recall back then.  We generally
4   do weekly marketing beats when new titles come to
5   the surface, so we may have back then, but I don't
6   recall.
7      Q    We talked earlier today about
8   Activision titles being search only.  Do you
9   recall if Call of Duty: Black Ops 4 was search
10  only at this time?
11     A    My memory was, you know, initially they
12  were fully supported with game assets, and then we
13  transitioned to the search-only state for a period
14  of time.
15          I don't remember the specific
16  transitions from when it went, you know, fully
17  available with assets to -- to search only.  I
18  think it was a little bit after this if my memory
19  serves me correctly.
20     Q    And who would know the answer?
21     A    I would probably have to talk to my
22  team about it, but there's a person on my team
23  responsible for game onboarding, and he would
24  probably have to search back through his records
25  to find out, but we probably could find out if

Page 199

1   that's important.
2      Q    Okay.  And where would he search?
3          MR. BONANNO:  Objection to form.  No
4   foundation.
5   ███████████    ████████████████
6   █████████████████████████████████████████
7   █████████████████████████████████████████████
8   █████████████████████
9   ████████████████████████████████████████████████
10  ████████████████████████████████████████████
11  ██████████████████████████████████████████████
12  ██████████████████████████████████████████████
13  ██████
14          MS. CALLAN:  All right.  I have no
15  further questions at this time for you,
16  Mr. Eisler.
17          Mr. Bonanno, I did have one question
18  for you.  Mr. Eisler testified earlier today about
19  a GeForce NOW business review that was analyzing
20  profitability in light of the Nvidia-Microsoft
21  agreement that he was going to present today if he
22  wasn't here with us today.
23          I'd like to ask that you produce that
24  document as soon as possible and, in any event,
25  before our next deposition in this matter.

Page 200

1          MR. BONANNO:  So I guess a couple of
2   things.  One, we're going to talk about that next
3   deposition given how today went because I think
4   this was, for the record, a tremendous waste of
5   time for Mr. Eisler given how you've used your
6   time in the deposition today.
7          Number two, I think you're
8   mischaracterizing what Mr. Eisler said about
9   whether the document you are requesting exists.
10  The meeting was cancelled for today.  I'll follow
11  up and have discussions with my client after today
12  and get back to you on your request.
13          I would ask that you make it through
14  the appropriate channels, not at the end of the
15  deposition, and we'll follow up accordingly.
16          Three, just before we close the record,
17  I want to reiterate that today's deposition,
18  Nvidia will be marking as highly confidential or
19  confidential under the applicable protective
20  order.
21          There was highly sensitive Nvidia
22  business secrets that were discussed throughout
23  Mr. Eisler's testimony, and they should be treated
24  accordingly under all applicable statutes and
25  regulations.

Page 201

1          MS. CALLAN:  Okay.  I think we're done
2   here.  Mr. Eisler, thank you for your time.
3          THE VIDEOGRAPHER:  Very well.  Before
4   we complete for the day, we ask that any party
5   wishing to order a copy of the video in either MP4
6   or video sync please do so now along with your
7   transcript order.
8          If you are unable to decide at this
9   time and wish to be contacted, please state that
10  on the record along with your preferred contact's
11  information.
12          MS. CALLAN:  Yeah, we're not going to
13  make a decision at this time, so you can contact
14  me on behalf of the FTC.
15          THE VIDEOGRAPHER:  Okay.  If -- I would
16  please ask just put the emails in the chat, and I
17  can put them in my notes and pass them along.
18          MS. ARNOLD:  And my understanding is we
19  have a standard order, and we'd ask just that you
20  follow that for this deposition.
21          THE VIDEOGRAPHER:  Yes, ma'am.
22          MS. ARNOLD:  Thank you.
23          MR. BONANNO:  Phil, you can go ahead
24  and go.  You're done for the day.  Thank you very
25  much.

