# Exhibit 4

## PX7062

Page 1

```
 1              UNITED STATES OF AMERICA

 2              FEDERAL TRADE COMMISSION

 3         OFFICE OF ADMINISTRATIVE LAW JUDGES

 4    - - - - - - - - - - - - - - - X

 5   In the Matter of              :

 6                                  :

 7   MICROSOFT CORPORATION,        :

 8         a corporation,          :

 9                                  : Docket No. 9412

10             and                 :

11                                  :

12   ACTIVISON BLIZZARD, INC.,     :

13         a corporation.          :

14    - - - - - - - - - - - - - - - X

15

16           **** HIGHLY CONFIDENTIAL ****

17

18     Remote Videotaped Deposition of JEFF FISHER

19               Friday, April 14, 2023

20                  9:03 a.m. (PDT)

21

22

23   Job No. 6357891

24   Pages:  1 - 159

25   Reported by:  Dana C. Ryan, RPR, CRR
```

Page 2

```
 1
 2
 3
 4
 5                                April 14, 2023
 6                                9:03 a.m. (PDT)
 7
 8
 9
10           Remote Videotaped Deposition of JEFF
11   FISHER, held via Zoom video teleconference, before
12   Dana C. Ryan, Registered Professional Reporter,
13   Certified Realtime Reporter, State of Georgia
14   Certified Court Reporter, State of Washington
15   Certified Court Reporter and Notary Public in and
16   for the State of Alabama and the District of
17   Columbia.
18
19
20
21
22
23
24
25
```

Page 3

```
 1        A P P E A R A N C E S
 2
 3       ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 4          JAMES WEINGARTEN, ESQ.
 5          J. ALEXANDER ANSALDO, ESQ.
 6          U.S. Federal Trade Commission
 7          Bureau Of Competition
 8          Office Of Policy And Coordination
 9          600 Pennsylvania Avenue, Northwest
10          Washington, D.C. 20580
11          Telephone: (202) 326-3274
12          Email: jweingarten@ftc.gov
13          Email: jansaldo@ftc.gov
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2
 3       ON BEHALF OF MICROSOFT CORPORATION:
 4          KERI ARNOLD, ESQ.
 5          PIRZADA AHMAD, ESQ.
 6          Wilkinson Stekloff LLP
 7          2001 M Street, Northwest
 8          10th Floor
 9          Washington, D.C. 20036
10          Telephone: (202) 847-4000
11          Email: karnold@wilkinsonstekloff.com
12          Email: pahmad@wilkinsonstekloff.com
13
14
15       ON BEHALF OF ACTIVISION:
16          BRADLEY J. PIERSON, ESQ.
17          Skadden Arps Slate Meagher & Flom, LLP
18          One Manhattan West
19          New York, New York 10001
20          Telephone: (212) 735-3000
21          Email: bradley.pierson@skadden.com
22
23
24
25
```

