# Exhibit 5

**RX2150**

Message

**From:** Shail Dave [SDave@nvidia.com]
**Sent:** 5/24/2021 8:57:39 PM
**To:** Subu Krishnamoorthy [subuk@nvidia.com]; Sam H. Azar [HAzar@nvidia.com]; Phil Eisler [peisler@nvidia.com]; David Eng [DEng@nvidia.com]
**Subject:** RE: xCloud webRTC PC/iOS Competitive Analysis

[redacted]

**From:** Subu Krishnamoorthy <subuk@nvidia.com>
**Sent:** Monday, May 24, 2021 9:33 AM
**To:** Sam H. Azar <HAzar@nvidia.com>; Phil Eisler <peisler@nvidia.com>; David Eng <DEng@nvidia.com>; Shail Dave <SDave@nvidia.com>
**Subject:** Re: xCloud webRTC PC/iOS Competitive Analysis

https://www.theverge.com/platform/amp/2021/5/24/22450941/microsoft-surface-duo-xbox-mobile-xcloud-cloud-gaming-dual-screen

[redacted]

**From:** Kevin O'Quinn <koquinn@nvidia.com>
**Sent:** Monday, May 24, 2021 9:16:44 AM
**To:** Phil Eisler <peisler@nvidia.com>; Andrew Fear <AFear@nvidia.com>; Stephanie Johnson <stephaniej@nvidia.com>; Jordan Dodge <jdodge@nvidia.com>; Subu Krishnamoorthy <subuk@nvidia.com>; Sam H. Azar <HAzar@nvidia.com>; David Eng <DEng@nvidia.com>; Svyatoslav Solovyev <ssolovyev@nvidia.com>; Bhavani Gopalakrishna Rao <bhavanig@nvidia.com>; Shail Dave <SDave@nvidia.com>; Bipin Todur <BTodur@nvidia.com>; Cory Banks <cbanks@nvidia.com>
**Cc:** Sridhar Ramaswamy <sramaswamy@nvidia.com>; ssolovyev-org <ssolovyev-org@exchange.nvidia.com>; TT_Staff <TT_Staff@exchange.nvidia.com>; Igor Stanek <istanek@nvidia.com>; Michael McSorley <mmcsorley@nvidia.com>; Curtis Minor <cminor@nvidia.com>
**Subject:** xCloud webRTC PC/iOS Competitive Analysis

Hello,

Please see below for the Executive Summary of the xCloud vs GFN Competitive Analysis. The full report with detailed analysis can be found here –
https://docs.google.com/document/d/1V7InePTQlF7rmlOyOtSCkNwDHg2TfqK1Lzhuf5z9Vvo/edit?usp=sharing

Please ping us with any questions.

Thanks,

Kevin

# xCloud webRTC PC/iOS Competitive Analysis
## Executive Summary

Microsoft xCloud is a cloud gaming service that, coupled with XBOX Game Pass Ultimate, enables gamers to play a growing library of games from previous XBOX generations including some of the "greatest hits" of the XBOX One generation. xCloud is currently available only on XBOX consoles and Android phones for all new subscribers and most current subscribers. But, the service is slowly expanding support via invite to include webRTC clients such as Chrome and Edge on Windows and Safari on iOS. We were fortunate enough to receive an email invitation soon after this expansion was announced and have been testing it for a few weeks.

In our testing, we found that GFN delivered a superior experience compared to xCloud, with key metrics such as latency, image quality, and stream stability favoring GFN. xCloud has nearly double the latency of GFN, at 219.7ms compared to 124.6ms on GFN. GFN offers superior image quality across the board, including 1080p streaming vs 720p on xCloud, and does not suffer from the occasional "black screen" issues that are seen on xCloud.

xCloud has one distinct advantage over GFN with its support of both touch-based and gamepad controls for over 50+ games on iOS. GFN currently does not support touch-based controls for any game on iOS. Touch input on iOS gives gamers the flexibility to play games without a controller while on the go and enjoy longer gaming sessions with a controller while at home. On PCs, xCloud only supports gamepad, leaving keyboard and mouse gamers in the cold.

As a stand-alone cloud gaming service, xCloud does not compete with GFN or even Stadia. The service is missing too many AAA games, the latency is too high, it does not support enough platforms, and only supports gamepad on PC. Their touch input solution is unique and gives them an advantage for mobile gaming. We should work towards offering a similar touch solution on GFN for appropriate games.