# Exhibit 6

## RX2141

Message

| | |
|---|---|
| **From:** | Phil Spencer [philsp@microsoft.com] |
| **Sent:** | 2/22/2023 8:47:37 AM |
| **To:** | Jeff D Fisher [fisher@nvidia.com] |
| **CC:** | Sarah Bond (SHE/HER) [Sarah.Bond@microsoft.com]; Lori Wright [lwright@microsoft.com]; Phil Eisler [peisler@nvidia.com] |
| **Subject:** | RE: MSFT and GeForce NOW |

Thanks, good outcome. I think there will be technical work to ensure a great user experience but I'm encouraged to see us work together to grow the market for cloud gaming. I love the innovation and investments nvidia continues to make here and I'm looking forward to more players getting to experience. I think there is more we could be doing so we should keep conversations going.

Also, thank you Phil for your voice in the EC meeting yesterday. We really appreciated your professionalism and insight in the hearing.

Phil

**From:** Jeff D Fisher <fisher@nvidia.com>
**Sent:** Tuesday, February 21, 2023 11:55 AM
**To:** Phil Spencer <philsp@microsoft.com>
**Cc:** Sarah Bond (SHE/HER) <Sarah.Bond@microsoft.com>; Lori Wright <lwright@microsoft.com>; Phil Eisler <peisler@nvidia.com>
**Subject:** [EXTERNAL] RE: MSFT and GeForce NOW

Hi Phil,

I want to thank you and your team for working 24/7 to pull our cloud gaming agreement together.

The community reaction has been awesome.

We are looking forward to our joint work to offer Xbox games on GFN in the near future.

All the Best,

Jeff

**From:** Phil Spencer <philsp@microsoft.com>
**Sent:** Friday, December 30, 2022 1:18 PM
**To:** Jeff D Fisher <fisher@nvidia.com>
**Cc:** Sarah Bond (SHE/HER) <Sarah.Bond@microsoft.com>; Lori Wright <lwright@microsoft.com>
**Subject:** RE: MSFT and GeForce NOW



**From:** Jeff D Fisher <fisher@nvidia.com>
**Sent:** Monday, December 12, 2022 7:54 AM
**To:** Phil Spencer <philsp@microsoft.com>
**Subject:** [EXTERNAL] MSFT and GeForce NOW

You don't often get email from fisher@nvidia.com. Learn why this is important

