Dylan I. Ballard, Cal. Bar No. 253929
dballard@velaw.com
VINSON & ELKINS L.L.P.
555 Mission Street
Suite 2000
San Francisco, California 94105
Tel: 415.979.6900
Fax: 415.651.8786

Attorneys for Non-Party
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**NON-PARTY GOOGLE LLC'S STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>The Honorable Jacqueline Scott Corley |

VINSON & ELKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:23-cv-02880-JSC
NON-PARTY GOOGLE LLC'S STATEMENT IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Non-Party Google LLC ("Google") respectfully submits this statement in support of Plaintiff Federal Trade Commission's ("FTC") Motion for Protective Order (ECF 112). For the reasons set forth in Non-Party Sony Interactive Entertainment LLC's Statement In Support of Plaintiff's Motion for Protective Order (ECF 141), the Protective Order in this case should not permit Defendants' in-house counsel access to Google's highly-sensitive and confidential commercial information, which Google produced in the related administrative proceeding, *In the Matter of Microsoft/Activision Blizzard*, FTC Docket No. 9412. Google produced its confidential information in reliance on a Protective Order that specifically protected against such access by in-house counsel. There is no justification for Defendants' attempt to eliminate that protection on the eve of an evidentiary hearing. Accordingly, the FTC's Motion for Protective Order should be granted.

Respectfully submitted,

Dated: June 21, 2023

VINSON & ELKINS LLP

By: */s/ Dylan I. Ballard*
Dylan I. Ballard

*Attorneys for Non-Party*
GOOGLE LLC