AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>*Plaintiff*<br>v.<br>MICROSOFT CORPORATION, et al.<br>*Defendant* | )<br>)<br>) Case No. 3:23-cv-02880-JSC<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Valve Corporation

Date: 06/21/2023

*Attorney's signature*

Meeghan H. Tirtasaputra (SBN 325572)
*Printed name and bar number*

Fox Rothschild LLP
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067

*Address*

MTirtasaputra@FoxRothschild.com
*E-mail address*

(424) 285-7080
*Telephone number*

(310) 556-9828
*FAX number*