VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     415.653.3750
Facsimile:     415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:     212.307.5500
Facsimile:     212.307.5598

Attorney for Non-Party Nintendo of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | Case No. 23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER SEALING NON-PARTY NINTENDO OF AMERICA INC.'S CONFIDENTIAL INFORMATION** |
| v. | |
| MICROSOFT CORPORATION, et al. | |
| Defendant. | |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

**[PROPOSED] ORDER**

Having considered Nintendo of America Inc.'s Statement Pursuant to Local Rule 79-5(f)

As to Why Its Confidential Information Should Be Filed Under Seal and Declaration of Steven

Singer, the Court ORDERS the below exhibits shall remain under seal in their entirety:

| PX/RX# | Bates - Begin | Bates - End |
|---|---|---|
| **Plaintiff Exhibits** | | |
| PX3066 | NOA-FTC-000001007 | NOA-FTC-000001061 |
| PX3161 | NOA-FTC-000002899 | NOA-FTC-000002980 |
| PX3219 | NOA-FTC-000002997 | NOA-FTC-000002998 |
| PX3221 | NOA-FTC-000003604 | NOA-FTC-000003605 |
| PX3270 | NOA-FTC-000000202 | NOA-FTC-000000204 |
| PX8002 | PX8002-001 | PX8002-007 |
| **Defendants Exhibits** | | |
| RX2001 | NOA-FTC-000002812 | NOA-FTC-000002812 |
| RX2002 | NOA-FTC-000002816 | NOA-FTC-000002816 |
| RX2040 | NOA-FTC-000002832 | NOA-FTC-000002832 |
| RX2058 | NOA-FTC-000002858 | NOA-FTC-000002858 |
| RX2065 | NOA-FTC-000002828 | NOA-FTC-000002828 |
| RX2089 | NOA-FTC-000002824 | NOA-FTC-000002824 |
| RX2096 | NOA-FTC-000002898 | NOA-FTC-000002898 |
| RX2104 | NOA-FTC-000003405 | NOA-FTC-000003479 |
| RX2106 | NOA-FTC-000003530 | NOA-FTC-000003532 |
| RX2108 | NOA-FTC-000003533 | NOA-FTC-000003535 |
| RX2109 | NOA-FTC-000003539 | NOA-FTC-000003541 |
| RX2111 | NOA-FTC-000003548 | NOA-FTC-000003550 |
| RX2116 | NOA-FTC-000003480 | NOA-FTC-000003529 |

| PX/RX# | Bates - Begin | Bates - End |
|--------|---------------|-------------|
| RX2124 | NOA-FTC-000003189 | NOA-FTC-000003243 |
| RX2125 | NOA-FTC-000003244 | NOA-FTC-000003281 |
| RX2126 | NOA-FTC-000003282 | NOA-FTC-000003368 |
| RX2127 | NOA-FTC-000003369 | NOA-FTC-000003404 |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

3

[PROPOSED] ORDER SEALING NON-PARTY NINTENDO OF AMERICA INC.'S CONFIDENTIAL
INFORMATION

Case No. 23-cv-02880-JSC