CLEARY GOTTLIEB STEEN & HAMILTON LLP
Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

Elsbeth Bennett (admitted *pro hac vice*)
Carl Lawrence Malm (admitted *pro hac vice*)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999
ebennett@cgsh.com
lmalm@cgsh.com

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT**<br><br>The Honorable Jacqueline Scott Corley |

- 1 -

**[Proposed] Order**

The Court, having fully considered the papers and arguments presented, hereby ORDERS that to the extent the Parties introduce at the preliminary injunction hearing any document identified in SIE's Administrative Motion for Sealing and *In Camera* Treatment, that they do so under seal or redacted as requested by SIE, and that such exhibits or portions of exhibits be granted *in camera* treatment.

**IT IS SO ORDERED.**

DATED:_____        _____
                                              HON. JACQUELINE SCOTT CORLEY
                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT
3:23-CV-02880-JSC