James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 22, 2023** |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 22, 2023 and the exhibits Plaintiff intends to use with the witnesses.

Plaintiff intends to call Matt Booty and Pete Hines. Defendants have stated their intent to call Sarah Bond. Listed below are the exhibits Plaintiff intends to use with Mr. Booty and Mr. Hines, and the exhibits Plaintiff may use on cross with Ms. Bond.

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 22, 2023
CASE NO. 3:23-cv-02880

1

Exhibits Plaintiff intends to use with Mr. Booty:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX4351 | *In camera* treatment requested, Dkt. 150 | Dkt. 175 |
| PX1442 | redactions requested, Dkt. 150 | |
| PX4352 | *In camera* treatment requested, Dkt. 150 | |
| PX4896 | *In camera* treatment requested, Dkt. 150 | |
| PX4897 | *In camera* treatment requested, Dkt. 150 | |

Exhibits Plaintiff intends to use with Pete Hines:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX4406 | | |
| PX4408 | | |
| PX1754 | | |
| PX4391 | | |
| PX4419 | redactions requested, Dkt. 150 | |
| PX9186 | | Dkt. 132 |
| PX9186A | | |

Defendants are calling Microsoft's Sarah Bond. Plaintiff may use the following documents during cross of Ms. Bond:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX1006 | | |
| PX1013 | | |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 22, 2023
CASE NO. 3:23-cv-02880

2

| | | |
|---|---|---|
| PX4768 | | Dkt. 175 |
| PX1777 | *In camera* treatment requested, Dkt. 150 | Dkt. 175 |
| PX4289 | | |
| PX4145 | | |
| PX4130 | | |
| PX4124 | | |
| PX4120 | | |
| PX1020 | | |
| PX4109 | | |
| PX4098 | | |
| PX4094 | | |
| PX1052 | *In camera* treatment requested, Dkt. 150 | |
| PX2126 | | |
| PX1966 | | Dkt. 175 |
| PX1784 | | Dkt. 175 |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 22, 2023
CASE NO. 3:23-cv-02880

3

| | | |
|---|---|---|
| 1 | DATED: June 22, 2023 | /s/ James H. Weingarten |
| 2 | | James H. Weingarten |
| | | Peggy Bayer Femenella |
| 3 | | James Abell |
| | | Cem Akleman |
| 4 | | J. Alexander Ansaldo |
| | | Michael T. Blevins |
| 5 | | Amanda L. Butler |
| | | Nicole Callan |
| 6 | | Maria Cirincione |
| 7 | | Kassandra DiPietro |
| | | Jennifer Fleury |
| 8 | | Michael A. Franchak |
| | | James Gossmann |
| 9 | | Ethan Gurwitz |
| 10 | | Meredith R. Levert |
| | | David E. Morris |
| 11 | | Merrick Pastore |
| | | Stephen Santulli |
| 12 | | Edmund Saw |

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 22, 2023
CASE NO. 3:23-cv-02880

4