# EXHIBIT A

1  Beth A. Wilkinson (*pro hac vice*)
   bwilkinson@wilkinsonstekloff.com
2  Rakesh N. Kilaru (*pro hac vice*)
   rkilaru@wilkinsonstekloff.com
3  Kieran Gostin (*pro hac vice*)
   kgostin@wilkinsonstekloff.com
4  Grace Hill (*pro hac vice*)
   ghill@wilkinsonstekloff.com
5  Anastasia M. Pastan (*pro hac vice*)
   apastan@wilkinsonstekloff.com
6  WILKINSON STEKLOFF LLP
   2001 M Street NW, 10th Floor
7  Washington, DC  20036
   Telephone: (202) 847-4000
8  Facsimile: (202) 847-4005

9  Bambo Obaro
   bambo.obaro@weil.com
10 WEIL, GOTSHAL AND MANGES
   201 Redwood Shores Parkway
11 Redwood Shores, CA 94065
   Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF ALYSHA BOHANON IN SUPPORT OF DEFENDANTS MICROSOFT CORP. AND ACTIVISION BLIZZARD INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PRETRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

I, Alysha Bohanon, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Associate at Wilkinson Stekloff LLC and am counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter. I am a member in good standing of the Bar of the District of Columbia. I submit this Declaration in support of Defendants' Administrative Motion to File Under Seal Its Proposed Pretrial Findings of Fact and Conclusions of Law, filed concurrently herewith.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

3. The Proposed Pretrial Findings of Fact and Conclusions of Law contains non-public and highly sensitive information from documents obtained during the course of the FTC's investigation and during litigation discovery, including, but not limited to, confidential, proprietary information relating to Defendants' internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy.

4. The Proposed Pretrial Findings of Fact and Conclusions of Law is entitled to confidentiality under Local Rule 79-5 because it references or reflects Defendants' confidential, proprietary information concerning the above.

5. Defendants' redacted Proposed Pretrial Findings of Fact and Conclusions of Law is available at ECF No. 177.

6. Defendants' unredacted Proposed Pretrial Findings of Fact and Conclusions of Law is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2023        /s/ Alysha Bohanon
                            Alysha Bohanon