Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") (collectively, "Defendants") respectfully file this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Defendants' Proposed Findings of Fact and Conclusions of Law (ECF No. 177).

Certain portions of Defendants' Proposed Findings of Fact and Conclusions of Law contain documents designated by the FTC and several non-parties as confidential or highly confidential. Accordingly, Defendants seek to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Page i, lines 22–24 | FTC |
| Defendants' Proposed Findings of Fact | Page 6, paragraph 33, portions of lines 9–10 | Sony |
| Defendants' Proposed Findings of Fact | Page 6, paragraph 35, portion of line 16 | Sony |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact | Page 13, paragraph 70, portions of line 3 | Sony |
| Defendants' Proposed Findings of Fact | Page 13, paragraph 71, portions of lines 7–9 | Sony, Nintendo |
| Defendants' Proposed Findings of Fact | Page 13, paragraph 72, portions of line 10 | Sony |
| Defendants' Proposed Findings of Fact | Page 14, paragraph 75, portions of lines 3–5 | Sony |
| Defendants' Proposed Findings of Fact | Page 14, paragraph 79, portions of lines 19–20 | Sony |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact | Page 18, paragraph 95, portions of line 15 | Nintendo |
| Defendants' Proposed Findings of Fact | Page 25, paragraph 131, portion of line 24 | Sony |
| Defendants' Proposed Findings of Fact | Page 29, paragraph 154, portions of lines 10-11 | Sony |
| Defendants' Proposed Findings of Fact | Page 29, paragraph 155, portions of lines 10-11 | Sony |
| Defendants' Proposed Findings of Fact | Page 30, paragraph 158, portions of lines 6–13 | Sony |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact | Page 32, paragraph 168, lines 11–15 | Sony |
| Defendants' Proposed Findings of Fact | Page 32, paragraph 169, portions of lines 18–20 | FTC |
| Defendants' Proposed Findings of Fact | Page 32, paragraph 170, portions of lines 22–24 | Sony |
| Defendants' Proposed Findings of Fact | Page 34, paragraph 179, line 17 – page 37, paragraph 194, line 7 | FTC |
| Defendants' Proposed Findings of Fact | Page 37, paragraph 198, line 23–24 | FTC |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 44, paragraph 20, portions of lines 5–6 | Sony, Nintendo |
| Defendants' Proposed Conclusion of Law | Page 44, paragraph 21, portions of lines 9 | Sony, Nintendo |
| Defendants' Proposed Conclusion of Law | Page 44, paragraph 21, portions of lines 11–12 | Sony |
| Defendants' Proposed Conclusion of Law | Page 44, paragraph 22, portions of lines 14–16 | Sony |
| Defendants' Proposed Conclusion of Law | Page 44, footnote 3, portions of line 27–28 | Sony |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 45, paragraph 25, portions of lines 17–18 | FTC |
| Defendants' Proposed Conclusion of Law | Page 47, paragraph 29, portions of line 9 | FTC |
| Defendants' Proposed Conclusion of Law | Page 47, paragraph 30, portion of line 10 | Sony |
| Defendants' Proposed Conclusion of Law | Page 47, paragraph 32, portions of lines 21–23 | FTC |
| Defendants' Proposed Conclusion of Law | Page 48, paragraph 33, portions of lines 2–3 | FTC |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 52, paragraph 46, portions of lines 10–11 | FTC |
| Defendants' Proposed Conclusion of Law | Pages 53–54, paragraph 51, portion of lines 25, 1–3 | Sony |
| Defendants' Proposed Conclusion of Law | Page 54, paragraph 51, portion of lines 3–5 | FTC |
| Defendants' Proposed Conclusion of Law | Page 54, paragraph 52, lines 15-17 | Sony |
| Defendants' Proposed Conclusion of Law | Page 56, paragraph 58, portion of line 7 | FTC |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 57, paragraph 61, line 4 – page 60, paragraph 72, line 15 & footnotes 10-11 | FTC |
| Defendants' Proposed Conclusion of Law | Page 61, paragraph 74, lines 6–7 | FTC |
| Defendants' Proposed Conclusion of Law | Page 61, paragraph 76, lines 17–19 | FTC |
| Defendants' Proposed Conclusion of Law | Page 62, paragraph 78, lines 5–7 | FTC |
| Defendants' Proposed Conclusion of Law | Page 62, paragraph 79, lines 15–16 | FTC |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 63, paragraph 81, lines 1–3 | FTC |
| Defendants' Proposed Conclusion of Law | Page 64, paragraph 85, portions of lines 6–7 | FTC |
| Defendants' Proposed Conclusion of Law | Page 64, paragraph 85, portions of lines 12–13 | Sony |
| Defendants' Proposed Conclusion of Law | Page 64, paragraph 86, portions of lines 14–15 | FTC |
| Defendants' Proposed Conclusion of Law | Page 66, paragraph 89, portions of lines 6–9 | FTC |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Conclusion of Law | Page 67, paragraph 91, portions of lines 1–5 | FTC |
| Defendants' Proposed Conclusion of Law | Page 67, paragraph 92, portions of lines 6–7, 13–14 | FTC |
| Defendants' Proposed Conclusion of Law | Page 69, paragraph 96, portions of lines 2-4 | Nvidia |
| Defendants' Proposed Conclusion of Law | Page 70, paragraph 102, portions of line 25-27 | Nvidia |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(a)-(c). Defendants have redacted the above-referenced green-highlighted portions of their Opposition and supporting materials because the non-parties have designated the information contained therein as confidential or highly confidential. Defendants note that the unredacted copy of Defendants' Proposed Findings of Fact and Conclusions of Law also contains yellow-highlighted

