UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

With respect to the information that the below party and third-parties designated as confidential, Defendants filed an Administrative Motion to File Under Seal Their Proposed Pretrial Findings of Fact and Conclusions of Law ("Administrative Motion").

Having considered Defendants' Administrative Motion, and with good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]   GRANTED IN ITS ENTIRETY.  The unredacted version of Defendants' Proposed Pretrial Findings of Fact and Conclusions of Law shall remain under seal.

[ ]   DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of the Proposed Pretrial Findings of Fact and Conclusions of Law within 7 days of entry of this Order.

[ ]   GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of the Proposed Pretrial Findings of Fact and Conclusions of Law, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

IT IS SO ORDERED.

DATED:_____, 2023    _____
                                          Honorable Jacqueline S. Corley
                                          United States District Judge