James Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>  Plaintiff, <br><br>  v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br>  Defendants. | Case No. 3:23-cv-2880 <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff Federal Trade Commission's Bench Brief Regarding Defendants' Proffered Testimony Regarding Microsoft's Agreements ("Bench Brief").

Certain portions of Plaintiff's Bench Brief contain information that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp. and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). As detailed below, Microsoft and Nintendo have filed confidentiality declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Plaintiff's Bench Brief | Page 1, lines 26-27 | Nintendo |
| Plaintiff's Bench Brief | Page 2, line 8-19 | Microsoft |
| Plaintiff's Bench Brief | Page 2, line 21-26 | Nintendo |
| Plaintiff's Bench Brief | Page 2, line 27 | Microsoft |
| Plaintiff's Bench Brief | Page 3, line 1-14 | Microsoft |
| Plaintiff's Bench Brief | Page 3, line 26-27 | Microsoft |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Plaintiff has redacted the above-referenced yellow-highlighted portions of its Bench Brief because Microsoft has designated the information contained therein as confidential pursuant to

L.R. 79-5(f). *See* Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 150).

Plaintiff has redacted the above-referenced pink-highlighted portions of Plaintiff's Findings of Fact because Nintendo has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Non-Party Nintendo of America Inc. Statement Pursuant to Local Rule 79-5 As To Why Its Confidential Information Should Be Filed Under Seal (Dkt. No. 168); *see also* Non-Party Nintendo of America Inc. Unopposed Motion for Order Changing Time (Dkt. No. 136).

Plaintiff takes no position on the merits of sealing Microsoft's and Nintendo's designated material.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Plaintiff's Reply accompany this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Date: June 22, 2023

Respectfully Submitted,

/s/ James H. Weingarten
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880

3