James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S EXHIBIT LIST** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

Pursuant to the Court's Order Regarding Evidentiary Hearing on Preliminary Injunction Motion (Dkt. No. 76), Plaintiff Federal Trade Commission ("Plaintiff") files the attached redacted version of Plaintiff's Exhibit List as Exhibit A. This attached Exhibit List comprises Plaintiff's initial exhibit list, served June 20, 2023, and Plaintiff's exhibit list supplement, served June 21, 2023 (excluding demonstrative, illustrative or summary exhibits and expert related exhibits). Plaintiff's Exhibit List is designated as confidential pursuant to Plaintiff's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should be Sealed. This Exhibit List identifies those exhibits that a party or a non-party has designated as confidential pursuant to Civil Local Rule 79-5(f), and those exhibits that Plaintiff reasonably expects a party or non-party to designate as confidential pursuant to Civil Local Rule 79-5(f).

Plaintiff reserves the right to:

1. Call a custodian of records or other similar witness of any party or non-party from whom documents or records have been obtained to the extent necessary to establish the authenticity or admissibility of documents;

2. Introduce the native versions of any documents;

3. Introduce an excerpt of an exhibit as appropriate;

4. Supplement Plaintiff's Exhibit List as appropriate;

5. Supplement Plaintiff's Exhibit List with any documents used as exhibits at any depositions, along with the deposition transcripts, that occur after the service of Plaintiff's Exhibit List; and

6. Introduce any other documents as exhibits in rebuttal.

Dated: June 22, 2023                                    Respectfully submitted,

*/s/ Jennifer Fleury*
Jennifer Fleury
Peggy Bayer Femenella

PLAINTIFF FEDERAL TRADE COMMISSION'S EXHIBIT LIST SUPPLEMENT
CASE NO. 3:23-CV-2880-JSC

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*