# EXHIBIT A

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX0003 | PX0003-001 | PX0003-179 | 7/1/2022 | Narrative Response of Microsoft Corp. to the Request for Additional Information and Documentary Material Issued by the Federal Trade Commission on March 3, 2022 | |
| PX0004 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX0006 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX0010 | PX0010-001 | PX0010-010 | undated | Microsoft Document: Annex 8.1: Summary of Microsoft's Valuation of Activision Blizzard | |
| PX0014 | MSFT-2R-13370046 | MSFT-2R-13370081 | 10/11/2022 | CMA ME/6983/22 - Microsoft's Response to the CMA's Reference Decision | |
| PX0027 | PX0027-001 | PX0027-004 | 9/2/2022 | Supplemental Response to 2R Spec 20(d)-(e): Table: Microsoft's approach following acquisitions since 2018 | |
| PX0031 | | | | | Dkt. 172 (seeking to seal in part) |
| PX0038 | PX0038-001 | PX0038-013 | 9/2/2022 | Microsoft Corporation Supplemental Response to 2R Spec. 20(d)-(e) | |

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|-----|---------------|-------------|------|-------------|--------------|
| PX0060 | | | | | Dkt. 148 (seaking to seal in part) |
| PX0070 | PX0070-001 | PX0070-010 | 4/7/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Microsoft's Responses and Objections to Complaint Counsel's Requests for Admission | |
| PX0071 | PX0071-001 | PX0071-007 | 4/7/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Microsoft Corporation's Supplemental Responses and Objections to Complaint Counsel's First Set of Interrogatories | |
| PX0072 | PX0072-001 | PX0072-017 | 5/5/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Microsoft Corporation's Second Supplemental Responses and Objections to Complaint Counsel's First Set of Interrogatories | |
| PX0073 | PX0073-001 | PX0073-019 | 2/3/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Microsoft Corporation's Responses and Objections to Complaint Counsel's First Set of Requests for Production | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX0074 | PX0074-001 | PX0074-023 | 2/3/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Microsoft Corporation's Responses and Objections to Complaint Counsel's Second Set of Requests for Production | |
| PX0079 | | | | | Dkt. 148 (seaking to seal in part) |
| PX0080 | PX0080-001 | PX0080-023 | 2/3/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Activision Blizzard, Inc.'s Responses & Objections to Complaint Counsel's First Set of Requests for Production | |
| PX0081 | PX0081-001 | PX0081-029 | 2/3/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. No. 9412): Respondent Activision Blizzard, Inc.'s Responses & Objections to Complaint Counsel's Second Set of Requests for Production | |
| PX0083 | MSFT HSR Item 3(b) | MSFT HSR Item 3(b) | 1/18/2022 | Agreement and Plan of Merger | |
| PX1006 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX1013 | | | | | L.R. 79-5(f) declaration forthcoming |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1015 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1019 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1020 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX1022 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1023 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1024 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1025 | | | | | Dkt. 150 (seeking to seal in part) |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 6 of 50
*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1026 | MSFT-2R-00478340 | MSFT-2R-00478342 | 3/22/2019 | Email from Kareem Choudhry to Bonnie Ross, Phil Spencer, Gaming LT, et al. re: SLT tomorrow w/Attach: Google Stadia Post Announce Thoughts KareemC Edits.pptx | |
| PX1029 | MSFT-2R-02230857 | MSFT-2R-02230880 | 10/11/2019 | Email from Kareem Choudhry to Arbresha Miraj re: Can you print this please? w/Attach: Gaming CSA -- SLT Strategy Review 1910 -- Discussion Materials vFINAL -- Kareem Talking Notes. pdf | |
| PX1030 | MSFT-2R-00731224 | MSFT-2R-00731226 | 3/25/2021 | Email from Kareem Choudhry to Jamie Leder, Matt Booty, Phil Spencer et al. re: Bethesda titles on Nvidia GeForce Now | |
| PX1037 | MSFT-2R-01792760 | MSFT-2R-01792762 | 7/22/2020 | Email from Chris Harrington to Josh Elvidge, Tim Stuart et al. re: PC-Game Streaming (Bumblebee) Roadmap Council Update | |
| PX1038 | MSFT-2R-07576340 | MSFT-2R-07576342 | 4/27/2022 | Email from Kareem Choudhry to Keysha Ashour re: Thank you! | |
| PX1039 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1043 | MSFT-2R-07574860 | MSFT-2R-07574864 | 4/20/2022 | Email from Catherine Gluckstein to Kareem Choudhry, xCloud FTE Only re: Aligning for Continued Success of Microsoft Gaming | |
| PX1049 | | | | | Dkt. 150 (seeking to seal in entirety) |

**Plaintiff's Exhibit List**
*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1050 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1052 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1060 | MSFT-2R-00657795 | MSFT-2R-00657797 | 6/2/2020 | Email from Phil Spencer to Damon Baker, Jarret West, Sarah Bond et al. re: Yakuza Like a Dragon | |
| PX1062 | MSFT-2R-01742378 | MSFT-2R-01742380 | 3/19/2021 | Email from Jean-Emile Elien to Phil Spencer re: GP relative to studios | |
| PX1063 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1065 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1070 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1072 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1074 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1075 | | | | | Dkt. 150 (seaking to seal in part) |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 8 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1080 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1087 | MSFT-2R-00705273 | MSFT-2R-00705274 | 6/7/2020 | Email from Aaron Greenberg to Matt Booty re: Materials for Next Week's Conversation with Matt Ball | |
| PX1089 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1102 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1110 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1111 | MSFT-2R-03087430 | MSFT-2R-03087431 | 12/4/2019 | Email from David Hampton to Jerret West re: Board Report Success-Thank you! w/Attach: Q2 BoD 2020 - State of the Business - Gaming.pptx | |
| PX1114 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1116 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1117 | MSFT-2R-06334523 | MSFT-2R-06334529 | 6/14/2021 | Email from Phil Spencer to Satya Nadella, Chris Capossela, Amy Hood et al. re: Starfield, an Xbox Exclusive; Xbox Cloud Gaming; New Consumer Paradigms (Stratechery Daily Update 6-14-2021) | |

