1  James H. Weingarten, DC Bar No. 985070
   Peggy Bayer Femenella, DC Bar No. 472770
2  James Abell, DC Bar No. 990773
   Cem Akleman, FL Bar No. 107666
3  Jennifer Fleury, NY Bar No. 5053178
   Meredith R. Levert, DC Bar No. 498245
4  James Gossmann, DC Bar No. 1048904
   Amanda L. Butler, IL Bar No. 6299218
5  Federal Trade Commission
   600 Pennsylvania Avenue, NW
6  Washington, DC 20580
   Tel: (202) 326-3570
7
   *jweingarten@ftc.gov; pbayer@ftc.gov:*
8  *jabell@ftc.gov; cakleman@ftc.gov;*
   *jfleury@ftc.gov; mlevert@ftc.gov;*
9  *jgossmann@ftc.gov; abutler2@ftc.gov*

10 Erika Wodinsky, Cal. Bar No. 091700
   90 7th Street, Suite 14-300
11 San Francisco, CA 94103
   Tel: (415) 848-5190
12
   *ewodinsky@ftc.gov*
13
   [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]
14
   Attorneys for Plaintiff Federal Trade Commission
15

16                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
17                                **SAN FRANCISCO DIVISION**

18
19 **FEDERAL TRADE COMMISSION**,

20         Plaintiff,

21     v.                                      Case No. 3:23-cv-2880-JSC

22 **MICROSOFT CORP.**                         **PLAINTIFF FEDERAL TRADE**
                                               **COMMISSION'S ADMINISTRATIVE**
23 and                                         **MOTION TO CONSIDER WHETHER**
                                               **ANOTHER PARTY'S MATERIAL**
24 **ACTIVISION BLIZZARD, INC.**,              **SHOULD BE SEALED**

25         Defendants.                         Dept.: Courtroom 8
                                               Judge: Honorable Jacqueline Scott Corley
26

27

28 PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
   ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
   CASE NO. 3:23-CV-2880-JSC

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff Federal Trade Commission's Exhibit List.

Certain portions of Plaintiff's Exhibit List ("FTC Exhibit List") contain information that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp. and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). As detailed below, the Producing Parties have filed and have stated they will file confidentiality declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks to file under seal:

| PX# | Description | Docket Entry |
|---|---|---|
| PX0004 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX0006 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX0031 | Document Description | Dkt. 172 (seeking to seal in part) |
| PX0060 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX0079 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX1006 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1013 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1015 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1019 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1020 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1022 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1023 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1024 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1025 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1039 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1049 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1050 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1052 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1063 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1065 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1070 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1072 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1074 | Document Description | Dkt. 150 (seeking to seal in part) |

| | | |
|---|---|---|
| PX1075 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1080 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1089 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1102 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1110 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1114 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1116 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1136 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1145 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1154 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1157 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1170 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1177 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1182 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1188 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1217 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1240 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1245 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1260 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1310 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1313 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1366 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1391 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1393 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1419 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1425 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1442 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1465 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1471 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1486 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1494 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1514 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1516 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1517 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1529 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1538 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1563 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1571 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1624 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1635 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1636 | Document Description | Dkt. 150 (seeking to seal in part) |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

2

| | | |
|---|---|---|
| PX1638 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1639 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1651 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1721 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1741 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1742 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1746 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1747 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1750 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1751 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1752 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1767 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1777 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1779 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1782 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1784 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1785 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1805 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1823 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1828 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1851 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1854 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1855 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1859 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1865 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1877 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1881 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1883 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1884 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1887 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1888 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1889 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1890 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1891 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1893 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1895 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1896 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1904 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1905 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX1951 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX1979 | Document Description | Dkt. 150 (seeking to seal in entirety) |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

3

| | | |
|---|---|---|
| PX1994 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX1995 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX2002 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2006 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2008 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2017 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2049 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2073 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2082 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2083 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2093 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2094 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2104 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2107 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2113 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2115 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2126 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX2133 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2138 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2139 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2157 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2159 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2160 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2167 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2170 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2183 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2186 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2189 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2197 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2198 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2199 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2203 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2265 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2282 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2283 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2285 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2288 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2391 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2392 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2393 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2396 | Document Description | Dkt. 148 (seeking to seal in entirety) |

| | | |
|---|---|---|
| PX2406 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2410 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2415 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2419 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX2421 | Document Description | Dkt. 148 (seeking to seal in part) |
| PX2443 | Document Description | Dkt. 148 (seeking to seal in entirety) |
| PX3047 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3050 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3052 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3053 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3056 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3058 | Document Description | Dkt. 155 (seeking to seal in part as to email addresses) |
| PX3065 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3066 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX3069 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3077 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3080 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3081 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3085 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3090 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3103 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3103A | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3104 | Document Description | Dkt. 161 (seeking to seal in part) |
| PX3110 | Document Description | Dkt. 172 (seeking to seal in entirety) |
| PX3113 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3117 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3123 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3144 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3153 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3157 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3161 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX3206 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX3219 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX3221 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX3235 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3241 | Document Description | Dkt. 172 (seeking to seal in part) |
| PX3243 | Document Description | Dkt. 161 (seeking to seal in entirety) |
| PX3270 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX3272 | Document Description | Dkt. 172 (seeking to seal in part) |
| PX3275 | Document Description | Dkt. 172 (seeking to seal in entirety) |

