1
2
3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

4
5
6  **FEDERAL TRADE COMMISSION**,
7            Plaintiff,
8       v.
9  **MICROSOFT CORP.**
10  and
11  **ACTIVISION BLIZZARD, INC.,**
12           Defendants.

Case No. 3:23-cv-2880-JSC

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Dept.:  Courtroom 8
Judge: Honorable Jacqueline Scott Corley

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Federal Trade Commission's Exhibit List (Dkt. No. __). Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft Corporation ("Microsoft") and/or Defendant Activision Blizzard, Inc., ("Activision") pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Federal Trade Commission's Exhibit List shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Plaintiff's Federal Trade Commission's Exhibit List within 7 days of entry of this Order.

Dated: _____, 2023

                                                                             Honorable Judge Corley
United States District Judge
Northern District of California

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC

1