Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **DEFENDANTS' FIRST AMENDED STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 22, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") file this First Amended Statement Of Witnesses And Evidence and write to inform the Court that Defendants will call Matt Booty and Sarah Bond as witnesses on Thursday, June 22, 2023.  Defendants understand that Plaintiff Federal Trade Commission ("FTC") intends to call Pete Hines as a witness.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Matt Booty | RX5045 | N/A | N/A |
| Sarah Bond | RX1184 | ECF No. 150 at 45 | N/A |
| | RX1196 | N/A | ECF No. 111, Ex. 70 |
| | RX1211 | ECF No. 150 at 47 | N/A |
| | RX1212 | N/A | ECF No. 111, Ex. 37 |
| | RX3019 | ECF No. 150 at 46 | ECF No. 111, Ex. 38 |
| | RX1221[2] | Amended declaration forthcoming | N/A |
| | RX1222[3] | Amended declaration forthcoming | N/A |

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

[2] Defendants previously cited RX3024 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174. RX3024 is a duplicate version of RX1221, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 47 (citing RX1221).

[3] Defendants previously cited RX3025 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174.  RX3025 is a duplicate version of RX1222, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 47 (citing RX1222).

|  | RX3027 | ECF No. 150 at 48 | N/A |
|---|---|---|---|
|  | RX1245[4] | Amended declaration forthcoming | N/A |
|  | RX5044 | N/A | N/A |
| Pete Hines | N/A | N/A | N/A |

---

[4] Defendants previously cited RX3028 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174. RX3028 is a duplicate version of RX1245, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 50 (citing RX1245).

1

Dated: June 22, 2023                          Respectfully submitted,

2

3

By: */s/ Beth Wilkinson*

By: */s/ Caroline Van Ness*                   Beth Wilkinson (*pro hac vice*)

4   Caroline Van Ness (SBN 281675)             Rakesh N. Kilaru (*pro hac vice*)
    Jack DiCanio (SBN 138782)                  Kieran Gostin (*pro hac vice*)

5   **SKADDEN, ARPS, SLATE, MEAGHER &**        Grace Hill (*pro hac vice*)
    **FLOM LLP**                               Anastasia M. Pastan (*pro hac vice*)

6   525 University Avenue                       Jenna Pavelec (*pro hac vice*)
    Palo Alto, California 94301                Alysha Bohanon (*pro hac vice*)

7   Telephone: (650) 470-4500                  **WILKINSON STEKLOFF LLP**
    Facsimile: (213) 621-5430                  2001 M Street, N.W., 10th Floor

8   Email: jack.dicanio@skadden.com            Washington, D.C. 20036
    Email: caroline.vanness@skadden.com        Telephone: (202) 847-4000

9                                              Facsimile: (202) 847-4005
                                               bwilkinson@wilkinsonstekloff.com
10  Steven C. Sunshine (*pro hac vice*)        rkilaru@wilkinsonstekloff.com
    Julia K. York (*pro hac vice*)             kgostin@wilkinsonstekloff.com

11  **SKADDEN, ARPS, SLATE, MEAGHER &**        ghill@wilkinsonstekloff.com
    **FLOM LLP**                               apastan@wilkinsonstekloff.com

12  1440 New York Avenue, N.W.                 jpavelec@wilkinsonstekloff.com
    Washington, DC 20005-2111                  abohanon@wilkinsonstekloff.com

13  Telephone: (202) 371-7000
    Facsimile: (202) 393-5760

14  Email: steven.sunshine@skadden.com         Bambo Obaro (SBN 267683)
    Email: julia.york@skadden.com              **WEIL, GOTSHAL & MANGES LLP**

15                                             201 Redwood Shores Parkway
    Maria Raptis (*pro hac vice*)              Redwood Shores, CA 94065

16  Matthew M. Martino (*pro hac vice*)        Telephone: (650) 802-3083
    Michael J. Sheerin (*pro hac vice*)        Facsimile: (650) 802-3100

17  Evan R. Kreiner (*pro hac vice*)           bambo.obaro@weil.com
    Bradley J. Pierson (*pro hac vice*)

18  Jessica R. Watters((*pro hac vice*)
    **SKADDEN, ARPS, SLATE, MEAGHER &**        Michael Moiseyev (*pro hac vice*)

19  **FLOM LLP**                               Megan A. Granger (*pro hac vice*)
    1 Manhattan West                           **WEIL, GOTSHAL & MANGES LLP**

20  New York, NY 10001                         2001 M Street, NW
    Telephone: (212) 735-3000                  Suite 600

21  Fax: (212) 735-2000                        Washington, DC 20036
    Email: maria.raptis@skadden.com            Telephone: (202) 682-7000

22  Email: matthew.martino@skadden.com         Facsimile: (202) 857-0940
    Email: michael.sheerin@skadden.com         michael.moiseyev@weil.com

23  Email: evan.kreiner@skadden.com            megan.granger@weil.com
    Email: bradley.pierson@skadden.com

24  Email: jessica.watters@skadden.com         *Counsel for Microsoft Corporation*

25  *Counsel for Defendant Activision Blizzard, Inc.*

26

27

28