Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANTS' FIRST AMENDED STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 22, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") file this First Amended Statement Of Witnesses And Evidence and write to inform the Court that Defendants will call Matt Booty and Sarah Bond as witnesses on Thursday, June 22, 2023. Defendants understand that Plaintiff Federal Trade Commission ("FTC") intends to call Pete Hines as a witness.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Matt Booty | RX5045 | N/A | N/A |
| Sarah Bond | RX1184 | ECF No. 150 at 45 | N/A |
| | RX1196 | N/A | ECF No. 111, Ex. 70 |
| | RX1211 | ECF No. 150 at 47 | N/A |
| | RX1212 | N/A | ECF No. 111, Ex. 37 |
| | RX3019 | ECF No. 150 at 46 | ECF No. 111, Ex. 38 |
| | RX1221[2] | Amended declaration forthcoming | N/A |
| | RX1222[3] | Amended declaration forthcoming | N/A |

---

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

[2] Defendants previously cited RX3024 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174. RX3024 is a duplicate version of RX1221, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 47 (citing RX1221).

[3] Defendants previously cited RX3025 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174. RX3025 is a duplicate version of RX1222, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 47 (citing RX1222).

|  | RX3027 | ECF No. 150 at 48 | N/A |
|---|---|---|---|
|  | RX1245[4] | Amended declaration forthcoming | N/A |
|  | RX5044 | N/A | N/A |
| Pete Hines | N/A | N/A | N/A |

---

[4] Defendants previously cited RX3028 in their Statement Of Witnesses And Evidence For June 22, 2023, Pursuant To Court Order (ECF No. 170), ECF No. 174. RX3028 is a duplicate version of RX1245, cited above. Confidential treatment was previously sought for this document. ECF No. 150 at 50 (citing RX1245).

Dated: June 22, 2023

By: /s/ Caroline Van Ness
Caroline Van Ness (SBN 281675)
Jack DiCanio (SBN 138782)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Maria Raptis (*pro hac vice*)
Matthew M. Martino (*pro hac vice*)
Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
Bradley J. Pierson (*pro hac vice*)
Jessica R. Watters((*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: maria.raptis@skadden.com
Email: matthew.martino@skadden.com
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com
Email: bradley.pierson@skadden.com
Email: jessica.watters@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

Respectfully submitted,

By: /s/ Beth Wilkinson
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corporation*