JEFFREY M. DAVIDSON (SBN 248620)
Email: jdavidson@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Counsel for Third-Party Amazon. com, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICROSOFT CORP.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-02880-JSC<br><br>**NOTICE OF APPEARANCE OF JEFFREY M. DAVIDSON**<br><br>Hon. Jacqueline Scott Corley |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey M. Davidson of the law firm Covington & Burling LLP, Salesforce Tower, 415 Mission St., Suite 5400, San Francisco, CA 94105, enters an appearance in the above-captioned matter as counsel of record on behalf of third-party Amazon.com, Inc.  Mr. Davidson is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the bar of the State of California.

DATED: June 22, 2023

COVINGTON & BURLING LLP

By: */s/  Jeffrey M. Davidson*
     JEFFREY M. DAVIDSON

*Attorney for third-party Amazon.com, Inc.*