UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-02880-JSC<br><br>**ORDER RE: SUBMISSION OF ADMITTED EXHIBITS** |

By 4:00 p.m. each court day, the parties shall email the Court at jscpdf@cand.uscourts.gov a PDF of any exhibit that was admitted that day and not subject to *in camera* review with redactions as appropriate. The exhibits shall be separately attached and titled by exhibit number, e.g. PX4351, RX5044. These exhibits will be made publicly available on the Court's website: https://www.cand.uscourts.gov/ftc-v-microsoft_corp_et_al/.

**IT IS SO ORDERED.**

Dated: June 22, 2023

                                                                        _____<br>
                                                                        JACQUELINE SCOTT CORLEY<br>
                                                                        United States District Judge