Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **AMENDED ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | Date:       TBA<br>Time:       TBA |
| Defendants. | Dept.:      Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5 and the June 14th Order Re: Evidentiary Hearing on Preliminary Injunction Motion (ECF No. 76) ("Order"), Defendant Microsoft Corporation ("Microsoft") respectfully moves this Court to seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of certain exhibits that appear on Plaintiff Federal Trade Commission ("FTC") and Defendants' (collectively, the "Parties") exhibit lists filed June 20, 2023, and the FTC's supplemental exhibit list filed June 21, 2023.

On June 14, 2023, the Court issued an Order directing the Parties, among other things, to identify "each exhibit each party intends to offer at the evidentiary hearing either through a witness declaration or live testimony," including "which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a declaration in support of sealing as required by Local Rule 79-5." Order, at Section A.2. On June 19, 2023, the Parties exchanged their respective exhibit lists, which identify exhibits that the Parties plan to introduce during the evidentiary hearing. Some of these exhibits reveal highly sensitive and proprietary business information that could be used to injure Microsoft if made publicly available. Microsoft filed an Administrative Motion seeking *in camera* treatment of certain exhibits on June 20, 2023 (ECF No. 150). The parties continue to refine their exhibit lists and the appropriate confidentiality designations of these exhibits, and Microsoft hereby files this Amended Administrative Motion to reflect the current status of Microsoft's requests for *in camera* treatment of exhibits.

Below, Microsoft has identified highly confidential material found in the exhibits mentioned in the Parties' exhibit lists, along with the specific bases for sealing required under Local Rule 79-5. The proposed sealing reflects Microsoft's good-faith efforts to narrowly seek sealing of only that information which is competitively sensitive and contained in internal documents, the public disclosure of which would cause injury to Microsoft that cannot be avoided through any more restrictive alternative means:

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| **FTC's Exhibit List and Defendants' Exhibit List** | | | |
| PX1442 | FTC's Exhibit List and Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities which could be used to injure Microsoft if made publicly available. |
| PX1823 | FTC's Exhibit List and Defendants' Exhibit | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions, which could be used to injure Microsoft if made publicly available. |
| PX1102 | FTC's Exhibit List and Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4352 | FTC's Exhibit List and Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

