1  Beth A. Wilkinson (*pro hac vice*)
   bwilkinson@wilkinsonstekloff.com
2  Rakesh N. Kilaru (*pro hac vice*)
   rkilaru@wilkinsonstekloff.com
3  Kieran Gostin (*pro hac vice*)
4  kgostin@wilkinsonstekloff.com
   Grace Hill (*pro hac vice*)
5  ghill@wilkinsonstekloff.com
   Anastasia M. Pastan (*pro hac vice*)
6  apastan@wilkinsonstekloff.com
   WILKINSON STEKLOFF LLP
7  2001 M Street NW, 10th Floor
8  Washington, DC  20036
   Telephone: (202) 847-4000
9  Facsimile: (202) 847-4005

10 Bambo Obaro
11 bambo.obaro@weil.com
   WEIL, GOTSHAL AND MANGES
12 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
13 Telephone:  (650) 802-3083

14 *Counsel for Microsoft Corporation*

15

16                    UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:22-cv-02880-JSC |
| Plaintiff, | **DECLARATION OF LEIGH ANN LUCERO IN SUPPORT OF AMENDED ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Date:   TBA<br>Time:   TBA<br>Dept.:  Courtroom 8—19th Floor<br>Judge:  Honorable Jacqueline S. Corley |

I, Leigh Ann Lucero, declare as follows:

1. I am Associate General Counsel of Gaming at Microsoft Corporation ("Microsoft"). I submit this declaration in support of Microsoft's Amended Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 ("Microsoft's Amended Administrative Motion"), in connection with exhibits appearing on the parties' exhibit lists.

2. In my role, I have personal knowledge of Microsoft's use and protection of non-public, highly sensitive, and confidential business information, including the information at issue here.

3. I have personal knowledge of the facts set forth below, and I can and would competently testify to such facts if called to do so.

4. As set forth in Microsoft's Amended Administrative Motion, some of the exhibits appearing on Plaintiff Federal Trade Commission's ("FTC") and Defendants' exhibit lists contain non-public and highly sensitive information, including, but not limited to, information reflecting confidential internal business data, revenue figures and projections, business strategy and planning, assessments of the competitive landscape, internal decision-making processes, strategic evaluation of forward-looking opportunities, and market share analyses.

5. Additionally, as further set forth in Microsoft's Amended Administrative Motion, some of these exhibits contain non-public and highly sensitive information, including, but not limited to, information reflecting the terms of, and negotiations regarding, confidential agreements that Microsoft does not disclose to third parties.

6. This information could be used to injure Microsoft if made publicly available, and it would cause competitive harm to Microsoft if the above information was publicly disclosed. For example, disclosure of this information would give Microsoft's competitors insight into its strategies, plans, and assessments regarding potential opportunities, and those competitors may alter their strategic plans or offerings if they knew Microsoft's strategies and plans. Disclosure of this information would also harm Microsoft by allowing its competitors to circumvent the time and resources expended by Microsoft in developing its internal practices and strategies. Disclosure of this information would further harm Microsoft's negotiating position with its business partners.

7. Microsoft takes robust measures to maintain the confidentiality of all the above-described information, including limiting internal disclosure of some of this information to persons on a need-to-know basis, and does not disclose it publicly. All of this information was designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order") in *In the matter of Microsoft Corp. & Activision Blizzard, Inc*. Docket No. 9412 (FTC). For these reasons, Microsoft respectfully requests that the Court order the portions of exhibits set forth in Microsoft's Amended Administrative Motion to be sealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 22, 2023, in Seattle, Washington.

                                         */s/ Leigh Ann Lucero*
                                         Leigh Ann Lucero

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: June 22, 2023

*/s/ Beth Wilkinson*
Beth Wilkinson