1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and<br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER ON MICROSOFT CORP.'S ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Date:     TBD<br>Time:    TBD<br>Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Defendant Microsoft Corp. ("Microsoft") has filed an Amended Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 ("Amended Administrative Motion") that appear on Plaintiff Federal Trade Commission's and Defendants' exhibit lists.

Having considered Defendants' Amended Administrative Motion, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the Amended Administrative Motion is:

[ ]   GRANTED IN ITS ENTIRETY. The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of certain exhibits submitted in the Amended Administrative Motion.

[ ]   DENIED IN ITS ENTIRETY.  Exhibits submitted in the Amended Administrative Motion will not be sealed or receive *in camera* treatment.

[ ]   GRANTED/DENIED IN PART.  The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of the following exhibits submitted in the Amended Administrative Motion.

IT IS SO ORDERED.

DATED:_____, 2023            _____
                                                                    Honorable Jacqueline S. Corley
                                                                    United States District Judge