VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     415.653.3750
Facsimile:     415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:     212.307.5500
Facsimile:     212.307.5598

Attorney for Non-Party Nintendo of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | Case No. 23-cv-02880-JSC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. UNOPPOSED MOTION FOR ORDER CHANGING TIME |
| v. | |
| MICROSOFT CORPORATION, | |
| and | |
| ACTIVISION BLIZZARD, INC. | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Non-Party Nintendo of America Inc.'s ("NOA") Unopposed Motion for Order Changing Time and the supporting Declaration, the Court ORDERS the following:

1. NOA shall file its statement and/or declaration pursuant to Civil Local Rule 79-5 regarding Defendants' Memorandum of Law in Opposition to Motion for Preliminary Injunction (Dkt Nos. 108 *et seq.*) no later than Tuesday, June 27, 2023, 5:00 pm PT.

**IT IS SO ORDERED.**

Dated: June 22, 2023

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge