VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorney for Non-Party Nintendo of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | Case No. 23-cv-02880-JSC |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | **(CIVIL LOCAL RULE 11-3)** |
| MICROSOFT CORPORATION, | |
| and | |
| ACTIVISION BLIZZARD, INC. | |
| Defendants. | |

I, Leonard L. Gordon, an active member in good standing of the bar of The State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Non-Party Nintendo of America, Inc., in the above-entitled action. My local co-counsel in this case is Steven E Swaney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 221437.

| | |
|---|---|
| 151 West 42nd Street<br>New York, New York 10036 | 101 California Street, Suite 3800<br>San Francisco, California 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-370-6252 | 415-653-3722 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lgordon@venable.com | seswaney@venable.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the State of New York, as indicated above; my bar number is 5031463.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2023                                          /s/ Leonard L. Gordon
                                                                            APPLICANT
                                                                            Leonard L. Gordon

-2-
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1
2
3                    ORDER GRANTING APPLICATION
4
                FOR ADMISSION OF ATTORNEY PRO HAC VICE
5
6        IT IS HEREBY ORDERED THAT the application

7  of _____Leonard L. Gordon_____ is

8  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

9  must indicate appearance pro hac vice. Service of papers upon, and communication with, local

10 co-counsel designated in the application will constitute notice to the party.

11 Dated: _____

12
13                                              _____
14                                              HON. JACQUELINE SCOTT CORLEY
                                                    United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Leonard L. Gordon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 2, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 22, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00125130



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022