Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
James Rosenthal (*pro hac vice*)
jrosenthal@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
Sarah Neuman (*pro hac vice*)
sneuman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>　　　　Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANTS' STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 23, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)**<br><br>Dept.:　　Courtroom 8—19th Floor<br>Judge:　　Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") write to inform the Court that Defendants will call Phil Spencer, Jamie Lawver, and Jim Ryan as witnesses on Friday, June 23, 2023. Defendants understand that Plaintiff Federal Trade Commission ("FTC") also intends to call Phil Spencer, Jamie Lawver, Dov Zimring, and Jim Ryan as witnesses on Friday, June 23, 2023. Jim Ryan's testimony will be via deposition designation.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Dov Zimring | RX2014 | ECF No. 155, at 7 (partially redacted) | N/A |
| | RX2015 | ECF No. 155, at 9 (partially redacted) | N/A |
| Jamie Lawver | RX1154 | ECF No. 189 at 63 (redacted) | N/A |
| Jim Ryan | PX3109 | N/A | N/A |
| | RX1162 (Depo. Ex PX3105) | N/A | N/A |
| | PX3106 | ECF No. 189 at 64 (withheld) | N/A |
| | RX0020 | ECF No. 172, at 9 (fully sealed) | N/A |
| | RX0070 | N/A | N/A |
| | RX2064 (Depo. Ex. RX0032) | N/A | N/A |
| | RX0079 | N/A | N/A |
| | RX2163 (Depo. Ex. RX0022) | ECF No. 172, at 15 (partially redacted) | N/A |

---

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Phil Spencer | PX9076 | N/A | N/A |
| | RX1093 | ECF No. 189 at 56 (withheld) | N/A |
| | RX1105 | ECF No. 189 at 58 (parent non-confidential/redaction forthcoming) | N/A |
| | RX1125 | ECF No. 189 at 60 (parent non-confidential/redaction forthcoming | N/A |
| | RX1141 | ECF No. 189 at 62 (document non-confidential/redacted version forthcoming) | ECF No. 111 |
| | RX1147 | N/A | N/A |
| | RX1156 | ECF No. 189 at 63 (document withheld) | N/A |
| | RX1196 | N/A | ECF No. 11, Ex. 70 (As Amended) |
| | RX1233 | ECF No. 189 at 69 (redacted version forthcoming) | N/A |
| | RX2059 | N/A | N/A |
| | RX2085 | N/A | N/A |
| | RX2086 | N/A | N/A |
| | RX2170 | ECF No. 189 at 3 (document withheld) | ECF No. 111 |
| | RX3166 | ECF No. 189 at 63 (document withheld) | ECF No. 111 |

| | | |
|---|---|---|
| 1 | Dated: June 22, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | By: */s/ Caroline Van Ness* | By: */s/ Beth Wilkinson* |

By: */s/ Caroline Van Ness*
Caroline Van Ness (SBN 281675)
Jack DiCanio (SBN 138782)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Maria Raptis (*pro hac vice*)
Matthew M. Martino (*pro hac vice*)
Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
Bradley J. Pierson (*pro hac vice*)
Jessica R. Watters((*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: maria.raptis@skadden.com
Email: matthew.martino@skadden.com
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com
Email: bradley.pierson@skadden.com
Email: jessica.watters@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corp.*