James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 23, 2023** |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 23, 2023 and the exhibits Plaintiff intends to use with the witnesses.

Plaintiff intends to call Phil Spencer, Jamie Lawver, Dov Zimring, and Jim Ryan (by video deposition designation). Listed below are the exhibits Plaintiff intends to use with these witnesses.

Exhibits Plaintiff intends to use with Mr. Spencer:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX1050 | ECF No. 150 at 13 | ECF No. 175 |
| PX1062 | | |
| PX1063 | ECF No. 150 at 3 | ECF No. 175 |
| PX1065 | ECF No. 150 at 15 | ECF No. 175 |
| PX1114 | ECF No. 150 at 22 | |
| PX1145 | ECF No. 150 at 7 | ECF No. 175 |
| PX1471 | ECF No. 150 at 15 | ECF No. 175 |
| PX1510 | | |
| PX1555 | | |
| PX1850 | | |
| PX1851 | ECF No. 150 at 13 | |
| PX1852 | | |
| PX1883 | ECF No. 150 at 10 | |
| PX1887 | ECF No. 150 at 25 | |
| PX1888 | ECF No. 150 at 22 | ECF No. 175 |
| PX1889 | ECF No. 150 at 27 | |
| PX1890 | ECF No. 150 at 20 | |
| PX1893 | ECF No. 150 at 25 | |
| PX1895 | ECF No. 150 at 17 | |
| PX1897 | | ECF No. 175 |
| PX1898 | | ECF No. 175 |
| PX1904 | ECF No. 150 at 24 | |
| PX4377 | ECF No. 150 at 10 | |

| Exhibit No. | | |
|---|---|---|
| PX4725 | | |
| PX4899 | | |
| PX4900 | | |
| PX7011 | | ECF No. 175; ECF No. 132 |
| PX7012 | | ECF No. 175; ECF No. 132 |
| PX7028 | | ECF No. 175 |

Exhibits Plaintiff intends to use with Ms. Lawver:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX1116 | ECF No. 150 at 6 | ECF No. 175 |
| PX1954 | | ECF No. 175 |
| PX4309 | | ECF No. 175 |
| PX4334 | ECF No. 150 at 16 | ECF No. 175 |
| PX4312 | ECF No. 150 at 9 | |
| PX4792 | ECF No. 150 at 26 | ECF No. 175 |
| PX4672 | ECF No. 150 at 28 | ECF No. 175; ECF No. 132 |
| PX4336 | ECF No. 150 at 20 | |
| PX4344 | | |
| PX4319 | ECF No. 150 at 9 | |
| PX4308 | | |
| PX4301 | ECF No. 150 at 6 | |
| PX1391 | ECF No. 150 at 16 | |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 23, 2023
CASE NO. 3:23-cv-02880

| Exhibit No. | | Used in |
|---|---|---|
| PX7042 | | ECF No. 175; ECF No. 132 |
| PX7043 | | ECF No. 175; ECF No. 132 |

Exhibits Plaintiff intends to use with Mr. Zimring:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7063 | | |
| PX8003 | | ECF No. 175 |

Exhibits Plaintiff intends to use with Mr. Ryan:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX3106 | | |
| PX3109 | | |
| PX3110 | ECF No. 172 at 6 | |
| PX7053 | ECF No. 172 at 7 | ECF No. 175; ECF No. 132 |
| PX7054 | ECF No. 172 at 8 | ECF No. 175; ECF No. 132 |
| PX8001 | | ECF No. 175; ECF No. 132 |

| | | |
|---|---|---|
| 1 | DATED: June 23, 2023 | _/s/ James H. Weingarten_ |
| 2 | | James H. Weingarten |
| | | Peggy Bayer Femenella |
| 3 | | James Abell |
| | | Cem Akleman |
| 4 | | J. Alexander Ansaldo |
| | | Michael T. Blevins |
| 5 | | Amanda L. Butler |
| | | Nicole Callan |
| 6 | | Maria Cirincione |
| 7 | | Kassandra DiPietro |
| | | Jennifer Fleury |
| 8 | | Michael A. Franchak |
| | | James Gossmann |
| 9 | | Ethan Gurwitz |
| | | Meredith R. Levert |
| 10 | | David E. Morris |
| | | Merrick Pastore |
| 11 | | Stephen Santulli |
| 12 | | Edmund Saw |

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 23, 2023
CASE NO. 3:23-cv-02880

5