# EXHIBIT A

Case 3:23-cv-02880-JSC   Document 198-1   Filed 06/23/23   Page 2 of 2

**Plaintiff's First Supplement to Exhibit List**　　*Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1555 | | | | | held for L.R. 79-5(f) declaration |
| PX2086 | | | | | held for L.R. 79-5(f) declaration |
| PX3224 | | | | | held for L.R. 79-5(f) declaration |
| PX4344 | | | | | held for L.R. 79-5(f) declaration |
| PX9177 | PX9177-001 | PX9177-004 | 10/28/2021 | Document: Activision Acquires Mobile Game Developer Digital Legends | |
| PX9178 | PX9178-001 | PX9178-208 | 3/21/2022 | Document: Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities | |
| PX9441 | PX9441-001 | PX9441-002 | 6/12/2023 | Webpage: Diablo® IV Crosses $666 Million Sell-Through within Five Days of Launch, Setting New Blizzard All-Time Record | |