James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**MICROSOFT CORP.**<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.,**<br><br>　　　　Defendants. | Case No. 3:23-cv-2880-JSC<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.: Courtroom 8<br>Judge: Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's First Supplement to its Exhibit List.

Certain portions of Plaintiff's First Supplement to its Exhibit List contain information that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp. and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). As detailed below, Plaintiff reasonably expects the producing party may file confidentiality declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks to file under seal:

| PX# | Description | Docket Entry |
|---|---|---|
| PX1555 | Document Description | held for L.R. 79-5(f) declaration |
| PX2086 | Document Description | held for L.R. 79-5(f) declaration |
| PX3224 | Document Description | held for L.R. 79-5(f) declaration |
| PX4344 | Document Description | held for L.R. 79-5(f) declaration |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Plaintiff has redacted the above-referenced yellow-highlighted portions of Plaintiff's First Supplement to its Exhibit List because Microsoft Corporation ("Microsoft") has not yet had an opportunity to designate the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 150).

Plaintiff has redacted the above-referenced pink-highlighted portions of the FTC Exhibit List because Nintendo of America Inc. ("Nintendo") has not yet had an opportunity to designate the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Non-Party Nintendo of America Inc. Statement Pursuant to Local Rule 79-5 As To Why Its Confidential

1  Information Should Be Filed Under Seal (Dkt. No. 168); *see also* Non-Party Nintendo of
2  America Inc. Unopposed Motion for Order Changing Time (Dkt. No. 136).
3       Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-
4  parties' designated material.
5       In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit
6  List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has
7  also filed a Proposed Order herewith

12 Dated: June 23, 2023                                  Respectfully submitted,

14                                          */s/ Jennifer Fleury*
15                                          Jennifer Fleury
                                         Peggy Bayer Femenella
                                         James Abell
                                         Cem Akleman
                                         J. Alexander Ansaldo
                                         Michael T. Blevins
                                         Amanda L. Butler
                                         Nicole Callan
                                         Maria Cirincione
                                         Kassandra DiPietro
                                         Michael A. Franchak
                                         James Gossmann
                                         Ethan Gurwitz
                                         Meredith R. Levert
                                         David E. Morris
                                         Merrick Pastore
                                         Stephen Santulli
                                         Edmund Saw
                                         James H. Weingarten

                                         Federal Trade Commission
                                         600 Pennsylvania Avenue, NW
                                         Washington, DC 20580
                                         Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

3