1

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

5

6 **FEDERAL TRADE COMMISSION**,

7             Plaintiff,

8      v.

9 **MICROSOFT CORP.**

10 and

11 **ACTIVISION BLIZZARD, INC.**,

12             Defendants.

Case No. 3:23-cv-2880-JSC

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Dept.:  Courtroom 8
Judge: Honorable Jacqueline Scott Corley

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1    Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File

2  to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative

3  Motion") in connection with Plaintiff's First Supplement to its Exhibit List (Dkt. No. __).

4  Having considered the FTC's Administrative Motion and any responsive statement or

5  declaration filed by Defendant Microsoft Corporation ("Microsoft") and/or Defendant

6  Activision Blizzard, Inc., ("Activision") pursuant to Civil Local Rule 79-5(f)(3);

7    IT IS HEREBY ORDERED that the Administrative Motion is:

8    [ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Federal Trade

9  Commission's Exhibit List shall remain under seal.

10    [ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version

11  of Plaintiff's Federal Trade Commission's Exhibit List within 7 days of entry of this Order.

12

13

14  Dated: _____, 2023

15                                    _____
                                      Honorable Judge Corley
16                                    United States District Judge
                                      Northern District of California
17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO
    CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
    CASE NO. 3:23-CV-2880-JSC

                                      1