VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorney for Non-Party Nintendo of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | Case No. 23-cv-02880-JSC |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |
| v. | |
| MICROSOFT CORPORATION, | |
| and | |
| ACTIVISION BLIZZARD, INC. | |
| Defendants. | |

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

1    I, Leonard L. Gordon, an active member in good standing of the bar of The State of New

2   York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of

3   California representing Non-Party Nintendo of America, Inc., in the above-entitled action. My

4   local co-counsel in this case is Steven E Swaney, an attorney who is a member of the bar of this

5   Court in good standing and who maintains an office within the State of California. Local co-

6   counsel's bar number is: 221437.

7

8   151 West 42nd Street                           101 California Street, Suite 3800
    New York, New York 10036                        San Francisco, California 94111
9   _____         _____
    MY ADDRESS OF RECORD                             LOCAL CO-COUNSEL'S ADDRESS OF RECORD
10
    212-370-6252                                     415-653-3722
11  _____         _____
                                                     LOCAL CO-COUNSEL'S TELEPHONE # OF
12  MY TELEPHONE # OF RECORD                          RECORD

13  lgordon@venable.com                              seswaney@venable.com
    _____         _____
14                                                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF
    MY EMAIL ADDRESS OF RECORD                        RECORD
15
        I am an active member in good standing of a United States Court or of the highest court

16  of another State or the State of New York, as indicated above; my bar number is 5031463.

17      A true and correct copy of a certificate of good standing or equivalent official document

18  from said bar is attached to this application.

19      I have been granted pro hac vice admission by the Court 1 times in the 12 months

20  preceding this application.

21      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

22  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution

23  Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

24

25  Dated:  June 22, 2023 _____                   /s/ Leonard L. Gordon _____
26                                                   APPLICANT
                                                     Leonard L. Gordon
27

28

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application

of                                                    Leonard L. Gordon          is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local

co-counsel designated in the application will constitute notice to the party.

Dated:     June 23, 2023



UNITED STATES DISTRICT COURT

GRANTED

Jacqueline Scott Corley

Judge Jacqueline Scott Corley

NORTHERN DISTRICT OF CALIFORNIA

_____                                RLEY

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE