UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Federal Trade Commission,

Plaintiff(s),

v.

Microsoft Corp., et al,

Defendant(s).

Case No. 3:23-cv-02880-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Leigh L. Oliver, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amazon.com, Inc. in the above-entitled action. My local co-counsel in this case is Jeffrey M. Davidson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 248620.

Clifford Chance US LLP
2001 K Street NW, 9th Floor
Washington, DC 20006
MY ADDRESS OF RECORD

Covington & Burling LP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 912-5905
MY TELEPHONE # OF RECORD

(415) 591-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

leigh.oliver@cliffordchance.com
MY EMAIL ADDRESS OF RECORD

jdavidson@cov.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 493654.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2023                                    /s/ Leigh L. Oliver
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Leigh L. Oliver  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  June 23, 2023



UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Jacqueline Scott Corley