1   CLEARY GOTTLIEB STEEN & HAMILTON LLP
    Zachary Tschida (State Bar No. 344994)
2   1841 Page Mill Road
    Palo Alto, California 94304
3   Telephone: 650-815-4113
    Facsimile: 650-815-4199
4   ztschida@cgsh.com

5
    Elsbeth Bennett (admitted *pro hac vice*)
6   Carl Lawrence Malm (admitted *pro hac vice*)
    2112 Pennsylvania Ave. NW
7   Washington, DC 20037
    Telephone: 202-974-1500
8   Facsimile: 202-974-1999
    ebennett@cgsh.com
9   lmalm@cgsh.com

10  *Counsel for Non-Party Sony Interactive*
    *Entertainment LLC*
11
                 UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14

15

16

17  | FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |

18  Plaintiff,

19  v.                          **NON-PARTY SONY**
                                **INTERACTIVE**
20  MICROSOFT CORP., et al.,    **ENTERTAINMENT LLC'S**
                                **CONSENTED MOTION FOR AN**
21  Defendants.                 **EXTENSION OF TIME**

22

23

24                              The Honorable Jacqueline Scott
                                Corley
25

26

27

28                              - 1 -

## I.      INTRODUCTION

Pursuant to Civil Local Rule 6-3, Non-Party Sony Interactive Entertainment LLC ("SIE") requests that this Court grant an extension of time for SIE to file certain statements in support of sealing under Civil Local Rule 79-5(f).  The Parties have consented to this request.  The Court recently granted a similar motion for another Non-Party.  *See* ECF 190.

## II.     BACKGROUND

As detailed in previous SIE filings, SIE produced confidential business material in response to a civil investigative demand and subpoenas in the underlying FTC administrative proceeding, *In re Microsoft/Activision Blizzard*, No. 9412 (F.T.C.), which material has been used by the Parties in numerous filings and hearing exhibits in the present action.  SIE has already filed motions and statements in support of sealing with respect to all exhibits and deposition designations, as well as certain filings that contain SIE confidential information.  *See* ECF Nos. 134, 172, 195.  As relevant to the present motion, SIE confidential business material is also included in three additional Party filings for which SIE has not yet filed statements:

- On June 16, 2023, Defendants filed their Memorandum of Law in Opposition to Motion for Preliminary Injunction (ECF No. 106-3) and corresponding Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") (ECF No. 107, subsequently corrected at ECF No. 110).  Defendants did not identify the SIE-related redactions in this brief until June 22.  Decl. of L. Malm ¶ 5.
- On June 20, 2023, the FTC filed its Reply to Defendant's Opposition to Preliminary Injunction Motion (ECF No. 131) and corresponding Administrative Motion (ECF No. 132).  The FTC has not identified the SIE-

- 2 -

related redactions in this brief as of the filing of the present motion.  Decl. of L. Malm ¶ 8.

- On June 22, 2023, Defendants filed their Proposed Pretrial Findings of Fact and Conclusions of Law (ECF No. 177) and corresponding Administrative Motions (ECF No. 179).

## III.   ARGUMENT

Civil Local Rule 79-5(f)(3) requires a non-party whose confidential material has been filed under seal (the "Designating Party") to file a statement regarding the filing party's Administrative Motion to Consider Whether Another Party's Material Should be Sealed.  Ordinarily, the Designating Party has seven days to file such a statement.  In order to do so, however, the Designating Party must know which of its material has been used, which will not be apparent from the redacted filing available on the public docket.

Here, likely due to the press of the expedited proceedings, the Parties have not been able to provide Non-Party SIE with the necessary materials with perfect timeliness.  (Defendants did not provide SIE with the SIE-related redactions in their Opposition brief until June 22, six days after the filing was docketed, and the FTC has still not provided SIE with the SIE-related redactions in its Reply brief).  *See* Malm Decl. Ex. 1; *see also* ECF 188-1.  To allow SIE time to review these materials and prepare its filing, SIE requests the Court grant an extension to Thursday, June 29, 2023.  This deadline will also align SIE's deadlines to file statements with respect to Defendants' Opposition and FTC's Reply to the existing deadline to file its statement with respect to Defendants' Proposed Findings of Fact, permitting SIE to make a consolidated filing with respect to all three statements thus conserving SIE and Court resources.

- 3 -

1   SIE also believes it will be more efficient for the Court to consider a

2   consolidated filing, rather than iterative filings on similar subject matter.  Granting

3   the motion will not impact the progress of the hearing as SIE has already made

4   filings related to the exhibits and deposition designations that relate to the goings

5   on in the courtroom.  *See* ECF 172, 195.

6   **IV.    CONCLUSION**

7   For the foregoing reasons, SIE respectfully requests that the Court grant

8   SIE's motion and extend its time to file statements regarding ECF Nos. 110 and

9   132 to Thursday, June 29, 2023.

10

11   Dated:        June 23, 2023

12

13   Respectfully submitted,

14   CLEARY GOTTLIEB STEEN & HAMILTON LLP

15   */s/ Carl Lawrence Malm*
    Elsbeth Bennett (*pro hac vice*)

16   Carl Lawrence Malm (*pro hac vice*)
    2112 Pennsylvania Ave. NW

17   Washington, DC 20037
    Telephone: 202-974-1500

18   Facsimile: 202-974-1999
    ebennett@cgsh.com

19   lmalm@cgsh.com

20   Zachary Tschida (State Bar No. 344994)

21   1841 Page Mill Road
    Palo Alto, California 94304

22   Telephone: 650-815-4113
    Facsimile: 650-815-4199

23   ztschida@cgsh.com

24

25   *Counsel for Non-Party Sony Interactive Entertainment LLC*

26

27

28

- 4 -