CLEARY GOTTLIEB STEEN & HAMILTON LLP
Elsbeth Bennett (admitted *pro hac vice*)
Carl Lawrence Malm (admitted *pro hac vice*)
ebennett@cgsh.com
lmalm@cgsh.com
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202-974-1500

Zachary G. Tschida (Bar No. 344994)
ztschida@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: 650-815-4100

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF CARL LAWRENCE MALM IN SUPPORT OF NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR AN EXTENSION OF TIME** |

DECLARATION IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S
MOTION FOR AN EXTENSION OF TIME
CASE NO. 3:23-CV-2880

I, Carl Lawrence Malm, declare as follows:

1. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel to Non-Party Sony Interactive Entertainment LLC ("SIE"). The facts contained herein are true, accurate, and complete to the best of my personal knowledge.

2. I make this declaration in support of SIE's Motion for an Extension of Time.

3. On June 16, 2023, Defendants filed their Memorandum of Law in Opposition to Motion for Preliminary Injunction (ECF No. 106-3).

4. Defendants filed a corresponding Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 107) that same day, which was subsequently corrected on June 17, 2023 (ECF No. 110). This Motion indicates that Defendants' Opposition contains information designated as confidential by SIE.

5. On June 22, 2023, at 12:47 a.m. Eastern Time, Defendants sent SIE counsel by email a chart showing the SIE-related redactions in their Opposition brief.

6. On June 20, 2023, the FTC filed its Reply to Defendant's Opposition to Preliminary Injunction Motion (ECF No. 131).

7. The FTC filed a corresponding Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 132) that same day. This Motion indicates that the FTC's Reply contains information designated as confidential by SIE.

8. As of execution, the FTC has not provided SIE counsel with the SIE redacted material in its Reply brief, though the FTC has stated that it intends to do so shortly.

9. Counsel for Defendants and the FTC have consented to SIE's motion.

1  10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 23, 2023, in Washington, D.C.

By /s/ *Carl Lawrence Malm*
Carl Lawrence Malm