CLEARY GOTTLIEB STEEN & HAMILTON LLP
Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

Elsbeth Bennett (admitted *pro hac vice*)
Carl Lawrence Malm (admitted *pro hac vice*)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999
ebennett@cgsh.com
lmalm@cgsh.com

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR AN EXTENSION OF TIME**<br><br>The Honorable Jacqueline Scott Corley |

# [Proposed] Order

The Court, having fully considered the papers and arguments presented, hereby ORDERS that the deadline for SIE to file its statements regarding ECF Nos. 110 and 132 is extended to Thursday June 29, 2023.

**IT IS SO ORDERED.**

DATED:_____  _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S
MOTION FOR AN EXTENSION OF TIME
3:23-CV-02880-JSC