VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     415.653.3750
Facsimile:      415.653.3755

Leonard L. Gordon (*pro hac vice* application forthcoming)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice* application forthcoming)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:     212.307.5500
Facsimile:      212.307.5598

Attorney for Non-Party Nintendo of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.<br><br>    Defendants. | Case No. 23-cv-02880-JSC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

1  I, Benjamin P. Argyle, an active member in good standing of the bar of The State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Non-Party Nintendo of America, Inc., in the above-entitled action. My local co-counsel in this case is Steven E Swaney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 221437.

| 151 West 42nd Street <br> New York, New York 10036 | 101 California Street, Suite 3800 <br> San Francisco, California 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-503-0665 | 415-653-3722 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bpargyle@venable.com | seswaney@venable.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the State of New York, as indicated above; my bar number is 5300678.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 22, 2023                             /s/ Benjamin P. Argyle
                                                                     APPLICANT
                                                                     Benjamin P. Argyle

1
2
3                            ORDER GRANTING APPLICATION
4
                       FOR ADMISSION OF ATTORNEY PRO HAC VICE
5
6          IT IS HEREBY ORDERED THAT the application

7   of                              <u>Benjamin P. Argyle</u>         is

8   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

9   must indicate appearance pro hac vice. Service of papers upon, and communication with, local

10  co-counsel designated in the application will constitute notice to the party.

11  Dated:  <u>June 23, 2023</u>

12
                                              *Jacqueline Scott Corley* (signature)
13                                        _____
                                              HON. JACQUELINE SCOTT CORLEY
14                                                 United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28