

# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** June 22, 2023　　　　　　　　　　　　　　　　　　　　　　**Time:** 6:03

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cv-02880-JSC

**Case Name:** Federal Trade Commission v. Microsoft Corporation, et al.

**Attorneys for Plaintiff FTC:** James Weingarten/Nicole Callan/ Peggy Bayer Femenella/Jenny Fleury/Meredith Levert

**Attorneys for Defendant Microsoft:** Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Sarah Neuman/Anastasia Pastan

**Attorneys for Defendant Activision Blizzard**: Steven Sunshine/Julia York

**Deputy Clerk:** Ada Means　　　　　　　　　　　　**Court Reporter:** Marla Knox

## PROCEEDINGS

Evidentiary hearing (Day 1) held.  Examinations of Matt Booty, Peter Hines, and Sarah Bond.

Please see trial log for complete details.