UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02880-JSC

Case Name: Federal Trade Commission v. Microsoft Corporation, et al.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR FTC: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | James Weingarten/Nicole Callan/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert | Beth Wilkinson/Kieran Gostin/Grace Hill, Rakesh Kilaru/Sarah Neuman/Anastasia Pastan/ Steven Sunshine/Julia York |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| June 22, 2023 (Day 1) | Marla Knox | Ada Means |

| PLTF. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:16 a.m. | | | Court and counsel confer re: exhibits. (SEALED) |
| | | 8:28 a.m. | | | Court is in recess. |
| | | 8:34 a.m. | | | Plaintiff's opening statement presented by Mr. Weingarten. |
| | | 8:57 a.m. | | | Defendants' opening statement presented by Ms. Wilkinson |
| | | 9:22 a.m. | | | **MATT BOOTY** is sworn as a witness for Plaintiff and is under direct examination by Ms. Callan. |
| PX4351 | | 9:47 a.m. | X | X | |
| PX1442 | | 9:48 a.m. | X | X | |
| PX4352 | | 9:50 a.m. | X | X | |
| | | 9:50 a.m. | | | Matt Booty under cross examination by Mr. Kilaru. |
| PX5045 | | 9:57 a.m. | X | X | |
| | | 10:01 | | | Matt Booty under examination by the Court. |
| | | 10:04 a.m. | | | Matt Booty under redirect examination by Ms. Callan. |
| | | 10:09 a.m. | | | Matt Booty under recross examination by Mr. Kilaru. |
| | | 10:10 a.m. | | | Matt Booty is excused. The Court called for the morning recess. |
| | | 10:33 a.m. | | | Court reconvenes, all parties present. **PETER HINES** is sworn as a witness for Plaintiff and is under direct examination by Jenny Fleury. |
| PX9168 | | 10:44 a.m. | X | X | video |
| PX4406 | | 10:52 a.m. | X | X | |
| | | 10:55 a.m. | | | Peter Hines under cross examination by Ms. Hill. |
| PX9186 | | 11:00 a.m. | X | X | Transcript of 9168 video |
| | | 11:12 a.m. | | | Peter Hines under redirect examination by Ms. Fleury. |
| PX4391 | | 11:14 a.m. | X | X | |

1

| | | | | | |
|---|---|---|---|---|---|
| PX1754 | | 11:15 a.m. | X | X | |
| PX4408 | | 11:18 a.m. | X | X | |
| | | 11:19 a.m. | | | Peter Hines under cross examination by Grace Hill. |
| | | 11:20 a.m. | | | Peter Hines under examination by the Court. |
| | | 11:22 a.m. | | | Peter Hines is excused. **SARAH BOND** is called out of the order and sworn as a witness for Defendants and under direct examination by Ms. Wilkinson. |
| | RX5044 | 11:38 a.m. | X | X | |
| | | 12:00 p.m. | | | The Court called for the noon recess. |
| | | 12:47 p.m. | | | Court reconvenes, all parties present. Sarah Bond resumes the witness stand and is under further direct examination by Ms. Wilkinson. |
| | RX3019 | 1:12 p.m. | X | X | |
| | RX1212 | 1:14 p.m. | X | X | |
| | RX1184 | 1:14 p.m. | X | X | |
| | RX1211 | 1:20 p.m. | X | X | |
| | RX3024 | 1:24 p.m. | X | X | |
| | RX3025 | 1:25 p.m. | X | X | |
| | RX3027 | 1:26 p.m. | X | X | |
| | | 1:28 p.m. | | | Sarah Bond under examination by the Court. |
| | | 1:31 p.m. | | | Sarah Bond under cross examination by Jenny Fleury. |
| | RX1784 | 2:00 p.m. | X | X | |
| | | 2:00 p.m. | | | The Court call for a brief recess. |
| | | 2:15 p.m. | | | Court reconvenes, all parties present. Sarah Bond under redirect examination by Ms. Wilkinson. |
| | | 2:19 p.m. | | | Sarah Bond is excused. Court is adjourned for the day. The matter is continued to June 23, 2023. |