

# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 23, 2023                                                        **Time:** 7:15

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cv-02880-JSC

**Case Name:** Federal Trade Commission v. Microsoft Corporation, et al.


**Attorneys for Plaintiff FTC:** James Weingarten/Jim Abell/Cem Akleman/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Ethan Gurwitz

**Attorneys for Defendant Microsoft:** Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan

**Attorneys for Defendant Activision Blizzard**: Steven Sunshine/Julia York

**Deputy Clerk:** Ada Means                                    **Court Reporter:** Marla Knox


### PROCEEDINGS

Evidentiary hearing (Day 2) held. Examinations of Jamie Lawver, Phil Spencer, and Dov Zimring. Please see trial log for complete details.