## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02880-JSC

Case Name: Federal Trade Commission v. Microsoft Corporation, et al.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR FTC: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | James Weingarten/Jim Abell/Cem Akleman/ Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Ethan Gurwitz | Beth Wilkinson/Kieran Gostin/Grace Hill, Rakesh Kilaru/Anastasia Pastan/ Steven Sunshine/Julia York |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| June 23, 2023 (Day 2) | Marla Knox | Ada Means |

| PLTF. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 a.m. | | | Court and counsel confer re: witnesses and exhibits. **(SEALED)** |
| | | 8:28 a.m. | | | Court is in recess. |
| | | 8:33 a.m. | | | Court reconvenes, all parties present. The Court informed the audience that the examination of the next witness will be held undersealed. |
| | | 8:35 a.m. | | | **JAMIE LAWVER** is sworn as a witness and is under direct examination by Mr. Gurwitz. **(SEALED)** |
| PX4344 | | 8:40 a.m. | X | X | |
| PX1116 | | 8:48 a.m. | X | X | |
| PX4309 | | 8:55 a.m. | X | X | |
| PX4334 | | 8:58 a.m. | X | X | |
| PX4312 | | 9:04 a.m. | X | X | |
| | | 9:09 a.m. | | | Jamie Lawver under cross examination by Mr. Gostin. |
| | | 9:22 a.m. | | | Jamie Lawver under redirect examination by Mr. Gurwitz. |
| | | 9:26 a.m. | | | Jamie Lawver under recross examination by Mr. Gostin. Jamie Lawver is excused as a witness. |
| | | 9:28 p.m. | | | Court is now in open court. **PHIL SPENCER** is sworn as a witness for Plaintiff and is under direct examination by Mr. Weingarten. |
| PX1114 | | 9:47 a.m. | X | X | |
| PX1888 | | 9:51 a.m. | X | X | |
| PX1889 | | 9:57 a.m. | X | X | |
| PX1887 | | 9:58 a.m. | X | X | |
| | | 10:04 a.m. | | | The Court called for the morning recess. |

| | | | | | |
|---|---|---|---|---|---|
| | | 10:20 a.m. | | | Court reconvenes, all parties present. Phil Spencer resumes the witness stand and is under further direct examination by Mr. Weingarten. |
| PX1145 | | 10:28 p.m. | X | X | |
| PX1065 | | 10:37 a.m. | X | X | |
| PX1898 | | 11:00 a.m. | X | X | |
| PX1895 | | 11:01 a.m. | X | X | |
| PX1897 | | 11:01 a.m. | X | X | |
| PX4377 | | 11:20 a.m. | X | X | |
| PX1850 | | 11:23 a.m. | X | X | |
| PX1851 | | 11:26 a.m. | X | X | |
| PX1852 | | 11:28 a.m. | X | X | |
| PX4725 | | 11:44 a.m. | X | X | |
| | | 11:48 a.m. | | | Phil Spencer under cross examination by Ms. Wilkinson. |
| | | 12:00 p.m. | | | The Court called for the noon recess. |
| | | 12:32 p.m. | | | Court reconvenes, all parties present. Court and counsel confer re: Jim Ryan's testimony. *Elsbeth Bennett appeared on behalf of Sony. **(SEALED)** |
| | | 12:58 p.m. | | | Court is now in open court. Phill Spencer resumes the witness stand and is under cross examination by Ms. Wilkinson. |
| | RX1125 | 1:02 p.m. | X | X | |
| | RX1093 | 1:11 p.m. | X | X | |
| | RX1141 | 1:16 p.m. | X | X | |
| | RX3166 | 1:22 p.m. | X | X | |
| | RX1147 | 1:27 p.m. | X | X | |
| | RX1156 | 1:29 p.m. | X | X | |
| | RX3156 | 1:48 p.m. | X | X | |
| | RX5046 | 1:48 p.m. | X | X | |
| PX1145 | | 1:48 p.m. | X | X | |
| | RX2170 | 2:16 p.m. | X | X | |
| | | 2:18 p.m. | | | The Court called for the afternoon recess. |
| | | 2:29 p.m. | | | Court reconvenes, all parties present. Phil Spencer resumes the witness stand and is under redirect examination by Mr. Weingarten. |
| | | 2:57 p.m. | | | Phil Spencer is excused. **DOV ZIMRING** is sworn as a witness and under direct examination by Mr. Akleman. |
| PX8003 | | 3:19 p.m. | X | X | |
| | | 3:22 p.m. | | | Dov Zimring under cross examination by Anastasia Pastan. |
| | | 3:29 p.m. | | | Dov Zimring under redirect examination by Mr. Akleman. |
| | | 3:30 p.m. | | | Dov Zimring is excused. |

|  |  | 3:32 p.m. |  |  | Court is adjourned for the day. The matter is continued to June 27, 2023. |