# EXHIBIT A

Plaintiff's Second Supplement to Exhibit List                    *Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1261 | | | | | held for L.R. 79-5(f) declaration |
| PX2403 | | | | | held for L.R. 79-5(f) declaration |
| PX4028 | | | | | held for L.R. 79-5(f) declaration |
| PX4179 | | | | | held for L.R. 79-5(f) declaration |
| PX4242 | | | | | held for L.R. 79-5(f) declaration |
| PX4743 | | | | | held for L.R. 79-5(f) declaration |
| PX4759 | | | | | held for L.R. 79-5(f) declaration |
| PX4775 | | | | | held for L.R. 79-5(f) declaration |
| PX4808 | | | | | held for L.R. 79-5(f) declaration |
| PX4902 | | | | | held for L.R. 79-5(f) declaration |
| PX9105 | PX9105-001 | PX9105-011 | 9/12/2022 | Article: Phil Spencer interview: The head of Xbox dishes on Game Pass, Xbox shortages and what's next | |
| PX9448 | PX9448-001 | PX9448-198 | 2/27/2020 | Document: SEC Form 10-K: Activision Blizzard, Inc. 2019 Annual Report | |

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX9451 | PX9451-001 | PX9451-071 | 4/25/2023 | Document: SEC Form 10-Q: Microsoft Corporation Q3 2023 Quarterly Report | |