James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission,
2  respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3  Should be Sealed in connection with Plaintiff's Second Supplement to its Exhibit List.

4  Certain portions of Plaintiff's Second Supplement to its Exhibit List contain information
5  that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp.*
6  *and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission
7  Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated
8  as Confidential pursuant to the Protective Order Governing Confidential Material entered on
9  December 9, 2022 ("Administrative Protective Order"). As detailed below, Plaintiff reasonably
10 expects the producing party may file confidentiality declarations in support of sealing as
11 required by Local Rule 79-5. Accordingly, Plaintiff seeks to file under seal:

| PX# | Description | Docket Entry |
|---|---|---|
| PX1261 | Document Description | held for L.R. 79-5(f) declaration |
| PX2403 | Document Description | held for L.R. 79-5(f) declaration |
| PX4028 | Document Description | held for L.R. 79-5(f) declaration |
| PX4179 | Document Description | held for L.R. 79-5(f) declaration |
| PX4242 | Document Description | held for L.R. 79-5(f) declaration |
| PX4743 | Document Description | held for L.R. 79-5(f) declaration |
| PX4759 | Document Description | held for L.R. 79-5(f) declaration |
| PX4775 | Document Description | held for L.R. 79-5(f) declaration |
| PX4808 | Document Description | held for L.R. 79-5(f) declaration |
| PX4902 | Document Description | held for L.R. 79-5(f) declaration |

19  Materials and documents may be provisionally filed under seal pursuant to Civil Local
20 Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by
21 another party or non-party." L.R. 79-5(f).

22  Plaintiff has redacted the above-referenced yellow-highlighted portions of the FTC
23 Exhibit List because Microsoft Corporation ("Microsoft") or Activision Blizzard Inc.
24 ("Activision") has designated the information contained therein as confidential pursuant to L.R.
25 79-5(f). *See* Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain
26 Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 150); Microsoft's Administrative

28  PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1

1  Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5
2  (Dkt. No. 199); Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain
3  Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 201); Activision's (1) Administrative
4  Motion Seeking In Camera Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5;
5  and (2) Declaration of Page Robinson In Support Thereof (Dkt. No. 148); Activision's (1)
6  Second Amended Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits
7  Pursuant to Civil L.R. 7-11 and 79-5; and (2) Declaration of Page Robinson In Support Thereof
8  (Dkt. No. 197); Activision's (1) Third Amended Administrative Motion Seeking *In Camera*
9  Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5; and (2) Declaration of Page
10 Robinson In Support Thereof (Dkt. No. 205).

11  Plaintiff takes no position on the merits of sealing Microsoft's and Activision's
12  designated material.

13  In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit
14  List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has
15  also filed a Proposed Order herewith

20  Dated: June 26, 2023                               Respectfully submitted,

22                                                    */s/ Jennifer Fleury*
                                                      Jennifer Fleury
23                                                    Peggy Bayer Femenella
                                                      James Abell
24                                                    Cem Akleman
                                                      J. Alexander Ansaldo
25                                                    Michael T. Blevins
                                                      Amanda L. Butler
26                                                    Nicole Callan
                                                      Maria Cirincione
27

28  PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
    ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
    CASE NO. 3:23-CV-2880-JSC

Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

3