UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission, <br> Plaintiff(s), <br> v. <br> Microsoft Corp., et al, <br> Defendant(s). | Case No. 3:23-cv-02880 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Michael Bonanno, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: NVIDIA Corporation in the above-entitled action. My local co-counsel in this case is Ognjen Zivojnovic, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 307801.

| | |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP <br> 1300 I Street NW, Suite 900 <br> Washington, DC 20005 <br> MY ADDRESS OF RECORD | Quinn Emanuel Urquhart & Sullivan, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111-4788 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 538-8000 <br> MY TELEPHONE # OF RECORD | (415) 875-6600 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mikebonanno@quinnemanuel.com <br> MY EMAIL ADDRESS OF RECORD | ogizivojnovic@quinnemanuel.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 998208.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2023                                                    Michael Bonanno
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael Bonanno is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                            _____
                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Michael D Bonanno*

*was duly qualified and admitted on December 6, 2010 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 11, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*