QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Michael D. Bonanno (*pro hac vice* pending)
mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:      (202) 538-8100

*Attorneys for NVIDIA Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 3:23-cv-2880 |
| Plaintiff, | **NVIDIA CORPORATION'S MOTION TO APPEAR TELEPHONICALLY** |
| vs. | The Honorable Jacqueline Scott Corley |
| MICROSOFT CORP., | |
| and | |
| ACTIVISION BLIZZARD, INC., | |
| Defendants. | |

The Court's June 21, 2023 Order (ECF 170) states that "[t]he Court will convene at 8:15 a.m. each court day in closed session to try to resolve confidentiality issues so the public proceedings are as public as possible. Any non-parties who have a confidentiality objection to the day's proposed testimony/exhibits may appear to argue their objection."

On June 21, 2023, Non-Party NVIDIA Corporation ("NVIDIA") filed a motion to seal a narrow subset of the evidence identified by the parties for use in these proceedings that NVIDIA had produced during the Federal Trade Commission's investigation of the proposed acquisition of Activision Blizzard, Inc. by Microsoft Corp. and related litigation. *See* ECF 161.

On Saturday, June 24, at 9:38 pm ET, the FTC notified NVIDIA that it intends to offer the testimony of two NVIDIA witnesses via video deposition during the evidentiary hearing on the FTC's preliminary injunction motion on June 27, 2023. On Sunday, June 25 at 3:01 pm ET, the FTC identified the specific designated testimony it intends to offer from those witnesses. Today, June 26 at 11:03 am ET, Defendants identified the testimony they intend to offer through counter designations.

NVIDIA's motion to seal asks the Court to seal some parts of the designated testimony the parties intend to offer by video. NVIDIA therefore respectfully asks the Court to grant NVIDIA's motion to seal (ECF 161) and keep those discrete parts of the two NVIDIA depositions shielded from public view.

Due to prior scheduling commitments, NVIDIA's lead counsel, Mike Bonanno, will be unable to appear in person before the Court at 8:15 am PT. NVIDIA therefore respectfully requests leave from the Court for Mr. Bonanno to appear telephonically if the Court wishes to hear argument on NVIDIA's motion to seal. NVIDIA respectfully requests an opportunity to heard before any of the information that is the subject of its motion to seal is made available to the public.

1  DATED: June 26, 2023 QUINN EMANUEL URQUHART &
2  SULLIVAN, LLP
3
4  By /s/ Ognjen Zivojnovic
   Ognjen Zivojnovic
5  Michael D. Bonanno (*pro hac vice* pending)
6  *Attorneys for NVIDIA Corporation*

# CERTIFICATE OF SERVICE

I, Ognjen Zivojnovic, hereby certify that on June 26, 2023, the foregoing **NVIDIA CORPORATION'S MOTION TO APPEAR TELEPHONICALLY** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: June 26, 2023

By  */s/ Ognjen Zivojnovic*
    Ognjen Zivojnovic