QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Michael D. Bonanno (*pro hac vice* pending)
mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:      (202) 538-8100

*Attorneys for NVIDIA Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 3:23-cv-2880 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NVIDIA CORPORATION'S MOTION TO APPEAR TELEPHONICALLY** |
| vs. | |
| MICROSOFT CORP., | The Honorable Jacqueline Scott Corley |
| and | |
| ACTIVISION BLIZZARD, INC., | |
| Defendants. | |

**[Proposed] Order**

The Court, having fully considered the papers and arguments presented, hereby GRANTS NVIDIA Corporation's ("NVIDIA") Motion to Appear Telephonically. Counsel for NVIDIA is granted leave to attend the closed session on June 27, 2023 at 8:15 a.m. via telephone. The Court will provide counsel with dial-in information and instructions for attending this closed session telephonically.

**IT IS SO ORDERED.**

DATED: _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE