QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700
Michael D. Bonanno (*pro hac vice* pending)
mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:   (202) 538-8000
Facsimile:    (202) 538-8100

*Attorneys for NVIDIA Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORP.,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | CASE NO. 3:23-cv-2880<br><br>**[PROPOSED] ORDER TO NVIDIA CORPORATION'S STATEMENT IN SUPPORT OF SEALING REGARDING THE DIRECT TESTIMONY OF ROBIN S. LEE, PHD**<br><br>The Honorable Jacqueline Scott Corley |

**[Proposed] Order**

The Court, having fully considered the papers and arguments presented, hereby ORDERS that the Direct Testimony of Robin S. Lee, PhD. will be sealed, and the courtroom will be sealed during presentation of the Dr. Lee's testimony during the evidentiary hearing on the preliminary injunction motion, with respect to the following materials, as follows:

| Document | Portions to Be Sealed | Basis for Sealing |
|---|---|---|
| Direct Testimony of Robin S. Lee, PhD. | Footnote 158. | Footnote 158 describes a portion of a declaration submitted by an NVIDIA executive during the FTC's investigation. Decl. ¶ 3 (citing ECF 161-1 ¶ 16). The declaration describes sensitive business information concerning NVIDIA's cloud gaming business, including NVIDIA's negotiations with a potential business partner. *Id.* (citing ECF 161-1 ¶ 16). NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's competitors information about NVIDIA's business decision-making, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 5–6 (citing ECF 161-1 ¶¶ 31–32). |
| Direct Testimony of Robin S. Lee, PhD. | Portion of Paragraph 205 and accompanying Footnote 169. | This portion of Paragraph 205 and Footnote 169 describe a portion of deposition testimony of the same NVIDIA executive taken during the FTC's investigation. Decl. ¶ 4 (citing ECF 161-1 ¶ 15). The deposition testimony describes sensitive business information concerning NVIDIA's cloud gaming business. *Id.* (citing ECF 161-1 ¶ 15). NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's competitors information about NVIDIA's business decision-making, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 5–6 (citing ECF 161-1 ¶¶ 31–32). |

**IT IS SO ORDERED.**

DATED:_____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE