VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:	415.653.3750
Facsimile:	415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:	212.307.5500
Facsimile:	212.307.5598

Attorney for Non-Party Nintendo of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>And<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY PX3224 SHOULD REMAIN UNDER SEAL** |

1 | **[PROPOSED] ORDER**

2 | Having considered Nintendo of America Inc.'s Statement Pursuant to Local Rule 79-5(f)
3 | As to Why PX3224 Should Remain Under Seal, the Court ORDERS that PX3224 shall remain
4 | under seal in its entirety.
5 | **IT IS SO ORDERED.**

7 | Dated: _____

HON. JACQUELINE SCOTT CORLEY
United States District Judge

2

[PROPOSED] ORDER GRANTING NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY PX3224 SHOULD REMAIN UNDER SEAL
Case No. 23-cv-02880-JSC