James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023** |

      Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 27, 2023 and the exhibits Plaintiff intends to use with the witnesses.

      Plaintiff intends to call Jim Ryan (by video deposition designation), Jeff Fisher (by video deposition designation), Phil Eisler (by video deposition designation), Dr. Robin Lee, and submit

a Joint Stipulation regarding Microsoft employee Lori Wright in lieu of live testimony. Listed below are the exhibits Plaintiff intends to use with these witnesses.

Defendants have stated their intent to call Dr. Elizabeth Bailey. Listed below are the exhibits Plaintiff intends to use with the witnesses it intends to call, and the exhibits Plaintiff may use on cross with Dr. Bailey.

Exhibits Plaintiff intends to use with Mr. Ryan:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX3106 | | |
| PX3109 | | |
| PX3110 | ECF No. 172 at 6 | |
| PX7053 | ECF No. 172 at 7 | ECF No. 175; ECF No. 132 |
| PX7054 | ECF No. 172 at 8 | ECF No. 175; ECF No. 132 |
| PX8001 | | ECF No. 175; ECF No. 132 |

Exhibits Plaintiff intends to use with Mr. Fisher:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX3113 | In camera treatment requested; ECF No. 161 at 3 | |
| PX3117 | In camera treatment requested; ECF No. 161 at 3 | |
| PX3148 | | |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023
CASE NO. 3:23-cv-02880

2

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7062 | Redactions requested; ECF No. 161 at 4 | ECF No. 175 |

Exhibits Plaintiff intends to use with Mr. Eisler:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX1781 | | |
| PX2391 | | |
| PX3052 | In camera treatment requested; ECF No. 161 at 3 | ECF No. 175 |
| PX3103 | In camera treatment requested; ECF No. 161 at 3 | ECF No. 175 |
| PX3104 | Redactions requested; ECF No. 161 at 3 | |
| PX3144 | In camera treatment requested; ECF No. 161 at 3 | |
| PX7060 | Redactions requested; ECF No. 161 at 3 | ECF No. 175 |
| PX8000 | Redactions requested; ECF No. 161 at 4 | ECF No. 175 |

Exhibits Plaintiff intends to use with Dr. Lee:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5000 | | ECF No. 175 |
| PX5001 | | |

Defendants are calling Dr. Elizabeth Bailey. Plaintiff may use the following documents during cross of Dr. Bailey:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5002 | | |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023
CASE NO. 3:23-cv-02880

| | | |
|---|---|---|
| 1 | PX7077 | |
| 2 | PX2355 | |
| 3 | PX2448 | |
| 4 | PX2453 | |
| 5 | PX2460 | |
| 6 | PX2447 | |
| 7 | PX2452 | |
| 8 | PX2454 | |
| 9 | PX2456 | |
| 10 | PX2462 | |
| 11 | PX2463 | |
| 12 | PX2464 | |
| 13 | PX2465 | |
| 14 | PX2471 | |
| 15 | PX7000 | |
| 16 | PX7001 | |
| 17 | PX7002 | ECF No. 175 |
| 18 | PX7003 | ECF No. 175 |
| 19 | PX7004 | ECF No. 175 |
| 20 | PX7005 | ECF No. 175 |
| 21 | PX7006 | ECF No. 175 |
| 22 | PX7007 | ECF No. 175 |
| 23 | PX7008 | ECF No. 175 |
| 24 | PX7009 | |
| 25 | PX7010 | ECF No. 175 |
| 26 | PX7011 | ECF No. 175 |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023
CASE NO. 3:23-cv-02880

| | | |
|---|---|---|
| PX7012 | | |
| PX7014 | | ECF No. 175 |

DATED: June 26, 2023

/s/ *James H. Weingarten*
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023
CASE NO. 3:23-cv-02880

5