UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>　　　Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER ON MICROSOFT CORP.'S ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF EXHIBIT PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Date:　　TBD<br>Time:　　TBD<br>Dept.:　　Courtroom 8—19th Floor<br>Judge:　　Honorable Jacqueline S. Corley |

Defendant Microsoft Corp. ("Microsoft") has filed an Administrative Motion Seeking *In Camera* Treatment of Exhibit Pursuant to Civil L.R. 7-11 and 79-5 ("Administrative Motion") that appears on Plaintiff Federal Trade Commission's ("FTC") Exhibit List.

Having considered Defendants' Administrative Motion, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]  GRANTED IN ITS ENTIRETY. The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of the exhibit submitted in the Administrative Motion.

[ ]  DENIED IN ITS ENTIRETY. The exhibit submitted in the Administrative Motion will not be sealed or receive *in camera* treatment.

[ ]  GRANTED/DENIED IN PART.

IT IS SO ORDERED.

DATED:_____, 2023       _____
                                          Honorable Jacqueline S. Corley
                                          United States District Judge