James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1   Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission,
2   respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3   Should be Sealed in connection with the Direct Testimony of Robin S. Lee, Ph.D. (Dkt. No.
4   224).
5   Certain portions of the Direct Testimony of Robin S. Lee, Ph.D. ("Lee Testimony")
6   contain information that was obtained during the course of litigation discovery in *In the matter*
7   *of Microsoft Corp. and Activision, Blizzard, Inc.*, before the United States of America Federal
8   Trade Commission Office of Administrative Law Judges, Docket No. 9412, and that the
9   producing party designated as Confidential pursuant to the Protective Order Governing
10  Confidential Material entered on December 9, 2022 ("Administrative Protective Order"). As
11  detailed below, the producing parties have either filed or indicated they will file confidentiality
12  declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks
13  to file under seal:

| Material | Description | Docket Entry |
|---|---|---|
| Lee Testimony | Page 6, fn. 3, footnote lines 1-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 7, ¶ 20, paragraph line 4 and line 5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 7, ¶ 21, paragraph line 4 and line 5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 9, ¶ 26, paragraph line 4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 9, ¶ 26, paragraph lines 6-7, and accompanying fn. 13 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 9, fn. 11, footnote lines 3-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 10, ¶ 28, second bullet, line 1 and lines 2-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 10, ¶ 28, third bullet, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, ¶ 28, fourth bullet, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, ¶ 29, lines 1-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, ¶ 29, lines 3-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, ¶ 29, lines 5-10 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, fn. 21, lines 5-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 11, fn. 23, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 12, ¶ 30, lines 4-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 12, ¶ 30, lines 4-5 | Held for L.R. 79-5(f) declaration |

| Material | Description | Docket Entry |
|---|---|---|
| Lee Testimony | Page 12, ¶ 31, lines 7-8 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 12, ¶ 31, line 10 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 13, Figure 1 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 14, ¶ 34, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 14, ¶ 34, lines 6-7 and accompanying fn. 28 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 14, ¶ 35, lines 7-10 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 14, fn. 25, lines 3 and 4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 15, ¶ 39, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 16, ¶ 41, lines 1-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 16, ¶ 42, lines 4-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 16, fn. 39, lines 2-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 17, Figure 2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 17, ¶ 44, line 1 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 17, ¶ 44, line 2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 18, ¶ 44, lines 1-2 and accompanying fn. 41 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 24, ¶ 64, lines 1-4 and accompanying fn. 47, lines 2-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 24, ¶ 64, lines 4-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 25, ¶ 65, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 25, fn. 51, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 26, ¶ 71, lines 8-9 and accompanying fn. 56, line 1 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 30, ¶ 83, lines 6-8 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 30, ¶ 83, lines 8-9 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 30, ¶ 84, lines 4-5 and accompanying fn. 70 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 31, ¶ 84, line 2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 31, fn. 73, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 32, fn. 74, lines 1-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 33, Figure 4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 33, ¶ 92, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 34, fn. 77, lines 1 and 3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 34, fn. 77, lines 1 and 3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 34, fn. 78, lines 1-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 35, fn. 79, lines 3-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 36, fn. 81, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 38, ¶ 104, lines 4-14 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 38, ¶ 104, line 9 | Held for L.R. 79-5(f) declaration |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

2

| Material | Description | Docket Entry |
| --- | --- | --- |
| Lee Testimony | Page 38, ¶ 105, lines 4-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 38, fn. 82, lines 3-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 39, ¶ 106 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 40, ¶ 109, lines 2, 3, and 5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 40, ¶ 109, lines 2 and 5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 40, ¶ 110, lines 6 and 7 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 40, ¶ 110, line 6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 41, ¶ 110, line 2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 41, ¶ 110, line 2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 43, Figure 5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 43, ¶ 117, lines 4, 6, and 7 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 44, fn. 87, second paragraph, lines 2 and 3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 46, ¶ 126, lines 1-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 46, ¶ 126, lines 4-7 and accompanying fn. 93 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 46, ¶ 126, lines 8-9; and page 47, ¶ 126, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 47, ¶ 127, first bullet | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 47, ¶ 127, second bullet and accompanying fn. 96 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 47, ¶ 127, third bullet | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 48, ¶ 129, fourth bullet | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 48, fn. 100 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Pages 48-49, ¶ 130 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 49, fn. 104, line 1 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 50, fn. 108 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 51, ¶ 140, lines 1-2 and accompanying fn. 110 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 51, ¶ 140, lines 2-4; and page 52, ¶ 140, lines 1-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 55, ¶ 148, lines 1-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 55, ¶ 149 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 55, ¶ 150, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 55, ¶ 150, lines 3-6 and accompanying fn. 118 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 55, fn. 117, line 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 56, ¶ 153, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 58, ¶ 156, first bullet | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 58, Figure 8 | Held for L.R. 79-5(f) declaration |

| Material | Description | Docket Entry |
|---|---|---|
| Lee Testimony | Page 62, ¶ 171, lines 2-7 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 62, fn. 133, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 65, fn. 137, lines 1-10 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 65, fn. 138, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 66, ¶ 188, line 4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 68, ¶ 194, first bullet, lines 2-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Pages 68-69, ¶ 194, second bullet (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 68, fn. 147, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 69, ¶ 194, first bullet (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 69, ¶ 195, lines 3-5 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 69, ¶ 195, lines 5-6 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 69, ¶ 195, lines 6-8 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 69, fn. 154 (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 70, ¶ 198, first bullet (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 70, ¶ 198, second bullet, lines 1-2 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 70, fn. 55, lines 1-9 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Pages 70-71, ¶ 198, second bullet (in its entirety) | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 71, ¶ 198, first bullet, lines 1-7 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 71, fn. 158, lines 1-6 | Dkt. 217 (seeking to seal in part) |
| Lee Testimony | Page 71, fn. 161, lines 1-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 72, fn. 164, lines 1-3 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 73, ¶ 205, lines 2-4 | Held for L.R. 79-5(f) declaration |
| Lee Testimony | Page 73, ¶ 205, lines 4-6 and accompanying fn. 169 | Dkt. 217 (seeking to seal in part) |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Plaintiff has redacted the above-referenced yellow-highlighted portions of the FTC Exhibit List because Microsoft Corporation ("Microsoft") and Activision Blizzard Inc. ("Activision") have informed Plaintiff of their intent to designate the information contained therein as confidential pursuant to L.R. 79-5(f).

1. Plaintiff has redacted the above-referenced green-highlighted portions of the FTC Exhibit List because Nvidia Corporation ("Nvidia") has designated the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Nvidia Corporation's Statement in Support of Sealing Regarding the Direct Testimony of Robin S. Lee (Dkt. No. 217).

2. Plaintiff has redacted the above-referenced blue-highlighted portions of the FTC Exhibit List because Sony Interactive Entertainment LLC ("Sony") has informed Plaintiff of its intent to designate the information contained therein as confidential pursuant to L.R. 79-5(f).

3. Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, and non-parties' designated material.

4. In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith

Dated: June 26, 2023

Respectfully submitted,

/s/ Jennifer Fleury
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

6