**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>            Plaintiff, <br><br>    v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br>            Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.:  Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with the Direct Testimony of Robin S. Lee, Ph.D. ("Lee Testimony") (Dkt. No. 224). Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft Corporation ("Microsoft") and/or Defendant Activision Blizzard, Inc., ("Activision"), or by non-party Nvidia Corporation ("Nvidia") and/or Sony Interactive Entertainment LLC ("Sony"), pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of the Direct Testimony of Robin S. Lee, Ph.D. shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of the Direct Testimony of Robin S. Lee, Ph.D. within 7 days of entry of this Order.

Dated: _____, 2023

                                                  Honorable Judge Corley
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1