James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 27, 2023** |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 27, 2023 and the exhibits Plaintiff intends to use with the witnesses.

Plaintiff intends to call Jim Ryan (by video deposition designation), Jeff Fisher (by video deposition designation), Phil Eisler (by video deposition designation), Dr. Robin Lee, and submit

a Joint Stipulation regarding Microsoft employee Lori Wright in lieu of live testimony. Listed below are the exhibits Plaintiff intends to use with these witnesses.

Defendants have stated their intent to call Dr. Elizabeth Bailey. Listed below are the exhibits Plaintiff intends to use with the witnesses it intends to call, and the exhibits Plaintiff may use on cross with Dr. Bailey.

Exhibits Plaintiff intends to use with Mr. Ryan:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX3106 | | |
| PX3109 | | |
| PX3110 | In camera treatment requested; ECF No. 172 at 6 | |
| PX7053 | Redactions requested; ECF No. 172 at 7 | ECF No. 175; ECF No. 132 |
| PX7054 | Redactions requested; ECF No. 172 at 8 | ECF No. 175; ECF No. 132 |
| PX8001 | Redactions requested; ECF No. 195 at 7 | ECF No. 175; ECF No. 132 |

Exhibits Plaintiff intends to use with Mr. Fisher:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7062 | Redactions requested; ECF No. 161 at 4 | ECF No. 175 |

Exhibits Plaintiff intends to use with Mr. Eisler:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX1781 | | |
| PX2391 | In camera treatment requested; ECF No. 148 at 14 | |
| PX3052 | In camera treatment requested; ECF No. 161 at 3 | ECF No. 175 |
| PX3103[1] | In camera treatment requested; ECF No. 161 at 3 | ECF No. 175 |
| PX3103A | In camera treatment requested; ECF No. 161 at 3 | |
| PX3104 | Redactions requested; ECF No. 161 at 3 | |
| PX3144 | In camera treatment requested; ECF No. 161 at 3 | |
| PX7060 | Redactions requested; ECF No. 161 at 3 | ECF No. 175 |
| PX8000 | Redactions requested; ECF No. 161 at 4 | ECF No. 175 |

Exhibits Plaintiff intends to use with Dr. Lee:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5000 | | ECF No. 175 |
| PX5001 | | |
| PX0003 | | ECF No. 175 |
| PX7040 | | ECF No. 175 |
| PX7053 | Redactions requested; ECF No. 172 at 7 | ECF No. 175 |

---

[1] NVIDIA has requested that the FTC replace PX3103 with PX3103A, which it describes as "the most recent version" of the document. Dkt. 161 at 3 n.2.

| | | |
|---|---|---|
| PX7048 | | ECF No. 175 |
| PX7036 | | ECF No. 175 |
| PX1888 | In camera treatment requested; ECF No. 150 at 22 | ECF No. 175 |
| PX1747 | Redactions requested; ECF No. 150 at 23 | ECF No. 175 |
| PX2415 | In camera treatment requested; ECF No. 148 at 15 | |
| PX1070 | Redactions requested; ECF No. 150 at 5 | ECF No. 175 |
| PX1538 | Redactions requested; ECF No. 150 at 14 | |
| PX1087 | | |
| PX9102 | | |
| PX4671 | In camera treatment requested; ECF No. 150 at 28 | ECF No. 175 |
| PX4673 | | ECF No. 175 |
| PX8001 | Redactions requested; ECF No. 195 at 7 | ECF No. 175 |
| PX1063 | In camera treatment requested; ECF No. 150 at 3 | ECF No. 175 |
| PX1089 | Redactions requested; ECF No. 150 at 4 | ECF No. 175 |
| PX7011 | | ECF No. 175 |
| PX7042 | | ECF No. 175 |
| PX7056 | | ECF No. 175 |
| PX7031 | | ECF No. 175 |
| PX1075 | Redactions requested; ECF No. 150 at 4 | ECF No. 175 |
| PX3077 | In camera treatment requested; ECF No. 172 at 6 | |
| PX1136 | Redactions requested; ECF No. 150 at 6 | ECF No. 175 |
| PX1102 | Redactions requested; ECF No. 150 at 2 | ECF No. 175 |
| PX1065 | Redactions requested; ECF No. 150 at 15 | ECF No. 175 |
| PX4619 | | |
| PX8000 | Redactions requested; ECF No. 161 at 5 | ECF No. 175 |
| PX1019 | In camera treatment requested; ECF No. 150 at 31 | ECF No. 175 |
| PX2159 | In camera treatment requested; ECF No. 148 at 9 | ECF No. 175 |
| PX2419 | In camera treatment requested; ECF No. 148 at 15 | ECF No. 175 |
| PX2049 | Redactions requested; ECF No. 148 at 4 | ECF No. 175 |
| PX1763 | | ECF No. 175 |
| PX1741 | In camera treatment requested; ECF No. 150 at 20 | ECF No. 175 |
| PX7003 | | ECF No. 175 |
| PX1182 | In camera treatment requested; ECF No. 150 at 29 | |
| PX0006 | In camera treatment requested; ECF No. 150 at 27 | ECF No. 175 |

