**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and<br>ACTIVISION BLIZZARD, INC.,<br><br>        Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING FOURTH AMENDED ADMINISTRATIVE MOTION SEEKING IN CAMERA TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Date:       TBA<br>Time:      TBA<br>Dept.:      Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley |

This matter came before the Court on Defendant Activision Blizzard, Inc.'s ("Activision") Fourth Amended Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5.  Having considered Activision's Motion and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| **FTC's Exhibit List** | | |
| PX0004 | Entire Document | |
| PX0060 | Redactions Proposed by Activision | |
| PX0079 | Redactions Proposed by Activision | |
| PX2002 | Redactions Proposed by Activision | |
| PX2006 | Redactions Proposed by Activision | |
| PX2008 | Redactions Proposed by Activision | |
| PX2017 | Redactions Proposed by Activision | |
| PX2049 | Redactions Proposed by Activision | |
| PX2073 | Entire Document | |
| PX2082 | Entire Document | |
| PX2083 | Entire Document | |
| PX2086 | Entire Document | |
| PX2093 | Entire Document | |
| PX2094 | Entire Document | |
| PX2104 | Redactions Proposed by Activision | |
| PX2107 | Entire Document | |
| PX2113 | Entire Document | |
| PX2115 | Entire Document | |
| PX2133 | Entire Document | |
| PX2138 | Entire Document | |
| PX2139 | Entire Document | |
| PX2157 | Entire Document | |
| PX2159 | Entire Document | |
| PX2160 | Entire Document | |
| PX2167 | Entire Document | |
| PX2170 | Entire Document | |
| PX2183 | Entire Document | |
| PX2186 | Entire Document | |
| PX2189 | Entire Document | |
| PX2197 | Redactions Proposed by Activision | |
| PX2198 | Redactions Proposed by Activision | |
| PX2199 | Redactions Proposed by Activision | |
| PX2203 | Redactions Proposed by Activision | |
| PX2265 | Entire Document | |
| PX2282 | Redactions Proposed by Activision | |
| PX2283 | Redactions Proposed by Activision | |

-2-
[PROPOSED] ORDER GRANTING DEFENDANT ACTIVISION'S ADMIN MOTION          CASE NO. 3:23-cv-02880-JSC

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| PX2285 | Entire Document | |
| PX2288 | Entire Document | |
| PX2355 | Entire Document | |
| PX2391 | Entire Document | |
| PX2392 | Entire Document | |
| PX2393 | Redactions Proposed by Activision | |
| PX2396 | Entire Document | |
| PX2403 | Redactions Proposed by Activision | |
| PX2406 | Redactions Proposed by Activision | |
| PX2410 | Entire Document | |
| PX2415 | Entire Document | |
| PX2419 | Entire Document | |
| PX2421 | Redactions Proposed by Activision | |
| PX2443 | Entire Document | |
| PX2447 | Redactions Proposed by Activision | |
| PX2448 | Redactions Proposed by Activision | |
| PX2452 | Entire Document | |
| PX2454 | Entire Document | |
| PX2456 | Entire Document | |
| PX2460 | Entire Document | |
| PX2462 | Redactions Proposed by Activision | |
| PX2463 | Entire Document | |
| PX2464 | Redactions Proposed by Activision | |
| PX2465 | Entire Document | |
| PX2471 | Redactions Proposed by Activision | |
| PX3104 | Redactions Proposed by Activision | |
| PX3148 | Redactions Proposed by Activision | |
| PX4743 | Entire Document | |
| PX5000 | Entire Document | |
| PX5001 | Entire Document | |
| PX5002 | Entire Document | |
| PX7000 | Entire Document | |
| PX7001 | Entire Document | |
| PX7004 | Entire Document | |
| PX7006 | Entire Document | |
| PX7008 | Entire Document | |
| PX7030 | Entire Document | |
| PX7033 | Entire Document | |
| PX7035 | Entire Document | |
| PX7038 | Entire Document | |
| PX7039 | Entire Document | |
| PX7052 | Entire Document | |
| PX8000 | Redactions Proposed by Activision | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| PX8001 | Redactions Proposed by Activision | |
| **Defendant's Exhibit List** | | |
| RX0020 | Entire Document | |
| RX1001 | Entire Document | |
| RX1002 | Redactions Proposed by Activision | |
| RX1006 | Redactions Proposed by Activision | |
| RX1008 | Redactions Proposed by Activision | |
| RX1011 | Entire Document | |
| RX1012 | Entire Document | |
| RX1013 | Redactions Proposed by Activision | |
| RX1015 | Redactions Proposed by Activision | |
| RX1016 | Redactions Proposed by Activision | |
| RX1017 | Redactions Proposed by Activision | |
| RX1018 | Redactions Proposed by Activision | |
| RX1019 | Entire Document | |
| RX1020 | Entire Document | |
| RX1021 | Entire Document | |
| RX1022 | Redactions Proposed by Activision | |
| RX1024 | Redactions Proposed by Activision | |
| RX1026 | Entire Document | |
| RX1027 | Redactions Proposed by Activision | |
| RX1030 | Redactions Proposed by Activision | |
| RX1031 | Entire Document | |
| RX1032 | Entire Document | |
| RX1033 | Redactions Proposed by Activision | |
| RX1036 | Redactions Proposed by Activision | |
| RX1038 | Entire Document | |
| RX1041 | Entire Document | |
| RX1042 | Entire Document | |
| RX1044 | Entire Document | |
| RX1047 | Redactions Proposed by Activision | |
| RX1048 | Redactions Proposed by Activision | |
| RX1259 | Entire Document | |
| RX1260 | Entire Document | |
| RX1273 | Entire Document | |
| RX1275 | Redactions Proposed by Activision | |
| RX1276 | Entire Document | |
| RX1281 | Redactions Proposed by Activision | |
| RX1282 | Entire Document | |
| RX1284 | Entire Document | |
| RX1285 | Entire Document | |
| RX1286 | Redactions Proposed by Activision | |
| RX1289 | Entire Document | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| RX1296 | Entire Document | |
| RX1305 | Entire Document | |
| RX1308 | Entire Document | |
| RX1310 | Entire Document | |
| RX2073 | Entire Document | |
| RX3000 | Redactions Proposed by Activision | |
| RX3001 | Entire Document | |
| RX3006 | Redactions Proposed by Activision | |
| RX3008 | Redactions Proposed by Activision | |
| RX3011 | Entire Document | |
| RX3012 | Entire Document | |
| RX3095 | Redactions Proposed by Activision | |
| RX3097 | Redactions Proposed by Activision | |
| RX3100 | Redactions Proposed by Activision | |
| RX3101 | Entire Document | |
| RX5004 | Redactions Proposed by Activision | |
| RX5005 | Redactions Proposed by Activision | |
| RX5006 | Redactions Proposed by Activision | |
| RX5007 | Entire Document | |
| RX5008 | Redactions Proposed by Activision | |
| RX5009 | Entire Document | |
| RX5010 | Redactions Proposed by Activision | |
| RX5023 | Redactions Proposed by Activision | |
| RX5024 | Entire Document | |
| RX5027 | Entire Document | |
| RX5028 | Entire Document | |
| RX5029 | Redactions Proposed by Activision | |
| RX5030 | Entire Document | |
| RX5042 | Redactions Proposed by Activision | |
| PX7059 | Entire Document | |
| PX7065 | Entire Document | |

IT IS SO ORDERED.


DATED: _____, 2023            _____
                                        Honorable Jacqueline Scott Corley
                                            United States District Judge