Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
James Rosenthal (*pro hac vice*)
jrosenthal@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
Sarah Neuman (*pro hac vice*)
sneuman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANTS' AMENDED STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 27, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)**<br><br>Dept.:   Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") write to inform the Court that Defendants will call Jim Ryan and Lori Wright as witnesses on Tuesday, June 27, 2023. Defendants understand that Plaintiff Federal Trade Commission ("FTC") also intends to call Jim Ryan, Lori Wright, Jeff Fisher, Phil Eisler, and Dr. Robin Lee as witnesses on Tuesday, June 27, 2023. Jim Ryan, Jeff Fisher, and Phil Eisler's testimony will be via deposition designation. Lori Wright's testimony will be via stipulation.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Jim Ryan | RX1162[2] | Redactions Forthcoming, ECF No. ___ [Motion forthcoming] | N/A |
| | PX3106 | N/A | N/A |
| | PX3109 | In Camera, ECF No. ___ [Motion forthcoming] | N/A |
| | PX3110 | In Camera, ECF No. 172 at 6:23; ECF No. 227, at 9 | N/A |
| | RX5000 | ECF No. 172 at 15:8 | N/A |
| | PX8001 | ECF No. 195, at 7; ECF. No. 134 & 134-3 | ECF 12-18, 134-3 |
| | RX0020 | In Camera, ECF No. 172, at 9 | N/A |
| | RX0070 | N/A | N/A |
| | RX0075 | ECF No. 172, at 9 | N/A |

---

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

[2] A duplicate of RX1162 was used in the deposition of Jim Ryan, but labeled as PX3105 and thus will be cited as PX3105 in the designations of Mr. Ryan's deposition offered into evidence.

| | | | |
|---|---|---|---|
| | RX0079 | ECF No. 172, at 9 | N/A |
| | RX2059[3] | N/A | N/A |
| Lori Wright | RX1245 | In Camera, ECF No. 189 at 71 | ECF 109-29 |
| Dr. Robin Lee | RX2069 | ECF No. 172, at 13 | ECF. 110-15 |
| | RX1211 | In Camera, ECF No. 189, at 68 | ECF. 109-27 |
| | RX1212 | In Camera, ECF No. 189, at 68 | ECF. 109-23 |
| | RX2170 | In Camera, ECF No. 189, at 3 | ECF. 110-17 |
| | RX1221 | In Camera, ECF No. 189, at 68 | ECF. 109-25 |
| | RX1222 | In Camera, ECF No. 189, at 68 | ECF. 109-30 |
| | RX1245 | In Camera, ECF No. 189, at 71 | ECF. 109-29 |
| | RX1238 | In Camera, ECF No. 189, at 70 | ECF. 109-26 |
| | RX0020 | In Camera, ECF No. 172, at 9 | N/A |
| | PX2199 | ECF No. 205 at 13 | N/A |
| | PX2115 | ECF No. 205 at 8 | N/A |
| | PX1763 | In Camera, ECF No. ___ [Motion forthcoming] | N/A |
| | PX7052 | In Camera, ECF No. 205 at 20 | ECF. 12-13, 109-08 |
| | PX7053 | ECF No. 172, at 7; ECF No. 195, at 4-6; ECF No. 227, at 9 | ECF. 12-15, 110-5, 134-2 |
| | RX3100 | Redactions Forthcoming, ECF No. ___ [Motion forthcoming] | N/A |
| | RX3097 | Redactions Forthcoming, ECF No. ___ [Motion forthcoming] | N/A |
| | PX7035 | In Camera, ECF No. 205 at 19 | ECF 109-07 |

---

[3] A duplicate of RX2059 was used in the deposition of Jim Ryan, but labeled as RX0032 and thus will be cited as RX0032 in the designations of Mr. Ryan's deposition offered into evidence.

| | | | |
|---|---|---|---|
| | RX1011 | In Camera, ECF No. 205 at 21 | N/A |
| | RX1038 | In Camera, ECF No. 205 at 28 | ECF 109-12 |
| | RX5015 | N/A | N/A |
| | PX8002 | In Camera, ECF No. 168 at 6 | N/A |
| | PX7059 | In Camera, ECF 219, at 2 | ECF 110-16 |
| | PX7065 | In Camera, ECF 219, at 2 | N/A |
| | RX5048 | N/A | N/A |
| | RX2164 | N/A | ECF 111-16, 111-60 |
| | RX2073 | In Camera, ECF No. 227, at 10 | N/A |
| | RX5049 | N/A | N/A |
| | RX5050 | N/A | N/A |
| | RX0046 | N/A | N/A |
| | RX3132 | N/A | N/A |
| | RX3158 | N/A | N/A |
| | RX5024 | N/A | N/A |
| | PX1136 | ECF 189, at 7-9 | N/A |
| | PX4670 | In Camera, ECF 189, at 32 | N/A |
| | RX5000 | ECF No. 172 at 15:8 | N/A |
| | RX1092 | N/A | N/A |
| | RX2098 | ECF No. 172 at 14:12 | ECF. 110-13 |
| Jeff Fisher | RX0299 | N/A | N/A |
| Phil Eisler | RX1211[4] | In Camera, ECF No. 189, at 68 | ECF 109-27 |
| | PX8000 | ECF No. 161-1, at 4 | ECF 12-11, 145-3, |

---

[4] RX1211 was entered into evidence in this matter on June 22, 2023. A duplicate of RX1211 was used in the deposition of Phil Eisler, but labeled as PX1781 and thus will be cited as PX1781 in the designations of Mr. Eisler's deposition offered into evidence.

|  |  |  | 161-4 |
|---|---|---|---|
| Dr. Elizabeth Bailey | N/A | N/A | N/A |

| | |
|---|---|
| Dated: June 27, 2023 | Respectfully submitted, |

By: */s/ Caroline Van Ness*
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corp.*