1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10     SAN FRANCISCO DIVISION

11 | FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC
12 | Plaintiff, | **[PROPOSED] ORDER ON MICROSOFT CORP.'S ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5**
13 | v. |
14 | |
15 | MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., |
16 | Defendants. | Date:   TBD
17 | | Time:   TBD
   | | Dept.:  Courtroom 8—19th Floor
   | | Judge:  Honorable Jacqueline S. Corley

18
19
20
21
22
23
24
25
26
27
28

Defendant Microsoft Corp. ("Microsoft") has filed an Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-5 ("Administrative Motion") that appear on the parties Exhibit Lists and Supplements.

Having considered Defendants' Administrative Motion, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]   GRANTED IN ITS ENTIRETY. The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of certain exhibits submitted in the Administrative Motion.

[ ] DENIED IN ITS ENTIRETY.  Exhibits submitted in the Administrative Motion will not be sealed or receive *in camera* treatment.

[ ]   GRANTED/DENIED IN PART.  The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of the following exhibits submitted in the Administrative Motion.

IT IS SO ORDERED.

DATED:_____, 2023      _____
                                            Honorable Jacqueline S. Corley
                                            United States District Judge