[Submitting Counsel Identified on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **OMNIBUS ADMINISTRATIVE MOTION REGARDING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | Date:    TBA |
| Defendants. | Time:    TBA |
| | Dept.:   Courtroom 8—19th Floor |
| | Judge:   Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's instruction during the evidentiary hearing on June 23, 2023, Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") respectfully submit this omnibus administrative motion regarding *in camera* treatment of certain exhibits which Defendants and third parties have designated confidential.

On June 23, 2023, the Court directed the parties to submit "an omnibus administrative motion to seal that covers everything, trial exhibits, that we've done up to now." Tr. 490:2-3. Accordingly, Table A lists the trial exhibits included on either side's Statements of Witnesses and Evidence for June 22-23, which the Court has considered in closed session prior to the public hearing.[1] Additionally, Table B collects all exhibits currently subject to pending motions for confidential treatment. The FTC takes no position on the underlying motions seeking *in camera* treatment.

---

[1] The parties anticipate submitting a second Omnibus Administrative Motion covering trial exhibits disclosed by the parties and considered by the Court for the remaining hearing dates upon the close of evidence.

**TABLE A: TRIAL EXHIBITS CONSIDERED BY THE COURT ON JUNE 22-23, 2023**

| Exhibit | Date Considered by Court | Witness | Designating Party | *In Camera Treatment Requested* | Location of Declaration in Support of Sealing |
|---|---|---|---|---|---|
| PX1006 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 49 |
| PX1013 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 50 |
| PX1052 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 20 |
| PX1777 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 27 |
| PX1784 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 4 |
| PX4098 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 50 |
| PX4109 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 50 |
| PX4120 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 50 |
| PX4124 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 50 |
| PX4130 | 6/22/2023 | Bond | MSFT | Redacted | ECF No. 189 at 51 |
| PX4145 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4289 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4768 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 52 |
| RX1184 | 6/22/2023 | Bond | MSFT | Revised redactions as Ordered by the Court on 6/22/23 | ECF No. 189 at 65 |
| RX1211 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1212 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 69 |
| RX3019 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 67 |
| RX3024 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 72 |

| Exhibit | Date Considered by Court | Witness | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---------|--------------------------|---------|-------------------|--------------------------------|-----------------------------------------------|
| RX3025 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 72 |
| RX3027 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 69 |
| RX3028 | 6/22/2023 | Bond | MSFT | *In camera* | ECF No. 189 at 72 |
| PX1442 | 6/22/2023 | Booty | MSFT | Redacted | ECF No. 189 at 2 |
| PX4351 | 6/22/2023 | Booty | MSFT | Redacted | ECF No. 189 at 14 |
| PX4352 | 6/22/2023 | Booty | MSFT | Redacted | ECF No. 189 at 2 |
| PX4896 | 6/22/2023 | Booty | MSFT | *In camera* | ECF No. 189 at 30 |
| PX4897 | 6/22/2023 | Booty | MSFT | *In camera* | ECF No. 189 at 29 |
| PX4419 | 6/22/2023 | Hines | MSFT | Redacted | ECF No. 189 at 17 |
| PX1116 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 189 at 62 |
| PX1391 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 189 at 18 |
| PX4301 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 189 at 6 |
| PX4312 | 6/23/2023 | Lawyer | MSFT | *In camera* | ECF No. 189 at 9 |
| PX4319 | 6/23/2023 | Lawyer | MSFT | *In camera* | ECF No. 189 at 10 |
| PX4334 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 189 at 17 |
| PX4336 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 189 at 21 |
| PX4344 | 6/23/2023 | Lawyer | MSFT | Redacted | ECF No. 199 at 2 |
| PX4672 | 6/23/2023 | Lawyer | MSFT | *In camera* | ECF No. 189 at 29 |
| PX4792 | 6/23/2023 | Lawyer | MSFT | *In camera* | ECF No. 189 at 27 |
| PX7042 | 6/23/2023 | Lawyer | MSFT | *In camera* | ECF No. 189 at 44 |

| Exhibit | Date Considered by Court | Witness | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|---|---|
| PX7043 | 6/23/2023 | Lawver | MSFT | *In camera* | ECF No. 189 at 44 |
| RX1154 | 6/23/2023 | Lawver | MSFT | Redacted | ECF No. 189 at 63 |
| PX3110 | 6/23/2023 | Ryan | Sony | Revised redactions as Ordered by the Court on 6/23/23 | ECF No. 172 at 6 |
| PX7053 | 6/23/2023 | Ryan | Sony | Redacted | ECF No. 172 at 7 |
| PX7054 | 6/23/2023 | Ryan | Sony | Redacted | ECF No. 172 at 8 |
| PX8001 | 6/23/2023 | Ryan | Sony | Revised redactions as Ordered by the Court on 6/23/23 | ECF No. 195 at 7:14 |
| RX0020 | 6/23/2023 | Ryan | Sony | *In camera* | ECF No. 172 at 9 |
| RX0079 | 6/23/2023 | Ryan | Sony | Redacted | ECF No. 172 at 9:14 |
| RX2163 (Depo. Ex. RX0022) | 6/23/2023 | Ryan | Sony | Redacted | ECF No. 172 at 15 |
| PX1050 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 14 |
| PX1062 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 53 |
| PX1063 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 3 |
| PX1065 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 16 |
| PX1114 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 23 |
| PX1145 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 8 |
| PX1471 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 16 |
| PX1555 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 199 at 2 |

| Exhibit | Date Considered by Court | Witness | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---------|--------------------------|---------|-------------------|----------------------------------|-----------------------------------------------|
| PX1851 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 11 |
| PX1883 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 15 |
| PX1887 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1888 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 23 |
| PX1889 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 225 at 2 |
| PX1890 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 21 |
| PX1893 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1895 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 18 |
| PX1904 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 25 |
| PX4377 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 10 |
| PX4725 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4899 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 52 |
| PX4900 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 52 |
| PX7011 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 36 |
| PX7012 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 37 |
| PX7028 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 40 |
| RX1105 | 6/23/2023 | Spencer | MSFT | Redacted Attachment | ECF No. 189 at 58 |
| RX1125 | 6/23/2023 | Spencer | MSFT | Redacted Attachment | ECF No. 189 at 60 |
| RX1141 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 62 |
| RX1156 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 63 |

| Exhibit | Date Considered by Court | Witness | Designating Party | *In Camera Treatment Requested* | Location of Declaration in Support of Sealing |
|---|---|---|---|---|---|
| RX1233 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 189 at 69 |
| RX2170 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 3 |
| RX3166 | 6/23/2023 | Spencer | MSFT | *In camera* | ECF No. 189 at 63 |
| RX5046 | 6/23/2023 | Spencer | MSFT | Redacted | ECF No. 232 at 4 |
| PX7063 | 6/23/2023 | Zimring | Google | Redacted | ECF No. 155 at 3-4 |
| PX8003 | 6/23/2023 | Zimring | Google | Redacted | ECF No. 155 at 4-7 |
| RX2014 | 6/23/2023 | Zimring | Google | Redacted | ECF No. 155 at 7 |
| RX2015 | 6/23/2023 | Zimring | Google | Redacted | ECF No. 155 at 9 |

