UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER ON OMNIBUS ADMINISTRATIVE MOTION REGARDING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Date:     TBD<br>Time:    TBD<br>Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Pursuant to the Court's instruction during the evidentiary hearing on June 23, 2023, Plaintiff Federal Trade Commission ("Plaintiff" or "FTC") and Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") filed this Omnibus Administrative Motion Regarding *In Camera* Treatment of Certain Exhibits which Defendants and third parties have designated confidential.

Having considered Defendants' Administrative Motion, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ]  GRANTED IN ITS ENTIRETY. The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of certain exhibits submitted in the Administrative Motion.

[ ]  DENIED IN ITS ENTIRETY. Exhibits submitted in the Administrative Motion will not be sealed or receive *in camera* treatment.

[ ]  GRANTED/DENIED IN PART. The Court shall seal from public disclosure, permit *in camera* treatment, and close the courtroom for the presentation of the following exhibits submitted in the Administrative Motion.

IT IS SO ORDERED.

DATED:_____, 2023    _____
                                        Honorable Jacqueline S. Corley
                                        United States District Judge