QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700
Michael D. Bonanno (*pro hac vice* pending)
mikebonanno@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:     (202) 538-8100

*Attorneys for NVIDIA Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORP.,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | CASE NO. 3:23-cv-2880<br><br>**[PROPOSED] ORDER TO NVIDIA CORPORATION'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFF'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NOS. 132 & 183)**<br><br>The Honorable Jacqueline Scott Corley |

**[Proposed] Order**

The Court, having fully considered the papers and arguments presented, hereby GRANTS Plaintiff's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF Nos. 132 & 183) with respect to the following materials, which will remain sealed as follows:

| Document | Portions to Be Sealed | Basis for Sealing |
|---|---|---|
| FTC's reply in support of its preliminary injunction motion (ECF 132-2) | The sentence located on Lines 15–18 on Page 11 that is followed by a citation to PX8000-009-010. | This portion of the reply describes sensitive business information concerning NVIDIA's cloud gaming business, including NVIDIA's negotiations with a potential business partner. 6/27 Declaration of Aashish Patel ("Decl.") ¶ 3. NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's competitors information about NVIDIA's business decision-making, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 9–10. |
| FTC's exhibit list (ECF 183-1) | The names of the three individuals and the NVIDIA email address in PX3113. | PX3113 is an email. Decl. ¶ 4; *see also* June 21 Patel Declaration (ECF 161-1) ("6/21 Decl.") ¶ 9. The description of this exhibit contains the names of three NVIDIA employees as well as an internal NVIDIA email address, Decl. ¶ 4, the public disclosure of which would harm the privacy interests of NVIDIA employees who are not involved in or relevant to this action. |
| FTC's exhibit list | The entire description of PX3117, other than the word "Email." | PX3117 is an email. Decl. ¶ 5; *see also* 6/21 Decl. ¶ 10. The description of this exhibit contains the names of three NVIDIA employees as well as an internal NVIDIA email address, Decl. ¶ 5, the public disclosure of which would harm the privacy interests of NVIDIA employees who are not involved in or relevant to this action. The description of the email subject line also reflects competitively sensitive information about NVIDIA's business negotiations and strategy regarding a particular game. *Id.* NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's competitors information about NVIDIA's business decision-making, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 9–10. |
| FTC's exhibit list | The names of the three individuals and the NVIDIA email address in PX3123. | PX3123 is an email. Decl. ¶ 6; *see also* 6/21 Decl. ¶ 11. The description of this exhibit contains the names of three NVIDIA employees as well as an internal NVIDIA email address, Decl. ¶ 6, the public disclosure of which would harm the privacy interests of NVIDIA employees who are not involved in or relevant to this action. |
| FTC's exhibit list | The names of the three individuals in PX3153. | PX3153 is an email. Decl. ¶ 7; *see also* 6/21 Decl. ¶ 13. The description of this exhibit contains the names of three NVIDIA employees, Decl. ¶ 7, the public disclosure of which would harm the privacy interests of NVIDIA employees who are not involved in or relevant to this action. |

| Document | Portions to Be Sealed | Basis for Sealing |
|---|---|---|
| FTC's exhibit list | The names of the two individuals in the description of PX3157. | PX3157 is an email. Decl. ¶ 8; *see also* 6/21 Decl. ¶ 3. The description of this exhibit contains the names of two NVIDIA employees, Decl. ¶ 8, the public disclosure of which would harm the privacy interests of NVIDIA employees who are not involved in or relevant to this action. |

**IT IS SO ORDERED.**

DATED:_____

　　　　　　　　　　　　　　　　　　　HON. JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE