CLEARY GOTTLIEB STEEN & HAMILTON LLP
Zachary Tschida (State Bar No. 344994)
1841 Page Mill Road
Palo Alto, California 94304
Telephone: 650-815-4113
Facsimile: 650-815-4199
ztschida@cgsh.com

Elsbeth Bennett (admitted *pro hac vice*)
Carl Lawrence Malm (admitted *pro hac vice*)
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
Facsimile: 202-974-1999
ebennett@cgsh.com
lmalm@cgsh.com

*Counsel for Non-Party Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S FOURTH ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT**<br><br>The Honorable Jacqueline Scott Corley |

- 1 -

[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S FOURTH ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT
3:23-CV-02880-JSC

**[Proposed] Order**

The Court, having fully considered the papers and arguments presented, hereby ORDERS that the document identified in SIE's Fourth Administrative Motion for Sealing and *In Camera* Treatment be introduced in redacted form as requested by SIE, and be granted *in camera* treatment.

**IT IS SO ORDERED.**

DATED:_____   _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE