VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorneys for Non-Party Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 131 (PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION) SHOULD BE FILED UNDER SEAL** |

1
NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 131 SHOULD BE FILED UNDER SEAL

Case No. 23-cv-02880-JSC

1  Pursuant to N.D. Cal. Civil Local Rule 79-5, Non-Party Nintendo of America Inc. ("NOA") hereby submits this Statement as to why its confidential information contained in Plaintiff Federal Trade Commission's ("Plaintiff") Reply to Defendants' Opposition to Preliminary Injunction Motion (Dkt. No. 131, "Reply Memo") should be kept under seal.

On June 20, 2023, Plaintiff filed its Reply Memo, which characterizes and cites to the transcript of an NOA witness's deposition – PX7065 – that was taken during the course of discovery in *In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, before the FTC Office of Administrative Law Judges, Docket No. 9412.  *See* Dkt. No. 131 at 13 (citing PX7065).

Yesterday, on June 26, 2023, NOA filed its L.R.79-5 Statement asking the Court to seal the entirety of PX7065 or, in the alternative, to seal those portions of the transcript that NOA designated in certain confidentiality categories.  (*See* Dkt. No. 219).  All of the cited portions of PX7065 that Plaintiff characterizes and cites on page 13 of the Reply Memo were designated confidential in NOA's Statement (Dkt. No. 219).  Therefore, NOA respectfully requests that the redacted sentence on page 13 of the Reply Memo that refers to PX7065 remain under seal.

Dated:  June 27, 2023                                      VENABLE LLP

                                                By:   /s/ *Steven E. Swaney*
                                                      Steven E. Swaney
                                                      Leonard L. Gordon (pro hac vice)
                                                      Benjamin P. Argyle (pro hac vice)
                                                Attorneys for Non-Party Nintendo of America Inc.