VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorney for Non-Party Nintendo of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 131 (PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION) SHOULD BE FILED UNDER SEAL** |

**[PROPOSED] ORDER**

Having considered Nintendo of America Inc.'s Statement Pursuant to Local Rule 79-5(f) As to Why Its Confidential Information in Dkt. No. 131 (Plaintiff's Reply to Defendants' Opposition To Preliminary Injunction Motion) Should Be Filed Under Seal, the Court ORDERS that the portions of Lines 17-20 on Page 13 of Plaintiff's Reply to Defendants' Opposition To Preliminary Injunction Motion (Dkt. No. 131) that characterize, summarize, and/or cite to PX7065 shall be redacted and kept under seal.

**IT IS SO ORDERED.**

Dated: _____

HON. JACQUELINE SCOTT CORLEY  
United States District Judge

2

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. REQUEST AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 131 SHOULD BE FILED UNDER SEAL
Case No. 23-cv-02880-JSC