1  LEIGH L. OLIVER (admitted *pro hac vice*)
   CLIFFORD CHANCE US LLP
2  2001 K Street NW, Suite 900
   Washington, DC 20006
3  Telephone: (202) 912-5905
4  Facsimile: (202) 912-6000
   Email: leigh.oliver@cliffordchance.com
5
   JEFFREY M. DAVIDSON (SBN 248620)
6  COVINGTON & BURLING LLP
7  Salesforce Tower
   415 Mission Street, Suite 5400
8  San Francisco, CA 94105-2533
   Telephone: (415) 591-6000
9  Facsimile: (415) 591-6091
   Email: jdavidson@cov.com
10
11 *Counsel for Non-Party Amazon.com Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER SEALING NON-PARTY AMAZON.COM INC.'S CONFIDENTIAL INFORMATION** |
| **MICROSOFT CORP**. | |
| and | |
| **ACTIVISION BLIZZARD, INC.,** | |
| Defendants. | |

With respect to the information that third-parties designated as confidential, Plaintiff filed an Administrative Motion to File Under Seal Certain third-party documents ("Administrative Motion") on June 20, 2023. The Court, having fully considered the papers and arguments presented, herby ORDERS that the following materials will be sealed, and that the courtroom will be sealed during the presentation of the information contained therein during the evidentiary hearing on the preliminary injunction motion:

| Exhibit No. | Document Name or Description | Portion of Document Sought to be Sealed | Designating Party |
|---|---|---|---|
| PX3056 | AMZN-FTC CID 221-0077-0000000001 to 04<br><br>Also referred to as: AMZN – MSFT FTC – 0000000002 to 05 | Entire Document | Amazon.com Inc. |
| PX3206 | AMZN-FTC CID221-0077-0000000007 to 016<br><br>Also referred to as: AMZN – MSFT FTC – 0000000006 to 15 | Entire Document | Amazon.com Inc. |
| PX7064 | Portions of the Deposition Transcript of Benjamin "Benj" Shasha (April 26, 2023) | 15:5-17:1; 18:12-25; 19:1-17; 20:17-19; 21:2-3; 23:11-25; 24:1-19; 24:24; 25:1-6; 27:7-25; 28:1-25; 29:1-25; 30:1-20; 31:3-13; 31:16-22; 31:24-25; 32:1-25; 33:1-25; 34:1-10; 34:12-14; 34:20-25; 35:1-18; 35:20-25; 36:1-16; 36:21-25; 37:1-19; 37:24-25; 38:1-4; 38:8-16; 39:2-25; 40:1-25; 41:1-13; 41:16-25; 42:1-13; 44:20-25; 45:3-9; 45:11-25; 46:1-14; 46:18-25; 47:1-19; 47:21-25; 48:1-21; 48:23-25; 49:1-4; 49:6-25; 50:1-5; 50:7-25; 51:4-9; 51:11-12; 51:14-18; 51:22-25; 52:1-16; 52:18-25; 53:1-14; 53:16-25; 54:2-3; 54:5-7; 54:10; 54:12-25; 55:1-25; 56:1-2; 56:4-11; 56:14-23; 56:25; 57:1-7; 57:9-10; 57:12-25; 58:1-25; 59:1-25; | Amazon.com Inc. |

| | | | |
|---|---|---|---|
| | | 60:1-4; 60:6-10; 60:12-14; 60:19-25; 61:1-25; 62:1-10; 62:12-25; 63:1-25; 64:1-3; 64:9-25; 65:1; 65:3-25; 66:1-15; 67:1-25; 68:2-5; 68:12-25; 69:6-10; 69:14-25; 70:1-25; 71:1-7; 71:9-13; 71:23-25; 72:1-13; 72:16-17; 72:19-25; 73:1-4; 73:16-25; 74:1-24; 75:1-25; 76:1-9; 77:5-25; 78:1-25; 79:1-6; 79:8-9; 79:11-16; 80:7-25; 81:1-25; 82:1-25; 83:1-25; 84:1-25; 85:1-16; 85:20-21; 85:23-24; 86:1-4; 86:6-9; 86:11-14; 91:12-13; 91:24-25; 92:1-2; 93:3-4; 93:18-21; 94:1-5; 94:16-18; 95:15-19; 95:23-24; 96:7-12; 97:20-24; 98:8-20; 100:2-10; 101:17-21; 102:9-12; 102:15-17; 102:25; 103:1-16; 103:24-25; 104:1; 104:3-4; 104:12-16; 105:13-14; 105:16-17; 106:21-22; 106:24-25; 107:3-12; 107:17-18; 107:23-24; 108:19-20; 108:24-25; 109:4-16; 110:5-6; 110:14-15; 112:15-16; 112:18-20. | |

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge