Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
James Rosenthal (*pro hac vice*)
jrosenthal@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
Sarah Neuman (*pro hac vice*)
sneuman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **DEFENDANTS' STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 28, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:      Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") write to inform the Court that Defendants will call Dr. Elizabeth Bailey, Bobby Kotick, Satya Nadella, and Dr. Dennis Carlton as witnesses on Wednesday, June 28, 2023.  Defendants understand that Plaintiff Federal Trade Commission ("FTC") also intends to call Satya Nadella and Jeff Fisher as witnesses on Wednesday, June 28, 2023.  Jeff Fisher's testimony will be via deposition designation.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Jeff Fisher | RX0299 | N/A | N/A |
| Dr. Elizabeth Bailey | RX5055 (Dr. Bailey Expert Report) | *In camera*, ECF No. 232 at 3 | ECF No. 109-6 |
| Bobby Kotick | N/A | N/A | N/A |
| Satya Nadella | N/A | N/A | N/A |
| Dr. Dennis Carlton | RX5056 (Dr. Carlton Expert Report) | *In camera*, ECF No. 232 at 4 | ECF No. 109-35 |
| | PX5000 (Dr. Lee Corrected Expert Report) | *In camera*, ECF No. 232 at 4 | ECF Nos. 12-25, 109-31 |
| | PX5001 (Dr. Lee Rebuttal Report) | *In camera*, ECF No. 232 at 4 | ECF No. 109-37 |
| | Dr. Lee Written Direct Testimony | Redacted, ECF Nos. 232 at 4; 217 at 3:4, 3:10; 227 at 5-8 | ECF No. 224 |

---

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

DEFS.' STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 28, 2023

CASE NO. 3:23-CV-02880-JSC

1    Dated: June 27, 2023                                  Respectfully submitted,

2

3                                                          By: /s/ Beth Wilkinson
     By: /s/ Caroline Van Ness                                 Beth Wilkinson (*pro hac vice*)
4    Caroline Van Ness (SBN 281675)                            Rakesh N. Kilaru (*pro hac vice*)
     **SKADDEN, ARPS, SLATE, MEAGHER &**                       Kieran Gostin (*pro hac vice*)
5    **FLOM LLP**                                              James Rosenthal (*pro hac vice*)
     525 University Avenue                                     Grace Hill (*pro hac vice*)
6    Palo Alto, California 94301                               Sarah Neuman (*pro hac vice*)
     Telephone: (650) 470-4500                                 Anastasia M. Pastan (*pro hac vice*)
7    Facsimile: (213) 621-5430                                 Jenna Pavelec (*pro hac vice*)
     Email: caroline.vanness@skadden.com                       Alysha Bohanon (*pro hac vice*)
8                                                              **WILKINSON STEKLOFF LLP**
     Steven C. Sunshine (*pro hac vice*)                       2001 M Street, N.W., 10th Floor
9    Julia K. York (*pro hac vice*)                            Washington, D.C. 20036
     **SKADDEN, ARPS, SLATE, MEAGHER &**                       Telephone: (202) 847-4000
10   **FLOM LLP**                                              Facsimile: (202) 847-4005
     1440 New York Avenue, N.W.                                bwilkinson@wilkinsonstekloff.com
11   Washington, DC 20005-2111                                 rkilaru@wilkinsonstekloff.com
     Telephone: (202) 371-7000                                 kgostin@wilkinsonstekloff.com
12   Facsimile: (202) 393-5760                                 jrosenthal@wilkinsonstekloff.com
     Email: steven.sunshine@skadden.com                        ghill@wilkinsonstekloff.com
13   Email: julia.york@skadden.com                             sneuman@wilkinsonstekloff.com
                                                               apastan@wilkinsonstekloff.com
14   Michael J. Sheerin (*pro hac vice*)                       jpavelec@wilkinsonstekloff.com
     Evan R. Kreiner (*pro hac vice*)                          abohanon@wilkinsonstekloff.com
15   **SKADDEN, ARPS, SLATE, MEAGHER &**
     **FLOM LLP**
16   1 Manhattan West                                          Bambo Obaro (SBN 267683)
     New York, NY 10001                                        **WEIL, GOTSHAL & MANGES LLP**
17   Telephone: (212) 735-3000                                 201 Redwood Shores Parkway
     Fax: (212) 735-2000                                       Redwood Shores, CA 94065
18   Email: michael.sheerin@skadden.com                        Telephone: (650) 802-3083
     Email: evan.kreiner@skadden.com                           Facsimile: (650) 802-3100
19                                                             bambo.obaro@weil.com
     *Counsel for Defendant Activision Blizzard, Inc.*
20                                                             Michael Moiseyev (*pro hac vice*)
                                                               Megan A. Granger (*pro hac vice*)
21                                                             **WEIL, GOTSHAL & MANGES LLP**
                                                               2001 M Street, NW
22                                                             Suite 600
                                                               Washington, DC 20036
23                                                             Telephone: (202) 682-7000
                                                               Facsimile: (202) 857-0940
24                                                             michael.moiseyev@weil.com
                                                               megan.granger@weil.com
25
                                                               *Counsel for Microsoft Corp.*
26

27

28

     DEFS.' STATEMENT OF WITNESSES AND           2           CASE NO. 3:23-cv-02880-JSC
     EVIDENCE FOR JUNE 28, 2023