UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                              Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 132]**<br><br>Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 132). Having considered the FTC's Motion, Defendant Activision Blizzard, Inc.'s Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion | Page 11, Portions of Lines 13-14 | |
| Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion | Page 11, Portions of Lines 17-18 | |
| Plaintiff's Reply to Defendants' Opposition to Preliminary Injunction Motion | Page 11, Portions of Lines 19-20, 22-24 | |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge