1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>        v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NOS. 128, 183, 200, and 213]**<br><br>Judge: Hon. Jacqueline Scott Corley |

1    This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC")

2    Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF Nos.

3    128, 183, 200, 213).  Having considered the FTC's Motions, Defendant Activision Blizzard, Inc.'s

4    Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the

5    Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Exhibit Lists | PX2133 Description | |
| Exhibit Lists | PX2157 Description | |
| Exhibit Lists | PX2159 Description | |
| Exhibit Lists | PX2167 Description | |
| Exhibit Lists | PX2186 Description | |
| Exhibit Lists | PX2189 Description | |
| Exhibit Lists | PX2199 Description | |
| Exhibit Lists | PX2265 Description | |
| Exhibit Lists | PX2285 Description | |
| Exhibit Lists | PX2391 Description | |
| Exhibit Lists | PX2392 Description | |
| Exhibit Lists | PX2410 Description | |
| Exhibit Lists | PX2415 Description | |
| Exhibit Lists | PX2419 Description | |
| Exhibit Lists | PX2421 Description | |

17    IT IS SO ORDERED.

19    DATED: _____, 2023        _____
20                                                              Honorable Jacqueline Scott Corley
                                                                   United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTIONS          CASE NO. 3:23-cv-02880-JSC