1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORP. and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NOS. 128, 183, 200, AND 213]**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF Nos. 128, 183, 200, 213). Having considered the FTC's Motions, Defendant Microsoft Corporation's Statement in Response, and the Declaration of Beth Wilkinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FTC Exhibit Lists | PX1006 Description | |
| FTC Exhibit Lists | PX1063 Description | |
| FTC Exhibit Lists | PX1065 Description | |
| FTC Exhibit Lists | PX1154 Description | |
| FTC Exhibit Lists | PX1170 Description | |
| FTC Exhibit Lists | PX1188 Description | |
| FTC Exhibit Lists | PX1310 Description | |
| FTC Exhibit Lists | PX1313 Description | |
| FTC Exhibit Lists | PX1393 Description | |
| FTC Exhibit Lists | PX1767 Description | |
| FTC Exhibit Lists | PX1784 Description | |
| FTC Exhibit Lists | PX1823 Description | |
| FTC Exhibit Lists | PX1979 Description | |
| FTC Exhibit Lists | PX4351 Description | |
| FTC Exhibit Lists | PX4358 Description | |

IT IS SO ORDERED.

DATED: _____, 2023

Honorable Jacqueline S. Corley
United States District Judge