1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and<br>ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 132]**<br><br>Dept.:   Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF No. 132). Having considered the FTC's Motions, Defendant Microsoft Corporation's Statement in Response, and the Declaration of Beth Wilkinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Plaintiff's Reply | Page 1, Portions of Lines 17-25 | |
| Plaintiff's Reply | Page 3, Portions of Lines 14-23 | |
| Plaintiff's Reply | Page 4, Portions of Lines 10-13 | |
| Plaintiff's Reply | Page 4, Portions of Lines 15-16 | |
| Plaintiff's Reply | Page 5, Portions of Lines 10-19 | |
| Plaintiff's Reply | Page 5, Portions of Lines 22-25 | |
| Plaintiff's Reply | Page 6, Portions of Line 5-11 | |
| Plaintiff's Reply | Page 6, Portions of Lines 21-25 | |
| Plaintiff's Reply | Page 6, Portions of Lines 23-27 | |
| Plaintiff's Reply | Page 8, Portions of Lines 3-19 | |
| Plaintiff's Reply | Page 9, Portions of Lines 27-28, Page 10, Portions of Lines 1-4 | |
| Plaintiff's Reply | Page 10, Portions of Lines 6-14 | |
| Plaintiff's Reply | Page 10, Portions of Lines 20-27 | |
| Plaintiff's Reply | Page 11, Portions of Lines 13-14 | |
| Plaintiff's Reply | Page 11, Portions of Lines 19-27 | |
| Plaintiff's Reply | Page 12, Portions of Lines 5-6 | |
| Plaintiff's Reply | Page 13, Portions of Lines 22-23 | |

IT IS SO ORDERED.

DATED:_____, 2023

Honorable Jacqueline S. Corley
United States District Judge