Jack DiCanio (SBN 138782)
Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: jack.dicanio@skadden.com
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>       Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**(1) FIFTH AMENDED ADMINISTRATIVE MOTION SEEKING *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5; and**<br>**(2) DECLARATION OF PAGE ROBINSON IN SUPPORT THEREOF**<br><br>Date:      TBA<br>Time:      TBA<br>Dept.:     Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5 and the June 14th Order Re: Evidentiary Hearing on Preliminary Injunction Motion (ECF No. 76) ("Order"), Defendant Activision Blizzard, Inc. ("Activision") does respectfully move this Court to seal from public disclosure and permit *in camera* treatment of certain exhibits that appear on Plaintiff Federal Trade Commission ("FTC") and Defendants' (collectively, the "Parties") exhibit lists.

On June 14, 2023, the Court issued an Order directing the Parties, among other things, to identify "each exhibit each party intends to offer at the evidentiary hearing either through a witness declaration or live testimony," including "which exhibits are subject to a confidentiality designation and where on the docket the Court can locate a declaration in support of sealing as required by Local Rule 79-5." Order, at Section A.2.  On June 18, 19, 21, 22, 26 and 27, 2023, the Parties exchanged their respective exhibit lists, which identify exhibits that the Parties plan to introduce during the evidentiary hearing.

Pursuant to the Court's Order Following June 21, 2023 Status Conference at ECF 170, Activision is filing this Fifth Amended Administrative Motion, which replaces the Amended Administrative Motion filed at ECF 230, to provide the legal bases for sealing the exhibits that appears on the Parties' exhibit lists.

As described in detail herein, many of the exhibits on the Parties' lists contain highly sensitive and proprietary business information that would injure Activision if made publicly available.  The following table describes the highly confidential material found in the exhibits identified in the Parties' exhibit lists and the specific bases supporting sealing of the information.  *See* Civ. L.R. 79-5(c).  The proposed sealing reflects Activision's good-faith efforts to narrowly seek sealing of only that information which is competitively sensitive and contained in internal documents, the public disclosure of which would cause injury to Activision that cannot be avoided through any more restrictive alternative means:

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| **FTC's Exhibit List** | | | |
| PX0004 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX0014 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX0060 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
| --- | --- | --- | --- |
| | | | projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX0079 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX1763 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2002 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | figures and projections, which could be used to injure Activision if made publicly available. |
| PX2006 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and strategic evaluation of forward-looking opportunities, which could be used to injure Activision if made publicly available. |
| PX2008 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2017 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2049 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2073 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2082 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2083 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2086 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available.  In addition, this exhibit contains personal identifiable information, including phone numbers and email addresses. |
| PX2093 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2094 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2104 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2107 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2113 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2115 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2133 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2138 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2139 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2157 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2159 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2160 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2167 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2170 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, business partnerships and terms of existing confidential agreements, which could be used to injure Activision if made |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | publicly available. |
| PX2183 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2186 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2189 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2197 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX2198 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2199 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | made publicly available. |
| PX2203 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2265 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2282 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| PX2283 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, assessment of the competitive landscape, business partnerships, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2285 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2288 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Activision if made publicly available. |
| PX2355 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| PX2391 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2392 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2393 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2396 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | available. |
| PX2403 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2406 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX2410 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Activision if made publicly available. |
| PX2415 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | figures and projections, which could be used to injure Activision if made publicly available. |
| PX2419 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2421 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2443 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX2447 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2448 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2452 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2454 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
|  |  |  | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2456 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX2460 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX2462 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | be used to injure Activision if made publicly available. |
| PX2463 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2464 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2465 | FTC's Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX2471 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| PX3104 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, which could be used to injure Activision if made publicly available. |
| PX3148 | FTC's Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| PX4743 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX5000/RX5015 | FTC's and Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX5001 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX5002 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX7000 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7001 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7004 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7006 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7008 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7030 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7033 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7035 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | partnerships, which could be used to injure Activision if made publicly available. |
| PX7038 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7039 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX7052 | FTC's Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |
| PX8000 | FTC's and Defendants' Exhibit List | Redacted Version Forthcoming | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | partnerships, which could be used to injure Activision if made publicly available. |
| PX8001 | FTC's Exhibit List | Redacted Version Forthcoming | This exhibit contains non-public and highly sensitive information including, but not limited to, competitively sensitive data, which could be used to injure Activision if made publicly available. |
| **Defendants' Exhibit List** | | | |
| RX0020 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1001 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX1002 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, revenue figures and projections, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1006 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, revenue figures and projections, and internal business strategy and analysis, which could be used to injure Activision if made publicly available. |
| RX1008 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1011 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1012 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1013 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1015 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
|  |  |  |  |
| RX1016 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1017 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, revenue figures and projections, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1018 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, business partnerships, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1019 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, business partnerships, |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | terms of existing confidential agreements, and internal business strategy, which could be used to injure Activision if made publicly available. |
| RX1020 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1021 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1022 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1024 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1026 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1027 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1030 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1031 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX1032 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1033 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1036 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | could be used to injure Activision if made publicly available. |
| RX1038 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1041 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1042 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1044 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1047 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1048 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1259 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1260 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1273 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1275 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1276 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX1281 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX1282 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1284 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1285 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | could be used to injure Activision if made publicly available. |
| RX1286 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Activision if made publicly available. |
| RX1289 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1296 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | made publicly available. |
| RX1305 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1308 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX1310 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX2073 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX3000 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| RX3001 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX3006 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX3008 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX3011 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX3012 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX3095 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX3097 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX3100 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX3101 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5004 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | |
| RX5005 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5006 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5007 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5008 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5009 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5010 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| | | | evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5023 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5024 | Defendants' Exhibit List | Document Withheld | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX5027 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX5028 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX5029 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX5030 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| RX5042 | Defendants' Exhibit List | Redacted Version Forthcoming | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. |
| RX5055 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |

