James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 28, 2023** |

  Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 28,2023 and the exhibits Plaintiff intends to use with the witnesses.

  Plaintiff intends to call Jeff Fisher (by video deposition designation) and Satya Nadella. Defendants have stated their intent to resume the examination of Elizabeth Bailey and call Robert Kotick and Dennis Carlton. Listed below are the exhibits Plaintiff intends to use with Mr.

1  Fisher and Mr. Nadella, and the exhibits Plaintiff may use on cross with Dr. Bailey, Mr. Kotick,
2  and Dr. Carlton.
3  Exhibits Plaintiff intends to use with Mr. Fisher:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7062 | Redactions requested; ECF No. 161 at 4 | ECF No. 175 |

Exhibits Plaintiff intends to use with Mr. Nadella:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7010 | Redactions requested; Investigational Hearing Transcript | |
| PX7036 | Redactions requested; Deposition Transcript | |
| PX1260 | In camera treatment requested; ECF No. 150 at 11 | |
| PX1274 | | |
| PX1746 | Redactions requested; ECF No. 150 at 23 | |
| PX1747 | Redactions requested; ECF No. 150 at 23 | |
| PX1750 | In camera treatment requested; ECF No. 150 at 23 | |
| PX1751 | In camera treatment requested; ECF No. 150 at 23 | |
| PX1777 | In camera treatment requested; ECF No. 150 at 26 | |
| PX4057 | Redactions requested; ECF No. 150 at 19 | |
| PX4066 | | |

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 28, 2023
CASE NO. 3:23-cv-02880

2

| | | |
|---|---|---|
| PX9084 | | |
| PX9102 | | |
| PX9015 | | |
| PX9012 | | |

Defendants are calling Activision's Robert Kotick. Plaintiff may use the following documents during cross of Mr. Kotick:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7006 | Redactions requested | |
| PX7035 | Redactions requested | |
| PX2056 | | |
| PX2133 | In camera treatment requested; ECF No. 148 at 7 | |
| PX9165 | | |
| PX9178 | | |
| PX9441 | | |
| PX2107 | In camera treatment requested; ECF No. 148 at 6 | |
| PX9451 | | |
| PX9448 | | |
| PX2421 | Redactions requested; ECF No. 148 at 16 | |
| PX4743 | | |
| PX2282 | ECF No. 148 at 13 | |
| PX9413 | | |
| PX9131 | | |

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX9033 | | |

Defendants are calling Dr. Elizabeth Bailey. Plaintiff may use the following documents during cross of Dr. Bailey:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5002 | | |
| PX2355 | | |
| PX2448 | | |
| PX2460 | | |
| PX2447 | | |
| PX2452 | | |
| PX2454 | | |
| PX2456 | | |
| PX2462 | | |
| PX2463 | | |
| PX2464 | | |
| PX2465 | | |
| PX2471 | | |
| PX7000 | | |
| PX7001 | | |
| PX7002 | | ECF No. 175 |
| PX7003 | | ECF No. 175 |
| PX7004 | | ECF No. 175 |
| PX7005 | | ECF No. 175 |
| PX7006 | | ECF No. 175 |
| PX7007 | | ECF No. 175 |

| | | |
|---|---|---|
| PX7008 | | ECF No. 175 |
| PX7009 | | |
| PX7010 | | ECF No. 175 |
| PX7011 | | ECF No. 175 |
| PX7012 | | |
| PX7014 | | ECF No. 175 |

Defendants are calling Dr. Dennis Carlton. Plaintiff may use the following documents during cross of Dr. Carlton:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX5004 | In camera treatment requested | |
| PX7078 | Redactions requested | |
| PX7060 | Redactions requested; ECF No. 161 at 3 | |
| RX2170 | In camera treatment requested; ECF No. 189 at 3 | |
| PX4678 | | |
| PX9441 | | |
| RX1211 | In camera treatment requested; ECF No. 189 at 68 | |
| PX4743 | In camera treatment requested; ECF No. 232 | |
| PX7065 | In camera treatment requested; ECF No. 219 at 6-7; ECF No. 220 at 5-9 | |
| PX3354 | Redactions requested; ECF No. 172 | |
| PX4894 | In camera treatment requested; ECF No. 189 at 30 | |
| PX8000 | Redactions requested; ECF No. 230 at 27 | |

| | | |
|---|---|---|
| RX1212 | In camera treatment requested; ECF No. 189 at 68 | |
| PX9453 | | |

DATED: June 27, 2023

           */s/ James H. Weingarten*
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*