# EXHIBIT A

**Plaintiff's Third Supplement to Exhibit List** — *Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1781 | | | | | Dkt. 232 (*in camera* treatment requested) |
| PX2355 | | | | | held for L.R. 79-5(f) declaration |
| PX2447 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX2448 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX2452 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX2454 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX2456 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX2460 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX2462 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX2463 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX2464 | | | | | Dkt. 230 (redacted version forthcoming) |

Case 3:23-cv-02880-JSC   Document 250-1   Filed 06/28/23   Page 3 of 4

Plaintiff's Third Supplement to Exhibit List                    *Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX2465 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX2471 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX3148 | | | | | Dkt. 230 (redacted version forthcoming) |
| PX3378 | | | | | Admitted partially *in camera* on June 27, 2023 |
| PX4678 | | | | | held for L.R. 79-5(f) declaration |
| PX4743 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX4905 | | | | | held for L.R. 79-5(f) declaration |
| PX5002 | | | | | Dkt. 230 (*in camera* treatment requested) |
| PX5004 | | | | | Dkt. 230 (*in camera* treatment requested) |

Case 3:23-cv-02880-JSC   Document 250-1   Filed 06/28/23   Page 4 of 4

**Plaintiff's Third Supplement to Exhibit List**  *Federal Trade Commission v. Microsoft Corporation et al.* , Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX7078 | | | | | held for L.R. 79-5(f) declaration |
| PX9033 | PX9033-001 | PX9033-005 | 10/17/2022 | Webpage: Xbox Game Pass | |
| PX9413 | PX9413-001 | PX9413-027 | 5/31/2023 | Article: Bobby Kotick Breaks His Silence: Embattled Activision CEO Addresses Toxic Workforce Claims as Microsoft Deal Hangs in Balance | |
| PX9446 | PX9446-001 | PX9446-007 | 6/21/2023 | Article: Microsoft is hiking the price of Xbox Series X and Xbox Game Pass | |
| PX9453 | PX9453-001 | PX9453-004 | 2/21/2023 | Article: How Microsoft's Nvidia deal works for gamers — with or without Activision | |