James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission,
2  respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3  Should be Sealed in connection with Plaintiff's Third Supplement to its Exhibit List.

4  Certain portions of Plaintiff's Third Supplement to its Exhibit List contain information
5  that was obtained during the course of litigation discovery in *In the matter of Microsoft Corp.*
6  *and Activision, Blizzard, Inc.*, before the United States of America Federal Trade Commission
7  Office of Administrative Law Judges, Docket No. 9412, and that the producing party designated
8  as Confidential pursuant to the Protective Order Governing Confidential Material entered on
9  December 9, 2022 ("Administrative Protective Order"). As detailed below, producing parties
10 have filed, and Plaintiff reasonably expects the producing party may file, confidentiality
11 declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks
12 to file under seal:

| PX# | Description | Docket Entry |
|---|---|---|
| PX1781 | Document Description | Dkt. 232 (*in camera* treatment requested) |
| PX2355 | Document Description | held for L.R. 79-5(f) declaration |
| PX2447 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX2448 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX2452 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX2454 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX2456 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX2460 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX2462 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX2463 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX2464 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX2465 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX2471 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX3148 | Document Description | Dkt. 230 (redacted version forthcoming) |
| PX3378 | Document Description | Admitted partially *in camera* on June 27, 2023 |
| PX4678 | Document Description | held for L.R. 79-5(f) declaration |
| PX4743 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX4905 | Document Description | held for L.R. 79-5(f) declaration |
| PX5002 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX5004 | Document Description | Dkt. 230 (*in camera* treatment requested) |
| PX7078 | Document Description | held for L.R. 79-5(f) declaration |

1    Materials and documents may be provisionally filed under seal pursuant to Civil Local
2  Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by
3  another party or non-party." L.R. 79-5(f).
4    Plaintiff has redacted the above-referenced yellow-highlighted portions of the FTC
5  Exhibit List because Microsoft Corporation ("Microsoft") and Activision Blizzard Inc.
6  ("Activision") have designated the information contained therein as confidential pursuant to
7  L.R. 79-5(f), and to provide Microsoft and Activision an opportunity to designate the
8  information contained therein as confidential pursuant to L.R. 79-5(f). *See* Activision's (1)
9  Fourth Amended Administrative Motion Seeking *In Camera* Treatment of Certain Exhibits
10 Pursuant to Civil L.R. 7-11 and 79-5; and (2) Declaration of Page Robinson In Support Thereof
11 (Dkt. No. 230); Microsoft's Administrative Motion Seeking *In Camera* Treatment of Certain
12 Exhibits Pursuant to Civil L.R. 7-11 and 79-5 (Dkt. No. 232); *see also* Omnibus Administrative
13 Motion Regarding *In Camera* Treatment of Certain Exhibits Pursuant to Civil L.R. 7-11 and 79-
14 5 (Dkt. No. 233).
15   Plaintiff has redacted the above-referenced green-highlighted portions of the FTC
16 Exhibit List because Nvidia Corporation ("Nvidia") has not yet had an opportunity to designate
17 the information contained therein as confidential pursuant to L.R. 79-5(f). *See* Nvidia
18 Corporation's Statement in Support of Sealing Portions of Evidentiary Hearing Exhibits (Dkt.
19 No. 161); Nvidia Corporation's Statement in Support of Sealing Regarding Plaintiff's
20 Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF
21 Nos. 132 & 183) (Dkt. No. 234). The redacted green-highlighted portion of the FTC's Exhibit
22 List has already been designated as confidential by Microsoft (Dkt. No. 230), as indicated
23 above.
24   Plaintiff takes no position on the merits of sealing Microsoft's, Activision's, or Nvidia's
25 designated material.

In compliance with Civil Local Rule 79-5(d), the unredacted version of the FTC Exhibit List accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith

Dated: June 28, 2023                         Respectfully submitted,


/s/ Jennifer Fleury
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

3