

## UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 27, 2023                                                      **Time:** 6:58

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cv-02880-JSC

**Case Name:** Federal Trade Commission v. Microsoft Corporation, et al.

**Attorneys for Plaintiff FTC:** James Weingarten/Alex Ansaldo/Nicole Callan/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Merrick Pastore

**Attorneys for Defendant Microsoft:** Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan

**Attorneys for Defendant Activision Blizzard**: Steven Sunshine/Evan Kreiner/Caroline Van Ness

**Deputy Clerk:** Ada Means                                  **Court Reporter:** Marla Knox

### PROCEEDINGS

Evidentiary hearing (Day 3) held. Video testimonies of Jim Ryan and Phil Eisler played.

Examination of Robin Lee and Elizabeth Bailey. Please see trial log for complete details.