UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02880-JSC

Case Name: Federal Trade Commission v. Microsoft Corporation, et al.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR FTC: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | James Weingarten/Alex Ansaldo/Nicole Callan/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Merrick Pastore | Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan/Steven Sunshine/Evan Kreiner/Caroline Van Ness |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| June 27, 2023 (Day 3) | Marla Knox | Ada Means |

| PLTF. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:08 a.m. | | | Court and counsel confer re: witnesses and exhibits. Elsbeth Bennett appeared for Sony and Michael Bonanno appeared by telephone for NVIDIA Corporation. **(SEALED)** |
| | | 8:42 a.m. | | | Court is in recess. |
| | | 8:50 a.m. | | | Court reconvenes, all parties present. |
| | | 8:53 a.m. | | | Portions of video testimony of **JIM RYAN** is played. **(Not Reported)** |
| | | 10:04 a.m. | | | The following exhibits are marked and admitted into evidence: **PX 8001, PX3101, PX3106, PX3110, PX7053 and PX7054 for FTC. PX3109, RX0020, RX0070, RX0079, RX1162, RX2064 and RX2163 for MS.** |
| | | 10:14 a.m. | | | Court reconvenes with all parties present. **ROBIN LEE** is sworn as a witness for plaintiff and is under cross examination by Ms. Wilkinson. For Robin Lee's direct examination by FTC, please refer to docket number 224. The document is currently partially redacted and under seal pending ruling by the Court. |
| | RX5053 | 11:40 a.m. | X | X | |
| | RX5054 | 11:47 a.m. | X | X | |
| | | 11:55 a.m. | | | Court called for the noon recess. |
| | | 12:39 p.m. | | | Court reconvenes with all parties present. Robin Lee under further cross examination by Ms. Wilkinson. |
| | | 1:04 p.m. | | | Robin Lee under redirect examination by Mr. Pastore. |
| | | 1:57 p.m. | | | The following exhibits are marked and admitted into evidence: **PX5000 for FTC. RX2069, PX1136, RX2073, and RX2098 for MS.** |
| | | 1:59 p.m. | | | Robin Lee is excused. The Court called for the afternoon recess. |

|  |  | 2:11 p.m. |  |  | Court reconvenes with all parties present. Portions of video testimony of **PHIL EISLER** is played. (Not Reported) |
|  |  | 2:22 p.m. |  |  | The following exhibits are marked and admitted into evidence: **PX8000, PX3103, PX3104, PX3144, PX3052, PX2319, PX1781, and PX7060 for FTC.** |
|  |  | 2:23 p.m. |  |  | **ELIZABETH BAILEY** is called out of order and sworn as a witness for Defendants and is under direct examination by Mr. Kilaru. |
|  |  | 3:06 p.m. |  |  | Court is adjourned for the day. The matter is continued to **June 28, 2023.** |