1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DECLARATION OF AMY HOOD**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Having considered Defendant Microsoft Corporation's Administrative Motion to Seal Portions of the Declaration of Amy Hood and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Hood Declaration | Page 3, portion of footnote 3 | |
| Hood Declaration | Page 4, portion of paragraph 9 | |
| Hood Declaration | Page 4, portion of footnote 4 | |
| Hood Declaration | Page 4, portion of footnote 5 | |
| Hood Declaration | Page 5, portion of paragraph 11 | |
| Hood Declaration | Page 6, portion of paragraph 14 | |
| Hood Declaration | Page 7, portion of paragraph 17 | |
| Hood Declaration | Page 8, portion of footnote 17 | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge