1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11   FEDERAL TRADE COMMISSION,                    Case No. 3:23-cv-02880-JSC

12          Plaintiff,                            **[PROPOSED] ORDER GRANTING
                                                  DEFENDANT MICROSOFT
13   v.                                           CORPORATION'S ADMINISTRATIVE
                                                  MOTION TO SEAL CERTAIN EXHIBITS
14                                                CITED IN DECLARATION OF AMY
     MICROSOFT CORPORATION and                    HOOD**
15   ACTIVISION BLIZZARD, INC.,

16          Defendants.                           Dept.:     Courtroom 8—19th Floor
                                                  Judge:     Honorable Jacqueline S. Corley
17

18

19

20

21

22

23

24

25

26

27

28

Having considered Defendant Microsoft Corporation's Administrative Motion to Seal Certain Exhibits Cited in the Declaration of Amy Hood and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| PX4029 | Redacted version forthcoming | |
| RX1120 | Redacted version forthcoming | |

IT IS SO ORDERED.

DATED:_____, 2023        _____

Honorable Jacqueline S. Corley
United States District Judge