| | |
|---|---|
| 1 | Beth A. Wilkinson (*pro hac vice*) |
| | bwilkinson@wilkinsonstekloff.com |
| 2 | Rakesh N. Kilaru (*pro hac vice*) |
| | rkilaru@wilkinsonstekloff.com |
| 3 | Kieran Gostin (*pro hac vice*) |
| 4 | kgostin@wilkinsonstekloff.com |
| | Grace Hill (*pro hac vice*) |
| 5 | ghill@wilkinsonstekloff.com |
| | James Rosenthal (*pro hac vice*) |
| 6 | jrosenthal@wilkinsonstekloff.com |
| 7 | Anastasia M. Pastan (*pro hac vice*) |
| | apastan@wilkinsonstekloff.com |
| 8 | Sarah Neuman (*pro hac vice*) |
| | sneuman@wilkinsonstekloff.com |
| 9 | WILKINSON STEKLOFF LLP |
| 10 | 2001 M Street NW, 10th Floor |
| | Washington, DC  20036 |
| 11 | Telephone: (202) 847-4000 |
| | Facsimile: (202) 847-4005 |

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **DEFENDANTS' STATEMENT OF WITNESSES AND EVIDENCE FOR JUNE 29, 2023, PURSUANT TO COURT ORDER (ECF NO. 170)** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Pursuant to the Court's Order Following June 21, 2023 Status Conference (ECF No. 170) ("Order"), Defendants Microsoft Corp. ("Microsoft") and Activision Blizzard, Inc. ("Activision") write to inform the Court that Defendants will call Amy Hood, Tim Stuart, and Steve Singer as witnesses on Thursday, June 29, 2023. Steve Singer's testimony will be submitted via deposition designation. Defendants understand that Plaintiff Federal Trade Commission ("FTC") also intends to call Tim Stuart as a witness on Thursday, June 29, 2023.

Defendants intend to use the following exhibits with these witnesses:

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| Amy Hood | PX4029 | Redacted, ECF No. 255 at 2 | N/A |
| | PX0083 | N/A | N/A |
| | RX1078 | *In camera*, ECF No. 189 at 54 | N/A |
| | PX4028 | *In camera*, ECF No. 189 at 66 | N/A |
| | PX4044 | Redacted, ECF No. 189 at 55 | N/A |
| | PX9009 | N/A | N/A |
| | RX1186 | *In camera*, ECF No. 189 at 66 | N/A |
| | RX1187 | *In camera*, ECF No. 189 at 66 | N/A |
| | RX1128 | Redacted, ECF No. 189 at 61 | N/A |
| | RX1080 | Redacted, ECF No. 189 at 54 | N/A |
| | RX1133 | Redacted, ECF No. 189 at 61 | N/A |

---

[1] Defendants do not seek to seal the exhibits that are listed here without citation to a supporting declaration.

| Witness | Exhibit | Declaration in Support of Sealing or Redacting the Exhibit[1] | Cross-Reference |
|---|---|---|---|
| | RX1120 | Redacted, ECF No. 255 at 2 | N/A |
| | RX1119 | Redacted, ECF No. 189 at 59 | N/A |
| | RX1105 | Redacted, ECF No. 189 at 58 | N/A |
| | RX1140 | Redacted, ECF No. 189 at 62 | N/A |
| | RX3166 | Redacted, ECF No. 189 at 63 | ECF No. 109-5 |
| | RX1154 | Redacted, ECF No. 189 at 63 | N/A |
| | RX1156 | *In Camera*, ECF No. 189 at 63 | N/A |
| | RX1079 | Redacted, ECF No. 189 at 54 | N/A |
| | PX1102 | Redacted, ECF No. 189 at 2 | N/A |
| | RX5058 (Hood Declaration) | Redacted, ECF No. 254 | ECF No. 253 |
| Tim Stuart | RX1137 | *In camera*, ECF No. 189 at 61 | N/A |
| | RX1066 | N/A | N/A |
| Steve Singer[2] | RX1212 | *In camera*, ECF No. 189 at 69 | ECF No. 109-23 |

---

[2] Submitted via deposition designation.

Dated: June 28, 2023

By: /s/ *Caroline Van Ness*
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: michael.sheerin@skadden.com
Email: evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

Respectfully submitted,

By: /s/ *Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corp.*