James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.**, <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-02880 <br><br> **STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 29, 2023** |

  Pursuant to the Court's Order Following June 21, 2023 Status Conference (Dkt. 170), Plaintiff Federal Trade Commission respectfully submits this statement identifying the witnesses to be called on June 29, 2023 and the exhibits Plaintiff intends to use with the witnesses.

  Defendants intend to call Timothy Stuart, Amy Hood, and Steven Singer (by video deposition designation). Listed below are the exhibits Plaintiff may use on cross with Mr. Stuart, Ms. Hood, and Mr. Singer.

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 29, 2023
CASE NO. 3:23-cv-02880

1  Defendants are calling Timothy Stuart. Plaintiff may use the following documents during cross
2  of Mr. Stuart:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX0070 | | |
| PX1116 | Redactions requested; ECF No. 189 at 7 | |
| PX1151 | | |
| PX1190 | | |
| PX1214 | | |
| PX1240 | In camera treatment requested; ECF No. 189 at 22 | |
| PX1785 | Redactions requested; ECF No. 189 at 23 | |
| PX1851 | Redactions requested; ECF No. 189 at 11 | |
| PX1966 | | |
| PX4181 | Redactions requested; ECF No. 189 at 25 | |
| PX4308 | | |
| PX4319 | In camera treatment requested; ECF No. 189 at 10 | |
| PX4322 | In camera treatment requested; ECF No. 189 at 12 | |
| PX4323 | In camera treatment requested; ECF No. 189 at 13 | |
| PX4325 | Redactions requested; ECF No. 189 at 13 | |
| PX4334 | Redactions requested; ECF No. 189 at 17 | |
| PX4341 | In camera treatment requested; ECF No. 189 at 23 | |

| | | | |
|---|---|---|---|
| 1 2 | PX4358 | In camera treatment requested; ECF No. 189 at 9 | |
| 3 4 | PX4359 | In camera treatment requested; ECF No. 189 at 9 | |
| 5 | PX4361 | Redactions requested; ECF No. 189 at 5 | |
| 6 7 | PX4362 | In camera treatment requested; ECF No. 189 at 10 | |
| 8 | PX4365 | | |
| 9 | PX4366 | | |
| 10 | PX4367 | Redactions requested; ECF No. 189 at 18 | |
| 11 | PX4375 | | |
| 12 | PX4376 | | |
| 13 14 | PX4377 | In camera treatment requested; ECF No. 189 at 10 | |
| 15 16 | PX4378 | In camera treatment requested; ECF No. 189 at 11 | |
| 17 | PX4380 | Redactions requested; ECF No. 189 at 18 | |
| 18 | PX4472 | | |
| 19 | PX4476 | | |
| 20 21 | PX4894 | In camera treatment requested; ECF No. 189 at 30 | |
| 22 | PX4905 | | |
| 23 24 | PX7007 | In camera treatment requested; ECF No. 189 at 35 | |
| 25 26 | PX7040 | In camera treatment requested; ECF No. 189 at 43 | |

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX7041 | In camera treatment requested; ECF No. 189 at 43 | |
| PX9143 | | |
| PX9192 | | |

Defendants are calling Amy Hood. Plaintiff may use the following documents during cross of Ms. Hood:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX4031 | | |
| PX4209 | | |
| PX7032 | In camera treatment requested; ECF No. 189 at 41 | |
| PX9009 | | |
| PX9446 | | |
| PX9050 | | |
| RX1154 | Redactions requested; ECF No. 189 at 63 | |
| RX1156 | | |
| RX3166 | | |

Defendants are calling Steven Singer. Plaintiff may use the following documents during cross of Mr. Singer:

| Exhibit No. | In camera treatment requested (if any) | Used in |
|---|---|---|
| PX3218* | Pending confirmation | |
| PX3225* | Pending confirmation | |
| PX3233* | Pending confirmation | |
| PX3234* | Pending confirmation | |

| PX9372 | | |
|---|---|---|

DATED: June 28, 2023        /s/ *James H. Weingarten*
　　　　　　　　　　　　　　　James H. Weingarten
　　　　　　　　　　　　　　　Peggy Bayer Femenella
　　　　　　　　　　　　　　　James Abell
　　　　　　　　　　　　　　　Cem Akleman
　　　　　　　　　　　　　　　J. Alexander Ansaldo
　　　　　　　　　　　　　　　Michael T. Blevins
　　　　　　　　　　　　　　　Amanda L. Butler
　　　　　　　　　　　　　　　Nicole Callan
　　　　　　　　　　　　　　　Maria Cirincione
　　　　　　　　　　　　　　　Kassandra DiPietro
　　　　　　　　　　　　　　　Jennifer Fleury
　　　　　　　　　　　　　　　Michael A. Franchak
　　　　　　　　　　　　　　　James Gossmann
　　　　　　　　　　　　　　　Ethan Gurwitz
　　　　　　　　　　　　　　　Meredith R. Levert
　　　　　　　　　　　　　　　David E. Morris
　　　　　　　　　　　　　　　Merrick Pastore
　　　　　　　　　　　　　　　Stephen Santulli
　　　　　　　　　　　　　　　Edmund Saw

　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　600 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　Tel: (202) 326-3570

　　　　　　　　　　　　　　　*Counsel for Plaintiff Federal Trade Commission*

STATEMENT IDENTIFYING WITNESSES AND EXHIBITS TO BE USED JUNE 29, 2023
CASE NO.  3:23-cv-02880

5