Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Bambo Obaro
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>MICROSOFT CORP. and<br>ACTIVISION BLIZZARD, INC.,<br><br>*Defendants.* | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANT MICROSOFT CORP.'S ANSWER AND DEFENSES** |

Defendant Microsoft Corporation ("Microsoft") responds separately to the allegations set forth in the Federal Trade Commission's ("FTC" or the "Commission") Complaint for a Temporary Restraining Order and Preliminary Injunction. Any allegation not specifically and expressly admitted is denied.

## INTRODUCTION

The FTC asks the Court to do something that has never been done before: enjoin a vertical merger under Section 13(b) of the FTC Act. The relief the FTC seeks is not only unprecedented but deal-killing.  To our knowledge, *no* unconsummated merger has *ever* survived a Section 13(b) injunction long enough for the FTC to complete its in-house administrative adjudication—in which the FTC nearly always rules for itself—and then obtain relief from a neutral Article III court. Moreover, the FTC's case is entirely without merit. Rather than inhibit competition, the merger will make Microsoft a more effective competitor to more successful and established firms in console, PC, and mobile gaming; it will expand access to Activision content to platforms that do not currently have it and likely would not receive it absent the merger; and it will drive investment to new technology and content.

This case involves the vertical merger between the third-place manufacturer of gaming consoles and one of dozens of publishers of popular video games. Microsoft competes in gaming through its Xbox division ("Xbox"). Since 2001, Xbox has manufactured its Xbox console, and through that entire two-decade period, Xbox has lagged behind the dominant console makers, Sony and Nintendo, both globally and in the United States. Xbox also makes games for mobile devices, such as phones and tablets, but its presence in that market is *de minimis*. Activision is a video game publisher that produces a wide array of games, including some of the most popular and profitable mobile games in the world. Microsoft is acquiring Activision to grow its presence in mobile gaming. For this deal to be profitable, Microsoft will need to make Activision's portfolio of gaming titles as widely available as possible, including by continuing to sell its most popular console game, *Call of Duty*, on the Sony PlayStation. This economic reality is so apparent that the CEO of Sony accurately remarked that Microsoft's acquisition of Activision

1   was "not an Xbox exclusivity play at all" and predicted that Sony "will continue to see COD on
2   [PlayStation] for many years to come."

3        Brushing aside the facts, the law, and the economics, the FTC seeks to block this merger
4   based on a tenuous theory that Microsoft will withhold *Call of Duty* from competitors. Doing so
5   would be economically irrational for Microsoft, but regardless, Microsoft cannot do so. After
6   agreeing to acquire Activision, Microsoft entered into agreements to bring *Call of Duty* to
7   Nintendo (which has not had *Call of Duty* on its consoles for over a decade) and to five leading
8   cloud gaming services (something Activision has consistently refused to do) for ten years. It has
9   made the same offer to Sony, but Sony has refused. Nonetheless, Microsoft has committed to the
10  public, its shareholders, and now the Court that it will continue to sell *Call of Duty* on
11  PlayStation if Sony permits it to do so.

12       In all events, even if Microsoft had both the incentive and the ability to withhold *Call of
13  Duty* from Sony, doing so would not constitute a "substantial lessening of competition." The
14  acquisition of a single game by the third-place (out of three) console manufacturers cannot upend
15  this highly competitive market. Exclusive titles are common in the gaming industry; indeed, until
16  relatively recently, most games were available only on a single platform. To this day, Sony and
17  Nintendo both have vastly larger libraries of exclusive content than Xbox, including
18  commercially and critically successful franchise like *The Last of Us*, *God of War*, *Spiderman*,
19  and *Mario*. Sony in fact has *eight* exclusive titles for every one Xbox exclusive, and Sony has
20  increasingly used its dominant market position to pay third-party publishers a premium to keep
21  their games off Xbox entirely. Although *Call of Duty* is popular, it is not essential content. The
22  vast majority of gamers do not play *Call of Duty* at all, and over the past six years, it has been the
23  most played game by month in just two months. Even if Microsoft made *Call of Duty* an Xbox
24  exclusive (which it cannot and will not do), that would do nothing to upset Sony's dominance in
25  the console market—even if every single significant *Call of Duty* gamer on PlayStation switched
26  to Xbox, Sony would *still* be the number one console.

27

28

1    The FTC's theory of harm to the putative markets for subscription library and cloud
2    gaming services is even weaker. At the outset, neither service is a standalone market; each is an
3    emerging alternative to existing products in the gaming industry—specifically, to buy-to-play
4    titles (subscription libraries) and to consoles (cloud gaming services). Currently, Activision
5    content is not available either on subscription libraries or on cloud platforms, and Activision has
6    no intention as a separate company to make them available for an array of technological and
7    financial reasons. Microsoft, by contrast, has committed to bringing Activision content to its own
8    subscription library and to third-party cloud gaming platforms. Thus, the undisputed evidence
9    will show that, across every putative market identified by the FTC, the result of the merger will
10   be more competition and broader access to Activision content:

|  | **Without Merger** | **With Merger** |
|---|---|---|
| Consoles | *COD* available on Xbox and PlayStation only | *COD* available on Xbox, Switch, and PlayStation |
| Subscription | *COD* not available on any subscription service | *COD* available on Game Pass on a day-and-date basis |
| Cloud Gaming | *COD* not available on any cloud gaming platform | *COD* available on Game Pass Ultimate, Boosteroid, Nvidia GeForce NOW, EE Limited, NWare, and Ubitus |

18   Ultimately, the FTC has no grounds to challenge this merger, which will increase
19   competition and expand access across multiple sectors of the gaming market. The FTC's request
20   for injunctive relief should be denied and its complaint should be dismissed.

21                                                          **ANSWER**
22   The Commission's unnumbered introductory paragraphs characterize this action and
23   assert legal arguments and conclusions to which no response is required. To the extent such a
24   response is required, Microsoft denies the allegations in the Commission's unnumbered
25   introductory paragraphs.

26
27
28

# NATURE OF THE CASE[1]

1.    **ALLEGATION:** Microsoft and Sony control the market for high-performance video game consoles. The number of independent companies capable of developing standout video games for those consoles has contracted, with only a small group of firms commanding that space today.  Microsoft now proposes to acquire Activision, one of the most valuable of those developers, in a vertical merger valued at nearly $70 billion (the "Proposed Acquisition"[2]) that will increase Microsoft's already considerable power in video games. If consummated, the Proposed Acquisition would be the largest in the history of the video game industry and the largest in Microsoft's history. The Proposed Acquisition would continue Microsoft's pattern of taking control of valuable gaming content. With control of Activision's content, Microsoft would have the ability and increased incentive to withhold or degrade Activision's content in ways that substantially lessen competition—including competition on product quality, price, and innovation. This loss of competition would likely result in significant harm to consumers in multiple markets at a pivotal time for the industry.

**ANSWER:** Paragraph 1 purports to state conclusions of law to which no response is required. To the extent a response is required, Microsoft denies those allegations, except that Microsoft admits that it seeks to acquire Activision for $68.7 billion, and that this would be the highest numerical dollar amount that Microsoft will have paid for an acquisition in its history. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the relative size of this acquisition within the gaming industry. Microsoft denies the remaining allegations contained in Paragraph 1.

---

[1] Use of headings and subheadings from the Complaint is solely for the benefit of the reader. Microsoft does not interpret the headings and subheadings throughout the Complaint as well-pleaded allegations to which any response is required. To the extent such a response is required, Microsoft denies all allegations in the headings and subheadings of the Complaint.

[2] Use of certain terms or phrases defined in the Complaint is not an acknowledgement or admission of any characterization the Commission may ascribe to the defined terms. Unless otherwise defined, capitalized terms shall refer to the capitalized terms defined in the Complaint, but any such use is not an acknowledgement or admission of any characterization the Commission may ascribe to the capitalized terms.

2.     **ALLEGATION:** Microsoft, one of only two manufacturers of high-performance video game consoles, develops and sells Xbox gaming consoles. Microsoft is vertically integrated: through its in-house game studios, it develops and publishes popular video game titles such as Halo. Such in-house games are known as "first-party" titles in the industry. Microsoft also offers a leading video game subscription service, Xbox Game Pass, for which customers pay a monthly fee to access a library of hundreds of first- and third-party video games for console or personal computer ("PC"). The top tier of Xbox Game Pass, called Xbox Game Pass Ultimate, includes "cloud gaming" functionality that enables subscribers to stream certain games, as opposed to downloading games locally, and then to play those games across a variety of devices including consoles, PCs, tablets, and mobile phones.

**ANSWER:** Microsoft admits that Xbox, a gaming division of Microsoft, develops and sells video game consoles and video games (including the video game, *Halo*); that games created in-house are sometimes referred to as "first-party" titles; that Xbox offers a multigame subscription service, Xbox Game Pass, which provides subscribers with access to a catalog of hundreds of video games to play on console or PC; and that the Xbox Game Pass Ultimate tier offers "cloud gaming" functionality allowing subscribers to stream certain games for play across a variety of devices including consoles, PCs, tablets, and mobile phones. Microsoft denies the remaining allegations contained in Paragraph 2.

3.     **ALLEGATION:** Activision develops and publishes high-quality video games for multiple devices, including video game consoles, PCs, and mobile devices. Activision's games include high-quality games that are commonly referred to in the industry as "AAA" titles. AAA games are costly to produce because of the creative talent, budgets, and time required for development. Gamers highly anticipate the release of AAA games.

**ANSWER:** Microsoft admits that Activision develops and publishes video games for multiple devices, including video game consoles, PCs, and mobile devices and that Activision's games include high-quality games. Microsoft avers that the term "AAA" lacks a defined meaning in the industry. Microsoft denies the remaining allegations contained in Paragraph 3.

1    4.    **ALLEGATION:** Activision produces some of the most iconic video game titles,

2   including several leading AAA franchises. For example, Activision develops the popular

3   franchises Diablo and Overwatch and the marquee franchise Call of Duty.

4    **ANSWER:** Microsoft admits that Activision develops *Diablo*, *Overwatch*, and *Call of*

5   *Duty*. Microsoft denies the remaining allegations contained in Paragraph 4.

6    5.    **ALLEGATION:** The Diablo and Overwatch AAA franchises are among several

7   Activision franchises that have individually earned more than ████ in lifetime revenues.

8   Overwatch just released a successful new title, Overwatch 2, available for play on multiple

9   gaming consoles and PCs. Diablo, a long-running franchise first introduced in the 1990s,

10  launched a highly anticipated new title, Diablo IV, on June 6, 2023. An Activision Press Release

11  noted that Diablo IV quickly became its Blizzard division's "fastest-selling game of all time,

12  with Blizzard's highest pre-launch unit sales ever on both console and PC. In the four days since

13  early access started on June 1, Diablo IV has been played for 93 million hours, or over 10,000

14  years --- the equivalent playing 24 hours a day since the beginning of human civilization."

15   **ANSWER:** Microsoft admits that *Overwatch 2* was released in 2022 and is available to

16  play on Microsoft's Xbox Series X and Series S consoles, Nintendo Switch, Sony PlayStation 5,

17  and PCs; and that *Diablo IV* was launched on June 6, 2023. Microsoft avers that it lacks

18  knowledge or information sufficient to form a belief as to the truth of the allegations concerning

19  the lifetime revenues of the *Diablo* and *Overwatch* game titles, when *Diablo* was first

20  introduced, whether *Diablo IV*'s release was highly anticipated, and what statements Activision

21  may have made about that release. Microsoft denies the remaining allegations contained in

22  Paragraph 5.

23   6.    **ALLEGATION:** Activision and industry participants also recognize Call of Duty

24  as Activision's "key product franchise." Call of Duty was originally launched in 2003, and

25  Activision releases new titles for the franchise on an annual basis. Activision allocates

26  substantial resources to the franchise. As many as ██ primary development studios are devoted

27  to it at any one time and its budget is significantly larger than other AAA titles.

28

1      **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

2   respectfully refers the Court to the documents for an accurate and complete statement of their

3   contents. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations concerning industry perceptions of *Call of Duty* and *Call of Duty*'s

5   original release date; or as to the truth of the allegations concerning *Call of Duty*'s launch and

6   typical release schedule and the resources and budget Activision allocates to *Call of Duty*,

7   including the number of studios that work on *Call of Duty*. Microsoft denies the remaining

8   allegations contained in Paragraph 6.

9      7.      **ALLEGATION:** It is one of the most successful console-game franchises ever.

10   From its launch in 2003 up through 2020, it generated $27 billion in revenues. Call of Duty also

11   has a massive following, with ███ million monthly active users ("MAU") in 2020, according to

12   an Activision strategy document. Its loyal fanbase and enduring appeal have made it particularly

13   valuable, influencing gamer engagement and gaming product adoption. The franchise has

14   achieved sustained dominance over the past decade, with Call of Duty titles comprising 10 of the

15   top 15 console games sold between 2010–2019. No other franchise had more than one title in the

16   top 15. Call of Duty has continued to top the charts in 2020 and 2021, and its latest installment,

17   Modern Warfare II, amassed more than $1 billion in sales within just ten days of its release. The

18   previous franchise record was held by Call of Duty: Black Ops II, which took 15 days to hit the

19   $1 billion mark.

20      **ANSWER:** To the extent the Complaint is referencing documents, Microsoft respectfully

21   refers the Court to the documents for an accurate and complete statement of their contents.

22   Microsoft avers that it lacks knowledge or information sufficient to form a belief as to the truth

23   of allegations concerning *Call of Duty*'s revenues, sales, and monthly active users. Microsoft

24   denies the remaining allegations contained in Paragraph 7.

