1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL AND FOR *IN CAMERA* TREATMENT OF CERTAIN EXHIBITS PURSUANT TO CIVIL L.R. 7-11 AND 79-5** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.: Courtroom 8—19th Floor<br>Judge: Honorable Jacqueline S. Corley |

[PROPOSED] ORDER RE ADMIN. MOTION TO SEAL          CASE NO. 3:23-CV-02880-JSC

Having considered Defendant Microsoft Corporation's Administrative Motion to Seal and for *In Camera* Treatment of Certain Exhibits Pursuant To Civil L.R. 7-11 And 79-5 and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| RX5060 | Redacted version forthcoming | |
| RX5060A | Redacted version forthcoming | |
| PX3218 (Singer) | Redacted version forthcoming | |
| PX3225 (Singer) | Redacted version forthcoming | |
| PX3233 (Singer) | Redacted version forthcoming | |
| PX3234 (Singer) | Redacted version forthcoming | |
| PX4029 (Hood) | Document withheld; *in camera* treatment | |
| PX4031 (Hood) | Redacted version forthcoming | |
| PX1116 (Stuart) | Document withheld; *in camera* treatment | |
| PX1190 (Stuart) | Document withheld; *in camera* treatment | |
| PX1214 (Stuart) | Document withheld; *in camera* treatment | |
| PX1966 (Stuart) | Document withheld; *in camera* treatment | |
| PX4181 (Stuart) | Document withheld; *in camera* treatment | |
| PX4334 (Stuart) | Document withheld; *in camera* treatment | |
| PX4472 (Stuart) | Document withheld; *in camera* treatment | |
| PX4476 (Stuart) | Document withheld; *in camera* treatment | |
| PX1151 (Stuart) | Redacted version forthcoming | |
| PX1785 (Stuart) | Redacted version forthcoming | |
| PX1851 (Stuart) | Redacted version forthcoming | |
| PX4325 (Stuart) | Redacted version forthcoming | |
| PX4361 (Stuart) | Redacted version forthcoming | |
| PX4365 (Stuart) | Redacted version forthcoming | |
| PX4367 (Stuart) | Redacted version forthcoming | |
| PX4376 (Stuart) | Redacted version forthcoming | |
| PX4380 (Stuart) | Redacted version forthcoming | |
| PX4905 (Stuart) | Redacted version forthcoming | |

IT IS SO ORDERED.

DATED:_____, 2023     _____
                                          Honorable Jacqueline S. Corley
                                          United States District Judge