# EXHIBIT A

Case 3:23-cv-02880-JSC   Document 262-1   Filed 06/29/23   Page 2 of 2

Plaintiff's Fourth Supplement to Exhibit List                 *Federal Trade Commission v. Microsoft Corporation et al.*, Case No. 3:23-cv-02880-JSC

| PX# | Bates - Begin | Bates - End | Date | Description | Docket Entry |
|---|---|---|---|---|---|
| PX1151 | | | | | held for L.R. 79-5(f) declaration |
| PX1190 | | | | | held for L.R. 79-5(f) declaration |
| PX1214 | | | | | held for L.R. 79-5(f) declaration |
| PX3218 | | | | | held for L.R. 79-5(f) declaration |
| PX3225 | | | | | held for L.R. 79-5(f) declaration |
| PX3233 | | | | | held for L.R. 79-5(f) declaration |
| PX3234 | | | | | held for L.R. 79-5(f) declaration |
| PX4031 | | | | | held for L.R. 79-5(f) declaration |
| PX4209 | | | | | held for L.R. 79-5(f) declaration |
| PX4380 | | | | | held for L.R. 79-5(f) declaration |
| PX4472 | | | | | held for L.R. 79-5(f) declaration |
| PX9009 | PX9009-001 | PX9009-020 | 10/27/2020 | Transcript: Q1 2021 Microsoft Corp Earnings Call - Final | |