UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1 | Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Fourth Supplement to its Exhibit List (Dkt. No. __). Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendants Microsoft Corporation ("Microsoft") and/or Activision Blizzard, Inc., ("Activision"), or non-party Nintendo of America Inc. ("Nintendo") pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Federal Trade Commission's Fourth Supplement to its Exhibit List shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Plaintiff's Federal Trade Commission's Fourth Supplement to its Exhibit List within 7 days of entry of this Order.

Dated: _____, 2023

_____
Honorable Judge Corley
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1