

# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** June 28, 2023  **Time:** 7:32

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cv-02880-JSC

**Case Name:** Federal Trade Commission v. Microsoft Corporation, et al.

**Attorneys for Plaintiff FTC:** James Weingarten/Jim Abell/Alex Ansaldo/Nicole Callan/Maria Cirincione/Peggy Bayer Femenella/Jenny Fleury

**Attorneys for Defendant Microsoft:** Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan

**Attorneys for Defendant Activision Blizzard**: Steven Sunshine/Evan Kreiner/Caroline Van Ness

**Deputy Clerk:** Ada Means                **Court Reporter:** Marla Knox

## PROCEEDINGS

Evidentiary hearing (Day 4) held. Examinations of Bobby Kotick, Elizabeth Bailey, Satya Nadella and Dennis Carlton. Video testimony of Jeff Fisher.  Please see trial log for complete details.