# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02880-JSC

Case Name: Federal Trade Commission v. Microsoft Corporation, et al.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR FTC: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | James Weingarten/Jim Abell/Alex Ansaldo/Nicole Callan/Maria Cirincione/Peggy Bayer Femenella/Jenny Fleury | Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan/Steven Sunshine/Evan Kreiner/Caroline Van Ness |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| June 28, 2023 (Day 4) | Marla Knox | Ada Means |

| PLTF. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:19 a.m. | | | Court and counsel confer re: witnesses Kotick, Bailey, and Nadella and the exhibits related to their examinations. **(SEALED)** |
| | | 8:35 a.m. | | | The pubic is now in the courtroom. Court reconvenes with all parties present. **BOBBY KOTICK** is called out of order and is sworn as a witness for Defendants. Mr. Kotick is under direct examination by Ms. Wilkinson. |
| | | 9:15 a.m. | | | Bobby Kotick under cross examination by Ms. Cirincione. |
| PX9165 | | 9:19 a.m. | X | X | |
| PX7035 | | 9:20 a.m. | X | X | Deposition transcript of Bobby Kotick. |
| PX9441 | | 9:24 a.m. | X | X | |
| PX2133 | | 9:42 a.m. | X | X | |
| PX7006 | | 9:46 a.m. | X | X | |
| PX2282 | | 9:51 a.m. | X | X | |
| | | 10:04 a.m. | | | The Court called for the morning recess. |
| | | 10:21 a.m. | | | Court reconvenes with all parties present. Bobby Kotick resumes the witness stand and is under further cross examination by Ms. Cirincione. |
| PX2421 | | 10:22 a.m. | X | X | |
| | | 10:27 a.m. | | | Bobby Kotick under redirect examination by Ms. Wilkinson. |
| | | 10:31 a.m. | | | Bobby Kotick under recross examination by Ms. Cirincione. Bobby Kotick is excused. |
| | | 10:32 a.m. | | | Elizabeth Bailey, who was previously sworn, resumes the witness stand and is under further direct examination by Mr. Kilaru. |
| | | 10:53 a.m. | | | Elizabeth Bailey under cross examination by Mr. Ansaldo. |

|  |  | 11:42 a.m. |  |  | Elizabeth Bailey is excused. |
|---|---|---|---|---|---|
|  | PX5055 | 11:43 a.m. | X | X | Bailey's report |
| PX2465 |  | 11:43 a.m. | X | X |  |
|  |  | 11:43 a.m. |  |  | Video testimony of **JEFF FISHER** is played. (Not Reported) |
| PX3103 |  | 12:04 p.m. | X | X |  |
|  |  | 12:04 p.m. |  |  | The Court called for the noon recess. |
|  |  | 1:30 p.m. |  |  | Court reconvenes with all parties present. **SATYA NADELLA** is sworn as a witness and is under examination by Mr. Abell. |
| PX9015 |  | 1:34 p.m. | X | X |  |
| PX9084 |  | 1:36 p.m. | X | X |  |
| PX1747 |  | 1:37 p.m. | X | X |  |
| PX1274 |  | 1:43 p.m. | X | X |  |
| PX9102 |  | 1:48 p.m. | X | X |  |
| PX9012 |  | 1:50 p.m. | X | X |  |
| PX1751 |  | 1:52 p.m. | X | X |  |
| PX4066 |  | 1:53 p.m. | X | X |  |
| PX1746 |  | 1:57 p.m. | X | X |  |
| PX1750 |  | 1:59 p.m. | X | X |  |
| PX1777 |  | 2:02 p.m. | X | X |  |
|  |  | 2:05 p.m. |  |  | Satya Nadella is under examination by Mr. Kilaru. |
|  |  | 2:12 p.m. |  |  | Satya Nadella is under examination by Mr. Abell. Satya Nadella is excused. |
|  |  | 2:13 p.m. |  |  | **DENNIS CARLTON** is sworn as a witness for Defendant and is under cross examination by Ms. Femenella. For Dennis Carlton's direct examination by MS, please refer to docket number 247. |
| PX3354 |  | 2:24 p.m. | X | X |  |
| PX4743 |  | 2:27 p.m. | X | X |  |
| PX4894 |  | 2:31 p.m. | X | X |  |
| PX4678 |  | 2:45 p.m. | X | X |  |
| RX2170 |  | 2:54 p.m. | X | X |  |
| PX7065 |  | 2:55 p.m. | X | X |  |
| PX9453 |  | 3:02 p.m. | X | X |  |
| RX1211 |  | 3:06 p.m. | X | X |  |
|  |  | 3:17 p.m. |  |  | Dennis Carlton under redirect examination by Mr. Kilaru. |
|  |  | 3:20 p.m. |  |  | Dennis Carlton is excused. Court and counsel confer re: schedule. |
|  |  | 3:22 p.m. |  |  | The Court called for a brief recess. |

|  |  | 3:34 p.m. |  |  | Court reconvenes with all parties present. Counsel and counsel confer re: witness Steve Singer and exhibits related to Singer's testimony. Ben Argle appeared on behalf of Nintendo. **(SEALED)** |
|---|---|---|---|---|---|
|  | PX5056 | 3:51 p.m. | X | X |  |
|  |  | 3:51 p.m. |  |  | Court is adjourned for the day. The matter is continued to **June 29, 2023.** |