VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorneys for Non-Party Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 181 (BENCH BRIEF REGARDING DEFENDANTS' PROFFERED TESTIMONY REGARDING MICROSOFT'S AGREEMENTS)** |

Pursuant to Fed. R. Civ. P. 26(c), Non-Party Nintendo of America Inc. ("NOA") hereby moves for a protective order regarding its confidential information contained in Plaintiff's Federal Trade Commission ("FTC") Bench Brief Regarding Defendants' Proffered Testimony Regarding Microsoft's Agreements ("Bench Brief") (Dkt. No. 181).

## I. INTRODUCTION

On June 22, 2023, Plaintiff filed its Bench Brief. (Dkt. No. 181). Plaintiff also filed the required Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. (Dkt. No. 180). However, at this time, Plaintiff has not provided NOA with the unredacted version of its Bench Brief. On June 27, 2023, counsel for NOA inquired with Plaintiff regarding this matter. Therefore, NOA is unable to ascertain which of Nintendo's confidential information Plaintiff used that was produced during the course of discovery in *In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, before the FTC Office of Administrative Law Judges, Docket No. 9412. Therefore, NOA is unable to file its Statement designating its confidential information because it does not know what information of NOA's Plaintiff has incorporated into its Bench Brief.

## II. ARGUMENT

Under Fed. R. Civ. P. 26(c), the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense. A good cause analysis under Rule 26(c) entails a balancing of the needs for discovery against the need for confidentiality. *CBS Interactive, Inc. v. Etilize, Inc.*, 257 F.R.D. 195, 205 (N.D. Cal. 2009). Courts have broad latitude under the law to tailor protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information. *Id.* at 201.

Good cause exists here. Due to Plaintiff's failure to provide the required notice, NOA objects to the disclosure of any of NOA's confidential information contained in Plaintiff's Bench Brief. To date, NOA has dutifully filed its Civil L.R. 79-5 Statements when given the requisite

2

NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 181
(BENCH BRIEF REGARDING DEFENDANTS' PROFFERED TESTIMONY REGARDING MICROSOFT'S AGREEMENTS)

Case No. 23-cv-02880-JSC

notice.  *See* Dkt. Nos. 168, 219, 220, 221, 238, 239.  Alternatively, NOA requests that such information be provisionally sealed until NOA may confer with Plaintiff to obtain the necessary information in order to file its Civil L.R. 79-5 Statement.

### III.     CONCLUSION

For the foregoing reasons, Non-Party NOA respectfully request the Court to keep sealed the entirety of NOA's confidential information contained in Plaintiff's Bench Brief Regarding Defendants' Proffered Testimony Regarding Microsoft's Agreements (Dkt. No. 181) and for that information to remain redacted on the Court's public docket.  Alternatively, NOA requests that such information be provisionally sealed until NOA may confer with Plaintiff to obtain the necessary information in order to file its Civil L.R. 79-5 Statement.

Dated:  June 29, 2023                                   VENABLE LLP

By:   /s/ *Steven E. Swaney*
Steven E. Swaney
Leonard L. Gordon (pro hac vice)
Benjamin P. Argyle (pro hac vice)
Attorneys for Non-Party Nintendo of America Inc.