VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:     415.653.3750
Facsimile:     415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:     212.307.5500
Facsimile:     212.307.5598

Attorney for Non-Party Nintendo of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 181 (BENCH BRIEF REGARDING DEFENDANTS' PROFFERED TESTIMONY REGARDING MICROSOFT'S AGREEMENTS)** |

1

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 181 (BENCH BRIEF REGARDING DEFENDANTS' PROFFERED TESTIMONY REGARDING MICROSOFT'S AGREEMENTS)
Case No. 23-cv-02880-JSC

**[PROPOSED] ORDER**

Having considered Nintendo of America Inc.'s ("NOA") Motion for A Protective Order Re Dkt. No. 181 (Bench Brief Regarding Defendants' Proffered Testimony Regarding Microsoft's Agreements), the Court GRANTS the Motion and directs that any of NOA's information contained in Plaintiff's Bench Brief Regarding Defendants' Proffered Testimony Regarding Microsoft's Agreements remain redacted and kept under seal.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. JACQUELINE SCOTT CORLEY
                                              United States District Judge

2

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 181 (BENCH BRIEF REGARDING DEFENDANTS' PROFFERED TESTIMONY REGARDING MICROSOFT'S AGREEMENTS)
Case No. 23-cv-02880-JSC