VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorneys for Non-Party Nintendo of America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 177 (DEFENDANTS PROPOSED PRETRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW)** |

Pursuant to Fed. R. Civ. P. 26(c), Non-Party Nintendo of America Inc. ("NOA") hereby moves for a protective order regarding its confidential information contained in Microsoft Corp. and Activision Blizzard, Inc. (collectively, "Defendants") Proposed Pretrial Findings of Fact and Conclusions of Law (Dkt. No. 177).

## I.   INTRODUCTION

On June 22, 2023, Defendants filed their Proposed Pretrial Findings of Fact and Conclusions of Law.  (Dkt. No. 177).  Defendants also filed their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil L.R. 79-5(f).  (Dkt. No. 179).  On June 23, 2023, Defendants informed NOA that certain portions of their filing included Nintendo's confidential information produced during the course of discovery in *In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, before the FTC Office of Administrative Law Judges, Docket No. 9412.  However, Defendants' notice did not inform NOA which documents or testimony were being referenced in Defendants' filing and NOA is therefore unable to ascertain which portions NOA needs to designate to request to remain under seal.  On June 27, 2023, NOA inquired with Defendants on this matter, but at the time of this filing has not received a response.

## II.   ARGUMENT

Under Fed. R. Civ. P. 26(c), the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense.  A good cause analysis under Rule 26(c) entails a balancing of the needs for discovery against the need for confidentiality.  *CBS Interactive, Inc. v. Etilize, Inc.*, 257 F.R.D. 195, 205 (N.D. Cal. 2009).  Courts have broad latitude under the law to tailor protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information.  *Id.* at 201.

Good cause exists here.  Since NOA cannot determine the extent of Defendants' use of NOA's confidential information, NOA objects to the disclosure of any such information contained in Defendants' Proposed Pretrial Findings of Fact and Conclusions of Law.

2

NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 177
(DEFENDANTS PROPOSED PRETRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW)
Case No. 23-cv-02880-JSC

Alternatively, NOA requests that such information be provisionally sealed until NOA may confer with Defendants to obtain the necessary information in order to file its Civil L.R. 79-5 Statement.

### III. CONCLUSION

For the foregoing reasons, Non-Party NOA respectfully request the Court to keep sealed the entirety of NOA's confidential information contained in Defendants' Proposed Pretrial Findings of Fact and Conclusions of Law (Dkt. No. 177) and for that information to remain redacted on the Court's public docket.  Alternatively, NOA requests that such information be provisionally sealed until NOA may confer with Defendants to obtain the necessary information in order to file its Civil L.R. 79-5 Statement.

Dated:  June 29, 2023

VENABLE LLP

By:    /s/ *Steven E. Swaney*
      Steven E. Swaney
      Leonard L. Gordon (pro hac vice)
      Benjamin P. Argyle (pro hac vice)
Attorneys for Non-Party Nintendo of America Inc.

3

NON-PARTY NINTENDO OF AMERICA INC. MOTION FOR A PROTECTIVE ORDER RE DKT. NO. 177
(DEFENDANTS PROPOSED PRETRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW)
Case No. 23-cv-02880-JSC