# Exhibit A
(Exhibit 10 to Defendants' Opposition)
(RX4021 / PX7053)

Excerpt of Deposition Transcript Pages Cited in Defendants' Opposition
All Other Content Not Otherwise Made Public at the Hearing Should Remain Under Seal

```
 1              UNITED STATES OF AMERICA
                FEDERAL TRADE COMMISSION
 2                  Docket No. 9412

 3   ------------------------------x
     In the Matter of:              :
 4                                  :
     MICROSOFT CORPORATION,         :
 5                                  :
            a corporation,          :   Highly Confidential
 6                                  :
            - and -                 :
 7                                  :
     ACTIVISION BLIZZARD, INC.,     :
 8                                  :
            a corporation.          :
 9   ------------------------------x

10   Videotaped Deposition of:

11              JAMES RYAN, in his individual

12   capacity and as Corporate Representative for

13   Sony Interactive Entertainment.

14        Taken on Thursday, April 6, 2023, at 8:30 a.m.

15   at the offices of Cleary Gottlieb, 2112 Pennsylvania

16   Avenue, NW, 10th Floor, Washington, D.C., before

17   Teague Gibson, a Notary Public.

18

19

20                  *    *    *    *    *

21

22

23

24

25
```

1   Extra had ▮▮▮▮▮ subscribers and PlayStation Plus
2   Premium had ▮▮▮▮▮ subscribers. Do you see
3   that sentence?
4       A   I do.
5       Q   Do you know, roughly, how many subscribers
6   PS Plus Extra has today?
7       A   I do know roughly the combination of the
8   two.
9       Q   By combination of the two, you mean PS
10  Plus Extra and PS Plus Premium combined?
11      A   I do.
12      Q   What is the combination of the two,
13  roughly?
14      A   I believe somewhere between ▮▮▮▮▮
15  ▮▮▮▮▮.
16      Q   Do you know how that number compares to
17  the number of Game Pass subscribers?
18      A   I believe the last publicly announced
19  subscriber figure for Game Pass of 25 million
20  subscribers, that figure was published, if that's
21  the right word, in January 2022. To my knowledge,
22  there has been no updates since then, but Microsoft
23  executives have made statements to the effect that
24  the number of subscribers to Game Pass was
25  increasing during the course of 2022.

1    on optimizing some of the features of PlayStation
2    hardware, haptic feedback, some of the unique
3    features of our solid state storage, for example.
4         Q    Can you explain what the benefits of
5    optimization are?
6         A    The benefits, I think, are two fold.
7    First of all, they make for a more enjoyable gamer
8    experience, haptic feedback on our PlayStation 5
9    dual-sense controller is widely considered to be a
10   considerable and very enjoyable consumer benefit.
11   And, secondly, they showcase our hardware.  So the
12   game is better and the hardware is showcased.
13        Q    Can you explain why making a game,
14   first-party game, exclusive enables Sony to do this
15   optimization?
16        A    Because our developers are able to focus
17   uniquely on developing for the PlayStation skew.
18   They do not have to worry about the Xbox skew or the
19   APC version of the game.
20        Q    Does Sony sometimes reach agreements with
21   third-party game studios to make games exclusive on
22   PlayStation?
23        A    Yes.
24        Q    And why does Sony do that?
25        A    Because we in the third-party believe it

```
 1   would be of mutual benefit to ourselves.
 2        Q    Can you explain why it would be a benefit
 3   to Sony?
 4        A    The -- I think a third-party game
 5   exclusively available in our platform, by the way,
 6   there are only -- the exclusivity is only, to my
 7   knowledge, for a period of time, it's not for the
 8   life of the game, but that exclusivity we have
 9   reinforces the point about a point of difference.
10        Q    Is it beneficial to PlayStation to have
11   points of difference?
12        A    Yes.
13        Q    Why is that?
14        A    Because, particularly in the early stages
15   of a console generation, consumers are faced with a
16   decision about which console to buy.  And consumers
17   typically don't know or care whether a game is
18   first-party or third-party, they just see the game
19   and are either interest in it or not.
20        Q    Why would it be beneficial for a
21   third-party studio to have one of its games be
22   exclusive for a period on PlayStation?
23        A    The development effort required to make
24   that game reduces, ███████████████████████████████
25   ███████████████████████████████████████████████████
```

James Ryan Highly Confidential
April 06, 2023
26

1 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
2 ▌▌▌▌▌▌▌▌
3 ▌▌▌▌▌▌▌▌▌▌▌▌▌
4 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
5 ▌▌▌▌▌
6 ▌▌▌▌▌▌▌▌▌▌▌▌▌
7 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
8 ▌
9     Q   Do you know, roughly, what percentage of
10 total game play on PlayStation is of exclusive
11 games?
12     A   I think in our fiscal year 2021 it was
13 about ▌▌▌▌ of our PlayStation first-party
14 games.  So there were other small-timed exclusives
15 that would not be included in that number.  I don't
16 know what those numbers would be but they would not
17 be significant.
18     Q   When you say they would not be
19 significant, can you just give me a ballpark?
20 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌
21     Q   And does Xbox offer exclusive games?
22     A   Yes, they do.
23     Q   Does Nintendo?
24     A   Yes, they do.
25     Q   If you could turn to the page ending in

1       A    We did.

2       Q    And do you know if Red Fall will be

3   available on PlayStation?

