# Exhibit B
## (Exhibit 13 to Defendants' Opposition)
## (RX4050 / PX7058)

Excerpt of Deposition Transcript Pages Cited in Defendants' Opposition
All Other Pages Should Remain Under Seal

```
               UNITED STATES OF AMERICA

               FEDERAL TRADE COMMISSION

                  Docket No. 9412

     ---------------------------------------X

     In the Matter of:


     MICROSOFT CORPORATION,

             a corporation,


             - and -


     ACTIVISION BLIZZARD, INC.,

             a corporation.
     ---------------------------------------X


              *** HIGHLY CONFIDENTIAL ***


                     DEPOSITION

                         OF

                 CHRISTIAN SVENSSON

             WEDNESDAY, APRIL 12, 2023

                   HELD REMOTELY




     Reported by:
     CANDIDA BORRIELLO
     JOB NO. 6351669-001
```

1      C. Svensson - Highly Confidential
2            MS. BRANNON:  Objection to form.
3            MS. FLEURY:  Objection.
4      A.   I would -- I would say that they
5  have been successful in getting larger AAA
6  games into their service just not necessarily
7  day one.
8      Q.   Thank you for clarifying.
9            And PlayStation, let's start with
10 first-party titles, does PlayStation put its
11 first-party titles into its subscription
12 service day one?
13     A.   As a general rule, no, but there
14 have been titles that have gone in day one,
15 particularly those that are multiplayer
16 focused.
17     Q.   As a general rule, you don't put in
18 first-party titles on day one?
19     A.   As a general rule, PlayStation
20 Studios does not make that -- just generally
21 does not do that.
22     Q.   And how about third-party games, do
23 you put third-party games generally into
24 PlayStation subscription service on day one?
25     A.   Same answer really as the

1       C. Svensson - Highly Confidential

2   first-party approach.  Generally not, but

3   there are -- there's an occasional indie

4   title like Stray or Tchia that goes in day

5   one or titles that benefit from player scale

6   like Fall Guys or Rocket League or just this

7   month Meet Your Maker that do benefit from a

8   services inclusion day one to get to a

9   critical mass of players for a multiplayer

10  focus title.

11      Q.  But other than multiplayer focus

12  titles, as a general matter, you don't put

13  third-party games into PlayStation Plus on

14  the first day?

15      A.  As a --

16          MS. BRANNON:  Objection to form.

17      A.  As a general matter, that is not

18  our preferred route.

19      Q.  And is the reason that Sony doesn't

20  do that is because offering games via

21  subscription from day one cannibalizes game

22  creators' revenue that would otherwise accrue

23  from individual game sales?

24          MS. BRANNON:  Objection to form.

25          MS. FLEURY:  Join.