# Exhibit C
## (Exhibit 18 to Defendants' Opposition)
## (RX2026 / SIE-MSFT-10359941)

| | |
|---|---|
| From: | Yoshida, Kenichiro (Sony) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=676FE808B3884995A38A381B9D16CCDA-0000070541> |
| To: | Vinciquerra, Tony; Stringer, Rob (Sony Music); Ryan, Jim |
| Sent: | 6/16/2020 10:03:39 PM |
| Subject: | ▮ |
| Attachments: | ▮ |

Dear all,

Attached, for your reference, is a memo when I ▮
It was understandable because ▮ to speak slowly in advance.

To Jim,

Thank you again for ▮
If you have any comments on the memo, please advise.

Best,

Ken

---

From: Vinciquerra, Tony <▮>
Sent: Monday, June 15, 2020 11:50 PM
To: Ryan, Jim <▮>; Stringer, Rob (Sony Music) ▮
Cc: Yoshida, Kenichiro (Sony) ▮
Subject: ▮

For sure. Thanks Jim.

---

From: Ryan, Jim <▮>
Sent: Monday, June 15, 2020 2:25:13 AM
To: Stringer, Rob (Sony Music) ▮; Vinciquerra, Tony ▮
Cc: Yoshida, Kenichiro (Sony) <▮>
Subject: ▮

Rob, Tony,

As you know, SIE ▮

I recently set up ▮

CONFIDENTIAL – FTC Docket No. 9412                                                       SIE-MSFT-10359941

Jim

CONFIDENTIAL – FTC Docket No. 9412

SIE-MSFT-10359942

# SEAL IN FULL ATTACHMENT