# Exhibit D
## (Exhibit 22 to Defendants' Opposition)
## (RX2098 / SIE-MSFT-10478623)

| | |
|---|---|
| **From:** | Svensson, Christian </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=371BF7C5636B4828AD2953D9CC7B5E6D-SVENSSON, C> |
| **Sent:** | 10/12/2022 3:40:55 PM |
| **Subject:** | Fw: Quick Question... |
| **Attachments:** | PS & XBox Exclusives_FY13-22.xlsx |

**From:** Svensson, Christian
**Sent:** Wednesday, October 12, 2022 2:08 PM
**To:** Clark, Jennifer
**Subject:** Fw: Quick Question...

I asked GSBO to pull some data quickly...



**From:** Stiller, Christopher
**Sent:** Wednesday, October 12, 2022 1:51 PM
**To:** Svensson, Christian
**Cc:** Yee, Anthony
**Subject:** RE: Quick Question...

Hi Christian,

I've attached all known PS and Xbox titles since the launch of PS4 and Xbox One. Overall,

Let me know if this didn't answer your question.

Best,

Chris Stiller
Business Insights Manager
Channel Sales – North America
Global Sales & Business Operations
Sony Interactive Entertainment

Office:
Mobile:

**From:** Svensson, Christian
**Sent:** Wednesday, October 12, 2022 12:39 PM

To: Yee, Anthony [REDACTED] Stiller, Christopher [REDACTED]
Subject: Re: Quick Question...

Guys,

MS has asserted that on PlayStation platforms (not sure how back they're classifying) that there are 240 exclusive games between 1P and 3P content that do not exist on Xbox.

Can you pull from [REDACTED] a list of all titles that exist on PS but that do not exist on Xbox.

Similarly, can you pull from [REDACTED] the inverse? That is to say, all Xbox games that do not exist on PlayStation?

I get that it'll likely [REDACTED] that's only US based (and thus [REDACTED] but that would at least give us a swag at ascertaining what these titles are.

Very sorry for the short notice and timelines here but any data you could easily get to would be helpful. Thanks
-Christian

---

From: Liu, Jerry [REDACTED]
Sent: Thursday, June 2, 2022 11:50 AM
To: Svensson, Christian [REDACTED]
Cc: Stiller, Christopher [REDACTED] Yee, Anthony [REDACTED]
Subject: RE: Quick Question...

Hi Christian,

Here you go. I think this is what you're looking for. Please note that I only have back data for USA. If you need Canada then [REDACTED]

Just an FYI, I'm no longer working on [REDACTED] as I have moved on to run Biz Ops for our new PC group. Chris Stiller and Anthony Yee are handling [REDACTED] these days. I've cc'd them, so they should be able to give you what you need going forward.

Hope all is well...

Best regards,

**Jerry Liu**
PC Planner & Insights Manager - Channel Digital Sales



Planning Analysis
Sony Interactive Entertainment America

2207 Bridgepointe Pkwy, San Mateo, CA 94404
[REDACTED]

From: Svensson, Christian [REDACTED]

CONFIDENTIAL – FTC Docket No. 9412

**Sent:** Wednesday, June 1, 2022 5:17 PM
**To:** Liu, Jerry - ▬▬▬▬
**Subject:** Quick Question...

Jerry,

Hope things are going well. I've got a quick inquiry for you.

Going into the way-back machine, could you pull projected units and dollars publisher and date of release/month of release for all PS2 titles and all PS3 titles ▬▬▬▬

-C

CONFIDENTIAL – FTC Docket No. 9412

SIE-MSFT-10478625

# SEAL IN FULL ATTACHMENT