# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT'S AND PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 110, 132, AND 179)**<br><br>The Honorable Jacqueline Scott Corley |

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT'S AND PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
3:23-CV-02880-JSC

# [Proposed] Order

Having considered Defendant Microsoft's and Plaintiff Federal Trade Commission's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF 110, 132, and 179), and Sony Interactive Entertainment LLC's ("SIE's") accompanying statement in support, the Court hereby orders that the following materials are restricted from public disclosure in the manner requested by SIE:

| | |
|---|---|
| Defendants' Opposition (ECF 111) | 3:16-19, 6:20-21, 17:21-22, 18:1 |
| | 6:25, 7:1-3, 11:7-10 |
| | 6:5-6, 25, fn. 3, fn. 4, 7:1-3 |
| | Exhibits: 10, 13, 14, 17, 18 19, 20, 21, 22, 46, 57 |
| Defendants' Findings of Fact (ECF 177) | 6:16, 13:3, 32:11, 13, 15, 22, 24, 44:27-28, fn. 3, 47:9, 53:25, 54:1-3, 15-17 |
| | 14:3-5, 29:10-11, 20-25 |
| FTC's Reply (ECF 131) | 7:25-26 |
| | 7:21-23; 14:4-5 |
| | 10:28-11:3 |
| | 4:13-14; 5:19-20; 6:22; 12:1-3 |

**IT IS SO ORDERED.**

DATED:_____    _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S
FOURTH ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT
3:23-CV-02880-JSC