

## UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 29, 2023                                                **Time:** 5:51

**Judge:** Jacqueline Scott Corley

**Case Number:** 23-cv-02880-JSC

**Case Name:** Federal Trade Commission v. Microsoft Corporation, et al.

**Attorneys for Plaintiff FTC:** James Weingarten/Jim Abell/Cem Akleman/Nicole Callan/Maria Cirincione/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Merrick Pastore

**Attorneys for Defendant Microsoft:** Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan

**Attorneys for Defendant Activision Blizzard**: Steven Sunshine/Julia York/Evan Kreiner/Caroline Van Ness

**Deputy Clerk:** Ada Means                                  **Court Reporter:** Marla Knox

### PROCEEDINGS

Evidentiary hearing (Day 5) held and completed. Examinations of Timothy Stuart. Examination of Steven Singer by video submitted in camera. Direct examination of Amy Hood by Microsoft submitted. Closing statements from both sides. Please see trial log for complete details.