## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02880-JSC

Case Name: Federal Trade Commission v. Microsoft Corporation, et al.

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | COUNSEL FOR FTC: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| Jacqueline Scott Corley | James Weingarten/Jim Abell/Cem Akleman/Nicole Callan/Maria Cirincione/Peggy Bayer Femenella/Jenny Fleury/Meredith Levert/Merrick Pastore | Beth Wilkinson/Kieran Gostin/Grace Hill/Rakesh Kilaru/Anastasia Pastan/Steven Sunshine/Julia York/Evan Kreiner/Caroline Van Ness |
| **TRIAL DATE:** | **COURT REPORTER:** | **CLERK:** |
| June 29, 2023 (Day 5) | Marla Knox | Ada Means |

| PLTF. NO. | DEFT. NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:19 a.m. | | | Court and counsel confer re: witnesses Singer, Stuart, and Hood and the exhibits related to their testimonies. Ben Argle appeared on behalf of Singer. **(SEALED)** |
| | | 8:26 a.m. | | | Court stands in recess. |
| | | 8:30 a.m. | | | Court in now in session in open court with all parties present. Amy Hood's direct examination by MS is submitted (**please see docket number 253).** Amy Hood was not cross examined by FTC. |
| | | 8:30 a.m. | | | The following exhibits are marked and admitted into evidence by defendants: **PX0083, PX1102, PX4028, PX4029, PX4044, PX9009, RX1077, RX1078, RX1079, RX1080, and RX1105.** *PX4033 was withdrawn* |
| | | 8:32 a.m. | | | The video deposition of **STEVEN SINGER** to be reviewed by the Court in camera. |
| | | 8:32 a.m. | | | The following exhibits are marked and admitted into evidence: **PX3218, PX3225, PX3223, PX3224 PX9072 and PX7065 for FTC. RX5060, 5060A, and RX1212 for defendants.** |
| | | 8:32 a.m. | | | **TIMOTHY STUART** is sworn as a witness and is under examination by Mr. Weingarten. |
| PX0070 | | 8:33 a.m. | X | X | |
| PX1240 | | 8:39 a.m. | X | X | |
| PX1151 | | 8:46 a.m. | X | X | |
| PX4380 | | 8:52 a.m. | X | X | |
| PX7040 | | 9:00 a.m. | X | X | |
| PX9192 | | 9:07 a.m. | X | X | |
| PX4377 | | 9:13 a.m. | X | X | |

| | | | | | |
|---|---|---|---|---|---|
| PX4376 | | 9:17 a.m. | X | X | |
| PX1966 | | 9:20 a.m. | X | X | |
| PX1116 | | 9:34 a.m. | X | X | |
| PX4308 | | 9:43 a.m. | X | X | |
| PX4334 | | 9:45 a.m. | X | X | |
| PX4375 | | 9:49 a.m. | X | X | |
| PX4341 | | 9:54 a.m. | X | X | |
| | | 10:13 a.m. | | | The Court called for the morning recess. |
| | | 10:20 a.m. | | | Court reconvenes with all parties present. Timothy Stuart resumes the witness stand and is under further examination by Mr. Weingarten. |
| PX1190 | | 10:29 a.m. | X | X | |
| PX4319 | | 10:32 a.m. | X | X | |
| PX4358 | | 10:35 a.m. | X | X | |
| PX4359 | | 10:41 a.m. | X | X | |
| PX4367 | | 10:45 a.m. | X | X | |
| PX4472 | | 10:49 a.m. | X | X | |
| | | 10:52 a.m. | | | Timothy Stuart is under examination by Mr. Gostin. |
| | RX1066 | 10:54 a.m. | X | X | |
| | PX9192 | 11:02 a.m. | X | X | |
| | RX1137 | 11:07 a.m. | X | X | |
| | | 11:15 a.m. | | | Timothy Stuart is under examination by the Court. |
| | | 11:17 a.m. | | | Timothy Stuart is excused. Court and counsel confer re: schedule. |
| | | 11:19 a.m. | | | The Court called for the afternoon recess. |
| | | 2:28 p.m. | | | Court reconvenes with all parties present. |
| | | 2:28 p.m. | | | The following exhibits are marked and admitted into evidence by defendants: **RX1186, RX1187, RX1128, RX1133, RX1120, RX1119, RX1140, RX1154, RX1156, and RX3166.** |
| | | 2:29 p.m. | | | Closing statements presented by both sides. |
| | | 3:56 p.m. | | | The Court called for a brief recess. |
| | | 4:09 p.m. | | | Court reconvenes with all parties present. Closing statements resumes. |
| | | 5:10 p.m. | | | The following exhibits (clip reports) are marked and admitted into evidence: **PX3378, PX3379, PX3380. PX3381, PX3382, and PX7062.** |
| | | 5:19 p.m. | | | Court is adjourned. |