**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br><br>           v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                              Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING ACTIVISION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS ANSWER AND DEFENSES (Civil L.R. 79-5)**<br><br>Judge: Hon. Jacqueline Scott Corley |

1  This matter came before the Court on Activision Blizzard, Inc.'s ("Activision")
2  Administrative Motion to File Under Seal its Answer and Defenses ("Administrative Motion").
3  Activision, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document
4  or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Activision's Answer and Defenses | Page 5, Portions of Lines 19-21 | Activision |
| Activision's Answer and Defenses | Page 6, Portion of Line 7 | Activision |
| Activision's Answer and Defenses | Page 19, Portion of Line 8 | Activision |

12  Having considered Activision's Administrative Motion, and with good cause appearing
13  therefore:
14  IT IS HEREBY ORDERED that the Administrative Motion is:
15  [ ]  GRANTED IN ITS ENTIRETY.  The unredacted version of Activision' Answer and
16  Defenses shall remain under seal.
17  [ ]  DENIED IN ITS ENTIRETY.  Activision shall file a complete unredacted version of the
18  Answer and Defenses within 7 days of entry of this Order.
19  [ ]  GRANTED/DENIED IN PART.  Activision shall file a revised redacted version of the
20  Answer and Defenses, redacting only the information contained in the following specified
21  paragraphs within 7 days of entry of this Order.

IT IS SO ORDERED.

DATED: _____, 2023

Honorable Jacqueline Scott Corley
United States District Judge