**Pages 1 - 13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 23-02880 JSC** |
| ) | |
| MICROSOFT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

San Francisco, California

**MASTER INDEX**

**APPEARANCES**:

For Plaintiff:
    FEDERAL TRADE COMMISSION
    600 Pennsylvania Avenue, NW
    Washington, D.C.  20580
  **BY: JAMES H. WEINGARTEN, ATTORNEY AT LAW**
      **JAMES ABELL, ATTORNEY AT LAW**
      **JENNIFER FLEURY, ATTORNEY AT LAW**
      **PEGGY FEMENELLA, ATTORNEY AT LAW**
      **CEM AKLEMAN, ATTORNEY AT LAW**
      **ALEX ANSALDO, ATTORNEY AT LAW**
      **NICOLE CALLAN, ATTORNEY AT LAW**
      **MARIA CIRINCIONE, ATTORNEY AT LAW**
      **MICHAEL FRANCHAK, ATTORNEY AT LAW**
      **MEREDITH LEVERT, ATTORNEY AT LAW**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
             United States District Court - Official Reporter

```
 1   APPEARANCES:   (continued)

 2   For Defendant Microsoft:

 3                       WILKINSON STEKLOFF LLP
                         2001 M Street, NW - 10th Floor
 4                       Washington, D.C.  20036
                    BY:  BETH WILKINSON, ATTORNEY AT LAW
 5                       RAKESH N. KILARU, ATTORNEY AT LAW
                         KIERAN GOSTIN, ATTORNEY AT LAW
 6                       GRACE HILL, ATTORNEY AT LAW
                         SARAH NEUMAN, ATTORNEY AT LAW
 7                       ANASTASIA PASTAN, ATTORNEY AT LAW

 8   For Defendant Activision Blizzard, Inc.:

 9                       SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                         1440 New York Avenue, N.W.
10                       Washington, D.C.  20005
                    BY:  STEVEN C. SUNSHINE, ATTORNEY AT LAW
11                       JULIA K. YORK, ATTORNEY AT LAW

12                       SKADDEN ARPS SLATE MEAGHER & FLOM LLP
                         525 University Avenue
13                       Palo Alto, California  94301
                    BY:  CAROLINE VAN NESS, ATTORNEY AT LAW
14
                         SKADDEN ARPS SLATE MEAGHER & FLOM LLP
15                       1 Manhattan West
                         New York, New York  10001
16                  BY:  EVAN R. KREINER, ATTORNEY AT LAW

17

18

19

20

21

22

23

24

25
```

# MASTER INDEX

|  | PAGE | VOL. |
|---|---|---|
| Opening Statement by Mr. Weinberger | 26 | 1 |
| Opening Statement by Ms. Wilkinson | 43 | 1 |
| Closing Arguments | 1061 | 5 |

**PLAINTIFF'S WITNESSES**     PAGE   VOL.

**LAWVER, JAMIE (UNDER SEAL)**
| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 239 | 2 |
| Direct Examination by Mr. Gurwitz | 240 | 2 |
| Cross-Examination by Mr. Gostan | 263 | 2 |
| Redirect Examination by Mr. Gurwitz | 273 | 2 |
| Recross-Examination by Mr. Gostan | 275 | 2 |

**SPENCER, PHIL**
| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 278 | 2 |
| Direct Examination by Mr. Weingarten | 278 | 2 |
| Cross-Examination by Ms. Wilkinson | 371 | 2 |
| Redirect Examination by Mr. Weingarten | 456 | 2 |

**ZIMRING, DOV**
| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 477 | 2 |
| Direct Examination by Mr. Akleman | 477 | 2 |
| Cross-Examination by Ms. Pastan | 493 | 2 |
| Redirect Examination by Mr. Akleman | 499 | 2 |

**BOOTY, MATT**
| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 59 | 1 |
| Direct Examination by Ms. Callan | 60 | 1 |
| Cross-Examination by Mr. Kilaru | 80 | 1 |
| Redirect Examination by Ms. Callan | 93 | 1 |
| Recross-Examination by Mr. Kilaru | 97 | 1 |

**HINES, PETER**
| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 98 | 1 |
| Direct Examination by Ms. Fleury | 99 | 1 |
| Cross-Examination by Ms. Hill | 114 | 1 |
| Redirect Examination by Ms. Fleury | 126 | 1 |
| Recross-Examination by Ms. Hill | 132 | 1 |