Page 202

1    THE VIDEOGRAPHER:  This concludes
2  today's testimony of Mr. Phil Eisler.  We are now
3  going off the record at 2228 UTC time.
4
5
6         (Signature having not been waived, the
7  Remote Videotaped Deposition of PHILLIP EISLER
8  ended at 3:28 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 204

1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition over
4  carefully and make any necessary corrections.  You
5  should state the reason in the appropriate space
6  on the errata sheet for any corrections that are
7  made.
8         After doing so, please sign the errata
9  sheet and date it.
10         You are signing same subject to the
11  changes you have noted on the errata sheet which
12  will be attached to your deposition.
13         It is imperative that you return the
14  original errata sheet to the deposing attorney
15  within thirty (30) days of receipt of the
16  deposition transcript by you.  If you fail to do
17  so, the deposition transcript may be deemed to be
18  accurate and may be used in court.
19
20
21
22
23
24
25

Page 203

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, Dana C. Ryan, Registered Professional
3  Reporter, Certified Realtime Reporter, the officer
4  before whom the foregoing proceedings were taken
5  do hereby certify that the foregoing transcript is
6  a true and correct record to the best of my
7  ability of the proceedings; that said proceedings
8  were taken by me stenographically and thereafter
9  reduced to typewriting under my supervision; and
10  that I am neither counsel for, related to, nor
11  employed by any of the parties to this case and
12  have no interest, financial or otherwise, in its
13  outcome.
14         IN WITNESS WHEREOF, I have hereunto set
15  my hand and affixed my notarial seal this 13th day
16  of April 2023.
17  My Commission expires:
18  November 23, 2024
19
20
21
22  _____
23  NOTARY PUBLIC IN AND FOR THE
24  STATE OF ALABAMA
25

Page 205

1         E R R A T A  S H E E T
2  IN RE:  MICROSOFT CORPORATION, a corporation and
3  ACTIVISION BLIZZARD, INC., a corporation
4  RETURN BY: _____
5  PAGE  LINE              CORRECTION AND REASON
6  _____ _____    _____
7  _____ _____    _____
8  _____ _____    _____
9  _____ _____    _____
10  _____ _____    _____
11  _____ _____    _____
12  _____ _____    _____
13  _____ _____    _____
14  _____ _____    _____
15  _____ _____    _____
16  _____ _____    _____
17  _____ _____    _____
18  _____ _____    _____
19  _____ _____    _____
20  _____ _____    _____
21  _____ _____    _____
22  _____ _____    _____
23  _____ _____    _____
24  _____    _____
25  (DATE)              (SIGNATURE)

Page 206

```
1              ACKNOWLEDGMENT OF DEPONENT

2              I, Phillip Eisler, do hereby

3     acknowledge that I have read and examined the

4     foregoing testimony, and the same is a true,

5     correct and complete transcription of the

6     testimony given by me and any corrections appear

7     on the attached Errata sheet signed by me.

8

9

10

11    _____     _____

12    (DATE)                   (SIGNATURE)

13

14

15              CERTIFICATE OF NOTARY PUBLIC

16    Sworn and subscribed to before me this

17    _____ day of _____, _____

18

19

20    _____     _____

21    NOTARY PUBLIC            MY COMMISSION EXPIRES

22

23

24

25
```

Highly Confidential

April 12, 2023

Microsoft Corp. v. Federal Trade Commission
April 12, 2023

Microsoft Corp. v. Federal Trade Commission
April 12, 2023

Microsoft Corp. Deposition Highly Confidential
April 12, 2023

Microsoft Corp. v. Federal Trade Commission
April 12, 2023

Shotp Done Highly Confidential
April 12, 2023

Proposed Highly Confidential
April 12, 2023

Microsoft Corp. Deposition, Highly Confidential

April 12, 2023

Highly Confidential
April 12, 2023

Microsoft Corp. vs Federal Trade Commission
Confidential
April 12, 2023

Prepared by High-Tech Confidential
April 12, 2023

Microsoft/Activision Highly Confidential
April 12, 2023

Highly Confidential

Pinar Dogan - Highly Confidential
April 12, 2023

Meta-FTC Antitrust - Highly Confidential
April 12, 2023

Microsoft Corp. v. Federal Trade Commission
April 12, 2023

Microsoft/Activision-Blizzard Highly Confidential
April 12, 2023

HOU1900913 - Highly Confidential
April 12, 2023

HIGHLY CONFIDENTIAL
April 12, 2023