Page 5

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2
 3       ON BEHALF OF NVIDIA:
 4          MIKE BONANNO, ESQ.
 5          Quinn Emanuel Urquhart & Sullivan, LLP
 6          1300 I Street, Northwest
 7          Suite 900
 8          Washington, D.C. 20005
 9          Telephone: (202) 538-8000
10          Email: mikebonanno@quinnemanuel.com
11
12
13   Also present:
14          James Budkins, Videographer
15          Aline Zam-Vieira O'Clair
16          Esther Smith
17          Albert Ramey-Speed
18          Azadeh Morrison
19
20
21
22
23
24
25
```

Page 6

    C O N T E N T S

EXAMINATION OF JEFF FISHER:            PAGE:

By Mr. Weingarten                        12

By Ms. Arnold                           119

By Mr. Weingarten                       146


        E X H I B I T S

    (Attached to the Transcript)

PX                                     PAGE:

Exhibit 3103   January 9, 2023 Notes Of     43
               A Call With Nvidia Held
               Via Microsoft Teams;
               PX3103-001 Through 039

Exhibit 3113   February And March 2019      77
               Email Chain; PX3113-001
               Through 005

Exhibit 3117   August 2020 Email Chain;     84
               PX3117-001 Through 008

Exhibit 3123   October 15, 2021 Email;      88
               PX3123-001 Through 002

Page 7

    E X H I B I T S   C O N T I N U E D

    (Attached to the Transcript)

PX                                     PAGE:

Exhibit 3141   Article Titled Nvidia       26
               Brings RTX 4080 To GeForce
               NOW; PX3141-001 Through 002

Exhibit 3148   January 2020 Email Chain;   81
               PX3148-001 Through 002

Exhibit 3199   April 13, 2023 Slide Deck   69
               Titled Nvidia GFN Business
               Review - March 2023

Page 8

    E X H I B I T S   C O N T I N U E D

    (Attached to the Transcript)

RX                                     PAGE:

Exhibit 0285   May 24, 2021 Email Chain;   137
               RX0285-001 Through 002

Exhibit 0290   December 2022 And January   130
               2023 Email Chain;
               RX0290-001 Through 004

Exhibit 0299   February 21, 2023 Microsoft  120
               Press Release Titled
               Microsoft And Nvidia
               Announce Expansive New
               Gaming Deal; RX0299-001
               Through 003

Page 9

    P R O C E E D I N G S

        THE VIDEOGRAPHER:  We are on the record
at 1603 UTC on April 14, 2023.  Please note that
audio and video recording will continue to take
place unless all parties agree to go off the
record.  Microphones are sensitive and may pick up
whispering and private conversations.

        This is the video-recorded proceeding
of Jeff Fisher, In re: Microsoft Corp. and
Activision Blizzard, Inc.

        This proceeding is being held via
remote video conference.  My name is James
Budkins.  I'm the videographer on behalf of U.S.
Legal Support located at 16825 North Chase Drive,
Suite 900, Houston, Texas 77060.

        I'm not related to any party in this
action nor am I financially interested in the
outcome.

        The court reporter is Dana Ryan on
behalf of U.S. Legal Support.

        Counsel and all present will state
their appearances for the record after which the
court reporter will enter the statement for remote
proceeding into the record and swear in the
witness.

1      MR. WEINGARTEN:  Good morning.  My name
2  is James Weingarten.  I'm an attorney with the
3  Federal Trade Commission.  Alex Ansaldo,
4  A-N-S-A-L-D-O, is also an attorney with the FTC,
5  and he's here with me today.
6      MS. ARNOLD:  Good morning.  Keri Arnold
7  from Microsoft, and here with me is Pirzada Ahmad,
8  also on behalf of Microsoft.
9      MR. BONANNO:  Good morning, everyone.
10  Mike Bonanno from Quinn Emanuel on behalf of
11  Nvidia and the witness, Jeff Fisher.
12      And before we get started, I'll just go
13  ahead and put it in the record that we would run
14  today's transcript to be treated with the highest
15  level of confidentiality under both the case
16  protective order and applicable statutes and
17  regulations.  I expect that during the questioning
18  today we'll get into a number of business secrets
19  and confidential information for Nvidia that
20  should be shielded from public view including with
21  respect to FOIA requests.
22      MR. PIERSON:  My name is Brad Pierson
23  from Skadden for Activision.
24      THE COURT REPORTER:  All right.  I'm
25  going to read the statement into the record.

1      The attorneys participating in this
2  deposition acknowledge that I am not physically
3  present in the deposition room and that I will be
4  reporting this deposition remotely.
5      They further acknowledge that, in lieu
6  of an oath administered in person, the witness
7  will be sworn remotely and declare his testimony
8  in this matter is under penalty of perjury.
9      The parties and their counsel consent
10  to the arrangement and all objections are waived
11  to this manner of reporting unless so indicated at
12  this time.
13      (Brief pause.)
14      THE COURT REPORTER:  Hearing no
15  objections, I consider this to be amiable to all
16  counsel.
17      So if I could have the witness please
18  raise your right hand.
19      ************************
20      JEFF FISHER,
21  having been duly sworn, testified as follows:
22      ************************
23      THE COURT REPORTER:  Great.
24      Counsel, we may begin.
25

1      EXAMINATION BY COUNSEL FOR THE
2      FEDERAL TRADE COMMISSION
3  BY MR. WEINGARTEN:
4      Q   Mr. Fisher, good morning.  My name is
5  James Weingarten.  I'm an attorney with the
6  Federal Trade Commission.  I'm going to be asking
7  you some questions today.
8      How are you today?
9      A   I'm doing well.  How are you?
10      Q   Fine.  Thank you.
11      You understand now that you are under
12  oath as if you were testifying in a courtroom?
13      A   I do, yes.
14      Q   Okay.  Is there any reason that you
15  would not be able to testify truthfully and
16  accurately today?
17      A   None whatsoever.
18      Q   Where are you located?
19  ███████████████████████████████████
20      Q   Okay.  Is there anyone in the room with
21  you?
22      A   There's not.
23      Q   I want to remind you, in case your
24  counsel has not, that you should not be
25  communicating with anyone about the substance of

1  your deposition today while the deposition is
2  underway.  The only exception is if you need to
3  discuss a question of attorney-client privilege
4  with your attorney, and we can handle that if it
5  should arise.
6      You understand you're not to
7  communicate with anybody about the substance of
8  your testimony today?
9      A   I understand.
10      Q   No notes, no emails, no texts, okay?
11      A   Understand.
12      Q   Okay.  You joined Nvidia in 1994?
13      A   That's right.
14      Q   You are a senior vice president
15  currently?
16      A   I am.
17      Q   You're responsible for Nvidia's gaming
18  business unit?
19      A   I am.
20      Q   And is that business unit also referred
21  to as the GeForce unit or GeForce business?
22      A   You probably described it as good as
23  anybody has.  There's no official name for the
24  business unit.
25      Q   Okay.  And when did you become

1  responsible for the gaming business unit at
2  Nvidia?
3      A    Approximately 2005.
4      Q    And GeForce, G-E-F-O-R-C-E, is the
5  brand name for Nvidia's personal computer GPU
6  business; correct?
7      A    That's correct.
8      Q    And GPU stands for graphics processing
9  unit?
10     A    That's correct.
11     Q    And do your responsibilities include
12 responsibility for GeForce NOW?
13     A    It includes that, yes.
14     Q    And your responsibilities also include
15 overseeing the sale and business of Nvidia's GPUs
16 for use in the gaming industry?
17     A    Yeah, it does. Yeah.
18     Q    And GeForce NOW is Nvidia's cloud
19 gaming streaming service; correct?
20     A    That's correct.
21     Q    And it launched in or around June of
22 2017?
23     A    That's correct. Officially, yes.
24     Q    And when it launched, it launched in
25 what was called a beta, B-E-T-A, phase; is that

1  right?
2      A    It did.
3      Q    And during the beta phase, GeForce NOW
4  was free for users; correct?
5      A    That's correct.
6      Q    And the beta phase of GeForce NOW ended
7  in or around February of 2020; is that right?
8      A    I believe that's correct, yes.
9      Q    And at that time when the beta phase
10 concluded, Nvidia started charging users for
11 access to certain tiers of GeForce NOW?
12     A    For certain tiers, yes. There remained
13 a free access, but also a paid tier.
14     Q    I want to talk to you a little bit
15 about the PC GPU piece of the business you
16 oversee.
17          Does Nvidia manufacture and market a
18 GPU called the Tegra, T-E-G-R-A, X1?
19     A    Well, Tegra is what we call an SoC,
20 system on a chip, but we do have a product called
21 Tegra, yes.
22     Q    Okay. And is the Tegra system on a
23 chip a product that is used in PC gaming?
24     A    It's not.
25     Q    Where is the Tegra X1 GPU product used

1  in relation to gaming?
2      A    Tegra is used most notably in a
3  Nintendo Switch handheld gaming device.
4      Q    And what is its function in general lay
5  terms, if you can, in the Switch?
6      A    Well, it is the CPU and GPU combined.
7  It is a complete, really, computer outside of
8  memory and display and other parts. But it is --
9  it is the computer inside of a handheld gaming
10 device as well as other devices.
11     Q    Is it fair to say that the Tegra system
12 on a chip runs the games that play on the Switch?
13     A    It's an important part of it. I mean,
14 I think there's other components required, but it
15 is -- it is an important part of what runs the
16 games on Switch, yes.
17     Q    Okay. And does the Tegra chipset power
18 the graphics on the Switch?
19     A    Yes.
20     Q    And when it was launched, Tegra was the
21 first system on a chip for graphics processing to
22 achieve one teraflop of graphics performance;
23 correct?
24     A    I'm sorry. Say that again.
25     Q    When it was announced, Tegra was the

1  first system on a chip graphics processing that
2  achieved one teraflop of graphics performance;
3  correct?
4          MR. BONANNO: Objection to form.
5          THE WITNESS: I don't recall. I -- I
6  don't recall.
7  BY MR. WEINGARTEN:
8      Q    Is a teraflop, T-E-R-A-F-L-O-P, a
9  measure of graphics processing power?
10     A    Teraflops are a -- one metric of
11 peak -- of graphics processing power. They're a
12 single metric, and they are generally specified in
13 terms of peak performance measured by some
14 benchmark.
15     Q    Okay. Is it correct that the more
16 teraflops a GPU or a system on a chipset offers,
17 the better the potential gaming experience that
18 comes from running games using that chip?
19         MR. BONANNO: Objection to form.
20 BY MR. WEINGARTEN:
21     Q    You can answer, sir.
22     A    Okay. From a -- from a marketing
23 perspective, teraflops are related to graphics
24 performance. There is not always a direct
25 correlation between a marketed teraflop number and

Page 18

1    the experienced gaming performance.
2        Q    And when you say in marketing, does
3    Nvidia market the peak teraflop performance of its
4    chips as a proxy for improved gaming performance?
5        A    When they're good, yes, we generally
6    use them for marketing.
7        Q    Okay.  And does Nvidia tell -- strike
8    that.
9             In its marketing, Nvidia tells users
10   that it -- we can -- that a chip that Nvidia
11   offers has more teraflops, then it is likely the
12   user will experience a better gaming experience
13   using that chip?
14            MR. BONANNO:  Objection to form.
15            THE WITNESS:  We will -- when -- when
16   it -- when it is favorable, we will generally link
17   teraflops to gaming performance.
18       BY MR. WEINGARTEN:
19       Q    And more teraflops means better gaming
20   performance?
21       A    That -- that's how we -- that's how we
22   position it, yes.
23       Q    Nvidia's latest gaming GPU is the RTX
24   4080; right?
25       A    We -- we have a -- it -- it -- that's

Page 19

1    one of our latest ones, yes.
2        Q    Is there also a 4090?
3        A    There is, yes.
4        Q    Okay.  And is there a way you -- if I
5    refer to those as the 4080 series or -- strike
6    that.
7             How in Nvidia do you refer to this
8    latest series of chips, GPUs that were launched in
9    and around 2023?
10       A    I would refer to them as the 4000
11   series.
12       Q    Is the 4000 series the latest Nvidia
13   GPU processor for PC gaming to be launched into
14   the market?
15       A    It is, yes.
16       Q    And is that 4000 series codenamed Ada
17   Lovelace at Nvidia?
18       A    Yeah, that's -- it has -- it has an Ada
19   Lovelace -- that's the code name for the
20   architecture, but generally speaking, yeah, that's
21   the code name for the device.
22       Q    The RTX 4000 series delivers a peak
23   performance of more than 64 teraflops; correct?
24       A    I don't recall the exact number.
25       Q    Does it deliver more teraflops of peak

Page 20

1    performance than the Tegra?
2        A    Yes.
3        Q    Okay.  Do you have any sense or
4    understanding of the magnitude of the difference
5    between the teraflop performance of a 4000 series
6    versus a Tegra?
7             MR. BONANNO:  Objection to form.
8             THE WITNESS:  Not -- I don't -- I don't
9    have a -- I would -- I -- I -- it -- it is -- it
10   is a -- it is large, but I wouldn't -- I don't
11   have any metric of factors between the two.
12       BY MR. WEINGARTEN:
13       Q    When Nvidia is developing and launching
14   a new series of GPUs for gaming, does Nvidia's
15   gaming business work with game developers to
16   optimize the work -- the interplay between the
17   game -- a game and the new chipset?
18       A    We do, yes.
19       Q    Okay.  And why do you do that?
20       A    Well, there's -- it -- it -- I -- I
21   would say it -- it depends, but what -- the most
22   common reason is for interplayability to make sure
23   that the game is fully compatible with our new --
24   newest device.  While every device is -- is
25   backward compatible -- it will run games that

Page 21

1    exist in the market -- there are also changes to
2    every device.  Our Ada Lovelace architecture is
3    different than our prior architecture which was
4    our Ampere architecture.
5             So we need to make sure that when we
6    sell a product and gamers install it in their
7    systems, it will run not just the latest games but
8    previous games without any compatibility issues.
9    So we will do our own testing and then work with
10   game developers to make sure it not only runs well
11   but runs as best it can on our latest hardware.
12            There are -- the other reason most
13   common is that with our new architectures, we add
14   additional features that games can take advantage
15   of.  And we need to teach game developers and work
16   with them so they understand how to modify their
17   games to take advantage of the latest features in
18   our -- in our GPUs.
19       Q    Is ray tracing one of the features that
20   Nvidia offers as part of its GPUs?
21       A    It is.  Relatively new feature.
22       Q    When you say "relatively new," do you
23   have an estimate of when the ray tracing feature
24   became available?
25       A    We introduced ray tracing in 2018 with

Page 22

1  our Turing architecture, and we've added
2  functionality and performance with each
3  architecture since.
4      Q    Do you know what architecture the Tegra
5  runs on?
6      A    There have been several generations of
7  Tegra. I'm not exactly sure what generation is in
8  the -- in the latest, the newest Tegra or
9  specifically what's in the Nintendo Switch, what
10 generation of graphics is in that device.
11     Q    Do you know if the Tegra that is in the
12 Nintendo Switch supports ray tracing?
13     A    I don't -- yeah, I don't believe it
14 does, no.
15     Q    Is there an acronym for a feature that
16 involves ray tracing that Nvidia has that is RTX?
17     A    RTX is -- is a -- more of a brand name
18 for devices that support ray tracing. The
19 RTX 4000, 4080, RTX 4090.
20     Q    And the Tegra is not designated as an
21 RTX chipset; right?
22     A    It's not.
23     Q    Is Reflex, R-E-F-L-E-X, technology
24 another feature that Nvidia has introduced to
25 improve game performance?

Page 23

1      A    It is, yes.
2      Q    Does Reflex technology help improve
3  latency in game play?
4      A    Yes, that's -- that's its -- Reflex is
5  designed to improve latency, yes.
6      Q    And latency is a term for the lag
7  between when a gamer does something with their
8  keyboard or joystick or other input device and
9  when the action manifests itself in the game?
10     A    That's correct.
11     Q    And less latency -- lower latency is
12 generally correlated with a better game
13 experience?
14     A    That's -- that's correct, yes.
15     Q    Okay. And to make Reflex technology --
16 strike that.
17          For a game to take advantage of the
18 Reflex technology that Nvidia offers, does that
19 require collaboration between Nvidia and the game
20 developer?
21     A    It does, yes.
22     Q    Is there another feature that Nvidia
23 has introduced referred to by the initials
24 D-L-S-S?
25     A    Yes.

Page 24

1      Q    What is DLSS?
2      A    DLSS stands for deep learning super
3  sampling, which is a way to improve -- uses deep
4  learning or artificial intelligence to improve
5  game performance.
6      Q    And have there been multiple
7  generations of the DLSS feature?
8      A    There's been multiple improvements on
9  DLSS, yes.
10     Q    And is the latest version of DLSS,
11 DLSS 3?
12     A    It is, yes.
13     Q    What -- strike that.
14          Can the Tegra chipset support DLSS?
15     A    The latest Tegra chipset has the
16 capability to support some level of DLSS, yes.
17     Q    And is that latest Tegra that you just
18 referred to in the Nintendo Switch or not yet?
19     A    I -- I believe it is -- the current
20 Nintendo Switch is capable of implementing DLSS,
21 but not at the performance of the current version
22 of DLSS.
23     Q    So is it your understanding that the
24 Tegra chip that is in a Switch would function to
25 support DLSS 1, but not DLSS 3?

Page 25

1      A    It's never been implemented as far as I
2  know, so I don't know that I could say that with
3  certainty, no.
4      Q    And even if the Tegra chipset has the
5  capability to support an older version of DLSS,
6  what would be required to turn that on and enable
7  that for a Switch?
8      A    A lot of software work on our part,
9  Nintendo's part and the game developer's part.
10     Q    And is it something that could be
11 turned on for existing Switches that have already
12 been sold with Tegras or something that would have
13 to happen that would be with new Switches with new
14 Tegras that would have this software work?
15     A    I don't know the answer to that
16 specifically. I know you're asking a lot of
17 questions about Switch. I mean, that is not in my
18 domain, in my -- in my group. So I'm not being