portions, which correspond to Defendants' Administrative Motion To Seal Defendants' own information (ECF No. 177). The unredacted version of Defendants' Proposed Findings of Fact and Conclusions of Law is filed at ECF No. 178-2.

In accordance with Civil Local Rule 7-11, Defendants have filed a Proposed Order herewith.

Dated: June 22, 2023                           Respectfully submitted,

By: /s/ *Beth Wilkinson*

| | |
|---|---|
| Jack DiCanio (SBN 138782) | Beth Wilkinson (*pro hac vice*) |
| Caroline Van Ness (SBN 281675) | Rakesh N. Kilaru (*pro hac vice*) |
| SKADDEN, ARPS, SLATE, MEAGHER | Kieran Gostin (*pro hac vice*) |
| & FLOM LLP | James Rosenthal (*pro hac vice*) |
| 525 University Avenue | Grace Hill (*pro hac vice*) |
| Palo Alto, California 94301 | Anastasia M. Pastan (*pro hac vice*) |
| Telephone: (650) 470-4500 | Sarah Neuman (*pro hac vice*) |
| Facsimile: (213) 621-5430 | Jenna Pavelec (*pro hac vice*) |
| jack.dicanio@skadden.com | Alysha Bohanon (*pro hac vice*) |
| caroline.vanness@skadden.com | WILKINSON STEKLOFF LLP |
| | 2001 M Street, N.W., 10th Floor |
| Steven C. Sunshine (*pro hac vice*) | Washington, D.C. 20036 |
| Julia K. York (*pro hac vice*) | Telephone: (202) 847-4000 |
| SKADDEN, ARPS, SLATE, MEAGHER | Facsimile: (202) 847-4005 |
| & FLOM LLP | bwilkinson@wilkinsonstekloff.com |
| 1440 New York Avenue, N.W. | rkilaru@wilkinsonstekloff.com |
| Washington, DC 20005-2111 | jrosenthal@wilkinsonstekloff.com |
| Telephone: (202) 371-7000 | kgostin@wilkinsonstekloff.com |
| Facsimile: (202) 393-5760 | ghill@wilkinsonstekloff.com |
| steven.sunshine@skadden.com | apastan@wilkinsonstekloff.com |
| julia.york@skadden.com | sneuman@wilkinsonstekloff.com |
| | jpavelec@wilkinsonstekloff.com |
| Maria Raptis (*pro hac vice*) | abohanon@wilkinsonstekloff.com |
| Matthew M. Martino (*pro hac vice*) | |
| Michael J. Sheerin (*pro hac vice*) | Jonathan E. Nuechterlein (*pro hac vice*) |
| Evan R. Kreiner (*pro hac vice*) | C. Frederick Beckner III (*pro hac vice*) |
| Bradley J. Pierson (*pro hac vice*) | William R. Levi (*pro hac vice*) |
| Jessica R. Watters (*pro hac vice*) | Daniel J. Hay (*pro hac vice*) |
| SKADDEN, ARPS, SLATE, MEAGHER | Lucas Croslow (*pro hac vice*) |
| & FLOM LLP | Manuel Valle (*pro hac vice*) |
| 1 Manhattan West | Aaron P. Haviland (*pro hac vice*) |
| New York, NY 10001 | SIDLEY AUSTIN LLP |
| Telephone: (212) 735-3000 | 1501 K Street, N.W. |
| Fax: (212) 735-2000 | Washington, D.C. 20005 |
| maria.raptis@skadden.com | jnuechterlein@sidley.com |

| | |
|---|---|
| matthew.martino@skadden.com | rbeckner@sidley.com |
| michael.sheerin@skadden.com | william.levi@sidley.com |
| evan.kreiner@skadden.com | dhay@sidley.com |
| bradley.pierson@skadden.com | lcroslow@sidley.com |
| jessica.watters@skadden.com | manuel.valle@sidley.com |
| | ahaviland@sidley.com |

*Counsel for Defendant Activision Blizzard, Inc.*

Bambo Obaro (SBN 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Megan A. Granger (*pro hac vice*)
Michael Moiseyev (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
megan.granger@weil.com
michael.moiseyev@weil.com

*Counsel for Defendant Microsoft Corp.*