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1136 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1145 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1151 | MSFT-2R-07457417 | MSFT-2R-07457417 | 3/29/2022 | Email from Tim Stuart to Amy Hood, Bill Duff re: Sony's Game Pass | |
| PX1154 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1157 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1170 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1177 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1182 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1188 | | | | | Dkt. 150 (seaking to seal in entirety) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1208 | MSFT-2R-09635948 | MSFT-2R-09635949 | 8/6/2020 | Email from Phil Spencer to Chris Capossela, Takeshi Numoto re: random thought | |
| PX1217 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1240 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1245 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1260 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1274 | MSFT-2R-02823579 | MSFT-2R-02823579 | 4/29/2021 | Email from Satya Nadella to Phil Spencer, Liz Hamren et al. re: XBOX Share vs PlayStation | |
| PX1275 | MSFT-2R-03620210 | MSFT-2R-03620212 | 3/19/2020 | Email from Satya Nadella to Phil Spencer, Amy Hood re: Sony PS5 Reveal | |
| PX1283 | MSFT-2R-06337368 | MSFT-2R-06337419 | 2/22/2019 | Email from Steve Clayton to Satya Nadella, Frank X. Shaw et al. re: Quartz Microsoft Series Recap w/Attach: A Complete Guide to Microsofts Comeback.pdf; A list of all the lists in Satya Nadella Hit Refresh.pdf, et al. | |
| PX1288 | MSFT-2R-02824226 | MSFT-2R-02824227 | 12/8/2019 | Email from Satya Nadella to Phil Spencer, SLT Modern Group et al. re: 10M | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|------|---------------|-------------|------|-------------|--------------|
| PX1310 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1312 | MSFT-2R-05884282 | MSFT-2R-05884282 | 8/19/2020 | Email from Satya Nadella to Phil Spencer, Amy Hood et al. re: Let's grow! | |
| PX1313 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1324 | MSFT-2R-02615065 | MSFT-2R-02615066 | 2/4/2019 | Email from Satya Nadella to Rajesh Jha, Phil Spencer et al. re: 1 P PCs framework | |
| PX1366 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1391 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1393 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1419 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1425 | | | | | Dkt. 150 (seeking to seal in part) |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1442 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1465 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1471 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1476 | MSFT-2R-00593403 | MSFT-2R-00593404 | 8/18/2021 | Email from Ashley McKissick to Jason Beaumont and John Snavely re: PC FAQ | |
| PX1477 | MSFT-2R-03474142 | MSFT-2R-03474145 | 5/2/2019 | Email from Nitin Gautam to Ashok Savasere, Jeff Gattis, Julien Brathwaite, et al. re: MDM & ML Forecasting Sync w/Attach: Market_Share_Simulator - new.xlsx; Xbox MDM Analysis.xlsx | |
| PX1486 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1494 | | | | | Dkt. 150 (seeking to seal in part) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1510 | MSFT-2R-08189182 | MSFT-2R-08189200 | 1/14/2022 | Email from Frank X. Shaw to Sarah Bond, Tim Stuart, Matt Booty, et al. re: Updated Denali Comms materials w/Attach: Denali Comms plan_TikTok Draft.docx; Denali press release_draft.docx; Denali_messaging.docx; PHIL - DenaliComms WIP.docx | |
| PX1511 | MSFT-2R-08356882 | MSFT-2R-08356908 | 1/18/2022 | Email from Frank X. Shaw to Hugh Johnston, Satya Nadella, BOD (All Members), et al. re: Attorney Client Privilege w/Attach: Denali Investor Call Script_consolidated_01.17.2022_ FINAL.docx; Denali press release_FINAL.docx; FINAL emails.docx | |
| PX1514 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1516 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1517 | | | | | Dkt. 150 (seeking to seal in part) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1519 | MSFT-2R-00693832 | MSFT-2R-00693832 | 2/5/2021 | Email from Matt Booty to Gaming LT, Aaron Greenberg and Jill Braff re: Tuesday presentation on Zenimax future title options | |
| PX1527 | MSFT-2R-01733343 | MSFT-2R-01733346 | 9/21/2020 | Email from Phil Spencer to Jerret West re: A new era for Gaming at Microsoft | |
| PX1529 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1538 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1563 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1571 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1603 | MSFT-2R-02776109 | MSFT-2R-02776109 | 1/29/2019 | Presentation: Game Pass Get Offsite; GET Offsite Game Pass.pptx | |