| | | |
|---|---|---|
| **PX3311** | Document Description | Dkt. 166 (seeking to seal in entirety) |
| PX3354 | Document Description | Dkt. 172 (seeking to seal in part) |
| PX4007 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4057 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4094 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4098 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4109 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4120 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4124 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4130 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4145 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4154 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4157 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4181 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4182 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4260 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4267 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4271 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4289 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4301 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4303 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4312 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4319 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4322 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4323 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4325 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4329 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4329A | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4334 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4336 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4341 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4347 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4351 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4352 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4354 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4358 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4359 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4361 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4362 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4367 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4372 | Document Description | Dkt. 150 (seeking to seal in part) |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| | | |
|---|---|---|
| PX4377 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4378 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4380 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4419 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4430 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4435 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4437 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4484 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4578 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4588 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4617 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4618 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4622 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4624 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4625 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4631 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4652 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4670 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4671 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4672 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4673 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4676 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4684 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4694 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4712 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4721 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4725 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4768 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4792 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4793 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4892 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4893 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4894 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4895 | Document Description | Dkt. 150 (seeking to seal in part) |
| PX4896 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4897 | Document Description | Dkt. 150 (seeking to seal in entirety) |
| PX4898 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4899 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX4900 | Document Description | L.R. 79-5(f) declaration forthcoming |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

7

| | | |
|---|---|---|
| PX7053 | Document Description | Dkt. 172 (seeking to seal in part; subject to supplemental motion post-designations) |
| PX7054 | Document Description | Dkt. 172 (seeking to seal in part; subject to supplemental motion post-designations) |
| PX7058 | Document Description | Dkt. 172 (subject to supplemental motion post-designations) |
| PX7060 | Document Description | Dkt. 161 (seeking to seal in part) |
| PX7061 | Document Description | Dkt. 172 (subject to supplemental motion post-designations) |
| PX7062 | Document Description | Dkt. 161 (seeking to seal in part) |
| PX7063 | Document Description | Dkt. 155 (seeking to seal in part) |
| PX7064 | Document Description | L.R. 79-5(f) declaration forthcoming |
| PX8000 | Document Description | Dkt. 161 (seeking to seal in part) |
| PX8002 | Document Description | Dkt. 168 (seeking to seal in entirety) |
| PX8003 | Document Description | Dkt. 155 (seeking to seal in part) |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Plaintiff has redacted the above-referenced yellow-highlighted portions of the FTC Exhibit List because Microsoft Corporation ("Microsoft") or Activision Blizzard Inc. ("Activision") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 150); Activision's (1) Administrative Motion Seeking In Camera Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5; and (2) Declaration of Page Robinson In Support Thereof (Dkt. No. 148).

Plaintiff has redacted the above-referenced olive-highlighted portions of the FTC Exhibit List because Amazon.com, Inc. ("Amazon") has informed Plaintiff that it will be filing a motion pursuant to L.R. 79-5(f) to designate information contained therein as confidential.

1    Plaintiff has redacted the above-referenced grey-highlighted portions of the FTC Exhibit List because Google LLC ("Google") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Non-Party Google LLC's Statement in Support of Sealing Certain Confidential Business Material in Parties' Preliminary Injunction Hearing Exhibits (Dkt. No. 155).

Plaintiff has redacted the above-referenced pink-highlighted portions of the FTC Exhibit List because Nintendo of America Inc. ("Nintendo") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Non-Party Nintendo of America Inc. Statement Pursuant to Local Rule 79-5 As To Why Its Confidential Information Should Be Filed Under Seal (Dkt. No. 168); *see also* Non-Party Nintendo of America Inc. Unopposed Motion for Order Changing Time (Dkt. No. 136).

Plaintiff has redacted the above-referenced green-highlighted portions of the FTC Exhibit List because Nvida Corporation ("Nvidia") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Nvidia Corporation's Statement in Support of Sealing Portions of Evidentiary Hearing Exhibits (Dkt. No. 161)

Plaintiff has redacted the above-referenced blue-highlighted portions of the FTC Exhibit List because Sony Interactive Entertainment LLC ("Sony") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Non-Party Sony Interactive Entertainment LLC's Notice of Motion and Administrative Motion for Sealing and In Camera Treatment (Dkt. No. 172); see also Non-Party Sony Interactive Entertainment LLC's Statement in Support of Sealing Certain Confidential Business Material (Dkt. No. 134).

Plaintiff has redacted the above-referenced orange-highlighted portions of the FTC Exhibit List because Valve Corporation ("Valve") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Declaration of Christopher Schenck in Support of [128] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Valve Corporation (Dkt. No. 166).

Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith

Dated: June 22, 2023                              Respectfully submitted,


/s/ Jennifer Fleury
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*