---

[1] Legitimate private interests warrant *in camera* treatment of Microsoft information in this chart, and the unsealing of the information would result in injury to Microsoft that cannot be avoided through any less restrictive alternative to sealing the courtroom.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1063/RX5025 | FTC's Exhibit List and Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX1782/RX2170 | FTC's Exhibit List and Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1779/RX1212 | FTC's Exhibit List and Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1784/RX1213 | FTC's Exhibit List and Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1159/PX1217 | FTC's Exhibit List and Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, revenue figures and projections, and investment decisions, which could be used to injure Microsoft if made publicly available. |
| **FTC's Exhibit List** | | | |
| PX4484 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1089 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1951 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1074 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1075 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1742 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4361 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1070 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4622 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4347 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1571 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision- making process, which could be used to injure Microsoft if made publicly available. |
| PX1721 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4301 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1116 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to investment decisions, which could be used to injure Microsoft if made publicly available. |
| PX4303 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1136 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to investment decisions, which could be used to injure Microsoft if made publicly available. |
| PX4007 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1891 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX1639 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1635 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and assessments of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX1465 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1145 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1023 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1024 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and investment decisions, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4617 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4430 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4358 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4359 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4312 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4362 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4319 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1393 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and internal decision-making processes which could be used to injure Microsoft if made publicly available. |
| PX1884 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4377 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, internal decision-making processes, and business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1883 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1494 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1110 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX4378 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1080 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1039 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4271 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1245 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1260 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4372 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4322 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4323 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4325 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1514 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1516 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1049 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1050 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1310 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4351 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1851 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1636 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1486 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1979 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1805 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1177 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1538 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1877 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1638 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1154 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1471 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1065 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to investment decisions, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4435 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4419 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making process and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1313 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4329/PX4329A | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4334 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1391 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4367 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1624 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX4380 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX1895 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1366 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1157 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1072 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1170 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1425 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4892 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1859 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1025 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1052 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1419 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4057 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1995 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1517 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1890 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1741 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX4336 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1855 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1651 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, market share analyses, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX1240 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1022 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and internal decision-making processes which could be used to injure Microsoft if made publicly available. |
| PX4895 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1785 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, revenue figures, projections, and investment decisions which could be used to injure Microsoft if made publicly available. |
| PX4341 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1563 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1114 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1888 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, market share analyses, and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1752 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and market share analyses, which could be used to injure Microsoft if made publicly available. |
| PX1746 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1750 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1747 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1751 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1904 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and market share analyses, which could be used to injure Microsoft if made publicly available. |
| PX1905 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and market share analyses, which could be used to injure Microsoft if made publicly available. |
| PX1854 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4631 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4181 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4154 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| PX1893 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1887 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to Internal decision-making processes which could be used to injure Microsoft if made publicly available. |
| PX1881 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1896 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4437 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4792 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4793 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1777 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1865 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1889 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4578 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4182 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4588 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX0006 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4897 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4671 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4672 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4893 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal presentations discussing business strategy and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4673 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4894 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4896 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4684 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1182 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and investment decisions, which could be used to injure Microsoft if made publicly available. |
| PX4354 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4260 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and internal decision-making processes which could be used to injure Microsoft if made publicly available. |
| PX4267 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4670 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and assessment of competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4157 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1767 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX1529 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to investment decision, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4676 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX1188 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making process, which could be used to injure Microsoft if made publicly available. |
| PX1015 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1019 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4625 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX1828 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4652 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4624 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4721 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX7002 (Choudhry IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7003 (Bond IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7005 (West IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7007 (Stuart IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7009 (Smith IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7010 (Nadella IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7011 (Spencer IH Tr. Vol I) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7012 (Spencer IH Tr. Vol. II) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7014 (Booty IH Tr.) | FTC's Exhibit List | Transcript Withheld | This investigative hearing transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7025 (Smith Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7026 (Hampton Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7027 (Hampton Corp. Rep. Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7028 (Spencer Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7029 (Percy Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7031 (Greenberg Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7032 (Hood Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7034 (Gluckstein Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7036 (Nadella Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7037 (Ronald Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7040 (Stuart Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7041 (Stuart Corp. Rep. Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7042 (Lawver Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7043 (Lawver Corp. Rep. Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7044 (Bond Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7046 (Leder Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7047 (Schwarz Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7048 (Booty Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7049 (Hines Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7050 (Choudhry Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7051 (Peterson Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7055 (Wright Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX7056 (Murphy Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| PX7057 (Wright Corp. Rep. Dep. Tr.) | FTC's Exhibit List | Transcript Withheld | This deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. Microsoft proposes the parties meet and confer regarding the specific portions of the transcript are intended to be used. |
| **FTC's Supplemental Exhibit List** | | | |
| PX1006 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1013 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX1994 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4098 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4109 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4120 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| PX4124 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4130 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4145 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4289 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4694 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4712 | FTC's Supplemental Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to assessment of the competitive landscape and market share analyses, which could be used to injure Microsoft if made publicly available. |
| PX4725 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX4768 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to terms of existing confidential agreements and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4898 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, investment decisions, and business partnerships, which could be used to injure Microsoft if made publicly available. |
| PX4899 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| PX4900 | FTC's Supplemental Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| **Defendants' Exhibit List** | | | |
| RX1058/RX1258 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX3104 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1060 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX1061 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1062 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1064 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX1065 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1067 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1074 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1077 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1078 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1079 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to revenue figures and projections and investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1080 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1082 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1085 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| RX1086 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX3105 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1088 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4044 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and business partnerships, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1089 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1090 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX5014 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX1093 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1094 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1095 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1096 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| PX4215 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1097 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX1098 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1099 | Defendants' Exhibit List | Attachment Withheld / Redacted Version of Parent Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1100 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to internal decision-making processes and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1102 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1103 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1104 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1105 | Defendants' Exhibit List | Parent Non-Confidential / Redacted Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1106 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| RX1108 | Defendants' Exhibit List | Attachment Withheld / Redacted Version of Parent Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1111 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX1112 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal presentations discussing business strategy and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX1113 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1142 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1117 | Defendants' Exhibit List | Attachment Withheld / Redacted Version of Parent Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1119 | Defendants' Exhibit List | Document Withheld / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited, to internal decision-making processes, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1121 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1122 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX1829 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1123 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX5013 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projection, which could be used to injure Microsoft if made publicly available. |
| RX1125 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations, discussing business strategy, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1128 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1130 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1132 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to investment decisions and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1133 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal discussion of business strategy, which could be used to injure Microsoft if made publicly available. |
| RX1134 | Defendants' Exhibit List | Attachment Withheld / Redacted Version of Parent Document Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| RX1137 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1140 | Defendants' Exhibit List | Document Non-Confidential / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1141 | Defendants' Exhibit List | Document Non-Confidential / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1116 | Defendants' Exhibit List | Document Non-Confidential / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1144 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1146 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX5011 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1152 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1154 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy and revenue figures and projections and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1155 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, revenue figures and projections, and investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1156 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, revenue figures and projections, and investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX3166/RX5003 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX3106 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1161 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1165 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1173 | Defendants' Exhibit List | Parent Document Non-Confidential / Attachment Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1175 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1176 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1178 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1181 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX5012 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy, which could be used to injure Microsoft if made publicly available. |
| RX3107 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1183 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure Microsoft if made publicly available. |
| RX1184 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| PX1774 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy and revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1186 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1187 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1325 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4033 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| PX4028 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