| | | |
|---|---|---|
| PX2157 | In camera treatment requested; ECF No. 148 at 8 | ECF No. 175 |
| PX7052 | | ECF No. 175 |
| PX1245 | Redactions requested; ECF No. 150 at 11 | ECF No. 175 |
| PX8003 | Redactions requested; ECF No. 155 at 3 | ECF No. 175 |
| PX4721 | In camera treatment requested; ECF No. 150 at 32 | ECF No. 175 |
| PX2107 | In camera treatment requested; ECF No. 148 at 6 | ECF No. 175 |
| PX1154 | Redactions requested; ECF No. 150 at 42 | ECF No. 175 |
| PX4365 | | |
| PX7012 | | ECF No. 175 |
| PX4323 | In camera treatment requested; ECF No. 150 at 12 | ECF No. 175 |
| PX0027 | | ECF No. 175 |
| PX0038 | | |
| PX1080 | Redactions requested; ECF No. 150 at 34 | ECF No. 175 |
| PX1527 | | ECF No. 175 |
| PX4430 | Redactions requested; ECF No. 150 at 8 | ECF No. 175 |
| PX4303 | Redactions requested; ECF No. 150 at 6 | ECF No. 175 |
| PX4435 | In camera treatment requested; ECF No. 150 at 15 | ECF No. 175 |
| PX4309 | | ECF No. 175 |
| PX4334 | Redactions requested; ECF No. 150 at 16 | ECF No. 175 |
| PX1116 | Redactions requested; ECF No. 150 at 41 | ECF No. 175 |
| PX1425 | Redactions requested; ECF No. 150 at 18 | ECF No. 175 |
| PX1949 | | ECF No. 175 |
| PX1951 | Redactions requested; ECF No. 150 at 4 | ECF No. 175 |
| PX1950 | | ECF No. 175 |
| PX7046 | | ECF No. 175 |
| PX4679 | | |
| PX4678 | | |
| PX7058 | | ECF No. 175 |
| PX6000 | | ECF No. 175 |
| PX8002 | In camera treatment requested; ECF No. 168 at 6 | ECF No. 175 |
| PX1635 | In camera treatment requested; ECF No. 150 at 7 | ECF No. 175 |
| PX1752 | In camera treatment requested; ECF No. 150 at 23 | ECF No. 175 |
| PX3081 | In camera treatment requested; ECF No. 172 at 6 | ECF No. 175 |
| PX1887 | In camera treatment requested; ECF No. 150 at 25 | |
| PX7028 | | ECF No. 175 |

| | | |
|---|---|---|
| PX1240 | In camera treatment requested; ECF No. 150 at 21 | ECF No. 175 |
| PX7004 | | ECF No. 175 |
| PX1275 | | ECF No. 175 |
| PX4182 | In camera treatment requested; ECF No. 150 at 27 | |
| PX3085 | In camera treatment requested; ECF No. 172 at 6 | |
| PX1476 | | ECF No. 175 |
| PX1145 | Redactions requested; ECF No. 150 at 7 | ECF No. 175 |
| PX1324 | | ECF No. 175 |
| PX7014 | | ECF No. 175 |
| PX7025 | | |
| PX7026 | | ECF No. 175 |
| PX1571 | Redactions requested; ECF No. 150 at 5 | ECF No. 175 |
| PX1563 | In camera treatment requested; ECF No. 150 at 22 | ECF No. 175 |
| PX1274 | | ECF No. 175 |
| PX7010 | | ECF No. 175 |
| PX9015 | | ECF No. 175 |
| PX1721 | In camera treatment requested; ECF No. 150 at 5 | ECF No. 175 |
| PX7005 | | ECF No. 175 |
| PX4647 | | ECF No. 175 |
| PX1015 | In camera treatment requested; ECF No. 150 at 31 | ECF No. 175 |
| PX4505 | | ECF No. 175 |
| PX1828 | Redactions requested; ECF No. 150 at 31 | |
| PX1188 | In camera treatment requested; ECF No. 150 at 31 | |
| PX1529 | Redactions requested; ECF No. 150 at 30 | |
| PX4484 | In camera treatment requested; ECF No. 150 at 3 | ECF No. 175 |
| PX1471 | Redactions requested; ECF No. 150 at 15 | ECF No. 175 |
| PX4007 | In camera treatment requested; ECF No. 150 at 6 | ECF No. 175 |
| PX1966 | | |
| PX1477 | | ECF No. 175 |
| PX4476 | | ECF No. 175 |
| PX4629 | | ECF No. 175 |
| PX7006 | | ECF No. 175 |
| PX7035 | | ECF No. 175 |
| PX2396 | In camera treatment requested; ECF No. 148 at 14 | ECF No. 175 |
| PX2406 | Redactions requested; ECF No. 148 at 15 | ECF No. 175 |