**TABLE B: ALL EXHIBITS CURRENTLY SUBJECT TO PENDING MOTIONS FOR CONFIDENTIAL TREATMENT**

| Exhibit | Designating Party | *In Camera Treatment Requested* | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX1442 | MSFT | Redacted | ECF No. 189 at 2 |
| PX1823 | MSFT | *In camera* | ECF No. 189 at 2 |
| PX1102 | MSFT | Redacted | ECF No. 189 at 2 |
| PX4352 | MSFT | Redacted | ECF No. 189 at 2 |
| PX1063/RX5025 | MSFT | *In camera* | ECF No. 189 at 3 |
| PX1782/RX2170 | MSFT | *In camera* | ECF No. 189 at 3 |
| PX1779/RX1212 | MSFT | *In camera* | ECF No. 189 at 3 |
| PX1784/RX1213 | MSFT | *In camera* | ECF No. 189 at 4 |
| RX1159/RX1217 | MSFT | Redacted | ECF No. 189 at 4 |
| PX4484 | MSFT | *In camera* | ECF No. 189 at 4 |
| PX1089 | MSFT | Redacted | ECF No. 189 at 5 |
| PX1951 | MSFT | Redacted | ECF No. 189 at 5 |
| PX1074 | MSFT | Redacted | ECF No. 189 at 5 |
| PX1075 | MSFT | Redacted | ECF No. 189 at 5 |
| PX1742 | MSFT | *In camera* | ECF No. 189 at 5 |
| PX4361 | MSFT | Redacted | ECF No. 189 at 5 |
| PX1070 | MSFT | Redacted | ECF No. 189 at 6 |
| PX4622 | MSFT | Redacted | ECF No. 189 at 6 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX4347 | MSFT | Redacted | ECF No. 189 at 6 |
| PX1571 | MSFT | Redacted | ECF No. 189 at 6 |
| PX1721 | MSFT | *In camera* | ECF No. 189 at 6 |
| PX4301 | MSFT | Redacted | ECF No. 189 at 6 |
| PX1116 | MSFT | Redacted | ECF No. 189 at 7 |
| PX4303 | MSFT | Redacted | ECF No. 189 at 7 |
| PX1136 | MSFT | Redacted | ECF No. 189 at 7 |
| PX4007 | MSFT | *In camera* | ECF No. 189 at 7 |
| PX1891 | MSFT | *In camera* | ECF No. 189 at 7 |
| PX1639 | MSFT | *In camera* | ECF No. 189 at 7 |
| PX1635 | MSFT | *In camera* | ECF No. 189 at 8 |
| PX1465 | MSFT | *In camera* | ECF No. 189 at 8 |
| PX1145 | MSFT | Redacted | ECF No. 189 at 8 |
| PX1023 | MSFT | Redacted | ECF No. 189 at 8 |
| PX1024 | MSFT | *In camera* | ECF No. 189 at 8 |
| PX4617 | MSFT | *In camera* | ECF No. 189 at 9 |
| PX4430 | MSFT | Redacted | ECF No. 189 at 9 |
| PX4358 | MSFT | *In camera* | ECF No. 189 at 9 |
| PX4359 | MSFT | *In camera* | ECF No. 189 at 9 |
| PX4312 | MSFT | *In camera* | ECF No. 189 at 9 |
| PX4362 | MSFT | *In camera* | ECF No. 189 at 10 |
| PX4319 | MSFT | *In camera* | ECF No. 189 at 10 |
| PX1393 | MSFT | *In camera* | ECF No. 189 at 10 |
| PX1884 | MSFT | Redacted | ECF No. 189 at 10 |
| PX4377 | MSFT | *In camera* | ECF No. 189 at 10 |
| PX1883 | MSFT | *In camera* | ECF No. 189 at 11 |
| PX1494 | MSFT | Redacted | ECF No. 189 at 11 |
| PX1110 | MSFT | Redacted | ECF No. 189 at 11 |
| PX4378 | MSFT | *In camera* | ECF No. 189 at 11 |
| PX1080 | MSFT | *In camera* | ECF No. 189 at 11 |
| PX1039 | MSFT | *In camera* | ECF No. 189 at 11 |
| PX4271 | MSFT | Redacted | ECF No. 189 at 12 |
| PX1245 | MSFT | Redacted | ECF No. 189 at 12 |
| PX1260 | MSFT | *In camera* | ECF No. 189 at 12 |
| PX4372 | MSFT | Redacted | ECF No. 189 at 12 |
| PX4322 | MSFT | *In camera* | ECF No. 189 at 12 |
| PX4323 | MSFT | *In camera* | ECF No. 189 at 13 |
| PX4325 | MSFT | Redacted | ECF No. 189 at 13 |
| PX1514 | MSFT | Redacted | ECF No. 189 at 13 |
| PX1516 | MSFT | *In camera* | ECF No. 189 at 13 |
| PX1049 | MSFT | *In camera* | ECF No. 189 at 13 |
| PX1050 | MSFT | *In camera* | ECF No. 189 at 14 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX1310 | MSFT | Redacted | ECF No. 189 at 14 |
| PX4351 | MSFT | Redacted | ECF No. 189 at 14 |
| PX1851 | MSFT | Redacted | ECF No. 189 at 14 |
| PX1636 | MSFT | Redacted | ECF No. 189 at 14 |
| PX1486 | MSFT | Redacted | ECF No. 189 at 15 |
| PX1979 | MSFT | *In camera* | ECF No. 189 at 15 |
| PX1805 | MSFT | *In camera* | ECF No. 189 at 15 |
| PX1177 | MSFT | *In camera* | ECF No. 189 at 15 |
| PX1538 | MSFT | Redacted | ECF No. 189 at 15 |
| PX1877 | MSFT | Redacted | ECF No. 189 at 16 |
| PX1638 | MSFT | Redacted | ECF No. 189 at 16 |
| PX1154 | MSFT | *In camera* | ECF No. 189 at 16 |
| PX1471 | MSFT | Redacted | ECF No. 189 at 16 |
| PX1065 | MSFT | Redacted | ECF No. 189 at 16 |
| PX4435 | MSFT | *In camera* | ECF No. 189 at 17 |
| PX4419 | MSFT | Redacted | ECF No. 189 at 17 |
| PX1313 | MSFT | *In camera* | ECF No. 189 at 17 |
| PX4329/PX4329A | MSFT | *In camera* | ECF No. 189 at 17 |
| PX4334 | MSFT | Redacted | ECF No. 189 at 17 |
| PX1391 | MSFT | Redacted | ECF No. 189 at 18 |
| PX4367 | MSFT | Redacted | ECF No. 189 at 18 |
| PX1624 | MSFT | Redacted | ECF No. 189 at 18 |
| PX4380 | MSFT | Redacted | ECF No. 189 at 18 |
| PX1895 | MSFT | *In camera* | ECF No. 189 at 18 |
| PX1366 | MSFT | *In camera* | ECF No. 189 at 19 |
| PX1157 | MSFT | Redacted | ECF No. 189 at 19 |
| PX1072 | MSFT | Redacted | ECF No. 189 at 19 |
| PX1170 | MSFT | *In camera* | ECF No. 189 at 19 |
| PX1425 | MSFT | Redacted | ECF No. 189 at 19 |
| PX4892 | MSFT | Redacted | ECF No. 189 at 20 |
| PX1859 | MSFT | *In camera* | ECF No. 189 at 20 |
| PX1025 | MSFT | Redacted | ECF No. 189 at 20 |
| PX1052 | MSFT | *In camera* | ECF No. 189 at 20 |
| PX1419 | MSFT | *In camera* | ECF No. 189 at 20 |
| PX4057 | MSFT | Redacted | ECF No. 189 at 20 |
| PX1995 | MSFT | *In camera* | ECF No. 189 at 21 |
| PX1517 | MSFT | Redacted | ECF No. 189 at 21 |
| PX1890 | MSFT | *In camera* | ECF No. 189 at 21 |