| Document | Party Seeking to Introduce Exhibit | Information Requested for *In Camera* Treatment | Basis for *In Camera* Treatment Request |
|---|---|---|---|
| RX5056 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. |
| PX7059 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |
| PX7065 | Defendants' Exhibit List | Document Withheld | This exhibit contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, which could be used to injure Activision if made publicly available. |

**ARGUMENT**

**I.**   ***In Camera* Treatment of the Exhibits Is Warranted Under Ninth Circuit Precedent as They Contain Activision's Confidential Business Information**

The above-mentioned exhibits contain competitively sensitive business information and warrant *in camera* treatment at the evidentiary hearing.  In the Ninth Circuit, "[p]arties seeking to seal judicial records relating to motions that are 'more than tangentially related to the underlying cause of action,' bear the burden of overcoming the presumption with 'compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure.'" *Lenovo (United States) Inc. v. IPCom GmbH & Co.*, KG, 2022 WL 2313948, at *1 (N.D. Cal. Jun. 28, 2022); *see also Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("[T]he court must 'conscientiously [] balance the competing interests' of the public and the party who seeks to keep certain judicial records secret.'").  Courts in this Circuit regularly find that sealing is warranted where the records or information that are sought to be sealed could be used "as sources of business information that might harm a litigant's competitive standing."  *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see also In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (same); *Velasco v. Chrysler Grp. LLC*, No. CV 13-08080 DDP (VBK), 2017 WL 445241, at *2 (C.D. Cal. Jan. 30, 2017) (stating that "district courts in this Circuit have sealed records containing 'information about proprietary business operations, a company's business mode or agreements with clients,' [and] 'internal policies and strategies'") (internal citations omitted).

"The Ninth Circuit has explained that 'in general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to . . . release trade secrets.'" *Velasco*, 2017 WL 445241, at *2 (quoting *Elec. Arts*, 298 F. App'x at 569); *see also Elec. Arts*, 298 F. App'x at 569 ("A 'trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it.'") (citation omitted).  A court has "broad latitude" to grant protective orders to prevent disclosure of "many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips ex rel. Estates of Byrd v. Gen.*

1  *Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

2        In determining whether a document should be filed under seal, courts consider, among other

3  things, the measures taken to guard the information's secrecy and the value of the information to the

4  business or its competitors.  *E.g.*, *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206,

5  1212 (9th Cir. 2002).  Here, Activision seeks *in camera* treatment of only the exhibits on Defendants'

6  and the FTC's exhibit lists that reference and reflect, among other things, confidential, proprietary

7  information relating to Activision's internal decision-making processes, investment decisions, strategic

8  evaluation of forward-looking opportunities, market share analyses, assessment of the competitive

9  landscape, business partnerships, terms of existing confidential agreements, revenue figures and

10 projections, and internal presentations discussing business strategy.  The disclosure of this information

11 could be used to injure Activision if made publicly available.