25      8.      **ALLEGATION:** Activision's content is extremely important for, and drives

26   adoption of, video game consoles. Given their immense popularity, Activision's titles are of

27   particular importance to console makers, including Microsoft's competition.

28

1    **ANSWER:** Microsoft denies the allegations contained in Paragraph 8.

2    9.    **ALLEGATION:** Microsoft produces its own first-party video game titles.

3    Microsoft has acquired over ten third-party studios and their titles in recent years to expand its

4    offerings. Microsoft has frequently made those acquired titles exclusive to its own consoles

5    and/or subscription services, eliminating the opportunity for consumers to play those titles on

6    rival products or services. By taking games exclusive, Microsoft strengthens the position of its

7    console and subscription service products relative to competitors.

8    **ANSWER:** Microsoft admits that it produces its own first-party video game titles; and

9    that since 2018, it has acquired 8 companies, one of which operates multiple studios. Microsoft

10   denies the remaining allegations contained in Paragraph 9.

11   10.    **ALLEGATION:** The Proposed Acquisition is reasonably likely to substantially

12   lessen competition or tend to create a monopoly in multiple markets because it will create a

13   combined firm with the ability and increased incentive to use its control of Activision titles to

14   disadvantage Microsoft's competitors. The Proposed Acquisition also may accelerate an ongoing

15   trend towards vertical integration and consolidation in, and raise barriers to entering, the relevant

16   markets.

17   **ANSWER:** Paragraph 10 purports to state conclusions of law to which no response is

18   required. To the extent a response is required to these conclusions, Microsoft denies the

19   allegations contained in Paragraph 10.

20   11.    **ALLEGATION:** Microsoft's ownership of Activision would provide Microsoft

21   with the ability to withhold or degrade Activision content through various means, including

22   manipulating Activision's pricing, degrading game quality or player experience on rival

23   offerings, changing the terms and timing of access to Activision's content, or withholding

24   content from competitors entirely.

25   **ANSWER:** Microsoft denies the allegations in Paragraph 11.

26   12.    **ALLEGATION:** Microsoft's past conduct provides a preview of the combined

27   firm's likely plans if it consummates the Proposed Acquisition, despite any assurances the

28

1   company may offer regarding its plans. In March 2021, Microsoft acquired ZeniMax Media Inc.

2   ("ZeniMax"), the parent company of the well-known game developer and publisher Bethesda

3   Softworks LLC ("Bethesda"). Microsoft assured the European Commission ("EC") during its

4   antitrust review of the ZeniMax purchase that Microsoft would not have the incentive to

5   withhold ZeniMax titles from rival consoles. But, shortly after the EC cleared the transaction,

6   Microsoft made public its decision to make several of the newly acquired ZeniMax titles,

7   including Starfield, Redfall, and Elder Scrolls VI, Microsoft exclusives.

8        **ANSWER:** Microsoft admits that it acquired ZeniMax, the parent company of several

9   studios, in 2021; that following Microsoft's acquisition of ZeniMax, several ZeniMax titles have

10  been released on PlayStation, including two new ZeniMax titles that were exclusive to

11  PlayStation upon release, as well as several new updates of *Elder Scrolls Online* and *Fallout 76*;

12  that *Redfall* was released on Xbox, PC, and Game Pass day-and-date; that *Mighty DOOM*, a

13  mobile game, was released on iPhone and Android; and that some future ZeniMax games may

14  only be available on Xbox, PC, and Game Pass when they are initially released. Microsoft

15  further avers that this approach is consistent with Microsoft's representations to the European

16  Commission ("EC"), as the EC has publicly stated. Microsoft denies the remaining allegations

17  contained in Paragraph 12.

18       13.   **ALLEGATION:** Today, Activision touts that it is ▮▮▮▮▮▮▮▮▮ and seeks

19  to offer its games wherever gamers want to be playing them. It has an incentive to offer its titles

20  broadly. Microsoft's ownership of Activision's content would alter that dynamic. As Microsoft

21  seeks to increase its profits from the lucrative video game industry, the Proposed Acquisition

22  will increase Microsoft's incentive to withhold Activision content from, or degrade Activision

23  content on, consoles and subscription services that compete with Xbox consoles and Xbox Game

24  Pass. Such conduct would be reasonably likely to substantially lessen competition and harm

25  gamers in the United States.

26       **ANSWER:** Paragraph 13 purports to state conclusions of law to which no response is

27  required. To the extent a response is required to these conclusions, Microsoft denies those

28

1  allegations. To the extent the Complaint is quoting from one or more unidentified sources,

2  Microsoft respectfully refers the Court to any such source for an accurate and complete statement

3  of its contents. Microsoft avers that it lacks knowledge or information sufficient to form a belief

4  as to the truth of the allegations concerning Activision's incentives and business strategy.

5  Microsoft denies the remaining allegations contained in Paragraph 13.

6  14.   **ALLEGATION:** These effects are likely to be felt throughout the video gaming

7  industry. The Proposed Acquisition is reasonably likely to substantially lessen competition

8  and/or tend to create a monopoly in both well-developed and new, burgeoning markets,

9  including high-performance consoles, multi-game content library subscription services, and

10  cloud gaming subscription services.

11  **ANSWER:** Paragraph 14 purports to state conclusions of law to which no response is

12  required. To the extent a response is required to these conclusions, Microsoft denies the

13  allegations contained in Paragraph 14.

14  15.   **ALLEGATION:** Microsoft cannot show cognizable, merger-specific efficiencies

15  that would offset the reasonably probable and substantial competitive harm resulting from the

16  Acquisition.

17  **ANSWER:** Paragraph 15 purports to state conclusions of law to which no response is

18  required. To the extent a response is required to these conclusions, Microsoft denies the

19  allegations contained in Paragraph 15.

20  16.   **ALLEGATION:** On December 8, 2022, the Commission found reason to believe

21  that the Acquisition would substantially lessen competition in violation of Section 7 of the

22  Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45, and commenced an

23  administrative proceeding on the antitrust merits of the Proposed Acquisition. The administrative

24  proceeding provides a forum for fact discovery, which closed on April 7, 2023, after all parties

25  issued document subpoenas, requests for admission, interrogatories, and conducted over thirty

26  depositions of party and non-party witnesses. Pretrial disclosures are underway and the

27

28

1  evidentiary hearing is scheduled to begin before an Administrative Law Judge ("ALJ") on

2  August 2, 2023, with up to 210 hours of live testimony permitted by rule. See 16 C.F.R. § 3.41.

3      **ANSWER:** Paragraph 16 purports to state conclusions of law to which no response is

4  required. To the extent a response is required to these conclusions, Microsoft denies the

5  allegations contained in Paragraph 16, except it admits that the FTC commenced an

6  administrative proceeding against Microsoft in December 2022; that fact discovery closed in

7  April 2023; that pretrial disclosures are underway; and that an evidentiary hearing is scheduled to

8  begin on August 2, 2023. Microsoft denies the remaining allegations contained in Paragraph 16.

9      17.    **ALLEGATION:** A temporary restraining order is necessary to prevent Microsoft

10  from consummating the Proposed Acquisition until after the fifth business day after this Court

11  rules on the Commission's motion for a preliminary injunction pursuant to Section 13(b), or until

12  after the date set by the District Court, whichever is later. Such a temporary restraining order is

13  necessary to preserve the status quo and protect competition while the Court considers the

14  Commission's application for a preliminary injunction.

15      **ANSWER:** Paragraph 17 purports to state conclusions of law to which no response is

16  required. To the extent a response is required to these conclusions, Microsoft denies the

17  allegations contained in Paragraph 17.

18      18.    **ALLEGATION:** Preliminary injunctive relief is similarly necessary to preserve

19  the status quo and protect competition during the Commission's ongoing administrative

20  proceeding. Allowing the Proposed Acquisition to proceed while the Commission is assessing

21  whether it violates Section 7 of the Clayton Act, as amended, 15 U.S.C. § 18 and is an unfair

22  method of competition that violates Section 5 of the FTC Act, as amended, 15 U.S.C. § 45,

23  would undermine the Commission's ability to order any necessary relief.

24      **ANSWER:** Paragraph 18 purports to state conclusions of law to which no response is

25  required. To the extent a response is required to these conclusions, Microsoft denies the

26  allegations contained in Paragraph 18.

27

28

## JURISDICTIONAL STATEMENT

### A.    Jurisdiction

19.    **ALLEGATION:** This Court's jurisdiction arises under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and under 28 U.S.C. §§ 1331, 1337, and 1345. This is a civil action arising under the Acts of Congress protecting trade and commerce against restraints and monopolies, and is brought by an agency of the United States authorized by an Act of Congress to bring this action.

**ANSWER:** Paragraph 19 purports to state conclusions of law to which no response is required.

20.    **ALLEGATION:** Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), provides in pertinent part:

> Whenever the Commission has reason to believe—
>
> (1) that any person, partnership, or corporation is violating, or is about to violate, any provision of law enforced by the Federal Trade Commission, and
>
> (2) that the enjoining thereof pending the issuance of a complaint by the Commission and until such complaint is dismissed by the Commission or set aside by the court on review, or until the order of the Commission made thereon has become final, would be in the interest of the public—the Commission by any of its attorneys designated by it for such purpose may bring suit in a district court of the United States to enjoin any such act or practice. Upon a proper showing that, weighing the equities and considering the Commission's likelihood of ultimate success, such action would be in the public interest, and after notice to the defendant, a temporary restraining order or a preliminary injunction may be granted without bond. . . .

**ANSWER:** Paragraph 20 purports to state conclusions of law to which no response is required.

21.   **ALLEGATION:** Microsoft and their relevant operating entities and subsidiaries are, and at all relevant times have been, engaged in activities affecting "commerce" as defined in Section 4 of the FTC Act, 15 U.S.C. § 44, and Section 1 of the Clayton Act, 15 U.S.C. § 12.

**ANSWER:** Paragraph 21 purports to state conclusions of law to which no response is required.

**B.    Venue**

22.   **ALLEGATION:** Personal jurisdiction exists where service is effected pursuant to a federal statute. Fed. R. Civ. P. 4(k)(1)(C). The FTC Act § 13(b), 15 U.S.C. § 53(b), authorizes nationwide service of process. Microsoft is therefore subject to personal jurisdiction in the Northern District of California. Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b) and (c), as well as under 15 U.S.C. § 53(b) ("Any suit may be brought where such person, partnership, or corporation resides or transacts business, or wherever venue is proper under section 1391 of Title 28.")

**ANSWER:** Paragraph 22 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies the allegations contained in Paragraph 22.

**C.    Assignment to the San Francisco Division**

23.   **ALLEGATION:** Assignment to the San Francisco Division is proper. A related proceeding regarding the Proposed Acquisition was filed in the San Francisco Division: *DeMartini v. Microsoft Corp.*, No. C-22-08991-JSC (N.D. Cal.).

**ANSWER:** Paragraph 23 purports to state conclusions of law to which no response is required.

## THE PARTIES AND THE PROPOSED ACQUISITION

24.   **ALLEGATION:** Plaintiff, the Commission, is an administrative agency of the United States government, established, organized, and existing pursuant to the FTC Act, 15 U.S.C. §§ 41 et seq., with its principal offices at 600 Pennsylvania Avenue, N.W., Washington,

1  D.C. 20580. The Commission is vested with authority and responsibility for enforcing, *inter alia*,

2  Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the FTC Act, 15 U.S.C. § 45.

3      **ANSWER:** Microsoft admits the allegations contained in Paragraph 24.

4      25.   **ALLEGATION:** Defendant Microsoft is a publicly traded technology company

5  incorporated in the State of Washington with headquarters in Redmond, Washington. Microsoft

6  sells software, services, and devices across the technology industry and is among the most

7  valuable companies in the world. Microsoft's gaming division produces Xbox hardware and

8  Xbox content and services. Its total gaming revenues in FY2022 were over $16 billion.

9  Microsoft's total revenues in FY2022 were over $198 billion.

10     **ANSWER:** Microsoft admits that it is a publicly traded company incorporated in

11 Washington with headquarters in Redmond, Washington; that it sells software, services, and

12 devices across the technology industry; that its gaming division, Xbox, produces specialized

13 Xbox hardware and sells Xbox content and services; and that for fiscal year 2022, Microsoft's

14 gaming revenue was $16.23 billion and total revenue was $198.27 billion. Microsoft denies the

15 remaining allegations contained in Paragraph 25.

16     26.   **ALLEGATION:** Defendant Activision is a publicly traded company,

17 incorporated in the State of Delaware with headquarters in Santa Monica, California. Activision

18 develops and publishes video games for consoles, PCs, and mobile devices. Activision's

19 revenues in FY2021, its most recently reported fiscal year, were $8.8 billion.

20     **ANSWER:** Microsoft admits that Activision is a publicly traded company, incorporated

21 in the State of Delaware with headquarters in Santa Monica, California; and that Activision

22 develops and publishes video games for consoles, PCs, and mobile devices. Microsoft avers that

23 it lacks knowledge or information sufficient to form a belief as to the truth of the remaining

24 allegations contained in Paragraph 26.

25     27.   **ALLEGATION:** Microsoft entered into an Agreement and Plan of Merger with

26 Activision on January 18, 2022, for an all-cash purchase price of $95 per Activision share and a

27 total estimated value of $68.7 billion.

28

1   **ANSWER:** Microsoft admits the allegations contained in Paragraph 27.

2   28.   **ALLEGATION:** Unless temporarily restrained and preliminarily enjoined by this

3   Court, Defendants have represented that they may consummate the Proposed Acquisition at any

4   time after June 15, 2023.