4       A    We believe it will not.

5       Q    What's the basis of that belief?

6       A    We have no knowledge of a PlayStation skew

7   under development.

8       Q    In the time since Microsoft has acquired

9   ZeniMax, two ZeniMax games have launched as timed

10  exclusives on PlayStation, correct?

11      A    Those games may or may not have launched

12  before the transaction closed.  I don't know.  They

13  certainly launched post the announcement of the

14  acquisition.

15      Q    Were those games Ghost Fire and Death

16  Loop?

17      A    They were.

18      Q    At the time of the Microsoft acquisition

19  of ZeniMax, did SIE already have contracts in place

20  with ZeniMax for Ghost Fire and Death Loop?

21      A    We did.

22           MS. LEVERT:  Off the record for just a

23      second.

24           VIDEOGRAPHER:  Going off the record at

25      9:20 a.m.

James Ryan - Highly Confidential
April 06, 2023
108

```
 1   what you believe is true and what SIE believes is
 2   true is important?
 3           MR. GELFAND:  Object to the form.
 4      A    Largely, yes.
 5      Q    Why do you qualify it with "largely"?
 6      A    What I believe to be true may not coincide
 7   with what the rest of the company believes is true.
 8      Q    We can ask you about that in the corporate
 9   deposition.  ████████████████████████████
10   █████████████████████████
11       ███████████
12       ████████████████████████████
13   ██████████████████████
14   ███████████████████
15       ██████████
16       ████████████████████████
17   ████████████
18       ██████████
19       ████████████████████████
20       ██████████
21       █████████████████████████████
22   ███████████████████████████████
23           MR. GELFAND:  Object to the form.
24       ██████████
25      Q    You've also said ████████████████
```

James Ryan Highly Confidential
April 06, 2023                                                                                              112

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2  ▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5  ▓▓▓▓▓▓▓▓▓▓
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓
17     Q    Do you agree that the PC platform and
18 mobile platforms are not competitor platforms to
19 PlayStation platform or SIE platforms?
20          MR. GELFAND:  Object to the form.
21     A    I would say the PC platform is a very
22 direct competitor to the PlayStation platform.
23     Q    If Nintendo is not a direct competitor
24 with Xbox and PlayStation, what is Sony
25 PlayStation's share of the global market of

1      ▬▬▬▬▬
2      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3   ▬▬▬
4      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7   ▬▬▬▬▬▬▬▬
8      Q    Why is it not necessary?
9      A    Because publishers have every incentive to
10  provide an equal gaming experience or as good a
11  gaming experience as possible on all platforms.
12     Q    Let's turn to your declaration, which is
13  PX 8001.  Go to paragraph 9.  I meant page 4.  The
14  question I have regards the last sentence.  You said
15  on December 5th when you signed this affidavit that
16  you had a total of ▬▬▬▬ subscribers as of
17  July 2022; is that right?
18     A    That's correct.
19     Q    I believe you told complaint counsel today
20  that that number is now closer to ▬ to ▬▬▬▬?
21     A    Correct.
22     Q    Closer to ▬ or closer to ▬▬▬▬?
23     A    Closer to ▬.
24     Q    What has caused that rise or increase in
25  number of subscribers?

1   trying to gain critical mass and support from the
2   AAA publishers for Game Pass.  That's what you were
3   asked, right?
4        A    That's what I was asked.
5        Q    You say, I can say with very high degree
6   the certainty that Microsoft has tried that path and
7   it did not work at all.  Do you agree with that
8   today?
9        A    Yes.
10       Q    You say, that has driven them to make the
11  large acquisition.  I talked to all publishers and
12  they unanimously do not like Game Pass because it's
13  value destructive.  Was that true at the time?
14       A    I believe it to have been true.
15       Q    You said you talked to all the publishers,
16  did you?
17       A    I talk to publishers all the time and this
18  is a very commonly held view over many years on
19  publishers.
20       Q    You have no reason to believe that
21  Mr. Kotick and Activision would put Call of Duty on
22  a subscription service like Game Pass for any length
23  of time or day and date if this transaction is not
24  completed, right?
25       A    Correct.