**RYAN, JIM**
| | PAGE | VOL. |
|---|---|---|
| By Video Deposition (not reported) | 534 | 3 |

```
 1                            I N D E X

 2   PLAINTIFF'S WITNESSES                          PAGE   VOL.
     LEE, ROBIN
 3    (SWORN)                                        537    3
      Cross-Examination by Ms. Wilkinson             537    3
 4    Redirect Examination by Mr. Pastore            626    3

 5   PHIL, EISLER
      By Video Deposition (not reported)             665    3
 6    (SWORN)                                        666    3

 7   FISHER, JEFFREY
      By Video Deposition (not reported)             833    4
 8
     NADELLA, SATYA
 9    (SWORN)                                        834    4
      Direct Examination by Mr. Abell                835    4
10    Cross-Examination by Mr. Kilaru                859    4
      Redirect Examination by Mr. Abell              864    4
11
     STUART, TIMOTHY
12    (SWORN)                                        942    5
      Direct Examination by Mr. Weingarten           943    5
13    Cross-Examination by Mr. Gostan               1040    5

14   DEFENDANTS' WITNESSES                          PAGE   VOL.

15   BOND, SARAH
      (SWORN)                                        135    1
16    Direct Examination by Ms. Wilkinson            136    1
      Cross-Examination by Ms. Fleury                197    1
17    Redirect Examination by Ms. Wilkinson          219    1

18   BAILEY, ELIZABETH MEEKER
      Direct Examination by Mr. Kilaru               666    3
19
     KOTICK, BOBBY
20    (SWORN)                                        719    4
      Direct Examination by Ms. Wilkinson            719    4
21    Cross-Examination by Ms. Cirincione            746    4
      Redirect Examination by Ms. Wilkinson          785    4
22    Recross-Examination by Ms. Cirincione          788    4

23   BAILEY, ELIZABETH MEEKER (RECALLED)
      (PREVIOUSLY SWORN)                             789    4
24    Direct Examination resumed by Mr. Kilaru       789    4
      Cross-Examination by Mr. Ansaldo               804    4
25
```

# I N D E X

**DEFENDANTS' WITNESSES**

**CARLTON, DENNIS WILLIAM**

| | PAGE | VOL. |
|---|---|---|
| (SWORN) | 865 | 4 |
| Cross-Examination by Ms. Femenella | 866 | 4 |
| Redirect Examination by Mr. Kilaru | 909 | 4 |

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 0020 | | 535 | 3 |
| 20 | | 663 | 3 |
| 0070 | | 942 | 5 |
| 0079 | | 535 | 3 |
| 0083 | | 940 | 5 |
| 1065 | | 317 | 2 |
| 1066 | | 1043 | 5 |
| 1077 | | 940 | 5 |
| 1078 | | 940 | 5 |
| 1079 | | 940 | 5 |
| 1080 | | 940 | 5 |
| 1093 | | 407 | 2 |
| 1093 | | 411 | 2 |
| 1102 | | 940 | 5 |
| 1105 | | 940 | 5 |
| 1114 | | 292 | 2 |
| 1116 | | 248 | 2 |

**I N D E X**

**E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1116 | | 989 | 5 |
| 1119 | | 1060 | 5 |
| 1120 | | 1060 | 5 |
| 1125 | | 402 | 2 |
| 1128 | | 1060 | 5 |
| 1133 | | 1060 | 5 |
| 1136 | | 663 | 3 |
| 1137 | | 1051 | 5 |
| 1140 | | 1060 | 5 |
| 1141 | | 411 | 2 |
| 1145 | | 310 | 2 |
| 1147 | | 418 | 2 |
| 1151 | | 952 | 5 |
| 1154 | | 1060 | 5 |
| 1156 | | 420 | 2 |
| 1156 | | 1060 | 5 |
| 1162 | | 535 | 3 |
| 1184 | | 187 | 1 |
| 1186 | | 1060 | 5 |
| 1187 | | 1060 | 5 |
| 1190 | | 1021 | 5 |