19 vague. I'm just trying to answer as best I can.
20          But I -- but I don't know the answer --
21 I don't know the answer if -- how we -- if it's
22 possible to -- to implement it without some change
23 on Nintendo's side of Switch.
24     Q    Who at Nvidia is responsible for the
25 collaboration with Nintendo Switch?



Page 26

1　[redacted]
2　[redacted]
3　[redacted]
4　[redacted].
5　[redacted]
6　[redacted]
7　[redacted]
8　[redacted]
9　[redacted].
10　[redacted]
11　[redacted].
12　[redacted]
13　[redacted]
14　[redacted]
15　　　Q　　Did you ever -- strike that.
16　　　　　As part of your responsibilities for
17　GeForce, do you have any input with respect to the
18　Switch?
19　　　A　　No.  No direct input.
20　　　　　MR. WEINGARTEN:  Okay.  Let's take a
21　look and introduce, please, Plaintiff's
22　Exhibit 3141.
23　　　　　(PX Deposition Exhibit 3141 was
24　identified for the record and attached to the
25　transcript.)

Page 27

1　BY MR. WEINGARTEN:
2　　　Q　　That's a document, sir, that should
3　appear in the Box in a few minutes.
4　　　A　　Okay.
5　　　Q　　3141.
6　　　　　And while we're waiting for that, sir,
7　I want to be clear, when you were answering
8　questions about the features for the Tegra
9　regarding its support or lack of support for ray
10　tracing or Reflex technology, were you guessing or
11　is that information you know?
12　　　　　MR. BONANNO:  Objection to form.
13　　　　　Are there particular questions that you
14　want to go back and ask him whether he has
15　firsthand knowledge?  You asked a lot of questions
16　in that --
17　　　　　MR. WEINGARTEN:  No.
18　　　　　MR. BONANNO:  -- category,
19　Mr. Weingarten.
20　　　　　MR. WEINGARTEN:  That's okay.  You can
21　strike the question.
22　　　　　BY MR. WEINGARTEN:
23　　　Q　　Let's hit refresh on the Box, sure, and
24　I think that'll show you PX3141, so if you'll
25　refresh your browser screen, please.

Page 28

1　　　A　　Refresh my browser.  Okay.  I see it.
2　　　Q　　Okay.  If you click open the document,
3　please, it will open in your -- I believe it opens
4　it in your browser.
5　　　A　　Yeah, I see it.
6　　　Q　　Okay.  The document is titled Nvidia
7　Brings RTX 4080 to GeForce NOW.
8　　　　　Do you see that?
9　　　A　　I do, yes.
10　　　Q　　Okay.  Previously you said you couldn't
11　remember the teraflops for the 4000 series.  I
12　want you to look at the second paragraph to the
13　document, please, and read it to yourself.
14　　　　　It starts with "Powered by."
15　　　　　MR. BONANNO:  Mr. Fisher, you should
16　feel free to review as much of the document as you
17　want before answering Mr. Weingarten's next
18　question.
19　　　　　THE WITNESS:  Yeah, let me just scan it
20　briefly and then I'll come back to the second
21　paragraph.  Thanks.
22　　　　　BY MR. WEINGARTEN:
23　　　Q　　You may.  I'll tell you my question if
24　it helps you with your scanning.
25　　　A　　Sure.

Page 29

1　　　Q　　My question is going to be: Does this
2　refresh you that Nvidia marketed the RTX 4080 as
3　delivering over 64 teraflops of graphics
4　performance?
5　　　　　Please look at what you need to look at
6　to answer that question.
7　　　A　　(Witness reviews document.)  Okay.
8　　　Q　　So does that refresh your recollection
9　that the RTX 4080 is capable of delivering over 64
10　teraflops of graphics horsepower?
11　　　A　　I -- yes, the -- I -- it -- it -- it
12　does.  This is the RTX 4080 SuperPOD which is the
13　RTX 4080 that we've -- we branded an RTX 4080 for
14　GeForce NOW, so that -- that's going to have
15　different performance than the 4080 marketed just
16　to PC buyers.
17　　　Q　　Okay.  So --
18　　　A　　But --
19　　　Q　　Go ahead, please.
20　　　A　　No, that's it.
21　　　Q　　So Nvidia marketed the performance of
22　the chipset RTX 4080 that it was bringing to
23　GeForce NOW as having over 64 teraflops of
24　graphics horsepower; correct?
25　　　A　　That's correct.

Page 30

1    Q    And Nvidia marketed publicly that that
2  performance was more than five times that of an
3  Xbox Series X console; correct?
4    A    That the teraflop -- peak teraflop
5  metric of our SuperPODS was more than 5X of a Xbox
6  Series X, yes.
7    Q    And Xbox Series X is a video game
8  console device; right?
9    A    That's right.
10    Q    Would you consider the Xbox Series X to
11  be a high-performance console device?
12    A    Well, I'm a little biased that way.  I
13  think that our products are always better than
14  Xbox Series X, so I would -- not from my
15  perspective, but maybe from others.  I don't know.
16    Q    Do you have a similar answer with
17  respect to the PlayStation 5?
18    A    It's a relative question.  I mean, I
19  believe in -- PC gaming will always be better than
20  console, so . . .
21    Q    Do you have a view of the relative
22  performance of Xbox Series X and Nintendo Switch?
23    A    Not a specific X factor, but I -- an
24  Xbox Series X is -- in terms of delivered
25  performance is much faster than a Nintendo Switch.

Page 31

1    Q    PlayStation 5 much faster than a
2  Nintendo Switch in terms of delivered performance?
3    A    That would -- yes, I believe that to be
4  the case.
5    Q    Okay.  When I asked you before about
6  whether the Tegra supports ray tracing, you said
7  you believe it does not support ray tracing;
8  correct?
9    A    Yeah, I -- I did.  I mean, I -- the --
10  one thing I -- let me just explain that ray
11  tracing can be fully implemented in software.
12  When we talk about ray tracing as a technology, it
13  could run on CPU.  It could run on -- it could run
14  on anything.  It -- it -- it would just be not
15  performant.
16    So -- so ray tracing on a Nintendo
17  Switch technically could it be made to work?  Yes.
18  Practically would it work?  No.
19    Q    What is the basis for what you just
20  told me?  How do you know that?
21    A    Well, I -- my -- I -- I know the ray
22  tracing will run in software because we can get it
23  to run on devices that are pre-RTX that do not
24  have dedicated ray tracing hardware --
25  acceleration hardware in it.

Page 32

1    The purpose of RTX was to add dedicated
2  hardware to allow ray tracing to run in realtime
3  to play games.
4    Q    And are you saying that while you could
5  run ray tracing on Nintendo Switch, it would be,
6  in your words, nonperformant on an Nintendo
7  Switch?
8    A    Yes.
9    Q    What is your basis for understanding
10  that ray tracing would be nonperformant on a
11  Nintendo Switch?
12    A    Nintendo Switch does not have dedicated
13  ray tracing hardware, but I -- I -- it is a --
14  based on my understanding of the technology.  I --
15  I -- I don't have a scientific formula to give you
16  that would provide a proof.  It's just from my
17  experience working with this technology on -- in
18  my organization.
19    Q    I appreciate that.
20    When we were talking about
21  collaborations between game developers and
22  Nvidia-made features that Nvidia's offering
23  performant, does that take engineering time to
24  make those collaborations work?
25    A    It does.

Page 33

1    Q    Does it take investment in terms of --
2  well, strike that.
3    What are the kinds of investments that
4  are required to make a collaboration for something
5  like DLSS 3 work with a game?
6  ████████████████████████████████████████████
7  ██████████████████████████████████████████
8  ████████████████████████████████████████
9  ████████████████████████████████████████
10  ████████████████████████████████████████████████
11  ██████████████████
12  ████████████████████████████████████████████
13  ████████████████████████████████████████████
14  ████████████████████████████
15  ████████████████████████████████████████████
16  █████████████████████
17  ████████████████████████████████████████
18  ████████████████████████████████████████████████
19  ████████████████████████████████████████████████
20  ████████████████████████████████████████████████
21  ████████████████
22    Q    And does QA stand for quality
23  assurance?
24    A    It does, yes.
25    Q    So is it fair to say it's an iterative

Page 34

1  process between Nvidia and the game developer to
2  make sure a game is utilizing the capability and
3  performant with the capability that Nvidia is
4  offering?
5      A    Generally speaking, yes.  Some more so
6  than others.
7      Q    In the course of this collaboration
8  that we've been discussing, is there an exchange
9  between Nvidia and the developer of competitively
10 sensitive information?
11     A    I -- I guess I -- I need to understand
12 what you mean by "competitively sensitive."
13     Q    In order to optimize a game to use and
14 be performing with Nvidia features, is Nvidia
15 given access to information about the game that's
16 not shared with others or would be considered
17 competitively sensitive information?
18         MR. BONANNO:  Objection to form.
19         THE WITNESS:



Page 35

19         BY MR. WEINGARTEN:
20     Q    And putting aside your competitors for
21 chips, just in terms of relationship between
22 Nvidia and a game developer, do you know if Nvidia
23 requires a developer to sign a nondisclosure
24 agreement before the developer can access the
25 sensitive information about chipset?

Page 36

1      A    Yeah, I -- I --
2          MR. BONANNO:  Objection -- objection to
3  form.
4          THE WITNESS:  I -- I -- it's typical we
5  would sign a mutual nondisclosure agreement for
6  any engagement like that.
7      BY MR. WEINGARTEN:
8      Q    Nvidia has worked in the past with
9  Activision Blizzard, Inc., to optimize games, make
10 them performant within Nvidia GPUs; correct?
11     A    We have over the course of time, yes.
12     Q    And I'm -- Activision Blizzard, Inc.,
13 is a bit of a mouthful.  I might just call it
14 Activision for short, but I know there's also a
15 Blizzard business unit.  If I use Activision and
16 you think it's not clear, please correct me, okay?
17 Otherwise, I'm generally going to refer to
18 Activision to refer to the whole company, okay?
19     A    Okay.
20     Q    But if there's any confusion on your
21 end, please, let me know.  We want to make sure we
22 have a clear record.
23         Has Nvidia collaborated in the past
24 with Activision to make titles in the Call of Duty
25 franchise performant on Nvidia GPUs?

Page 37

1      A    We have, yes.
2      Q    Okay.  Do you have an understanding of
3  how long there has been a collaborative
4  relationship between Nvidia and Activision to make
5  Nvidia games performant on Nvidia GPUs?
6      A    It's been some number of years.  I
7  don't recall when -- when we first started working
8  with Activision or Blizzard as separate companies.
9      Q    Are you familiar with an Nvidia feature
10 called ray-traced AO?
11     A    I'm familiar with -- generally familiar
12 with ray-traced AO, yes.
13     Q    What does ray-traced AO stand for?
14 What is the AO?
15     A    Ambient occlusion.
16     Q    And is that another feature that makes
17 games look more realistic and is part of ray
18 tracing?
19     A    Yeah, ray tracing has an umbrella of
20 different ways it can be implemented, and ambient
21 occlusion is one of those.
22     Q    And is another feature of ray tracing
23 shadows, ray-traced shadows?
24     A    It is, yes.
25     Q    And is there another feature that



Page 38

1  Nvidia offers as part of its GPUs called Ansel,
2  A-N-S-E-L?
3      A    Yes.
4      Q    What is Ansel?
5      A    Ansel is a technology that lets you
6  take in-game snapshots, like, Ansel Adams; that's
7  where the brand came from.
8      Q    ████████████████████████████████
9  ████████████████████████████████████
10 ██████████████████████████
11 ███████████████████████████████
12 ██
13 █████████████████████████
14 ████████████████████████████████████
15 ██████████████████████████████
16 ████████████
17 ██████████████████████████████
18 ████████████████████████████
19 ██████████████████████████
20 ████████████████████████████████
21 ████████████████████████████████████
22 ██████████████████████████
23 ██████████████████████████████████
24 ████████████
25      Q    Is it important for you as the head of

Page 39

1  Nvidia gaming that Activision games incorporate
2  Nvidia features and are performant within Nvidia
3  GPU features?
4      A    Well, in terms of being performant, we
5  want our customers to have the best experience and
6  we want Activision's customers, so performant
7  is -- and compatibility is something we strive for
8  regardless.
9           You know, the -- in terms of features,
10 I think it's -- it is important for us to
11 differentiate our products through features, and
12 part of the objective of the agreement is to -- is
13 to put our features in gamers' hands.
14     Q    Do other chip makers other than Nvidia
15 also supply chips for use in video game consoles
16 and PC?
17     A    They do.
18     Q    And do other chip makers also market
19 features associated with their chipsets for
20 console or PC?
21     A    They do.
22     Q    And when Nvidia collaborates with --
23 let's use Activision as an example, is that an
24 exclusive collaboration, or is Activision also
25 free to collaborate with a different chip maker?

Page 40

1      A    It depends --
2           MR. BONANNO:  Objection to form.
3           THE WITNESS:  -- depends -- it depends
4  on the agreement and the title.  I -- I --
5  ████████████████████████████████████████
6  ██████████████████████████████████
7  ███████████████████████████████████
8  ██████████████████████████████████
9  █.
10          BY MR. WEINGARTEN:
11     Q    Did Nvidia collaborate with Activision
12 regarding using Nvidia GPU features in Call of
13 Duty: Modern Warfare II?
14     A    We've engaged with a few Call of Dutys
15 over the course of time.  I believe that's
16 correct.  I don't -- I don't recall specifically
17 the exact engagement with Modern Warfare II.
18     Q    And thinking about the engagements with
19 Activision in regard to collaborating on
20 development of Activision titles, what's the
21 timeline for those collaborations from start to --
22 to launch of a game?
23     A    Generally --
24          MR. BONANNO:  Objection to form.
25          THE WITNESS:  Generally speaking, these

Page 41

1  ████████████████████████████████████████
2  ██████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ██████████████████████████████████
7  █████
8           That's across the board.  I don't
9  recall specifically to Activision.
10          BY MR. WEINGARTEN:
11     Q    And putting aside the marketing
12 engagement length, how long would the typical
13 engineering collaboration time be as you're trying
14 to collaborate on an Activision title?
15     A    Yeah, I -- I'm not differentiating
16 Activision titles because I don't know anything
17 specific to Activision titles that is different
18 than other titles, but engineering engagement
19 could start up to a year and a half in advance, a
20 year in advance.  I think it's more typical of --
21 it would be six, seven months in advance.
22     Q    I want to ask you a few questions about
23 a Teams video call that happened in January of
24 this year with the United Kingdom government
25 agency.

Page 42

1 So on January 9th, 2023, you
2 participated in a video conference call with the
3 United Kingdom Competition and Markets Authority;
4 right?
5 A I -- yeah, I believe -- I don't -- I
6 believe that's the date, but, yes, I did
7 participate in a call, yeah.
8 Q If I refer to that as the CMA, will you
9 understand I'm referring to that UK regulator?
10 A Yes.
11 Q Do you recall, sir, that you were
12 informed at the beginning of that call that it's a
13 criminal offense under UK law to supply the CMA
14 with information that is false or misleading in a
15 material respect if you do so knowingly or
16 objectively?
17 MR. BONANNO: Objection to form.
18 Mr. Weingarten, are you suggesting that
19 you're an expert in UK law and are proffering
20 something about the significance of saying
21 something to the CMA? What are we doing right
22 now?
23 BY MR. WEINGARTEN:
24 Q I'm asking if you remember being told
25 that.

Page 43

1 A I don't recall the specific language of
2 that call, no.
3 Q Do you think it would refresh your
4 recollection about whether you were told that if
5 you looked at a transcript of that call?
6 A I'm not sure it would refresh my
7 recollection of what was specifically said, but
8 I'm happy to look at a transcript if . . .
9 MR. WEINGARTEN: Let's please introduce
10 Plaintiff's Exhibit 3103.
11 (PX Deposition Exhibit 3103 was
12 identified for the record and attached to the
13 transcript.)
14 BY MR. WEINGARTEN:
15 Q While we're waiting for that to load,
16 sir, I have a quick question for you.
17 Do you remember talking to the CMA in
18 January of 2023?
19 A I do, yes.
20 Q And when you made statements to the
21 CMA, were you trying to be truthful and accurate
22 to the best of your ability?
23 A Yes.
24 Q When Nvidia or you provided information
25 to the CMA during that call, did you try to be

Page 44

1 truthful and accurate to the best of your ability?
2 A Yes.
3 Q Do you think the information that
4 Nvidia provided was truthful and accurate?
5 A I do.
6 Q Let's just take a quick look. If
7 refresh, sir -- do you have PX3103?
8 A I do, yes.
9 Q And if you look at the first page, it
10 says, Competition and Markets Authority,
11 Microsoft/Activision Merger Inquiry, Notes of a
12 call with Nvidia held via MS Teams on Monday, 9
13 January 2023.
14 Do you see that?
15 A I do, yes.
16 Q And among the people listed as present,
17 there's a list for Nvidia and your name appears,
18 Jeff D. Fisher.
19 Do you see that?
20 A I do.
21 Q Have you seen this document before?
22 A Have not.
23 Q Okay. We may refer to it periodically,
24 but you can put it aside for a second.
25 A Okay.

Page 45

1 Q Don't close it out, please. We'll see
2 if we need to go back.
3 Would you agree -- I want to talk to
4 you about cloud gaming more generally, sir.
5 Would you agree that cloud gaming
6 extends video gaming to users with lesser
7 computing PCs?
8 A I would, yes.
9 Q Would you agree that cloud gaming
10 extends video gaming to users who have non-Windows
11 devices?
12 A I would, yes.
13 Q And would you agree that in your
14 experience what you have seen is that GeForce NOW
15 is not cannibalistic as a high-end video gaming
16 client business?
17 A At the time I agree with that, yes.
18 Q And why do you say "at the time"? Do
19 you have a different view -- what is "at the time"
20 referring to?
21 A I -- I don't have a view of the future,
22 but it -- it could over time.
23 Q Is that your view today; that GeForce
24 NOW is not cannibalistic to the high-end video
25 game client business?

April 14, 2023

Page 46

1    A    Yes.

2    Q    Is it your view today that cloud gaming

3  is expansive to the video game business?

4    A    Yes.

5    Q    And does expansive mean that cloud

6  gaming spans the total addressable market for

7  high-end video games beyond high-performance

8  consoles and PCs?

9    A    That's what I believe, yes.

10    Q    Would you agree that GeForce NOW's

11  customers are generally using lower end PCs and

12  not the expensive video-powered video gaming PCs?

13    A    Lower end and incompatible systems.

14    Q    And when you say "incompatible," you

15  mean, again, non-Windows-based PCs?

16    A    That's correct.

17    Q    So, for example, GeForce NOW customers

18  can play PC games -- high-end PC games on MAC

19  devices; right?

20    A    That's correct.

21    Q    And a GeForce NOW customer can play a

22  high-performing video game on Chromebook; right?