Plaintiff's Exhibit List
Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 15 of 50
*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1613 | MSFT-2R-01471352 | MSFT-2R-01471353 | 7/16/2019 | Email from Michael Huntley to Ashley McKissick, Christine McEnery and Jordan Silverthorne re: Gaming Streaming Competitors Slides w/Attach: Game Streaming Subscription Competitors.pptx | |
| PX1624 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1635 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1636 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1638 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1639 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1640 | MSFT-2R-01402182 | MSFT-2R-01402195 | 8/19/2021 | Email from Tim Stuart to Jamie Lawver re: SLT follow-up: Project Zipline w/Attach: Gaming CSA -- Zynga Strategy Approval -- vFinal.docx | |
| PX1651 | | | | | Dkt. 150 (seaking to seal in entirety) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1721 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1741 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1742 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1746 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1747 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1750 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1751 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1752 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1754 | MSFT-2R-02594474 | MSFT-2R-02594474 | 2/10/2022 | Email from Phil Spencer to Pete Hines and Toni Philbrick re: Xbox Blog Post | |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 17 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|-----|---------------|-------------|------|-------------|--------------|
| PX1759 | PX1759-001 | PX1759-002 | 12/4/2021 | Document: Microsoft 4(c)-8: Email from Phil Spencer to Tim Stuart, Amy Hood, Dave O'Hara, et al. re: ACP Project Denali | |
| PX1763 | PX1763-001 | PX1763-028 | Jan. 2022 | Document: Microsoft 4(c)-2: Microsoft Presentation: Board of Directors - Project Denali: Activision Blizzard | |
| PX1764 | PX1764-001 | PX1764-052 | 12/29/2021 | Document: Microsoft 4(c)-5: Activision Blizzard Presentation: Product | |
| PX1767 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1771 | MSFT-2R-10223605 | MSFT-2R-10223607 | 8/26/2022 | Email from Phil Spencer to Jim Ryan re: Microsoft's Commitment to Activision Games on PlayStation Post Merger | |
| PX1777 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1779 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1782 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1784 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1785 | | | | | Dkt. 150 (seeking to seal in part) |

Plaintiff's Exhibit List

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1791 | MSFT-2R-01209234 | MSFT-2R-01209243 | 1/9/2020 | Email from Eugene Kim to David Hampton and Luca Di Mauro re: Project Phoenix w/Attach: Gaming CSA -- Request for Strategy Approval -- Square Enix v7.docx; Gaming Industry Outcomes - Phoenix Support Materials vF.pptx, et al. | |
| PX1805 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1814 | MSFT-2R-11066418 | MSFT-2R-11066420 | 11/22/2022 | Email from Brad Smith to Phil Spencer re: Discussion | |
| PX1823 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1828 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1850 | MSFT-2R-00757609 | MSFT-2R-00757609 | 2/10/2021 | Email from Jill Braff to Phil Spencer, Matt Booty et al. re: Prep Session for Z/B Mtg on 16th | |
| PX1851 | | | | | Dkt. 150 (seeking to seal in part) |

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1852 | MSFT-2R-02086742 | MSFT-2R-02086742 | 11/4/2021 | Email from Jill Braff to Phil Spencer, Matt Booty, Jamie Leder, et al. re: Zeni MBR 11/10: Agenda | |
| PX1854 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1855 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1859 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1865 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1871 | MSFT-2R-07442237 | MSFT-2R-07442237 | 3/25/2022 | Email from Phil Spencer to Jerret West, Ashley McKissick, Sarah Bond, et al. re: Sony's subscription coming | |
| PX1877 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1881 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1883 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX1884 | | | | | Dkt. 150 (seeking to seal in part) |
| PX1887 | | | | | Dkt. 150 (seeking to seal in entirety) |

Plaintiff's Exhibit List
Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 20 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1888 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1889 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1890 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1891 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1893 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1895 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1896 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1897 | MSFT-2R-01740893 | MSFT-2R-01740894 | 9/1/2021 | Email from Tim Stuart to Phil Spencer re: F76 on PSNow | |
| PX1898 | MSFT-2R-03013430 | MSFT-2R-03013430 | 3/6/2019 | Chat between Phil Spencer and Mike Nichols - 2019/03/06 21:44:40 | |
| PX1904 | | | | | Dkt. 150 (seaking to seal in entirety) |

Plaintiff's Exhibit List

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 21 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|-----|---------------|-------------|------|-------------|--------------|
| PX1905 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX1949 | MSFT-2R-00280588 | MSFT-2R-00280592 | 8/19/2019 | Email from Kenny Birge to Aaron Greenberg, Robert Matthews, Sophie Orlando, et al. re: FYI - Inform - Ori and the Blind Forest DE Coming to Nintendo Switch | |
| PX1950 | MSFT-2R-00300052 | MSFT-2R-00300055 | 8/17/2019 | Email from Aaron Greenberg to Shon Damron, John Dongelmans and Kenny Birge re: FYI - Inform - Ori and the Blind Forest DE Coming to Nintendo Switch | |
| PX1951 | | | | | Dkt. 150 (seaking to seal in part) |
| PX1954 | MSFT-2R-02086015 | MSFT-2R-02086016 | 11/11/2020 | Meeting Invitation from Matt Booty to Matt Booty, Jill Braff, Aaron Greenberg, et al. re: Zenimax/Bethesda Exclusivity | |
| PX1962 | MSFT-2R-05686189 | MSFT-2R-05686191 | 9/22/2020 | Email from Aaron Greenberg to Vicky Flores and Xbox Games Biz Planning re: Wall Street Reaction to ZeniMax Media Acquisition | |
| PX1966 | MSFT-2R-08216985 | MSFT-2R-08216992 | 2/9/2021 | Chat between Aaron Greenberg and Others 2021/02/09 18:00:54 | |
| PX1979 | | | | | Dkt. 150 (seaking to seal in entirety) |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1988 | MSFT-2R-00290550 | MSFT-2R-00290554 | 1/9/2021 | Email from Aaron Greenberg to Jerret West, Phil Spencer and Matt Booty re: Project Relic Announce Update [Confidential - Please do not circulate internally] | |
| PX1994 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX1995 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX2002 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2003 | ABK-2R-00965642 | ABK-2R-00965817 ABK-2R-00965642 | 9/16/2019 | Email from Armin Zerza to Julia Boorstin and Armin Zerza re: Research w/Attach: Reports for Armin.zip | |
| PX2006 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2008 | | | | | Dkt. 148 (seeking to seal in part) |