1
2
3

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1193 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |
| RX1198 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |
| RX1200 | Defendants' Exhibit List | Document Withheld / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX3019 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1202 | Defendants' Exhibit List | Document Withheld / Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1209 | Defendants' Exhibit List | Parent Document Non-Confidential / Redacted Version of Attachment Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|----------|-----------|-----------|-----------|
| RX1211 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1212 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1213 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1215 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1217 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1221 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1222 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1321 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX5002 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX1223 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, revenue figures and projections and investment decisions, which could be used to injure Microsoft if made publicly available. |
| RX1230 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX3027 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1233 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1236 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1237 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX5001 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. |
| RX1238 | Defendants' Exhibit List | Parent Document Non-Confidential / Attachment Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreement, which could be used to injure Microsoft if made publicly available. |
| RX1239 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX1241 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1242 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1243 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1244 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX1245 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| RX3112 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements, which could be used to injure Microsoft if made publicly available. |
| PX4238 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request[1] |
|---|---|---|---|
| RX1131 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX1174 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX3024 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX3025 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |
| RX3028 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure Microsoft if made publicly available. |

## ARGUMENT

I. ***In Camera* Treatment of the Exhibits Is Warranted Under Ninth Circuit Precedent as They Contain Microsoft's Confidential Business Information**

The above-mentioned exhibits contain competitively sensitive business information and warrant *in camera* treatment at the evidentiary hearing.  In the Ninth Circuit, "[p]arties seeking to seal judicial records relating to motions that are 'more than tangentially related to the underlying cause of action,' bear the burden of overcoming the presumption with 'compelling reasons supported by specific factual

1  findings that outweigh the general history of access and the public policies favoring disclosure.'" *Lenovo*

2  *(United States) Inc. v. IPCom GmbH & Co.*, KG, 2022 WL 2313948, at *1 (N.D. Cal. Jun. 28, 2022);

3  *see also Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("[T]he court

4  must 'conscientiously [] balance the competing interests' of the public and the party who seeks to keep

5  certain judicial records secret.'").  Courts in this Circuit regularly find that sealing is warranted where

6  the records or information that are sought to be sealed could be used "as sources of business information

7  that might harm a litigant's competitive standing." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598

8  (1978); *see also In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (same); *Velasco v. Chrysler*

9  *Grp. LLC*, 2017 WL 445241, at *2 (C.D. Cal. Jan. 30, 2017) (stating that "district courts in this Circuit

10  have sealed records containing 'information about proprietary business operations, a company's business

11  mode or agreements with clients,' [and] 'internal policies and strategies'") (internal citations omitted).

12  "The Ninth Circuit has explained that 'in general, compelling reasons sufficient to outweigh the

13  public's interest in disclosure and justify sealing court records exist when such court files might have

14  become a vehicle for improper purposes, such as the use of records to . . . release trade secrets.'" *Velasco*,

15  2017 WL 445241, at *2 (quoting *Elec. Arts*, 298 F. App'x at 569); *see also Elec. Arts*, 298 F. App'x at

16  569 ("A 'trade secret may consist of any formula, pattern, device or compilation of information which

17  is used in one's business, and which gives him an opportunity to obtain an advantage over competitors

18  who do not know or use it.'") (citation omitted).  A court has "broad latitude" to grant protective orders

19  to prevent disclosure of "many types of information, including, but not limited to, trade secrets or other

20  confidential research, development, or commercial information." *Phillips ex rel. Estates of Byrd v. Gen.*

21  *Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

22  In determining whether a document should be filed under seal, courts consider, among other

23  things, the measures taken to guard the information's secrecy and the value of the information to the

24  business or its competitors.  *E.g.*, *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206,

25  1212 (9th Cir. 2002).  Here, Microsoft seeks *in camera* treatment of only the exhibits on Defendants'

26  and the FTC's exhibit lists that reference and reflect, among other things, confidential, proprietary

27  information relating to Microsoft's internal decision-making processes, investment decisions, strategic

28

evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy. The disclosure of this information could be used to injure Microsoft if made publicly available.