| | | |
|---|---|---|
| PX2199 | | |
| PX2115 | In camera treatment requested; ECF No. 148 at 7 | ECF No. 175 |
| PX4341 | In camera treatment requested; ECF No. 150 at 22 | ECF No. 175 |
| PX4624 | In camera treatment requested; ECF No. 150 at 32 | ECF No. 175 |
| PX1995 | In camera treatment requested; ECF No. 150 at 20 | ECF No. 175 |
| PX4625 | In camera treatment requested; ECF No. 150 at 31 | ECF No. 175 |
| PX2189 | In camera treatment requested; ECF No. 148 at 11 | ECF No. 175 |
| PX4005 | | |
| PX1779 | In camera treatment requested; ECF No. 150 at 3 | |
| PX2265 | In camera treatment requested; ECF No. 148 at 12 | |
| PX4354 | In camera treatment requested; ECF No. 150 at 29 | |
| PX1022 | In camera treatment requested; ECF no. 150 at 21 | ECF No. 175 |
| PX1897 | | ECF No. 175 |
| PX1151 | | ECF No. 175 |
| PX7041 | | |
| PX3090 | In camera treatment requested; ECF No. 172 at 6 | ECF No. 175 |
| PX4157 | Redactions requested; ECF No. 150 at 30 | |
| PX4695 | | ECF No. 175 |
| PX1603 | | |
| PX1110 | Redactions requested; ECF No. 150 at 10 | ECF No. 175 |
| PX4617 | In camera treatment requested; ECF No. 150 at 8 | |
| PX1025 | Redactions requested; ECF No. 150 at 19 | ECF No. 175 |
| PX1767 | In camera treatment requested; ECF No. 150 at 30 | ECF No. 175 |
| PX3080 | In camera treatment requested; ECF No. 172 at 6 | ECF No. 175 |
| PX4181 | Redactions requested; ECF No. 150 at 24 | ECF No. 175 |
| PX4351 | In camera treatment requested; ECF No. 150 at 13 | ECF No. 175 |
| PX1624 | Redactions requested; ECF No. 150 at 17 | |
| PX1049 | In camera treatment requested; ECF No. 150 at 13 | ECF No. 175 |

| | | |
|---|---|---|
| PX1050 | In camera treatment requested; ECF No. 150 at 13 | ECF No. 175 |
| PX1313 | In camera treatment requested; ECF No. 150 at 16 | ECF No. 175 |
| PX4267 | In camera treatment requested; ECF No. 150 at 30 | ECF No. 175 |
| PX0014 | | |
| PX1651 | In camera treatment requested; ECF No. 150 at 21 | ECF No. 175 |
| PX1012 | | ECF No. 175 |
| PX7060 | | ECF No. 175 |
| PX2133 | In camera treatment requested; ECF No. 148 at 7 | |
| PX1517 | Redactions requested; ECF No. 150 at 20 | ECF No. 175 |
| PX4154 | In camera treatment requested; ECF No. 150 at 25 | ECF No. 175 |
| PX1039 | In camera treatment requested; ECF No. 150 at 11 | ECF No. 175 |
| PX1877 | Redactions requested; ECF No. 150 at 15 | ECF No. 175 |
| PX1613 | | ECF No. 175 |

Defendants are calling Dr. Elizabeth Bailey. Plaintiff may use the following documents during cross of Dr. Bailey:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5002 | | |
| PX2355 | | |
| PX2448 | | |
| PX2460 | | |
| PX2447 | | |
| PX2452 | | |
| PX2454 | | |
| PX2456 | | |
| PX2462 | | |
| PX2463 | | |
| PX2464 | | |

| | | |
|---|---|---|
| PX2465 | | |
| PX2471 | | |
| PX7000 | | |
| PX7001 | | |
| PX7002 | | ECF No. 175 |
| PX7003 | | ECF No. 175 |
| PX7004 | | ECF No. 175 |
| PX7005 | | ECF No. 175 |
| PX7006 | | ECF No. 175 |
| PX7007 | | ECF No. 175 |
| PX7008 | | ECF No. 175 |
| PX7009 | | |
| PX7010 | | ECF No. 175 |
| PX7011 | | ECF No. 175 |
| PX7012 | | |
| PX7014 | | ECF No. 175 |
| PX7077 | | |

DATED: June 26, 2023

 /s/ James H. Weingarten
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak

James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*