| PX1741 | MSFT | *In camera* | ECF No. 189 at 21 |
| PX4336 | MSFT | Redacted | ECF No. 189 at 21 |
| PX1855 | MSFT | Redacted | ECF No. 189 at 22 |
| PX1651 | MSFT | *In camera* | ECF No. 189 at 22 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX1240 | MSFT | *In camera* | ECF No. 189 at 22 |
| PX1022 | MSFT | *In camera* | ECF No. 189 at 22 |
| PX4895 | MSFT | Redacted | ECF No. 189 at 22 |
| PX1785 | MSFT | Redacted | ECF No. 189 at 23 |
| PX4341 | MSFT | *In camera* | ECF No. 189 at 23 |
| PX1563 | MSFT | *In camera* | ECF No. 189 at 23 |
| PX1114 | MSFT | Redacted | ECF No. 189 at 23 |
| PX1888 | MSFT | *In camera* | ECF No. 189 at 23 |
| PX1752 | MSFT | *In camera* | ECF No. 189 at 24 |
| PX1746 | MSFT | Redacted | ECF No. 189 at 24 |
| PX1750 | MSFT | *In camera* | ECF No. 189 at 24 |
| PX1747 | MSFT | Redacted | ECF No. 189 at 24 |
| PX1751 | MSFT | *In camera* | ECF No. 189 at 24 |
| PX1904 | MSFT | *In camera* | ECF No. 189 at 25 |
| PX1905 | MSFT | *In camera* | ECF No. 189 at 25 |
| PX1854 | MSFT | *In camera* | ECF No. 189 at 25 |
| PX4631 | MSFT | *In camera* | ECF No. 189 at 25 |
| PX4181 | MSFT | Redacted | ECF No. 189 at 25 |
| PX4154 | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1893 | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1887 | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1881 | MSFT | *In camera* | ECF No. 189 at 26 |
| PX1896 | MSFT | *In camera* | ECF No. 189 at 26 |
| PX4437 | MSFT | Redacted | ECF No. 189 at 27 |
| PX4792 | MSFT | *In camera* | ECF No. 189 at 27 |
| PX4793 | MSFT | *In camera* | ECF No. 189 at 27 |
| PX1777 | MSFT | *In camera* | ECF No. 189 at 27 |
| PX1865 | MSFT | *In camera* | ECF No. 189 at 27 |
| PX1889 | MSFT | *In camera* | ECF No. 225 at 2 |
| PX4578 | MSFT | Redacted | ECF No. 189 at 28 |
| PX4182 | MSFT | *In camera* | ECF No. 189 at 28 |
| PX4588 | MSFT | *In camera* | ECF No. 189 at 28 |
| PX0006 | MSFT | *In camera* | ECF No. 189 at 28 |
| PX4897 | MSFT | *In camera* | ECF No. 189 at 29 |
| PX4671 | MSFT | *In camera* | ECF No. 189 at 29 |
| PX4672 | MSFT | *In camera* | ECF No. 189 at 29 |
| PX4893 | MSFT | Redacted | ECF No. 189 at 29 |
| PX4673 | MSFT | Redacted | ECF No. 189 at 29 |
| PX4894 | MSFT | *In camera* | ECF No. 189 at 30 |
| PX4896 | MSFT | *In camera* | ECF No. 189 at 30 |
| PX4684 | MSFT | Redacted | ECF No. 189 at 30 |
| PX1182 | MSFT | *In camera* | ECF No. 189 at 30 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX4354 | MSFT | *In camera* | ECF No. 189 at 30 |
| PX4260 | MSFT | *In camera* | ECF No. 189 at 31 |
| PX4267 | MSFT | *In camera* | ECF No. 189 at 31 |
| PX4670 | MSFT | *In camera* | ECF No. 189 at 31 |
| PX4157 | MSFT | Redacted | ECF No. 189 at 31 |
| PX1767 | MSFT | *In camera* | ECF No. 189 at 31 |
| PX1529 | MSFT | Redacted | ECF No. 189 at 31 |
| PX4676 | MSFT | Redacted | ECF No. 189 at 32 |
| PX1188 | MSFT | *In camera* | ECF No. 189 at 32 |
| PX1015 | MSFT | *In camera* | ECF No. 189 at 32 |
| PX1019 | MSFT | *In camera* | ECF No. 189 at 32 |
| PX4625 | MSFT | *In camera* | ECF No. 189 at 32 |
| PX1828 | MSFT | Redacted | ECF No. 189 at 32 |
| PX4652 | MSFT | Redacted | ECF No. 189 at 33 |
| PX4624 | MSFT | *In camera* | ECF No. 189 at 33 |
| PX4721 | MSFT | *In camera* | ECF No. 189 at 33 |
| PX7002 (Choudhry IH Tr.) | MSFT | *In camera* | ECF No. 189 at 33 |
| PX7003 (Bond IH Tr.) | MSFT | *In camera* | ECF No. 189 at 34 |
| PX7005 (West IH Tr.) | MSFT | *In camera* | ECF No. 189 at 34 |
| PX7007 (Stuart IH Tr.) | MSFT | *In camera* | ECF No. 189 at 35 |
| PX7009 (Smith IH Tr.) | MSFT | *In camera* | ECF No. 189 at 35 |
| PX7010 (Nadella IH Tr.) | MSFT | *In camera* | ECF No. 189 at 36 |
| PX7011 (Spencer IH Tr. Vol I) | MSFT | *In camera* | ECF No. 189 at 36 |
| PX7012 (Spencer IH Tr. Vol. II) | MSFT | *In camera* | ECF No. 189 at 37 |
| PX7014 (Booty IH Tr.) | MSFT | *In camera* | ECF No. 189 at 37 |
| PX7025 (Smith Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 38 |
| PX7026 (Hampton Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 38 |
| PX7027 (Hampton Corp. Rep. Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 39 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX7028 (Spencer Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 39 |
| PX7029 (Percy Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 40 |
| PX7031 (Greenberg Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 40 |
| PX7032 (Hood Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 41 |
| PX7034 (Gluckstein Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 41 |
| PX7036 (Nadella Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 42 |
| PX7037 (Ronald Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 42 |
| PX7040 (Stuart Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 43 |
| PX7041 (Stuart Corp. Rep. Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 43 |
| PX7042 (Lawver Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 44 |
| PX7043 (Lawver Corp. Rep. Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 44 |
| PX7044 (Bond Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 45 |
| PX7046 (Leder Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 45 |