12 **II.   *In Camera* Treatment of the Exhibits Is Necessary to Protect Defendants' Confidential and
13     Proprietary Business Information**

14        Activision seeks *in camera* treatment of the above-mentioned exhibits, which contain

15 Activision's non-public and highly sensitive information.  Examples of such confidential information

16 include, but are not limited to, Activision's internal decision-making processes, investment decisions,

17 strategic evaluation of forward-looking opportunities, market share analyses, assessment of the

18 competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures

19 and projections, and internal presentations discussing business strategy.  Disclosure of this information

20 would provide Activision's competitors with private data about Activision's performance and business

21 strategy, which could harm Activision's competitive standing.  *See Cont'l Auto. Sys. v. Avanci, LLC*,

22 No. 19-cv-02520-LHK, 2019 WL 6612012, at *4 (N.D. Cal. Dec. 5, 2019).  As set forth in the supporting

23 Declaration of Page Robinson, Activision actively seeks to maintain the secrecy of the types of

24 confidential information contained in the parties' exhibit lists.  Thus, the unsealing of this highly

25 confidential and sensitive information would cause injury to Defendants that cannot be avoided through

26 less restrictive alternatives.  (*See* Decl. of Page Robinson, ¶¶ 5.)

27        Finally, Activision provided the FTC with confidential business information cited in the

28 Opposition and supporting materials pursuant to the statutory and regulatory guarantees of

1   confidentiality contained in the Hart-Scott-Rodino Act or the FTC Act.  *See* 15 U.S.C. §§ 18a(h), 46(f),

2   57b-2(b), 57b-2(c); 6 C.F.R. § 4.10(d)-(g).  In similar cases, the FTC has acknowledged the need to

3   maintain the confidentiality of a party's confidential business information that has been provided to the

4   FTC via a regulatory request.  *See, e.g.*, *FTC v. Lockheed Martin Corp.*, 2022 WL 1446650, at *2 (D.D.C.

5   Jan. 25, 2022) ("According to the FTC, sealing the complaint is appropriate . . . because the filing

6   includes confidential information submitted . . . pursuant to 'statutory and regulatory guarantees of

7   confidentiality.' . . . The requested sealing covers only confidential information and is, according to the

8   FTC, required by regulation.").

9   **III.     Conclusion**

10          As stated above, compelling reasons justify Activision's request for *in camera* treatment of the

11   Activision's confidential business information contained in the above-mentioned exhibits.  Activision

12   therefore respectfully request that this Court grant its Fourth Amended Administrative Motion.   In

13   compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the Exhibits warranting

14   *in camera* treatment accompany this Fourth Amended Administrative Motion.  In accordance with Civil

15   Local Rule 7-11, Activision has also filed a Proposed Order herewith.

16

17   DATED: June 27, 2023                              By: /s/ *Caroline Van Ness*

18

19                                                    Caroline Van Ness (SBN 281675)
                                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
20                                                    525 University Avenue
                                                      Palo Alto, California 94301
21                                                    Telephone: (650) 470-4500
                                                      Facsimile: (213) 621-5430
22                                                    Email: caroline.vanness@skadden.com

23                                                    Steven C. Sunshine (*pro hac vice*)
                                                      Julia K. York (*pro hac vice*)
24                                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                      1440 New York Avenue, N.W.
25                                                    Washington, DC 20005-2111
                                                      Telephone: (202) 371-7000
26                                                    Facsimile: (202) 393-5760
                                                      Email: steven.sunshine@skadden.com
27                                                    Email: julia.york@skadden.com

28                                                    Michael J. Sheerin (*pro hac vice*)
                                                      Evan R. Kreiner (*pro hac vice*)
                                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1

1 Manhattan West
New York, NY 10001
2
Telephone: (212) 735-3000
Fax: (212) 735-2000
3
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com
4
*Counsel for Defendant Activision Blizzard, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28