5   **ANSWER:** Microsoft admits that it represented that it would not consummate the

6   Proposed Acquisition up through June 15, 2023. Microsoft otherwise denies the allegations in

7   Paragraph 28.

8   <u>**BACKGROUND**</u>

9   29.   **ALLEGATION:** Activision's gaming content is extremely important in a gaming

10   industry where content availability shapes gamers' decisions about which video game consoles

11   and services to purchase. If the Proposed Acquisition is allowed to proceed, Microsoft would

12   gain control of Activision's content and have the ability and increased incentive to withhold or

13   degrade Activision's content, which is reasonably likely to reduce competition and cause a

14   number of harmful outcomes, including dampened innovation, diminished consumer choice,

15   higher prices and/or lower quality products, and harm to the millions of Americans who benefit

16   from competition in video game consoles and subscription services.

17   **ANSWER:** Paragraph 29 purports to state conclusions of law to which no response is

18   required. To the extent a response is required to these conclusions, Microsoft denies those

19   allegations. Microsoft denies the remaining allegations contained in Paragraph 29.

20   30.   **ALLEGATION:** Today, gaming is the largest category in the entertainment

21   industry, with revenues that far exceed those of both the film and music industries. This year, the

22   gaming industry is expected to be worth more than $170 billion in global revenues, five times

23   greater than global movie box office revenues.

24   **ANSWER:** Microsoft admits that gaming is a part of the entertainment industry; that in

25   2020 the gaming industry was worth $165 billion, with $85 billion coming from mobile gaming,

26   $40 billion coming from PC gaming, $33 billion coming from console gaming, and the

27   remaining revenue coming from cloud, VR, handheld, and arcade gaming. Microsoft lacks

28

1  knowledge or information sufficient to form a belief as to the truth of the allegations concerning

2  the total revenues of the gaming industry in 2023. Microsoft denies the remaining allegations

3  contained in Paragraph 30.

4      31.    **ALLEGATION:** Gaming's unrivaled popularity among consumers is expected to

5  continue. Microsoft projects global gaming revenues to grow to $500 billion in annual sales by

6  2030. Microsoft also expects the number of gamers worldwide to increase significantly,

7  expanding by another 1.5 billion players and reaching 50% of the global population over the next

8  eight years.

9      **ANSWER:** Microsoft admits the allegations contained in Paragraph 31.

10     32.    **ALLEGATION:** Video game content and services are generally available on a

11 variety of devices, including video game consoles that are predominantly used for playing video

12 games; PCs, including general purpose PCs as well as high-performance gaming PCs configured

13 to play computationally demanding games; and mobile devices.

14     **ANSWER:** Microsoft admits that video game content can be played on consoles, PCs,

15 and mobile devices. Microsoft denies the remaining allegations contained in Paragraph 32.

16     33.    **ALLEGATION:** Consumers purchase consoles based on the technological

17 capability of the console, the price, and the games available for that specific console, among

18 other factors.

19     **ANSWER:** Microsoft admits that consumers purchase consoles for a variety of reasons.

20 Microsoft denies the remaining allegations contained in Paragraph 33.

21 **II.   Consoles[3]**

22     34.    **ALLEGATION:** For gamers who play games on gaming consoles today, the

23 most popular options, Microsoft's Xbox, Sony's PlayStation, and Nintendo's Switch, come from

24 _____

25 [3] Plaintiff's Complaint titled this sub-section as "II" despite this sub-section being the first numbered sub-section

26 under the "BACKGROUND" header. For ease of reference, Microsoft conforms all of its answer headings to the

27 corresponding headings in Plaintiff's Complaint.

28

1  the same trio of companies that have been manufacturing consoles for decades with no

2  meaningful new competition.

3      **ANSWER:** Microsoft admits that the most popular gaming consoles include Sony's

4  PlayStation, Nintendo's Switch, and Microsoft's Xbox. Microsoft denies the remaining

5  allegations contained in Paragraph 34.

6      35.   **ALLEGATION:** Since the 1970s, competing video game console makers have

7  periodically released consoles featuring the latest technological advances, with a new generation

8  of consoles released approximately every five to ten years. Within the video game industry,

9  competition for sales and technological supremacy is commonly referred to as "the console

10  wars."

11      **ANSWER:** Microsoft admits that there has been vigorous competition in the gaming

12  industry for decades, including competition among video game console makers. Microsoft avers

13  that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations

14  concerning the views of unidentified industry participants. To the extent the Complaint is

15  quoting from documents, Microsoft respectfully refers the Court to the documents for an

16  accurate and complete statement of their contents. Microsoft denies the remaining allegations

17  contained in Paragraph 35.

18      36.   **ALLEGATION:** Of these three console makers, PlayStation and Xbox compete

19  in a high-performance segment that includes only the most technologically advanced and capable

20  consoles. In November 2020, both Microsoft and Sony launched their current generation of

21  consoles, the Xbox Series X and Series S consoles (collectively, "Xbox Series X|S") and the

22  PlayStation 5 and PlayStation 5 Digital Edition consoles (collectively, "PS5"), respectively.

23  Xbox Series X|S and PS5 consoles are the only high-performance consoles available today, and

24  are considered to be in the ninth generation of gaming consoles. In contrast, Nintendo's most

25  recent console—the Nintendo Switch—is not a ninth-generation gaming console. The Nintendo

26  Switch was released in 2017, in the latter half of the eighth generation of gaming consoles, which

27  had begun in approximately 2013. The Nintendo Switch ("Switch") also has lower

28

1   computational performance, more in line with Microsoft's and Sony's eighth generation

2   consoles.

3       **ANSWER:** Microsoft admits that Xbox, Sony, and Nintendo all currently offer

4   competing gaming consoles; that Xbox and Sony released their most recent consoles (the Xbox

5   Series X|S and the PlayStation 5, respectively) in 2020; and that Nintendo released its most

6   recent console (the Nintendo Switch) in 2017. Microsoft denies the remaining allegations

7   contained in Paragraph 36.

8       37.   **ALLEGATION:** The Xbox Series X|S are two ninth-generation Xbox consoles

9   offered by Microsoft. The Series X is a more powerful console while the Series S is more

10  affordable. Together, these consoles provide Microsoft's "flagship gaming experience."

11      **ANSWER:** Microsoft admits that the Xbox Series X|S are two Xbox consoles offered by

12  Microsoft; that the Xbox Series X is the faster, more powerful model; and that the Xbox Series S

13  is a simpler and more affordable model. To the extent the Complaint is quoting from documents,

14  Microsoft respectfully refers the Court to the documents for an accurate and complete statement

15  of their contents. Microsoft denies the remaining allegations contained in Paragraph 37.

16      38.   **ALLEGATION:** Microsoft closely tracks the performance of its Xbox consoles

17  relative to Sony's PlayStation consoles. For example, in FY2022, the first full year that Xbox

18  Series X|S consoles were available, one of Microsoft's key metrics for evaluating success was

19  "% Market Share of Xbox Series Consoles vs. PlayStation 5." In internal communications,

20  Microsoft executives regularly discuss Xbox consoles share relative to the PS5 console.

21      **ANSWER:** Microsoft admits that Microsoft tracks the performance of its Xbox consoles

22  relative to other gaming consoles on the market. To the extent the Complaint is quoting from

23  documents, Microsoft respectfully refers the Court to the documents for an accurate and

24  complete statement of their contents. Microsoft denies the remaining allegations contained in

25  Paragraph 38.

26

27

28

1    39.    **ALLEGATION:** Xbox Series X|S consoles have been a commercial success. In a

2    July 26, 2022 earnings call, Microsoft CEO Satya Nadella announced that the company "ha[d]

3    been the market leader in North America for three quarters in a row among next gen consoles."

4    **ANSWER:** To the extent the Complaint is quoting from or characterizing statements

5    made during an earnings call, Microsoft respectfully refers the Court to a transcript or recording

6    of the call for an accurate and complete statement of its contents. Microsoft denies the remaining

7    allegations contained in Paragraph 39.

8    40.    **ALLEGATION:** The Xbox Series X|S and PS5 consoles are "roughly

9    comparable" from a broad consumer perspective, in a number of technical specifications,

10   including offering similar graphics, user experiences, and hardware features. In addition, the

11   Xbox Series X and PlayStation 5 are sold at the same price, while the Series S offers lower

12   performance and is sold at a lower price.

13   **ANSWER:** Microsoft admits that the Xbox Series S console is less expensive than the

14   Xbox Series X console and the PlayStation 5 console. To the extent the Complaint is quoting

15   from documents, Microsoft respectfully refers the Court to the documents for an accurate and

16   complete statement of their contents. Microsoft denies the remaining allegations contained in

17   Paragraph 40.

18   41.    **ALLEGATION:** Other consoles lack the high performance of the Xbox Series

19   X|S and PS5 consoles. For example, the Nintendo Switch, which is designed to allow portable,

20   handheld use, necessarily sacrifices computing power, which leaves it unable to play certain

21   games that require more advanced graphic processing. Retailing at $299.99, the Nintendo Switch

22   is also less expensive than the Xbox Series X and PlayStation 5 consoles, both priced at $499.99.

23   While the Xbox Series S had the same retail price at launch as the Nintendo Switch, the

24   graphical and processing capabilities of the Series S are much more aligned with the Xbox Series

25   X and PS5 consoles. The Xbox Series S enables gamers to play the same video games as the

26   Xbox Series X, both of which offer more graphically advanced gameplay than on the Nintendo

27   Switch.

28

1    **ANSWER:** Microsoft admits that different consoles have different technical

2    specifications, including varied graphical processing capabilities; that the Nintendo Switch

3    console allows portable, handheld use; and that the Nintendo Switch console and Xbox Series S

4    console are less expensive than the Xbox Series X console and the PlayStation 5 console.

5    Microsoft denies the remaining allegations contained in Paragraph 41.

6    **III.    Gaming Content**

7    **A.    Multi-Game Content Library Subscription Services**

8    42.    **ALLEGATION:** For the last several decades, gamers have purchased games

9    through a "buy-to-play" model: either purchasing physical copies of games or, more prevalent

10   today, purchasing digital copies of individual games that gamers download to their gaming

11   console, PC, or other device.

12   **ANSWER:** Microsoft admits that gamers have purchased and continue to purchase

13   games through a buy-to-play model, purchasing either physical or digital copies of individual

14   games for play on gaming consoles, PCs, or other devices. Microsoft denies the remaining

15   allegations contained in Paragraph 42.

16   43.    **ALLEGATION:** Recent years, however, have seen the expansion of a

17   subscription model. Multigame content library subscription services allow gamers to access a

18   library of games for a fixed monthly or yearly fee. Microsoft's multi-game content library

19   subscription service, Xbox Game Pass, launched in 2017, rapidly grew to 10 million subscribers

20   by 2020 and in 2022 announced it had grown to 25 million subscribers.

21   **ANSWER:** Microsoft admits that multigame subscription services generally allow

22   gamers to access a catalog of games for a recurring fee; that Microsoft launched its own

23   multigame subscription service, Xbox Game Pass, in 2017; and that other companies have also

24   launched multigame subscription services in recent years. Microsoft further admits that Xbox

25   Game Pass had 10 million subscribers in 2020 and 25 million subscribers in 2022. Microsoft

26   denies the remaining allegations contained in Paragraph 43.

27

28

1    44.    **ALLEGATION:** Xbox Game Pass provides subscribers with unlimited access to

2    a library of over 300 first- and third-party games at no additional cost. The service is priced at

3    $9.99 per month for gamers who seek to download games to play solely on an Xbox console or

4    solely on a PC. The higher tiered service, Xbox Game Pass Ultimate, priced at $14.99 per month,

5    allows gamers to download games for play on either an Xbox console or a PC, and additionally

6    enables gamers to stream games from an off-site server to any web-enabled local device that can

7    access Game Pass (e.g., an Xbox console, PC, mobile device, or smart TV).

8    **ANSWER:** Microsoft admits that Xbox Game Pass is a multigame subscription service

9    that provides subscribers with access to a rotating catalog of hundreds of games. Microsoft

10    further admits that there are three Game Pass offerings: a "Console" offering that allows

11    subscribers to download-to-play a catalog of console games on Xbox; a "PC" offering that

12    allows subscribers to download-to-play a catalog of PC games on PC; and an "Ultimate" version

13    that provides additional features, including the ability to stream a selection of games from the

14    cloud to various devices. Microsoft denies the remaining allegations contained in Paragraph 44.

15    45.    **ALLEGATION:** Sony also offers a multi-game content library subscription

16    service, PlayStation Plus, which at certain tiers is comparable to Xbox Game Pass. The lower

17    comparable tier, PlayStation Plus Extra, priced at $14.99 per month, provides access to a library

18    of hundreds of games that can be played on PlayStation consoles as well as online multiplayer

19    access, discounts on other games, and cloud storage. The higher comparable tier, PlayStation

20    Plus Premium, priced at $17.99 per month, provides access to an even larger library of games

21    that can be played on PlayStation, along with cloud streaming.

22    **ANSWER:** Microsoft admits that Sony offers a multigame subscription service known as

23    PlayStation Plus that, like Game Pass, offers multiple tiers of pricing, including a top tier that is

24    reported to provide cloud streaming capabilities. Microsoft avers that it lacks knowledge or

25    information sufficient to form a belief as to the truth of the allegations concerning the other

26    features and game offerings available on PlayStation Plus, as well as the pricing of this

27    subscription service. Microsoft denies the remaining allegations contained in Paragraph 45.