# **I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1211 | | 189 | 1 |
| 1212 | | 183 | 1 |
| 1212 | | 941 | 5 |
| 1240 | | 947 | 5 |
| 1274 | | 844 | 4 |
| 1442 | | 79 | 1 |
| 1746 | | 853 | 4 |
| 1747 | | 840 | 4 |
| 1750 | | 855 | 4 |
| 1751 | | 850 | 4 |
| 1754 | | 129 | 1 |
| 1777 | | 856 | 4 |
| 1781 | | 665 | 3 |
| 1784 | | 218 | 1 |
| 1850 | | 353 | 2 |
| 1851 | | 355 | 2 |
| 1852 | | 359 | 2 |
| 1887 | | 300 | 2 |
| 1888 | | 295 | 2 |
| 1889 | | 296 | 2 |
| 1895 | | 335 | 2 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1895 | | 341 | 2 |
| 1897 | | 342 | 2 |
| 1898 | | 334 | 2 |
| 1966 | | 989 | 5 |
| 2064 | | 535 | 3 |
| 2069 | | 663 | 3 |
| 2073 | | 663 | 3 |
| 2098 | | 663 | 3 |
| 2133 | | 765 | 4 |
| 2163 | | 535 | 3 |
| 2170 | | 455 | 2 |
| 2282 | | 770 | 4 |
| 2391 | | 665 | 3 |
| 2421 | | 782 | 4 |
| 2465 | | 832 | 4 |
| 3019 | | 182 | 1 |
| 3024 | | 192 | 1 |
| 3025 | | 192 | 1 |
| 3027 | | 194 | 1 |
| 3052 | | 665 | 3 |
| 3103 | | 665 | 3 |

**I N D E X**

**E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 3103 | | 833 | 4 |
| 3104 | | 665 | 3 |
| 3106 | | 535 | 3 |
| 3109 | | 535 | 3 |
| 3110 | | 535 | 3 |
| 3144 | | 665 | 3 |
| 3156 | | 448 | 2 |
| 3166 | | 415 | 2 |
| 3166 | | 1060 | 5 |
| 3218 | | 941 | 5 |
| 3225 | | 941 | 5 |
| 3233 | | 941 | 5 |
| 3234 | | 941 | 5 |
| 3354 | | 874 | 4 |
| 3378 | | 1186 | 5 |
| 3379 | | 1186 | 5 |
| 3380 | | 1186 | 5 |
| 3381 | | 1186 | 5 |
| 3382 | | 1186 | 5 |
| 4028 | | 940 | 5 |
| 4029 | | 940 | 5 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 4033 | 1060 | 940 | 5 |
| 4044 | | 940 | 5 |
| 4066 | | 851 | 4 |
| 4308 | | 997 | 5 |
| 4309 | | 253 | 2 |
| 4312 | | 260 | 2 |
| 4319 | | 1023 | 5 |
| 4334 | | 255 | 2 |
| 4334 | | 999 | 5 |
| 4341 | | 1014 | 5 |
| 4344 | | 243 | 2 |
| 4351 | | 77 | 1 |
| 4352 | | 80 | 1 |
| 4358 | | 1026 | 5 |
| 4359 | | 1032 | 5 |
| 4367 | | 1035 | 5 |
| 4375 | | 1005 | 5 |
| 4376 | | 976 | 5 |
| 4377 | | 351 | 2 |
| 4377 | | 974 | 5 |
| 4380 | | 957 | 5 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 4391 |  | 131 | 1 |
| 4406 |  | 113 | 1 |
| 4408 |  | 132 | 1 |
| 4472 |  | 1038 | 5 |
| 4678 |  | 889 | 4 |
| 4725 |  | 369 | 2 |
| 4743 |  | 875 | 4 |
| 4849 |  | 878 | 4 |
| 4905 |  | 959 | 5 |
| 5000 |  | 664 | 3 |
| 5044 |  | 147 | 1 |
| 5045 |  | 87 | 1 |
| 5046 |  | 448 | 2 |
| 5053 |  | 597 | 3 |
| 5054 |  | 602 | 3 |
| 5055 |  | 832 | 4 |
| 5056 |  | 926 | 4 |
| 5060 |  | 941 | 5 |
| 5060A |  | 941 | 5 |
| 7053 |  | 535 | 3 |
| 7054 |  | 535 | 3 |

**I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| | 7060 | | 665 | 3 |
| | 7062 | | 1186 | 5 |
| | 7065 | | 941 | 5 |
| | 8000 | | 665 | 3 |
| | 8001 | | 535 | 3 |
| | 8003 | | 492 | 2 |
| | 9009 | | 940 | 5 |
| | 9012 | | 849 | 4 |
| | 9015 | | 838 | 4 |
| | 9084 | | 839 | 4 |
| | 9102 | | 847 | 4 |
| | 9165 | | 748 | 4 |
| | 9186A | | 108 | 1 |
| | 9186 | | 117 | 1 |
| | 9192 | | 968 | 5 |
| | 9372 | | 941 | 5 |
| | 9441 | | 752 | 4 |
| | 9453 | | 899 | 4 |

**I N D E X**

Wednesday, June 22, 2023 - Volume 1

Friday, June 23, 2023 - Volume 2

Tuesday, June 27, 2023 - Volume 3

Wednesday, June 28, 2023 - Volume 4

Thursday, June 29, 2023 - Volume 5