23    A    That's correct.

24    Q    Would you agree that GeForce NOW is

25  bringing the 4000 chipset and the class of games

Page 47

1  that are optimized for that chipset to new

2  customers?

3    A    I do, yes.

4    Q    And new customers means customers who

5  would not otherwise be able to play those games

6  via a high-end gaming PC or console?

7    A    They may not own -- either choose to or

8  afford to own an high-end Windows gaming PC,

9  correct.

10    Q    Would you agree that the vast majority

11  of GeForce NOW users are new to gaming or do not

12  have a high-end PC?

13    A    I -- I -- the latter, do not have a

14  high-end PC.

15    Q    Would you agree that many GeForce NOW

16  users are, in fact, new to gaming altogether?

17    A    I don't have any data to support that,

18  but I -- I do believe accessibility does bring new

19  gamers to high-end PC gaming, yes.

20    Q    I'm sorry, sir.  I didn't quite hear

21  that.

22        Will you repeat the last of it, sir?

23    A    Yeah, I do believe that accessibility

24  does bring in new gamers to high-end PC gaming.

25    Q    So GeForce NOW improves -- strike that.

Page 48

1        Does cloud gaming improve accessibility

2  for new users to access and play high-end video

3  games.

4    A    Yes.

5    Q    Does GeForce NOW do that, too?

6    A    Yes, that's my belief.

7    Q    Do you believe that cloud gaming is an

8  opportunity to expand access and simplicity of

9  gaming to new users by moving gaming to the cloud?

10    A    I -- I do, yes.

11    Q    Do you believe that cloud gaming will

12  ultimately reduce costs for users to play high-end

13  games by moving the games to the cloud?

14    A    On the cost to the users, yes.

15    Q    I think we touched on this a little bit

16  before, but would you agree that Nvidia's cloud

17  gaming offering offers a superior gaming

18  experience to Xbox Series X?

19    A    I do, yes, similar --

20    Q    Do you believe it offers --

21    A    Similar to or --

22        MR. BONANNO:  Excuse me.  Excuse me.

23  Mr. Weingarten, please let the witness finish his

24  answer.

25        MR. WEINGARTEN:  I was pausing.  You

Page 49

1  interrupted my interruption.

2        BY MR. WEINGARTEN:

3    Q    Go ahead, sir.

4    A    Sorry.  I would say similar to or

5  better than depending on what tier of service you

6  have on GeForce NOW.

7    Q    Would you agree that GeForce NOW offers

8  a higher quality gaming experience than

9  PlayStation 5 console?

10    A    Yeah, once again it depends on the tier

11  of service, but I believe we had the capability

12  of -- a tier of service that is better, yes.

13    Q    And do you believe that GeForce NOW

14  offers a tier of service to users that offers a

15  better quality gaming experience than a Nintendo

16  Switch can offer?

17    A    Yes.  I mean, it's a much more

18  challenging comparison.  The Switch features

19  mobility.  It has -- it goes after a different

20  customer base, but, I mean, in its purest form in

21  terms of the game experience, yes.

22    Q    What do you mean when you say the

23  Switch goes after a different customer base?

24    A    The -- the Switch is a handheld

25  portable game device.  I mean, that's its primary

Page 50

1   position. That's its primary use.
2       It can be used as a console, but most
3   people would buy a Switch for its portability, and
4   you don't need to be connected to anything to play
5   it. And, so, it has a -- has a different buyer,
6   in many ways, than what a PC owner or a PC gamer
7   may have as their purchase motivation.
8       Q     And are you -- would you say it's fair
9   that the -- in your understanding, a buyer of a
10  high-end PC -- high-end gaming PC is interested in
11  gaming performance more than a buyer of a Nintendo
12  Switch?
13      MS. ARNOLD: Objection to form. Lack
14  of foundation.
15      THE WITNESS: Yeah, I -- you know, a PC
16  gamer wants to play competitive games and AAA
17  cinematic high-end games.
18      The Switch is more for individual
19  entertainment. You're playing games for
20  entertainment, but they're different. In many
21  ways they're -- you know, they're different
22  motivations, and many people will own both.
23      BY MR. WEINGARTEN:
24      Q     And when you say "own both," you mean
25  own a high-end gaming PC and own a Switch?

Page 51

1   A     Yes.
2   Q     Do you have any understanding of
3   whether the Switch is targeting a different kind
4   of user as opposed to the user or gamer targeted
5   by an Xbox Series X or a PlayStation 5?
6   A     I don't -- I -- I -- I guess I'm not
7   that familiar with Microsoft and Sony's
8   positioning or how -- how they segment their
9   buyers. Just as -- as a user, my experience in
10  the industry, I would say they are -- they are --
11  there is some overlap, but they're different
12  gaming experiences, generally.
13      Q     Would you agree that the quality of
14  cloud gaming already matches or exceeds the
15  quality of local gaming?
16      A     The -- the -- it -- yes, it can for
17  sure.
18      Q     Would you agree that the quality of
19  cloud gaming is only going to improve with time?
20      A     Yes. Yes, I would agree with that.
21      Q     Okay. Would you agree that objections
22  to the quality of cloud streaming for games do not
23  have merit?
24      A     It -- it depends -- I would say it
25  depends on the objection. I don't -- I think I've

Page 52

1   heard -- you know, there -- it would depend on the
2   objection.
3       Q     Are there objections to the quality of
4   cloud streaming that you think have merit?
5       A     You know, once again, it would depend
6   on the objection. The -- cloud gaming requires --
7   it -- latency is something we talked about, and if
8   you're in a remote part of the country or world,
9   cloud gaming may not be the best answer for you
10  today. If you are in a populated part of the
11  world nearby service, I -- I don't believe that
12  there's any objections that are noteworthy for
13  cloud gaming.
14      Q     So to the extent that a user is in a
15  populated part of the United States, do you
16  believe that there are -- that objections to the
17  quality of cloud gaming for such user have merit?
18      A     Yeah. A populated part where data
19  centers or -- or cloud gaming servers exist.
20      MS. ARNOLD: And I just -- if I can get
21  an objection to form to that question.
22      You can go ahead.
23      BY MR. WEINGARTEN:
24      Q     And I'm sorry, sir. Was the answer you
25  think objections to quality would have merit in

Page 53

1   that circumstance or not have merit?
2       A     Most of --
3       MR. BONANNO: I lost track of what the
4   question is. I just want to make sure the record
5   is clear.
6       Do you want to reask that,
7   Mr. Weingarten? I don't know what the question is
8   that we're referring to -- or at least me.
9       Jeff -- if you know the answer,
10  Mr. Fisher, obviously feel free. I was confused.
11      THE WITNESS: We might want to reset if
12  we could, yeah.
13      BY MR. WEINGARTEN:
14      Q     Sure. If that suffices.
15      With respect to a user of cloud
16  streaming services to play video games in a
17  populated area of the United States reasonably
18  close to a cloud gaming data center, do you think
19  objections to the quality of the user experience
20  over cloud gaming in that circumstance have merit
21  or do not have merit?
22      MS. ARNOLD: Objection to form. Lack
23  of foundation. Vague. Calls for a hypothetical.
24      THE WITNESS: From my perspective,
25  there are objections -- I'm not aware of all the

Page 54

1 objections. I think generally speaking the
2 experience that you described is one -- is as good
3 as a local client. There are still issues being
4 worked out with cloud gaming; that the cloud
5 gaming experience will improve over time.
6     BY MR. WEINGARTEN:
7     Q    GeForce NOW competes with Xbox cloud
8 gaming; correct?
9     A    We -- we have different business
10 models, and we -- we go after customers
11 differently, but, you know, Xbox -- xCloud is a --
12 is another cloud gaming service.
13    Q    Well, do you view xCloud as a
14 competitor to GeForce NOW for attracting gamers
15 who want to game using cloud streaming?
16    A    Yes.
17    Q    When you say Xbox cloud gaming has a
18 different business model than GeForce NOW, what
19 did you mean?
20    A    Well, at the moment, Microsoft bundles
21 xCloud as a feature of a tier of their Game Pass
22 along with other features so customers may or may
23 not be buying that tier for cloud gaming, whereas
24 our service is a -- purely a cloud gaming service.
25 Our customers come to us just for that service.

Page 55

1     Q    Given GeForce NOW's business model,
2 would you agree that cloud game streaming is not
3 necessarily just a feature of a console offering?
4     A    I'm not sure I -- can you rephrase
5 that? I'm not sure I understand the question.
6     Q    Okay. GeForce NOW offers cloud gaming
7 streaming independent of any subscription service;
8 correct?
9     A    It's purely a cloud gaming service. It
10 doesn't have any other products or features tied
11 to it outside of cloud gaming.
12    Q    Does GeForce NOW compete with Amazon
13 Luna for users who want to play games over the
14 cloud?
15    A    I would say yes.
16    Q    Does GeForce NOW compete with
17 PlayStation's cloud offering for users who wanted
18 to play games over the cloud?
19    A    In the same sense that we do xCloud,
20 yes, we do.
21    Q    And are you familiar with a business
22 called Google Stadia?
23    A    I am, yes.
24    Q    Does Google Stadia offer cloud
25 streaming of video games?

Page 56

1     A    They used to, yes.
2     Q    You say "used to" because -- did Google
3 Stadia shut down?
4     A    They did, yes.
5     Q    Before Google Stadia shut down and it
6 was still operating, would you consider Google
7 Stadia to have been a competitor to GeForce NOW to
8 attract users --
9     A    I would --
10    Q    -- to cloud (indiscernible) --
11    A    Sorry.
12         THE COURT REPORTER:  I'm sorry. The
13 last of that. "Google Stadia to have been a
14 competitor to GeForce NOW --"
15    BY MR. WEINGARTEN:
16    Q    To attract users to cloud gaming
17 streaming.
18    A    Yes, I would.
19    Q    Would you agree, sir, that it's
20 inevitable that gamers will ultimately move
21 from -- well, strike that.
22         Would you agree it's inevitable that
23 gamers who want to play high-end games will move
24 their play into the cloud because of the economics
25 to them of playing over the cloud?

Page 57

1         MS. ARNOLD:  Object to form. Vague and
2 lack of foundation.
3         THE WITNESS:  Okay. Can I answer that?
4     BY MR. WEINGARTEN:
5     Q    Yes, you may answer.
6     A    Okay. Sorry. I believe it's
7 inevitable. Over the course of time more and more
8 gaming will be resident in the cloud, and
9 economics is one part of it, but it may not be the
10 only motivation.
11    Q    And when you say "economics," are you
12 referring to the idea that it's more economical
13 for a gamer to play a high-end game via a cloud
14 streaming service like GeForce NOW versus
15 purchasing a high-performance PC or a
16 high-performance console?
17    A    When I say "economics," that's --
18 that -- when I refer to economics, that's how --
19 that's how I'm referring to it is, yes. But
20 again, that's -- I don't see it as the only
21 motivation.
22    Q    Would you agree that there's strong and
23 growing demand for cloud gaming streaming?
24    A    Cloud game streaming is still in its
25 early days. It is -- there is a -- it is strong.

Page 58

1    It is growing, but it is on a -- it -- it is -- it
2    is still in early days.  It is -- it -- you know,
3    relative to the size of gaming, it's still a very
4    small part of the market.
5         Q    Would you agree that it -- that cloud
6    gaming is poised for success?
7         A    I do believe over the course of time
8    cloud gaming is going to become an important
9    platform for gaming, yes.
10        Q    And do you have any time frame in mind
11   when you say "over the course of time"?
12             Is it 5 years, 10 years, 20?
13        A    Yes.
14        Q    Fair.
15        A    Yes, over the course of time.
16        Q    All right.  Any more specific you can
17   put to "over the course of time"?
18        A    I -- I don't at the moment, no.
19        Q    Okay.  Would you agree that cloud
20   gaming is not a hypothetical and speculative
21   business that is unlikely to succeed?
22        A    I -- I don't -- let's see.  Can you --
23   I want to make sure I answer that right.
24        Q    Okay.
25        A    I believe -- I believe it is not

Page 59

1    speculative, and I believe it will ultimately be
2    successful, yes.
3         Q    Thank you.
4              Do you agree that the key impediment to
5    competition and growth in cloud gaming is the
6    availability of content for cloud games to stream?
7         A    I think that's a very important
8    component, yes.
9         Q    Would you agree that some games are
10   more important than others to offer to gamers if
11   you want to have a successful cloud streaming
12   service?
13        A    I -- I do that -- I do believe that,
14   yes.
15        Q    Would you categorize some franchises of
16   games as must-have games for a cloud streaming
17   service to be successful?
18             MS. ARNOLD:  Object to form.
19             THE WITNESS:  There are -- I -- I --
20   people -- people buy PCs and sign up for services
21   to play games, and if the games they want to play
22   are not available, whether it be on PC or on -- on
23   game streaming services, they're unlikely to
24   subscribe or stay a subscriber.
25             BY MR. WEINGARTEN:

Page 60

1         Q    Do you think that Activision Blizzard
2    games -- I'm using the whole company there --
3    Activision Blizzard, Inc. games are important
4    games to be able to offer on cloud streaming to
5    attract gamers?
6         A    I do believe they're important games to
7    offer, yes.  They are important games within the
8    PC gaming ecosystem and on our -- on our
9    GeForce-direct clients and, therefore, important
10   in a cloud gaming service.
11        Q    And when you say "GeForce-direct
12   clients," do you mean clients who buy the GeForce
13   chips directly and install them in their PCs?
14        A    Yes.
15             As opposed to the GeForce NOW client
16   who is not buying the chipset but renting, as it
17   were, the use of the chipset via the cloud?
18        A    Correct.
19        Q    Has GeForce NOW launched any of its
20   service on televisions as endpoints?
21        A    Which -- I'm sorry.  Did you say
22   GeForce NOW or --
23        Q    Yes, sir.
24             Has GeForce NOW launched any service on
25   televisions as the endpoint for users to access

Page 61

1    the service?
2         A    Yes.
3         Q    Which televisions?
4         A    It's available in some models of
5    Samsung televisions and LG televisions.  It's also
6    available in our streaming device, Nvidia Shield,
7    that connects to televisions.
8         Q    And the Nvidia Shield device, what is
9    that?
10        A    It's a stream -- well, I -- it's a
11   streamer that is an Android TV-based streamer for
12   all of your popular streaming services.  It also
13   features GeForce NOW as a -- as a service.
14        Q    And, so, to the extent that GeForce NOW
15   is not included as a service with a TV, a user can
16   buy the Shield device and plug it in and stream
17   GeForce NOW through their TV?
18        A    That's correct.
19   ███████████████████████████████████████
20   ███████████████████████████████████████
21   █████████████████████████████████
22   ███████████████████████████████████████
23   ███████████████████████████████████
24   █████████████████████████████████████
25   ███████████████████████████████████████

Page 62

1 ▮▮▮▮▮▮▮
2     Q     And if a user is accessing high-end
3 games using GeForce NOW for their TV, does the
4 user need to buy a high-performance PC to do that?
5     A     If -- can you -- sorry.  Can you
6 restate that?
7     Q     Yeah.
8           If a user -- sorry.  Let me put this
9 this way.  Let me strike that.
10          A user can play high-performing games
11 just using a television without a high-performance
12 PC attached if they subscribe to GeForce NOW using
13 their TV; right?
14    A     That's correct.
15    Q     And they can do that without having a
16 high-performance console if they subscribe to
17 GeForce NOW using the TV; right?
18    A     They can get access to the games that
19 are available on GeForce NOW that way, but console
20 as you know is different -- may have different
21 offerings.
22    Q     Right.
23          But if someone wants to play Call of
24 Duty: Modern Warfare II, they can stream that game
25 on their TV if GeForce NOW is on the TV or they

Page 63

1 install the Shield without having to have a
2 console device; right?
3     A     Not at the moment, no, because Call of
4 Duty is not available on GeForce NOW.
5     Q     Ah.
6           If one -- if a user wants to play a
7 game that is available on GeForce NOW, they can
8 play that game using their TV for GeForce NOW.
9 GeForce NOW is installed on the TV or using the
10 Shield device without needing to have a console
11 also attached to the TV; right?
12    A     That's correct with the caveat they
13 must also own -- own the game, but, yes.
14    Q     Do you -- strike that.
15          Okay.  Would you agree that it's just
16 no question that cloud gaming has a profitable
17 future?
18          MS. ARNOLD:  Object to form.
19          THE WITNESS:  It's my strong belief
20 that cloud gaming has a profitable future, yes.
21          BY MR. WEINGARTEN:
22    Q     Would you agree that the ability for
23 users to share the processing power of a GPU in
24 the cloud means that the economics from the user's
25 perspective are in favor of games streaming on

Page 64

1 cloud versus in a console or high-end PC?
2     A     I'm sorry.  Can you -- can you just
3 restate it?
4     Q     Yeah.
5           You -- you're aware that on GeForce NOW
6 in certain tiers of the offering users can share
7 GPU processing power to play their games; right?
8     A     They can -- today a PC -- I mean, in --
9 in -- and in -- gamers can share a PC.  When a PC
10 is not being used in the cloud, another gamer can
11 use it.
12          Is that -- maybe that's what you're
13 asking or . . .
14    Q     As part of GeForce NOW's tiers, do
15 users get access to GPU processing power?
16    A     Yes.
17    Q     And is it possible as part of the
18 economics of the offering that more than one user
19 can actually be using the same GPU?
20    A     It's -- it's more typical that a
21 user -- one user is using one GPU, but it is
22 possible that two users could be using one GPU,
23 yes.
24    Q     And given the ability to share GPUs,
25 does that mean the economics of the cloud offering

Page 65

1 are going to continue to improve versus the
2 economics of having one GPU per user in a PC or a
3 console?
4     A     Yes, that is my expectation.
5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6 ▮▮▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 66