Confidential

**Plaintiff's Exhibit List**

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2017 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2049 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2056 | ABK-2R-00875114 | ABK-2R-00875117 | 1/18/2022 | Email from Robert Kostich to Michael Mantarro, Joshua Taub, Johanna Faries, et al. re: COD #1 and #2 - NPD | |
| PX2073 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2082 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2083 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2093 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2094 | | | | | Dkt. 148 (seeking to seal in entirety) |

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2104 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2107 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2113 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2115 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2126 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX2133 | | | | | Dkt. 148 (seeking to seal in entirety) |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2138 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2139 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2157 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2159 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2160 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2167 | | | | | Dkt. 148 (seeking to seal in entirety) |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2170 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2183 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2186 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2189 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2197 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2198 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2199 | | | | | Dkt. 148 (seeking to seal in part) |

Confidential

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|-----|---------------|-------------|------|-------------|--------------|
| PX2203 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2265 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2282 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2283 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2285 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2288 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2391 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2392 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2393 | | | | | Dkt. 148 (seaking to seal in part) |
| PX2396 | | | | | Dkt. 148 (seaking to seal in entirety) |
| PX2406 | | | | | Dkt. 148 (seaking to seal in part) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2410 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2415 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2419 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX2421 | | | | | Dkt. 148 (seeking to seal in part) |
| PX2443 | | | | | Dkt. 148 (seeking to seal in entirety) |
| PX3047 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3050 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3052 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3053 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3056 | | | | | L.R. 79-5(f) declaration forthcoming |

Plaintiff's Exhibit List

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX3058 | | | | | Dkt. 155 (seeking to seal in part as to email addresses) |
| PX3065 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3066 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX3069 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3077 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3080 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3081 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3085 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3090 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3103 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3103A | | | | | Dkt. 161 (seeking to seal in entirety) |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX3104 | | | | | Dkt. 161 (seeking to seal in part) |
| PX3106 | SIE-MSFT-10288636 | SIE-MSFT-10288638 | 8/26/2022 | Email from Phil Spencer to Jim Ryan re: Microsoft's Commitment to Activision Games on PlayStation Post Merger | |
| PX3109 | SIE-MSFT-10820523 | SIE-MSFT-10820527 | 1/31/2022 | Email from Phil Spencer to Jim Ryan re: Microsoft's Commitment to Activision Games on PlayStation Post Merger w/Attach: Scan_20220131 (2).jpg, Sony Letter Agreement_.pdf | |
| PX3110 | | | | | Dkt. 172 (seeking to seal in entirety) |
| PX3113 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3117 | | | | | Dkt. 161 (seeking to seal in entirety) |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX3123 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3144 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3153 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3157 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3161 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX3206 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX3219 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX3221 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX3235 | | | | | Dkt. 161 (seeking to seal in entirety) |
| PX3236 | NVDA-MSFT-ACT-FTC00148760 | NVDA-MSFT-ACT-FTC00148772 | 12/22/2022 | Email from Ben Damstedt to Phil Eisler re: The Games Market in 2022: The Year in Numbers - Newzoo | |
| PX3241 | | | | | Dkt. 172 (seaking to seal in part) |
| PX3243 | | | | | Dkt. 161 (seeking to seal in entirety) |

Plaintiff's Exhibit List

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 32 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX3270 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX3272 | | | | | Dkt. 172 (seaking to seal in part) |
| PX3275 | | | | | Dkt. 172 (seaking to seal in entirety) |
| **PX3311** | | | | | Dkt. 166 (seeking to seal in entirety) |
| PX3354 | | | | | Dkt. 172 (seaking to seal in part) |
| PX4005 | MSFT-2R-10352288 | MSFT-2R-10352292 | 11/5/2022 | Email from Allison Larkin to Jennifer Luke, Emil Rodriguez, Matt Booty re: Matt Booty on Friends Per Second podcast | |
| PX4007 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4057 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4066 | MSFT-2R-09864312 | MSFT-2R-09864313 | 9/2/2022 | Email from Sarah Bond to Phil Spencer, Lori Wright, Ashley McKissick re: Meta - Quest Event | |
| PX4094 | | | | | L.R. 79-5(f) declaration forthcoming |

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|-----|---------------|-------------|------|-------------|--------------|
| PX4098 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4109 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4120 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4124 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4130 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4145 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4154 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4157 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4168 | MSFT-2R-09836380 | MSFT-2R-09836381 | 6/17/2022 | Email from Peggy Lo to Jason Beaumont, John Snavely, Kevin LaChapelle, et al. re: Project Singularity Steering Committee - You're In! | |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 34 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4181 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4182 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4218 | MSFT-2R-04727628 | MSFT-2R-04727629 | 1/17/2022 | Email from Sarah Bond to Tammy Levine, Leigh Ann Lucero re: For final approval: your topper of Phil's note | |
| PX4260 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4267 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4271 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4289 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4301 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4303 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4308 | MSFT-2R-02087216 | MSFT-2R-02087216 | 11/3/2021 | Email from Jamie Leder to Heather Cooper and Haiyan Zhang re: Nov 10th Zenimax/Xbox MBR agenda | |
| PX4309 | MSFT-2R-02088156 | MSFT-2R-02088158 | 11/10/2021 | Chat between Jamie Lawver and Jill Braff- 2021/11/10 17:01:18 | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4312 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4319 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4322 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4323 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4325 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4329 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4329A | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4334 | | | | | Dkt. 150 (seaking to seal in part) |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 36 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4336 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4341 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4342 | MSFT-2R-09099954 | MSFT-2R-09099959 | 5/2/2022 | Chat between Jamie Lawver and Kelsey Huschka-2022/05/02 15:57:47 | |
| PX4347 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4349 | MSFT-2R-02083802 | MSFT-2R-02083802 | 12/1/2020 | Chat between Matt Booty and Tim Stuart-2020/12/02 16:20:50 | |
| PX4350 | MSFT-2R-02086754 | MSFT-2R-02086756 | 11/5/2021 | Email from Jill Braff to Matt Booty re: JTT recap | |
| PX4351 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4352 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4354 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4358 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4359 | | | | | Dkt. 150 (seeking to seal in entirety) |