## II.  *In Camera* Treatment of the Exhibits Is Necessary to Protect Microsoft's Confidential and Proprietary Business Information

Microsoft seeks *in camera* treatment of the above-mentioned exhibits, which contain Microsoft's non-public and highly sensitive information from documents obtained during the course of the FTC's investigation and during litigation discovery. Examples of such confidential information include, but are not limited to, Microsoft's internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy. Disclosure of this information would provide Microsoft's competitors with private data about Microsoft's performance and business strategy, which could harm Microsoft's competitive standing. *See Cont'l Auto. Sys. v. Avanci, LLC*, 2019 WL 6612012, at *4 (N.D. Cal. Dec. 5, 2019). Thus, the unsealing of this highly confidential and sensitive information would cause injury to Microsoft that cannot be avoided through less restrictive alternatives.

Finally, Microsoft provided the FTC with confidential business information from the above-mentioned exhibits pursuant to the statutory and regulatory guarantees of confidentiality contained in the Hart-Scott-Rodino Act or the FTC Act. *See* 15 U.S.C. §§ 18a(h), 46(f), 57b-2(b), 57b-2(c); 6 C.F.R. § 4.10(d)-(g). In similar cases, the FTC has acknowledged the need to maintain the confidentiality of a party's confidential business information that has been provided to the FTC via a regulatory request. *See, e.g.*, *FTC v. Lockheed Martin Corp.*, 2022 WL 1446650, at *2 (D.D.C. Jan. 25, 2022) ("According to the FTC, sealing the complaint is appropriate . . . because the filing includes confidential information submitted . . . pursuant to 'statutory and regulatory guarantees of confidentiality.' . . . The requested sealing covers only confidential information and is, according to the FTC, required by regulation.").

## III.   Conclusion

1       As stated above, compelling reasons justify Microsoft's request for *in camera* treatment of the

2   confidential business information contained in the above-mentioned exhibits.   Microsoft therefore

3   respectfully requests that the Court grant this Motion.   Redacted and unredacted versions of the Exhibits

4   warranting *in camera* treatment are forthcoming.   In accordance with Civil Local Rule 7-11, Microsoft

5   has also filed a Proposed Order herewith.

6

7   Dated: June 22, 2023                    Respectfully submitted,

8                                   By:  */s/ Beth Wilkinson*

9                                   Beth Wilkinson (*pro hac vice*)
                                    Rakesh Kilaru (*pro hac vice*)

10                                   Kieran Gostin (*pro hac vice*)
                                    Grace Hill (*pro hac vice*)

11                                   Anastasia Pastan (*pro hac vice*)
                                    Sarah Neuman (*pro hac vice*)

12                                   Alysha Bohanon (*pro hac vice*)
                                    Jenna Pavelec (*pro hac vice*)

13                                   WILKINSON STEKLOFF LLP

14                                   2001 M Street NW, 10th Floor
                                    Washington, DC 20036

15                                   Telephone: (202) 847-4000
                                    Facsimile: (202) 847-4005

16                                   bwilkinson@wilkinsonstekloff.com

17                                   rkilaru@wilkinsonstekloff.com
                                    kgostin@wilkinsonstekloff.com

18                                   ghill@wilkinsonstekloff.com
                                    apastan@wilkinsonstekloff.com

19                                   sneuman@wilkinsonstekloff.com
                                    abohanon@wilkinsonstekloff.com

20                                   jpavelec@wilkinsonstekloff.com

21                                   Bambo Obaro (Bar No. 267683)

22                                   Weil, Gotshal and Manges
                                    201 Redwood Shores Parkway

23                                   Redwood Shores, CA 94065
                                    Telephone: (650) 802-3083

24                                   Facsimile: (650) 802-3100
                                    bambo.obaro@weil.com

25

26                                   Michael Moiseyev (*pro hac vice*)
                                    Megan A. Granger (*pro hac vice*)

27                                   WEIL, GOTSHAL &MANGES LLP
                                    2001 M Street, NW

28                                   Suite 600

AMENDED ADMIN MOTION SEEKING *IN*                75                CASE NO. 3:23-CV-02880-JSC
*CAMERA* TREATMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Defendant Microsoft Corp.*