| PX7047 (Schwarz Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 46 |
| PX7048 (Booty Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 46 |
| PX7049 (Hines Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 47 |
| PX7050 (Choudhry Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 47 |
| PX7051 (Peterson Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 48 |
| PX7055 (Wright Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 48 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX7056 (Murphy Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 49 |
| PX7057 (Wright Corp. Rep. Dep. Tr.) | MSFT | *In camera* | ECF No. 189 at 49 |
| PX1006 | MSFT | Redacted | ECF No. 189 at 49 |
| PX1013 | MSFT | Redacted | ECF No. 189 at 50 |
| PX1994 | MSFT | *In camera* | ECF No. 189 at 50 |
| PX4098 | MSFT | Redacted | ECF No. 189 at 50 |
| PX4109 | MSFT | *In camera* | ECF No. 189 at 50 |
| PX4120 | MSFT | Redacted | ECF No. 189 at 50 |
| PX4124 | MSFT | *In camera* | ECF No. 189 at 50 |
| PX4130 | MSFT | Redacted | ECF No. 189 at 51 |
| PX4145 | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4289 | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4694 | MSFT | Redacted | ECF No. 189 at 51 |
| PX4712 | MSFT | Redacted | ECF No. 189 at 51 |
| PX4725 | MSFT | *In camera* | ECF No. 189 at 51 |
| PX4768 | MSFT | *In camera* | ECF No. 189 at 52 |
| PX4898 | MSFT | *In camera* | ECF No. 189 at 52 |
| PX4899 | MSFT | *In camera* | ECF No. 189 at 52 |
| PX4900 | MSFT | *In camera* | ECF No. 189 at 52 |
| RX1058/RX1258 | MSFT | Redacted | ECF No. 189 at 52 |
| RX3104 | MSFT | Redacted | ECF No. 189 at 53 |
| RX1060 | MSFT | Redacted Attachment | ECF No. 189 at 53 |
| RX1061 | MSFT | Redacted Attachment | ECF No. 189 at 53 |
| RX1062 | MSFT | *In camera* | ECF No. 189 at 53 |
| RX1064 | MSFT | *In camera* | ECF No. 189 at 53 |
| RX1065 | MSFT | Redacted | ECF No. 189 at 53 |
| RX1067 | MSFT | *In camera* | ECF No. 189 at 54 |
| RX1074 | MSFT | Redacted | ECF No. 189 at 54 |
| RX1077 | MSFT | Redacted | ECF No. 189 at 54 |
| RX1078 | MSFT | *In camera* | ECF No. 189 at 54 |
| RX1079 | MSFT | Redacted | ECF No. 189 at 54 |
| RX1080 | MSFT | Redacted | ECF No. 189 at 54 |
| RX1082 | MSFT | Redacted | ECF No. 189 at 55 |
| RX1085 | MSFT | *In camera* | ECF No. 189 at 55 |
| RX1086 | MSFT | *In camera* | ECF No. 189 at 55 |
| RX3105 | MSFT | Redacted | ECF No. 189 at 55 |
| RX1088 | MSFT | *In camera* | ECF No. 189 at 55 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX4044 | MSFT | Redacted | ECF No. 189 at 55 |
| RX1089 | MSFT | *In camera* | ECF No. 189 at 56 |
| RX1090 | MSFT | *In camera* | ECF No. 189 at 56 |
| RX5014 | MSFT | *In camera* | ECF No. 189 at 56 |
| RX1094 | MSFT | Redacted | ECF No. 189 at 56 |
| RX1095 | MSFT | Redacted | ECF No. 189 at 56 |
| RX1096 | MSFT | Redacted Attachment | ECF No. 189 at 57 |
| PX4215 | MSFT | *In camera* | ECF No. 189 at 57 |
| RX1097 | MSFT | Redacted | ECF No. 189 at 57 |
| RX1098 | MSFT | Redacted | ECF No. 189 at 57 |
| RX1099 | MSFT | Redacted Parent, *In camera* Attachment | ECF No. 189 at 57 |
| RX1100 | MSFT | *In camera* | ECF No. 189 at 57 |
| RX1102 | MSFT | Redacted | ECF No. 189 at 58 |
| RX1103 | MSFT | Redacted | ECF No. 189 at 58 |
| RX1104 | MSFT | Redacted | ECF No. 189 at 58 |
| RX1105 | MSFT | Redacted Attachment | ECF No. 189 at 58 |
| RX1106 | MSFT | Redacted | ECF No. 189 at 58 |
| RX1108 | MSFT | Redacted Parent, *In camera* Attachment | ECF No. 189 at 58 |
| RX1111 | MSFT | Redacted | ECF No. 189 at 59 |
| RX1112 | MSFT | Redacted | ECF No. 189 at 59 |
| RX1113 | MSFT | Redacted | ECF No. 189 at 59 |
| RX1142 | MSFT | Redacted | ECF No. 189 at 59 |
| RX1117 | MSFT | Redacted Parent, *In camera* Attachment | ECF No. 189 at 59 |
| RX1119 | MSFT | Redacted | ECF No. 189 at 59 |
| RX1121 | MSFT | Redacted | ECF No. 189 at 60 |
| RX1122 | MSFT | *In camera* | ECF No. 189 at 60 |
| PX1829 | MSFT | *In camera* | ECF No. 189 at 60 |
| RX1123 | MSFT | *In camera* | ECF No. 189 at 60 |
| RX5013 | MSFT | *In camera* | ECF No. 189 at 60 |
| RX1125 | MSFT | Redacted Attachment | ECF No. 189 at 60 |
| RX1128 | MSFT | Redacted | ECF No. 189 at 61 |
| RX1130 | MSFT | *In camera* | ECF No. 189 at 61 |
| RX1132 | MSFT | *In camera* | ECF No. 189 at 61 |
| RX1133 | MSFT | Redacted | ECF No. 189 at 61 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX1134 | MSFT | Redacted Parent, *In camera* Attachment | ECF No. 189 at 61 |
| RX1137 | MSFT | *In camera* | ECF No. 189 at 61 |
| RX1140 | MSFT | Redacted Attachment | ECF No. 189 at 62 |
| RX1141 | MSFT | Redacted Attachment | ECF No. 189 at 62 |
| RX1116 | MSFT | Redacted | ECF No. 189 at 62 |
| RX1144 | MSFT | Redacted | ECF No. 189 at 62 |
| RX1146 | MSFT | Redacted | ECF No. 189 at 62 |
| RX5011 | MSFT | *In camera* | ECF No. 189 at 62 |
| RX1152 | MSFT | *In camera* | ECF No. 189 at 63 |
| RX1154 | MSFT | Redacted Attachment | ECF No. 189 at 63 |
| RX1155 | MSFT | Redacted Attachment | ECF No. 189 at 63 |
| RX1156 | MSFT | *In camera* | ECF No. 189 at 63 |
| RX3166/RX5003 | MSFT | *In camera* | ECF No. 189 at 63 |
| RX3106 | MSFT | *In camera* | ECF No. 189 at 64 |
| RX1161 | MSFT | Redacted Attachment | ECF No. 189 at 64 |
| RX1165 | MSFT | *In camera* | ECF No. 189 at 64 |