28

46.    **ALLEGATION:** In addition to Sony's PlayStation Plus Extra and Premium, other multi-game content library subscription services include EA Play and Ubisoft+. EA Play, starting at $4.99 per month, and Ubisoft+, starting at $14.99 per month, each offer access only to content from the respective publishers, Electronic Arts Inc. ("EA") and Ubisoft Entertainment SA ("Ubisoft").

**ANSWER:** Microsoft admits that EA Play and Ubisoft+ are other multigame subscription services. Microsoft avers that they lack knowledge or information sufficient to form a belief as to the truth of the allegations concerning the game offerings of EA Play and Ubisoft+, as well as the pricing of these subscription services. Microsoft denies the remaining allegations contained in Paragraph 46.

**B.    Cloud Gaming Subscription Services**

47.    **ALLEGATION:** Today, video game software typically runs locally on the player's gaming device. Recently, however, cloud gaming subscription services have been introduced that allow players to stream games that run on remote hardware without downloading the game locally. The primary processing for the game occurs in off-site datacenters and a live feed of the game is streamed to the player's device.

**ANSWER:** Microsoft admits that video games are typically downloaded to a device and played locally; and that at least since 2013, companies have also offered cloud gaming services that allow players to play games without downloading them locally, in limited circumstances, by streaming games to compatible devices via remote servers. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning the features available on cloud gaming services other than those offered by Xbox Cloud Gaming. Microsoft denies the remaining allegations contained in Paragraph 47.

48.    **ALLEGATION:** Microsoft touts numerous benefits of cloud gaming to customers. Cloud gaming enables gamers to begin playing a game in seconds, rather than waiting for games to download or update, and streaming rather than downloading avoids burdening the storage limits on a gaming device. Cloud gaming also broadens access to gaming by expanding

1   the universe of devices that can play games. Today, cloud gaming subscription services are

2   available on consoles, Windows PC, Mac PC, Chromebook PC, tablet, mobile phones, and some

3   smart TVs, with device compatibility varying by service. This permits gamers to play

4   computationally demanding games on less powerful devices that otherwise lack the computing

5   power or storage to support the games.

6       **ANSWER:** To the extent the Complaint is quoting or characterizing from one or more

7   unidentified sources, Microsoft respectfully refers the Court to any such source for an accurate

8   and complete statement of its contents. Microsoft admits that cloud gaming has the potential to

9   broaden access to gaming by expanding the universe of devices that can play games. Microsoft

10  avers that it lacks knowledge or information sufficient to form a belief as to the truth of the

11  allegations concerning the features available on cloud gaming services other than those offered

12  by Xbox Cloud Gaming. Microsoft denies the remaining allegations contained in Paragraph 48.

13      49.    **ALLEGATION:** In September 2020, Microsoft added cloud gaming to its top-

14  tier multi-game content library subscription service offering, Xbox Game Pass Ultimate. To date,

15  more than 20 million gamers have used the service to stream games from the cloud. Microsoft

16  has stated that cloud gaming subscription services are integral to its goal of expanding gaming to

17  3 billion gamers worldwide and enabling gamers "to play the games you want, with the people

18  you want, anywhere you want."

19      **ANSWER:** Microsoft admits that Microsoft launched cloud gaming as part of the

20  Ultimate tier of its Game Pass subscription service in September 2020; and that more than 20

21  million gamers have used the service to stream games from the cloud. To the extent the

22  Complaint is referencing documents, Microsoft respectfully refers the Court to the documents for

23  an accurate and complete statement of their contents. Microsoft denies the remaining allegations

24  contained in Paragraph 49.

25      50.    **ALLEGATION:** Other cloud gaming subscription services include Amazon

26  Luna, Nvidia GeForce NOW, and Google Stadia, although Alphabet Inc. announced that it

27  discontinued Stadia in January 2023. Amazon's Luna+ (a tier of Amazon Luna), priced at $9.99

28

1  per month with additional options available for further purchases, provides streaming access to a

2  library of over 100 third-party games. Nvidia GeForce NOW, priced at $49.99 for six months for

3  the Priority tier or $99.99 for six months for the RTX 3080 tier, allows gamers to stream game

4  titles that they already own, with the streaming hosted on Nvidia Corporation ("Nvidia")

5  datacenters. Although it will soon be discontinued, Stadia Pro, priced at $9.99 per month with

6  additional options for further purchases, allows gamers to stream games from a library of

7  hundreds of third-party games.

8      **ANSWER:** Microsoft admits that Amazon Luna and Nvidia GeForce NOW are other

9  existing cloud gaming services, and that Google Stadia was another such service that was

10  discontinued in January 2023. Microsoft avers that it lacks knowledge or information sufficient

11  to form a belief as to the truth of the allegations concerning how these cloud gaming services

12  price and host their services. Microsoft denies the remaining allegations contained in Paragraph

13  50.

14      **C.      Importance of AAA Games**

15      51.      **ALLEGATION:** AAA games are particularly important within the gaming

16  industry. The term "AAA" is frequently used by industry participants to refer to highly

17  anticipated games bearing similar characteristics: high development costs, superior graphical

18  quality, and expectations of high unit sales and revenue, typically from a studio with large

19  development and publishing teams, supported by extensive marketing and promotion. AAA

20  content can act as "tentpole" content, where, as a consultant to Microsoft explained, it "lift[s] the

21  entire tent" by attracting a wide variety of players to consoles and subscription services they

22  would not otherwise use. Tentpoles are "pre-eminent acquisition and retention drivers."

23      **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

24  respectfully refers the Court to the documents for an accurate and complete statement of their

25  contents. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to

26  the truth of the other allegations concerning unidentified industry participants. Microsoft denies

27  the remaining allegations contained in Paragraph 51.

28

52.    **ALLEGATION:** In the words of one Microsoft executive, AAA games are "blockbuster[s]." They are also not numerous. Phil Spencer, CEO of Microsoft Gaming, estimates there are "probably 10 to 20 AAA games in a given… calendar year" compared to 300 to 400 console games.

**ANSWER:** To the extent the Complaint is quoting or characterizing testimony from an investigational hearing of a Microsoft witness, Microsoft respectfully refers the Court to the full testimony for an accurate and complete statement of its contents. To the extent the Complaint is quoting from documents, Microsoft respectfully refers the Court to the documents for an accurate and complete statement of their contents. Microsoft denies the remaining allegations contained in Paragraph 52.

53.    **ALLEGATION:** Production budgets for AAA games frequently exceed $100 million, if not $200 million, and development teams can include thousands of developers working over several years. The high cost of AAA game development is driven by many factors such as long development cycles and the scarcity of AAA-capable studios and talent.

**ANSWER:** Microsoft denies the allegations contained in Paragraph 53.

54.    **ALLEGATION:** The gaming industry recognizes a limited top tier of independent game publishers, sometimes referred to as the "Big 4" or simply the AAA publishers: Activision, Electronic Arts, Take-Two, and Ubisoft. These publishers reliably produce AAA games for high-performance consoles and collectively own a significant portion of the most valuable IP in the gaming industry. These high-profile franchises include, for example, *Call of Duty* (Activision), *FIFA* (EA), *Grand Theft Auto* (Take-Two), and *Assassin's Creed* (Ubisoft).

**ANSWER:** Microsoft admits that Activision, Electronic Arts, Take-Two, and Ubisoft are sometimes referred to as the "Big 4"; and that they publish *Call of Duty* (Activision), *FIFA* (EA), *Grand Theft Auto* (Take-Two), and *Assassin's Creed* (Ubisoft), respectively. Microsoft denies the remaining allegations contained in Paragraph 54.

55.     **ALLEGATION:** Only a few other studios are typically credited with releasing AAA games. Epic Games, maker of Fortnite, a free-to-play game that is currently one of the most popular games in the United States, is sometimes viewed within the industry as a AAA-level publisher, such that industry participants will sometimes refer to the "Big 4 + Epic."

**ANSWER:** Microsoft admits that Epic Games makes *Fortnite*, a free-to-play game released in 2017 that is one of the most popular games in the United States and the world; and that Activision, Electronic Arts, Take-Two, Ubisoft, and Epic are sometimes referred to as the "Big 4 + Epic." Microsoft denies the remaining allegations contained in Paragraph 55.

56.     **ALLEGATION:** Internally, Microsoft recognizes that an ongoing pattern of industry consolidation has led to less availability of third-party AAA gaming content over time. Despite significant growth in the gaming industry, the head of Xbox Game Studios has noted the "size and quality and the number of AAA developers continues to drop," rather than increase. Creating a studio with the capability to produce AAA games requires scarce talent and is a capital-intensive endeavor.

**ANSWER:** To the extent the Complaint is quoting from documents, Microsoft respectfully refers the Court to the documents for an accurate and complete statement of their contents. Microsoft denies the remaining allegations contained in Paragraph 56.

57.     **ALLEGATION:** Microsoft and Sony also produce AAA games. *The Elder Scrolls*, *Halo*, and *Forza* franchises are AAA games from Microsoft, while the *God of War*, *MLB The Show*, and *Spider-Man* franchises are AAA games from Sony.

**ANSWER:** Microsoft admits that Xbox produces the franchises *Elder Scrolls*, *Halo*, and *Forza*; and that Sony produces the franchises *God of War*, *MLB The Show*, and *Spider-Man*. Microsoft denies the remaining allegations contained in Paragraph 57.

58.     **ALLEGATION:** Microsoft's own experience with releasing AAA games reflects the cost and time to develop such content. Halo Infinite, a recent title from the Microsoft's first-party Halo franchise, was in production for ▮▮▮▮▮▮ years, and cost almost $▮ million. Other AAA games may take even longer to develop. For instance, according to one Microsoft

1    executive, ████████, a forthcoming title from the ████████ franchise, may take a

2    ████ to develop.

3      **ANSWER:** Microsoft admits that *Halo Infinite* was in production for █ years and cost

4    approximately ████ million to produce. Microsoft denies the remaining allegations contained in

5    Paragraph 58.

6      59.    **ALLEGATION:** Access to AAA content is crucial for Microsoft, and the

7    company strives to ensure that new AAA content is available on its console and subscription

8    services on a regular basis. In May 2022, Mr. Spencer of Microsoft ████████████████

9    ████████████████████████████████████████

10    ████████████████████████████████████████

11    ████████████████████████████████████████

12    ████████████████

13      **ANSWER:** Microsoft admits that it wants a variety of content available on Xbox and

14    Game Pass. To the extent the Complaint is quoting from documents, Microsoft respectfully

15    refers the Court to the documents for an accurate and complete statement of their contents.

16    Microsoft denies the remaining allegations contained in Paragraph 59.

17      60.    **ALLEGATION:** AAA content has particularly important downstream effects

18    because it generates player interest, develops a base of users, and drives monetization

19    opportunities. As Microsoft's CEO has explained, there is some gaming content that is needed on

20    a console or on a subscription service "in order for gamers to be attracted to purchase it." As an

21    internal Microsoft document explained, players would abandon their preferred consoles to follow

22    their preferred games: "[i]f the content a player wants to play is only available on another

23    gaming platform, even the biggest Xbox fans will go to another platform to play the game." An

24    internal strategy document on scaling Xbox Game Pass similarly observed that "[b]lockbuster

25    content has an outsized impact on a service growth, both acquiring new subscribers and reducing

26    churn, as illustrated by the recent impact of Grand Theft Auto."

27

28

1    **ANSWER:** Microsoft admits that it is valuable to have a variety of content available on
2    Xbox and Game Pass. To the extent the Complaint is quoting or characterizing testimony from
3    an investigational hearing of a Microsoft witness, Microsoft respectfully refers the Court to the
4    full testimony for an accurate and complete statement of its contents. To the extent the
5    Complaint is quoting from documents, Microsoft respectfully refers the Court to the documents
6    for an accurate and complete statement of their contents. Microsoft denies the remaining
7    allegations contained in Paragraph 60.

8    61.   **ALLEGATION:** To differentiate their products from rivals, console
9    manufacturers and subscription service providers may seek to make certain titles exclusive to
10   their products and unavailable on rivals' products, including by obtaining exclusive licenses
11   from third-party game publishers. An internal Microsoft analysis estimates that an exclusive
12   AAA release can meaningfully shift console share in the United States. Typically, exclusivity in
13   this context does not prevent a game from being available for PC or other non-console devices.

14   **ANSWER:** Microsoft admits that gaming companies may make some titles exclusive to
15   some platforms. To the extent the Complaint is referencing documents, Microsoft respectfully
16   refers the Court to the documents for an accurate and complete statement of their contents.
17   Microsoft denies the remaining allegations contained in Paragraph 61.

18   62.   **ALLEGATION:** A diverse array of AAA content that increases adoption and
19   engagement gives a console or subscription service greater leverage in attracting additional
20   content. The console or subscription service can tout the size of its player base in negotiations
21   with publishers and developers seeking to increase the discoverability and engagement of their
22   content. As an internal Microsoft strategy document notes,
23   The result of these dynamics is to generate competition
24   among console manufacturers and subscription service providers for AAA content.

25   **ANSWER:** Microsoft admits that it is valuable to have a variety of content available on
26   Xbox and Game Pass; and that the size of a platform's player base may be one of many factors
27   used in negotiations with publishers and developers. To the extent the Complaint is quoting from

28

1   documents, Microsoft respectfully refers the Court to the documents for an accurate and

2   complete statement of their contents. Microsoft denies the remaining allegations contained in

3   Paragraph 62.

4         63.   **ALLEGATION:** Microsoft Xbox's Chief Marketing Officer has emphasized the

5   importance of such content, noting: "we want to bet bigger on tentpoles (things we believe will

6   drive acquisition, engagement hours, and have talkable and shareable marketing value)."