```
1  ████████████████████████████████████
2  ████████████████████████████████████
3  █████████████
4  ████████████████████████████████
5  ████████████████████████████████████
6  ████████████████████████████████████
7  ███████████████████████████████
8  ███████████
9            MR. BONANNO:  Mr. Weingarten, can I
10 interject?  We've been going, I think, about an
11 hour and 20 minutes.  It's probably a good time
12 for a breaking point.
13           THE WITNESS:  I'm about to need a --
14           MR. WEINGARTEN:  That would be fine.
15           THE WITNESS:  -- bio break.  Yeah, that
16 would be great.
17           MR. WEINGARTEN:  Let's go off the
18 record, please.
19           THE VIDEOGRAPHER:  Okay.  We're going
20 off the record.  The time is 1722 UTC, and this
21 concludes media unit 1.
22           (Recess -- 10:23 a.m.)
23           (After recess -- 10:34 a.m.)
24           THE VIDEOGRAPHER:  We are back on the
25 record.  The time is 1734 UTC, and this begins
```

Page 67

```
1  media 2.
2       BY MR. WEINGARTEN:
3       Q      Does your organization at Nvidia
4  conduct market research about -- to inform its
5  sale of services to users of high-end gaming PCs?
6       A      We -- we do some market research, yes.
7       Q      Okay.  And do you believe that the
8  high-end gaming PC offers a better quality gaming
9  experience than an Xbox Series X or PS5 can offer?
10      A      I -- I do.  You know, I do, yes.
11      Q      And based on your experience leading
12 the gaming business at Nvidia, do you believe that
13 the different types of gamers use high-end gaming
14 PCs versus a console like an Xbox X or a PS5 to
15 play their games?
16           MS. ARNOLD:  Object to form.  Vague.
17           THE WITNESS:  Generally, there is
18 individuals who -- who like to sit on a couch
19 using a controller playing games, and there's
20 gamers who like to play with keyboard and mouse,
21 much more attuned for competitive gaming, and
22 there's gamers who like both.
23           But -- but there are somewhat slightly
24 different experiences and uses for a console and
25 PC that may appeal to one type of gamer or another
```

Page 68

```
1  or both may appeal to a gamer.
2       BY MR. WEINGARTEN:
3       Q      When was the last time you met with
4  Phil Eisler?
5           MR. BONANNO:  Objection to form.
6           THE WITNESS:  I -- I talked to Phil
7  probably two days ago.  I -- I -- you know, it's
8  remote.  A lot of us are working remote, so . . .
9       BY MR. WEINGARTEN:
10      Q      When is the last time you received a
11 GeForce NOW business review?
12           MR. BONANNO:  Objection to form.
13           Mr. Weingarten, do you want to clarify
14 whether you mean receive the actual document or
15 participate in the presentation?
16           BY MR. WEINGARTEN:
17      Q      Well, when is the last time you had a
18 communication with anyone about a GeForce NOW
19 business review?
20      A      I was -- two days ago, I was asked if
21 there was a -- there was a meeting set for a
22 business review yesterday.  I was tied up in
23 customer meetings all day, and I was asked if I
24 was going to attend it -- attend a GeForce NOW
25 business review, and I informed them I would not
```

Page 69

```
1  be able to join because I was tied up for the day.
2       Q      Did you receive a copy of the
3  presentation that was given at that meeting
4  regarding GeForce NOW business review?
5       A      I would expect I have access to one.
6  I -- I don't know if it's in my inbox or not.
7  I've been kind of buried.
8       Q      Okay.
9  ██████████████████████████
10 ██████████
11 █████████████████████████
12 █████████████
13 ██████████
14 ████████████████████████████████.
15 ███████████████
16 ████████████████████████
17 ███████████
18 ███████████████████████████████
19 ████████████
20 ████████████████████████████
21 ███████████████████████████████████
22 ██████████████████████████████████
23 ███████████████████████████████
24 ██████████████████
25 ██████████████████████████
```



Page 70

Page 72

Page 71

7    Q    Okay.  You can -- you can put that
8  aside for a moment, sir.  We may turn back to it.
9    A    Okay.
10    Q    Are you familiar with a company -- a
11  game developer called Bethesda?
12    A    I am, yes.
13    Q    And is Bethesda also known as ZeniMax?
14    A    Yeah, I don't -- they're -- we refer to
15  them somewhat interchangeably.  ZeniMax, I think,
16  is a holding company.  I'm not sure exactly,
17  though.
18    Q    And is Bethesda a game developer and
19  publisher?
20    A    They are, yes.
21    Q    And did Bethesda have titles on GeForce
22  NOW during GeForce NOW's beta period?
23    A    They did, yes.

Page 73



Page 74

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15                                                    .
16
17
18
19
20        .
21
22
23
24
25
```

Page 75

```
1
2                                                     .
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21        Q    Have you heard of a game called
22   Minecraft?
23        A    Yes.
24        Q    And was Minecraft in GeForce NOW as
25   a -- strike that.
```

Page 76

```
1             Was Minecraft available through GeForce
2    NOW during GeForce NOW's beta phase?
3        A    There was a version of Minecraft,
4    Mojang, that was available on GeForce NOW, yes.
5        Q    And after GeForce NOW's beta phase
6    ended, did Microsoft remove Minecraft from GeForce
7    NOW?
8        A    Yes.
9        Q    Let's talk about Activision, please.
10            We talked earlier about co-marketing
11   and bundling agreements between Nvidia and
12   Activision; right?
13       A    Yes.
14       Q    And in negotiating co-marketing and
15   bundling with Activision, would Nvidia also
16   discuss bringing Activision games to GeForce NOW?
17       A    Yes.
18       Q    Okay.  During the GeForce NOW beta
19   period, were Activision games available on GeForce
20   NOW?
21       A    Yes, some Activision games.
22
23
24
25
```

Page 77

```
1
2
3
4
5                                                     ,
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```







Page 89