Plaintiff's Exhibit List

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 37 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4361 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4362 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4365 | MSFT-2R-03058287 | MSFT-2R-03058288 | 6/13/2021 | Chat between James Campbell and Tim Stuart- 2021/06/13 17:45:14 | |
| PX4366 | MSFT-2R-04863773 | MSFT-2R-04863773 | 2/16/2021 | Email from Jill Braff to Phil Spencer, Matt Booty, Tim Stuart, et al. re: Business Planning Mtg: Series | |
| PX4367 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4372 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4375 | MSFT-2R-02083357 | MSFT-2R-02083357 | 11/10/2021 | Chat between Matt Booty and Tim Stuart- 2021/11/10 21:12:01 | |
| PX4376 | MSFT-2R-02083802 | MSFT-2R-02083802 | 12/1/2020 | Chat between Matt Booty and Tim Stuart- 2020/12/01 16:20:50 | |
| PX4377 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4378 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4380 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4391 | MSFT-2R-00375791 | MSFT-2R-00375792 | 1/8/2021 | Email from Phil Spencer to Pete Hines, Matt Booty, Jerret West re: Project Relic Announce Update [Confidential - Please do not circulate internally] | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4394 | MSFT-2R-00376398 | MSFT-2R-00376400 | 6/14/2021 | Email from Pete Hines to Phil Spencer, Todd Howard. Erin Losi, et al. re: Starfield | |
| PX4406 | MSFT-2R-02594972 | MSFT-2R-02594972 | 2/10/2022 | Unsent draft email to Jamie Leder, Todd Howard, Todd Vaughn re: Xbox blog post | |
| PX4407 | MSFT-2R-02596137 | MSFT-2R-02596137 | 6/14/2021 | Chat between Jessica Finster and Pete Hines-2021/06/14 11:24:23 | |
| PX4408 | MSFT-2R-02596317 | MSFT-2R-02596317 | 2/10/2022 | Chat between Jamie Leder and Pete Hines-2022/02/10 15:33:05 | |
| PX4419 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4430 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4435 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4437 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4476 | PX4476-001 | PX4476-033 | 3/24/2023 | In the Matter of Microsoft Corp. and Activision Blizzard Inc. (Dkt. 9412): Microsoft Corporation's Responses and Objections to Complaint Counsel's First Set of Interrogatories | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4484 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4505 | MSFT-2R-12532216 | MSFT-2R-12532219 | 7/24/2019 | Email from Becky Gill to Michael Kemery and Lauren Block re: help with Games question | |
| PX4535 | MSFT-2R-12370635 | MSFT-2R-12370635 | 1/22/2021 | Email from Diarmuid Murphy to Aaron Greenberg and Jamie Okita re: Meeting with GLT to discuss future title plans | |
| PX4578 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4588 | | | | | Dkt. 150 (seaking to seal in entirety) |
| PX4599 | MSFT-2R-00579537 | MSFT-2R-00579538 | 10/12/2019 | Email from Lori Wright to Sarah Bond re: Gaming SLT Strategy Review - Notes | |
| PX4602 | PX4602-001 | PX4602-021 | 4/28/2021 | Transcript: Microsoft Teams Meeting MSFT-2R-13387889 Presentation on Neutrino | |
| PX4617 | | | | | Dkt. 150 (seaking to seal in entirety) |

Plaintiff's Exhibit List

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 40 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4618 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4622 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4624 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4625 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4627 | MSFT-2R-00578024 | MSFT-2R-00578026 | 9/22/2020 | Email from Lori Wright to Gaming BD re: A new era for Gaming at Microsoft | |
| PX4628 | MSFT-2R-04462496 | MSFT-2R-04462501 | 10/28/2020 | Email from Phil Spencer to Ada Duan, Cynthia Williams, Toni Philbrick, et al. re: ATVI: Armin reaching out | |
| PX4629 | MSFT-2R-12530200 | MSFT-2R-12530205 | 9/30/2019 | Email from Cristina Telleria to Boyd Peterson re: communities? w/Attach: Pettiness from Sony and Gamespots fanboy reviewers; Inside Xbox | |
| PX4631 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4640 | MSFT-2R-01408740 | MSFT-2R-01408741 | 9/26/2020 | Email from Carolyn Amirr to Josh Elvidge, Xbox Finance FTE - WW re: Cloud Game Streaming Market Summary | |

**Plaintiff's Exhibit List**

*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4647 | MSFT-2R-01405539 | MSFT-2R-01405541 | 3/22/2021 | Email from Craig Duncan to Alan Hartman, Matt Booty, et al. re: FY 22 AAA Game Pricing | |
| PX4652 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4670 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4671 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4672 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4673 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4676 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4684 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4694 | | | | | L.R. 79-5(f) declaration forthcoming |