| RX1173 | MSFT | *In camera* Attachment | ECF No. 189 at 64 |
| RX1175 | MSFT | *In camera* | ECF No. 189 at 64 |
| RX1176 | MSFT | *In camera* | ECF No. 189 at 64 |
| RX1178 | MSFT | *In camera* | ECF No. 189 at 65 |
| RX1181 | MSFT | *In camera* | ECF No. 189 at 65 |
| RX5012 | MSFT | *In camera* | ECF No. 189 at 65 |
| RX3107 | MSFT | *In camera* | ECF No. 189 at 65 |
| RX1183 | MSFT | *In camera* | ECF No. 189 at 65 |
| RX1184 | MSFT | *In camera* | ECF No. 189 at 65 |
| PX1774 | MSFT | Redacted Attachment | ECF No. 189 at 66 |
| RX1186 | MSFT | *In camera* | ECF No. 189 at 66 |
| RX1187 | MSFT | *In camera* | ECF No. 189 at 66 |
| RX1325 | MSFT | *In camera* | ECF No. 189 at 66 |
| PX4033 | MSFT | *In camera* | ECF No. 189 at 66 |
| PX4028 | MSFT | *In camera* | ECF No. 189 at 66 |
| RX1193 | MSFT | Redacted | ECF No. 189 at 67 |
| RX1198 | MSFT | *In camera* | ECF No. 189 at 67 |
| RX1200 | MSFT | Redacted | ECF No. 189 at 67 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX3019 | MSFT | *In camera* | ECF No. 189 at 67 |
| RX1202 | MSFT | Redacted | ECF No. 189 at 67 |
| RX1209 | MSFT | Redacted Attachment | ECF No. 189 at 67 |
| RX1211 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1212 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1213 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1215 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1217 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1221 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1222 | MSFT | *In camera* | ECF No. 189 at 68 |
| RX1321 | MSFT | *In camera* | ECF No. 189 at 69 |
| RX5002 | MSFT | *In camera* | ECF No. 189 at 69 |
| RX1223 | MSFT | Redacted | ECF No. 189 at 69 |
| RX1230 | MSFT | Redacted | ECF No. 189 at 69 |
| RX3027 | MSFT | *In camera* | ECF No. 189 at 69 |
| RX1233 | MSFT | Redacted | ECF No. 189 at 69 |
| RX1236 | MSFT | *In camera* | ECF No. 189 at 70 |
| RX1237 | MSFT | Redacted | ECF No. 189 at 70 |
| RX5001 | MSFT | Redacted | ECF No. 189 at 70 |
| RX1238 | MSFT | *In camera* Attachment | ECF No. 189 at 70 |
| RX1239 | MSFT | *In camera* | ECF No. 189 at 70 |
| RX1241 | MSFT | *In camera* | ECF No. 189 at 70 |
| RX1242 | MSFT | *In camera* | ECF No. 189 at 71 |
| RX1243 | MSFT | *In camera* | ECF No. 189 at 71 |
| RX1244 | MSFT | *In camera* | ECF No. 189 at 71 |
| RX1245 | MSFT | *In camera* | ECF No. 189 at 71 |
| RX3112 | MSFT | *In camera* | ECF No. 189 at 71 |
| PX4238 | MSFT | Redacted | ECF No. 189 at 71 |
| RX1131 | MSFT | *In camera* | ECF No. 189 at 72 |
| RX1174 | MSFT | *In camera* | ECF No. 189 at 72 |
| RX3024 | MSFT | *In camera* | ECF No. 189 at 72 |
| RX3025 | MSFT | *In camera* | ECF No. 189 at 72 |
| RX3028 | MSFT | *In camera* | ECF No. 189 at 72 |
| PX1555 | MSFT | Redacted | ECF No. 199 at 2 |
| PX4345 | MSFT | Redacted | ECF No. 199 at 2 |
| PX1261 | MSFT | Redacted | ECF No. 232 at 2 |
| PX1763 | MSFT | *In camera* | ECF No. 232 at 2 |
| PX1781 | MSFT | *In camera* | ECF No. 232 at 2 |
| PX3109/RX2172 | MSFT | *In camera* | ECF No. 232 at 3 |
| PX4028 | MSFT | Redacted | ECF No. 232 at 3 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX4179 | MSFT | Redacted | ECF No. 232 at 3 |
| PX4242 | MSFT | Redacted | ECF No. 232 at 3 |
| PX4743 | MSFT | *In camera* | ECF No. 232 at 3 |
| PX4759 | MSFT | *In camera* | ECF No. 232 at 3 |
| PX4775 | MSFT | *In camera* | ECF No. 232 at 3 |
| PX4808 | MSFT | *In camera* | ECF No. 232 at 4 |
| PX4902 | MSFT | *In camera* | ECF No. 232 at 4 |
| PX5000 | MSFT | *In camera* | ECF No. 232 at 4 |
| PX5001 | MSFT | *In camera* | ECF No. 232 at 4 |
| RX1162 | MSFT | Redacted | ECF No. 232 at 4 |
| RX5046 | MSFT | Redacted | ECF No. 232 at 4 |
| PX0004 | ABK | *In camera* | ECF No. 205 at 3 |
| PX0060 | ABK | Redacted | ECF No. 205 at 3 |
| PX0079 | ABK | Redacted | ECF No. 205 at 3 |
| PX2002 | ABK | Redacted | ECF No. 205 at 4 |
| PX2006 | ABK | Redacted | ECF No. 205 at 4 |
| PX2008 | ABK | Redacted | ECF No. 205 at 4 |
| PX2017 | ABK | Redacted | ECF No. 205 at 4 |
| PX2049 | ABK | Redacted | ECF No. 205 at 5 |
| PX2073 | ABK | *In camera* | ECF No. 205 at 5 |
| PX2082 | ABK | *In camera* | ECF No. 205 at 5 |
| PX2083 | ABK | *In camera* | ECF No. 205 at 6 |
| PX2086 | ABK | *In camera* | ECF No. 205 at 6 |
| PX2093 | ABK | *In camera* | ECF No. 205 at 6 |
| PX2094 | ABK | *In camera* | ECF No. 205 at 7 |
| PX2104 | ABK | Redacted | ECF No. 205 at 7 |
| PX2107 | ABK | *In camera* | ECF No. 205 at 7 |
| PX2113 | ABK | *In camera* | ECF No. 205 at 8 |
| PX2115 | ABK | *In camera* | ECF No. 205 at 8 |
| PX2133 | ABK | *In camera* | ECF No. 205 at 8 |
| PX2138 | ABK | *In camera* | ECF No. 205 at 9 |
| PX2139 | ABK | *In camera* | ECF No. 205 at 9 |
| PX2157 | ABK | *In camera* | ECF No. 205 at 9 |
| PX2159 | ABK | *In camera* | ECF No. 205 at 10 |
| PX2160 | ABK | *In camera* | ECF No. 205 at 10 |
| PX2167 | ABK | *In camera* | ECF No. 205 at 10 |
| PX2170 | ABK | *In camera* | ECF No. 205 at 11 |
| PX2183 | ABK | *In camera* | ECF No. 205 at 11 |
| PX2186 | ABK | *In camera* | ECF No. 205 at 11 |
| PX2189 | ABK | *In camera* | ECF No. 205 at 12 |
| PX2197 | ABK | Redacted | ECF No. 205 at 12 |
| PX2198 | ABK | Redacted | ECF No. 205 at 12 |