7        **ANSWER:** To the extent the Complaint is quoting from a document, Microsoft

8   respectfully refers the Court to the document for an accurate and complete statement of its

9   contents. Microsoft denies the remaining allegations contained in Paragraph 63

10         64.   **ALLEGATION:** Microsoft expects that Activision's AAA content will drive

11   sales of Xbox consoles and Xbox Game Pass and increase active play of both Activision and

12   non-Activision games on Xbox consoles. As Mr. Spencer explained to Microsoft investors, "[a]s

13   our platform becomes more attractive, the flywheel of content creators and players accelerates.

14   As the creative range on our platform continues to expand, more players are attracted to the

15   service, and the growing scale of the customer base makes the platform more attractive for

16   additional publishers, and so on."

17        **ANSWER:** Microsoft admits that Microsoft anticipates that Activision's content may

18   help attract some new Game Pass subscribers to that service. To the extent the Complaint is

19   quoting from documents, Microsoft respectfully refers the Court to the documents for an

20   accurate and complete statement of their contents. Microsoft denies the remaining allegations

21   contained in Paragraph 64.

22         65.   **ALLEGATION:** Activision content is especially valuable to any gaming console

23   or subscription service due to the ability of Activision games to drive sales and engagement.

24   Activision's CEO Bobby Kotick testified that Activision's games are "█████" and "█████."

25   Microsoft, in presentations to its Board of Directors regarding this Proposed Acquisition, called

26   Activision's content "████████████████████████████"

27

28

1  **ANSWER:** To the extent the Complaint is quoting or characterizing testimony from an

2  investigational hearing of an Activision witness, Microsoft respectfully refers the Court to the

3  full testimony for an accurate and complete statement of its contents. Microsoft avers that it lacks

4  knowledge or information sufficient to form a belief as to the truth of the allegations concerning

5  testimony from an Activision witness. To the extent the Complaint is quoting from documents,

6  Microsoft respectfully refers the Court to the documents for an accurate and complete statement

7  of their contents. Microsoft denies the remaining allegations contained in Paragraph 65.

8  66.  **ALLEGATION:** Activision currently has a combined ▮ million MAU globally

9  across its console and PC games and the company expects this number to grow to over ▮

10  million MAU by 2024. Activision's statements reflect its ability to influence video game product

11  purchase decisions. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14  **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a

15  belief as to the truth of Activision's purported current or future numbers of monthly active users,

16  or as to the truth of Activision's ▮▮▮▮▮▮▮▮▮▮. To the extent the Complaint

17  is quoting from documents, Microsoft respectfully refers the Court to the documents for an

18  accurate and complete statement of their contents. Microsoft denies the remaining allegations

19  contained in Paragraph 66.

20  67.  **ALLEGATION:** Even among AAA games, Activision's most well-known

21  franchise, *Call of Duty*, is particularly strong. First released nearly twenty years ago in 2003,

22  *Call of Duty* is, in Activision's own words, "one of the most successful entertainment franchises

23  of all time." In 2021, *Call of Duty: Vanguard* topped the revenue charts as the best-selling game

24  in the United States, with *Call of Duty: Black Ops Cold War* coming in second. And in 2022,

25  *Call of Duty: Modern Warfare II* took in $1 billion globally in the first ten days following its

26  launch. By comparison, the highest grossing film of the year so far, *Top Gun: Maverick*, took

27  one month to reach the $1 billion threshold.

28

1    **ANSWER:** Microsoft admits that *Call of Duty* was first released in 2003. To the extent

2  the Complaint is quoting from documents, Microsoft respectfully refers the Court to the

3  documents for an accurate and complete statement of their contents. Microsoft avers that it lacks

4  knowledge or information sufficient to form a belief as to the truth of the allegations concerning

5  the sales of different iterations of *Call of Duty* and the sales of *Top Gun: Maverick*.  Microsoft

6  denies the remaining allegations contained in Paragraph 67.

7    <u>**THE RELEVANT ANTITRUST MARKETS**</u>

8    68.   **ALLEGATION:** The Proposed Acquisition will result in a combined firm with

9  the ability and increased incentive to withhold or degrade Activision's valuable gaming content

10 to undermine its competitors in multiple Relevant Markets. This anticompetitive behavior is

11 reasonably likely to lead to reduced consumer choice, higher prices and/or lower quality

12 products, and less innovation, and the Proposed Acquisition will not produce cognizable

13 procompetitive effects sufficient to offset such harms.

14   **ANSWER:** Paragraph 68 purports to state conclusions of law to which no response is

15 required. To the extent a response is required to these conclusions, Microsoft denies those

16 allegations, except that it admits the proposed acquisition will result in a combined firm.

17   69.   **ALLEGATION:** The Proposed Acquisition is likely to harm innovation, for

18 instance, by decreasing the combined firm's incentive to optimize Activision's content for

19 gameplay on rival hardware, thereby reducing the quality of consumer gaming experiences on

20 competing products.

21   **ANSWER:** Paragraph 69 purports to state conclusions of law to which no response is

22 required. To the extent a response is required to these conclusions, Microsoft denies those

23 allegations.

24   70.   **ALLEGATION:** The Proposed Acquisition is reasonably likely to substantially

25 lessen competition or tend to create a monopoly in the Relevant Markets for High-Performance

26 Consoles, Multi- Game Content Library Subscription Services, and Cloud Gaming Subscription

27

28

1  Services. The Proposed Acquisition is therefore reasonably likely to result in harm to both

2  competition and consumers.

3      **ANSWER:** Paragraph 70 purports to state conclusions of law to which no response is

4  required. To the extent a response is required to these conclusions, Microsoft denies those

5  allegations.

6  **I.     High-Performance Consoles are a Relevant Product Market**

7      71.   **ALLEGATION:** High-Performance Consoles are a Relevant Market for

8  evaluating the likely competitive effects of the Proposed Acquisition.

9      **ANSWER:** Paragraph 71 purports to state conclusions of law to which no response is

10 required. To the extent a response is required to these conclusions, Microsoft denies those

11 allegations.

12     72.   **ALLEGATION:** The only High-Performance Consoles offered for sale today are

13 the most recent generation of Microsoft Xbox and Sony PlayStation consoles—the Xbox Series

14 X|S and the PS5. The Xbox Series X|S and PS5 are therefore included within the Relevant

15 Market.

16     **ANSWER:** Paragraph 72 purports to state conclusions of law to which no response is

17 required. To the extent a response is required to these conclusions, Microsoft denies those

18 allegations.

19     73.   **ALLEGATION:** The third major gaming console available today, the Nintendo

20 Switch, is highly differentiated from the Xbox and PlayStation consoles in significant ways. The

21 Nintendo Switch, therefore, is not included in the Relevant Market.

22     **ANSWER:** Paragraph 73 purports to state conclusions of law to which no response is

23 required. To the extent a response is required to these conclusions, Microsoft denies those

24 allegations. Microsoft denies the remaining allegations contained in Paragraph 73.

25     74.   **ALLEGATION:** Microsoft's Xbox Series X|S and Sony's PS5 consoles are

26 characterized by greater computational power, different content portfolios, different form factors

27

28

1  and technical specifications, generally higher prices, and different release cadences than the

2  Nintendo Switch and other handheld consoles.

3       **ANSWER:** Microsoft admits that Xbox, Sony, and Nintendo all currently offer

4  competing gaming consoles; and that different consoles offer different types of performance,

5  including varied graphical processing capabilities. Microsoft denies the remaining allegations

6  contained in Paragraph 74.

7       75.    **ALLEGATION:** Superior computational power enables faster processing that

8  shapes the kind of content that can run on High-Performance Consoles, enabling higher

9  resolution, more realistic graphics, and cutting-edge performance. Both Xbox Series X|S and PS5

10 consoles have similar hardware, and Microsoft and Sony compete closely on hardware

11 innovation, including over graphics and performance. Conversely, Nintendo pursues a different

12 strategy of integrating its lower performance, portable hardware with its own distinctive first-

13 party games to appeal to player nostalgia for Nintendo's unique gaming experience over high

14 resolution, life-like graphics, and performance speed. While Microsoft's Xbox Series X|S and

15 Sony's PS5 consoles incorporate semi-custom systems-on-a-chip ("SoC") designed by AMD,

16 Nintendo's Switch runs on a non-AMD SoC that is more closely related to a mobile device

17 processor found in higher-end mobile phones and tablets.

18      **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a

19 belief as to the truth of the allegations concerning Sony's or Nintendo's business strategies and

20 the precise technical specifications of competitor devices. Microsoft denies the remaining

21 allegations contained in Paragraph 75.

22      76.    **ALLEGATION:** Microsoft and Sony compete closely for high-quality, resource-

23 intensive AAA console games. They compete over genre coverage, portfolio size and quality,

24 and multiplayer game availability, and they routinely benchmark their ███████████ against

25 each other. A substantial share of High-Performance Console content is available on both Xbox

26 and PlayStation consoles. By contrast, although Nintendo offers third-party content on the

27

28

1  Switch, Nintendo's main strategy ████████████████████████████████████

2  ████████████

3      **ANSWER:** Microsoft admits that console competitors offer overlapping gaming content

4  and that Nintendo offers third-party content on the Switch console. Microsoft avers that it lacks

5  knowledge or information sufficient to form a belief as to the truth of the allegations concerning

6  Sony's or Nintendo's business strategies and the precise technical specifications of competitor

7  devices. Microsoft denies the remaining allegations contained in Paragraph 76.

8      77.   **ALLEGATION:** Xbox Series X|S and PS5 consoles provide a technologically

9  advanced gaming experience from a stationary endpoint. The Xbox Series X|S and PS5 consoles

10  are plug-in devices that draw electrical power to support advanced computations and are

11  connected to an external display like a television. In contrast, the Nintendo Switch is a portable

12  battery-operated device with a built-in display screen, and it can optionally be connected to an

13  external display. Nintendo's Switch also has detachable controllers that can be used for motion-

14  based game play that is not available on the Xbox or PlayStation consoles. Microsoft and Sony

15  commonly benchmark against each other on price.

16      **ANSWER:** Microsoft admits that the Xbox Series X|S and PlayStation 5 consoles are

17  plug in devices that connect to an external display like a television, whereas the Nintendo Switch

18  console is a portable battery-operated device with a built-in display screen and detachable

19  controllers that can be connected to an external display; and that the Xbox Series X and

20  PlayStation 5 consoles are both priced higher than the Xbox Series S and Nintendo Switch

21  consoles. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations concerning Sony's or Nintendo's business strategies and the precise

23  technical specifications of competitor devices. Microsoft denies the remaining allegations

24  contained in Paragraph 77.

25      78.   **ALLEGATION:** The PlayStation 5 and the Xbox Series X, the companies' latest

26  flagship consoles, retail for $499.99. By contrast, the Nintendo Switch retails for $200 less at

27  $299.99.

28

1    **ANSWER:** Microsoft admits that the Xbox Series X and PlayStation 5 consoles are both

2    priced higher than the Xbox Series S and Nintendo Switch consoles. Microsoft denies the

3    remaining allegations contained in Paragraph 78.

4    79.    **ALLEGATION:** Since the 2000s, Microsoft and Sony have released new

5    console generations largely contemporaneously—most recently in 2020. The prior generation

6    (Generation 8) Xbox One and PlayStation 4 were released in 2013, and the current generation

7    (Generation 9) Xbox Series X|S and PS5 consoles were released in November 2020. By contrast,

8    the Nintendo Switch launched in March 2017, nearly five years after the beginning of the eighth

9    generation.

10    **ANSWER:** Microsoft admits that Xbox and Sony released their most recent consoles

11    (the Xbox Series X|S and the PlayStation 5, respectively) in 2020; and that Nintendo released its

12    most recent console (the Nintendo Switch) in 2017. Microsoft denies the remaining allegations

13    contained in Paragraph 79.

14    80.    **ALLEGATION:** Microsoft's own ordinary course documents regularly

15    distinguish the closest potential substitute, the Nintendo Switch, from Microsoft's Xbox Series

16    X|S and Sony's PS5 consoles. Microsoft conceded in a regulatory filing that Nintendo's Switch

17    is a "differentiated" console.

18    **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

19    respectfully refers the Court to the documents for an accurate and compete statement of their

20    content. Microsoft denies the remaining allegations contained in Paragraph 80.

21    81.    **ALLEGATION:** Due to their distinct offerings, Microsoft and Sony consoles

22    appeal to different gaming audiences than the Nintendo Switch. While Xbox Series X|S and PS5

23    consoles offer more mature content for more serious gaming, Nintendo's hardware and content

24    tends to be used more for casual and family gaming.

25    **ANSWER:** Microsoft denies the allegations contained in Paragraph 81.

26    82.    **ALLEGATION:** Indeed, "dual console owners" are more likely to own one

27    High-Performance Console and a Nintendo Switch than two High-Performance Consoles. NPD

28

1  Group, a trusted source for video game industry data, shows that as of 2020, nearly 40 percent of

2  PlayStation and Xbox owners also owned a Switch, while only ▮ percent of PlayStation console

3  owners owned an Xbox and only ▮ percent of Xbox console owners own a PlayStation.

4       **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

5  respectfully refers the Court to the documents for an accurate and complete statement of their

6  contents. Microsoft avers that it lacks knowledge or information sufficient to form a belief as to

7  the truth of the purported industry source estimates. Microsoft denies the remaining allegations

8  contained in Paragraph 82.

9       83.   **ALLEGATION:** Other video gaming devices available today are not

10  commercially reasonable alternatives to High-Performance Consoles and are therefore not

11  included in the Relevant Market. These include gaming PCs, and mobile devices.