```
16    Q    Okay.  You can put that one aside.
17         Microsoft announced that it would be
18    acquiring Activision in January 2022; correct?
19    A    I -- around -- yeah.  I don't recall
20    exactly the date, but, yes.
```



**Page 90** (redacted)

**Page 91** (redacted)

Line 12: him

Line 14: .

**Page 92**

1 (redacted)
2 (redacted)
3    Q   Okay.  And were you aware in December
4 of 2022 that the Federal Trade Commission had
5 filed a lawsuit to block Microsoft's acquisition
6 of Activision?
7    MR. BONANNO:  Objection.  Privileged.
8    Mr. Fisher, please -- you can respond
9 to the question to the extent you gained knowledge
10 from sources that did not involve either outside
11 counsel or Nvidia's in-house counsel only.
12    If you only can answer the question
13 with respect to privileged communications, I'm
14 instructing you not to answer the question.
15    MR. WEINGARTEN:  That is not how the
16 privilege works.  Is he aware of a fact in the
17 universe?
18    MR. BONANNO:  If it comes from --
19    MR. WEINGARTEN:  A fact --
20    MR. BONANNO:  -- lawyers, it's
21 privileged.  It's privileged.  I instructed --
22    MR. WEINGARTEN:  Okay.
23    MR. BONANNO:  -- him specifically if he
24 knows how to answer the question based on
25 independent knowledge outside of discussions with

**Page 93**

1 lawyers, he's free to answer the question.
2    If the only way he knows a fact is
3 based on a discussion with me, someone in-house,
4 one of my associates, then he can't answer the
5 question.  That's exactly how the privilege works.
6    MR. WEINGARTEN:  We're going to --
7 BY MR. WEINGARTEN:
8    Q   Can you answer the question given that
9 instruction, sir?
10    A   I -- I -- yeah, because, I mean,
11 generally, I'm not that knowledgeable about what
12 is a -- what is -- how the FTC works or even the
13 European commissions, but I was aware that the
14 acquisition was under review by the FTC.  I
15 couldn't have stated what -- what was the current
16 status of that review.
17    Q   And was the fact that the FTC was
18 reviewing the acquisition part of the impetus for
19 your email in December to Mr. Spencer?
20    MR. BONANNO:  Objection.  Privileged.
21    Don't answer that question, Mr. Fisher.
22 BY MR. WEINGARTEN:
23    Q   I'm going to ask you, other than a
24 conversation with a lawyer that may have been
25 involved, did you make a decision to send the

Page 94

1   email to Mr. Spencer?
2            MR. BONANNO:  Objection.  Privileged.
3            Do not answer that question.
4            If privileged advice had anything to do
5   with the ultimate decision that Mr. Fisher made,
6   you're not entitled to the answer to that
7   question.  And you know that, Mr. Weingarten.
8   Come on.
9            MR. WEINGARTEN:  No, I'm trying to ask
10  around that.
11       BY MR. WEINGARTEN:
12       Q    So putting aside any privileged advice
13  from a lawyer, was the fact that Microsoft was
14  under a regulatory review for its Activision deal
15  proposal part of why you sent that email to
16  Mr. Spencer in December 2022?
17           MR. BONANNO:  Objection.  Privileged.
18           If you have a good-faith basis to
19  believe the witness consulted with counsel and
20  then made a business decision, you can't say what
21  factors played into your decision to do whatever
22  you did --
23           MR. WEINGARTEN:  I said --
24           MR. BONANNO:  -- that involved legal
25  advice.

Page 95

1            MR. WEINGARTEN:  I have --
2            MR. BONANNO:  No, no.
3            You can't answer.
4            MR. WEINGARTEN:  I have no idea --
5            MR. BONANNO:  Reframe your question in
6   a way that's intelligible that wouldn't invoke
7   privileged information.
8        BY MR. WEINGARTEN:
9        Q    Without referencing any information you
10  learned from your attorneys, did you make a
11  decision to email Mr. Spencer in 2022 because you
12  had learned that the FTC was reviewing the
13  acquisition -- Activision deal?
14           MR. BONANNO:  Mr. Fisher, only answer
15  the question if you've never discussed the
16  Activision deal and its pending regulatory reviews
17  with Nvidia's lawyers.
18           If you can't do that --
19           MR. WEINGARTEN:  That's not privileged.
20           MR. BONANNO:  Mr. Weingarten,
21  frankly --
22           MR. WEINGARTEN:  We're moving on.
23           MR. BONANNO:  -- your questions on this
24  point -- your questions on this point are not
25  proper, and you know that.

Page 96

1            Let's move on.
2            MR. WEINGARTEN:  He said he had
3   independent knowledge of the review.  He already
4   testified to that.  That he knew --
5            MR. BONANNO:  It was on the front page
6   of the Wall Street Journal, New York Times, pick
7   your newspaper.
8            MR. WEINGARTEN:  Exactly.
9        BY MR. WEINGARTEN:
10       Q    So does the fact --
11           MR. BONANNO:  Wait.
12       BY MR. WEINGARTEN:
13       Q    -- that you had independent knowledge,
14  sir, of the review --
15           MR. BONANNO:  Okay.
16       BY MR. WEINGARTEN:
17       Q    -- play into your --
18           MR. BONANNO:  Pause -- pause for a
19  second.  You're telling me if he reads the
20  newspaper and then goes and consults with in-house
21  counsel and decides to embark upon a negotiation
22  strategy after that discussion with counsel, the
23  fact that he read it in the newspaper somehow
24  dissolves the privilege that it attaches from the
25  company's conversation?

Page 97

1            That's not how this works at all.
2            MR. WEINGARTEN:  I'm not asking about
3   the content of the conversation.
4            MR. BONANNO:  Mr. Fisher --
5            MR. WEINGARTEN:  A fact in the universe
6   does not become privileged just because you talk
7   about that fact with a lawyer.  That's ridiculous.
8   Everybody knows that.
9            MR. BONANNO:  You're asking him his
10  motivation for taking an action that was informed
11  by advice of counsel.
12           MR. WEINGARTEN:  We haven't even
13  established that.
14       BY MR. WEINGARTEN:
15       Q    Did you send that email to Mr. Spencer
16  in December because you received advice from
17  counsel first?
18           MR. BONANNO:  Objection.  Privilege.
19  You can't say did you get advice on something.
20  You can't do that.  You're -- substance --
21           MR. WEINGARTEN:  I can't?
22           MR. BONANNO:  You're baking
23  substance --
24           MR. WEINGARTEN:  I'm not --
25           MR. BONANNO:  -- into --

1         MR. WEINGARTEN:  -- asking --
2         MR. BONANNO:  -- the question.
3         MR. WEINGARTEN:  -- for the substance.
4  I'm asking for the subject matter.
5         MR. BONANNO:  Let me finish my point.
6  You cannot ask questions that say in the
7  predicate, did you ever receive legal advice about
8  X.  That is a subject matter that would require
9  the revelation of legal advice.
10        MR. WEINGARTEN:  Oh, my goodness.  What
11 do you think a privilege log does?  Okay.
12        MR. BONANNO:  Mr. Fisher, I'm
13 instructing you not to answer the question.
14        If you want to ask him has he ever
15 gotten legal advice related to the regulatory
16 transaction, I will let him answer that question
17 yes or no.
18        MR. WEINGARTEN:  That's a silly
19 question.  I'm not asking that.  All right.
20        MR. BONANNO:  Well, that's the normal
21 path you would start with before going down the
22 path you've done.
23        MR. WEINGARTEN:  Yep.
24  BY MR. WEINGARTEN:
25    Q    Mr. Fisher, were you happy when the

1  deal and excited about the deal with Microsoft
2  when it was executed.
3     A    Yes, I was.
4     Q    Do you believe that that deal brings a
5  critical mass of AAA content to GeForce NOW that
6  will attract gamers?
7         MS. ARNOLD:  I'll object to the form.
8  I'm asking which deal you're asking about.
9         MR. WEINGARTEN:  Microsoft's GeForce
10 NOW listing agreement with Activision.
11  BY MR. WEINGARTEN:
12    Q    Sorry.  Microsoft's -- strike that.
13        Nvidia's GeForce NOW listing agreement
14 with Microsoft, do you believe that deal brings a
15 critical mass of AAA content to users of GeForce
16 NOW?
17    A    I'm not sure what a critical mass
18 denotes, but it does bring some incredibly
19 important content that is -- it is highly desired
20 by GeForce NOW gamers -- potential gamers.
21    Q    Okay.  Microsoft had taken its games
22 off of GeForce NOW after the beta phase ended and
23 in 2023 agreed to bring its first-party content
24 back.
25        What changed --

1         MS. ARNOLD:  Objection.  Lack --
2  BY MR. WEINGARTEN:
3     Q    -- in your opinion?
4         MS. ARNOLD:  -- (inaudible).
5  Argumentative and form.
6  BY MR. WEINGARTEN:
7     Q    You can answer.
8         MR. BONANNO:  Can you restate the
9  question?  Are you asking Mr. Fisher what
10 Microsoft's motivations were?
11        MR. WEINGARTEN:  No.
12  BY MR. WEINGARTEN:
13    Q    I'm --
14        MR. BONANNO:  I guess I didn't --
15  BY MR. WEINGARTEN:
16    Q    -- asking --
17        MR. BONANNO:  -- follow the question.
18
19
20
21
22
23                                          .
24
25

1
2
3
4
5
6
7
8
9
10
11    Q    Now, pursuant to the listing agreement
12 that Microsoft and Nvidia executed in 2023,
13 Microsoft is putting its first-party games on
14 GeForce NOW; correct?
15    A    Yes.
16    Q    And my question is, do you have any
17 understanding or knowledge of why that change
18 occurred?
19        MS. ARNOLD:  Same objection, and add
20 lack of foundation.
21        THE WITNESS:  Well, I -- I -- Microsoft
22 is wanting -- wanting to open up competition in
23 the cloud gaming space, make their games available
24 to more gamers.
25  BY MR. WEINGARTEN:

Page 102

```
1       Q    And do you think that's something --
2   strike that.
3            Is that something that was -- well,
4   strike that.
5            After signing the GeForce NOW listing
6   agreement with Microsoft -- well, strike that.
7            You signed the GeForce NOW listing
8   agreement with Microsoft; correct?
9       A    I did, yes.
10      Q    Okay.  After signing, did you have any
11  communications with anyone from Microsoft about
12  how Nvidia would support Microsoft's acquisition
13  of Activision?
14      A    I don't think so, no.
15      Q    Okay.  Did you talk to Mr. Eisler about
16  what supporting Microsoft's Activision deal would
17  entail?
18           MR. BONANNO:  Mr. Fisher, I just
19  caution you, you can answer that question yes or
20  no.  And then from any point forward,
21  Mr. Weingarten I'm sure will clarify whether you
22  were just talking to Mr. Eisler and whether there
23  were attorneys involved and around any
24  conversations that were happening.
25           THE WITNESS:  I'm not sure I understand
```

Page 103

```
1   the question, though.  I mean, I talk to
2   Mr. Eisler quite often in the course of a day.
3            But what's his question?
4   BY MR. WEINGARTEN:
5       Q    The GeForce NOW listing agreement
6   between Microsoft and Activision states that --
7   strike that.
8            The GeForce NOW listing agreement
9   between Microsoft and Nvidia says that
10  right?
11      A    Yes.
12      Q    Okay.  And since that deal was
13  executed, is it your understanding that Nvidia
14  supports Microsoft's acquisition of Activision?
15      A    As it -- I mean, the -- I think the
16  topic we were talking about is cloud gaming, so as
17  it relates to -- yes.
18      Q    Okay.
19      A    As it's stated in the document, yes, I
20  believe that's still to be the case.
21      Q    Do you have an understanding, yes or
22  no, what is entailed in supporting Microsoft's
23  acquisition of Activision?
24      A    I don't, no.
```

Page 104