**Plaintiff's Exhibit List**

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 42 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4695 | MSFT-2R-13374333 | MSFT-2R-13374377 | undated | Webpage: Xbox Game Pass, The Evolution of Xbox Game Pass and What it Means for You | |
| PX4712 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4721 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4725 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4768 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4792 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4793 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4818 | MSFT-2R-11099116 | MSFT-2R-11099118 | 12/5/2022 | Chat between jeff.moskowitz@bethesdastudios.com and tvaughn@bethsoft.com - 2022-12-05 21:21:18 | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX4819 | MSFT-2R-11818765 | MSFT-2R-11818771 | 11/1/2022 | Chat transcript: BGS Senior Leadership Team - 2022-11-01 03:55:50 | |
| PX4892 | | | | | Dkt. 150 (seaking to seal in part) |
| PX4893 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4894 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4895 | | | | | Dkt. 150 (seeking to seal in part) |
| PX4896 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4897 | | | | | Dkt. 150 (seeking to seal in entirety) |
| PX4898 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4899 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX4900 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX5000 | PX5000-001 | PX5000-360 | 5/26/2023 | Expert Report of Robin S. Lee, PhD (corrected) | |
| PX5001 | PX5001-001 | PX5001-141 | 6/9/2023 | Expert Witness Rebuttal Report of Dr. Robin S. Lee (corrected) | |
| PX6000 | PX6000-001 | PX6000-289 | 5/5/2021 | USDC, N.D. Cal. - Epic Games, Inc. v. Apple, Inc., Transcript of Proceedings, Bench Trial, Vol. 3, Pages 487-777 | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX7000 | PX7000-001 | PX7000-279 | 8/31/2022 | IH Transcript of Robert Kostich (Activision Blizzard) | |
| PX7001 | PX7001-001 | PX7001-193 | 8/30/2022 | IH Transcript of Michael Ybarra (Activision Blizzard) | |
| PX7002 | PX7002-001 | PX7002-348 | 9/1/2022 | IH Transcript of Kareem Choudhry (Microsoft) | |
| PX7003 | PX7003-001 | PX7003-391 | 9/6/2022 | IH Transcript of Sarah Bond (Microsoft) | |
| PX7004 | PX7004-001 | PX7004-495 | 9/8/2022 | IH Transcript of Armin Zerza (Activision Blizzard) | |
| PX7005 | PX7005-001 | PX7005-288 | 9/8/2022 | IH Transcript of Jerret West (Microsoft) | |
| PX7006 | PX7006-001 | PX7006-343 | 9/20/2022 | IH Transcript of Bobby Kotick (Activision Blizzard) | |
| PX7007 | PX7007-001 | PX7007-417 | 9/22/2022 | IH Transcript of Tim Stuart (Microsoft) | |
| PX7008 | PX7008-001 | PX7008-416 | 9/23/2022 | IH Transcript of Chris Schnakenberg (Microsoft) | |
| PX7009 | PX7009-001 | PX7009-296 | 9/26/2022 | IH Transcript of Brad Smith (Microsoft) | |
| PX7010 | PX7010-001 | PX7010-282 | 9/27/2022 | IH Transcript of Satya Nadella (Microsoft) | |
| PX7011 | PX7011-001 | PX7011-194 | 10/11/2022 | IH Transcript of Phil Spencer Vol. I (Microsoft) | |
| PX7012 | PX7012-001 | PX7012-055 | 10/12/2022 | IH Transcript of Phil Spencer Vol. II (Microsoft) | |
| PX7014 | PX7014-001 | PX7014-144 | 10/5/2022 | IH Transcript of Matthew Booty (Microsoft) | |
| PX7025 | PX7025-001 | PX7025-273 | 3/2/2023 | Deposition Transcript of Brad Smith (Microsoft) | |
| PX7026 | PX7026-001 | PX7026-332 | 3/2/2023 | Deposition Transcript of David Hampton (Microsoft) | |
| PX7027 | PX7027-001 | PX7027-018 | 3/2/2023 | Deposition Transcript of David Hampton (Microsoft Corporate Representative) | |
| PX7028 | PX7028-001 | PX7028-370 | 3/8/2023 | Deposition Transcript of Phil Spencer (Microsoft) | |