| Exhibit | Designating Party | *In Camera Treatment Requested* | Location of Declaration in Support of Sealing |
|---------|-------------------|----------------------------------|-----------------------------------------------|
| PX2199 | ABK | Redacted | ECF No. 205 at 13 |
| PX2203 | ABK | Redacted | ECF No. 205 at 13 |
| PX2265 | ABK | *In camera* | ECF No. 205 at 13 |
| PX2282 | ABK | Redacted | ECF No. 205 at 14 |
| PX2283 | ABK | Redacted | ECF No. 205 at 14 |
| PX2285 | ABK | *In camera* | ECF No. 205 at 14 |
| PX2288 | ABK | *In camera* | ECF No. 205 at 14 |
| PX2391 | ABK | *In camera* | ECF No. 205 at 15 |
| PX2392 | ABK | *In camera* | ECF No. 205 at 15 |
| PX2393 | ABK | Redacted | ECF No. 205 at 15 |
| PX2396 | ABK | *In camera* | ECF No. 205 at 15 |
| PX2406 | ABK | Redacted | ECF No. 205 at 16 |
| PX2410 | ABK | *In camera* | ECF No. 205 at 16 |
| PX2415 | ABK | *In camera* | ECF No. 205 at 16 |
| PX2419 | ABK | *In camera* | ECF No. 205 at 16 |
| PX2421 | ABK | Redacted | ECF No. 205 at 17 |
| PX2443 | ABK | *In camera* | ECF No. 205 at 17 |
| PX7000 | ABK | *In camera* | ECF No. 205 at 17 |
| PX7001 | ABK | *In camera* | ECF No. 205 at 17 |
| PX7004 | ABK | *In camera* | ECF No. 205 at 18 |
| PX7006 | ABK | *In camera* | ECF No. 205 at 18 |
| PX7008 | ABK | *In camera* | ECF No. 205 at 18 |
| PX7030 | ABK | *In camera* | ECF No. 205 at 18 |
| PX7033 | ABK | *In camera* | ECF No. 205 at 19 |
| PX7035 | ABK | *In camera* | ECF No. 205 at 19 |
| PX7038 | ABK | *In camera* | ECF No. 205 at 19 |
| PX7039 | ABK | *In camera* | ECF No. 205 at 19 |
| PX7052 | ABK | *In camera* | ECF No. 205 at 20 |
| PX8001 | ABK | Redacted | ECF No. 205 at 20 |
| RX1001 | ABK | *In camera* | ECF No. 205 at 20 |
| RX1002 | ABK | Redacted | ECF No. 205 at 20 |
| RX1006 | ABK | Redacted | ECF No. 205 at 21 |
| RX1008 | ABK | Redacted | ECF No. 205 at 21 |
| RX1011 | ABK | *In camera* | ECF No. 205 at 21 |
| RX1012 | ABK | *In camera* | ECF No. 205 at 22 |
| RX1013 | ABK | Redacted | ECF No. 205 at 22 |
| RX1015 | ABK | Redacted | ECF No. 205 at 22 |
| RX1016 | ABK | Redacted | ECF No. 205 at 22 |
| RX1017 | ABK | Redacted | ECF No. 205 at 23 |
| RX1018 | ABK | Redacted | ECF No. 205 at 23 |
| RX1019 | ABK | Redacted | ECF No. 205 at 23 |
| RX1020 | ABK | *In camera* | ECF No. 205 at 24 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX1021 | ABK | *In camera* | ECF No. 205 at 24 |
| RX1022 | ABK | Redacted | ECF No. 205 at 24 |
| RX1024 | ABK | Redacted | ECF No. 205 at 25 |
| RX1026 | ABK | *In camera* | ECF No. 205 at 25 |
| RX1027 | ABK | Redacted | ECF No. 205 at 25 |
| RX1030 | ABK | Redacted | ECF No. 205 at 26 |
| RX1031 | ABK | *In camera* | ECF No. 205 at 26 |
| RX1032 | ABK | *In camera* | ECF No. 205 at 26 |
| RX1033 | ABK | Redacted | ECF No. 205 at 27 |
| RX1036 | ABK | Redacted | ECF No. 205 at 27 |
| RX1038 | ABK | *In camera* | ECF No. 205 at 28 |
| RX1041 | ABK | *In camera* | ECF No. 205 at 28 |
| RX1042 | ABK | *In camera* | ECF No. 205 at 28 |
| RX1044 | ABK | *In camera* | ECF No. 205 at 29 |
| RX1047 | ABK | Redacted | ECF No. 205 at 29 |
| RX1048 | ABK | Redacted | ECF No. 205 at 29 |
| RX1259 | ABK | *In camera* | ECF No. 205 at 30 |
| RX1260 | ABK | *In camera* | ECF No. 205 at 30 |
| RX1273 | ABK | *In camera* | ECF No. 205 at 30 |
| RX1275 | ABK | Redacted | ECF No. 205 at 31 |
| RX1276 | ABK | *In camera* | ECF No. 205 at 31 |
| RX1281 | ABK | Redacted | ECF No. 205 at 31 |
| RX1282 | ABK | *In camera* | ECF No. 205 at 32 |
| RX1284 | ABK | *In camera* | ECF No. 205 at 32 |
| RX1285 | ABK | *In camera* | ECF No. 205 at 32 |
| RX1286 | ABK | Redacted | ECF No. 205 at 33 |
| RX1289 | ABK | *In camera* | ECF No. 205 at 33 |
| RX1296 | ABK | *In camera* | ECF No. 205 at 33 |
| RX1305 | ABK | *In camera* | ECF No. 205 at 34 |
| RX1308 | ABK | *In camera* | ECF No. 205 at 34 |
| RX1310 | ABK | *In camera* | ECF No. 205 at 34 |
| RX3000 | ABK | Redacted | ECF No. 205 at 35 |
| RX3001 | ABK | *In camera* | ECF No. 205 at 35 |
| RX3006 | ABK | Redacted | ECF No. 205 at 35 |
| RX3008 | ABK | Redacted | ECF No. 205 at 36 |
| RX3011 | ABK | *In camera* | ECF No. 205 at 36 |
| RX3012 | ABK | *In camera* | ECF No. 205 at 36 |
| RX3095 | ABK | Redacted | ECF No. 205 at 37 |
| RX3101 | ABK | *In camera* | ECF No. 205 at 37 |
| RX5004 | ABK | Redacted | ECF No. 205 at 37 |
| RX5005 | ABK | Redacted | ECF No. 205 at 38 |
| RX5006 | ABK | Redacted | ECF No. 205 at 38 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX5007 | ABK | *In camera* | ECF No. 205 at 38 |
| RX5008 | ABK | Redacted | ECF No. 205 at 39 |
| RX5009 | ABK | *In camera* | ECF No. 205 at 39 |
| RX5010 | ABK | Redacted | ECF No. 205 at 40 |
| RX5023 | ABK | Redacted | ECF No. 205 at 40 |
| RX5027 | ABK | *In camera* | ECF No. 205 at 40 |
| RX5028 | ABK | *In camera* | ECF No. 205 at 41 |
| RX5029 | ABK | Redacted | ECF No. 205 at 41 |
| RX5030 | ABK | *In camera* | ECF No. 205 at 41 |
| RX5042 | ABK | Redacted | ECF No. 205 at 42 |
| PX8001 | ABK | Redacted | ECF No. 230 at 27:13 |
| PX3148 | ABK | Redacted | ECF No. 230 at 22:22 |
| PX3104 | ABK | Redacted | ECF No. 230 at 22:15 |
| PX8000 | ABK | Redacted | ECF No. 230 at 27:6 |
| PX2355 | ABK | *In camera* | ECF No. 230 at 15:19 |
| PX2448 | ABK | Redacted | ECF No. 230 at 19:3 |
| PX2460 | ABK | *In camera* | ECF No. 230 at 20:11 |
| PX2447 | ABK | Redacted | ECF No. 230 at 18:20 |
| PX2452 | ABK | *In camera* | ECF No. 230 at 19:11 |
| PX2454 | ABK | *In camera* | ECF No. 230 at 19:19 |
| PX2456 | ABK | *In camera* | ECF No. 230 at 20:3 |
| PX2462 | ABK | Redacted | ECF No. 230 at 20:19 |
| PX2463 | ABK | *In camera* | ECF No. 230 at 21:3 |
| PX2464 | ABK | *Redacted* | ECF No. 230 at 21:12 |
| PX2465 | ABK | *In camera* | ECF No. 230 at 21:22 |
| PX2471 | ABK | Redacted | ECF No. 230 at 22:6 |
| PX1763 | ABK | Redacted | ECF No. 230 at 4:6 |
| RX3100 | ABK | Redacted | ECF No. 230 at 45:10 |
| RX3097 | ABK | Redacted | ECF No. 230 at 45:3 |
| RX2073 | ABK | *In camera* | ECF No. 230 at 42:17 |
| RX5024 | ABK | *In camera* | ECF No. 230 at 48:26 |
| PX5000 | ABK | *In camera* | ECF No. 230 at 23:11 |
| PX5001 | ABK | *In camera* | ECF No. 230 at 23:18 |
| PX5002 | ABK | *In camera* | ECF No. 230 at 24:3 |
| PX3052 | Nvidia | *In camera* | ECF No. 161 at 3:2 |
| PX3069 | Nvidia | *In camera* | ECF No. 161 at 3:3 |
| PX3103 | Nvidia | *In camera* | ECF No. 161 at 3:5 |
| PX3103A | Nvidia | *In camera* | ECF No. 161 at 3:5 |
| PX3104/RX2135 | Nvidia | Redacted | ECF No. 161 at 3:8 |
| PX3113 | Nvidia | *In camera* | ECF No. 161 at 3:9 |
| PX3117 | Nvidia | *In camera* | ECF No. 161 at 3:11 |
| PX3123/RX2143 | Nvidia | *In camera* | ECF No. 161 at 3:12 |