12       **ANSWER:** Paragraph 83 purports to state conclusions of law to which no response is

13  required. To the extent a response is required to these conclusions, Microsoft denies those

14  allegations.

15       84.   **ALLEGATION:** Gaming PCs are distinct from High-Performance Consoles due

16  to differences in price, hardware, performance, and functionality (i.e., where and when a game

17  can be played), among other factors. Gaming PCs are therefore not included in the Relevant

18  Market. Mobile devices are distinct from High-Performance Consoles due to differences in

19  complexity and quality of game performance, content offerings, monetization approach,

20  gameplay and interface, and audience, among other factors. Microsoft recently confirmed this

21  factual distinction in testimony during the trial of Epic Games, Inc. v. Apple Inc., 559 F.Supp.3d

22  898, 981 (N.D. Cal. 2021). Mobile gaming devices are therefore not included in the Relevant

23  Market.

24       **ANSWER:** Paragraph 84 purports to state conclusions of law to which no response is

25  required. To the extent a response is required to these conclusions, Microsoft denies those

26  allegations. To the extent the Complaint is characterizing witness testimony from a trial in

27  another matter, Microsoft respectfully refers the Court to the full testimony for an accurate and

28

1  complete statement of its contents. Microsoft denies the remaining allegations contained in

2  Paragraph 84.

3      85.    **ALLEGATION:** High-Performance Consoles are a relevant antitrust market.

4  However, although the Nintendo Switch is highly differentiated from the Xbox Series X|S and

5  PS5 consoles, it shares many of the same characteristics that make High-Performance Consoles

6  distinct from PCs, and mobile devices. Accordingly, the anticompetitive effects of the Proposed

7  Acquisition alleged in this Complaint are also reasonably likely to occur in a broader market for

8  gaming consoles that includes High-Performance Consoles and the highly differentiated

9  Nintendo Switch.

10     **ANSWER:** Paragraph 85 purports to state conclusions of law to which no response is

11  required. To the extent a response is required to these conclusions, Microsoft denies those

12  allegations. Microsoft denies the remaining allegations contained in Paragraph 85.

13  **II.    Multi-Game Content Library Subscription Services are a Relevant Product Market**

14     86.    **ALLEGATION:** Multi-Game Content Library Subscription Services are a

15  relevant product market for evaluating the competitive effects of the Proposed Acquisition.

16     **ANSWER:** Paragraph 86 purports to state conclusions of law to which no response is

17  required. To the extent a response is required to these conclusions, Microsoft denies those

18  allegations.

19     87.    **ALLEGATION:** The Relevant Market for Multi-Game Content Library

20  Subscription Services includes services that offer unlimited access to a library of video games

21  that are predominantly played on non-mobile devices and are available to play at zero additional

22  cost beyond the subscription fee, either via download or cloud streaming.

23     **ANSWER:** Paragraph 87 purports to state conclusions of law to which no response is

24  required. To the extent a response is required to these conclusions, Microsoft denies those

25  allegations.

26     88.    **ALLEGATION:** Microsoft is already a significant player in this market through

27  its Xbox Game Pass offerings and continues to expand rapidly in this market. Microsoft offers

28

1   three tiers of Game Pass, each of which provide unlimited access to hundreds of games, with

2   Game Pass Ultimate also providing access to Xbox Cloud Gaming. Microsoft is already the

3   market leader with an announced 25 million Game Pass subscribers.

4       **ANSWER:** Microsoft admits that Microsoft has a multigame subscription service known

5   as Xbox Game Pass, which has three offerings and gives gamers access to a catalog of hundreds

6   of games; that Game Pass Ultimate provides access to Xbox Cloud Gaming, along with other

7   features; and that these combined Game Pass offerings currently have approximately 25 million

8   subscribers. Microsoft denies the remaining allegations contained in Paragraph 88.

9       89.    **ALLEGATION:** Each service competes aggressively to offer the best, most

10  exciting titles to attract users to its service, with each attempting to provide access to a

11  compelling library of high-end, AAA games. Services offer a range of incentives to developers

12  and publishers including attractive revenue splits or co-marketing arrangements in order to

13  ensure games are available on their services.

14      **ANSWER:** Microsoft admits that gaming companies compete to improve their

15  platforms, including by offering multigame subscription services; that Xbox is working to

16  develop Game Pass into a better multigame subscription service; and that Microsoft attempts to

17  provide its users with a varied and rotating catalog of games. Microsoft avers that it lacks

18  knowledge or information sufficient to form a belief as to the truth of the other allegations

19  concerning unidentified industry participants and their business practices. Microsoft denies the

20  remaining allegations contained in Paragraph 89.

21      90.    **ALLEGATION:** Multi-Game Content Library Subscription Services rely on

22  distinct pricing compared to the traditional "buy to play" model, where gamers purchase

23  individual games for up to $70 per title, or more. Multi-Game Content Library Subscription

24  Services seek to offer a new method of accessing games by offering access to an entire library of

25  games for a periodic fee, rather than a single title for a fixed cost.

26      **ANSWER:** Microsoft admits that multigame subscription services are a different way to

27  pay for games than the traditional buy-to-play model; and that for some customers the multigame

28

1   subscription model may be cheaper than the buy-to-play model in some circumstances.

2   Microsoft avers that it lacks knowledge or information sufficient to form a belief as to the truth

3   of the allegations concerning unidentified industry participants and their business practices.

4   Microsoft denies the remaining allegations contained in Paragraph 90.

5       91.    **ALLEGATION:** Subscription services in the Relevant Market closely track each

6   other's pricing and set their own prices accordingly. Microsoft's ordinary course documents

7   show that Microsoft closely monitors how competitors such as Sony are pricing their

8   subscription services. For example, Xbox CFO Tim Stuart sent an email ███████████

9   ███████████████████████████████████████

10  ███████████████  Mr. Stuart went on to report: ███████████████

11  ███████████████████████████████████

12      **ANSWER:** Microsoft admits that Microsoft considers a variety of factors in pricing its

13  products and services, including the pricing strategies of its competitors. Microsoft avers that it

14  lacks knowledge or information sufficient to form a belief as to the truth of the allegations

15  concerning unidentified subscription services other than its own. To the extent the Complaint is

16  quoting from and characterizing documents, Microsoft respectfully refers the Court to the

17  documents for an accurate and complete statement of their contents. Microsoft denies the

18  remaining allegations contained in Paragraph 91.

19      92.    **ALLEGATION:** Buy-to-play games are not commercially reasonable

20  alternatives and therefore are not included in the Relevant Market. Multi-Game Content Library

21  Subscription Services provide immediate access to hundreds of game titles for a monthly fee,

22  facilitating content discovery. The pricing of individual games does not dictate Microsoft's

23  pricing decisions for its Xbox Game Pass subscriptions. Additionally, when speaking with third-

24  party game developers, Microsoft's executives tout Game Pass as additive, rather than as a

25  replacement for traditional buy-to-play games. Microsoft further showcases the additive nature

26  of Game Pass through public statements that report Game Pass subscribers invest more time and

27  money in gaming than their fellow gamers without a subscription.

28

1    **ANSWER:** Paragraph 92 purports to state conclusions of law to which no response is

2  required. To the extent a response is required to these conclusions, Microsoft denies those

3  allegations. Microsoft admits that some multigame subscription services provide users with

4  access to hundreds of games for fixed periods of time; and that multigame subscription services

5  can allow gamers to discover new content they may otherwise have missed or not purchased. To

6  the extent the Complaint is relying on documents, Microsoft respectfully refers the Court to the

7  documents for an accurate and complete statement of their contents. Microsoft denies the

8  remaining allegations contained in Paragraph 92.

9    93.    **ALLEGATION:** Subscription services that focus on enabling online multiplayer

10  gaming, such as Xbox Live Gold and PlayStation Plus Essential, are not commercially

11  reasonable alternatives and therefore are not included in the Relevant Market. Xbox Live Gold

12  and PlayStation Plus Essential, as currently structured, award a limited number of free games as

13  "bonus content." These services do not provide access to the same breadth and diversity of

14  content as Multi-Game Content Library Subscription Services and do not facilitate the same

15  level of game discoverability.

16    **ANSWER:** Paragraph 93 purports to state conclusions of law to which no response is

17  required. To the extent a response is required to these conclusions, Microsoft denies those

18  allegations. Microsoft admits that Xbox Live Gold and PlayStation Plus Essential offer fewer

19  game choices to subscribers than some other subscription offerings. Microsoft denies the

20  remaining allegations contained in Paragraph 93.

21    94.    **ALLEGATION:** Subscription services that do not offer a library of video games

22  that are predominantly played on non-mobile devices are also not commercially reasonable

23  alternatives and therefore are not included in the Relevant Market. Mobile-native games are

24  distinct from games accessed natively on a console and from the most performant games

25  accessed natively on a PC, due to differences in complexity and quality of game performance,

26  monetization approach, gameplay and interface, and audience, among other factors.

27

28

1    **ANSWER:** Paragraph 94 purports to state conclusions of law to which no response is

2   required. To the extent a response is required to these conclusions, Microsoft denies those

3   allegations. Microsoft admits that in some circumstances mobile-native games can have different

4   levels of complexity and game quality than console- and PC-native games. Microsoft denies the

5   remaining allegations contained in Paragraph 94.

6    95.    **ALLEGATION:** Multi-Game Content Library Subscription Services comprise a

7   Relevant Market. The anticompetitive effects of the Proposed Acquisition also are reasonably

8   likely to occur in any relevant antitrust market that contains Multi-Game Content Library

9   Subscription Services, including a combined Multi-Game Content Library and Cloud Gaming

10  Subscription Services market.

11   **ANSWER:** Paragraph 95 purports to state conclusions of law to which no response is

12  required. To the extent a response is required to these conclusions, Microsoft denies the

13  allegations contained in Paragraph 95.

14  **III.   Cloud Gaming Subscription Services are a Relevant Market**

15   96.    **ALLEGATION:** Cloud Gaming Subscription Services are a relevant product

16  market for evaluating the competitive effects of the Proposed Acquisition.

17   **ANSWER:** Paragraph 96 purports to state conclusions of law to which no response is

18  required. To the extent a response is required to these conclusions, Microsoft denies the

19  allegations contained in Paragraph 96.

20   97.    **ALLEGATION:** The Relevant Market for Cloud Gaming Subscription Services

21  includes services that offer the ability to play predominantly non-mobile video games via cloud

22  streaming.

23   **ANSWER:** Paragraph 97 purports to state conclusions of law to which no response is

24  required. To the extent a response is required to these conclusions, Microsoft denies the

25  allegations contained in Paragraph 97.

26   98.    **ALLEGATION:** The Relevant Market includes Multi-Game Content Library

27  Subscription Services that offer access to games via cloud streaming as well as any services that

28

1  offer streaming via a "Bring Your Own Game" ("BYOG") approach where users play games

2  they own in their own personal library by streaming those games through their Cloud Gaming

3  Subscription Service. In all cases, users pay a periodic fee, either monthly or yearly, to access the

4  Cloud Gaming Subscription Service.

5      **ANSWER:** Paragraph 98 purports to state conclusions of law to which no response is

6  required. To the extent a response is required to these conclusions, Microsoft denies the

7  allegations contained in Paragraph 98.

8      99.   **ALLEGATION:** Cloud Gaming Subscription Services provide a way to play

9  games that is distinct from running them locally on the player's gaming device. Such

10 subscription services make predominantly non-mobile video games available instantly on a wide

11 variety of devices, reducing the need for gamers to make large investments in expensive

12 hardware, such as a High- Performance Console or a gaming PC, and eliminating download

13 time.

14     **ANSWER:** Microsoft admits that cloud gaming may, provided certain conditions (such

15 as the availability of sufficient Internet access) are met, allow customers to stream some games

16 from the cloud rather than downloading them to play locally on their devices, including on

17 consoles, PCs, and mobile devices. Microsoft denies the remaining allegations contained in

18 Paragraph 99.

19     100.   **ALLEGATION:** Cloud Gaming Subscription Services are designed to reach a

20 different set of consumers than other forms of game distribution. These subscription services

21 enable gaming on devices that do not meet the minimum specifications for large and

22 technologically complex games, such as older and less expensive PCs, MacBooks,

23 Chromebooks, tablets, mobile devices, and smart TVs. They also enable gamers to play games

24 that were developed for other devices and/or operating systems. Microsoft has estimated that the

25 total addressable market for cloud gaming is approximately 3 billion users, compared to 200

26 million console users.

27

28

1   **ANSWER:** Microsoft admits that cloud gaming allows customers to stream games from
2   the cloud that may have been developed for other devices or operating systems; and that this may
3   allow some consumers who are unable to afford more expensive devices to stream those games.
4   To the extent the Complaint is relying on documents, Microsoft respectfully refers the Court to
5   the documents for an accurate and complete statement of their contents. Microsoft denies the
6   remaining allegations contained in Paragraph 100.

7   101.   **ALLEGATION:** Microsoft's executives recognize the expanded opportunity
8   Cloud Gaming Subscription Services offer. For example, Microsoft executives have explained
9   that xCloud (now referred to as Xbox Cloud Gaming) offers "a visionary statement of the games
10  you want, with the people you want, anywhere you want," and that, "you should be able to play
11  your games with who you want on the device you want, where you want."

12  **ANSWER:** Microsoft admits that cloud gaming may allow some consumers who are
13  unable to afford more expensive devices to stream games they would not have been able to
14  without cloud gaming. To the extent the Complaint is quoting from documents, Microsoft
15  respectfully refers the Court to the documents for an accurate and complete statement of their
16  contents. Microsoft denies the remaining allegations contained in Paragraph 101.