```
1       Q    Okay.  As part of resolving Nvidia's --
2   well, strike that.
3            Prior to executing GeForce NOW listing
4   agreement with Microsoft
5   with Microsoft, Nvidia had expressed concerns
6   about Microsoft's acquisition of Activision;
7   correct?
8       A    As it relates to cloud gaming, yes.
9       Q    Okay.  And as part of resolving
10  Nvidia's concerns about the impact of the
11  Activision acquisition on cloud gaming, Nvidia
12
13
14           MS. ARNOLD:  Object to form.
15           THE WITNESS:  That's correct.
16  BY MR. WEINGARTEN:
```

Page 105









Page 114

(content redacted)

Page 115

4    THE WITNESS:  After this questions --
5  or set of questions, can we take a break?  Just
6  put a --
7        MR. WEINGARTEN:  Why don't we go off
8  the record and take our break now, please.
9        THE WITNESS:  Okay.  All right.
10       THE VIDEOGRAPHER:  Okay.  We are going
11  off the record.  The time is 1839 UTC, and this
12  concludes media unit 2.
13          (Lunch recess -- 11:39 a.m.)
14          (After lunch recess -- 12:16 p.m.)
15       THE VIDEOGRAPHER:  We are back on the
16  record at 1916 UTC, and this begins media 3.
17  BY MR. WEINGARTEN:
18    Q    Mr. Fisher, are you familiar with a
19  company called Boosteroid?
20    A    I'm familiar with Boosteroid, yeah.
21    Q    And is Boosteroid a cloud game
22  streaming company?
23    A    My -- my -- well, my knowledge of
24  Boosteroid is that they have a PC -- somewhat of
25  a -- more of a rent-a-PC in the cloud service, but

Page 116

1  it's capable of gaming, and I think they position
2  it primarily for gaming.
3    Q    Do you know if Boosteroid offers its
4  services in the United States?
5    A    They're European based.  They may have
6  recently announced in the United States.  I'm
7  not -- I'm not certain.
8    Q    Do you consider Boosteroid to be a
9  competitor in the cloud gaming streaming market?
10   A    I do.  They're also a customer.  We
11  sell them product to host our service as well.
12   Q    Do you know how many users Boosteroid
13  has?
14   A    I don't.

(content redacted)

Page 117

(content redacted)

22   Q    Have you heard of a company called
23  Ubitus?
24   A    I'm familiar with Ubitus as well, yes.
25   Q    What is Ubitus?

Page 118

1    A    Ubitus is -- is another cloud gaming
2  service company.
3    Q    Do you know if Ubitus offers its
4  services in the United States?
5    A    I'm not aware of an offering in the
6  United States.  It's possible, but I don't -- I
7  don't believe -- I believe they are focused on
8  other regions.
9    Q    Okay.
10    MR. WEINGARTEN:  I think I'm ready to
11  pass the witness and reserve my time.  That means
12  it is Ms. Arnold's time, and then I'll come back
13  if I need to.
14    Thank you, Mr. Fisher.
15    THE WITNESS:  You can do that?  You can
16  come back?
17    MR. WEINGARTEN:  I can.
18    MR. BONANNO:  He has to stay within the
19  scope of Ms. Arnold's questioning, though.  We'll
20  see where it goes.
21    MR. WEINGARTEN:  I appreciate your
22  time, Mr. Fisher.  Thank you.
23    THE WITNESS:  Thanks, James.
24
25

Page 119

1  EXAMINATION BY COUNSEL FOR MICROSOFT CORPORATION
2    BY MS. ARNOLD:
3    Q    Good afternoon, Mr. Fisher.  How are
4  you?
5    A    I'm doing well, thanks, Keri.
6    Q    I think you heard my name is Keri
7  Arnold, and I represent Microsoft in this case.  I
8  have a few follow-up questions for you.  I think
9  they'll be shorter than Mr. Weingarten's
10  questioning period.
11    So we talked a little about the fact
12  that Nvidia and Microsoft entered into a listing
13  agreement for GeForce NOW in February of 2023;
14  correct?
15    A    That's correct.
16    Q    And that listing agreement, you signed
17  it; is that correct?
18    A    I did, yes.
19    Q    And do you recall that you, along with
20  Microsoft, issued a statement in the press after
21  that agreement was signed?
22    A    Yes.
23    Q    You have a chance to review that
24  agreement before -- excuse me.  Strike that.
25    Did you have a chance to review that

Page 120

1  press statement before it was released?
2    A    I'm sure I reviewed it before it was
3  released, yes.
4    MS. ARNOLD:  Okay.  If we could pull up
5  RX0299.
6    (RX Deposition Exhibit 0299 was
7  identified for the record and attached to the
8  transcript.)
9    THE WITNESS:  Okay.  Yeah, I'm still
10  waiting for it.
11    BY MS. ARNOLD:
12    Q    It just popped up on my screen, so I
13  think you should have it shortly.
14    A    Okay.  I'm opening it.  All right.  I
15  have it open.
16    Q    If you could just take a look at that,
17  Mr. Fisher, and let me know if you recognize this
18  document or the statement contained in the
19  document.
20    A    Yes.
21    Q    And what is it?
22    A    This is a release related to the
23  agreement we signed with Microsoft.
24    Q    Dated February 21st, 2023; is that
25  right?

Page 121

1    A    That is correct.
2    Q    The first paragraph of this document
3  states, On Tuesday, Microsoft and Nvidia announced
4  the companies have agreed to a ten-year
5  partnership to bring Xbox PC gamers the Nvidia
6  GeForce NOW cloud gaming service which has more
7  than 25 million members in over 100 countries.
8    Was that part of the press release that
9  you agreed to issue after the agreement was
10  signed?
11    A    Yes.  And, you know, I'm sorry to be
12  particular for the record.  It's Nvidia.
13    Q    I should say the letter N first and
14  then "vidia"; is that right?
15    A    That's how it's pronounced, yeah.
16    Q    I apologize, and I will try to do
17  better as I go forward in my questioning.
18    A    Oh, thank you.
19
20
21
22
23
24
25

Page 122

1 ████████████████
2 ██████████████████████
3 ████████████████████████
4 ████████████████████████████
5 ████████████████████████████
6 ████████████████████████████
7 ██████████████████████████,
8 ██████████
9 ████████████████████████████
10 ████████████████████████████
11 ████████████████████████████
12 ██████████████████████████
13 ████

14 Q    And in this instance, Nvidia and
15 Microsoft agreed to a ten-year partnership; is
16 that true?
17 A    That's correct.
18 Q    The -- the press release mentioned that
19 Xbox PC games would now be available to more than
20 25 million members in over 100 countries.
21      Is that 25 million referring to the
22 number of members or participants in the Nvidia
23 GeForce NOW streaming service?
24 A    Yes.  We've had -- we've had 25 million
25 people over the course of time sign up and use

Page 123

1 GeForce NOW, and we refer to that number as the
2 number of members.
3 Q    And as a result of this agreement --
4 the listing agreement, Xbox PC games would now be
5 available to those users; is that correct?
6 A    That's correct.
7 Q    All right.  If you would turn now to
8 the second page of that press release, RX0299-002.
9 A    Okay.
10 Q    And there's a statement at the top of
11 that page that is attributed to you, and just take
12 a moment to review the statement and confirm that
13 that was a statement you made.
14 A    (Witness reviews document.)
15      MR. BONANNO:  Mr. Fisher, feel free to
16 review any part of the press release or document
17 in front of you, you need to review before
18 answering the question.
19      BY MS. ARNOLD:
20 Q    Please.
21 A    Yeah, that's a statement that I -- that
22 I reviewed and approved for this draft.
23 Q    And it states, Combining the incredibly
24 rich catalog of Xbox first-party games with
25 GeForce NOW's high-performance streaming

Page 124

1 capabilities will propel cloud gaming into a
2 mainstream offering that appeals to all gamers at
3 all levels of interest and experience.
4      Let me pause there and ask you what you
5 meant when you stated that this would propel cloud
6 gaming into a mainstream offering?
7 A    Well, by bringing -- first of all,
8 the -- you know, this is all a marketing
9 statement, so I -- I will -- the intent of this --
10 of my quote is to express how -- the problem cloud
11 gaming solves in terms of reach and accessibility.
12 And the -- one of the things that cloud gaming
13 needs to really expand its reach and desirability
14 is -- is content so that gamers of all types will
15 find content on the service compelling.
16      So -- so, I mean, bringing Activision
17 and Blizzard titles to GeForce NOW will really --
18 I believe will really increase the desirability of
19 the service for more and more gamers.
20 Q    And, indeed, you went on to say that
21 this offering would now be available to gamers at
22 all levels of interest and experience; is that
23 correct?
24 A    Yes.  Cloud gaming is -- you know, we
25 have a free tier.  It's really easy to join and

Page 125

1 try, and to the extent that games that they want
2 to play are available, it's a great entry point
3 for many gamers.
4 Q    You went on to say, Through this
5 partnership, more of the world's most popular
6 titles will now be available from the cloud with
7 just a click, playable by millions more gamers.
8      Did I read that correctly?
9 A    Yes.
10 Q    Was that a true statement at the time
11 and now as well?
12 A    Once they're available, yes.
13 Q    The next paragraph states, The
14 partnership delivers increased choice to gamers
15 and resolves Nvidia's concerns with Microsoft's
16 acquisition of Activision Blizzard.  Nvidia,
17 therefore, is offering its full support for
18 regulatory approval of the acquisition.
19      Is that still a true statement for
20 Nvidia sitting here today?
21 A    It is.
22 Q    Do you believe that the
23 Microsoft-Activision Blizzard deal is good for
24 gamers?
25      MR. WEINGARTEN:  Objection to form.

Page 126

1      THE WITNESS:  I -- I'm not -- do I
2  believe that Microsoft-Activision is good for
3  gamers?  I -- I think it is.  I don't -- I don't
4  think it's -- I think it's good for the industry,
5  and generally speaking I have no issue with the
6  Microsoft Activision -- the Microsoft acquisition
7  of Activision.
8      BY MS. ARNOLD:
9      Q     Okay.  Fair enough.
10         You were asked earlier in your
11  deposition today about the testimony that you gave
12  in January of 2023 to the Competition and Markets
13  Authority relating to concerns that Nvidia had at
14  the time concerning the Activision-Microsoft deal.
15         Do you recall those questions?
16      A     I -- I -- I don't.  Can you -- sorry.
17  Can you restate that?
18      Q     Yeah.  Sure.
19         You were asked earlier today about
20  testimony that you gave at CMA in January of 2023
21  about the Activision-Microsoft transaction.
22         Do you recall those questions?
23      A     I recall -- earlier today, yeah, I
24  recall Mr. Weingarten asking me about the CMA,
25  yes.

Page 127

1      Q     And you were asked by Mr. Weingarten
2  whether you provided truthful and accurate
3  testimony at the time of that hearing; correct?
4      A     Yes.
5      Q     And to be clear, that hearing took
6  place before Nvidia and Microsoft had entered into
7  the GeForce NOW -- excuse me, the GeForce NOW
8  listing agreement ████████████████; is
9  that correct?
10      A     Yes.
11      Q     Mr. Weingarten also asked if -- whether
12  you believed at that hearing in January of 2023,
13  whether or not Nvidia, not just you, but other
14  people that spoke on behalf of Nvidia provided
15  truthful and accurate testimony at that hearing,
16  and I think you said, yes.
17         Is that correct?
18      A     I don't know if he phrased it quite
19  that way, but that's my belief, yes.
20      Q     All right.  Do you have an
21  understanding that representatives of Nvidia gave
22  testimony to the CMA at a second hearing at the
23  end of February of 2023?
24      A     I don't -- was I involved -- I don't
25  believe I was involved in that hearing, so I don't

Page 128

1  know the timing of the second hearing.
2      Q     Are you -- do you know, though, that
3  representatives of Nvidia did give testimony at
4  some point in time after the listing agreement was
5  signed?
6         Are you aware that that happened?
7      A     I -- I -- I aware -- I'm aware there
8  was other conversations between Nvidia and CMA
9  that could have been that testimony.  I don't
10  know -- recall specifically.
11      Q     And do you have any reason to believe
12  that representatives of Nvidia who would have
13  testified at that hearing would have provided
14  anything but truthful and accurate testimony?
15      A     I -- I don't have any --
16         MR. WEINGARTEN:  Objection.
17         Sorry, sir.
18         Objection.  Form.  Foundation.
19         You can answer.
20         THE WITNESS:  Okay.  I don't have any
21  reason to believe that.
22      BY MS. ARNOLD:
23      Q     I'm going to ask you -- I'm going to
24  read a few statements to you, and I'd like you to
25  tell me if you agree or disagree with them, okay?

Page 129

1      A     Okay.
2      Q     This deal in referring to the listing
3  agreement that we've been talking about is a real
4  game changer for gamers and an incredible catalyst
5  for cloud gaming.
6         Agree or disagree?
7         MR. WEINGARTEN:  Objection to form.
8  Vague.
9         THE WITNESS:  I -- I agree.
10      BY MS. ARNOLD:
11      Q     The potential merger of Activision with
12  Microsoft is a good thing for cloud gaming for
13  your business and for gamers.
14         MR. WEINGARTEN:  Objection to form.
15         THE WITNESS:  I agree -- I agree with
16  that statement.
17      BY MS. ARNOLD:
18      Q     Do you believe that the pending merger
19  of Activision with Microsoft will be a catalyst
20  for the growth of gaming?
21         MR. WEINGARTEN:  Objection to form.
22         THE WITNESS:  Yeah, cloud gaming will
23  be a -- the growth of cloud gaming is a catalyst
24  for gaming, and so I -- I agree with that.
25      BY MS. ARNOLD:



Page 130

Page 132

Page 131

Page 133

BY MS. ARNOLD:

Q    I believe you testified earlier in the
deposition that it is your view that cloud gaming
is still in its early days; is that correct?

A    Yes.

April 14, 2023

Page 134

1    Q    And that cloud gaming is a very small
2  part of the market at this point in time; is that
3  your view?
4    A    It is.
5       MR. WEINGARTEN:  Objection to form.
6       Sorry.
7       Objection to form.  Vague.
8    BY MS. ARNOLD:
9    Q    During your testimony this morning, you
10  also identified some competitors of Nvidia that
11  compete for attracting gamers who want to play
12  gaming on cloud streaming services.
13       Do you remember those questions?
14    A    It's Nvidia.  Sorry.  I'll keep
15  correcting you.
16    Q    I'm sorry.  Nvidia.
17    A    It is my life, too.
18       Yes, I recall those questions.
19    Q    And I believe you identified xCloud as
20  one of your competitors; is that right?
21    A    Yes.
22    Q    Mr. Weingarten asked you about Luna, is
23  that correct, in that you said that was a
24  competitor?
25    A    Yes.

Page 135

1    Q    He asked you after lunch --
2       MR. WEINGARTEN:  Objection.  Sorry.
3  Objection to form.  Compound.
4    BY MS. ARNOLD:
5    Q    He asked you about Ubitus after lunch.
6       Do you recall that question?
7    A    Yes.
8    Q    And you confirmed that you consider
9  Ubitus to be a competitor of Nvidia and GeForce
10  NOW; is that correct?
11    A    I don't know that he asked specifically
12  about being a competitor, but they are a cloud
13  gaming service as well, yes.
14    Q    All right.  And there are other cloud
15  gaming services as well that we haven't talked
16  about yet today; is that fair?
17    A    Yes.
18    Q    Can you think of any just sitting here
19  today that we haven't talked about?
20    A    There's one called Shadow that we also
21  work with as a customer and competitor, if you
22  will.
23    Q    Anything else you can think of?
24    A    There -- not off the top of my head,
25  but there are -- there are other smaller services

Page 136

1  that are working on building their customer base.
2    Q    Blacknut, have you heard of that one?
3    A    Yeah, Blacknut is one.
4    Q    Parsec, if I'm pronouncing that
5  correctly?
6    A    Parsec is more a B2B type of a product.
7  It's not a customer -- an B2C service.
8    Q    Antstream Arcade?
9    A    It's a lower -- for low-end games,
10  Antstream.
11    Q    PlayGiga, if I'm pronouncing that one
12  correctly?
13    A    I've heard of PlayGiga.  I'm not that
14  familiar with PlayGiga.
15    Q    And I think you mentioned Boosteroid as
16  well; is that correct?
17    A    Yeah, Mr. Weingarten had brought up
18  Boosteroid.
19    Q    And a number of those companies
20  actually entered the market or were starting their
21  businesses relatively recently -- in the past ten
22  years.
23       Is that fair?
24    A    Yes.
25       MR. WEINGARTEN:  Objection to form.

Page 137

1  Foundation.
2       THE WITNESS:  It's fair.
3    BY MS. ARNOLD:
4    Q    You were asked some questions earlier
5  today again about Nvidia and GeForce NOW competing
6  with xCloud.
7       Do you recall Nvidia conducting or
8  reviewing a competitive analysis looking at a
9  comparison between xCloud and GeForce NOW?
10       MR. BONANNO:  Objection to form.
11       MR. WEINGARTEN:  Objection to form.
12  Vague.
13       THE WITNESS:  I -- I -- we -- on
14  occasion, we'll do a competitive mapping of -- of
15  different services, so I'm -- I'm pretty certain
16  that we've done that, yes.
17       MS. ARNOLD:  Let's pull up RX0285.
18       (RX Deposition Exhibit 0285 was
19  identified for the record and attached to the
20  transcript.)
21       THE WITNESS:  Okay.  I've got it up.
22    BY MS. ARNOLD:
23    Q    All right.  And just take a minute and
24  let me know if you recall seeing this exchange
25  before or if it looks familiar to you.

Page 138