Plaintiff's Exhibit List

*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX7029 | PX7029-001 | PX7029-307 | 3/10/2023 | Deposition Transcript of Matt Percy (Microsoft) | |
| PX7030 | PX7030-001 | PX7030-072 | 3/14/2023 | Deposition Transcript of Michael Ybarra (Activision Blizzard) | |
| PX7031 | PX7031-001 | PX7031-109 | 3/14/2023 | Deposition Transcript of Aaron Greenberg (Microsoft) | |
| PX7032 | PX7032-001 | PX7032-156 | 3/15/2023 | Deposition Transcript of Amy Hood (Microsoft) | |
| PX7033 | PX7033-001 | PX7033-272 | 3/16/2023 | Deposition Transcript of Chris Schnakenberg (Activision Blizzard) | |
| PX7034 | PX7034-001 | PX7034-273 | 3/17/2023 | Deposition Transcript of Catherine Gluckstein (Microsoft) | |
| PX7035 | PX7035-001 | PX7035-111 | 3/17/2023 | Deposition Transcript of Bobby Kotick (Activision Blizzard) | |
| PX7036 | PX7036-001 | PX7036-266 | 3/20/2023 | Deposition Transcript of Satya Nadella (Microsoft) | |
| PX7037 | PX7037-001 | PX7037-124 | 3/21/2023 | Deposition Transcript of Jason Ronald (Microsoft) | |
| PX7038 | PX7038-001 | PX7038-200 | 3/22/2023 | Deposition Transcript of Rob Kostich (Activision Blizzard) | |
| PX7039 | PX7039-001 | PX7039-067 | 3/22/2023 | Deposition Transcript of Humam Sakhnini (Activision Blizzard) | |
| PX7040 | PX7040-001 | PX7040-469 | 3/28/2023 | Deposition Transcript of Tim Stuart (Microsoft) | |
| PX7041 | PX7041-001 | PX7041-065 | 3/28/2023 | Deposition Transcript of Tim Stuart (Microsoft Corporate Representative) | |
| PX7042 | PX7042-001 | PX7042-147 | 3/27/2023 | Deposition Transcript of Jamie Lawver (Microsoft) | |
| PX7043 | PX7043-001 | PX7043-041 | 3/27/2023 | Deposition Transcript of Jamie Lawver (Microsoft Corporate Representative) | |
| PX7044 | PX7044-001 | PX7044-422 | 3/27/2023 | Deposition Transcript of Sarah Bond (Microsoft) | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX7046 | PX7046-001 | PX7046-271 | 3/23/2023 | Deposition Transcript of Jamie Leder (Microsoft) | |
| PX7047 | PX7047-001 | PX7047-232 | 3/28/2023 | Deposition Transcript of Michael Schwarz (Microsoft) | |
| PX7048 | PX7048-001 | PX7048-093 | 3/29/2023 | Deposition Transcript of Matthew Booty (Microsoft) | |
| PX7049 | PX7049-001 | PX7049-417 | 3/30/2023 | Deposition Transcript of Pete Hines (Microsoft) | |
| PX7050 | PX7050-001 | PX7050-316 | 3/31/2023 | Deposition Transcript of Kareem Choudhry (Microsoft) | |
| PX7051 | PX7051-001 | PX7051-281 | 4/5/2023 | Deposition Transcript of Boyd Peterson (Microsoft) | |
| PX7052 | PX7052-001 | PX7052-133 | 4/6/2023 | Deposition Transcript of Armin Zerza (Activision Blizzard) | |
| PX7053 | | | | | Dkt. 172 (seaking to seal in part; subject to supplemental motion post-designations) |
| PX7054 | | | | | Dkt. 172 (seaking to seal in part; subject to supplemental motion post-designations) |
| PX7055 | PX7055-001 | PX7055-089 | 4/7/2023 | Deposition Transcript of Lori Wright (Microsoft) | |
| PX7056 | PX7056-001 | PX7056-138 | 4/7/2023 | Deposition Transcript of Diarmuid Murphy (Microsoft) | |
| PX7057 | PX7057-001 | PX7057-035 | 4/7/2023 | Deposition Transcript of Lori Wright (Microsoft Corporate Representative) | |
| PX7058 | | | | | Dkt. 172 (subject to supplemental motion post-designations) |
| PX7059 | PX7059-001 | PX7059-069 | 4/12/2023 | Deposition Transcript of Thomas Prata (Nintendo) | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|------|------|------|------|------|------|
| PX7060 | | | | | Dkt. 161 (seeking to seal in part) |
| PX7061 | | | | | Dkt. 172 (subject to supplemental motion post-designations) |
| PX7062 | | | | | Dkt. 161 (seeking to seal in part) |
| PX7063 | | | | | Dkt. 155 (seaking to seal in part) |
| PX7064 | | | | | L.R. 79-5(f) declaration forthcoming |
| PX7065 | PX7065-001 | PX7065-105 | 5/5/2023 | Deposition Transcript of Steven Singer (Nintendo) | |
| PX8000 | | | | | Dkt. 161 (seeking to seal in part) |
| PX8001 | PX8001-001 | PX8001-018 | 12/5/2022 | Declaration: Jim Ryan (Sony) | |
| PX8002 | | | | | Dkt. 168 (seeking to seal in entirety) |
| PX8003 | | | | | Dkt. 155 (seeking to seal in part) |
| PX9003 | PX9003-001 | PX9003-008 | 1/18/2022 | Document: Microsoft and Activision Blizzard Investor Call | |
| PX9005 | PX9005-001 | PX9005-144 | 2021 | Document: Activision Blizzard 2021 Annual Report | |
| PX9012 | PX9012-001 | PX9012-018 | 7/27/2021 | Transcript: Q4 2021 Microsoft Corp Earnings Call - Final | |
| PX9015 | PX9015-001 | PX9015-016 | 4/26/2022 | Transcript: Q3 2022 Microsoft Corp Earnings Call - Final | |
| PX9026 | PX9026-001 | PX9026-023 | 10/16/2020 | Article: Xbox Boss Phil Spencer On Series X Launch, Halo Infinite & Bethesda | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX9036 | PX9036-001 | PX9036-026 | 5/3/2021 | Document: European Commission DG Comp: Case M.10001 Microsoft/Zenimax Article 6(1)(b) Non-Opposition | |
| PX9037 | PX9037-001 | PX9037-010 | 11/7/2020 | Article: Battle for control: why the age-old console wars show no sign of stopping | |
| PX9050 | PX9050-001 | PX9050-116 | 7/28/2022 | SEC Form 10-K: Microsoft Corp. 2022 Annual Report | |
| PX9052 | PX9052-001 | PX9052-346 | 2/25/2022 | Document: SEC Form 10-K: Activision Blizzard, Inc. 2021 Annual Report | |
| PX9053 | PX9053-001 | PX9053-007 | 7/6/2022 | Article: 2022's Video Game Market Declines Expected to Continue | |
| PX9061 | PX9061-001 | PX9061-005 | 7/28/2022 | Article: Former Xbox Boss: We Encouraged the Console Wars but Not to Create Division | |
| PX9083 | PX9083-001 | PX9083-016 | 6/16/2021 | Article: Bethesda says it understands if PlayStation fans are 'pissed' about Xbox exclusivity | |
| PX9084 | PX9084-013 | PX9084-013 | 7/26/2022 | Transcript: Microsoft Fiscal Year 2022 Fourth Quarter Earnings Conference Call | |
| PX9091 | PX9091-001 | PX9091-013 | 9/14/2020 | Article: Cloud Gaming with Xbox Game Pass Ultimate Launches with More Than 150 Games | |
| PX9095 | PX9095-001 | PX9095-020 | 11/15/2021 | Article: How Xbox outgrew the console: inside Phil Spencer's multi-billion dollar gamble | |
| PX9102 | PX9102-001 | PX9102-022 | 1/25/2022 | Transcript: Microsoft Fiscal Year 2022 Second Quarter Earnings Conference Call | |
| PX9131 | PX9131-001 | PX9131-004 | 11/29/2022 | Article: Microsoft, Activision-Blizzard and the future of gaming | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX9132 | PX9132-001 | PX9132-003 | 11/7/2022 | Article: Modern Warfare II Crosses $1 Billion Sell-Through in 10 Days, Fastest in Franchise History | |
| PX9143 | PX9143-001 | PX9143-006 | 12/9/2020 | Transcript: Barclays Global TMT Conference | |
| PX9158 | PX9158-001 | PX9158-037 | 11/15/2022 | Article: Phil Spencer really wants you to know that native Call of Duty will stay on PlayStation | |
| PX9165 | PX9165-001 | PX9165-006 | 9/7/2022 | Press Release: Modern Warfare II Crosses $1 Billion Sell-Through in 10 Days Fastest in Franchise History | |
| PX9171 | PX9171-001 | PX9171-051 | 10/25/2022 | Transcript: Microsoft FY23 First Quarter Earnings Conference Call | |
| PX9186 | PX9186-001 | PX9186-015 | 6/16/2021 | Transcript of Video: Pete Hines Dives Into Starfield And Redfall \| Play For All 2021 | |
| PX9186A | PX9186-001 | PX9186-001 | 6/16/2021 | Video: Pete Hines Dives Into Starfield And Redfall \| Play For All 2021 | |
| PX9188 | PX9188-001 | PX9188-033 | 3/11/2021 | Transcript of Video: Bethesda Joins Xbox - Roundtable | |
| PX9188A | PX9188-001 | PX9188-001 | 3/12/2021 | Video: Bethesda Joins Xbox - Roundtable | |
| PX9192 | PX9192-001 | PX9192-020 | 11/13/2020 | Article: Microsoft (MSFT) Management Presents at Jeffries Interactive Entertainment Virtual Conference (Transcript) | |
| PX9207 | PX9207-001 | PX9207-025 | 5/10/2022 | Document: Nintendo Financial Results Explanatory Material Fiscal Year Ended March 2022 | |
| PX9209 | PX9209-001 | PX9209-004 | 12/31/2022 | Webpage: Nintendo Top Selling Title Sales Units as of Dec. 31, 2022 | |
| PX9212 | PX9212-001 | PX9212-010 | undated | Document: Nintendo Switch Tech Specs | |