OMNIBUS ADMIN MOTION REGARDING *IN CAMERA* TREATMENT

19

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| PX3144 | Nvidia | *In camera* | ECF No. 161 at 3:13 |
| PX3153 | Nvidia | *In camera* | ECF No. 161 at 3:14 |
| PX3157/RX2137 | Nvidia | *In camera* | ECF No. 161 at 2:24 |
| PX3235 | Nvidia | *In camera* | ECF No. 161 at 3:1 |
| PX3243 | Nvidia | *In camera* | ECF No. 161 at 3:16 |
| PX7060 | Nvidia | Redacted | ECF No. 161 at 3:17 |
| PX7062 | Nvidia | Redacted | ECF No. 161 at 4:3 |
| PX8000 | Nvidia | Redacted | ECF No. 161 at 4:1 |
| RX2003 | Nvidia | *In camera* | ECF No. 161 at 4:6 |
| RX2004 | Nvidia | *In camera* | ECF No. 161 at 4:8 |
| RX2139 | Nvidia | *In camera* | ECF No. 161 at 4:7 |
| RX2141 | Nvidia | Redacted | ECF No. 161 at 4:24 |
| RX2142 | Nvidia | *In camera* | ECF No. 161 at 4:22 |
| RX2145 | Nvidia | *In camera* | ECF No. 161 at 4:14 |
| RX2146 | Nvidia | *In camera* | ECF No. 161 at 4:20 |
| RX2147 | Nvidia | *In camera* | ECF No. 161 at 4:19 |
| RX2149 | Nvidia | *In camera* | ECF No. 161 at 4:17 |
| RX2150 | Nvidia | Redacted | ECF No. 161 at 4:12 |
| RX2151 | Nvidia | *In camera* | ECF No. 161 at 4:10 |
| RX2152 | Nvidia | *In camera* | ECF No. 161 at 4:16 |
| RX2153 | Nvidia | *In camera* | ECF No. 161 at 4:11 |
| PX3058 | Google | Redacted | ECF No. 155 at 7:13 |
| PX7063 | Google | Redacted | ECF No. 155 at 4:11 |
| PX8003 | Google | Redacted | ECF No. 155 at 3:3 |
| RX2011 | Google | Redacted | ECF No. 155 at 7:18 |
| RX2014 | Google | Redacted | ECF No. 155 at 7:24 |
| RX2015 | Google | Redacted | ECF No. 155 at 9:1 |
| RX2039 | Google | Redacted | ECF No. 155 at 8:3 |
| RX2123 | Google | *In camera* | ECF No. 155 at 9:17 |
| RX3103 | Google | Redacted | ECF No. 155 at 10:9 |
| RX3164 | Google | Redacted | ECF No. 155 at 9:12 |
| PX3066 | Nintendo | *In camera* | ECF No. 168 at 5:11 |
| PX3161 | Nintendo | *In camera* | ECF No. 168 at 4:25 |
| PX3219 | Nintendo | *In camera* | ECF No. 168 at 6:2 |
| PX3221 | Nintendo | *In camera* | ECF No. 168 at 6:2 |
| PX3219 | Nintendo | *In camera* | ECF No. 221 at 4 |
| PX3270 | Nintendo | *In camera* | ECF No. 168 at 5:11 |
| PX7059 | Nintendo | *In camera* | ECF No. 219 at 5-6 |
| PX7065 | Nintendo | *In camera* | ECF Nos. 219 at 6-7, 220 at 5-9 |
| PX8002 | Nintendo | *In camera* | ECF No. 168 at 6:19 |
| RX2001 | Nintendo | *In camera* | ECF No. 168 at 7:16 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX2002 | Nintendo | *In camera* | ECF No. 168 at 7:16 |
| RX2040 | Nintendo | *In camera* | ECF No. 168 at 7:27 |
| RX2058 | Nintendo | *In camera* | ECF No. 168 at 7:27 |
| RX2065 | Nintendo | *In camera* | ECF No. 168 at 7:27 |
| RX2089 | Nintendo | *In camera* | ECF No. 168 at 7:27 |
| RX2096 | Nintendo | *In camera* | ECF No. 168 at 7:2 |
| RX2104 | Nintendo | *In camera* | ECF No. 168 at 7:17 |
| RX2106 | Nintendo | *In camera* | ECF No. 168 at 7:9 |
| RX2108 | Nintendo | *In camera* | ECF No. 168 at 7:9 |
| RX2109 | Nintendo | *In camera* | ECF No. 168 at 7:9 |
| RX2111 | Nintendo | *In camera* | ECF No. 168 at 7:9 |
| RX2116 | Nintendo | *In camera* | ECF No. 168 at 7:17 |
| RX2124 | Nintendo | *In camera* | ECF No. 168 at 7:17 |
| RX2125 | Nintendo | *In camera* | ECF No. 168 at 7:17 |
| RX2126 | Nintendo | *In camera* | ECF No. 168 at 7:18 |
| RX2127 | Nintendo | *In camera* | ECF No. 168 at 7:18 |
| PX0031 | Sony | Redacted | ECF No. 172 at 4:16 |
| PX3047 | Sony | *In camera* | ECF No. 172 at 5:1 |
| PX3050 | Sony | *In camera* | ECF No. 172 at 5:6 |
| PX3053 | Sony | *In camera* | ECF No. 172 at 5:11 |
| PX3065 | Sony | *In camera* | ECF No. 172 at 5:16 |
| PX3067 | Sony | *In camera* | ECF No. 172 at 5:21 |
| PX3077 | Sony | *In camera* | ECF No. 172 at 6:1 |
| PX3080 | Sony | *In camera* | ECF No. 172 at 6:5 |
| PX3081 | Sony | *In camera* | ECF No. 172 at 6:10 |
| PX3085 | Sony | *In camera* | ECF No. 172 at 6:15 |
| PX3090 | Sony | *In camera* | ECF No. 172 at 6:19 |