17  102.   **ALLEGATION:** Microsoft's documents show that video game play by gamers
18  who use cloud gaming differs from that of gamers who do not. In a recap of insights and
19  learnings from FY2022, the Xbox Cloud Gaming team reported that ███████████████
20  ████████████████████████████████████████████████
21  ████████████████████████████████████████████████
22  ████████████████████████████████████████████████
23  ████████████████████

24  **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft
25  respectfully refers the Court to the documents for an accurate and complete statement of their
26  contents. Microsoft denies the remaining allegations contained in Paragraph 102.

27

28

1       103.   **ALLEGATION:** Cloud Gaming Subscription Services also require specialized

2 inputs. Cloud Gaming Subscription Services operate on cloud infrastructure, either by deploying

3 their own dedicated infrastructure or by contracting with a third party. For example, Microsoft

4 built Xbox Cloud Gaming by deploying racks of dedicated Xbox console hardware in Microsoft

5 data centers, investing ████████████████████. Microsoft has plans to ██████████

6 ██████ on its ████████████ in the future and expects to spend over ████████ on Xbox

7 Cloud Gaming infrastructure in the next several years.

8       **ANSWER:** Microsoft admits that Xbox made a significant investment in Xbox Cloud

9 Gaming; and that Xbox Cloud Gaming is operated by using custom-built servers in Microsoft

10 data centers to remotely run Xbox console games via Xbox's specialized console hardware.

11 Microsoft denies the remaining allegations contained in Paragraph 103.

12       104.   **ALLEGATION:** Cloud Gaming Subscription Services are a Relevant Market.

13 The anticompetitive effects of the Proposed Acquisition alleged in this complaint are also likely

14 to occur in any relevant antitrust market that contains Cloud Gaming Subscription Services,

15 including a combined Multi-Game Content Library and Cloud Gaming Subscription Services

16 market.

17       **ANSWER:** Paragraph 104 purports to state conclusions of law to which no response is

18 required. To the extent a response is required to these conclusions, Microsoft denies the

19 allegations contained in Paragraph 104.

20 **IV.**     **The Relevant Geographic Market is the United States**

21       105.   **ALLEGATION:** The relevant geographic market in which to assess the Proposed

22 Acquisition's effects is the United States.

23       **ANSWER:** Paragraph 105 purports to state conclusions of law to which no response is

24 required. To the extent a response is required to these conclusions, Microsoft denies the

25 allegations contained in Paragraph 105.

26       106.   **ALLEGATION:** In each of the Relevant Markets, consumer preferences and

27 gaming behavior differ across countries. Internal research from both Microsoft and Activision

28

1  also finds significant variation among countries on metrics like average consumer spending on
2  gaming. For its most recent Generation 9 consoles, Microsoft differentiated its sales and
3  marketing strategy depending in part on the past sales performance of a given country. Given its
4  large installed base of Generation 8 consoles, Microsoft placed the United States into a ████
5  █████████████████████████████████████████████████, along with only
6  ██ other countries. Microsoft has identified the United States as a ███████████████
7  ███████████████████████

8      **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a
9  belief as to the truth of the allegations concerning unidentified industry participants. To the
10 extent the Complaint is quoting from and characterizing documents, Microsoft respectfully refers
11 the Court to the documents for an accurate and complete statement of their contents. Microsoft
12 denies the remaining allegations contained in Paragraph 106.

13      107.   **ALLEGATION:** Microsoft is a leader in the United States in the Multi-Game
14 Content Library Subscription Services market. █████████████████████████████
15 ██████████████████████████████ As of the Microsoft offers Game Pass
16 at different price points outside the United States.

17      **ANSWER:** Microsoft admits that as of the first quarter of 2022, Xbox had 25 million
18 Game Pass subscribers, including a substantial number in the United States; and that Game Pass
19 prices vary in some locations. Microsoft denies the remaining allegations contained in Paragraph
20 107.

21      108.   **ALLEGATION:** Microsoft and other Cloud Gaming Subscription Service
22 providers have similarly focused on the United States when choosing where to launch their
23 services. Microsoft launched Game Pass Ultimate first in the United States and Canada, with
24 Nvidia's GeForce NOW and Amazon Luna undertaking a similar strategy. Cloud Gaming
25 Subscription Service providers also note that the proximity of cloud servers to gamers is
26 important in light of the technological demands of cloud gaming.

27
28

1   **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a

2   belief as to the truth of the allegations concerning other industry participants. Microsoft admits

3   that cloud gaming requires advanced technology and sufficient Internet services. Microsoft

4   denies the remaining allegations contained in Paragraph 108.

5   <u>**ANTICOMPETITIVE EFFECTS**</u>

6   109.   **ALLEGATION:** The Proposed Acquisition is reasonably likely to substantially

7   lessen competition or tend to create a monopoly in the Relevant Markets by creating a combined

8   firm with the ability and increased incentive to withhold Activision's valuable gaming content

9   from, or degrade Activision's content for, Microsoft's rivals. The combined firm would have the

10  ability to exclude Microsoft's rivals from access to some or all of Activision's content in the

11  Relevant Markets. Microsoft would have the power to decide if, when, and to what extent

12  Activision content will be available on competing products. The Proposed Acquisition is likely

13  to increase entry barriers, thereby dampening beneficial rivalry and innovation. If permitted to

14  make Activision a captive supplier, Microsoft would have a substantially increased incentive to

15  engage in strategies to that would likely lead to reduced consumer choice, higher prices or lower

16  quality products, and less innovation.

17  **ANSWER:** Paragraph 109 purports to state conclusions of law to which no response is

18  required. To the extent a response is required to these conclusions, Microsoft denies those

19  allegations.

20  **I.   As the Owner of Activision's Gaming Content, Microsoft Would Have the Ability to**

21  **Disadvantage Rivals by Withholding or Degrading Activision Content in the**

22  **Relevant Markets**

23  110.   **ALLEGATION:** AAA gaming content is a substantially important input for

24  High-Performance Consoles, Multi-Game Content Library Subscription Services and Cloud

25  Gaming Subscription Services, as these products use AAA content to attract and retain users and

26  drive adoption. AAA content is difficult to produce given the intense resources and specialized

27  competency required to develop these valuable games.

28

1  **ANSWER:** Paragraph 110 purports to state conclusions of law to which no response is

2  required. To the extent a response is required to these conclusions, Microsoft denies those

3  allegations. Microsoft admits that it is valuable to have a variety of content available on Xbox

4  and Game Pass. Microsoft denies the remaining allegations contained in Paragraph 110.

5  111.  **ALLEGATION:** Activision is a leader amongst an already limited number of

6  developers able to produce such content through its cherished gaming franchises, including Call

7  of Duty, Diablo, and Overwatch. As the owner of Activision's gaming content, Microsoft would

8  have the ability to disadvantage rivals by withholding or degrading Activision content in the

9  Relevant Markets.

10  **ANSWER:** Paragraph 111 purports to state conclusions of law to which no response is

11  required. To the extent a response is required to these conclusions, Microsoft denies those

12  allegations. Microsoft denies the remaining allegations contained in Paragraph 111.

13  **A.  AAA Content is a Substantially Important Input for Products in the**

14  **Relevant Markets**

15  112.  **ALLEGATION:** As discussed above, AAA gaming content is an important input

16  for consoles and gaming subscription services. AAA games typically represent an outsized

17  portion of revenue on these products and drive greater engagement and adoption.

18  **ANSWER:** Microsoft admits that it is valuable to have a variety of content available on

19  Xbox and Game Pass. Microsoft denies the remaining allegations contained in Paragraph 112.

20  113.  **ALLEGATION:** Microsoft's own executives repeatedly emphasize the

21  importance of such content. In a 2019 internal email, Xbox's then-Chief Marketing Officer told

22  Microsoft's Mr. Nadella that Game Pass "must have [first-party] AAA games," elaborating that

23  Microsoft needs such first-party, AAA games to be "[n]ot just good, but great – 'Sopranos' or

24  'House of Cards' equivalents that make the world stop and take notice." In a June 2020

25  conversation between other Microsoft executives about Game Pass growth drivers, one aptly

26  points out, "content is king."

27

28

1    **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

2 respectfully refers the Court to the documents for an accurate and complete statement of their

3 contents. Microsoft denies the remaining allegations contained in Paragraph 113.

4    114.    **ALLEGATION:** Similarly, Microsoft echoes the importance of AAA content on

5 its High-Performance Consoles. As one direct report to Mr. Spencer relayed to him, ███████

6 ████████████████████████████████████████████████████████████

7 ███████ During negotiations with top third-party publishers for inclusion of their games on Xbox

8 Series X|S, Microsoft internally noted that Activision "considers themselves ultimate

9 kingmakers" entitled to "share in platform economics."

10    **ANSWER:** To the extent the Complaint is quoting from documents, Microsoft

11 respectfully refers the Court to the documents for an accurate and complete statement of their

12 contents. Microsoft denies the remaining allegations contained in Paragraph 114.

13    115.    **ALLEGATION:** Activision's powerful influence on gaming product adoption is

14 also borne out by its revenue share negotiations with ████████████████████████

15 ████████████████████████████████████████████████████████████

16 ████████████████████████ In one Microsoft executive's words, Activision's share on

17 Call of Duty is "███████████" and is the ████████████████████████████

18 ████████████████

19    **ANSWER:** Microsoft admits that in Microsoft's current revenue-sharing agreement with

20 Activision, ████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████████

23 ████████████████. To the extent the Complaint is quoting from documents, Microsoft

24 respectfully refers the Court to the documents for an accurate and complete statement of their

25 contents. Microsoft denies the remaining allegations contained in Paragraph 115.

26

27

28

**B.** **As the Owner of the Activision Content, Microsoft Would Have the Ability to Withhold Activision's Content from, or Degrade Activision Content on, Rival Consoles and Subscription Services**

116.    **ALLEGATION:** The Proposed Acquisition would give Microsoft total control over Activision's content, thereby giving Microsoft the ability to fully withhold Activision content from rivals, raise rivals' costs, change the terms and timing of access to Activision content, or degrade the quality of Activision content available for rival consoles and subscription services.

**ANSWER:** Microsoft admits that Microsoft is seeking to acquire Activision and its content. Microsoft denies the remaining allegations contained in Paragraph 116.

117.    **ALLEGATION:** The Proposed Acquisition would give Microsoft the ability to engage in several strategies to degrade access to Activision content on rival consoles and subscription services, including timed exclusivity, exclusive downloadable content available only on Microsoft's products, and a variety of other means across the Relevant Markets.

**ANSWER:** Microsoft denies the allegations contained in paragraph 117.

118.    **ALLEGATION:** Microsoft also would gain the ability to engage in tactics to degrade the quality of Activision content on competing consoles and subscription services and create a less desirable player experience for users choosing to play anywhere other than on Microsoft's products.

**ANSWER:** Microsoft denies the allegations contained in paragraph 118.

119.    **ALLEGATION:** The Proposed Acquisition also would give Microsoft the ability to reduce efforts to optimize Activision content for rival products. Currently, Activision collaborates closely with gaming hardware manufacturers to ensure an optimal experience for gamers. For example, Activision collaborated with ███████████████████████ ███████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████

1    Should the Proposed Acquisition close, the combined firm will have the ability to reduce such

2    collaboration in the High-Performance Console Market.

3         **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a

4    belief as to the truth of the allegations concerning Activision's collaboration with other gaming

5    hardware manufacturers and the goals of that collaboration. To the extent the Complaint is

6    quoting from documents, Microsoft respectfully refers the Court to the documents for an

7    accurate and complete statement of their contents. Microsoft denies the remaining allegations

8    contained in Paragraph 119.

9         120.   **ALLEGATION:** Activision also works to optimize its games, including Call of

10   Duty, to work on ▮▮▮▮▮. A GPU (or Graphics Processing Unit) is a hardware

11   component that renders graphics for video games. ▮▮▮▮▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮▮   The Proposed Acquisition would give Microsoft the ability to reduce efforts to

16   optimize Activision content for hardware used by rival Cloud Gaming Subscription Services.

17        **ANSWER:** Microsoft admits that a GPU (or Graphics Processing Unit) is a hardware

18   component that renders graphics for video games. Microsoft avers that it lacks knowledge or

19   information sufficient to form a belief as to the truth of the allegations concerning Activision's

20   collaboration with other gaming hardware manufacturers, or concerning other industry

21   participants. Microsoft denies the remaining allegations contained in Paragraph 120.

22   **II.    The Proposed Acquisition Would Increase Microsoft's Incentive to Disadvantage**

23   **      Rivals by Withholding or Degrading Activision Content in the Relevant Markets**

24        121.   **ALLEGATION:** If permitted to take control of Activision, Microsoft would have

25   an incentive to disadvantage rivals by withholding or degrading Activision content. Gaming is a

26   growing and lucrative market opportunity and one in which Microsoft is already well-positioned.

27   Microsoft already has a built-in incentive to promote its own products wherever possible, and it

28

1  fully understands the competitive power that owning Activision's leading gaming content would
2  yield.

3      **ANSWER:** Microsoft admits that gaming is a growing market with significant revenues.
4  Microsoft denies the remaining allegations contained in Paragraph 121.

5      122.   **ALLEGATION:** Prior to the Proposed Acquisition, Activision sought to
6  maximize its profits from sales of its video game titles. The Proposed Acquisition would change
7  Activision's incentives, because Microsoft stands to gain significant profits from additional
8  gamers purchasing Xbox consoles or Xbox Game Pass. Hence, the combined firm will be
9  incentivized to disadvantage Microsoft rivals by withholding Activision content from, or
10  degrading Activision content on, rival consoles and subscription services to promote sales of
11  Microsoft's products.