```
1      A     (Witness reviews document.)
2            I -- I don't -- I don't see my name on
3  it.  It does not look familiar to me, the --
4  the -- this thread specifically.
5      Q     Okay.  Do you recall an executive
6  summary of an xCloud versus GFN competitive
7  analysis around this time, May 2021?
8      A     Not specifically, no.
9      Q     That's fine.  We can go ahead and take
10 that document down.
11           You were asked some questions earlier
12 about -- well, strike that.
13           GeForce NOW launched into its beta mode
14 in 2017; is that correct?
15     A     Yes.
16     Q     And it transferred over from a beta
17 mode to a commercialized pay mode in February of
18 2020; is that correct?
19     A     Yes.
20     Q     And at that time, there were a number
21 of publishers who asked to have their games
22 removed from GeForce NOW; is that correct?
23     A     Yes.
24     Q     And Mr. Weingarten asked you about ABK
25 pulling their content.  Do you recall that?
```

Page 139

```
1      A     A- -- having who?  A- --
2      Q     Activision Blizzard.
3      A     Oh, yes.
4      Q     Okay.
5      A     Yes.
6      Q     And Microsoft?
7      A     Yes.
8      Q     And Bethesda as well; correct?
9      A     Yes, we had -- we -- some -- yes,
10 that's correct.
11     Q     But just to be clear for the record,
12 there were other companies, other publishers that
13 did ask to have their content removed from GeForce
14 NOW around that time period; is that correct?
15           MR. WEINGARTEN:  Objection to form.
16 Vague.
17           THE WITNESS:  It -- it was not just
18 Microsoft -- or not just Microsoft and ABK.
19           BY MS. ARNOLD:
20     Q     Okay.  Other companies included -- do
21 you recall Rockstar Games asking for their content
22 to be removed around that time?
23     A     I recall Grand Theft Auto may have been
24 in one of the games.  I don't recall all -- all
25 the games.
```

Page 140

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 141

```
1
2
3
4
5      Q     And I think you said earlier, but
6  correct me if I'm wrong, that it was up to ABK as
7  to whether to put their games on GeForce NOW or
8  not; is that correct?
9            MR. WEINGARTEN:  Object to form.
10 Misstates the testimony.
11           THE WITNESS:  I'm not -- I'm not sure
12 what the -- it -- it seems like it's answering
13 itself, your question.  I'm not sure exactly
14 what . . .
15           BY MS. ARNOLD:
16     Q     Sure.
17           In other words, it would be ABK's
18 decision whether or not to make a deal with Nvidia
19 to put their games on GeForce NOW; right?
20     A     That would -- that would be a decision
21 they would have to make; is that correct?
22     A     I -- I -- maybe I don't under- -- it
23 seems self-evident, but if that's the case, the
24 answer is, yes.
25     Q     Okay.  Do you know who Bobby Kotick is?
```



Page 142

1    A    I know of Bobby Kotick.  I don't know
2  him personally.
3    Q    Okay.  Do you know what his role is at
4  Activision Blizzard?
5    A    He's CEO of Activision Blizzard.

Page 143

Page 144

Page 145

18    MS. ARNOLD:  I think I may be almost
19  done with my questioning now.  If we can take just
20  a ten-minute break, I will look at my notes and
21  hopefully wrap up shortly when I get back.
22    MR. WEINGARTEN:  That's fine with me.
23    THE WITNESS:  Okay.
24    THE VIDEOGRAPHER:  Okay.
25    THE WITNESS:  All of us break.  Okay.

Page 146

1  Sure.
2        THE VIDEOGRAPHER:  All right.  We are
3  going off the record.  The time is 1953 UTC, and
4  this concludes media unit 3.
5        (Recess -- 12:53 p.m.)
6        (After recess -- 1:03 p.m.)
7        THE VIDEOGRAPHER:  We are back on the
8  record at 2003 UTC, and this begins media 4.
9        MS. ARNOLD:  Mr. Fisher, thank you very
10 much for your time this afternoon.  I don't have
11 any more questions for you right now although I
12 might have in response to anything that
13 Mr. Weingarten might ask.
14        But thank you for your time.  I
15 appreciate that.
16        THE WITNESS:  Thank you.
17        MR. WEINGARTEN:  Mr. Fisher, I have a
18 few questions for you about some of the things
19 Ms. Arnold asked you.
20        EXAMINATION BY COUNSEL FOR THE
21             FEDERAL TRADE COMMISSION
22 BY MR. WEINGARTEN:
23    Q    Ms. Arnold asked you about the term of
24 Nvidia's GeForce NOW listing deal with Microsoft.
25        Do you remember that?

Page 147

1    A    I do, yes.
2    Q    And the term that she discussed with
3  you for the GeForce NOW agreement with Microsoft
4  is for ten years; is that right?
5    A    That's correct.

Page 148

9    Q    And the difference is a positive one to
10 Nvidia; right?
11   A    Yes.
12   Q    Okay.  Ms. Fisher [sic] also -- sorry.
13 Ms. Arnold also asked you about the 25 million
14 users' number in the press release announcing the
15 Microsoft-GeForce NOW listing agreement.
16        Do you remember that?
17   A    Yes.

Page 149

14   Q    So the 25 million number of members
15 include millions that have not used GeForce NOW
16 for a period of time; is that correct?
17   A    That's correct.
18   Q    And I believe you testified the
19 25 million number counts anyone who has ever
20 signed up for GeForce NOW whether or not they use
21 the service; correct?
22   A    I believe it includes -- it is users
23 who have used -- signed up and uses the service.
24   Q    At some point in the history of the
25 service; correct?





Page 150

1    A    Correct.
2    Q    Okay.  Ms. Arnold asked you about
3    RX0290.  Could you please bring that document up?
4    A    Okay.  It's up.

Page 154

1 ████████████████████████████

2 ████████████████████

3 ████████████

4          MR. WEINGARTEN:  I don't -- I don't

5 have any further questions pending Ms. Arnold's

6 questioning.

7          Thank you, sir.

8          THE WITNESS:  Thank you.

9          MS. ARNOLD:  I don't have anything

10 further.

11          MR. BONANNO:  All right.  Let me just

12 say before we close the record again, Nvidia would

13 like to have the transcript at the highest level

14 of confidentiality under the case protective order

15 and the applicable statutes and regulations.

16 Thank you.

17          MR. WEINGARTEN:  I think we can go off

18 the record.

19          I would say thank you, again,

20 Mr. Fisher, for your time.

21          THE WITNESS:  Thank you all.

22          THE VIDEOGRAPHER:  Okay.  Let me take

23 us off.  All right.

24          This concludes today's deposition.  We

25 are now off the record at 2013 UTC.

Page 155

1          Thank you, everyone.

2

3

4          (Signature having not been waived, the

5 Remote Videotaped Deposition of JEFF FISHER ended

6 at 1:13 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 156

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2          I, Dana C. Ryan, Registered Professional

3 Reporter, Certified Realtime Reporter, the officer

4 before whom the foregoing proceedings were taken

5 do hereby certify that the foregoing transcript is

6 a true and correct record to the best of my

7 ability of the proceedings; that said proceedings

8 were taken by me stenographically and thereafter

9 reduced to typewriting under my supervision; and

10 that I am neither counsel for, related to, nor

11 employed by any of the parties to this case and

12 have no interest, financial or otherwise, in its

13 outcome.

14          IN WITNESS WHEREOF, I have hereunto set

15 my hand and affixed my notarial seal this 17th day

16 of April 2023.

17 My Commission expires:

18 November 23, 2024

19

20

21

22 _____

23 NOTARY PUBLIC IN AND FOR THE

24 STATE OF ALABAMA

25

Page 157

1          INSTRUCTIONS TO WITNESS

2

3          Please read your deposition over

4 carefully and make any necessary corrections.  You

5 should state the reason in the appropriate space

6 on the errata sheet for any corrections that are

7 made.

8          After doing so, please sign the errata

9 sheet and date it.

10          You are signing same subject to the

11 changes you have noted on the errata sheet which

12 will be attached to your deposition.

13          It is imperative that you return the

14 original errata sheet to the deposing attorney

15 within thirty (30) days of receipt of the

16 deposition transcript by you.  If you fail to do

17 so, the deposition transcript may be deemed to be

18 accurate and may be used in court.

19

20

21

22

23

24

25

Page 158

1         E R R A T A  S H E E T

2   IN RE:  MICROSOFT CORPORATION, a corporation and

3   ACTIVISION BLIZZARD, INC., a corporation

4   RETURN BY:  _____

5   PAGE  LINE          CORRECTION AND REASON

6   _____ _____      _____

7   _____ _____      _____

8   _____ _____      _____

9   _____ _____      _____

10   _____ _____      _____

11   _____ _____      _____

12   _____ _____      _____

13   _____ _____      _____

14   _____ _____      _____

15   _____ _____      _____

16   _____ _____      _____

17   _____ _____      _____

18   _____ _____      _____

19   _____ _____      _____

20   _____ _____      _____

21   _____ _____      _____

22   _____ _____      _____

23   _____ _____      _____

24   _____      _____

25    (DATE)           (SIGNATURE)

Page 159

1       ACKNOWLEDGMENT OF DEPONENT

2        I, Jeff Fisher, do hereby acknowledge

3   that I have read and examined the foregoing

4   testimony, and the same is a true, correct and

5   complete transcription of the testimony given by

6   me and any corrections appear on the attached

7   Errata sheet signed by me.

8

9

10

11   _____  _____

12   (DATE)           (SIGNATURE)

13

14

15       CERTIFICATE OF NOTARY PUBLIC

16   Sworn and subscribed to before me this

17   _____ day of _____, _____

18

19

20   _____  _____

21   NOTARY PUBLIC      MY COMMISSION EXPIRES

22

23

24

25

April 14, 2023

April 14, 2023

Testimony of Christopher Giancarlo
April 14, 2023

April 14, 2023

April 14, 2023

Daily Transcript Only Condensed

April 14, 2023

Deposition Highly Confidential
April 14, 2023

Daily Transcript only Condensed Copy
April 14, 2023

April 14, 2023