Plaintiff's Exhibit List

Case 3:23-cv-02880-JSC   Document 182-1   Filed 06/22/23   Page 50 of 50
*Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX9252 | PX9252-001 | PX9252-003 | undated | Webpage: Welcome to Xbox Game Studios | |
| PX9264 | PX9264-001 | PX9264-003 | undated | Document: Nintendo Top Selling Title Sales Units | |
| PX9265 | PX9265-001 | PX9265-090 | 1/14/2022 | Document: Nintendo Annual Report 2022 | |
| PX9299 | PX9299-001 | PX9299-007 | undated | Webpage: Nintendo Switch Lite | |
| PX9330 | PX9330-001 | PX9330-014 | 8/16/2021 | Webpage: Microsoft Wants Bethesda Games 'First or Better or Best' on Xbox | |
| PX9346 | PX9346-001 | PX9346-002 | 1/31/2001 | Article: Sega to Quit Production of Dreamcast Console, Develop Games for Rivals | |
| PX9347 | PX9347-001 | PX9347-157 | 4/8/1996 | Document: SEC Form 10-K: Atari Corporation 1995 Annual Report | |
| PX9371 | PX9371-001 | PX9371-003 | 4/11/2023 | Webpage: Announcement Regarding Nintendo Switch | |
| PX9372 | PX9372-001 | PX9372-004 | undated | Webpage: The Forgotten City: Which Platforms Is It On? | |
| PX9388 | PX9388-001 | PX9388-140 | 2/23/2023 | Document: SEC Form 10-K: Activision Blizzard, Inc. 2022 Annual Report | |
| PX9406 | PX9406-001 | PX9406-001 | undated | Xbox Series S | |
| PX9407 | PX9407-001 | PX9407-001 | undated | Xbox Series X | |
| PX9408 | PX9408-001 | PX9408-001 | undated | Playstation 5 | |
| PX9409 | PX9409-001 | PX9409-001 | undated | Nintendo Switch | |
| PX9437 | PX9437-001 | PX9437-010 | 1/13/2017 | Webpage: Nintendo reveals Switch price and date | |
| PX9439 | PX9439-001 | PX9439-006 | 9/13/2021 | Article: Nintendo lowers Switch price across Europe ahead of OLED model | |
| PX9440 | PX9440-001 | PX9440-004 | 1/13/2017 | Webpage: Switch and Play: A More Active Game Life | |