| PX3110 | Sony | Redacted | ECF Nos. 227 at 9, 172 at 6:23 |
| PX3241 | Sony | *In camera* | ECF No. 172 at 7:1 |
| PX3272 | Sony | *In camera* | ECF No. 172 at 7:6 |
| PX3275 | Sony | *In camera* | ECF No. 172 at 7:10 |
| PX3354 | Sony | *In camera* | ECF Nos. 227 at 10, 172 at 7:14 |
| PX7053 | Sony | Redacted | ECF No. 172 at 7:20 |
| PX7053 | Sony | Redacted | ECF Nos. 227 at 9, 195 at 4:3 |
| PX7054 | Sony | Redacted | ECF No. 172 at 8:3 |
| PX7054 | Sony | Redacted | ECF No. 195 at 6:16 |
| PX8001 | Sony | Redacted | ECF No. 195 at 7:14 |
| RX0015 | Sony | *In camera* | ECF No. 172 at 9:2 |
| RX0020 | Sony | *In camera* | ECF No. 172 at 9:6 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| RX0075 | Sony | Redacted | ECF No. 172 at 9:10 |
| RX0079 | Sony | Redacted | ECF No. 172 at 9:14 |
| RX0097 | Sony | Redacted | ECF No. 172 at 9:17 |
| RX0114 | Sony | *In camera* | ECF No. 172 at 9:21 |
| RX0120 | Sony | *In camera* | ECF No. 172 at 9:25 |
| RX0130 | Sony | *In camera* | ECF No. 172 at 10:3 |
| RX0161 | Sony | *In camera* | ECF No. 172 at 10:7 |
| RX0169 | Sony | *In camera* | ECF No. 172 at 10:11 |
| RX0170 | Sony | *In camera* | ECF No. 172 at 10:15 |
| RX2009 | Sony | *In camera* | ECF No. 172 at 10:19 |
| RX2010 | Sony | *In camera* | ECF No. 172 at 10:23 |
| RX2018 | Sony | *In camera* | ECF No. 172 at 11:3 |
| RX2019 | Sony | *In camera* | ECF No. 172 at 11:7 |
| RX2020 | Sony | Redacted | ECF No. 172 at 11:11 |
| RX2022 | Sony | *In camera* | ECF No. 172 at 11:15 |
| RX2023 | Sony | *In camera* | ECF No. 172 at 11:19 |
| RX2024 | Sony | *In camera* | ECF No. 172 at 11:23 |
| RX2025 | Sony | *In camera* | ECF No. 172 at 12:3 |
| RX2026 | Sony | Redacted | ECF No. 172 at 12:7 |
| RX2028 | Sony | *In camera* | ECF No. 172 at 12:13 |
| RX2030 | Sony | *In camera* | ECF No. 172 at 12:17 |
| RX2034 | Sony | *In camera* | ECF No. 172 at 12:21 |
| RX2036 | Sony | *In camera* | ECF No. 172 at 12:25 |
| RX2046 | Sony | Redacted | ECF No. 172 at 13:3 |
| RX2053 | Sony | Redacted | ECF No. 172 at 13:7 |
| RX2060 | Sony | Redacted | ECF No. 172 at 13:11 |
| RX2060 | Sony | *In camera* | ECF No. 172 at 13:14 |
| RX2067 | Sony | *In camera* | ECF No. 172 at 13:14 |
| RX2069 | Sony | Redacted | ECF No. 172 at 13:18 |
| RX2073 | Sony | Redacted | ECF No. 227 at 10 |
| RX2078 | Sony | Redacted | ECF No. 172 at 13:23 |
| RX2083 | Sony | Redacted | ECF No. 172 at 14:3 |
| RX2087 | Sony | Redacted | ECF No. 172 at 14:8 |
| RX2098 | Sony | Redacted | ECF No. 172 at 14:12 |
| RX2118 | Sony | Redacted | ECF No. 172 at 14:17 |
| RX2134 | Sony | *In camera* | ECF No. 172 at 14:20 |
| RX2161 | Sony | *In camera* | ECF No. 172 at 14:24 |
| RX2163 | Sony | Redacted | ECF No. 172 at 15:3 |
| RX5000 | Sony | Redacted | ECF No. 172 at 15:8 |
| PX3311 | Valve | *In camera* | ECF No. 166 at 2:20 |

| Exhibit | Designating Party | *In Camera* Treatment Requested | Location of Declaration in Support of Sealing |
|---|---|---|---|
| Dr. Robin Lee Written Direct Examination | MSFT/Nvidia/Sony | Redacted | ECF Nos. 232 at 4; 217 at 3:4, 3:10; 227 at 5-8 |
| Dr. Robin Lee Depo. Tr. | MSFT | *In camera* | ECF No. 232 at 4 |
| Dr. Elizabeth Bailey Expert Report | MSFT | *In camera* | ECF No. 232 at 3 |
| Dr. Elizabeth Bailey Depo. Dr. | MSFT | *In camera* | ECF No. 232 at 4 |
| Dr. Dennis Carlton Expert Report | MSFT | *In camera* | ECF No. 232 at 4 |
| Dr. Dennis Carlton Depo Tr. | MSFT | *In camera* | ECF No. 232 at 4 |
| Dr. Dennis Carlton Written Direct Examination | MSFT | Redacted | ECF No. 232 at 4 |

1

2

Dated: June 27, 2023

Respectfully submitted,

3

By: */s/ Caroline Van Ness*
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corp.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ James H. Weingarten*
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
**FEDERAL TRADE COMMISSION**
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*