12      **ANSWER:** Paragraph 122 purports to state conclusions of law to which no response is
13  required. To the extent a response is required to these conclusions, Microsoft denies those
14  allegations. Microsoft avers that it lacks knowledge or information sufficient to form a belief
15  about the truth of the allegations concerning Activision's intentions pre-acquisition. Microsoft
16  denies the remaining allegations contained in Paragraph 122.

17      123.   **ALLEGATION:** While AAA content in general is important to competitors in
18  the Relevant Markets, Activision content is especially important because of its ability to drive
19  gaming product adoption and engagement by users.

20      **ANSWER:** Microsoft denies the allegations contained in Paragraph 123.

21      124.   **ALLEGATION:** Activision's own documents point out the significant role
22  Activision content plays in consumers' choice of gaming products. In a 2019 presentation to
23  ▮▮▮▮, Activision highlighted consumer survey data showing that ▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27
28

1  **ANSWER:** Microsoft avers that it lacks knowledge or information sufficient to form a
2  belief about the truth of the allegations about Activision's alleged presentation to ████. To the
3  extent the Complaint is quoting from documents, Microsoft respectfully refers the Court to the
4  documents for an accurate and complete statement of their contents. Microsoft denies the
5  remaining allegations contained in Paragraph 124.

6  125.  **ALLEGATION:** The Proposed Acquisition would reduce Microsoft's incentive
7  to optimize Activision content for rival products, including via collaboration with Microsoft's
8  rivals. Given the competition between Microsoft and Sony, the combined firm will have less
9  incentive to collaborate with Sony to ████████████████. In addition,
10 because Microsoft's Game Pass Ultimate ████████████████████
11 ████████████████████████
12 ████████████████████████
13 ████████████████████████
14 ████████████

15 **ANSWER:** Microsoft denies the allegations contained in Paragraph 125.

16 **III.  Microsoft's Statements and Past Actions Indicate that It Will Likely Act on Its**
17 **Incentives to Disadvantage Rivals by Withholding or Degrading Activision Content**

18 126.  **ALLEGATION:** Microsoft stated in 2022 that it ████████
19 ████████████████. Microsoft subsequently has wavered in its
20 representations as to its ████████████████████.

21 **ANSWER:** To the extent the Complaint is relying on unidentified statements or sources,
22 Microsoft respectfully refers the Court to those sources for an accurate and complete statement
23 of their contents. Microsoft denies the remaining allegations contained in Paragraph 126.

24 127.  **ALLEGATION:** Moreover, Microsoft's past conduct is telling. Despite
25 statements by Microsoft to European regulators disavowing the incentive to make ZeniMax
26 content exclusive post-close, after the EC cleared the transaction, Microsoft plans for three of the
27 newly acquired titles to become exclusive to Microsoft's Xbox consoles and Xbox Game Pass

28

1    subscription services. For example, although previous titles in ZeniMax's *Elder Scrolls* franchise

2    were released on PlayStation, Microsoft has confirmed that the upcoming *Elder Scrolls VI* will

3    be available only on Xbox consoles, Windows PCs, and Xbox Game Pass subscription services.

4    Microsoft has also stated that Starfield and Redfall, two of the highly anticipated new games in

5    development at the time of Microsoft's purchase of ZeniMax, will also become Xbox console

6    and Xbox Game Pass exclusives upon release.

7         **ANSWER:** To the extent the Complaint is referencing documents, Microsoft respectfully

8    refers the Court to the documents for an accurate and complete statement of their contents.

9    Microsoft admits that it acquired ZeniMax, the parent company of several studios, in 2021; that

10   following Microsoft's acquisition of ZeniMax, several ZeniMax titles have been released on

11   PlayStation, including two new ZeniMax titles that were exclusive to PlayStation upon release,

12   as well as new updates of *Elder Scrolls Online* and *Fallout 76*; that *Redfall* was released on

13   Xbox, PC, and Game Pass day-and-date;  that Mighty *DOOM*, a mobile game, was released on

14   iPhone and Android; and that some future ZeniMax games may be exclusive to Xbox, PC, and

15   Game Pass when they are initially released. Microsoft further avers that this approach is

16   consistent with Microsoft's representations to the European Commission ("EC"), as the EC has

17   publicly stated. Microsoft denies the remaining allegations contained in Paragraph 127.

18        128.   **ALLEGATION:** Microsoft's previous representations to the EC about its

19   incentives after its purchase of ZeniMax were not borne out by Microsoft's own post-merger

20   behavior. Instead, Microsoft put its true post-merger incentives on full display when it decided to

21   deny rivals its newly acquired future releases and thwart consumers who would choose to play

22   them on a competing product. Microsoft's past behavior should also cast more suspicion on its

23   non-binding public commitments to keep Call of Duty available on PlayStation consoles through

24   the end of Activision's existing agreement with Sony (i.e., through 2024).

25        **ANSWER:** Microsoft denies the allegations contained in Paragraph 128.

26        129.   **ALLEGATION:** Microsoft is eager to further build upon its already significant

27   strength in gaming, with Mr. Nadella declaring publicly, "Microsoft's all-in on gaming."

28

1  Looking to reap the financial opportunity available in the gaming industry, Microsoft would be

2  incentivized to withhold Activision content from, or degrade content on, rival products in order

3  to disadvantage its rivals, thereby weakening competition and increasing its profits.

4        **ANSWER:** To the extent the Complaint is referencing documents, Microsoft respectfully

5  refers the Court to the documents for an accurate and complete statement of their contents.

6  Microsoft denies the remaining allegations contained in Paragraph 129.

7        130.   **ALLEGATION:** Moreover, as Microsoft internally recognizes, acquisitions in

8  this industry may contribute to a domino effect of further consolidation. This Proposed

9  Acquisition—the largest ever announced in the gaming industry—poses a reasonable probability

10  of further accelerating this trend.

11        **ANSWER:** To the extent the Complaint is referencing documents, Microsoft respectfully

12  refers the Court to the documents for an accurate and complete statement of their contents.

13  Microsoft denies the remaining allegations contained in Paragraph 130.

14  **IV.**   **Withholding Activision Content From, or Degrading Activision Content On,**

15       **Microsoft's Rival Products Will Harm Competition and Consumers in the Relevant**

16       **Markets**

17        131.   **ALLEGATION:** Withholding Activision content from, or degrading Activision

18  content on, Microsoft's rivals' products is reasonably likely to substantially lessen competition in

19  the Relevant Markets.

20        **ANSWER:** Paragraph 131 purports to state conclusions of law to which no response is

21  required. To the extent a response is required to these conclusions, Microsoft denies those

22  allegations.

23        132.   **ALLEGATION:** This lessening of competition will result in harm to consumers,

24  including reduced consumer choice, reduced product quality, higher prices, and less innovation.

25        **ANSWER:** Paragraph 132 purports to state conclusions of law to which no response is

26  required. To the extent a response is required to these conclusions, Microsoft denies those

27  allegations.

28

## LACK OF COUNTERVAILING FACTORS

133.   **ALLEGATION:** Microsoft cannot demonstrate that entry or expansion in the Relevant Markets would be timely, likely, or sufficient to reverse the anticompetitive effects of the Proposed Acquisition.

**ANSWER:** Paragraph 133 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies those allegations.

134.   **ALLEGATION:** Microsoft cannot demonstrate that the Proposed Acquisition would likely generate verifiable, cognizable, merger-specific efficiencies that would reverse the likely competitive harm from the Proposed Acquisition.

**ANSWER:** Paragraph 134 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies those allegations.

## LIKELIHOOD OF SUCCESS ON THE MERITS, BALANCE OF EQUITIES, AND NEED FOR RELIEF

135.   **ALLEGATION:** Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), authorizes the Commission, whenever it has reason to believe that a proposed merger is unlawful, to seek preliminary injunctive relief to prevent consummation of a merger until the Commission has had an opportunity to adjudicate the merger's legality in an administrative proceeding. In deciding whether to grant relief, the Court must balance the likelihood of the Commission's ultimate success on the merits against the equities, using a sliding scale. The principal equity in cases brought under Section 13(b) is the public's interest in effective enforcement of the antitrust laws and ensuring the Commission is not deprived of the ability to order appropriate relief. Private equities affecting only Microsoft' interests cannot tip the scale against a preliminary injunction.

**ANSWER:** Paragraph 135 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies those allegations.

136.   **ALLEGATION:** The Commission is likely to succeed in proving that the effect of the Proposed Acquisition may be substantially to lessen competition or tend to create a monopoly in violation of Section 7 of the Clayton Act and/or Section 5 of the FTC Act, and that the Merger Agreement and Proposed Acquisition constitute unfair methods of competition in violation of Section 5 of the FTC Act.

**ANSWER:** Paragraph 136 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies those allegations.

137.   **ALLEGATION:** Preliminary relief is warranted and necessary. Should the Commission rule, after the full administrative proceeding, that the Proposed Acquisition is unlawful, reestablishing the status quo would be difficult, if not impossible, if the Proposed Acquisition has already occurred in the absence of preliminary relief. Allowing the Proposed Acquisition to close before the completion of the administrative proceeding would enable the combined firm to, among other things, begin altering Activision's operations and business plans, accessing Activision's sensitive business information, eliminating key Activision personnel, changing Activision's game development efforts, and entering into new contractual relationships on behalf of Activision. In the absence of relief from this Court, harm to competition would occur in the interim.

**ANSWER:** Paragraph 137 purports to state conclusions of law to which no response is required. To the extent a response is required to these conclusions, Microsoft denies those allegations. Microsoft denies the remaining allegations contained in Paragraph 137.

138.   **ALLEGATION:** Accordingly, the equitable relief requested here is in the public interest. The Commission respectfully requests that the Court:

    **1.**    Enter a temporary restraining order and preliminarily enjoin Microsoft from consummating the Proposed Acquisition, or any other acquisition of stock, assets, or other interests of one another, either directly or indirectly;

1      **2.**      Retain jurisdiction and maintain the status quo until the administrative

2      proceeding initiated by the Commission is concluded; and

3      **3.**      Award such other and further relief as the Court may determine is appropriate,

4      just, and proper.

5      **ANSWER:** Paragraph 138 purports to state conclusions of law to which no response is

6      required. To the extent a response is required to these conclusions, Microsoft denies those

7      allegations.

8      <u>**AFFIRMATIVE AND OTHER DEFENSES**</u>

9      Microsoft asserts the following defenses with respect to the causes of action alleged in

10      the Complaint, without assuming the burden of production, proof or persuasion where such

11      burden rests on the FTC. Microsoft has not knowingly or intentionally waived any applicable

12      defenses, and it reserves the right to assert and rely upon other applicable defenses that may

13      become available or apparent throughout the course of the action.

14      1.      The Complaint fails to state a claim upon which relief can be granted.

15      2.      The Complaint fails to allege a plausible relevant product market or markets.

16      3.      The Complaint fails to allege a plausible relevant geographic market.

17      4.      The Complaint fails to allege undue share in any plausibly defined relevant

18      market.

19      5.      The Complaint fails to allege any harm to competition.

20      6.      The Complaint fails to allege any harm to consumers or consumer welfare.

21      7.      The combination of Microsoft's gaming business with Activision's business will

22      be procompetitive. The transaction will result in substantial acquisition-specific efficiencies,

23      synergies, and other procompetitive effects that will directly benefit consumers. These benefits

24      will greatly outweigh any and all proffered anticompetitive effects.

25      8.      There will be no harm to competition, consumers, or consumer welfare because

26      there is, and will continue to be, entry and expansion by competitors, which is timely, likely, and

27      sufficient.

28

9.     The alleged harm to potential competition is not actionable.

10.    The FTC cannot provide clear proof that the combination of Microsoft's gaming business and Activision's business would restrain trade in the alleged markets for "multi-game content library subscription services" or "cloud gaming subscription services" because but-for the proposed transaction, Activision's games would not be available on any such service.

11.    The FTC fails to allege a time frame for the alleged anticompetitive effects.

12.    The FTC is not entitled to relief because none of Microsoft's conduct identified in the Complaint is actionable---independently or in the aggregate---under the antitrust laws.

13.    Microsoft's offers of binding contractual commitments to continue to offer certain titles like *Call of Duty* to other gaming companies, including Nintendo and Sony, for at least ten years address all of the alleged anticompetitive effects in the alleged markets and ensure that there will be no harm to competition or consumers.

14.    The FTC's claims are too speculative to support any claim on which relief can be granted.

15.    The injunctive relief the Complaint seeks is inconsistent with the public interest and the balance of the equities.

16.    The FTC cannot show that Activision is likely to make its content available on content subscription libraries or cloud gaming platforms but for the merger.

17.    The FTC cannot show that Microsoft or Activision has market power with respect to any relevant market.

18.    The effects of the merger will be pro-competitive and this is in the public interest.

## PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests that the Court enter judgment:

1.     Dissolving the temporary restraining order;

2.     Denying the FTC's request for injunctive relief;

3.     Dismissing the Complaint with prejudice;

4.     Awarding Microsoft costs and expenses incurred in defending this action; and

1    5.    Awarding such other relief the Court deems just and proper.

Dated: June 29, 2023

Respectfully submitted,

By: /s/ Caroline Van Ness
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steven.sunshine@skadden.com
julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &**
**FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
michael.sheerin@skadden.com
evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

By: /s/ Beth Wilkinson
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
James Rosenthal (pro hac vice)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (pro hac vice)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corporation*