**Volume 2**

**Pages 212 - 490**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

FEDERAL TRADE COMMISSION,           )
                                    )
          Plaintiff,                )
                                    )
  VS.                               )  **NO. C 23-02880 JSC**
                                    )  **SEALED PAGES 216-225, 228-266**
MICROSOFT CORPORATION, et al.       )  **and 369-389**
                                    )
          Defendants.               )
_____     )
                            San Francisco, California
                            Friday, June 23, 2023

**TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
                    FEDERAL TRADE COMMISSION
                    600 Pennsylvania Avenue, NW
                    Washington, D.C.  20580
              BY:   **JAMES H. WEINGARTEN, ATTORNEY AT LAW**
                    **JAMES ABELL, ATTORNEY AT LAW**
                    **JENNIFER FLEURY, ATTORNEY AT LAW**
                    **PEGGY FEMENELLA, ATTORNEY AT LAW**
                    **CEM AKLEMAN, ATTORNEY AT LAW**
                    **ETHAN GURWITZ, ATTORNEY AT LAW**

REPORTED BY:  Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

```
 1   APPEARANCES:  (cont'd)

 2   For Defendant Microsoft:

 3                            WILKINSON STEKLOFF LLP
                             2001 M Street, NW - 10th Floor
 4                            Washington, D.C.  20036
                        BY:  BETH WILKINSON, ATTORNEY AT LAW
 5                            RAKESH N. KILARU, ATTORNEY AT LAW
                             KIERAN GOSTIN, ATTORNEY AT LAW
 6                            GRACE HILL, ATTORNEY AT LAW
                             ANASTASIA PASTAN, ATTORNEY AT LAW
 7
     For Defendant Activision Blizzard, Inc.:
 8
                             SKADDEN ARPS SLATE MEAGHER & FLOM LLP
 9                            1440 New York Avenue, N.W.
                             Washington, D.C.  20005
10                       BY:  STEVEN C. SUNSHINE, ATTORNEY AT LAW
                             JULIA K. YORK, ATTORNEY AT LAW
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## I N D E X

Friday, June 23, 2023 - Volume 2

**PLAINTIFF'S WITNESSES**                                    **PAGE**   **VOL.**

**LAWVER, JAMIE (UNDER SEAL)**
(SWORN)                                                        228      2
Direct Examination by Mr. Gurwitz                             229      2
Cross-Examination by Mr. Gostan                              252      2
Redirect Examination by Mr. Gurwitz                          262      2
Recross-Examination by Mr. Gostan                            264      2

**SPENCER, PHIL**
(SWORN)                                                        267      2
Direct Examination by Mr. Weingarten                          267      2
Cross-Examination by Ms. Wilkinson                            360      2
Redirect Examination by Mr. Weingarten                        445      2

**ZIMRING, DOV**
(SWORN)                                                        466      2
Direct Examination by Mr. Akleman                             466      2
Cross-Examination by Ms. Pastan                               482      2
Redirect Examination by Mr. Akleman                           488      2

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1065 | | 306 | 2 |
| 1093 | | 396 | 2 |
| 1093 | | 400 | 2 |
| 1114 | | 281 | 2 |
| 1116 | | 237 | 2 |
| 1125 | | 391 | 2 |
| 1141 | | 400 | 2 |
| 1145 | | 299 | 2 |
| 1147 | | 407 | 2 |

```
 1                    I N D E X

 2                 E X H I B I T S

 3   TRIAL EXHIBITS                    IDEN   EVID   VOL.

 4   1156                                     409    2

 5   1850                                     342    2

 6   1851                                     344    2

 7   1852                                     348    2

 8   1887                                     289    2

 9   1888                                     284    2

10   1889                                     285    2

11   1895                                     324    2

12   1895                                     330    2

13   1897                                     331    2

14   1898                                     323    2

15   2170                                     444    2

16   3156                                     437    2

17   3166                                     404    2

18   4309                                     242    2

19   4312                                     249    2

20   4334                                     244    2

21   4344                                     232    2

22   4377                                     340    2

23   4725                                     358    2

24   5046                                     437    2

25   8003                                     480    2
```



```
1    Friday - June 23, 2023                          8:17 a.m.

2                      P R O C E E D I N G S

3                           ---000---

4         (The following pages 216 through 225 were placed under

5         seal by Order of the Court:)
```











222









1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16            (Recess taken at 8:28 a.m.)

17            (Proceedings resumed at 8:33 a.m.)

18      (The following proceedings were heard in open court:)

19          **THE CLERK:**  Remain seated.  Come to order.

20          **THE COURT:**  Okay.  Good morning.

21      All right.  So I understand that the FTC's next witness is

22  Ms. Lawver?

23          **MR. WEINGARTEN:**  Yes, Your Honor.  The FTC will call

24  Ms. Lawver.  My colleague Ethan Gurwitz will be examining.

25          **THE COURT:**  And Ms. Lawver is the CFO?

1          **MR. WEINGARTEN:**  No, Your Honor.  She's not the CFO,

2    but she's a senior finance officer.

3          **THE COURT:**  A senior finance person.

4      So I've gone over with the parties and given the nature of

5    her testimony, it's all confidential financial information,

6    internal business information.  So, unfortunately, for this

7    portion of the trial, we need to seal the courtroom.

8      I know you-all just came in and now I'm kicking you out,

9    but I wanted to explain what we're doing.

10      We went through, and although we're trying very hard to

11   keep the proceedings open, there's just no way to do it with

12   this particular testimony because it's all financial

13   information.

14      So we're going to close the courtroom.  We anticipate it

15   will be about 45 minutes total.

16      There is a cafeteria on the second floor if, in any event,

17   you would like to go there or you're welcome to hang out in the

18   hallway.  Just try not to be too noisy.  We can sometimes --

19   we'll go as quickly as we can.  And I apologize.  There's just

20   no way to conduct this particular witness in open court.

21      I do know that the Plaintiff's Counsel from DeMartini is

22   here, and so I need to ask Microsoft, given that they would get

23   access to this testimony in any event, if you have any

24   objection to them being present.

25          **MS. WILKINSON:**  Your Honor, I know they're under the

```
 1  protective order we're under in DeMartini.  I don't know if
 2  it's exactly the same here so I'm a little uncomfortable.
 3          THE COURT:  Is it just you, Mr. Zirpoli, today?
 4          MR. ZIRPOLI:  May I approach, Your Honor?
 5          THE COURT:  Yes, you may.
 6      I think it's only Mr. Zirpoli today.
 7          MS. WILKINSON:  Well, he's a very nice guy and I'm
 8  sure he will --
 9          MR. ZIRPOLI:  Thank you.
10          MS. WILKINSON:  -- follow the rules.  I mean, we can
11  always give him the transcript afterwards.
12          THE COURT:  No, I'm just saying -- I'm sure you would
13  have to do that in any event.  So since he's here, I'm
14  wondering whether just to allow him.
15          MS. WILKINSON:  Promise to follow the rules?
16          MR. ZIRPOLI:  I promise, Your Honor.
17          THE COURT:  All right.  You may stay then.
18          MR. ZIRPOLI:  Thank you.
19          THE COURT:  All right.  Everyone else, though, I'm
20  sorry, because you are not counsel in the other case, you do
21  need to leave unless you're a Microsoft person.
22      And, Microsoft, I'm going to leave it to you and
23  Activision to tell me if the people who are staying are with
24  you.
25                  (Pause in proceedings.)
```



(The following pages 228 through 266 were placed under seal by Order of the Court:)

229











234





















244



















253





255

























18          (Pause in proceedings.)

19     (The following proceedings were heard in open court:)

20          **THE COURT:**  All right.  We're now ready to proceed

21  again in open court.

22     Is FTC prepared to call your next witness?

23          **MR. WEINGARTEN:**  Thank you, Your Honor.

24     The FTC calls Mr. Phil Spencer.

25  \\\

SPENCER - DIRECT / WEINGARTEN

```
 1                          PHIL SPENCER,
 2   called as a witness for the Plaintiff, having been duly sworn,
 3   testified as follows:
 4             THE CLERK:  Can you please state your name for the
 5   record?
 6             THE WITNESS:  Phil Spencer.
 7             THE CLERK:  Thank you.
 8             THE COURT:  Good morning.
 9             THE WITNESS:  Good morning.  How are you?
10             THE COURT:  You may proceed.
11             MR. WEINGARTEN:  Thank you, Your Honor.
12                       DIRECT EXAMINATION
13   BY MR. WEINGARTEN:
14   Q.   Good morning, Mr. Spencer.
15   A.   Good morning.
16   Q.   You are the CEO of Microsoft Gaming; correct?
17   A.   Yes.
18   Q.   And you are the final decision maker at Microsoft Gaming;
19   right?
20   A.   Yes.
21   Q.   And you report directly to the CEO of all of Microsoft
22   Corporation, Mr. Satya Nadella?
23   A.   I do.
24   Q.   And I'll note you're attending this hearing as the
25   corporate representative for Microsoft in this matter; right?
```

1   **A.**   I don't actually know what my official title is sitting at

2   the table.

3   **Q.**   You've sat at the counsel table and you've heard all the

4   testimony so far; right?

5   **A.**   And I'll be here next week.

6   **Q.**   Okay.  So you heard the testimony that you are the decider

7   about what is exclusive in terms of video games for Microsoft

8   Gaming; right?

9   **A.**   Yes.

10  **Q.**   And that's true; right?

11  **A.**   Yes.

12  **Q.**   Okay.  You have been the leader of the strategy at

13  Microsoft to acquire more content over the last six years or

14  so?

15  **A.**   I've been the leader of Microsoft Gaming for nine years.

16  **Q.**   And you've been the leader of the strategy to acquire more

17  content; right?

18  **A.**   Yeah.

19  **Q.**   Okay.  And when you took over as the head of Gaming,

20  Microsoft maybe had approximately ten studios?

21  **A.**   I don't actually remember the number.

22  **Q.**   Okay.  Do you remember how many studios there are now?

23  **A.**   I think the number we use for PR is 20 -- over 23 studios.

24  **Q.**   Okay.  Do you think it would refresh your recollection

25  about the number of studios when you took over if I showed you

**SPENCER - DIRECT / WEINGARTEN**

1   your investigational hearing transcript?

2   **A.**   I'm not disputing ten.   I just don't remember exactly.

3   **Q.**   No, that's okay.

4   **A.**   Yeah.

5   **Q.**   Do you think it would help you remember if I showed you

6   where you talked about it under oath?

7   **A.**   We can say it's ten.

8   **Q.**   Well, I just want to make sure, sir, that you say it's

9   ten.

10  **A.**   I can say it's ten.

11  **Q.**   Thank you.

12      Now, the Xbox ecosystem refers to Xbox as a place where

13  Xbox customers invest their time and money; right?

14  **A.**   We talk about the Xbox ecosystem as the platform where

15  creators build games for players to play and the place that

16  players come to play video games.

17  **Q.**   The Xbox ecosystem includes Xbox console?

18  **A.**   Yes.

19  **Q.**   The Xbox ecosystem includes Game Pass?

20  **A.**   Game Pass is part of it, yes.

21  **Q.**   Xbox ecosystem includes xCloud?

22  **A.**   Yes.

23  **Q.**   And the Xbox ecosystem includes Xbox products that are

24  available on PC; right?

25  **A.**   And our Xbox PC app and the players that we have on PC

SPENCER - DIRECT / WEINGARTEN

```
 1  that play Game Pass games or subscribe to Game Pass on Windows

 2  PCs.

 3  Q.   Okay.  The standard --

 4          MR. WEINGARTEN:  Standard revenue split for consoles,

 5  I don't think there's any issue with the standard split.

 6          MS. WILKINSON:  That's right.  I think that's what

 7  they call it.

 8  BY MR. WEINGARTEN:

 9  Q.   Yeah.  The customary split is 70 percent to the content

10  creator, 30 percent to a platform like Microsoft; right?

11  A.   That's correct.

12  Q.   Okay.

13          MR. WEINGARTEN:  On the PC, the standard or customary

14  split, any issue with that?

15          MS. WILKINSON:  Well --

16          MR. WEINGARTEN:  One second, Your Honor.

17          THE COURT:  Of course.

18                  (Pause in proceedings.)

19  BY MR. WEINGARTEN:

20  Q.   Could you please turn, sir, in your invest- -- if you look

21  in your binder, you should have a binder that's labeled

22  depositions or testimony.

23  A.   The witness binder; is that --

24          MR. WEINGARTEN:  May I approach the witness,

25  Your Honor?
```

```
 1              THE COURT:  You may.

 2                      (Pause in proceedings.)

 3              THE WITNESS:  Thank you.

 4   BY MR. WEINGARTEN:

 5   Q.   If you could please turn to the tab that's your

 6   investigational hearing transcript.  It's 7011.

 7   A.   Yep.

 8   Q.   And if you could look at page 87, please, of that.

 9   A.   Yeah.

10   Q.   Actually page 88.

11   A.   88?

12   Q.   Don't read it out loud.  Little page 88 in the upper

13   corner.  Do you see the little four corners?  There's like four

14   pages per page?

15   A.   Oh, sorry.  I was looking at the --

16   Q.   So in the little corners page 88.

17   A.   Sorry about that.

18   Q.   That's okay.  It's -- I don't want to confuse you further,

19   but it's page 023 of the big numbers at the bottom.

20        So page 88, and I wanted you to look at the testimony that

21   starts on line 5.  And do you see those numbers there, the

22   percent that goes to partner, percent that stays with

23   Microsoft?

24   A.   Yes.

25   Q.   Is that Microsoft's customary revenue split for PC games,
```

1    those two numbers?

2    **A.**    Yes.

3    **Q.**    Okay.  Thank you.

4          And for Game Pass, the customary split, is the console

5    customary split the same 70/30?

6    **A.**    Game Pass is a subscription so there isn't a revenue split

7    per se.  We -- we sign content to come into the subscription,

8    and it's some combination of an upfront fee that we will pay

9    creators to put the game in or an ongoing usually based on

10   usage of the game in the subscription.  So it doesn't really

11   fit the store model that you're talking about.

12   **Q.**    There is a customary split for Game Pass, for example, for

13   post-sale monetization, all the money that gets made in the

14   game after the initial sale; right?

15   **A.**    Any player who's playing a game on our platform, whether

16   it's a free-to-play game or a game that they acquired through

17   the subscription or a game that they paid to own, has the same

18   royalty split we talked about previously.

19   **Q.**    Okay.  That's the 70/30 split?

20   **A.**    Yes.

21   **Q.**    Okay.  Thank you.

22         Now I want to talk to you a little bit about the console

23   market, sir, and in particular Generation 9.

24         Now, a game built to showcase Generation 9 hardware can

25   showcase Generation 9 hardware on a PlayStation 5; right?

SPENCER - DIRECT / WEINGARTEN

1   **A.**   Yes.

2   **Q.**   And a game built to showcase Generation 9 hardware can

3   showcase Generation 9 hardware on an Xbox X; right?

4   **A.**   Xbox Series X, yes.

5   **Q.**   Okay.  And it can do that on an Xbox Series S as well;

6   right?

7   **A.**   S is a lower specced machine than Series X.  Its price is

8   lower so the features are not the same as they are with

9   Series -- the Xbox Series X.  So there is a functional

10  difference between games running on Series X and running on the

11  lower priced Series S.

12  **Q.**   You refer to X and S together as the Xbox series consoles;

13  right?

14  **A.**   Yes.

15  **Q.**   Okay.  And I want you to turn in PX7011, that's your IH

16  transcript, and I want to you look at little number 345.

17  **A.**   Little number 345?

18  **Q.**   Yeah, page 345 of the transcript, please.

19  **A.**   (Witness examines document.)  Yeah.

20  **Q.**   If you look at line 17, the question was (as read):

21          "Putting aside cross gen, game built for Gen 9

22      hardware can showcase Gen 9 hardware on either a

23      PlayStation 5 or an Xbox series; right?"

24      And your answer was:  "Yes."

25  **A.**   Yeah.  I'm making the distinction that the two consoles

1    are not functionally equivalent.

2    **Q.**   You're making that distinction now, but my question is

3    about your testimony then.  That was your testimony then;

4    right?

5            **THE CLERK:**  Mr. Weingarten, I'm sorry.  Would you

6    please slow down for the reporter?

7            **MR. WEINGARTEN:**  Yes, ma'am.

8    **BY MR. WEINGARTEN:**

9    **Q.**   I'm asking -- I don't mean to interrupt you, sir, but I'm

10   trying to ask you about that testimony.

11        That was truthful and accurate when you gave it; right?

12   **A.**   My answer here was "Yes."

13   **Q.**   Thank you.

14        Now, you don't know whether a game built for Generation 9

15   hardware can or cannot showcase Generation 9 hardware

16   capabilities on a Switch; right?

17   **A.**   Switch is differently designed device, yes.

18   **Q.**   Okay.  And in terms of processing power of GPU, the

19   graphics processor, and the CPU Switch is more akin to a

20   Generation 8 than a Generation 9; right?

21   **A.**   No, I wouldn't agree with that.  The Switch was designed

22   for people to take on the go.  I mean, an obvious difference

23   when you look at all of them is the Switch has a screen.  It

24   has a battery.  It's a mobile platform.  People can take it

25   with them.  Whereas, the Gen 8 consoles require that they're

SPENCER - DIRECT / WEINGARTEN

1  plugged into the wall and don't have a screen.  It's --

2  Nintendo built a different platform.

3  **Q.**  Okay.  I just want -- on that question I asked you, sir,

4  please look at little page 168 in your sworn testimony.

5  **A.**  Little page 168?

6  **Q.**  Little page 168, transcript page 168, line 21.  Let me

7  know when you're there.

8  **A.**  (Witness examines document.)  I'm there.

9  **Q.**  (as read):

10      **"QUESTION:**  Well, let me ask you two questions then.  In

11      terms of processing power, meaning CPU and GPU, is the

12      Switch more akin to a Gen 8 device or a Gen 9 device?"

13      Your answer (as read):

14          "In terms of CPU and GPU, it would be more akin to a

15      Gen 8 device."

16      That was your testimony?

17  **A.**  That was.

18  **Q.**  And it was truthful and accurate when you gave it?

19  **A.**  That was, yes.

20  **Q.**  Okay.  Now, the Nintendo Switch cannot support the highest

21  level of resolution that the Xbox Series X can support; right?

22  **A.**  That's correct.

23  **Q.**  The maximum advertised Xbox X resolution is 4K HD; right?

24  **A.**  That's correct.

25  **Q.**  And even the Series S can upscale and also support 4K HD;

SPENCER - DIRECT / WEINGARTEN

1  right?

2  **A.**   It can upscale to 4K.

3  **Q.**   Now, you don't know what the maximum resolution is for a

4  Switch; right?

5  **A.**   Not sitting here today, no.

6  **Q.**   Okay.  And there's also a metric for gaming consoles

7  that's called frames per second or FPS; right?

8  **A.**   Yes.

9  **Q.**   And that also has to do with what the game looks like when

10  you play it?

11  **A.**   I would say it's more what the game feels like when you

12  play it.

13  **Q.**   Okay.  Xbox X and S can both support 120 frames per

14  second; right?

15  **A.**   If the developer designs for that, yes.

16  **Q.**   And you don't know the maximum frames per second that a

17  Switch can support; right?

18  **A.**   I do not know.

19  **Q.**   Now let's talk about the PlayStation 5.

20        You do know that the PlayStation 5, like the X and the S,

21  can support 4K HD?

22  **A.**   I do.

23  **Q.**   And you do know that the PlayStation 5, like the X and the

24  S, can support 120 frames per second?

25  **A.**   I believe that's true.

**SPENCER - DIRECT / WEINGARTEN**

1   Q.   Okay.  Now, there's also a metric for measuring processor

2   performance called floating point operations per second or

3   FLOPS; correct?

4   A.   That's correct.

5   Q.   You don't know the maximum advertised FLOPS for a Switch;

6   right?

7   A.   I do not.

8   Q.   Okay.  But it's fair to say even if you don't know exactly

9   the Switch FLOP metric, the Xbox X operates at a higher FLOPS

10  than a Switch; right?

11  A.   That's fair to say.

12  Q.   And it's your understanding that Xbox S also operates at a

13  higher FLOPS rate than Switch; right?

14  A.   Yes, I believe that's true.

15  Q.   Okay.  Now, you're familiar, these consoles to play them,

16  you often need a type of a controller; right?

17  A.   You -- yeah.

18  Q.   Okay.  And a haptic controller is a type of controller

19  that when you do something in the game, you actually feel it

20  through the controller; right?

21  A.   Yeah.

22  Q.   Okay.  Xbox X can work with a haptic controller; right?

23  A.   Yes.

24  Q.   And Xbox S can work with a haptic controller; right?

25  A.   Yes.

SPENCER - DIRECT / WEINGARTEN

1  Q.   And the PlayStation 5 can work with a haptic controller;

2  right?

3  A.   It can, yes.

4  Q.   And you don't know if the Nintendo Switch has a haptic

5  controller; right?

6  A.   I do not.

7  Q.   Now, the Switch sells at a lower price than Xbox Series X;

8  right?

9  A.   It's equivalently priced to the S and it's lower priced

10  than the X.

11  Q.   Okay.  And it sells at a lower price than the

12  PlayStation 5; right?

13  A.   It sells at a lower price than the PlayStation 5.

14  Q.   Now I want to take a look at some of the documents that

15  you and your team use when you're thinking about consoles.

16      So turn in your binder, the one that has the documents,

17  please, to PX1114.

18  A.   (Witness examines document.)

19  Q.   I know the print in the beginning is very tiny.

20          THE COURT:  Illegible.

21          THE WITNESS:  Yeah, thank you.

22  BY MR. WEINGARTEN:

23  Q.   We will work on swapping something, but I don't have a

24  question about too much about that.  I have a question that

25  starts on page 8 where the print is much better.

**SPENCER - DIRECT / WEINGARTEN**

```
 1   A.    (Witness examines document.)

 2   Q.    Okay.  This -- this document that starts on page 8 is an

 3   example of a strategy document for Microsoft Gaming?

 4   A.    I don't seem to have the cover letter for the document.

 5   Q.    That's part of the legibility, but do you see the part

 6   where it says "Ambition of the CSA"?

 7   A.    I see that.  I just don't see the context of the bullet

 8   point.

 9   Q.    Okay.  And you've seen documents like this for Gaming

10   before; right?

11   A.    I've seen documents, yeah.

12   Q.    Okay.  What does "CSA" mean at Microsoft?

13   A.    Customer solution area.

14   Q.    Okay.  And that's like a division at other companies?

15   A.    Roughly, yes.

16   Q.    Okay.  Gaming is a CSA at Microsoft?

17   A.    Yes.

18   Q.    Okay.  Take a look, please, at page 013.

19   A.    (Witness examines document.)

20   Q.    Do you see that page, sir?

21   A.    I do.

22   Q.    And you see number 4, "Growth Horizon 1, fiscal year

23   2022"?

24   A.    I do.

25   Q.    And it says (as read):
```

1              "For fiscal year" --

2         No, I can't read that aloud.  Well, take a look at that

3    and look at number 1.  Do you see the heading for number 1

4    there?

5    **A.**    I do.

6    **Q.**    Okay.  That was a -- a priority for the Gaming leadership

7    team for fiscal year 2022?

8    **A.**    Yeah, it is or was.

9    **Q.**    Okay.  And if you look under it, do you see where it says

10   "Key metrics to evaluate success"?

11   **A.**    I do.

12   **Q.**    Okay.  Don't read it out loud, but that second bullet, do

13   you see that one about share?

14   **A.**    I do.

15   **Q.**    Okay.  That was the key metric to evaluate your success in

16   that priority we just discussed; correct?

17   **A.**    There's more than one listed.  So when you say it's the --

18   **Q.**    I'm sorry.  I'll rephrase.

19        Of the two metrics listed, the one in the second bullet is

20   one of those two metrics for your success in Gaming in that

21   priority that's shown in number 1 there; right?

22   **A.**    It is the second bullet of the first bullet of three

23   different bullets about our overall priorities.

24   **Q.**    Okay.  But it's one of the key metrics for evaluating

25   success in that number 1 there; right?

**SPENCER - DIRECT / WEINGARTEN**

 1   **A.**   Yes.

 2   **Q.**   Okay.  Thank you.

 3        You can put that one aside.

 4        Oh, and there's -- well, thank you.

 5             **MR. WEINGARTEN:**  Your Honor, I know we have a

 6   legibility concern, but can I move -- I'd like to move to admit

 7   PX1114, and we'll work with the other side if we get a better

 8   version of the cover.

 9             **THE COURT:**  All right.  Admitted.

10        (Trial Exhibit 1114 received in evidence.)

11             **MR. WEINGARTEN:**  Thank you, Your Honor.

12   **BY MR. WEINGARTEN:**

13   **Q.**   Could you please turn in the binder, sir, to PX1888?

14   **A.**   Okay.

15   **Q.**   Take a look at page 002.  Do you see the title?

16   **A.**   I do.

17   **Q.**   Do you see the date?

18   **A.**   I do.

19   **Q.**   Okay.  You've seen these kind of business documents

20   before, correct, at Microsoft?

21   **A.**   Yes.

22   **Q.**   And this kind of document is presented to the board of

23   directors of Microsoft; correct?

24   **A.**   Um, this kind of document's used in many places one of

25   which is with the board, yes.

SPENCER - DIRECT / WEINGARTEN

1  Q.   Okay.  And if you look back at page 1 of the document --

2  of PX1888, look at the first sentence, please.

3  A.   (Witness examines document.)  Yes.

4  Q.   Does that indicate to you that this document is being used

5  for a board meeting?

6  A.   It does.

7  Q.   Okay.  Could you please turn to page 036?

8  A.   (Witness examines document.) I'm there.

9  Q.   Okay.  Thank you, sir.

10      And that page is headed "Gaming Scorecard"; right?

11  A.   It is.

12  Q.   Okay.  And that's a scorecard that gets presented to

13  Microsoft's board of directors; right?

14  A.   It is.

15  Q.   Okay.  And there are four metrics in the scorecard for

16  Gaming in that top box; right?

17  A.   There are.

18  Q.   Okay.  The metric in the fourth row, don't read it out

19  loud, but that is one of the metrics that was presented to the

20  board; correct?

21  A.   It is.

22  Q.   Okay.  And the next columns, that shows Microsoft Gaming's

23  performance in that metric; right?

24  A.   It does.

25  Q.   Okay.  And I want you to look over to the side.  There are

1   bullets that sort of give some explanation or commentary on the

2   metrics; right?

3   A.   There are.

4   Q.   Okay.  Look at the third bullet, please.

5   A.   I see it.

6   Q.   Okay.  So that says that metric has been improving;

7   correct?

8   A.   It says it improved in a certain month, yeah.

9   Q.   And I want you to look, please, at the footnotes at the

10  bottom.  There's footnotes so the board can understand what

11  they're being shown; right?

12  A.   There are.

13  Q.   Okay.  And if you would look at the second -- they're

14  separated by italicus; right?  So the second footnote is

15  italicized and it refers back to that metric we were just

16  looking at; right?

17  A.   Yes, it does.

18  Q.   Okay.  And it tells us who is included in that relative

19  market share; correct?

20  A.   It does.

21  Q.   And it tells the board what competitors are excluded from

22  that market share; right?

23  A.   It does.

24  Q.   Okay.  And that information about how those metrics work,

25  you understand that's accurate when it's presented to the

**SPENCER - DIRECT / WEINGARTEN**

1   board?

2   **A.**   The information is accurate.

3   **Q.**   And the descriptions are -- I'm sure you try to be

4   accurate when you give them to the board?

5   **A.**   Yes, we do.

6   **Q.**   Okay.  You can put that one aside and look at 188 -- oh,

7   excuse me.

8            **MR. WEINGARTEN:**  Move to admit, please, PX1888.

9            **THE COURT:**  Admitted.

10       (Trial Exhibit 1888 received in evidence.)

11  **BY MR. WEINGARTEN:**

12  **Q.**   Let's try PX1889.  This document starts with a chat with

13  the senior leadership team; right?

14  **A.**   It does.

15  **Q.**   Actually you're also listed on the chat; right?

16  **A.**   Yeah.  I'm not sure why but, yeah.

17  **Q.**   That's okay.  You're a member of the senior leadership

18  team of Microsoft?

19  **A.**   Yeah.  I didn't understand why I was listed twice but,

20  yeah.

21  **Q.**   I understand.  But for the record, you are a member of the

22  senior leadership team at Microsoft; right?

23  **A.**   I am.

24  **Q.**   And that's the senior-most leaders across the entire

25  company?

SPENCER - DIRECT / WEINGARTEN

1   **A.**   It is.

2   **Q.**   Okay.  And Ms. Bonita Armstrong tells the senior

3   leadership team that there are some documents attached related

4   to your discussion at the June 15th board meeting.  Do you see

5   that?

6   **A.**   I do.

7   **Q.**   Okay.

8        **MR. WEINGARTEN:**  Your Honor, I move to admit PX1889,

9   please.

10        **THE COURT:**  Admitted.

11        (Trial Exhibit 1889 received in evidence.)

12  **BY MR. WEINGARTEN:**

13  **Q.**   Let's look again at what the board was told.  This one is

14  not completely redacted so I can say if you look at page 2,

15  sir, this is called a "State of the Business Report"; right?

16  **A.**   It is.

17  **Q.**   And this one is from June 2022?

18  **A.**   It is.

19  **Q.**   So just a year ago.  Yes, sir?

20  **A.**   Yes, June was a year ago.

21  **Q.**   Thank you.

22        And I would like you to look at page 035, please.

23  **A.**   (Witness examines document.)

24  **Q.**   Are you there, sir?

25  **A.**   I am.

**SPENCER - DIRECT / WEINGARTEN**

1   Q.   Okay.  Here again are the metrics; correct?

2   A.   The same metrics we saw before, yeah.

3   Q.   And it looks like the bottom one is not redacted.

4          MR. WEINGARTEN:  I'm looking at Counsel for Microsoft.

5   Can I say it?

6          MS. WILKINSON:  Can I see it redacted?

7          MR. WEINGARTEN:  Okay.  Then I won't say it.

8          MS. WILKINSON:  Can we just --

9          MR. WEINGARTEN:  Yeah, come look at mine.

10                 (Pause in proceedings.)

11          MR. WEINGARTEN:  I won't do the numbers.

12  BY MR. WEINGARTEN:

13  Q.   So if you look at the fourth metric, sir, the fourth

14  metric that the board is being told about is console Gen 9

15  share; right?

16  A.   It is.

17  Q.   And if you look at the explanatory bullet to the right,

18  don't say it out loud but read it to yourself, please, about

19  console Gen 9 share.

20  A.   (Witness examines document.)

21  Q.   Have you read it?

22  A.   I have read it.

23  Q.   Okay.  And your belief is that -- do you understand that

24  to be an accurate representation of Microsoft Gaming's position

25  with respect to console Gen 9 share at the time this

SPENCER - DIRECT / WEINGARTEN

1   presentation was made?

2   **A.**   In January of 20 -- June of 2022, yes.

3   **Q.**   Okay.  And you'll see there's a description of some

4   markets there.  Do you see that?

5   **A.**   I do.

6   **Q.**   Okay.  And those are broken out by different geographies;

7   right?

8   **A.**   They are.

9   **Q.**   Okay.  And they're called the key markets; right?

10  **A.**   Just key.  There's no "the."

11  **Q.**   Sorry.  In key markets?

12  **A.**   Yeah.

13  **Q.**   Okay.  And if you look again -- strike that.

14       You can put that one aside, sir.

15       I'd like you to look, please, at PX1887.

16  **A.**   (Witness examines document.)

17  **Q.**   Now, this document is an e-mail from you to the Gaming

18  leadership team and Mr. Leder of ZeniMax; right?

19  **A.**   It is.

20  **Q.**   And you're talking here about a meeting that you attended

21  with the Microsoft Board of Directors?

22  **A.**   Yes.

23  **Q.**   And it's, again, from November -- this one's from November

24  of 2022 so six months later from the --

25  **A.**   Yes, yes.

1   Q.   Okay.  So just roughly six or seven months ago?

2   A.   Yes.

3   Q.   Okay.  And if you would, please, look, you say "My" -- in

4   the third paragraph you say "My talk track was" --

5        MR. WEINGARTEN:  Oops, sorry.  I assume that's okay.

6        MS. WILKINSON:  Yes.  He says it all the time.

7   BY MR. WEINGARTEN:

8   Q.   Okay.  So your talk track, that means the things that you

9   told the board basically in this particular example?

10  A.   Yes.

11  Q.   Okay.  I won't read this one, but the second bullet point,

12  you see what's that says?  Just the first sentence?

13  A.   Yes.

14  Q.   Okay.  Is that accurate about what you told the board in

15  November of 2022?

16       Just I really only care about the first sentence of that

17  bullet.  It starts with "I" and ends with something, a period.

18  A.   That -- that's -- can you just ask the question

19  specifically again?

20  Q.   All right.  I just want to make sure when you told that to

21  the Gaming leadership team that that's what you told the board,

22  was that -- were you being accurate?

23  A.   I think we're misreading.  My point there was that topic.

24  Q.   I understand.

25  A.   It's the first topic I talked -- or the second topic I

SPENCER - DIRECT / WEINGARTEN

1    talked about with the board.

2    **Q.**   I understand.  And that was the topic that you talked

3    about with the board?

4    **A.**   That's right.

5    **Q.**   Okay.  Was that company?

6    **A.**   Sorry?

7    **Q.**   About that company --

8    **A.**   Yes.

9    **Q.**   -- that's mentioned?

10   **A.**   Yeah.

11   **Q.**   Okay.

12        All right.  You can put that one aside.

13        **MR. WEINGARTEN:**  Move to admit PX1887, Your Honor.

14        **THE COURT:**  Admitted.

15        (Trial Exhibit 1887 received in evidence.)

16        **MR. WEINGARTEN:**  Thank you.

17   **BY MR. WEINGARTEN:**

18   **Q.**   Now, do you remember, sir, there have been discussions

19   among members of the Gaming leadership team about whether to

20   include Nintendo in metrics for console share?

21   **A.**   Is there a specific conversation?

22   **Q.**   I'm just asking if you remember that there were

23   discussions among Gaming leadership team members about whether

24   to include Nintendo in metrics about console share.

25   **A.**   I can agree that we've probably talked about that.  I

**SPENCER - DIRECT / WEINGARTEN**

1   don't -- I don't have a specific conversation in mind.

2   **Q.**   Okay.  And there was a period of time when Nintendo was

3   not included in the share metrics because the PlayStation 5 and

4   the Xbox Series X and S all launched on the same effective

5   date; right?

6   **A.**   We are -- there are different views we have of our share.

7   Some of those shared metrics include both Sony and Nintendo,

8   others do not.  When we talk about the current generation of

9   consoles, we're usually talking about all three that are

10  available in the market when a consumer walks in the store,

11  which are the three or four in front of you today.

12       And -- but you're right, that PlayStation 5, Xbox Series X

13  and S launched at similar timeframe.  So many times on launched

14  alignment views we will show just those two.

15  **Q.**   Well, the biggest driver in your view, sir, of why

16  Nintendo would not be included in Gen 9 share is because the

17  Xbox series consoles and the PlayStation 5 launched on the same

18  date and those consoles are at the same place in their life

19  cycle and the Nintendo is not; right?

20  **A.**   That is a consideration definitely when we're looking at

21  the sales of PlayStation versus Xbox is they launched at

22  similar time.

23  **Q.**   And I appreciate it's a consideration.  My question is:

24  That's the reason or part of the reason why Nintendo was not

25  included in Gen 9 console share by the GLT, the Gaming

**SPENCER - DIRECT / WEINGARTEN**

 1  leadership team; right?

 2  **A.**   I honestly am not trying to be difficult.  I just want to

 3  be sure.

 4      I get a weekly report on share that shows Nintendo, Sony,

 5  and Xbox run rate, say, in the U.S.  So that's a view I see all

 6  the time.  If there's a specific view that you want me to look

 7  at to say why are we not including Nintendo in that view, I'm

 8  happy to create, like, a positive assertion for your point.

 9  **Q.**   Sure.  Let's look in your deposition, please, your

10  deposition transcript, not the investigational hearing.

11  **A.**   Yeah.

12  **Q.**   And it's page -- little page 158.  So transcript page 158.

13  **A.**   That's the little number?

14  **Q.**   Yeah.  The transcripts binder.  It says "Previous

15  Testimony" on the cover that -- you got it.

16  **A.**   Yeah.  And the little number 158?

17  **Q.**   The little number 158.

18  **A.**   Thank you.

19  **Q.**   Are you there, sir?

20  **A.**   I am.

21  **Q.**   Okay.  And look at line 16 (as read):

22      "**QUESTION:**  Okay.  Do you remember any discussion amongst

23      GLT members about whether to include Nintendo in metrics

24      regarding console share?

25      "**ANSWER:**  We have had those discussions.

**SPENCER - DIRECT / WEINGARTEN**

1    ▪**QUESTION:**  Was there a period of time when Nintendo was

2    not included in Gen 9 share metrics, like how we saw it

3    was not included?

4    ▪**ANSWER:**  Yes.

5    ▪**QUESTION:**  Okay.  Why was that?

6    ▪**ANSWER:**  My belief is the biggest drivers because

7    PlayStation 5 and Xbox Series X and S all launched on the

8    same effective date.

9    ▪**QUESTION:**  Why would that lead you and the GLT to not

10   include Nintendo in calculations of share for console?

11   ▪**ANSWER:**  Because PlayStation 5 and Xbox Series X are at

12   the same place in their life cycle in the consumer

13   market."

14   **A.**   That's correct.

15   **Q.**   That was your testimony; correct?

16   **A.**   Yes.

17   **Q.**   And it was truthful and accurate?

18   **A.**   It was.

19   **Q.**   Okay.  Thank you.

20        Now, you mentioned a minute ago in your testimony that

21   there are times when you include PlayStation 5, the Xbox series

22   consoles, and Switch in the share metrics; right?

23   **A.**   That's correct.

24   **Q.**   And you do that and you include all three and not just the

25   Xbox series and the PlayStation 5 when you're trying to show a

SPENCER - DIRECT / WEINGARTEN

1  global perspective of Xbox's relevance; right?

2  **A.**   That's not right.

3  **Q.**   Okay.  Could you please turn, the same page actually,

4  little number 161?

5  **A.**   (Witness examines document.)  Yes.

6  **Q.**   If you look at line 6 (as read):

7     "**QUESTION:**  Did there come a time where Nintendo was added

8     back into the share calculation for console along side X,

9     S, and PS5?

10    "**ANSWER:**  There are times when we show all three and

11    there's times when we show two.

12    "**QUESTION:**  Any overall factors you can tell us as to when

13    you show all three versus showing just Xbox and

14    PlayStation 5?

15    "**ANSWER:**  When we're trying to show an accurate global

16    perspective of our relevance, we would show all three."

17    That testimony was truthful and accurate when you gave it?

18 **A.**   Yes.

19 **Q.**   Okay.  Would you agree that in the United States Xbox's

20 market share versus Sony has traditionally been more

21 competitive than in Europe?

22 **A.**   We've been behind Sony the whole time in the U.S.

23 **Q.**   Would you agree, sir, in the United States Xbox's market

24 share versus Sony has traditionally been more competitive than

25 in Europe?

**SPENCER - DIRECT / WEINGARTEN**

1   A.   Than in Europe, it is, yes.

2   Q.   Let's take a look in your binder --

3        THE COURT:   Is this a good time to take our break?

4        MR. WEINGARTEN:   Certainly, Your Honor.   Whatever is

5   convenient for the Court.

6        THE COURT:   All right why don't we take our 15-minute.

7   Morning break.

8        MR. WEINGARTEN:   Thank you.

9             (Recess taken at 10:05 a.m.)

10           (Proceedings resumed at 10:20 a.m.)

11       THE COURT:   Okay.   You may resume.

12       MR. WEINGARTEN:   Thank you, Your Honor.

13  BY MR. WEINGARTEN:

14  Q.   I want to talk to you a little bit now, Mr. Spencer, about

15  Sony and the so-called console wars; right?   You're familiar

16  with the "term console wars"?

17  A.   Yes, I am.

18  Q.   Okay.   And that roughly refers to the intense competition

19  in the console space in the United States?

20  A.   I actually think it probably more reflects the fans of the

21  different platforms and the social commentary more maybe akin

22  to like sports fans for their local team.

23  Q.   Do you think that Microsoft Gaming's Xbox lost the console

24  wars?

25  A.   As the console wars is a social construct with the

**SPENCER - DIRECT / WEINGARTEN**

1    community, I would never want to count our community out.

2    They're big fans.  If you look at our market share in the

3    console space over the last 20-plus years, we're in third

4    place.  We've remained in third place for quite a while.  I

5    think it's hard to look at our position now and see us in

6    anything other than in third place.

7    **Q.**   And part of the reason what that means in practical effect

8    is the Xbox just didn't sell as much as, say, Sony?

9    **A.**   Yeah, we're behind Sony and Nintendo in console share

10   globally.

11   **Q.**   Okay.  Could you please turn in your binder to PX1145,

12   please?

13   **A.**   This is in the documents binder; correct?

14   **Q.**   Yes, sir.  Thank you.

15   **A.**   (Witness examines document.)  I have it.

16   **Q.**   Okay.  This is an e-mail chain between you and Mr. Tim

17   Stuart; right?

18   **A.**   Yes, it is.

19   **Q.**   Mr. Stuart is the CFO of Microsoft Gaming; right?

20   **A.**   Yes, he is.

21   **Q.**   And this is an e-mail chain dated December 4th, 2020?

22   **A.**   Yes, it is.

23   **Q.**   And that's right around the time that the Xbox series

24   consoles launched; right?

25   **A.**   Yes.

1  Q.   Okay.  And the bottom e-mail on page 1 is the start of the

2  chain.  It's a lengthy, lengthy e-mail from you to

3  Mr. Spencer [sic] with the subject "Xbox Console Volume";

4  right?

5  A.   Yes.

6  Q.   Do you remember what month in 2020 the Xbox Series X and S

7  launched, roughly?

8  A.   November.

9  Q.   Okay.  So this is just right after the launch then; right?

10  A.   Yes.

11  Q.   Could you please turn to page 002?  And this paragraph,

12  the second paragraph, is highlighted so don't say it out loud.

13  I want you to look at the first sentence that says "I believe."

14  Do you see that?

15  A.   I do.

16  Q.   Can you read that sentence to yourself?  And I'm going to

17  ask you if that sentence was truthful and accurate when you

18  made it.

19  A.   (Witness examines document.)  Yeah, I wrote that to Tim

20  believing I was being truthful.

21  Q.   Okay.  And if you would please look at the -- one, two,

22  three -- fourth sentence.  It says "Sony."  Don't read the

23  rest.  Do you see that?  And then it ends up with the word

24  "coming," that sentence?

25  A.   It ends with the word "coming," yeah, I see that.

**SPENCER - DIRECT / WEINGARTEN**

1  **Q.**   Okay.  So read that sentence to yourself, please.

2      And you also believed that when you wrote it to Mr. Stuart

3  at the time of the launch; right?

4  **A.**   I did.

5  **Q.**   Okay.  And you believed it at the time?

6  **A.**   I believed it at the time.

7  **Q.**   Okay.  Fair to say that you view Sony as an aggressive

8  competitor?

9  **A.**   Yeah, Sony is the market leader with considerable

10  capability and an aggressive competitor and leader.

11  **Q.**   Okay.  And in your view, the Sony PlayStation platform is

12  hostile to Xbox's survival?

13  **A.**   Yeah.

14  **Q.**   Okay.  And in your view, shipping more content on a

15  platform that is hostile towards Xbox's survival feels like

16  you're enabling an aggressive competitor to further damage you;

17  right?

18  **A.**   Every time we ship a game on PlayStation going back to the

19  70/30 revenue split that we discussed, Sony captures 30 percent

20  of the revenue that we do on their platform, and then they use

21  that money, among other revenue that they have, to do things to

22  try to reduce Xbox's survival in the market.

23  **Q.**   So there's a lot of competition between Sony and Xbox;

24  right?

25  **A.**   We try to compete; but as I said, over the last 20 years,

1  we've failed to do that effectively.

2  **Q.**   And it's your view that if you are shipping more content

3  on Sony PlayStation, a platform that's hostile towards Xbox's

4  survival, that would feel like enabling an aggressive to damage

5  you; right?

6  **A.**   It enables them to take the revenue they make off of our

7  products to sign third-party exclusive deals to block games

8  from our platform to price their console at a certain level.

9  So they -- they have the opportunity to use the revenue from

10  the games that we ship on their platform to block Xbox's

11  survival.

12  **Q.**   Let me show you -- if you go to your investigational

13  hearing transcript, please, sir.  It's in the testimony binder.

14  It's the bigger -- it's PX7011.  It's page -- I'll do the big

15  numbers -- 7011-092.

16  **A.**   (Witness examines document.)

17  **Q.**   If you look at little page 363, that's the transcript

18  page, please, line 14.

19      And the question was actually about multiplayer and

20  cross-platform so (as read):

21      ▪**QUESTION:**  Why not have multiplayer games launch also on

22      PlayStation so that folks can have cross-platform play?

23      ▪**ANSWER:**  I believe right now one of the biggest risks to

24      Xbox's survival is that what I've mentioned of Sony paying

25      Teams to exclude Xbox from their shipping platforms.  So

1          if I'm shipping more content on a platform that is hostile

2          towards Xbox's survival, I feel like I'm enabling an

3          aggressive competitor to further damage our aspirations."

4          That was your testimony?

5     A.   It is.

6     Q.   And it's truthful and accurate?

7     A.   Yeah, I think it's in line with what I just said.

8     Q.   And it's about -- and that was in response to a question

9     about having cross-platform games and multiplayer games launch

10    also on PlayStation; right?

11    A.   It was.

12    Q.   Okay.  Now --

13         MR. WEINGARTEN:  Oh, I again forget to -- I apologize,

14    Your Honor.  Can I move to admit PX1145?

15         THE COURT:  Yes, admitted.

16         (Trial Exhibit 1145 received in evidence.)

17         MR. WEINGARTEN:  I will do better.

18    BY MR. WEINGARTEN:

19    Q.   You and your team analyze Sony PlayStation price changes

20    and determine responses accordingly; right?

21    A.   Yeah, we try to compete in the market on price.

22    Q.   Okay.  I want to talk to you about a different market.

23    Let's move off consoles for a second and talk about

24    subscription.

25         Microsoft Gaming tells developers that Game Pass --

**SPENCER - DIRECT / WEINGARTEN**

1  joining Game Pass with their games is accretive to standalone

2  game sales; right?

3  **A.**   We have said that in the past.

4  **Q.**   That's a message that Microsoft Gaming says to developers

5  whom it wants to put their games on Game Pass; right?

6  **A.**   It is a message we've used in the past when we're

7  describing Game Pass to developers.  Now our message is more

8  around the financial investment that we can make in their

9  creative to help support them doing innovative things with

10  their games.

11  **Q.**   Okay.  And you would agree that fundamentally Game Pass is

12  a reach bet to get off of console fueled by console users as an

13  early catalyst?

14  **A.**   Game Pass is a business model that we think has more reach

15  capability than $70 retail games, yeah.

16  **Q.**   And it's a bet to get off of console; right?

17  **A.**   It is definitely a bet to get to every endpoint where

18  somebody wants to play.

19  **Q.**   To do that you have to get off console with Game Pass;

20  right?

21  **A.**   We would include console.  We see console as part of our

22  future so I would -- I would talk about it more as expanding

23  beyond just console; but off console kind of presumes that we

24  would leave console, which isn't our goal with Game Pass.

25  **Q.**   Okay.  Can you please turn in your deposition transcript

1   to the little page 225, transcript page 225.  And I'm going to

2   look at line 8, please, on little page 225.

3   **A.**   (Witness examines document.)

4   **Q.**   Let me know when you're there.  Sorry.

5   **A.**   Yeah.  Sorry.

6   **Q.**   Take your time.

7   **A.**   (Witness examines document.)  I'm on 225.

8   **Q.**   Okay.  Look at little -- look at line 8, please.  That's

9   me asking you a question (as read):

10          "You write 'Fundamentally GP is a reach bet off of

11          console fueled by console users as an early catalyst.'

12          Still agree with that?"

13          And your answer was "Yes."

14          Was that truthful and accurate testimony when you gave it?

15  **A.**   Yes.

16  **Q.**   Okay.  And "GP" there means Game Pass?

17  **A.**   It does.

18  **Q.**   Game Pass is a reach bet off of console?

19  **A.**   I would include console.  Game Pass is available on

20  console.  So it -- Game Pass is available on console PC, so

21  it's inclusive of all of those.

22  **Q.**   Okay.  Let's talk about the role of content in

23  subscription services like Game Pass.

24          It is your view that Microsoft needs a predictable cadence

25  of AAA launches in its products and services; right?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   For our customers I think having games that our customers

2   are anticipating that they know the ship dates for, that they

3   can see into the future, is an important part of their

4   investment in our platform.

5   **Q.**   So is the answer to my question "Yes"?

6   **A.**   I think I affirmed your question, yes.

7   **Q.**   And it is your view that Microsoft needs AAA content to

8   drive acquisition of users across its services?

9   **A.**   We need AAA content, yes.

10  **Q.**   You need AAA content to drive acquisition of users?

11  **A.**   Acquisition and retention.

12  **Q.**   Of users?

13  **A.**   Of users.

14  **Q.**   Of the products and services that Microsoft offers?

15  **A.**   Products and services that Microsoft offers, yes.

16  **Q.**   Thank you.

17       And adding more content to Game Pass subscription service

18  is one of the things that you believe will increase the number

19  of subscribers across many different devices for Game Pass;

20  right?

21  **A.**   As users are making their bet on Game Pass and subscribing

22  and choosing to stay subscribed, great content coming to the

23  subscription we believe is important for that.

24  **Q.**   So adding more content to a subscription service like

25  Game Pass increases the number of subscribers; right?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   That's our goal.

2   **Q.**   And subscriber scale, meaning the number of subscribers,

3   is imperative for a successful subscription service in gaming;

4   right?

5   **A.**   Having a large number of subscribers is important to our

6   subscription success, yes.

7   **Q.**   In fact, having scale and subscribers is imperative, in

8   your view, to success in gaming subscription; right?

9   **A.**   Yes.

10  **Q.**   Have you ever expressed the view that you want to make it

11  clear to Google, Amazon, and others that they will not catch up

12  to Microsoft in gaming at all, not just in subscriber numbers?

13  **A.**   For us gaming is a capability that Microsoft has where we

14  want to continue to extend our capability and show leadership

15  relative to potential competitors or today's competitors.

16  **Q.**   And I appreciate that, but my question was:  Have you ever

17  said that you want to make it clear to Google and Amazon that

18  they will not catch up to Microsoft in gaming all in, not just

19  in terms of subscribers even?

20  **A.**   Yeah, I believe I've said that.

21  **Q.**   Okay.  And have you also -- do you also believe that

22  content is part of the differentiator for Microsoft versus

23  Google and Amazon in subscription?

24  **A.**   Gaming content is today, yes.

25  **Q.**   So I'll make it more clear.  I thank you for the

1    correction.

2         Gaming content is a differentiator for Microsoft versus

3    Google and Amazon in video game subscription services; right?

4    **A.**   It is today, yes.

5    **Q.**   Just briefly on -- we've heard a lot of testimony, you've

6    been here for it, about AAA games; right's.

7         There are relatively few AAA titles released in a year

8    relative to the total number of titles released in gaming in a

9    year; right?

10   **A.**   Yeah.  Given -- yes.  Given the number of independent

11   titles that are developed in the market, the number of -- I

12   think you can equate maybe Blockbuster that is used in movies

13   with AAA games -- that AAA games are a small part of the

14   overall game releases in a given year.

15   **Q.**   There may be 10 to 20 AAA games out of 300 or 400 total

16   console game titles that are released?

17   **A.**   I don't have those exact numbers in my head, but there are

18   a lot more independent and smaller games than there are AAA

19   games developed in a year.

20   **Q.**   Okay.  Let's take a look, please, at your investigational

21   hearing transcript page 38.  It's the little 38.  So

22   PX7011-011.  Those are the big numbers at the bottom.  And then

23   it's investigational hearing transcript page 38.

24   **A.**   (Witness examines document.)  I'm on that page.

25   **Q.**   And the question I'm interested in starts at line 22 (as

SPENCER - DIRECT / WEINGARTEN

```
 1  read):
 2        "QUESTION:  How many AAA games do you think come out in a
 3        year -- in a given year in your experience?
 4        "ANSWER:  I would say there's -- there are probably 10 to
 5        20 AAA games in a given year -- calendar year.
 6        "QUESTION:  And how many games -- let's say, console --
 7        how many console games do you think launch -- titles
 8        launch in a given year, give or take?
 9        "ANSWER:  300 to 400."
10        Those are the estimates you gave under oath; right?
11  A.    In October of '22, yes.
12  Q.    Okay.  And that was truthful and accurate when you gave
13  it?
14  A.    That was the best of my guess in October of '22, yes.
15  Q.    Okay.  Let's talk a little bit more about content.
16        Every year the Gaming leadership team publishes to the
17  gaming organization a strategy document; right?
18  A.    We try to.  I think there's some years we've missed but,
19  yes, we try to.
20  Q.    And the annual strategy document presents the annual
21  strategy and shows a view on the long-term trends in the
22  business; right?
23  A.    Yeah.  It's the document we try to use to align the team
24  behind the strategy.
25  Q.    Please turn in your binder to PX1065.
```

SPENCER - DIRECT / WEINGARTEN

1   **A.**   This is the document binder; right?

2   **Q.**   Yes, sir.  The other one.

3   **A.**   (Witness examines document.)  I'm at the document.  Or

4   it's a mail exchange; right?

5   **Q.**   Yeah.  The first cover is an e-mail exchange, and the top

6   e-mail is from Mr. Hampton to some listserv called "Gaming

7   Business Planning and Strategy."  And the next e-mail down is

8   from you to, among others, Ms. Hood and Mr. Nadella; right?

9   **A.**   It is.

10  **Q.**   All right.

11        **MR. WEINGARTEN:**  Move to admit PX1065, please.

12        **THE COURT:**  Admitted.

13     (Trial Exhibit 1065 received in evidence.)

14  **BY MR. WEINGARTEN:**

15  **Q.**   Now, this is a strategy document that's about a particular

16  potential acquisition; right?

17  **A.**   It is.

18  **Q.**   Okay.  But you attached a memo describing gaming strategy

19  at this time to some pretty senior executives, including Amy

20  Hood and Mr. Nadella; right?

21  **A.**   Yes.

22  **Q.**   And I want to turn you, please, to page 017 and it's

23  bullet point 9.2, and it says "Xbox Game Pass State of the

24  Union."  So this is you're giving Ms. Hood and Mr. Nadella an

25  overview here; right?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   It's hard to read it this way.  This is the strategy

2   document that was attached to the e-mail.  So this is the

3   strategy document that we used for the entire org and we

4   attached it so Amy and Satya would have access to this

5   document, yes.

6   **Q.**   Great.

7       And if you look at number 1 -- well, right above the

8   number 1, it says (as read):

9           "To that end, Xbox Game Pass faces three primary

10      content dynamics."

11      And the number one dynamic listed is "Need for

12  differentiated content," and then you're explaining to Ms. Hood

13  and Mr. Nadella that (as read):

14          "For gaming, 'differentiated content' means investing

15      in content that is, one, exclusive to the service to

16      differentiate relative to other services; two, blockbuster

17      in scale to attract and engage users; and, three, released

18      on a day-and-date basis; i.e., releases in the service on

19      the day it launches to maximize the value of the content

20      to subscribers."

21      Do you see that?

22  **A.**   I do see that.

23  **Q.**   That's the definition of "differentiated content" that you

24  gave to Ms. Hood and Mr. Nadella?

25  **A.**   It was in the strategy document that was attached to the

**SPENCER - DIRECT / WEINGARTEN**

 1 | other request, yes.

 2 | **Q.**   Do you see number 2 there, "Expanding Beyond Console"?

 3 | **A.**   I do.

 4 | **Q.**   Do you see how it says "PC and cloud dramatically expand

 5 | our market opportunity"?

 6 | **A.**   Yes, I see that.

 7 | **Q.**   So PC gaming and cloud gaming will dramatically expand the

 8 | opportunity for Microsoft beyond its traditional areas like

 9 | console; right?

10 | **A.**   This is in a subsection talking about Game Pass, so

11 | talking about where Game Pass can find new users.

12 | **Q.**   And then the next point, number 3, is "Limited content

13 | supply," and it says (as read):

14 |         "Different than other entertainment markets, the

15 |     supply of attractive games is structurally limited."

16 |     Do you see that?

17 | **A.**   I do see that.

18 | **Q.**   Okay.  You told that point to Ms. Hood and Mr. Nadella in

19 | this document also; right?

20 | **A.**   Yeah.  It's in the same document, yes.

21 | **Q.**   You can put that aside, please.

22 | **A.**   Okay.

23 | **Q.**   I want to talk to you a little bit about Activision

24 | content.

25 |     Activision is a publisher of AAA games?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   Activision is a publisher of AAA games on console, PC, and

2   mobile games, which we don't usually use the -- the users don't

3   usually use AAA when discussing mobile games.  So they -- they

4   develop games across all three platforms.  Some of them are AAA

5   games.

6   **Q.**   Okay.  Call of Duty is a AAA game; correct?

7   **A.**   I would consider Call of Duty a AAA game.

8   **Q.**   I want to take you back in time, we're not going to do

9   details in open court, but take you back to 2020 when Microsoft

10  Gaming and Activision were negotiating to get Call of Duty onto

11  the Xbox X and S in time for the launch of those products.  Do

12  you remember that?

13  **A.**   I do remember.

14  **Q.**   Okay.  And Microsoft made an offer -- let me see how I

15  want to do this.

16          **MR. WEINGARTEN:**   One second, Your Honor, while I try

17  to figure out to work around?

18          **THE COURT:**   Of course.

19          **MR. WEINGARTEN:**   Thank you.

20                        (Pause in proceedings.)

21  BY MR. WEINGARTEN:

22  **Q.**   Okay.  There were different offers for Activision with

23  respect to where their content would be located; right?  So

24  console revenue share would be different than PC share;

25  correct.  I can't say the numbers.

**SPENCER - DIRECT / WEINGARTEN**

1    **A.**    Well --

2    **Q.**    I don't want to say the numbers.

3    **A.**    -- I appreciate us not saying the numbers in the room.

4    **Q.**    Yeah.

5    **A.**    I'm --

6    **Q.**    I'll try it better.

7    **A.**    Okay.

8    **Q.**    In negotiating with Activision, Microsoft put forward a

9    proposal about a revenue share for revenues on Activision

10   content sold on the console; right?

11   **A.**    That would be part of the proposal that we would make to a

12   partner, yes.

13   **Q.**    You also put forward a proposal for a revenue share for

14   content sold for PC games; right?

15   **A.**    I don't remember that specifically, but it would be a

16   normal part of us working with a partner.

17   **Q.**    Okay.  Let's look at page 118 -- well, it's the IH

18   transcript, your investigational hearing.  It's that PX7011 and

19   it's the page PX7011-031, page 118 and 119 of the little

20   transcript pages.

21   **A.**    I'm on the page.

22   **Q.**    Okay.  And look at page 118, lines 14 to 16.  Your answer

23   continues to 18, but I'm trying to get to the numbers here.  Do

24   you see that?

25   **A.**    I do see 118, yes.

**SPENCER - DIRECT / WEINGARTEN**

1   **Q.**   And you see lines 14 to 17?

2   **A.**   Yes.

3   **Q.**   It says "On," question "On"?

4   **A.**   Yeah.

5   **Q.**   Okay.  So that first clause "On" and it talks about the PC

6   store, that's the revenue split that Microsoft offered to

7   Activision for games in the PC store; right?

8   **A.**   I believe that's true, yes.

9   **Q.**   If you look at the second split in that question, it says

10  (as read):

11          "We talked earlier about the rationale for sometimes

12      offering blank economic split."

13      Do you see that?

14  **A.**   I do.

15  **Q.**   Okay.  That's the traditional economic split that

16  Microsoft offers for PC store?

17  **A.**   That Microsoft does, yes.

18  **Q.**   Okay.  So if you look at the top number, that's what was

19  offered to Activision, the bottom number on line 16 is the

20  traditional customary split; right?

21  **A.**   It looks to be true, yes.

22  **Q.**   Okay.  And let me try it this way.

23      Look at page 126, please, of your investigational hearing,

24  same document, just transcript page 126.  Sorry.  Transcript

25  page.

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   I'm there.

2   **Q.**   Okay.  Look at lines 8 through 12.

3        Okay.  So that's a contrast of the splits for the console

4   piece; right?  "The first number is so at blank," that blank is

5   the offer?

6   **A.**   It is.

7   **Q.**   And the next one is the customary; right?

8   **A.**   It is.

9   **Q.**   70/30 is the customary.  And your testimony was that the

10  offer split that was made to Activision, and you see what you

11  said about it?

12  **A.**   I do.

13  **Q.**   Was that truthful and accurate?

14  **A.**   It was.

15  **Q.**   Okay.  And you were willing to make that kind of offer

16  that would have had that impact that you're describing on 126,

17  lines 10 to 13, because you had to make the economics good

18  enough for Activision to not skip Xbox X and S; right?

19  **A.**   That was the threat.

20  **Q.**   Okay.  And you were willing to do that kind of offer with

21  those effects because you could not afford to have Activision

22  skip Xbox console with key franchises; right?

23  **A.**   I would say it's too simplistic to talk about an

24  individual title.  In the overall Xbox trying to compete with

25  the competitive platforms, there were a number of third-party

1   games that the competition was paying to exclude Xbox which had

2   already been announced.  One of those games launched this week,

3   Final Fantasy XVI not coming to Xbox.

4        So knowing that we have a competitor who is actively

5   signing third-party games to skip our platform, it became more

6   important for us, for our customers, and for continued sales of

7   our console that we're able to secure third-party games onto

8   our platform inclusive of Call of Duty.

9   **Q.**   Okay.  And so because of a fear that Sony might pay

10  Activision to skip Xbox console with a key franchise, you had

11  to make an offer to get that content?  You needed that content

12  for Xbox; right?

13  **A.**   We needed to do a lot of work with a lot of partners given

14  the competitive situation we had against the market leader.

15  **Q.**   And if you own content, you don't have to pay it to be

16  exclusive on Xbox anymore, do you?  You don't pay the companies

17  that are already part of Microsoft, do you?

18  **A.**   We pay them a salary but, yes, we don't pay them.

19                          (Laughter)

20        **THE WITNESS:**  We don't pay for exclusivity on our own

21  platform.

22  **BY MR. WEINGARTEN:**

23  **Q.**   That factor falls out once you actually own the company;

24  right?

25  **A.**   There is an overall profitability of a title so we're

1    obviously paying the employees to work on the game, to market

2    the game.

3         So when you exclude platforms, it does hurt the financial

4    return on the individual game that you're working on; but it --

5    yes, it's obviously true that there's no other entity that

6    you're having to pay directly.

7    **Q.**   Okay.  And one of the benefits of owning content in

8    gaming, from your perspective, is that it enables Microsoft to

9    be the decision maker about what platforms that gaming content

10   will appear on; right?

11   **A.**   What I would say more recently is that with a competitor

12   who's paying third parties to skip our platform, that we felt

13   it's necessary for us to secure ownership of more content so we

14   can have more input into that content on our platform and in

15   our subscription.

16        I think ZeniMax is a great example; that when we acquired

17   ZeniMax, one of the impetus for that was that Sony had done a

18   deal for Deathloop and Ghostwire, as came up yesterday, to pay

19   effectively Bethesda to not ship those games on Xbox.

20        So the discussion about Starfield, when we heard that

21   Starfield is potentially also going to end up skipping Xbox, we

22   can't be in a position as a third-place console that -- where

23   we fall further behind on our content ownership.  So we've had

24   to secure content in order to remain viable in the business.

25   **Q.**   Right.  And my question was a little -- maybe I was

1  inartful, but I meant it to be more simple.

2       Another benefit of owning content in gaming from your

3  perspective is that it enables Microsoft to be the decision

4  maker about what platforms that content appears on; right?

5  **A.**   That's one of the benefits, yes, it is.

6  **Q.**   Okay.  And in your entire time -- how long have you been

7  at Xbox?

8  **A.**   I started at Xbox in 2001.

9  **Q.**   Okay.  In the entire time that you've been at Xbox,

10  there's always been discussions about the role of exclusives

11  and the impact of exclusives on Xbox platform sales; right?

12  **A.**   It is -- it's been a topic, yes, over the two decades that

13  Xbox has been in the business.

14  **Q.**   And you've had discussions in your role in Xbox about the

15  financial implications of not shipping on other platforms,

16  including not shipping on PlayStation; right?

17  **A.**   The discussion's a little more complete than just not

18  shipping on Xbox.  A decision we make with all of our games is

19  to ship on Xbox and Windows PCs, and there's a financial upside

20  when we ship on Windows PCs.  It has an impact on potentially

21  somebody buying an Xbox because obviously you can play the game

22  on PC.  So we have complete discussions about where content

23  will show up in the overall return to us.

24  **Q.**   Well, you've had conversations and participated in

25  conversations, at either the senior leadership team for all of

1    Microsoft or the Gaming leadership team for gaming, about the

2    economic costs and benefits of Microsoft Gaming skipping

3    PlayStation with a title; right?

4    **A.**    That would be more of a Gaming leadership team discussion

5    than it would be a Microsoft senior leadership team discussion.

6    **Q.**    And those discussions about the economic costs and

7    benefits of Microsoft skipping PlayStation with a title have

8    happened; right?

9    **A.**    Again, I'd just say when we're thinking about where a

10   title is, we're thinking about the overall financial impact of

11   us shipping a title inclusive or exclusive of certain

12   platforms.

13   **Q.**    Let's look, please, in your investigational hearing

14   transcript, it's PX7012.  This is Volume II of the transcript,

15   7012, and it's page 013 of PX7012.

16   **A.**    (Witness examines document.)  I'm on the page.

17   **Q.**    Okay.  Little transcript page 441, I started to ask a

18   question.  I screwed it up so I asked a better one I hope.

19   Line 25 (as read):

20        **"QUESTION:**  I want to understand more about" -- and it

21        continues.  Do you see that? -- "Other than just general

22        discussions about shipping on platforms, have you talked

23        about, at either SLT or GLT, the economic costs and

24        benefits to Microsoft Gaming of skipping PlayStation with

25        a title?"

SPENCER - DIRECT / WEINGARTEN

1      Your answer was "Ever?"  And I clarified "Yes."  And you

2  said (as read):

3      **"ANSWER:**  We have had discussions about the financial

4      implications about not shipping on other platforms.

5      **"QUESTION:**  Including not shipping on PlayStation?

6      **"ANSWER:**  Including not shipping on PlayStation."

7      That was your testimony?

8  **A.**   Yes.

9  **Q.**   Truthful and accurate when you gave it?

10 **A.**   It is.

11 **Q.**   Okay.  You've also participated in conversations at

12 Microsoft about whether to skip PlayStation with Microsoft

13 first-party titles; right?

14 **A.**   Sorry.  Maybe I misunderstood.  I thought the last

15 discussion was about first-party titles.

16 **Q.**   Okay.  Good.  So then we've had those -- you have had

17 those conversations; right?  We established that?

18 **A.**   Yes.

19 **Q.**   Okay.  But you don't remember anything specific about

20 those conversations?

21 **A.**   We have discussions, and I think the -- our back and forth

22 four months ago on this was similar where you put a context.

23 We have overall discussions about the financial impacts of a

24 piece of content inclusive of what platforms it ships on.

25      If what you want is a specific of the PlayStation

1    component of an overall analysis, I obviously have a general

2    recollection; but if it's going to be about a specific number,

3    I'll probably need a document to look at.

4    Q.   Well, you can't provide any more -- I appreciate your

5    testimony about the conversations that have happened, but you

6    can't remember or can't provide any more detail than what we

7    just discussed about those conversations; correct?

8    A.   I could talk longer about it if we want to.

9                        (Laughter)

10   BY MR. WEINGARTEN:

11   Q.   All right.  Look at your -- same page of your

12   investigational hearing transcript, page 443, line 17, question

13   was (as read):

14           "Can you provide me any more detail about those

15        conversations?"

16        And your answer was (as read):

17           "Only -- only to say that my entire time at Xbox

18        there's always been a discussion about the role of

19        exclusives and the impact on our platform sales."

20        So that was your answer then; right?

21   A.   It was.

22   Q.   Okay.  And that was truthful and accurate; right?

23   A.   It was.

24   Q.   Now, you've told a colleague before that you actually

25   don't see a point in putting out individual games on other

SPENCER - DIRECT / WEINGARTEN

1    platforms; right?

2    **A.**   I'm -- I guess -- have I told a colleague before?

3    **Q.**   That you do not see a point in putting individual games on

4    other closed platforms.

5    **A.**   Ah, sorry.  Yes.

6    **Q.**   Okay.  That's not a one-off statement.  You've said that

7    other times likely; right?

8    **A.**   I have.

9    **Q.**   All right.  You've had conversations at Microsoft about

10   skipping PlayStation with Activision titles; right?

11   **A.**   I think when we're looking at the -- any content we own,

12   we should look at all the capabilities that we have with the

13   content.

14   **Q.**   So you've had conversations with -- at Microsoft about

15   skipping PlayStation with Activision titles?  Yes or no.

16   **A.**   I don't remember a specific conversation, but I could --

17   it would seem like a normal conversation for us to have.

18   **Q.**   Let me -- let me refresh your recollection then.  Take a

19   look at page 465, same transcript, look at line 7 on little

20   transcript page 465.  Do you see that?  Look at 7 to 12.  Read

21   that to yourself.

22   **A.**   (Witness examines document.)  Yes.

23   **Q.**   Does that refresh your recollection that you have had

24   conversations at Microsoft about skipping PlayStation with

25   Activision titles?

1   **A.**   Yes.

2   **Q.**   So you have had those conversations?

3   **A.**   I remember having -- well, I don't remember the specific

4   conversations, but we would have had conversations about that.

5   **Q.**   Okay.  So to be clear, you do remember that there are

6   conversations about whether to skip PlayStation with Activision

7   content, but you don't remember any of the detail?

8   **A.**   I remember the result we came up with, which was the

9   financial model that we presented to the board, which included

10  shipping the games on PlayStation.

11  **Q.**   Okay.  And other than that, you don't remember the details

12  of any of the conversations about skipping PlayStation with

13  Activision content?

14  **A.**   Only the final result, which was that we would continue to

15  ship on PlayStation.

16  **Q.**   Okay.  And that's the final result that was put into the

17  Denali model in the board deck?

18  **A.**   Yes.

19  **Q.**   Let's talk about the model a little bit.

20        When evaluating an acquisition --

21        **MR. WEINGARTEN:**  Your Honor, do you want to pause for

22  a second?

23        **THE COURT:**  No.

24        **MR. WEINGARTEN:**  Oh, sorry.

25  \\\

**SPENCER - DIRECT / WEINGARTEN**

1   BY MR. WEINGARTEN:

2   **Q.**   When evaluating an acquisition, Microsoft looks at both

3   the economic value and the strategic value; correct?

4   **A.**   Yes, we do.

5   **Q.**   And the economic value is what is the near-term financial

6   return have to be to justify the valuation given; right?

7   **A.**   Yes.

8   **Q.**   Okay.  And the economic value is about what you pay to

9   acquire an asset, but that's not the same as the strategic

10  value of the asset to Microsoft; right?

11  **A.**   The strategic rationale and the financial rationale are

12  two different discussions.

13  **Q.**   And do you agree that it may be the case that an asset has

14  significant strategic value that may, in fact, outweigh the

15  economic value?  Correct?

16  **A.**   I think they're both evaluated in their acquisition.

17  **Q.**   Well, but it may be the case that an asset has such

18  significant strategic value that it may outweigh the economic

19  value; right?

20  **A.**   In my experience, we would be encouraged to find the

21  results of that strategic value in an economic model that we

22  would be able to present.

23  **Q.**   Okay.  Well, I think we discussed that those are two

24  different things, the economic and the strategic; right?

25  **A.**   They are.

**SPENCER - DIRECT / WEINGARTEN**

1  Q.   They don't always -- there's no mathematical necessarily

2  equivalence between them; right?

3  A.   The strategic rationale that we use is to look at a -- the

4  opportunity relative to the company strategy and in our case

5  the gaming strategy.  So how does any opportunity relate to the

6  strategy that we're on; and then the financials analysis, the

7  final go/no go that you talked about with Jamie is the

8  financial implications of us acquiring an asset.

9  Q.   Okay.  And the strategic value can differ from the

10  economic value?  They're two components?

11  A.   There isn't a value on the strategic.  It's a strategic

12  analysis.  So it's more of a commentary on how this asset fits

13  into the strategy that we have.

14      So it -- there isn't a numeric number that is the output

15  of the strategic value.  So there's no value-to-value

16  comparison between the two documents.

17  Q.   Okay.  Let's take a quick look, sir.  I want to talk to

18  you about -- more about some exclusives.

19      Can you turn in your binder -- this is the document

20  binder -- to PX1898, please?

21      Now, we've heard some talk here in the case that you've

22  been present for about Minecraft.  This is a chat -- PX1898 is

23  a chat between you and a Mr. -- I assume it's a Mr. Nichols or

24  Ms. Nichols of Microsoft?

25  A.   It's Mr. Nichols.

SPENCER - DIRECT / WEINGARTEN

1    **Q.**   I see Mike Nichols, okay.

2    **A.**   Yes.

3    **Q.**   And this is a chat that you had in 2019 with Mr. Nichols;

4    right?

5    **A.**   It is.

6            **MR. WEINGARTEN:**   Move to admit PX1898, please,

7    Your Honor.

8            **THE COURT:**   Admitted.

9        (Trial Exhibit 1898 received in evidence.)

10   **BY MR. WEINGARTEN:**

11   **Q.**   And you -- Mr. Nichols writes to you (as read):

12           "I'm of the mind that Dungeon ought to be Xbox and PC

13        only" --

14        Dungeons is a Minecraft game?

15   **A.**   Minecraft Dungeons, yes.

16   **Q.**   And he says (as read):

17        -- "i.e., where you can buy Game Pass, and we should

18        hold on Nintendo and PlayStation.  I was not aware of

19        that part of the plan, and will talk to the team about

20        it but wanted you to know."

21        And you wrote "I agree."  You wrote that?

22   **A.**   I wrote "I agree" and the game ended up shipping on all

23   the platforms listed there.

24   **Q.**   You agreed at that point in time that Microsoft should

25   hold on Nintendo and PlayStation; right?

**SPENCER - DIRECT / WEINGARTEN**

1  **A.**  I agreed in a chat with Mike Nichols.  We ended up

2  shipping Minecraft Dungeons on all platforms.

3  **Q.**  Let's take a look at another one.  Can you look, please,

4  at PX1895?

5  **A.**  (Witness examines document.)

6  **Q.**  This is from 2020 now.  The previous one was 2019.  This

7  is a 2020 e-mail.  I will wait for you to get there.

8  **A.**  I'm there.

9  **Q.**  Okay.  PX1895 is an e-mail between you and Mr. Booty and

10  Ms. Bond.  Do you see that?

11  **A.**  I do.

12  **Q.**  Okay.  And it was -- this is from March 31st, 2020.  Do

13  you see that?

14  **A.**  I do.

15        **MR. WEINGARTEN:**  Move to admit PX1895, please.

16        **THE COURT:**  Admitted.

17     (Trial Exhibit 1895 received in evidence.)

18  **BY MR. WEINGARTEN:**

19  **Q.**  Now, I can't read it out loud, but let's start with the

20  second paragraph.  Do you see where it says "To me"?

21  **A.**  I do.

22  **Q.**  And you were aware of an arrangement -- I don't think this

23  part's confidential -- an arrangement with Sony to pay

24  Activision -- to give Activision some timed exclusivity with

25  Call of Duty on PlayStation 4?

SPENCER - DIRECT / WEINGARTEN

1    A.    Yeah.   It's a practice that's still in place today.

2    Q.    Okay.   So the game gets out earlier on PlayStation 4 and

3    only comes to an Xbox later?

4    A.    The advantage is that PlayStation customers get with Call

5    of Duty today are different than that, but there are still

6    advantages that Sony pays for.

7    Q.    Right.   And at the time of this e-mail, it was your

8    understanding that Sony was paying Activision to get Call of

9    Duty on PlayStation 4 earlier than it would come to Xbox?

10   A.    Yes.

11   Q.    Okay.   And then you have a comment in that contrasting

12   that with something you're doing with Minecraft; right?

13   A.    That's right.

14   Q.    Okay.   And can you remind the Court, please, what day and

15   date means?   When you say that last clause, what does that mean

16   when something is day and date?

17   A.    I don't see the clause "day and date," but when we talk

18   about day and date, it's the day a game ships.

19   Q.    So --

20         THE COURT:   The same day, Xbox and PlayStation?

21         THE WITNESS:   Yes.

22   BY MR. WEINGARTEN:

23   Q.    And so you're contrasting what Sony is doing with what

24   you're doing.

25         And the next paragraph you talk about a particular

**SPENCER - DIRECT / WEINGARTEN**

1  strength that you believe Microsoft has, and you have some

2  regrets about the limitations of that strength; right?

3  **A.**   I'm talking about how we're using our content.

4  **Q.**   Okay.  Those are the words you wrote there.  I can't read

5  them, but those are your words; right?

6  **A.**   The word "regret" there is reflecting on our overall

7  content strength.

8  **Q.**   Right.  It's limited only to that one title; right?

9  **A.**   Yes.

10  **Q.**   Okay.  And you also think your content strength has to be

11  that thing that you're saying in the rest of that sentence;

12  right?  The part that's before to us, that's what you want your

13  content strength to be; right?

14  **A.**   Out content has to be a strength for our strategy and our

15  platform, yes.

16  **Q.**   Okay.  And it can't just be about -- and then you have

17  some other language there; right?

18  **A.**   Yes.

19  **Q.**   You believed that when you wrote that; right?

20  **A.**   In 2020, yes.

21  **Q.**   Yeah.  So it can't just be about maximizing and then

22  there's that word there?

23  **A.**   Yes.

24  **Q.**   That means putting content on other platforms; right?

25  **A.**   Yes.

**SPENCER - DIRECT / WEINGARTEN**

1  Q.   Okay.  It can't be just about maximizing that, and so you

2  need -- and when you say "us," you mean Microsoft Gaming;

3  right?

4  A.   "Us" would be Micro -- Xbox.

5  Q.   Okay.  "To find ways," and then that's what you want them

6  to find ways to do; right?

7  A.   We have to find ways to use our content.

8  Q.   And that's one of the things you wanted to do with the

9  content in 2020; right?

10  A.   Well, you say we wanted to, but it's not what we did.

11  Q.   Well, your directive to Mr. Booty, who runs first-party

12  studios, and Ms. Bond, who also had a senior role, was "I need

13  us to find ways to," and that's what you wanted them to find

14  ways to do; right?

15  A.   It was a discussion between the three of us which led to

16  us shipping -- in this case continuing to ship Minecraft on all

17  platforms on the same day.

18  Q.   Well, let's talk about that.

19       Minecraft -- strike that.

20       Microsoft has not optimized Minecraft to be played on

21  PlayStation 5; correct?

22  A.   We have not yet optimized Minecraft, the core game, for

23  PlayStation 5.

24  Q.   Actually instead if a PlayStation 5 gamer wants to play

25  Minecraft, they have to play the PlayStation 4 version; right?

1    **A.**    Sony was reluctant to send us development kits for the

2    PlayStation 5 at the same time they were sending development

3    kits to other developers, which put our game at a disadvantage

4    relative to other PlayStation games that were launching, which

5    put us behind in our development of Minecraft on PlayStation 5.

6    **Q.**    When did that happen when those developer kits didn't show

7    up?

8    **A.**    I don't have an exact date in my head.

9    **Q.**    PlayStation 5 launched in 2020 also; right?

10   **A.**    Yes.

11   **Q.**    So it's been three years; right?

12   **A.**    The launch of a -- of the PlayStation and our content not

13   being held at a disadvantage by the platform holder by

14   withholding development kits from us and not from the

15   competitive content creators is a pretty significant -- shows a

16   pretty significant lack of support for us by the platform

17   holder, which hurts our ability to compete.

18   **Q.**    So Sony held back the dev kits and you fought back by not

19   giving them the optimized Minecraft even when you got the dev

20   kits; right?

21   **A.**    All we did with Minecraft was looked at the -- how we

22   maximize the success of Minecraft.  There is a version of

23   Minecraft that runs on the PlayStation 5.  The customers who

24   buy a PlayStation 5 get to use the version they had on their

25   PlayStation 4 so we don't charge them to buy a new version of

1  Minecraft on the new platform.

2      They -- and then with Minecraft, which I know you're aware

3  is a very big product shipping on 20-plus platforms, we have to

4  be very diligent in our use of the resources on Minecraft to

5  make sure that we're doing the best thing for the Minecraft

6  community.

7  **Q.**   I appreciate everything you just said, but it doesn't

8  change the fact that the version of Minecraft that a

9  PlayStation 5 user gets to use is from a PlayStation 4; right?

10  It's a PlayStation 4 version; right?

11  **A.**   The PlayStation 4 version runs on PlayStation 5.

12  **Q.**   And the version that an Xbox user of Minecraft gets to

13  play on the Xbox consoles was optimized for those Xbox

14  consoles; right?

15  **A.**   Yeah.  Our team got the development kits from Xbox in time

16  to get that work done for the launch of Series X and S.

17  **Q.**   That's -- definitely got them in time because Minecraft is

18  part of Microsoft.  You're the same company; right?

19  **A.**   I don't -- I think our -- I think that Sony could have

20  sent the development kits to Microsoft just as easily as they

21  could have sent to any other publisher of games.

22  **Q.**   Oh, even putting that aside, though, Sony didn't send you

23  the kits and so you still haven't optimized Minecraft for

24  PlayStation 5?

25  **A.**   We have used our Minecraft resources in places that we

**SPENCER - DIRECT / WEINGARTEN**

```
1   think work best for what we're trying to do with Minecraft.  We
2   continue to ship Minecraft Dungeons, as we talked about,
3   Minecraft Legends day and date inclusive of being native for
4   PlayStation 5, but we were put at a distinct disadvantage with
5   Minecraft on PlayStation 5's launch.
6        MR. WEINGARTEN:  One more document and then if
7   Your Honor wants to take lunch, but I'm happy to keep going.
8   Oh, it's only 11:00.
9        THE COURT:  It's too early for lunch.
10        MR. WEINGARTEN:  Oh, thank you, Your Honor.  Sorry
11   about that.
12        THE COURT:  Not unlimited time.
13        MR. WEINGARTEN:  Apologies.
14   BY MR. WEINGARTEN:
15   Q.   Let's look at PX1897.
16        MR. WEINGARTEN:  Move to admit PX1897; and if I didn't
17   move to admit -- strike that.
18        Move to admit PX1895, please, if I didn't.
19        THE COURT:  Admitted.
20        (Trial Exhibit 1895 received in evidence.)
21        MR. WEINGARTEN:  Thank you, Your Honor.
22   BY MR. WEINGARTEN:
23   Q.   Let's look at PX1897.  Now, this is even more recent in
24   time.  The last e-mail was from 2020.  Now we're up to 2021.
25        This is an e-mail from Mr. Stuart to you at the top;
```

SPENCER - DIRECT / WEINGARTEN

1   right?

2   **A.**   It is.

3   **Q.**   And the middle e-mail, the next one down, is from you to

4   Mr. Leder, Ms. Braff, Mr. West, Mr. Stuart.  Do you see that?

5   **A.**   I do.

6   **Q.**   And it's dated September 1, 2021?

7   **A.**   It is.

8   **Q.**   Okay.

9           **MR. WEINGARTEN:**  Move to admit PX1897, please.

10          **THE COURT:**  Admitted.

11       (Trial Exhibit 1897 received in evidence.)

12   **BY MR. WEINGARTEN:**

13   **Q.**   Look at the first paragraph that you wrote to those

14   leaders (as read):

15          "I'm fine with F76 and PS Now."

16       F76 is a Forza driving game?

17   **A.**   No.  It's Fallout 76.

18   **Q.**   Sorry.  So that's another game?

19   **A.**   It's another game from Bethesda.  They're part of the

20   ZeniMax acquisition.

21   **Q.**   Ah, okay.  So this is an e-mail to people, including

22   Mr. Leder, who is a ZeniMax leader; right?

23   **A.**   That's correct.

24   **Q.**   Okay.  So you're telling Mr. Leder you're fine with the

25   F76 Bethesda game being in PS Now; right?

1    **A.**    I am.

2    **Q.**    And PS Now is PlayStation's version of Game Pass?

3    **A.**    They have multiple tiers but, yes, for this conversation

4    let's assume it's part of...

5    **Q.**    Okay.  And then you wrote to Mr. Leder (as read):

6            "We have not allowed Minecraft to support PS Now as

7        we do see PS Now as competition to XGP and don't need to

8        support their financial position with PS Now, which would

9        just allow them to compete more effectively with XGP."

10       You wrote those words?

11   **A.**    I did.

12   **Q.**    Okay.  And so Microsoft Gaming did not allow Minecraft to

13   support PlayStation subscription service because Gaming sees

14   PlayStation subscription as competitive to Game Pass and you

15   don't want to support them to compete more effectively; right?

16   **A.**    The way the relationship would work is Sony would come

17   forward to us with an offer.  PlayStation Now, it's not called

18   that anymore, but PlayStation Now is not something that a title

19   would -- or, let's say, their content subscription is not

20   something that a title elects to be part of.

21       There's a financial conversation between a content

22   creator, in this case us as the creators of Minecraft.  I

23   don't -- I have not been aware of any financial offer that Sony

24   has made to us to have Minecraft included in their content

25   subscription, but we have supported their content subscription

SPENCER - DIRECT / WEINGARTEN

1  with other titles inclusive of Fallout 76 as listed here.

2  **Q.**   Not with Minecraft?

3  **A.**   I don't -- I'm not aware of an offer that Sony had made to

4  us so it -- the way it reads makes it seem like it's our

5  elective to put a game into PlayStation's content subscription.

6  That's not true; that Sony is the acquirer of content for their

7  subscription, and I don't remember us declining an offer from

8  Sony to put Minecraft in their content subscription.

9  **Q.**   So it's Sony's fault that Microsoft Gaming has not allowed

10 Minecraft to support PlayStation Now?

11 **A.**   I don't remember an offer from Sony to include Minecraft

12 in PlayStation what I'll call Plus Now, which is their consent

13 subscription.

14 **Q.**   Okay.  Let's talk just briefly about Nintendo for a second

15 here.

16     I want to talk to you about Call of Duty and I want to

17 talk to you about Call of Duty in relation to the Switch.

18     Let's talk about Call of Duty and its relationship to the

19 Switch, please.

20     If Call of Duty launches on the Switch, it's not going to

21 look the same to a player as if that player were playing it on

22 an Xbox X; correct?

23 **A.**   Our goal if we launch Call of Duty on the Switch is that

24 it would be an equal or better quality as other Switch games.

25 **Q.**   Can you please turn in your deposition transcript to

SPENCER - DIRECT / WEINGARTEN

 1   page 188?

 2   **A.**   Is this the first deposition?

 3   **Q.**   It is --

 4   **A.**   The 7011?

 5   **Q.**   No.  I believe it's the other one.  It would say on the

 6   cover page.  I don't know the exact -- I don't know the number.

 7   I apologize.  It would say "Videotaped Deposition" on the cover

 8   page instead of "Investigational Hearing."

 9            **THE COURT:**  7028.

10            **MR. WEINGARTEN:**  70 -- thank you, Your Honor.

11            **THE WITNESS:**  28?

12            **THE COURT:**  The first volume in there.

13            **THE WITNESS:**  Oh, okay.  Thank you.

14       (Witness examines document.)  Sorry.  What was the page

15   number again.

16   **BY MR. WEINGARTEN:**

17   **Q.**   Yeah, I appreciate that.

18       It's little page 191 of the transcript.  So in your

19   deposition transcript page 191 and it starts at line 16, and I

20   asked you (as read):

21       "**QUESTION:**  Do you anticipate that Call of Duty, if it

22       launches on Switch, will look the same as it looks for a

23       player who plays that title on Xbox X?

24       "**ANSWER:**  I think it will play as a great" --

25            **MS. WILKINSON:**  Excuse me.  This is redacted.

1          **MR. WEINGARTEN:**  Oh.  I apologize.

2          **THE COURT:**  Well, this seems fine.

3          **MS. WILKINSON:**  It's in response and explains what he

4     said so --

5          **MR. WEINGARTEN:**  Okay.

6          **MS. WILKINSON:**  -- this portion is fine.

7          **MR. WEINGARTEN:**  I'm sorry.  I did not know that.  I

8     don't think we received redacted transcripts from you guys.

9          **THE COURT:**  It's okay.  I don't think it is

10    confidential.  Go ahead.

11         **MR. WEINGARTEN:**  Okay.

12    **BY MR. WEINGARTEN:**

13    **Q.**  So let's start again.  Page 191, question on line 16 (as

14    read):

15         "Do you anticipate that Call of Duty, if it launches

16    on Switch, will look the same as it looks for a player who

17    plays that title on Xbox X?"

18    And your answer (as read):

19    **"ANSWER:**  I think it will play as a great Switch game.

20    **"QUESTION:**  My question -- respectfully it was not the

21    question.  The question was:  Do you anticipate that Call

22    of Duty, if it launches on Switch, will look the same to a

23    player as if that player were playing on Xbox X?

24    **"ANSWER:**  It will not look the same."

25    That was your testimony?

**SPENCER - DIRECT / WEINGARTEN**

1    **A.**    It was.

2    **Q.**    And it was truthful and accurate when you gave it?

3    **A.**    Yes.

4    **Q.**    You're aware that Microsoft and Nintendo have entered into

5    an agreement with respect to Call of Duty if this deal that

6    we're all here talking about is completed; right?

7    **A.**    I am.

8    **Q.**    You're not aware of anyone at Microsoft doing any kind of

9    economic analysis of entering into that agreement, right, with

10   Nintendo?

11   **A.**    You mean prior to the deal being done?

12   **Q.**    Yeah.

13   **A.**    No.  We have experience shipping on Switch.  We've shipped

14   games on the Switch before so we do have an understanding of

15   how our games can perform.

16   **Q.**    Oh, I'm sorry.  I was asking about the economics.

17        So you're not aware of anyone at Microsoft doing any

18   analysis of the economic effect of entering into an agreement

19   with Switch or Nintendo for Call of Duty; right?

20   **A.**    No.

21   **Q.**    Okay.  And you're not aware of any analysis at Microsoft

22   about how entering into an agreement with Nintendo to bring

23   Call of Duty to Switch will affect Microsoft Gaming's profit

24   and loss?

25   **A.**    Not directly.

**SPENCER - DIRECT / WEINGARTEN**

1  Q.   Okay.  And you're not aware of any analysis that

2  Microsoft -- well, strike that.

3       You're not aware of any work at Microsoft to understand

4  the impact of the Nintendo agreement on Microsoft's valuation

5  of the Activision business; right?

6  A.   Inclusive in the valuation as we've seen is a large

7  running the existing business inclusive of shipping the games

8  on console.

9  Q.   Uh-huh.

10  A.   Nintendo Switch is a console.  So as I think about it, I

11  think about the expansion of console sales through the reach on

12  a new platform, but there isn't a specific analysis but we do

13  think it's additive to that first line item, which is to run

14  the existing business.

15  Q.   Well, let me -- let me break that down a bit.

16       The model at Microsoft models Activision's existing

17  business; right?

18  A.   Yes.

19  Q.   The existing business of Activision does not ship Call of

20  Duty on Switch; right?

21  A.   They have other games on Switch, but they do not ship Call

22  of Duty on Switch.

23  Q.   Right.  And so my question is:  You're not aware of any

24  work at Microsoft one way or the other about the impact of

25  executing that agreement with Nintendo and how that affects

**SPENCER - DIRECT / WEINGARTEN**

1  this model that Microsoft developed, the results of the model?

2  A.   No.

3  Q.   The answer to my question is correct; right?  There's

4  no -- you're not aware of any such analysis?

5  A.   Correct.

6  Q.   Okay.  Let's talk a little bit about ZeniMax, please.

7       Microsoft announced the acquisition of ZeniMax in roughly

8  September 2020?

9  A.   That's correct.

10 Q.   And Microsoft completed the acquisition in February or

11 March of 2021?

12 A.   That's correct.

13 Q.   Okay.  When Microsoft completed the transaction, you did a

14 roundtable at Bethesda; right?

15 A.   We did -- I think you're alluding to the press event we

16 did, the kind of open roundtable with viewers watching, yes.

17 Q.   Okay.  So you did an open press, I think it's even on

18 YouTube now, sort of "We're excited to have acquired ZeniMax"

19 speech or, you know, series of programming; right?

20 A.   Yes.

21 Q.   Okay.  So you and other Microsoft executives could talk to

22 the public and the gamers about the deal?

23 A.   And ZeniMax executives, yeah.

24 Q.   Great.

25      So you clearly remember talking about that?

SPENCER - DIRECT / WEINGARTEN

1   **A.**   I do.

2   **Q.**   And you remember that -- do you remember in the roundtable

3   you said that (as read):

4           "If you're an Xbox customer, the thing I want you to

5       know is this about delivering great exclusive games for

6       you that ship on platforms where Game Pass exists and

7       that's our goal.  That's why we're doing this"?

8       Do you remember that?

9   **A.**   I do remember saying that.

10  **Q.**   Okay.  That's in -- and you said that around the time the

11  deal closed in March of 2021?

12  **A.**   The roundtable was, yeah, right around of the deal's

13  closing time.

14  **Q.**   Let's back up a minute.

15      After the deal was announced before it closed, you and

16  Mr. Stuart would talk about the upcoming ZeniMax deal, I'm

17  sure, as part of your duties; right?

18  **A.**   We would discuss many things inclusive of the deal, yes.

19  Yeah.

20  **Q.**   Do you remember in November of 2020 agreeing with

21  Mr. Stuart -- well, let's just show it to you.

22      Can you please turn in your binder to PX4377?  4377,

23  please.

24  **A.**   (Witness examines document.)  I found it.

25  **Q.**   Okay.  This is a chat between you and Mr. Stuart in

SPENCER - DIRECT / WEINGARTEN

1   November 17, 2020?

2   **A.**   Yes.

3           **MR. WEINGARTEN:**  Move to admit PX4377, please.

4           **THE COURT:**  Admitted.

5       (Trial Exhibit 4377 received in evidence.)

6   **BY MR. WEINGARTEN:**

7   **Q.**   If you would, please, turn to page 002.  I want to direct

8   your attention to the bottom -- one, two, three, four -- five,

9   lines of the chat between you and Mr. Stuart.  Do you see that?

10      First, so there's a chat that starts at 2346 hours on the

11   17th of November and it starts with your words.  Do you see

12   that?

13   **A.**   I do see that.

14   **Q.**   So starting from there to the bottom, take a look.

15   **A.**   (Witness examines document.)

16   **Q.**   And do you see Mr. Stuart says in the next chat there at

17   2348 hours wish -- something he wishes?  Do you see that?

18   **A.**   I do.

19   **Q.**   Okay.  And he expresses to you a wish about something you

20   could say or something you could do, and you wrote back that

21   you agreed; right?  You said, "Yeah."

22   **A.**   That I wish we could say that?

23   **Q.**   Well, he says what he wishes you could do, and you said,

24   "Yeah.  We just can't say."

25   **A.**   Well, his comment is what he wishes we could say.

**SPENCER - DIRECT / WEINGARTEN**

1   **Q.**   Uh-huh.

2   **A.**   So --

3   **Q.**   Yeah.   "We just can't say" was your response; right?

4   **A.**   Yeah, because it wasn't true.

5   **Q.**   Oh.   That's your response, is that it wasn't true?

6   **A.**   Right.

7   **Q.**   Okay.   Let's take a look at February 2021 again.

8        You don't remember a meeting with ZeniMax executives in

9   February 2021 about the acquisition and plans for ZeniMax?

10  **A.**   I don't remember a specific meeting, but I meet with them

11  often.

12  **Q.**   Well, you don't recall talking about exclusivity with

13  anyone at ZeniMax in February 2021; right?

14  **A.**   I talk to them about all topics.   I don't remember a

15  specific exclusivity conversation in February of 2021.

16  **Q.**   Okay.   And there were lots of meetings, as you said, with

17  ZeniMax executives as you guys are getting ready for the close

18  of the deal and even in the immediate aftermath of closing the

19  deal; right?

20  **A.**   Continuing until today, yes.

21  **Q.**   Right.   But you don't remember attending any meetings in

22  February or March of 2021 with the ZeniMax leadership; right?

23  **A.**   Not specifically.

24  **Q.**   Okay.   And you don't remember, if you don't remember the

25  meetings, whether exclusivity was talked about at any of those

SPENCER - DIRECT / WEINGARTEN

1   meetings; right?

2   **A.**   Not specifically, no, I don't.

3   **Q.**   Okay.  Let's look at PX1850, please.

4        **MR. WEINGARTEN:**  I have this as not redacted.  I want

5   to make sure there's no confidentiality.  1850.

6        **MS. WILKINSON:**  Give me a moment.

7        **MR. WEINGARTEN:**  Please.

8              (Pause in proceedings.)

9        **MS. WILKINSON:**  Correct.

10  **BY MR. WEINGARTEN:**

11  **Q.**   So PX1850 is an e-mail from Ms. Braff to you and Matt

12  Booty, and it's dated February of 2021; right?

13  **A.**   It is.

14  **Q.**   Okay.

15       **MR. WEINGARTEN:**  Move admit PX1850, please.

16       **THE COURT:**  Admitted.

17    (Trial Exhibit 1850 received in evidence.)

18  **BY MR. WEINGARTEN:**

19  **Q.**   This e-mail was sent on February 10th and it's about a

20  prep session for a ZB meeting on the 16th.  Do you see that?

21  **A.**   I do.

22  **Q.**   A "ZB" meeting is a ZeniMax Bethesda meeting?

23  **A.**   It is.

24  **Q.**   Okay.  And Ms. Braff was responsible for the integration

25  of ZeniMax and Microsoft?

**SPENCER - DIRECT / WEINGARTEN**

1   A.   She was.

2   Q.   Okay.  She says (as read):

3          "Hi, Phil, Matt.  When we meet up later today, it's a

4       quick touch base among us to get aligned out of our

5       Tuesday 16th planning session with ZM.  Thinking we'll

6       focus on the big rocks with them."

7       Does "ZM" mean ZeniMax?

8   A.   It does.

9   Q.   And she says "Potential topics."  And do you see the third

10  bullet there, "How we think about exclusivity"?

11  A.   I do.

12  Q.   Okay.  And she says "Reminder, the attendees are" -- or

13  "The attendees for the 16th are" and she lists a whole bunch

14  of -- well, strike that -- she lists several ZeniMax and Xbox

15  executives, including you; right?

16  A.   She does.

17  Q.   You don't remember a meeting on the 16th or in February at

18  all about how we think about exclusivity?

19  A.   I don't remember this specific meeting.

20  Q.   Okay.  Let's look at PX1851, please.

21       This is an e-mail from Mr. Stuart to Ms. Bond and you and

22  Mr. Booty and others; right?

23  A.   It is.

24  Q.   Also February of 2021?

25  A.   Yes.

1          MR. WEINGARTEN:  I move to admit PX1851, please.

2          THE COURT:  Admitted.

3          (Trial Exhibit 1851 received in evidence.)

4    BY MR. WEINGARTEN:

5    Q.   So you're getting ready here to figure out how to announce

6    the completion of the Bethesda transaction; right?

7    A.   Yes.

8    Q.   Okay.  Look at page 002, please.  That's an e-mail from

9    you on February 26th, 2021, and the subject says "ACP Bethesda

10   Announce"; right?

11   A.   Yes.

12   Q.   The importance is high; right?

13   A.   Yes.

14   Q.   You wrote to senior leaders, including Mr. Booty,

15   Mr. Stuart, Ms. Bond (as read):

16          "I want us to be bold in our announce of Bethesda

17       close regarding Bethesda titles focusing on Xbox.  I know

18       there are financial implications, XGP implications, legal

19       implications.  We film our announce next Tuesday and I

20       want us to get comfortable with saying, not exact wording,

21       the acquisition of Bethesda is about making Xbox stronger.

22       Our focus with Bethesda will be on the Xbox ecosystem."

23       Do you see that?

24   A.   I do.

25   Q.   So I appreciate you don't remember the meetings with

**SPENCER - DIRECT / WEINGARTEN**

1  ZeniMax we talked about and your thinking on exclusivity, but

2  that's some of your thinking, at least, about Bethesda ZeniMax

3  when it closes -- the acquisition closes; right?

4  **A.**   This is about my words to our community who's watching the

5  announce and why we did it, yes.

6  **Q.**   Okay.  Let's fast forward in time a little bit to

7  November, please, of 2021.  So that's after the deal closes;

8  right?

9       Okay.  Could you please turn your binder to PX1852?

10 **A.**   (Witness examines document.)

11 **Q.**   PX1852 is Ms. Braff writing an e-mail to you, Mr. Booty,

12 and now also Mr. Leder who was heading ZeniMax; right?

13 **A.**   Yes.

14 **Q.**   And she writes the e-mail, and it's dated November 4,

15 2021, and the subject is "Zeni MBR 11/10 Agenda."  Do you see

16 that?

17 **A.**   I do.

18 **Q.**   And what's an MBR?

19 **A.**   Monthly business review.

20 **Q.**   And she says (as read):

21       "Hi.  We have our MBR with the Zeni team next week.

22       Please note the agenda below."

23       And let's look at the agenda.  The second item in the

24 agenda is "Phil's top of mind, 20 minutes," and the number one

25 item for your top of mind is "Guidance on exclusivity of future

**SPENCER - DIRECT / WEINGARTEN**

1   titles."  Do you see that?

2   **A.**   I do see that.

3   **Q.**   Now, you don't remember this particular speaking slot to

4   talk about what was at the top of your mind; right?

5   **A.**   I don't remember specifically what I said in November of

6   2021 at this meeting.

7   **Q.**   You testified previously you don't have any understanding

8   of what "guidance on exclusivity of future titles" means;

9   right?

10  **A.**   Those were words that Jill wrote.

11  **Q.**   You don't remember sharing your guidance on exclusivity

12  with ZeniMax in November 2021; right?

13  **A.**   I do not.

14  **Q.**   And you don't remember talking with any other executives

15  about exclusivity and ZeniMax titles in the fall of 2021?

16  **A.**   Not specifically in the fall of 2021.

17  **Q.**   Okay.  But outside of the fall of 2021, the topic of

18  exclusivity of ZeniMax titles has been a topic of conversation

19  among you and other Xbox executives; right?

20  **A.**   In running the platform business, the Xbox business, the

21  topic of exclusivity -- do you need to admit that one?

22  **Q.**   Go ahead.

23  **A.**   All right.

24      -- the topic of exclusivity is something we generally have

25  to talk about.  All -- the Nintendo Switch, the PlayStation,

**SPENCER - DIRECT / WEINGARTEN**

1  they both have significantly higher number of exclusive games

2  on their platform than Xbox does.  It's talked about as a

3  weakness of our platform when people are making a decision

4  between the three platforms and what -- which ones they're

5  going to buy.

6  **Q.**  So you don't remember in November of 2021 talking with

7  other executives about exclusivity and ZeniMax; but outside of

8  that timeframe, you do remember that you had some conversations

9  about exclusivity and ZeniMax titles?

10  **A.**  Exclusivity in the console business is a topic

11  continuously inclusive of talking about ZeniMax titles.

12  **Q.**  Some of those conversations were about whether a Zeni

13  game -- strike that.

14      But you don't remember any other conversations or any

15  other details about conversations with Microsoft executives

16  about ZeniMax titles and exclusivity?

17  **A.**  There have been so many discussions in general about

18  exclusivity of titles on Xbox, I don't remember one specific in

19  fall of 2021; but exclusivity among console titles is just a

20  general topic in the console business so it is a constant

21  conversation when you run the Xbox business.

22  **Q.**  You don't remember any conversations with Mr. Leder about

23  taking ZeniMax titles exclusive?

24  **A.**  I've had many conversations with Jamie Leder about his

25  titles at ZeniMax and what platforms they ship on.

SPENCER - DIRECT / WEINGARTEN

```
 1              THE COURT:  Do you want to admit 1852?

 2              MR. WEINGARTEN:  Yes, please, Your Honor.

 3              THE COURT:  Admitted.

 4         (Trial Exhibit 1852 received in evidence.)

 5              MR. WEINGARTEN:  I will improve one day.

 6    BY MR. WEINGARTEN:

 7    Q.    Let's take a look at page 44 of your deposition, please.

 8    Page 44, line 16, of the deposition.

 9    A.    (Witness examines document.)  I'm on there.

10    Q.    Okay.  Question -- I told you you could put a document

11    aside, but the question was (as read):

12              "In fall of 2021 do you remember if you had

13         conversations with Jamie Leder about exclusivity of

14         ZeniMax titles?"

15         And your answer was (as read):

16              "Then I do not."

17         And the question was (as read):

18              "Do you remember telling Mr. Leder in the fall of

19         2021 that all ZeniMax content going forward would be

20         exclusive to Xbox and PC?"

21         And your answer was "I do not."

22         That was truthful and accurate testimony when you gave it?

23    A.    It was.

24    Q.    Okay.  Do you remember talking with Mr. Leder about future

25    ZeniMax titles and that there would be a presumption about what
```

1    platforms ZeniMax titles would be available on?

2    **A.**    In talking to Jamie about the development teams at ZeniMax

3    and trying to align on our production schedules, I wanted to

4    make it clear to the team that their games they're building

5    would at least be shipping on Xbox and PlayStation -- Xbox and

6    PC.

7        So I wanted to make -- so I had a discussion with Jamie

8    about ensuring that we were focused on at least supporting

9    those two platforms.

10   **Q.**    So the presumption that was shared between you and

11   Mr. Leder was that ZeniMax titles would be available on PC,

12   Xbox console, and xCloud; right?

13   **A.**    Yes.

14   **Q.**    But you just don't remember if you talked to Mr. Leder

15   about whether future ZeniMax titles would just be exclusive to

16   Xbox, PC, and xCloud; right?

17   **A.**    When we announced the ZeniMax deal, I made the statement

18   that we would make the decision on exclusivity on a

19   case-by-case basis.  So I know that the ZeniMax titles will at

20   least be shipping on Xbox and PC.  And we would leave the

21   decisions that we would make for other platforms to a later

22   date as we had kind of more clarity on our relationship with

23   those platforms.

24   **Q.**    So you have an understanding, as the head of Gaming at

25   Microsoft, of what platforms ZeniMax games are going to ship

1    on; right?

2    **A.**    What I would say is in running our business, I understand

3    that the games that ZeniMax is building, absent the mobile

4    games, ZeniMax also launches some mobile games, but that there

5    are -- their core games would be launching on PC and Xbox.

6    **Q.**    I guess my question was -- again, I'm sorry for being

7    inartful -- my question was:  You have an understanding in your

8    head of what platforms ZeniMax games will ship on; right?

9    **A.**    I know that at least they will ship on Xbox and PC, and I

10   think the other -- the platforms that we choose to support with

11   our content would be on a case-by-case basis, which is what --

12   the statement I've made publicly and what we've adhered to.

13   **Q.**    Well, if that's your general understanding, did you

14   express that to Mr. Leder?

15   **A.**    When you're asking me about the dates, you keep circling

16   in on the fall of 2021.  So I just want to make sure.  I don't

17   know if I said that in the winter of 2022.

18        In general, the first-party teams, both Xbox Game Studios

19   and ZeniMax, understand that the games they're going to build

20   will be shipping on Xbox and PC and other platforms we would

21   decide in most cases at a later date.

22   **Q.**    Can you please turn in your deposition transcript to

23   page 51 of the deposition?

24   **A.**    (Witness examines document.)  I'm on it.

25   **Q.**    Please look at line 14.  The question on page 51, line 14

SPENCER - DIRECT / WEINGARTEN

1    was (as read):

2            "And do you recall a general discussion on that point

3        with Mr. Leder?"

4        And your answer was (as read):

5        **ANSWER:**  In general, I have an understanding of what

6        platforms the games will ship on."

7        And then I asked a bad question and hopefully got better

8    (as read):

9            "Did you express that general understanding to

10       Mr. Leder?"

11       **ANSWER:**  No."

12       So you had an understanding -- that testimony was truthful

13   and accurate when you gave it; right?

14   **A.**   No, I would say that's an inaccurate statement.  I would

15   say Jamie understands that the games that ZeniMax is building

16   in line with the conversation we just had will be shipping on

17   Xbox and PC.

18   **Q.**   Well, so you're saying that this sworn testimony was

19   incorrect when you gave it?

20   **A.**   I think I might have, in the context of the flow of the

21   conversation here, been in a different space.  I wasn't trying

22   to mislead anybody.

23       I'm saying that the content that we build at Xbox, we've

24   made public statements about that content being on Xbox and PC;

25   and the studios in general understand that the content that we

1  wield, absent mobile content, will be available at least on

2  those two platforms, and that's the public statement we've made

3  to our fans.

4  **Q.**   Well, and I'll -- you've had many conversations with

5  Mr. Leder about Microsoft's titles being on Sony's platform?

6  **A.**   I wouldn't say I've had many conversations on that topic,

7  but we have had conversations on that topic.

8  **Q.**   Okay.  But you don't recall any conversation in which you

9  talked with Mr. Leder about a plan that ZeniMax titles would

10 launch day-date on the Xbox platforms but not Sony?

11 **A.**   As I said, we make the decision on a case-by-case basis.

12 There are games that we have shipped from ZeniMax on

13 PlayStation only and not day and date on Xbox.  There have been

14 games that we have shipped on Xbox day and date and not on

15 PlayStation, and we've done releases on day and date on both

16 Xbox and PlayStation.

17      So in general, Jamie running ZeniMax and me as his

18 manager, we would have discussions about his content and what

19 platforms they would show up on.

20 **Q.**   My question was just:  Did you ever talk to Mr. Leder

21 about a plan that ZeniMax titles would launch on day one on the

22 Xbox platforms but not Sony?

23 **A.**   There are titles that we have from ZeniMax that ship day

24 one on Xbox and PC and not Sony, so I would obviously have had

25 discussions with him on those titles.

**SPENCER - DIRECT / WEINGARTEN**

1   **Q.**   Okay.  You don't recall a specific conversation?

2   **A.**   I think more accurately I recall like a hundred

3   conversations on this topic and many other topics in running

4   the business, but not any specific conversation.

5   **Q.**   Okay.  Let's talk about some of the examples you just

6   gave.

7       So Ghostwire launched after Microsoft acquired ZeniMax,

8   but it's a ZeniMax title; right?

9   **A.**   It did.

10  **Q.**   And that launched exclusive on Sony; right?

11  **A.**   And PC, yes.

12  **Q.**   And ZeniMax had a preexisting contract to launch

13  exclusively on Sony and PC; right?

14  **A.**   I would say it differently.  I would say Sony had paid

15  ZeniMax to not ship on Xbox.

16  **Q.**   That was a contractual obligation?

17  **A.**   They paid them through a contract, yes.

18  **Q.**   Ghostwire shipping exclusively on Sony and PC was due to a

19  contractual obligation; correct?

20  **A.**   Through a payment from Sony to skip Xbox.

21  **Q.**   Same thing for Deathloop?

22  **A.**   Deathloop was also paid to skip Xbox.

23  **Q.**   Redfall, no payment from Sony; right?

24  **A.**   No.

25  **Q.**   Okay.  No contract obligation to ship on PC and Sony?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   No.

2   **Q.**   Redfall skipped PlayStation 5 when it launched; right?

3   **A.**   Redfall shipped on Xbox and PC and not PlayStation.

4   **Q.**   Starfield, no contract requiring launch on Sony; right?

5   **A.**   We had adhered to every contract that we've had in place

6   on content when we've acquired it.  So for Ghostwire and

7   Deathloop, as you said, we had a contract and we adhered to

8   that contract similar to what I expect to do with Call of Duty

9   on Switch.  And when those games launched, there was no

10  contract with Sony to launch those games on the platform on

11  PlayStation, and they did not.

12  **Q.**   Okay.  Elder Scrolls 6 is a ZeniMax game; right?

13  **A.**   It is not an Elder Scrolls -- it is not a ZeniMax game

14  yet.  It's many years away.  But it's a game that we've

15  announced that we would begin working on.

16  **Q.**   The public announcement also said that there was a plan to

17  not launch that game on PlayStation 5; right?

18  **A.**   I think we've been a little unclear on what platforms it's

19  launched on given how far out the game is.  It's -- it's

20  difficult for us right now to nail down exactly what platforms

21  that game would be available on.

22  **Q.**   I see.  So in the case of Redfall, skipped PlayStation;

23  right?

24  **A.**   Redfall did not ship on PlayStation.

25  **Q.**   In the case of Starfield, skipped PlayStation; right?

**SPENCER - DIRECT / WEINGARTEN**

1   **A.**   Starfield hasn't launched yet.

2   **Q.**   When it does, it will skip PlayStation?

3   **A.**   We do not have plan for a PlayStation game, yes.

4   **Q.**   Elder Scrolls 6, many moons away but no plan yet to launch

5   that on PlayStation; right?

6   **A.**   As I said, with Elder Scrolls 6, it's so far out, it's

7   hard to understand what the platforms will even be at this

8   point.  It's the same team that's finishing Starfield, which

9   comes out this September.  So we're talking about a game that's

10  likely five-plus years away.

11  **Q.**   You haven't committed an announcement publicly that it

12  would launch on Sony; right?

13  **A.**   I have not.

14  **Q.**   You're the decision maker with respect to all of those

15  titles we've just been discussing?

16  **A.**   I am.

17  **Q.**   And I think on Elder Scrolls 6 you said you've been

18  ambiguous or it hasn't been publicly clear what platforms it

19  will launch on; is that right?

20  **A.**   That's what's in my head.  I don't have every piece of PR

21  that we've talked about.  As I stated, the game's so far away,

22  that I think making a definitive statement on what platforms

23  it's going to launch on at this point, inclusive, frankly, of

24  our own platforms, would be getting ahead of ourselves a bit.

25  **Q.**   Okay.  With that in mind, can you please look at your

1   investigational hearing transcript page PX -- strike that.

2   It's PX7012-009 and it's transcript page 426.

3   **A.**   Sorry.  Was this 7012?

4   **Q.**   Yes, sir.

5   **A.**   You said 4 --

6   **Q.**   Little page 426.  PX page is 009.

7   **A.**   (Witness examines document.)  Got it.

8   **Q.**   Okay.  Line 7 (as read):

9        **"QUESTION:** Have you talked to anyone about whether

10       Elder Scrolls 6 will skip PlayStation?

11       **"ANSWER:**  I have made public estimates that

12       Elder Scrolls 6 will be exclusive to Xbox and PC."

13       Was that testimony truthful and accurate when you gave it.

14  **A.**   I don't -- I don't know.  I don't know that I've made a

15  public statement saying that.

16  **Q.**   So you don't know whether that was accurate testimony at

17  that time?

18  **A.**   When I said it, I believed it was; but if you ask me

19  today, I can't recall a public statement where I've said that.

20  **Q.**   Okay.  Let's talk about Indiana Jones.

21       Disney owns the intellectual property for Indiana Jones?

22  **A.**   Disney does, yes.

23  **Q.**   ZeniMax was developing an Indiana Jones game for multiple

24  platforms when Microsoft acquired ZeniMax; right?

25  **A.**   They were.

**SPENCER - DIRECT / WEINGARTEN**

1   **Q.**  And then you approved paying Disney to amend its deal so

2   that the Indiana Jones game would be exclusive to Xbox, PC, and

3   Game Pass; right?

4   **A.**  We acquired ZeniMax.  They had the Indiana Jones game in

5   development.  It did not include -- including the game in

6   Game Pass and it include launching the game on multiple

7   platforms.

8       So my request for the team was to go back and open up a

9   discussion with Disney first about ensuring we can ship on

10  PlayStation -- ship on Game Pass, and then a discussion about

11  what platforms we would launch in.

12      One of Sony's biggest exclusive games is Spiderman, also a

13  Disney-owned IP that doesn't ship on Xbox; and in competing

14  effectively with them, I think it's important that we have kind

15  of outside gaming known IP that is part of our portfolio on our

16  platform.

17  **Q.**  Could you please turn in your binder to PX4725?

18  **A.**  This is in the document?

19  **Q.**  Yes.  I'm sorry.  It's in the document binder, please.

20  **A.**  (Witness examines document.)

21  **Q.**  Do you have PX4725 in front of you, sir?

22  **A.**  I do.

23  **Q.**  It's an e-mail chain.  I know you're not on the top of it,

24  but you are at the bottom.  You see two up from the bottom it's

25  from you dated September 29th, 2022, 10:55 a.m.?

SPENCER - DIRECT / WEINGARTEN

1    **A.**    Yes.

2    **Q.**    It's from Jamie Lawver -- or strike that.

3         It's from you to Jamie Lawver and others at Microsoft;

4    right?

5    **A.**    It's in response to Jamie Lawver, yes.

6              **MR. WEINGARTEN:**  Move to admit PX4725, please.

7              **THE COURT:**  It's admitted.

8         (Trial Exhibit 4725 received in evidence.)

9    **BY MR. WEINGARTEN:**

10   **Q.**    Let's -- you're approving something there.  You say

11   "approved"; right?

12   **A.**    I do.

13   **Q.**    Let's go to the next e-mail down that you're approving.

14   That's on page 2.  Take a look at that e-mail.  That one's from

15   Ms. Lawver to you, and she says "Hi, Phil."  And then take a

16   look at what she asks for you to approve.  Do you see that

17   first sentence?

18   **A.**    I do.

19   **Q.**    Okay.  And that's what you approved; right?  What she

20   asked for in the first sentence; right?

21   **A.**    Yes.

22   **Q.**    Then let's look at that table.  You see the total number

23   there?

24   **A.**    I do.

25   **Q.**    That's the total that you approved; right?

**SPENCER - DIRECT / WEINGARTEN**

1    **A.**   It is.

2    **Q.**   Okay.  If you had the financial ability to pay for

3    exclusivity as needed or as you thought was needed, the only

4    thing technically keeping you from paying a developer in the

5    future to skip or deprecate the experience of a game on arrival

6    is your word; right?

7    **A.**   Can you restate it?

8    **Q.**   Yeah.  Do you remember testifying that the only --

9    recognizing that if you were going -- had the financial ability

10   to pay for a developer to skip or make its content worse on

11   arrival, you wouldn't do that, but the only way -- the only

12   guarantee that you wouldn't do that is your word; right?

13   **A.**   I'm still kind of confused by the question.  I apologize.

14   **Q.**   No.  It's my fault.

15          **THE COURT:**  Can you separate it out between skip

16   and --

17          **MR. WEINGARTEN:**  Yeah, I can try that.

18          **THE COURT:**  Because I think those are two very

19   different things.

20          **MR. WEINGARTEN:**  Okay.  Let me get to the testimony

21   and see how we can do it.

22                    (Pause in proceedings.)

23   BY MR. WEINGARTEN:

24   **Q.**   Okay.  If you had the financial ability to pay a developer

25   to skip PlayStation whenever you wanted, would you do it?

1  **A.**    The developer's an Xbox Game Studios game or a third-party

2  game?

3  **Q.**    Either.

4  **A.**    I would not.

5  **Q.**    Okay.  And if you had the financial ability to pay a

6  developer to deprecate the content, make it worse, on a

7  PlayStation, would you do it?

8  **A.**    Not in practice, no.  It's not something I think I would

9  do.

10 **Q.**    And why?  What do we have to base that on that you

11 wouldn't do that?

12 **A.**    I think probably the best thing are the actions that we've

13 taken as a publisher.

14        **MR. WEINGARTEN:**  Nothing further, Your Honor, at this

15 time.

16        **THE COURT:**  All right.  Do you want to start or do you

17 want to take an early lunch?

18        **MS. WILKINSON:**  What would you like to do, Your Honor?

19        **THE COURT:**  It's up to you.

20        **MS. WILKINSON:**  I have a few things I --

21        **THE COURT:**  All right.  Why don't we start.

22                    <u>**CROSS-EXAMINATION**</u>

23 BY MS. WILKINSON:

24 **Q.**   Mr. Spencer, I want to start where you left off.

25      Would you ever purposely degrade a game that you're

**SPENCER - CROSS / WILKINSON**

1  putting on another platform?

2  **A.**    For a game that we're building, the thought that we would

3  create a lower quality game on another platform, my view is it

4  diminishes our brand and our reputation, and it's not something

5  that I would do.

6  **Q.**    So can you explain to Her Honor why it makes no sense

7  financially for you to do that, to put it on your own platform

8  as, you know, a higher quality and degrade it and put it on the

9  PlayStation -- let's use PlayStation as an example --

10  **A.**    Yeah.

11  **Q.**    -- the PlayStation console?

12  **A.**    Developing big games today is very expensive.  When you're

13  spending all of the development costs and making a decision to

14  launch in this case, say, on PlayStation, you're obviously

15  building into your return on the investment of building these

16  large games sales on the PlayStation platform to help recoup

17  and be profitable in running the business.

18      And given that PlayStation is significantly larger than

19  Xbox, building a high-quality game for Xbox and somehow

20  building a lower quality game on the largest market segment

21  doesn't make financial sense or, as I said, brand sense for us,

22  and we haven't done it.

23  **Q.**    So if we use our movie analogy that you have taught me, if

24  you designed a movie for Omaha and you made it worse for New

25  York City, that wouldn't make any economic sense; right?

SPENCER - CROSS / WILKINSON

1    **A.**    Yeah.  When you've built the entertainment property movie,

2    whatever it is, your -- the best return that you can get -- the

3    most profitable thing in our industry are massively hit games,

4    and what you do to keep those games at their peek of popularity

5    is to continue to deliver high-quality content to as many

6    customers as you can.

7    **Q.**   And the --

8          **THE COURT:**  Can I ask you about those as many

9    customers as you can?  But you have games like Halo that aren't

10   on PlayStation 5.

11         **THE WITNESS:**  That's right.

12         **THE COURT:**  You could deliver it to way more customers

13   if it were?

14         **THE WITNESS:**  Yes.

15         **THE COURT:**  So can you reconcile that inconsistency?

16         **THE WITNESS:**  Yeah, absolutely.

17      In the console space, all of the platforms have exclusive

18   games that don't launch on the competitive platforms.  So for

19   us, we're at a deficit, a significant deficit, like orders of

20   magnitude, behind PlayStation and Nintendo on the hit quality

21   and number of exclusive games, and it's one of the decisions

22   people make when they're going into a store on what console to

23   go buy.

24      But in the case of, say, Minecraft, which is our largest

25   game by revenue, that game has reached a financial level of

SPENCER - CROSS / WILKINSON

1    success where it's -- it's a significant profit driver for us

2    given that it's shipping on all the platforms.  So if you can

3    get a game that's at that level of hit and that level of

4    business, the size of the business, our job is to maintain and

5    grow that.

6        When you talk about other games that are only launching on

7    one platform or another, they're usually much smaller games.

8    In terms of scale, Halo is much smaller than Call of Duty, as

9    an example.  Starfield is much smaller than Minecraft.

10   Starfield hasn't launched yet.

11       THE COURT:  Well, you hope that it would be bigger;

12   right?

13       THE WITNESS:  You do.  And it's -- it's why in the

14   evolution of our strategy -- and I apologize if I'm going

15   long -- we used to just ship games on our Xbox.  We didn't even

16   ship them on Windows when we day and date, when we launched;

17   and it was a few years ago that we made the decision that our

18   console games would launch on our console and PC on the same

19   date.

20       That's not something, say, that Sony does.  Sony delays

21   the launch of their games on PC because they're trying to drive

22   people to buy a PlayStation.

23       And our strategy is very much:  How do we find as many

24   players as we can with Xbox?

25       THE COURT:  All right.  Sorry.

1              **MS. WILKINSON:**  No problem.

2     **BY MS. WILKINSON:**

3     **Q.**  Let's also talk about the financial considerations you

4     have when you are responsible for the costs of developing that

5     game --

6     **A.**  Yeah.

7     **Q.**  -- versus a third-party game.  Okay?

8          So let's talk about ZeniMax.  Once you bought ZeniMax,

9     were you responsible for all the costs of developing whatever

10    new games they developed?

11    **A.**  We are.

12    **Q.**  When you used to contract with ZeniMax to put the games on

13    your platform, were you responsible for all those development

14    costs?

15    **A.**  We were not.

16    **Q.**  So once you are responsible for all those development

17    costs, do you different -- do you do a different kind of

18    financial analysis than you would when you're making an

19    agreement with a third party?

20    **A.**  Yeah.  There's a lot less risk for us in working with

21    third parties who are building games on our platform because

22    we're not funding the development.

23         We want them to be very successful on our platform, but we

24    do not have the same financial risk and we partner with them

25    differently than the games that we fund completely.

SPENCER - CROSS / WILKINSON

1    Q.   When you're building a new game, is there a different

2    analysis on where you put it in terms of platforms versus

3    getting a game that already exists and is multiplatform?

4    A.   For us building our own games?

5    Q.   Versus when you're acquiring a multiplatform game, is

6    there a different calculation?

7         I think -- oh.  Should I rephrase it?

8    A.   No.  I think I understand it.

9         If a game is in the market and it has customers on another

10   platform, in any entertainment industry, including gaming,

11   that's the most difficult thing for us to get, is a customer

12   who loves our product on a platform.

13        So if we were to acquire something that has found customer

14   love, users, business on another platform, we want to nurture

15   and grow that for the games that we're building.  When we're

16   building a new game, which has no customers today, we're

17   usually thinking about how to maximize our creative capability

18   while minimizing our cost and production risk in a game.

19        So it's a different math when you're thinking about games

20   that you're building new versus maybe games that you would

21   acquire that have existing communities.

22   Q.   Let's go to the game at issue, Call of Duty.

23        When you acquire Activision, are you going to maintain it

24   on PlayStation if Sony will agree or would you remove it from

25   the PlayStation?

**SPENCER - CROSS / WILKINSON**

1   **A.**   We will keep Call of Duty on PlayStation if Sony will

2   allow us to do that, current versions, past versions that

3   players are playing and subsequent versions in development.

4   **Q.**   Assume Sony would agree.  Would you have any reason to,

5   nevertheless, pull it from their platform, not honor your

6   Nintendo contract, and keep it exclusive to Xbox?

7   **A.**   No.  The financials that Jamie walked through -- and I

8   appreciate her coming up here and doing that -- the size of

9   Call of Duty, the role it plays in the valuation of buying

10  Activision makes it both financially impossible for us to

11  figure out how we would recover from losing Call of Duty on its

12  largest console platform.

13       And as a business, we -- we have over 50 games in the

14  PlayStation digital store today.  We are very familiar with

15  shipping games on PlayStation.  We partner with them incredibly

16  well outside of the discussion on this deal.

17       So I would look to continue -- to expand really where Call

18  of Duty is.  Continue to ship all future versions of Call of

19  Duty on PlayStation is my goal; and, as you said, also bring it

20  to the Nintendo Switch, and we have a contract to go do that.

21  **Q.**   Today when you compare the number of gamers that play Call

22  of Duty on your platform to the Call of Duty players that play

23  on PlayStation, what's the relative comparison?

24  **A.**   There's significantly more players on PlayStation than

25  there are Xboxes.  As we know -- it keeps getting put up

**SPENCER - CROSS / WILKINSON**

1  there -- there are a lot more PlayStations than Xboxes in the

2  market and the game is very successful on both platforms.  So

3  PlayStation is by far the largest.

4  **Q.**  Last question before lunch.

5  **A.**  Yeah.

6  **Q.**  Since it already has an existing community, if you pulled

7  the game from PlayStation, do you anticipate or would you

8  anticipate any reaction from those customers?  Or they're not

9  your customers I guess, but those players on PlayStation.

10  **A.**  Yeah.  I think as we've seen even in preparation for this,

11  that gamers are an active and vocal group.  Us pulling Call of

12  Duty from PlayStation in my view would create irreparable harm

13  to the Xbox brand after me in so many public places, including

14  here, talking about and committing to us not pulling Call of

15  Duty from PlayStation.

16          **THE COURT:**  You're testifying under oath.

17          **THE WITNESS:**  Yes.

18          **THE COURT:**  You're testifying under oath that you will

19  make future versions of Call of Duty available for the

20  PlayStation 5?  You will invest whatever developer expenses you

21  need to do to do that?  Of course Sony has to --

22          **THE WITNESS:**  That's right.

23          **THE COURT:**  -- let you do it, but you're testifying

24  under oath that you will do that?

25          **THE WITNESS:**  Absolutely, and I would do it -- I

1    would -- I'll raise my hand.  I will do whatever it takes.  We

2    are not -- we have no plan to pull Call of Duty from --

3              THE COURT:  No, putting aside a plan.

4              THE WITNESS:  I'm making the commitment standing here

5    that we will not pull Call of Duty, it is my testimony, from

6    PlayStation.  And, as you said, Sony obviously has to allow us

7    to ship the game on their platform; but absent any of that, my

8    commitment is and my testimony is, to use that word, that we

9    will continue to ship Call of -- future versions of Call of

10   Duty on Sony's PlayStation platform.

11             THE COURT:  Ready for lunch?

12             MS. WILKINSON:  Yes, ma'am.

13             THE COURT:  Are you done with your questions or you're

14   just ready for lunch?

15             MS. WILKINSON:  No, that's perfect.  Both actually.

16             THE COURT:  Both?  Well, then I actually --

17             MS. WILKINSON:  Yes, you go right ahead, Your Honor.

18             THE COURT:  I wanted to go back, if we could, to

19   Exhibit --

20             MS. WILKINSON:  Oh, Your Honor, I do have plenty of

21   questions about the other exhibits.

22             THE COURT:  Oh, you do have.  I thought you were done

23   with your questions.

24             MS. WILKINSON:  Oh, no.  That would be nice.

25             THE COURT:  Okay.  Fine then let's take our lunch

1   break, and what I'd like to do is come back at -- so it will be

2   a 45-minute lunch break.  We'll resume at 12:45, but I need all

3   the lawyers here and Ms. Bennett here at 12:30 to go over

4   Mr. Ryan.  And so that will be closed session.  Just so the

5   audience knows, we're going over confidentiality, so at 12:45

6   we can resume in public session.

7            (Luncheon recess was taken at 12:00 p.m.)

8   **AFTERNOON SESSION**                                **12:32 p.m.**

9        (The following pages 369 through 389 were placed under

10       seal by Order of the Court:)







PROCEEDINGS UNDER SEAL



**PROCEEDINGS UNDER SEAL**



PROCEEDINGS UNDER SEAL





Case 3:23-cv-02880-JSC Document 283 Filed 07/02/23 Page 165 of 280 376

PROCEEDINGS UNDER SEAL



PROCEEDINGS UNDER SEAL





PROCEEDINGS UNDER SEAL



PROCEEDINGS UNDER SEAL



PROCEEDINGS UNDER SEAL







PROCEEDINGS UNDER SEAL





PROCEEDINGS UNDER SEAL



PROCEEDINGS UNDER SEAL



PROCEEDINGS UNDER SEAL



SPENCER - CROSS / WILKINSON



14      (The following proceedings were heard in open court:)

15          THE COURT:  Okay.  We're going to resume with court.

16  We need quiet, please.

17                  (Pause in proceedings.)

18          THE COURT:  Ms. Wilkinson, you may proceed.

19          MS. WILKINSON:  Thank you, Your Honor.

20      Your Honor, I was just informed that the Zoom is not on.

21          THE CLERK:  Now it's on.

22  BY MS. WILKINSON:

23  Q.  Let's start this afternoon, Mr. Spencer, with just an

24  overview of how the industry has changed just in the last few

25  years.

SPENCER - CROSS / WILKINSON

1        You were shown many documents from 2019, 2021, '22, and

2    '23; right?

3    A.    Yes.

4    Q.    And have your views on how the industry is developing and

5    your place in the industry changed over that time?

6    A.    It has, yeah.

7    Q.    Would you call it a rather rapid change?

8    A.    Yeah.  The game industry is a place of rapid innovation

9    and business model and creative change.

10   Q.    Okay.  I want to start by looking at PX112 -- I mean

11   RX1125.  It should be in the dark -- the black notebook.

12   A.    Oh.

13   Q.    Thank you.

14         MR. WEINGARTEN:  I'm sorry.  I don't believe I have

15   the RX notebook.

16                         (Pause in proceedings.)

17         THE COURT:  What number?

18         MS. WILKINSON:  1125, RX1125.

19   BY MS. WILKINSON:

20   Q.    Just to put in context, Mr. Spencer, look at the first

21   page.  Is this an e-mail transmitting some strategy review on

22   behalf of gaming?

23   A.    Yes, it is.

24   Q.    What is it dated?

25   A.    April 21st, 2020.

**SPENCER - CROSS / WILKINSON**

1   **Q.**   Let's start on page 003.

2   **A.**   Yes.

3   **Q.**   And you'll see there's some redactions, but go down to

4   1.3, "Industry Context."  Do you see that?

5   **A.**   I do.

6   **Q.**   And that is not redacted.

7          **MS. WILKINSON:**  Your Honor, we'd like to move in a

8   redacted copy -- well, a full copy for you, RX1125.

9          **THE COURT:**  Admitted.

10   (Trial Exhibit 1125 received in evidence.)

11          **MS. WILKINSON:**  And could we show, Roger -- oh, you

12   got it.  Okay.  I just can't see it.  There we go.

13   **BY MS. WILKINSON:**

14   **Q.**   And this is talking about 2019; correct?

15   **A.**   It is.

16   **Q.**   What was the total gaming industry revenue of estimate for

17   that time period?

18   **A.**   $182 billion.

19   **Q.**   All right.  How does that compare to movies and music?

20   **A.**   It's larger than movies and music.

21   **Q.**   Turn to the next page, if you could to, Figure Number 2,

22   and I want you to focus on the state of mobile console and PC

23   client.

24          Are those numbers accurate, to the best of your knowledge,

25   for 2019?

SPENCER - CROSS / WILKINSON

1   A.   They are.

2   Q.   And how -- they're kind of split between mobile and

3   console.  How has that changed from when you first joined Xbox

4   to 2019?

5   A.   Mobile has grown to become the number one gaming platform

6   on the planet, both in terms of users and monetization revenue.

7   Q.   And if we put a pie chart together and we put mobile,

8   console, and PC client, has mobile been gaining share within

9   that world of revenues?

10  A.   Yes.  It's growing -- it's growing the fastest and

11  continues to really be the only segment that grows with any

12  consistent rate.

13  Q.   In 2019 seeing these revenue numbers, did you have a

14  strategy about where you wanted to go with Xbox gaming?

15  A.   It was -- yes, we did.

16  Q.   What was it?

17  A.   It was very imperative to us being that if we were going

18  to remain and grow our relevance in the gaming market, we were

19  going to have to find customers on mobile platforms for Xbox.

20  Q.   Did you discuss that with your Gaming leadership team?

21  A.   Yes.  It's been a constant topic with the board of

22  Microsoft, the senior leadership team at Microsoft, and our

23  Gaming leadership team.

24  Q.   Give the Court an example of some of the things -- some of

25  the things you tried to do to gain access to those mobile

**SPENCER - CROSS / WILKINSON**

1  customers.

2  **A.**   So over the years as mobile's grown to be a bigger part of

3  gaming, there's really been two approaches for us.  One is

4  we've built more native games on mobile, found very limited

5  success in that space outside of the Minecraft title.

6      And we had a strategy that we've talked about here on

7  streaming console games to mobile devices with the hope that

8  users on mobile phones would find access to console games to be

9  an interesting -- an interesting business for them and a place

10  that they wanted to play games.

11  **Q.**   Can you explain that a little bit more?  You had a cloud

12  streaming service; right?

13  **A.**   Yes.

14  **Q.**   You still have one?

15  **A.**   We still do.

16  **Q.**   And what was -- what was your strategic reason for having

17  that cloud streaming business?

18  **A.**   We built xCloud, which is the kind of code name for our

19  cloud streaming business, knowing that on Xbox we have many

20  games that run on our console platform.

21      And there are many users around the world that have phones

22  that aren't able to play those games nor will they be because

23  those games were built for a console over the years.

24      So our strategy was to put consoles in our data centers

25  and stream the game play from those consoles to a mobile phone.

SPENCER - CROSS / WILKINSON

1   So that if somebody wanted to play Halo on a mobile phone or

2   they wanted to play our driving games on a mobile phone, that

3   they would have access to those through streaming and that we

4   would find a significant number of customers given the

5   installed base of people playing games on mobile phones is the

6   largest segment of people playing.

7   **Q.**   So you're taking the native version on a console and

8   streaming it to a phone?

9   **A.**   Yeah.  Literally in an Azure data center, so big building,

10  cement, there's a rack of Xbox motherboards.  As Sarah was

11  explaining, it doesn't quite look like that.  It's just the

12  silicon part of the console that is running the game when

13  somebody launches it on xCloud.

14       On their phone, the person launches the game and when they

15  give it input, so say click "A" on the screen, that click is

16  sent via the internet to the data center which clicks "A" on

17  the game sitting in the data center.  And then the bits that

18  are actually being displayed on the screen are also streamed

19  down to the phone giving you a round-trip ability to play.

20  This is what xCloud is today.

21  **Q.**   In 2019 were you hoping that would move a lot of -- or at

22  least expand your customer base over on the mobile side?

23  **A.**   Yeah.  My real hope was the fact that we'd had at that

24  point nearly 20 years of Xbox games built on our console

25  platform, that that would give us a unique offer to players on

1    phones.  That you don't have to go buy a video game console to

2    play these games, that we could stream the game directly to the

3    phone, and we would unlock the billions of people or

4    1.8 billion I think people play on mobile phones today.  That

5    was our hope.

6    **Q.**   Mr. Spencer, how did that work out for you?

7    **A.**   It turns out there are a lot of barriers to console games

8    being displayed on a phone screen.  I'll start with a few of

9    them.

10        One that Sarah talked about is the latency.  Latency is

11   the time difference between when you want something to happen

12   on the screen and when it actually happens.

13        So what I talked about before of pulling a trigger or

14   clicking a button, the speed of light, it takes time for that

15   action to go to the cloud and come back.  So latency is clearly

16   one issue.

17        Another, I guess, fairly obvious issue are these games

18   were built for a television screen.  So even things like the

19   font size as you take something that was built for a 40- or

20   50-inch screen and shrink it down to like a 6- or 7-inch

21   screen -- 6-inch screen on a big phone, it's very hard to see

22   even what's happening or read what's happening on the screen.

23        And the last thing, which is also obvious, is people play

24   console games with a controller, and the controller is --

25   whether it's the Switch or PlayStation or an Xbox, you have a

SPENCER - CROSS / WILKINSON

1    controller that has buttons and triggers.  Your phone doesn't

2    have that.

3         So our xCloud software was trying to mimic a controller on

4    the touch screen of the phone, which turns out to be very

5    limiting to the experience that people have.  And,

6    consequently, we didn't make much traction actually finding new

7    phone customers for Xbox.

8    Q.   Take a look at RX10 --

9         MS. WILKINSON:  Your Honor, I did move that in, yes,

10   1125.

11   BY MS. WILKINSON:

12   Q.   Take a look at RX1093.  Is that an e-mail chain which at

13   the top is from Catherine Gluckstein to you on February 21st,

14   2019?

15   A.   Sorry.  I want to make sure I'm on the right one.  1093?

16   Yes.

17        MS. WILKINSON:  We move 1093 in.

18        THE COURT:  Yes.

19        (Trial Exhibit 1093 received in evidence.)

20   BY MS. WILKINSON:

21   Q.   Is this a discussion with some of your colleagues about

22   some of the issues you're trying to address in the mobile

23   market?

24   A.   It is.

25   Q.   Turn to page 4, please.  Look at the top where you wrote

**SPENCER - CROSS / WILKINSON**

1    to Catherine and the subject is "xCloud Strategy and GDC."

2    **A.**    Yes.

3    **Q.**    What is GDC?

4    **A.**    It's the Game Developers Conference, which is held here in

5    San Francisco every year in March.

6    **Q.**    In the second paragraph, you say "First, we are exactly

7    like Polaroid."  What did you mean by that?

8    **A.**    Catherine, who went on to run our xCloud team, was making

9    a point that as digital photography came about, Polaroid had a

10   strategy that really hinged on their current strengths, which

11   was printing photos out, and it turns out that what phone

12   customers wanted was just the ability to capture digital images

13   directly on their phone.

14        So her -- if you read lower, you'll see that Catherine's

15   talking about the fact that Polaroid built a strategy based on

16   their strengths, not the market demands.  And I'm -- I'm making

17   the point that xCloud is really a strategy built out of we have

18   console games, so let's try to stream them to phones, not

19   actually a strategy built out of what customers are asking for.

20   Mobile customers specifically.

21   **Q.**    Did you contrast below when you said, "This is kind of

22   what Bobby K is trying to do at ATVI"?

23   **A.**    Yeah.  Bobby Kotick, who's the CEO of Activision, has done

24   a really good job on diversifying where Activision finds

25   customers.  As we saw earlier, their biggest revenue stream

**SPENCER - CROSS / WILKINSON**

1   today is from mobile games.  That was not true 15 years,

2   10 years ago.  They're finding new customers for existing

3   franchises through things like Call of Duty mobile and new

4   things that they've -- they've acquired or built.

5   **Q.**   When you get on a mobile phone and use Candy Crush, to

6   access the game do you have to pay anything?

7   **A.**   Candy Crush is a free-to-play game.

8   **Q.**   Go down to the fifth paragraph that says "Because" and go

9   halfway down where you say (as read):

10          "They also don't pay for any games.  All the mobile

11       games are FTP."

12       Free to play; right?

13  **A.**   Yes.

14  **Q.**   (as read):

15          "So even the business model around our games that

16       mobile players don't want is wrong."

17       What do you mean by that?

18  **A.**   As Mr. Weingarten and I were talking about, our goal with

19  Game Pass was to lower I'd say the entry price for somebody

20  getting into playing console games from $70 to in the case of

21  console Game Pass $10 a month thinking that as you're finding

22  more customers, that the business model needs to be more

23  flexible for a less core customer.

24       On phone, almost every game that somebody plays is free

25  and has a business model around transactions or time.

**SPENCER - CROSS / WILKINSON**

1    So not only was our content hard to see on the screen and

2    hard to control on a phone, the predominant business model for

3    games on the phone did not match the content base that we had

4    on Xbox.

5    **Q.**   Did there come a time when you tried a different strategy

6    through acquisition?

7    **A.**   Yeah.  Every time we would -- yes.  Every time we'd sit

8    down with the Microsoft Board or the senior leadership team,

9    while they might appreciate our strategy on console and PC, it

10   was pretty clear that if we did not have a strategy that found

11   success on mobile, our relevance in the market was going to

12   continue to shrink.

13       If you're on the two platforms that are not growing and

14   there's a third platform called mobile phones that are really

15   the sole source of video game growth over the last few years,

16   you are going to be less and less relevant as a platform.  So

17   we started to look at acquisition as a strategy.

18   **Q.**   Before the Activision opportunity came along, did you make

19   some significant steps toward acquiring a mobile gaming

20   company?

21   **A.**   Yes.  We had entered into some discussions, preliminary

22   discussions, with a company called Zynga, which was based here

23   in San Francisco.  It ended up getting acquired by Take-Two,

24   which is one of the game publishers in the video game business,

25   but that was an opportunity that we spent quite a bit of time

**SPENCER - CROSS / WILKINSON**

1   on.

2   **Q.**   Please take a look at RX1141.

3        **MS. WILKINSON:**  We move into evidence.

4        **THE COURT:**  1141?  1093 you want admitted as well?

5        **MS. WILKINSON:**  Yes, Your Honor.

6   (Trial Exhibits 1093 and 1141 received in evidence.)

7   **BY MS. WILKINSON:**

8   **Q.**   This is a May 5th, 2021, with a deck attached; right?

9   **A.**   Yes, it is.

10  **Q.**   And the first page of the deck is titled what?

11  **A.**   The "M & A Pipeline."

12  **Q.**   And if you go to page 007, you have your strategy laid out

13  there; correct?

14  **A.**   Yes.

15  **Q.**   And you have a list of gaps.  What do you mean by "gaps"?

16  **A.**   Looking at the -- looking at the games that we currently

17  build in Xbox Game Studios, which is the XGS acronym, which is

18  our first-party organization, looking at what we have today

19  versus what we believe we need to have to be successful in the

20  broadest gaming market.

21  **Q.**   And it included there under the first set of bullet points

22  is "Lack of mobile native content."  It says (as read):

23        "Scarcity of relevant PC content and lack of mobile

24    native content."

25  **A.**   I might be on the wrong page.

**SPENCER - CROSS / WILKINSON**

1    **Q.**   Page 007 or page 5 of the deck.

2            **THE COURT:**  1141.

3            **THE WITNESS:**  1141.  Sorry I'm not -- it is a true

4    statement.  I just don't see it on the paper.  Am I --

5    **BY MS. WILKINSON:**

6    **Q.**   It's this page (indicating).

7    **A.**   Oh, I can't read -- scarcity of relevant PC content, lack

8    of mobile native content, yes, it continues to be a gap in our

9    portfolio.

10   **Q.**   Did Zynga have some significant native mobile content?

11   **A.**   They do.

12   **Q.**   And look at page 001 -- I mean 017.

13   **A.**   Yes.

14   **Q.**   Did your team do an analysis of potential targets?

15   **A.**   We did.

16   **Q.**   There are quite a few there, a thousand potential targets.

17   Why did you have them look at so many?

18   **A.**   It was critical for us to find the right content partners

19   in the mobile space.  Mobile being the largest gaming platform

20   in the world has a lot of publishers and developers so we

21   started with the broadest collection and tried to work down

22   through a criteria to the opportunities that would be a good

23   fit for us.

24   **Q.**   Did you end up -- or can you tell us why you didn't

25   acquire Zynga?

**SPENCER - CROSS / WILKINSON**

1   **A.**   I have a lot of respect for the people at Zynga and what

2   they've built.  In the end for our opportunity, we thought we

3   needed to have something that was even bigger than what Zynga

4   was given our small -- very small starting space in the

5   mobile -- in the mobile gaming business.

6   **Q.**   Let's turn to Activision -- Activision if we could.

7       Do you recall when you found out that Activision might be

8   an opportunity for you to acquire?

9   **A.**   Yes.  That would have been November of the -- what? --

10   2021.

11   **Q.**   Did you speak to Mr. Kotick, the CEO, about the

12   acquisition?

13   **A.**   I did.  I gave him a phone call.

14   **Q.**   Did you also have the folks at the company do an analysis

15   of Activision?

16   **A.**   We did.

17   **Q.**   Including a financial analysis?

18   **A.**   We did.

19   **Q.**   Did you also determine whether Activision met your

20   strategic goals?

21   **A.**   We did.

22   **Q.**   And just give an overall description of why Activision

23   meets both your strategic and financial goals.

24   **A.**   Activision, while we're spending a lot of time talking

25   about Call of Duty on PlayStation, it turns out they're the

**SPENCER - CROSS / WILKINSON**

1    largest publisher of mobile content outside of China, meaning

2    Chinese companies that are not really companies that we can

3    acquire.

4         After we went through our Zynga work and analysis, I spent

5    time with Amy Hood, the CFO of the company, to look at the

6    mobile opportunities that were in the market and Activision was

7    the biggest publisher of mobile content, and it's a partner

8    that we know well given our long history of working together.

9    So we -- we both had comfort with the studios and the teams

10   but, most importantly, was their -- their portfolio and

11   engagement that they have on mobile.

12   **Q.**   Did you make several presentations to the board as you

13   were considering and seeking approval of the acquisition?

14   **A.**   We did.

15   **Q.**   Turn to RX3166.  This is a document under seal, but

16   there's a small portion on page 003 on the gaming industry

17   landscape.  Do you see that?

18   **A.**   I do.

19         **MS. WILKINSON:**  Roger, would you mind putting up the

20   redacted version that we can show from page 3?

21   **BY MS. WILKINSON:**

22   **Q.**   Did you share these numbers with the board of directors?

23   **A.**   We did.

24   **Q.**   And just to make the record clear, is this a board

25   presentation on December 8th, 2021?

SPENCER - CROSS / WILKINSON

```
 1   A.    It is.
 2              MS. WILKINSON:  We move in RX3166.
 3              THE COURT:  Admitted.
 4        (Trial Exhibit 3166 received in evidence.)
 5   BY MS. WILKINSON:
 6   Q.    And if we look at the numbers or the percentages over on
 7   the left, they don't add up.  Can you tell us why that is?
 8   A.    There are players that play on more than one platform.
 9   Q.    The percentage, though, of all gamers who play on mobile
10   is quite large; right?
11   A.    Yeah.  Mobile is by far the largest gaming platform.
12   Q.    Then look over at the other side for the total.  What is
13   the total revenue in the gaming industry as of 2020?
14   A.    216 billion.
15   Q.    2020.  Sorry.
16   A.    216 million.
17   Q.    How much is the mobile portion?
18   A.    $113 billion.
19   Q.    When we looked at the figures from 2019, the mobile
20   portion was 87?
21   A.    Yes.  Mobile gaming is by far the fastest growing segment
22   as well.
23   Q.    And is console growing relative to the PC and mobile
24   segments of the market or is it shrinking?
25   A.    Even if console stays flat, if a segment like mobile is
```

SPENCER - CROSS / WILKINSON

1  growing quickly, it becomes a smaller part of the overall

2  gaming market.  So it is shrinking as a percent of the overall

3  gaming market.

4  **Q.**    And after this board presentation, did there come a time

5  when you and your staff and Ms. Hood did a valuation for the

6  Activision deal?

7  **A.**    That's right.

8  **Q.**    And tell us what -- from your business perspective, what

9  that was supposed to capture?

10  **A.**    Whenever we're looking at an opportunity to acquire a

11  company, we're looking at the value to Microsoft, what we would

12  expect to be able to pay giving us up to some limit that we

13  would be willing to invest in an acquisition.

14      Obviously, a company, a publicly traded company is looking

15  for a return on investment.  So your return should be higher

16  than what you're willing to pay.  There has to be a delta

17  between what you're going to spend and what you're going to

18  acquire.

19      So we build a financial analysis to help us give a -- a

20  range for what we could afford to pay for a company and still

21  feel like we got the right return as a company.

22  **Q.**    If anyone were to suggest that Microsoft would permit you

23  to pay, you know, any price just to get Activision, would that

24  be accurate?

25  **A.**    It would not.  The gaming business inside of Microsoft

1    actually runs as a standalone profit-and-loss business inside

2    of Microsoft.  It's one of the few Microsoft CSAs, as we used

3    before, or businesses that runs that way.

4        And we have a commitment to the company and the board to

5    run a profitable and growing business where we are effectively

6    a standalone business inside of Microsoft.

7    **Q.**    Did you stand before the board and tell them that you

8    believed that the price you were paying for Activision and the

9    strategic goals you had were sufficient to justify the -- the

10   purchase price of $69 billion?

11   **A.**    I did.

12   **Q.**    Is -- there are synergies we saw earlier.  We won't reveal

13   those numbers.  But if one were to suggest those synergies

14   allowed you to lose money, for example, by pulling COD revenues

15   from PlayStation, would that be accurate or inaccurate?

16   **A.**    That would be inaccurate.

17   **Q.**    Why?

18   **A.**    The commitments that I make to the board around the

19   financial return of any acquisition, especially one of nearly

20   $70 billion, it's -- I look at it as critical to my job

21   function to deliver on the results that I commit to the board

22   and the company and manage an effective and growing business.

23       So when I'm presenting our financial view of Activision

24   and what I expect the return to be so that the company would

25   deploy that amount of money to go acquire Activision, it is

**SPENCER - CROSS / WILKINSON**

1    kind of critical to my job stability to that I deliver on that.

2    **Q.**   Has Activision successfully developed a native game for --

3    a native Call of Duty for mobile?

4    **A.**   They're very effective, yes, with Call of Duty mobile.   It

5    is a very big franchise for them.

6    **Q.**   Take a look at RX1147, please.

7    **A.**   (Witness examines document.)

8    **Q.**   Do you see that document?

9    **A.**   I do.

10   **Q.**   Is this an e-mail that includes Sarah Bond, you, Tim

11   Stuart, and Matt Booty?

12   **A.**   It is.

13   **Q.**   What is Mr. Stuart's job?

14   **A.**   Tim Stuart is the CFO of Xbox.

15   **Q.**   This is dated 5-2-2022?

16   **A.**   It is.

17           **MS. WILKINSON:**   Your Honor, we move in RX1147.

18           **THE COURT:**   Admitted.

19       (Trial Exhibit 1147 received in evidence.)

20   **BY MS. WILKINSON:**

21   **Q.**   And if you look through this.   Go to page 2 and 3, did

22   someone take out the public numbers from Activision's 10K to

23   assess their revenue streams?

24   **A.**   They did.

25   **Q.**   Okay.   If you turn to that, to page 2, and you see you ask

1   specifically "What line does COD mobile show up in Activision";

2   right?  Do you see that in the middle of page 2?  It's from you

3   to Tim and Sarah.

4   **A.**   Yeah.  I see my question, yes.

5   **Q.**   Why were you interested in how much the revenues came from

6   COD mobile?

7   **A.**   It is -- one of the biggest strategic assets for us in

8   this deal is mobile engagement and the size of the mobile

9   business for Call of Duty.

10  **Q.**   Look on the first page and your e-mail, which is the

11  second from the bottom, and you say (as read):

12           "Wow.  Huge percentage of COD revenue."

13       We all know what "wow" means, but can you put that in

14  perspective of why were you surprised about the size of the COD

15  mobile revenues?

16  **A.**   I think to most people when they think about Call of Duty,

17  especially in the core gaming world, they think about it as

18  predominantly a console and PC game and that a majority of the

19  revenue comes from that market.

20       But when you actually look at the numbers, you realize

21  that Call of Duty mobile is a very significant part of the

22  franchise and really the biggest reach for Call of Duty in

23  their -- in the Call of Duty portfolio.

24  **Q.**   Take a look at RX1156, please.

25  **A.**   (Witness examines document.)

1    Q.   Is this another board deck that was presented regarding

2    the Activision Blizzard acquisition?

3    A.   It is.

4          MS. WILKINSON:   Your Honor, we move in RX1156.

5          THE COURT:   Admitted.

6    (Trial Exhibit 1156 received in evidence.)

7    BY MS. WILKINSON:

8    Q.   A transaction was announced on what day, Mr. Spencer?

9    A.   I believe it was January 18th.

10   Q.   And this is under seal, as you can see, but if you turn to

11   page 10 and it says "Activision Blizzard drivers."

12   A.   Yes.

13   Q.   And under almost every category do you include mobile?

14   A.   Yes.

15         MS. WILKINSON:   That's very kind of Mr. Weingarten.

16   BY MS. WILKINSON:

17   Q.   And it says "existing business"; right?

18   A.   It does.

19   Q.   It says "Game Pass"?

20   A.   Yes.

21   Q.   It says "universal store"?

22   A.   It does.

23   Q.   And "advertising"?

24   A.   Yes.

25   Q.   Can you tell us what you mean by "universal store"?

1   **A.**    Yeah.  As Sarah was talking about, when you're playing on

2   your mobile phone, all of the monetization happens through

3   Google's store or Apple's store.  So they capture all of the

4   transactions in gaming and almost every other category, which

5   is, say, different than on Windows where there is a Windows

6   store but there's a lot of other storefronts.

7       For us, we believe there's an opportunity create a gaming

8   storefront on Windows phones -- sorry, Windows phones -- on

9   mobile phones, not the Windows phone, for Apple and Google

10  phones where people can come to find games to play in a

11  storefront that was really tailored towards players on Google

12  and Apple's platform.

13      Now, Google and Apple will fight us to do this.  They

14  don't openly allow other storefronts on their -- on the largest

15  gaming platform.  So we -- as we talked about, we started with

16  the strategy of xCloud with maybe over the cloud outside of

17  their store we would be able to deliver content to them.  This

18  is an approach of having a native storefront on a phone that --

19  where people could come to find our games and third-party

20  games.

21  **Q.**   So today if you wanted to put your Xbox app in the Apple

22  app store, can you do that?

23  **A.**    No.  Apple blocks our Xbox app from their store.

24  **Q.**   If you want to put your Xbox app in the Google store, can

25  you do that?

SPENCER - CROSS / WILKINSON

1  **A.**   We can do that, but we can't -- we get no monetization.

2  They won't allow us to sell anything in our store, which

3  obviously makes it difficult for us to grow a business.  So

4  both Google and Apple exert control over the largest gaming

5  platform.

6  **Q.**   So when you have a game on your console and someone spends

7  money in the game, you get a portion of that; right?

8  **A.**   We do.

9  **Q.**   You're saying if that game were in the Google app store

10 under your Xbox or within your Xbox app, you could not collect

11 any monetization?

12 **A.**   That's right.  Google -- Apple won't let us put the

13 streaming app in their store so we can't bring the console

14 games through their storefront.

15 **Q.**   In contrast, is Candy Crush in the app store?

16 **A.**   Candy Crush is in the Apple's app store.

17 **Q.**   Apple decides that game is okay, but your suite of games

18 is not?

19 **A.**   That's right.

20 **Q.**   And in Candy Crush is there in-game monetization?

21 **A.**   There is, yeah.  It is a free-to-play game, yeah.

22 **Q.**   And do you know if the Call of Duty mobile game is

23 available on the Apple app store?

24 **A.**   It is.

25 **Q.**   And is there in-game monetization in that game?

**SPENCER - CROSS / WILKINSON**

1  **A.**   There is.

2  **Q.**   So if you owned those franchises, you would then be able

3  to at least collect the revenues that they generate within the

4  game?

5  **A.**   Yes.  In the existing business line, in the model, is the

6  capture of existing Call of Duty, Candy Crush on mobile

7  platforms.

8  **Q.**   Do you know why Apple is not letting you put the GameBox

9  app within its app store?

10  **A.**   Because it's competition for their control over the

11  largest gaming platform between them and Google.  There's --

12  these are games that players want to play.  We have a delivery

13  mechanism to deliver the games to those phones for their

14  customers, and they just choose to block it and they've been

15  allowed to do that.

16  **Q.**   Aside from the revenues you would get if you owned Call of

17  Duty and Candy Crush, are there any other benefits you would

18  have in terms of learnings about mobile if you owned those

19  franchises?

20  **A.**   Yes.  Any launch for us of a store is -- it -- it's a

21  critical part of our strategy and I would say a high-risk part

22  of our strategy.  One way to offset that risk is to have

23  millions of players of games on the store -- on the mobile

24  devices that you can then advertise to the fact that you have a

25  storefront available.

SPENCER - CROSS / WILKINSON

1    So instead of just launching a store today and trying to

2    find customers, when you have the users of Candy Crush and Call

3    of Duty and Diablo Immortal, which is another mobile game,

4    you're going to be able to gain exposure for the mobile store

5    that you've built through the engagement that you have with the

6    games that you own on the platform.

7    **Q.**   Who's Amy Hood?

8    **A.**   Amy Hood is the chief financial officer of Microsoft.

9    **Q.**   We'll hear from her next week, but would you consider her

10   a rigorous reviewer of your financials?

11   **A.**   The most rigorous I've ever found.

12                          (Laughter)

13   **BY MS. WILKINSON:**

14   **Q.**   How regularly does she review your financials?

15   **A.**   Can I say daily?  She's --

16   **Q.**   Officially.

17   **A.**   Yeah.  Monthly.  Amy is in a monthly business review for

18   the gaming business and other CSAs.  It's part of the normal

19   rhythm of running the business.

20   **Q.**   Do you work with her to set targets for your business?

21   **A.**   We do, yes.

22   **Q.**   What kind of targets do you set?

23   **A.**   We will set annual targets.  Microsoft's fiscal year is

24   July 1st through June 30th of the following year.  So we're

25   right in the middle of getting ready for next fiscal year so a

**SPENCER - CROSS / WILKINSON**

1    lot of work.  And our quarterly earnings that we would have as

2    a business, that's where I would say most of the effort goes

3    into in terms of locking what our expectation is for the

4    business.  And I meet with her weekly on how the overall user

5    trends and metrics look for our business.

6    **Q.**   Do you have margin targets?

7    **A.**   Yeah, we have -- yes, we do.  We have both gross margin

8    targets and accountability margin, the AM that we talked about

9    earlier, also known as profit.  So we have both of those

10   targets for the business.

11   **Q.**   If you don't meet those targets, say your accountability

12   margins, what does Ms. Hood do?  Does she give you more money?

13   **A.**   No.  I mean, no, she does not.  We have to grow the

14   business at what we would call the top line, grow the revenue

15   of the business and the profitability of the business; and if

16   we're not able to grow enough revenue to cover any cost

17   increases we have in the business, we have to find other ways

18   of cutting costs to meet the accountability margin targets that

19   we have as a business.

20        You can see job eliminations.  Regretfully, we had some of

21   those this year.  Cutting back on spend on other things in the

22   market.  I think because the profitability of our business and

23   our commitment to deliver that is a nonnegotiable with the

24   company.

25   **Q.**   As part of the valuation, did you make a commitment to

**SPENCER - CROSS / WILKINSON**

1   Ms. Hood and the board that you would meet that overall number

2   that you -- the purchase price, but the sub-numbers that

3   justify the purchase price?

4   **A.**   Yes.   They understood that the -- they understood the

5   financial model for the deal and my commitment behind every one

6   of the line items in the valuation model.

7   **Q.**   So if someone were to suggest that you could just buy

8   Activision and lose a lot of money over time; is that correct

9   or incorrect?

10   **A.**   That is incorrect.   There's no part of our business where

11   I get to lose money over time.   The overall part of our -- the

12   overall business for gaming has to be a profitable and growing

13   business, which is also why getting into mobile is so critical

14   for us.

15   **Q.**   That said, is it you or Ms. Hood who decides how you're

16   going to meet those numbers?

17   **A.**   I'm given latitude in managing the sub-numbers, if you

18   want to call it that, the intricacies of the business on a

19   per-title of business, ship dates of different games, marketing

20   budgets on where we're going to spend -- how much we're going

21   to spend on titles.   So I'm given latitude on where I'm

22   spending money.

23       Amy will definitely spend time to understand the gives and

24   takes of our plan versus expectation, and she'll have her own

25   judge of the risk.   But she gives Tim Stuart and I and our

SPENCER - CROSS / WILKINSON

1  Gaming leadership team support, but she definitely has a strong

2  point of view herself.

3  **Q.**   Does she agree with your strategy to move as much as you

4  can into the mobile market?

5  **A.**   She does and Satya and the board as well.  One of the

6  challenges for us being the third place console manufacturer is

7  our margins are significantly lower than both Nintendo and

8  Sony's because we spend effectively the same amount of money on

9  our people and we sell fewer consoles so we make less money.

10      Inside of our company we have to find ways of growing the

11  profitability of the business.  Growing from a third place

12  console position in a market that's not growing that we've

13  tried for 20 years is not really something the company is going

14  to support as our sole method of growing the business.

15      So for the longest time we've had discussions with the

16  board and the senior leadership team on how we find more

17  margin-positive ways for us to grow the gaming business all up.

18  **Q.**   As the financial analysis was being done for the deal, did

19  you ever ask anyone to run a financial model to see what it

20  would look like if you did not provide Call of Duty to

21  PlayStation in the future?

22  **A.**   We did not and, in fact, if you look at the deal model,

23  nowhere in the deal model is there any modeling of a shift of

24  share between us and PlayStation.  If we had a plan -- if we

25  thought that this was a deal about driving more Xbox share

1    relative to PlayStation, you would see it -- a line called out

2    that would talk about the financial benefits of a share shift

3    between us and PlayStation, which is, as we've just gone

4    through, nowhere in the model.  In fact, the only part of the

5    model -- or the biggest part of the model that includes

6    PlayStation is actually growing the existing business and

7    continuing to maintain that.

8    **Q.**   Does the model include any increase in console sales based

9    on that -- you know, the alleged shift in the market if you

10   were to pull or not provide Call of Duty to PlayStation?

11   **A.**   It does not.  There was nothing about this deal.  This

12   deal came from our need to find users and relevance on the

13   largest gaming platform, which are mobile phones.  The fact

14   that Activision also builds PC and console games and we know

15   them was obviously part of our consideration in the overall

16   valuation, but this -- this deal has nothing to do with

17   increasing Xbox share.

18   **Q.**   The FTC's economic expert, who will testify next week,

19   claims that it is in your financial interest, makes sense, for

20   you to pull Call of Duty from PlayStation and that there will

21   be a 5 percent or so share shift in the console market as a

22   result of that strategy.  Has anyone ever suggested to you

23   that's a legitimate positive economic action?

24   **A.**   Being honest, the CMA had a similar model at some point

25   that they -- the CMA being the U.K. regulatory body -- where

**SPENCER - CROSS / WILKINSON**

1    they had made a math error; and when we corrected the math

2    error, they reversed that point of view.

3        Nobody inside of Microsoft has ever presented a model that

4    would -- to me that would show that pulling Call of Duty off of

5    PlayStation would be beneficial to or would cover the cost that

6    we would -- the revenues we would lose.

7    **Q.**   Setting aside the model, has anyone on your team suggested

8    "You know what would be a great idea?  If we're allowed to buy

9    Activision, let's just withhold Call of Duty from PlayStation"?

10   **A.**   No.

11   **Q.**   Okay.  In fact, when you announced the transaction, did

12   you reach out to your partners, including Sony, to assure them

13   that you would continue to allow them to have access to those

14   games on their platform?

15   **A.**   We did.

16   **Q.**   Did you personally speak to anyone at Sony?

17   **A.**   I -- I spoke with the CEO of Sony Corporation,

18   Yoshida-san, and I had a conversation with Jim Ryan.

19   **Q.**   What assurances did you give them?

20   **A.**   It was -- with Yoshida-san it was Satya and Nadella and I

21   on the phone call, the CEO of Microsoft, and we -- we really

22   just explained the same rationale that we've talked about here

23   about this deal; and that this deal, we wanted to continue to

24   be a good partner for Sony which -- with Sony, which we feel

25   like we are today, in the shipping of games on their platform,

**SPENCER - CROSS / WILKINSON**

1   and that we would continue to do that after this deal closes.

2   And I got positive affirmations from Yoshida-san.  Jim

3   Ryan and I had a slightly longer conversation just given we do

4   more business together, but had a similar outcome; that he

5   understood our rationale behind the deal.

6   And I think the e-mail exchange that was shared kind of

7   landed that -- shows that he understood that this was not about

8   PlayStation, which is what he shared.

9   And then I made a public statement as the deal was

10  announced, that I said we are committed to continuing to ship

11  Call of Duty on not only the PlayStation 5 but future versions

12  of PlayStation, assuming I don't know anything about their

13  future plans but I'll guess that there will be future

14  PlayStations that we would want to continue.  And publicly Sony

15  affirmed that they believed our commitment -- or my commitment

16  that we would continue to ship Call of Duty on PlayStation.

17  **Q.**   Have you made more formal offers to them in writing?

18  **A.**   We have.

19  **Q.**   Has that continued throughout the pendency of the

20  acquisition?

21  **A.**   It has, yeah.  Not always at a pace I would like, but

22  maybe a little bit on that just quickly.

23  As I mentioned earlier, we have a number of games in the

24  PlayStation store today, I think it's over 50, that we sell.

25  Some of those we acquired.  Some of those we've launched.  But

1    we don't have a deal on individual titles with Sony to ship.

2    We have a publisher agreement with Sony that allows us to ship

3    games on their platform, and it's a very cordial relationship

4    we have with them on shipping, and they support us well when we

5    ship games on their platform.

6         That -- so when we offer them something on a commitment, a

7    ten-year commitment, to ship Call of Duty on PlayStation or --

8    it's in the context of us already doing a lot of business

9    together and understanding both how to deliver games on

10   PlayStation and how to kind of partner with them as a platform.

11   **Q.**   Maybe you can explain that a little bit more.  When you

12   put a game on Nintendo or you put a game on PlayStation, do you

13   negotiate individual contracts for those games?

14   **A.**   No, we do not.  And it's the same when somebody ships on

15   Xbox.  In general, what you do is a publisher would sign a

16   publisher license agreement -- we call it a PLA -- which

17   basically gives them the right to ship games on our platform,

18   and then we -- in the business terms that that will exist

19   under.

20        And that covers any game that a publisher would want to

21   ship on Xbox or we would want to ship on Nintendo or Sony.  We

22   don't usually do individual deals for each title that ships on

23   the platform.  It is -- we give them a heads-up that we're

24   going to ship Minecraft Legends, which is the last game we

25   shipped on PlayStation, and their account team works with our

SPENCER - CROSS / WILKINSON

1  team to ensure that the game ships seamlessly on their

2  platform.

3  **Q.**   Let's fill in the blanks there since you mentioned

4  Minecraft Legends.

5       You were asked by counsel whether you updated or provided

6  Minecraft for the PS5; right?

7  **A.**   Yes.

8  **Q.**   How many Minecraft games are available today?

9  **A.**   Today in the console space there are really three main

10  franchises.  There's Minecraft, a game just called Minecraft,

11  Minecraft Dungeons, and Minecraft Legends.  Those would be our

12  three main Minecraft games today.

13  **Q.**   I want you to look at -- I think I have to hand it up to

14  you because I don't believe it's in your notebook -- RX3156,

15  and ask you if this is a public announcement of that Minecraft

16  Dungeons -- that Minecraft Dungeons will also be in PS Plus.

17  **A.**   Yes.  This is an announcement that Minecraft Dungeons will

18  be available on PlayStation Plus.

19  **Q.**   So PS Plus is what you were talking to counsel earlier

20  about their streaming service used to be called something else?

21  **A.**   PlayStation Plus is actually their content subscription

22  like Game Pass.  So they have multiple tiers, but PlayStation

23  plus is kind of the base name for their version of Game Pass.

24  **Q.**   Was their version of Game Pass called PlayStation Now in

25  the past?

**SPENCER - CROSS / WILKINSON**

1    **A.**    PlayStation Now is their equivalent of xCloud, of their

2    ability to stream, and they've incorporated PlayStation Now,

3    which I don't believe is a name they use today.  And I think I

4    have this right, but I apologize if I have some of it wrong.

5    So all of it now is part of the PlayStation Plus family of

6    subscriptions is my understanding.

7    **Q.**    Okay.  So if someone owns a PlayStation and they want to

8    play -- they want to buy the game on the PlayStation store, can

9    they buy Minecraft Legends?

10   **A.**    Yes.

11   **Q.**    Can they buy the Minecraft?

12   **A.**    Yes.

13   **Q.**    And can they buy the third game?

14   **A.**    Minecraft Dungeons, yes, they can.

15   **Q.**    And if they want to play it in PlayStation subscription

16   service, what Minecraft games can they play in the subscription

17   service?

18   **A.**    Today we have a deal.  This is an instance where we would

19   have had a deal with Sony.  They would have come and asked to

20   put Minecraft Dungeons and PlayStation Plus -- sorry -- and

21   then we would have done a business deal that would have us

22   include Minecraft Dungeons in PlayStation Plus.  I believe

23   today that's the only version of Minecraft that's in

24   PlayStation Plus, but it's not the only game that we've ever

25   put in PlayStation Plus.  We've had other games that have been

**SPENCER - CROSS / WILKINSON**

1   in PlayStation Plus.

2   **Q.**   I believe you explained this earlier, but this is a

3   different financial arrangement when you're putting it in a

4   subscription service than when you're just putting it in the

5   store and allowing them to purchase it and play it on their

6   device?

7   **A.**   That's correct.  When we're putting a game in the store,

8   as Mr. Weingarten and I talked about, there's a standard

9   revenue split of 70/30 that we expect.  That's the kind of

10  agreed-upon financial relationship for games.

11       Because we're putting a game in the subscription, and as

12  you can see in the ad, the ad says "Play Dungeons for free on

13  PlayStation Plus," there's -- we're foregoing some sales of the

14  game.  So there would be a financial -- direct financial

15  relationship with Sony on this title for inclusion in

16  PlayStation Plus.

17  **Q.**   Okay.  Let's talk -- well, let's finish up on this.

18            **THE COURT:**  Why would you do that?

19            **THE WITNESS:**  When a game reaches a certain point in

20  its evolution, in its sales, it's an opportunity for us to find

21  customers who did not originally buy the game, and obviously

22  the financial consideration that they would -- they would give

23  us.

24       In general, with Sony and Nintendo, we try to be good

25  content partners.  So when a good business deal comes that

**SPENCER - CROSS / WILKINSON**

1  matches our kind of goals, we do a lot of work with both of

2  them, as well as with Valve, on the PC storefront to get our

3  games in front of as many people as possible.

4       So they -- they come to us.  I say "they come to us."

5  There's an ongoing conversation between the account managers at

6  Sony and our Xbox Game Studios teams about things that we could

7  do together, and opportunities arise and we evaluate it; and if

8  it makes sense for us with timing and economics, then we -- we

9  would make that move.

10      I know we talked about console wars earlier so it could be

11  confusing.  Like, why would we ever help PlayStation?  Our

12  long-term goals in this business are to help grow the gaming

13  industry and be a substantial part of the growth in the

14  industry.

15      We are -- we do not model our success kind of at the sole

16  expense of other platforms that are there.  It just doesn't

17  really make sense from a Microsoft perspective if the market is

18  a fixed size.

19           **THE COURT:**  But it's on X Pass I would guess.

20           **THE WITNESS:**  It is Xbox Game Pass.

21           **THE COURT:**  So then someone who's on the

22  PlayStation -- someone on the PlayStation, they don't need,

23  then -- in other words, they'll buy Sony subscription service

24  instead of yours if they want to play the Minecraft?

25           **THE WITNESS:**  That's right.  So good clarification is

**SPENCER - CROSS / WILKINSON**

1    that Xbox Game Pass is not available on PlayStation.  So when

2    we're looking at PlayStation customers, today, unless they're

3    also playing on PC Game Pass, isn't really an option for them

4    on PlayStation.  So our choice for a PlayStation customer is

5    they would either buy our game; or if we have a relationship

6    with Sony, it would be part of the console -- the

7    PlayStation Plus subscription.

8        We love Game Pass and it's, I think, a good part of our

9    strategy, but it -- it is not really one of those things that

10   we see as pulling people away from PlayStation.

11       So participating -- since we're already selling games in

12   their store, participating in all of the ways that you can

13   monetize games on their platform in conjunction with Sony makes

14   sense for us.

15   **BY MS. WILKINSON:**

16   **Q.**   Let's explain that just in some simple numbers.

17   **A.**   Sorry.

18   **Q.**   No.  It's easy for you and a little harder for some of us

19   to understand, especially me.

20       So let's use your Minecraft Dungeons example.

21   **A.**   Yes.

22   **Q.**   It's in the PlayStation store?

23   **A.**   It is, yeah.

24   **Q.**   You get some revenue from that?

25   **A.**   We keep 70 percent of the transaction, yeah.

SPENCER - CROSS / WILKINSON

1  Q.   That's why it's worth having it in your competitors'

2  store?

3  A.   Yes.

4  Q.   And if they -- when you put it into their streaming -- I

5  mean, in their content library subscription service, you get

6  some kind of compensation for that as well?

7  A.   We do from Sony, yes.

8  Q.   A different calculation?

9  A.   Yeah.  It -- yes.  It's usually more of an upfront

10  payment, just talking generalities, where it's the same that we

11  would do with Game Pass of if we -- let's flip it around so I'm

12  not talking about Sony doing their business.

13      When we would go to a game like Dungeons, this is our own

14  game, but say a third-party game, we would offer up a certain

15  amount of money upfront to include the game in our content

16  subscription for some amount of time.

17      And as the owner of the content, you look at your current

18  run rate of sales versus how much they're willing to give you

19  today and what period of time it will be in the subscription

20  and you make a balanced business decision based on that.

21  Q.   Is this part of your process of deciding game by game

22  whether you're going to keep it exclusive or make it available

23  on multiple platforms?

24  A.   Yeah.  The managing the portfolio of games across so many

25  different platforms and so many different business models is an

**SPENCER - CROSS / WILKINSON**

1  ongoing discussion, which is maybe why I got a little bit

2  confused earlier about is there, like, one specific time when

3  I'm having this discussion.  This is kind of a constant part of

4  managing 23 studios and the number of game franchises that we

5  have.

6  **Q.**   So is it possible that you develop a game within Xbox --

7  so we'll call it a first-party game; right?

8  **A.**   Yes.

9  **Q.**   -- and you decide to make it available initially on Xbox

10  and on PC?

11  **A.**   Yes.

12  **Q.**   Can you reassess -- do you reassess that at times and

13  decide whether you're going to provide it on PlayStation and/or

14  Nintendo?

15  **A.**   We do and we've done that in the past.

16  **Q.**   And are there sometimes when you have games set that are

17  available initially on all three platforms?

18  **A.**   We do.

19  **Q.**   And then when you acquire studios that have existing games

20  on other platforms, especially those that involve

21  multiplatforms, do you maintain those on those platforms?

22  **A.**   We do.  When we closed the ZeniMax acquisition, two of

23  their what we would call ongoing service-based games where

24  customers engage with the games in an ongoing basis and those

25  games continue to evolve, Fallout 76 and Elder Scrolls online,

**SPENCER - CROSS / WILKINSON**

1   both of those games post-acquisition we've continued to update

2   and add content across PC, across PlayStation, and Xbox at

3   roughly the same time.

4   **Q.**   Go back to Minecraft Legends.  When it first came out, it

5   was available on Xbox and PC; right?

6   **A.**   And Switch and PlayStation all on the same day.

7   **Q.**   All on the same day and date?

8   **A.**   Yeah.

9   **Q.**   And that was in the store?

10  **A.**   Yeah.

11  **Q.**   On PlayStation, therefore, you could play.  The only

12  difference is it wasn't in the subscription service right away?

13  **A.**   Yeah.  This game launched in April of this year, so it's a

14  relatively new game.  Sony's policy is, for the most part, they

15  don't put day and date games in their subscription.  So it's --

16  they're not -- I don't know of them asking about Legends in

17  PlayStation Plus.

18       But, yes, that game was available on Switch, PlayStation,

19  Xbox, and PC on its launch date and the players across all

20  those platforms could play together.

21  **Q.**   Does Minecraft Dungeons have endgame monetization?

22  **A.**   I don't believe there's any post-sale monetization or

23  endgame monetization in Minecraft Dungeons.

24  **Q.**   So once you put it into Sony's subscription service,

25  you're not getting that additional revenue split because there

**SPENCER - CROSS / WILKINSON**

1   isn't post -- I don't know.  What did you call it?  Post --

2   **A.**   Post-sale monetization.

3   **Q.**   Post-sale monetization.

4   **A.**   We will still sell some copies of the game; but, yes, for

5   the most part we're foregoing the retail revenue of people

6   buying the game when we put it into the subscription.

7   **Q.**   So if there was any suggestion that you always are going

8   to make games exclusive to Xbox and PC, would that be correct

9   or incorrect?

10  **A.**   That's incorrect.

11  **Q.**   Even with regard to the ZeniMax games?

12  **A.**   That's correct.

13  **Q.**   And with regard, of course, to your plans with the

14  Activision games?

15  **A.**   The Activision games will remain cross-platform.

16  **Q.**   Including the Call of Duty game?

17  **A.**   Call of Duty.

18  **Q.**   And --

19  **A.**   On Call of Duty, just specifically because you asked me a

20  good question right before lunch, I want to just be clear, yes.

21  Under testimony, Call of Duty will remain on PlayStation 5 and

22  future versions, as I said, of PlayStation.

23       I could imagine maybe somebody thinks there's some kind of

24  game I'm playing on which version of the console I'm committing

25  to.  Our goal is to continue to make Call of Duty a great game

**SPENCER - CROSS / WILKINSON**

1    for this PlayStation and future PlayStations.

2    **Q.**   Okay.  Quickly go to the PX1065, which was in the FTC

3    notebook you got.

4    **A.**   Oh, the FTC one.

5    **Q.**   And you tell me when you're there.

6    **A.**   1065 you said?

7    **Q.**   Yes, please.

8    **A.**   (Witness examines document.)

9    **Q.**   Big notebooks are not easy to work with.

10   **A.**   I haven't been around this much paper in a long time.

11   **Q.**   My team always gives me grief because I don't like those

12   big notebooks.

13   **A.**   I might agree with them, but...

14                              (Laughter)

15   **BY MS. WILKINSON:**

16   **Q.**   Okay.  Go to page 15 or 017 on the PX number, and do you

17   recall you and Mr. -- sorry -- Mr. Weingarten reading the

18   differentiated content section?

19   **A.**   I do.

20   **Q.**   And it talked about exclusive to the service

21   differentiates relative to other services?

22   **A.**   I do.

23   **Q.**   Turn to I think it's page 002 of that same document or the

24   e-mail that is attached to it.

25   **A.**   (Witness examines document.)

**SPENCER - CROSS / WILKINSON**

1    **Q.**   In the section where we just looked, where you were

2    talking about differentiated content, did you mean to suggest

3    to anyone that you would always have your content exclusive to

4    Xbox?

5    **A.**   I did not.

6    **Q.**   And if you look at the value drivers and you go back to

7    game -- down to "Game transactions," what does it say there?

8    **A.**   It says (as read):

9          "We will continue to sell acquired games and

10       franchises across all gaming platforms.  Previously

11       unavailable titles on Xbox will be brought over to the

12       platforms for additional monetization opportunities."

13    **Q.**   Keep going.

14    **A.**   Do you want me to keep going?

15    **Q.**   Yes.

16    **A.**   (as read):

17          "And future titles will no longer observe a delay on

18       launching on Xbox."

19    **Q.**   Okay.  So explain why in the differentiated content

20    section you're talking about exclusives, how do you reconcile

21    with the idea that you're still going to sell many of your

22    games cross-platform?

23    **A.**   Yeah, the area that Mr. Weingarten and I were looking at

24    was a specific Game Pass area, not the overall strategy for

25    running our gaming business.

1    Gaming subscriptions are really differentiated based on

2    the platforms that's there.  The highest value driver in the

3    gaming business are the hit franchises, and expanding the reach

4    of the franchises that you have is critically important to our

5    success.

6         **MS. WILKINSON:**  All right.  I just want to cover two

7    more topics, Your Honor.  Is there a time when you want to take

8    a break?

9         **THE COURT:**  Why don't we do it when you finish.

10        **MS. WILKINSON:**  Okay.  Great.

11   **BY MS. WILKINSON:**

12   **Q.**   I want to talk to you about your competitors and where you

13   think the market is.  Okay?

14   **A.**   Yes.

15   **Q.**   You got asked a lot of questions and were shown a few

16   documents about whether -- well, the implication was that

17   Nintendo is not one of your competitors; right?  That was the

18   implication?

19   **A.**   That was -- that was what was put forward, yes.

20   **Q.**   Is that true?

21   **A.**   In my mind, it is not.

22   **Q.**   And do you get weekly reports on unit volume and share of

23   Gen 9 hardware that even includes Nintendo?

24   **A.**   I do.

25   **Q.**   Take a look at RX5046.

1    **A.**    Is this in the smaller book?

2    **Q.**    Yes.

3    **A.**    Okay.  RX5 --

4    **Q.**    Do I need to hand this up?  Hold on.  That's one we didn't

5    have an extra.

6    **A.**    Okay.

7             **MS. WILKINSON:**  Can I hand it to Mr. Spencer,

8    Your Honor?

9             **THE COURT:**  You may.

10   **BY MS. WILKINSON:**

11   **Q.**    Do you recognize that?

12   **A.**    I do.

13   **Q.**    Is that dated 3-17-2021?

14   **A.**    Mine says January 11th, 2023.

15   **Q.**    Okay.  That's not the right document.  Sorry.

16         This is the right document.  I'm just going to give you

17   the one I have.  I must have taken --

18   **A.**    Unless I'm reading the wrong date.

19            **THE COURT:**  You gave me a whole bunch of copies.  Do

20   you want one?

21            **MS. WILKINSON:**  Fine, Your Honor.  Yes.

22            **THE WITNESS:**  The December 5th, is that the --

23            **MS. WILKINSON:**  No, that's not the right one.

24            **THE WITNESS:**  Okay.

25            **MS. WILKINSON:**  It's 3-17-21.

**SPENCER - CROSS / WILKINSON**

```
 1                    (Pause in proceedings.)

 2   BY MS. WILKINSON:

 3   Q.   Here you go.  Sorry about that.

 4   A.   That's okay.

 5   Q.   Now it's PX5046 dated 3-17-2021?

 6   A.   Yes.

 7   Q.   And is this just one example of the weekly reports that

 8   you get?

 9   A.   It is.

10   Q.   Is it addressed to you?

11   A.   This one is, yes.

12   Q.   All right.  We can't show this portion, but look at

13   page 2, and does that include -- does that show console volume

14   and share?

15   A.   It does.

16   Q.   And which consoles are included?

17   A.   Xbox Series X and S as one combined number, PlayStation 5

18   and Nintendo Switch.

19   Q.   And do you get regular reports on Nintendo Switch as well

20   as PlayStation 5?

21   A.   I get this report every week.

22   Q.   Okay.  Now, up at the top, though, it says "Gen 9

23   Hardware."  Is that actually a correct description of all of

24   these?

25   A.   It should say "Current Gen."
```

**Q.**   So explain that to the Court.  What do you -- what's the

difference between "current generation" and "Generation 9" when

you're normally using those terms?

**A.**   "Generation 9" is very much an industry term.  As a

customer, you're walking into the store because you want to buy

a video game console and there are three manufacturers on the

shelf.  There's one from Nintendo, one from Sony, and two from

Xbox.

So when we think about the consumer's purchase decision,

they're walking into the store hopefully to buy a video game

console.  They're almost certainly, if they're going to

purchase, they're going to purchase one; and once they purchase

that console, that's where their gaming activity would happen.

And if they purchase the Switch, they likely did not purchase

an Xbox.  So I would see it as competition.

**Q.**   Counsel asked you about the differences between the Switch

and the Xbox.  Do you think the differences he asked you about

make it a device that is not substitutable among your

customers?

**A.**   No, not at all.  In fact, the weekly run rates of this

chart, this analysis, that I get continue to show Switch as

usually the number one selling console.  The decisions that

Nintendo made on that console to make it portable, which was

really their first pure portable console that also plugs into

the television; and if you look at the big third-party games

**SPENCER - CROSS / WILKINSON**

1  that are successful on that platform -- Fortnite, FIFA, even

2  Minecraft -- they're the same or very -- they're the same

3  third-party games that are successful on PlayStation and Xbox

4  for the most part.  So people are playing the same third-party

5  games across Switch.

6      And as I said, the -- but the choices that Nintendo made

7  was obviously to put a screen on the device, to have a battery

8  inside, to make it dockable so that you can slide it into a

9  dock and the picture will then show up on your television if

10 you want to play --

11 **Q.**   Meaning --

12 **A.**   -- on the television.

13 **Q.**   Sorry.  Meaning it can act like a console?

14 **A.**   It can act like what you'd consider a television-based

15 console; but when you want to take it with you on the go, you

16 slide it out of the dock and you can continue to play their

17 games.  So --

18 **Q.**   Go ahead.

19 **A.**   So while we can analyze the graphical differences between

20 a Switch and a PlayStation or an Xbox, the design decisions

21 around the Switch were a console that would run on battery so

22 it has a power profile that's different.

23     They made different technical decisions to enable an

24 experience that they thought their customers would want to

25 have, and it's the best selling console right now in the

1   market.

2        So when I -- when people try to tell me it's not

3   competition -- competitive, for any number of reasons, I don't

4   believe that because I just look at what's selling.

5   **Q.**   And this, I hope is obvious, but the Switch has a screen;

6   right?  So you can carry it with you and see your game?

7   **A.**   Yeah, the Switch has a screen.

8   **Q.**   How about your Xbox?

9   **A.**   The Xbox is in the PlayStation, rely on being plugged into

10  an external screen like a television, yeah.

11  **Q.**   In your regular business, do you and Mr. Stuart track the

12  success of the Switch?

13  **A.**   We do.

14  **Q.**   Take a look at PX1145.  It's a December 4th, 2020, e-mail

15  from Tim to --

16          **THE COURT:**  Do you want to admit 5046?

17          **MS. WILKINSON:**  I do, Your Honor.  Thank you.

18          **THE COURT:**  And 3156?

19          **MS. WILKINSON:**  Yes.

20          **THE COURT:**  Both admitted.

21          **MS. WILKINSON:**  Yes, Your Honor.

22      (Trial Exhibits 3156 and 5046 received in evidence.)

23          **THE WITNESS:**  1145?

24  **BY MS. WILKINSON:**

25  **Q.**   Yes, in the small notebook.

**SPENCER - CROSS / WILKINSON**

1    **A.**   Oh, in the small.

2    **Q.**   It's our PX1145.

3    **A.**   (Witness examines document.)  I have RX in the small

4    notebook.

5    **Q.**   Okay.

6    **A.**   Is it --

7    **Q.**   Maybe it's in there.  I just pulled it out to use it for

8    us.

9    **A.**   Okay.

10   **Q.**   It is.  PX1145, which is in the big notebook.

11   **A.**   Okay.

12       (Witness examines document.)  Yes, I found it, the mail

13   from Tim to me.

14   **Q.**   Right.  You were discussing certain portions of this, but

15   I want to go to at the very top from Tim, and it says "Fourth

16   bullet."  Do you see that?

17   **A.**   I do.

18   **Q.**   It's not redacted.  What does that say?

19   **A.**   (as read):

20           "Fourth bullet:  Might be good to highlight that we

21       know we will likely be behind Switch and PlayStation 5 in

22       the holiday volume due to supply in addition to the comp

23       versus Xbox 360."

24   **Q.**   Why is the holiday season so important to look at?

25   **A.**   A majority of console sales are done in the -- in a

1   Northern American holiday period of December.  So it's a -- in

2   that quarter, which is Microsoft's Q2, it's our largest selling

3   console quarter by far, and same thing with PlayStation and

4   Switch.

5   **Q.**   Let's move to the other contention about the market that

6   the FTC has that it's U.S. only and not global.  Do you agree

7   with that?

8   **A.**   No.  Gaming is very much a global market.

9   **Q.**   Why?  Why do you say that?

10  **A.**   When you're building a platform, one of your primary

11  customers are the creators who are building games to run and

12  sell on your platform, and those creators are looking to reach

13  a global audience with the games that they are building.

14       So if you're going to offer a competitive and vibrant

15  platform for -- for creators, which is really the lifeblood of

16  this business, you need to be a relevant platform in all

17  markets where you find players.

18  **Q.**   Is that one of your goals as you develop new games at

19  Xbox?

20  **A.**   Yeah.  Yes, it is.  And as we work on Xbox's relevant --

21  relevance in different markets, it's important that we're

22  growing global share for Xbox because if you're one of the

23  world's biggest games, you're looking to make money off of our

24  game on the global market.

25  **Q.**   Again, this may be obvious, but if you have many more

SPENCER - CROSS / WILKINSON

1    customers buying your game, what does that do for cost purposes

2    when you spend hundreds of millions developing a game?

3    A.   If you're a third-party game, you're obviously, as we

4    talked about, capturing 70 percent of the revenue that you're

5    selling on our platform.  So if we're there talking to an

6    Electronic Arts or a Take-Two or a Ubisoft, kind of big

7    publishers of video games, they are looking at their global

8    business and the role that Xbox plays in their global business.

9         Even for us with our first-party games, as we look to

10   reach as many customers as possible, we know there are gamers

11   in Europe, there are gamers in Asia, there are gamers in

12   South America, North America, us being a relevant and vibrant

13   platform in all of those regions is very important.

14   Q.   With regard to first-party games or exclusive games for

15   the platform itself, does Sony have exclusive games?

16   A.   Sony -- yes.  Sony has a significant catalog of exclusive

17   games.

18   Q.   How does it compare to the number of exclusives you have?

19   A.   It's drastically larger, dramatically larger than what we

20   have on Xbox today, um, like multiples.

21   Q.   What about Nintendo?

22   A.   The same with Nintendo.  Both Sony and Nintendo's first

23   party today is stronger than Xbox's.

24   Q.   Is it fair to say, then, that exclusives are a part of the

25   video gaming business and everyone in the industry uses them

**SPENCER - CROSS / WILKINSON**

1  from time to time?

2  **A.**   Yes.   And it is an established part of the console

3  business, the video game business, and Sony and Nintendo are

4  very strong with their exclusive games.

5  **Q.**   Finally, transactions you've done before Activision, it

6  was suggested yesterday -- maybe it was inaccurate -- that you

7  have done several transactions since 2021; is that right?

8  **A.**   We've done one acquisition since 2021, which was ZeniMax.

9  **Q.**   And are you aware of whether Sony has done any

10  acquisitions either right before this acquisition was announced

11  or since you announced it?

12  **A.**   They've done a number of acquisitions even in the time

13  since we've announced this deal, the largest of which was

14  Bungie, which is a developer of many games; but one, a big one,

15  called Destiny, and I believe it was a $5 billion acquisition

16  that was announced about a month or so after we announced our

17  Activision acquisition.

18  **Q.**   Have you seen Sony make other competitive actions or

19  perhaps, you know, competitive responses since you've announced

20  the acquisition?

21  **A.**   Sony continues to sign exclusive third-party games.   As I

22  mentioned, one of those launched this week in

23  Final Fantasy XVI.

24       They've made investments in their cloud infrastructure

25  adding new features to their cloud capability as we've been

**SPENCER - CROSS / WILKINSON**

1   involved in this acquisition and the regulatory review of it.

2       They've acquired quite a number of studios in that time.

3   Yes, they continue to be very active and competitive in the

4   market.

5   **Q.**   Let's use Final Fantasy XVI as an example.  Was that game

6   available at some point on Xbox?

7   **A.**   Final Fantasy XV, the prior version of Final Fantasy,

8   launched on Xbox and PlayStation day and date, and

9   Final Fantasy XVI has just launched for PC and PlayStation and

10  it skipped Xbox.

11  **Q.**   So if someone is on Xbox, they can't play

12  Final Fantasy XVI?

13  **A.**   Sony has an exclusive marketing deal for Final Fantasy XVI

14  so they're marketing it as a console exclusive given that it's

15  not available --

16  **Q.**   Is that a popular --

17  **A.**   -- on Xbox.

18  **Q.**   Sorry.  Is that a popular franchise?

19  **A.**   Final Fantasy is one of the biggest game franchises with a

20  long history.

21  **Q.**   What kind of game is it?

22  **A.**   It's a great role-playing game developed by a publisher

23  called Square Enix.  It's a Japanese publisher.  You can

24  imagine Final Fantasy XVI, there have been 16 versions,

25  actually a couple more, of Final Fantasy and it is one of the

**SPENCER - CROSS / WILKINSON**

1    kind of historic video game franchises.

2    **Q.**   We talked about how you tried to engage with Sony and

3    provide offers and counteroffers.   I want you to look at RX2170

4    in the smaller notebook.

5    **A.**   RX2170.

6         (Witness examines document.)   Yes.

7    **Q.**   And I don't expect you to memorize this, but do you know

8    that around December 23rd, 2022, Ms. Bond and others sent this

9    to Sony?

10   **A.**   I do.

11         **MR. WEINGARTEN:**   I'm sorry, Beth, I don't have that.

12         **MS. WILKINSON:**   Here you go.   Sorry.

13         **MR. WEINGARTEN:**   Thank you very much.

14         **MS. WILKINSON:**   Of course.

15   **BY MS. WILKINSON:**

16   **Q.**   We're not going to discuss the details because it's under

17   seal, but I believe it's public.

18         What term have you offered for the Call of Duty franchise

19   to remain on PlayStation?

20   **A.**   A ten-year term.

21   **Q.**   And do you have any other games where you've promised to

22   be on -- put your game on another platform for ten years?

23   **A.**   Call of Duty on the Switch, on Nintendo's platform.   We've

24   made the commitment for Call of Duty on both Sony and Nintendo.

25   Nintendo has accepted the -- that offer.   Sony has not.

**SPENCER - CROSS / WILKINSON**

1   **Q.**   Any others?

2   **A.**   Some of our cloud streaming deals that I think Sarah went

3   through, but not a traditional gaming console.

4   **Q.**   Generally do you even make an independent financial

5   commitment for a term of years when you're putting a game on

6   someone else's platform?

7   **A.**   We do not.  As I was stating earlier, that we ship games

8   on other platforms on a per-title basis only when we're doing

9   something unique from a marketing or distribution standpoint

10  where we usually have independent deals.

11  **Q.**   And despite your lack of success, do you still hope that

12  you and Sony will come to an agreement so you can keep Call of

13  Duty on PlayStation?

14  **A.**   I do.

15          **MS. WILKINSON:**  That's all I have, Your Honor.

16          **THE COURT:**  All right.  Why don't we take -- do you

17  want to admit 2170?

18          **MS. WILKINSON:**  Yes.

19          **THE COURT:**  Admitted.

20      (Trial Exhibit 2170 received in evidence.)

21          **THE COURT:**  We'll take a 10-minute break.

22              (Recess taken at 2:18 p.m.)

23          (Proceedings resumed at 2:29 p.m.)

24          **THE CLERK:**  Court is now in session.

25          **THE COURT:**  Okay.  Mr. Weingarten.

1          MR. WEINGARTEN:  Before I begin, Your Honor, I just

2    want to say I'm going to move as quickly as I can because we

3    have a third party, a Google witness, and I want to make sure

4    this person gets on and off today for their convenience.  So is

5    it possible we might be able to stay past 3:00 for a little?

6          THE COURT:  Is that okay with you, Ms. Knox?

7          MR. WEINGARTEN:  I'll go slower.

8          THE COURT:  Do you have --

9          THE OFFICIAL REPORTER:  Yeah, as long as you're not --

10         MR. WEINGARTEN:  Okay.  Thank you, Your Honor.

11         THE COURT:  All right.

12         MR. WEINGARTEN:  I'll try to be efficient but not talk

13   too fast.

14         THE OFFICIAL REPORTER:  Thank you.

15         THE COURT:  Okay.

16         MR. WEINGARTEN:  I'm sure the witness appreciates

17   that.  Thank you.

18                      **REDIRECT EXAMINATION**

19   BY MR. WEINGARTEN:

20   **Q.**   Okay.  Mr. Spencer, you were asked a little bit about

21   whether you could promise here in court that you would ship on

22   PlayStation 5, and the judge asked you a question, and you

23   later clarified it's not just about PlayStation 5, it's about

24   all the versions.

25        So can you swear under oath that without looking at any

SPENCER - REDIRECT / WEINGARTEN

1  future terms that need to be hashed out, you'll ship all the

2  versions of Call of Duty that may exist -- on all the versions

3  of PlayStation that may exist in the next ten years?

4  **A.**   That's my goal, yes.

5  **Q.**   Well, that's your goal, but can you swear without

6  reviewing terms -- let me back up a second.

7      Before an agreement is made to ship a game like Call of

8  Duty on PlayStation, there's a lot of terms in a contract like

9  that; right?

10 **A.**   No, not usually.  Usually when we ship a game on a

11 platform, it falls into our publishing licensing agreement.

12 **Q.**   Well, Ms. Wilkinson showed you RX2170, which is this

13 proposal from Microsoft to PlayStation.  So it's not about Call

14 of Duty.  So it's not just going to fall under the usual

15 Microsoft PlayStation agreement; right?

16 **A.**   Well, it could have; but as part of us getting passed into

17 this regulatory review, it has been asked that we make a future

18 commitment for a game that we don't own on future development

19 so that is when we end up into an agreement.

20 **Q.**   Okay.  And this agreement, have you ever seen it before?

21 **A.**   I haven't read the full agreement.  I know the pertinent

22 deal terms.

23 **Q.**   Okay.  And are you responsible for negotiating this

24 agreement with Sony?

25 **A.**   I am not.

SPENCER - REDIRECT / WEINGARTEN

1   **Q.**   All right.  And this agreement has a lot of terms and a

2   lot of provisions, and there's been some back and forth with

3   Sony about it; right?

4   **A.**   There has.

5   **Q.**   And redlines?  You know what a redline is?

6   **A.**   I do.

7   **Q.**   And those have gone back and forth between Microsoft and

8   Sony?

9   **A.**   They have.

10  **Q.**   Okay.  And so when you say you swear under oath that

11  you'll ship Call of Duty on all the future versions of

12  PlayStation, you mean after you reach agreement, I assume, on a

13  contract like this one?

14  **A.**   My goal is that we would -- we would ship Call of Duty on

15  all future versions of PlayStation.  I don't own the future

16  versions of PlayStation nor can I even dictate there are future

17  versions of PlayStation.  So I -- I just want to understand

18  exactly the question that you're asking.

19       I answered Your Honor's question.  I tried to completely.

20  **Q.**   So my question, I'm just trying to understand:  Can you

21  swear under oath that you can promise that you'll ship Call of

22  Duty on PlayStation, all the future versions, whatever they

23  might be, for ten years without knowing what the terms are that

24  the parties are going to agree to?

25       **THE COURT:**  No, that's not true.  It's not going to be

 1   for zero dollars.

 2          MR. WEINGARTEN:  I appreciate -- exactly, Your Honor.

 3          THE COURT:  Well, no, that was understood.

 4   BY MR. WEINGARTEN:

 5   Q.   Well, somewhere between, Mr. Spencer, a zero and another

 6   amount, you guys have to reach agreement on a lot of different

 7   terms before you'll be able to promise and have Call of Duty

 8   move onto PlayStation; correct?

 9   A.   We do not have to agree -- we do not have to reach

10   agreement to ship most games on PlayStation, like Minecraft

11   Legends.  We just announce that we are able -- that this game

12   is coming, and the PlayStation team accepts that as part of

13   their portfolio.

14        So in answering the question, I have in my head a

15   framework that we know how to ship games on PlayStation and

16   what the standard business terms are.

17        If what you're try to propose is that Sony might offer or

18   change the standard business terms of how we ship products on

19   their platform, then, yeah, I think that would -- that would

20   prohibit us from shipping on their platform.

21   Q.   And this agreement RX2170, to the extent you looked at it,

22   is not the Microsoft standard Sony agreement?  It's a brand new

23   one; right?

24   A.   Sony is asking for significant commitments beyond the

25   standard shipping of the game on the platform that has caused,

**SPENCER - REDIRECT / WEINGARTEN**

1  as you said, the deal to go back and forth even though we know

2  how to ship games at parity on PlayStation, which we do on a

3  regular basis.

4  **Q.**   Okay.  Would you make the same promise with respect to all

5  of Activision's content?

6  **A.**   I was asked specifically about Call of Duty, which is

7  the -- I can't -- no.  Activision ships games on mobile, on

8  many different platforms.  They have some PC-only games, like

9  World of Warcraft.  I don't think there's a blanket statement

10  you can make for Activision Blizzard King content on

11  PlayStation.

12  **Q.**   What about Diablo?  Can you promise you'll ship on all

13  future versions on PlayStation?

14  **A.**   Can I promise?  I am able to promise, yes.

15  **Q.**   Are you able to bind Microsoft today?  Are you able to

16  bind the corporation here today?

17          **MS. WILKINSON:**  Objection, Your Honor.  This is

18  argument.

19          **MR. WEINGARTEN:**  I think the point has been made.  I'm

20  happy to move along, Your Honor.

21          **THE COURT:**  Why don't we move along.

22          **MR. WEINGARTEN:**  All right.

23  **BY MR. WEINGARTEN:**

24  **Q.**   You talked with Ms. Wilkinson a lot about free to play and

25  mobile and changes in the industry; right?

SPENCER - REDIRECT / WEINGARTEN

1   **A.**   I did.

2   **Q.**   Okay.  And you looked at a deal value -- valuation model

3   that Microsoft put together for Activision; right?

4   **A.**   We did.

5   **Q.**   Okay.  And the mobile-related synergies in that model,

6   they were a small portion of the total value; correct?

7   **A.**   No, I don't believe that's true.

8   **Q.**   Okay.  Can you look at RX1093, please?

9   **A.**   (Witness examines document.)

10  **Q.**   I'm sorry.  Let's do 1156, please.

11  **A.**   Still RX?

12  **Q.**   Yes, sir.

13  **A.**   (Witness examines document.)  I have it.

14  **Q.**   Look at the number that says "Total Value to Microsoft."

15  Do you see that?

16  **A.**   Sorry.  On what page are you on?

17  **Q.**   I apologize.  013.

18  **A.**   013.  Sorry.

19       (Witness examines document.)  Yes.

20  **Q.**   Okay.  And that is the value to Microsoft that's been

21  calculated in the model; right?

22  **A.**   It is.

23  **Q.**   Okay.  And there's a total number in the bottom right

24  corner?

25  **A.**   There is.

1    Q.    And one of the rows says "Mobile Store" and there's a

2    value there; right?

3    A.    For mobile store, yes, there is.

4    Q.    And there's a -- and that's the only value that's

5    attributed to scaling the Xbox store to mobile; right?

6    A.    That's the only store value.  You asked me if that was the

7    only mobile value.

8    Q.    Okay.  That's the only value attributable to this idea of

9    unlocking the duopoly that you were talking about on phones?

10   A.    That is the only store value, yes, of being able to sell

11   games on the phone.

12   Q.    Okay.  So the whole thing you were talking about where

13   there's iPhone and Google and their stores and you were talking

14   with Ms. Wilkinson about a plan that if this deal goes through,

15   Microsoft wants to become a new store on mobile phones;

16   correct?

17   A.    That's correct.

18   Q.    Okay.  And the value, if that happens, let's calculate it,

19   is that number on the -- one, two, three -- fourth row down;

20   right?

21   A.    That is where we've captured the value, yes.

22   Q.    Okay.  And that number compared to the total number is not

23   half; right?

24   A.    Your original question was -- sorry.  Yes, that is not

25   half of the other number.

**SPENCER - REDIRECT / WEINGARTEN**

1   Q.   Sorry for the vagueness.  I'm trying to talk around it.

2        You talked about how you have these commitments to the

3   board, and Ms. Wilkinson suggested that somehow we're

4   suggesting you would lose money on your synergies.  And

5   I believe you said it was critical to deliver to the board on

6   your commitments; right?

7   A.   Yes.

8   Q.   Okay.  Was it critical to deliver to the board on your

9   commitments in the ZeniMax deal?

10  A.   Yes.

11  Q.   But you took Redfall exclusive; right?

12  A.   We did.

13  Q.   And you took Starfield exclusive; right?

14  A.   We haven't shipped but, yes, it will be exclusive.

15  Q.   And the deal model that had the commitments for ZeniMax

16  that went to the board did not show those titles going

17  exclusive, did it?

18  A.   It did not have Redfall in the deal model at all.

19  Q.   Okay.  You talked about Call of Duty mobile -- and this is

20  getting back to your point about mobile -- and how there were

21  benefits to Microsoft from getting all the learning that

22  Activision had about building Call of Duty for mobile; right?

23  A.   No.  I said from running Call of Duty on mobile --

24  Q.   Okay.

25  A.   -- and having the engagement.  It wasn't built by

1   Activision.

2   **Q.**   Okay.  Let's get that out.

3      So Activision didn't actually build Call of Duty mobile,

4   did they?

5   **A.**   No.  They own it, but they did not build it.  They had an

6   external developer build it.

7   **Q.**   They had to pay someone else to handle building Call of

8   Duty mobile?

9   **A.**   They would have had to pay their own employees if they

10   would have built it as well.

11   **Q.**   I appreciate that, but they actually paid someone else to

12   build Call of Duty mobile; right?

13   **A.**   Yep, they paid a company to build Call of Duty mobile.

14   **Q.**   Okay.  You talked about Ms. Hood and you said, "If I don't

15   meet my margins, she doesn't give me more money."  Something

16   like that; right?  She runs your business pretty strictly?

17   **A.**   She requires that we run our business pretty strictly,

18   yes.

19   **Q.**   Okay.  But your business is not necessarily meeting your

20   internal targets today; right?

21   **A.**   It is not right now, no.

22   **Q.**   And I believe you testified earlier and we talked about

23   you have a view that the business is not strong in a general

24   sense; right?

25   **A.**   Today being with the majority of our business residing as

**SPENCER - REDIRECT / WEINGARTEN**

1  the third place console business, we are not a robust business,
2  yes.
3  Q.   But Ms. Hood approved a $70 billion acquisition for your
4  business; right?
5  A.   The board approved the $70 billion acquisition.
6  Q.   Okay.  So despite the weaknesses you've described, you got
7  a $70 billion approval?
8  A.   The approval -- the deal, as we've talked about, expands
9  our business to the mobile platform to help us specifically for
10  the reason that you're talking about; that the existing
11  business that we run today as the third-party place console
12  business is a very difficult business to drive profit and
13  margin.  So the opportunity for us to expand into a meaningful
14  way onto mobile, the world's largest gaming platform, was
15  really the both strategic and business opportunity behind this
16  deal.  So, yes, exactly.
17  Q.   Okay.  So you're paying $70 billion for a mobile business?
18  A.   The business is across mobile, PC, and console; but when
19  you think about the unique capability relative to what our
20  business has today, it's really the mobile engagement and
21  business that Activision drives.
22  Q.   Okay.  You talked about in the commitments that you have
23  the discretion to decide how Microsoft Gaming is going to meet
24  those commitments; right?
25  A.   To some extent.

SPENCER - REDIRECT / WEINGARTEN

1  Q.   Okay.  So, for example, you have latitude to make

2  decisions about how you think Microsoft Gaming can best compete

3  and still hit numbers that the board was presented; right?

4  A.   To some extent, yes.

5  Q.   And if you could make a decision that would benefit

6  Microsoft and harm Microsoft's competitors in any of the

7  markets we've been discussing, that would be good for Microsoft

8  Gaming's numbers; right?

9  A.   We are trying to compete in the market by growing our

10  business.  Some of our business growth is obviously growth that

11  our competitors would like to have.  So in the end, our growth

12  probably somewhere comes from some of our competitors not

13  realizing that growth themselves.

14  Q.   Okay.  Great.

15       We talked about you said, "You know, we didn't model share

16  shift," when you were doing the model for the board; right?

17  A.   That is accurate, we did not model any console share shift

18  in the deal model.

19  Q.   But the question I just asked you makes it pretty clear

20  that if Microsoft is going to grow, particularly in a business

21  like console, then it can grow by taking share from its

22  competitors.  That's how it would grow?

23  A.   There's no console growth in our deal model.

24  Q.   I understand, but do you have any intention of this deal

25  helping you climb out of the number three spot?

**SPENCER - REDIRECT / WEINGARTEN**

1  **A.**   In console we do not.

2  **Q.**   Okay.  So that's just a write-off?

3  **A.**   I don't understand how it's a write-off.

4  **Q.**   Okay.  You said you have a cordial relationship with Sony

5  and a good relationship when it comes to being partners on

6  games shipping on Sony platforms?

7  **A.**   We do.

8  **Q.**   Okay.  But previously we saw some of the e-mails where you

9  were talking about withholding certain versions of Minecraft

10 from Sony; right?

11 **A.**   We did.

12 **Q.**   That's part of the same relationship?

13 **A.**   We -- part of the same relationship.  We have a

14 multifaceted relationship with Sony.  As I've stated, we have

15 probably 50 games in their store.  There are ongoing

16 conversations about the updates and monetization of all of

17 those games that we have; and with any partner, there's some

18 areas where we agree and some areas where we disagree on

19 per-title work that we should do.

20 **Q.**   And it's a multifaceted relationship because in the one

21 facet you provide content that goes onto Sony platforms; right?

22 **A.**   Yes, we do.

23 **Q.**   And in another facet, you're a competitor to Sony, for

24 example, in selling consoles or subscription or cloud?

25 **A.**   Yes.

**SPENCER - REDIRECT / WEINGARTEN**

1  Q.   You talked with Ms. Wilkinson quite a bit about Minecraft.

2  I just want to still be clear.

3      The version of at least one of the Minecraft titles that's

4  on the PlayStation 5 was not optimized for PlayStation 5;

5  correct?

6  A.   That is correct.  All three versions of Minecraft that we

7  launch are available on the PlayStation 5.  The recent one is a

8  PlayStation 5 optimized game.  The oldest of the three, which

9  is now over ten years old, has not yet been upgraded for the

10 PlayStation 5 but is completely playable on the PlayStation 5.

11 Q.   I appreciate that.  So PlayStation 5 has backwards

12 compatibility so you can play your PS4 game on PlayStation 5;

13 right?

14 A.   You -- yes, you can.

15 Q.   Okay.  But Xbox got the optimized Gen 9 versions of all

16 Minecraft titles; right?

17 A.   It's the same discussion we had.  We started our own

18 development kits for that platform when we had access to them.

19 We did not get access to the Sony development kits in time to

20 hit their launch with the upgraded version of Minecraft.

21 Q.   Okay.  Did you communicate to Mr. Leder in the fall of

22 2021 that all future ZeniMax titles would be exclusive to the

23 Xbox ecosystem?

24 A.   I don't remember communicating to Mr. Leder in 2021 that

25 that would be true.  It's not true.  We just shipped our

1    biggest update to ESO, Elder Scrolls online, this year on

2    PlayStation, which is one of our ZeniMax studios.  So if I said

3    it, it factually isn't true because we're continuing to ship

4    games on PlayStation.

5    **Q.**   Well, I appreciate that's an update, but the new titles.

6    **A.**   It's not actually an update.  It's a new content addition

7    to an existing multi -- massively multiplayer game.

8    **Q.**   You were here in the courtroom when we saw some of the

9    conversation and chats that Ms. Lawver was having; right?

10   **A.**   I was.

11   **Q.**   Okay.  And were she and Mr. Stuart just wrong when they

12   were chatting about you having told Mr. Leder that all future

13   titles would be exclusive?

14   **A.**   They're factually wrong because we continue to ship games

15   on PlayStation.

16   **Q.**   Were they wrong that you said that?

17   **A.**   I don't know.  I don't remember saying that.  If we have a

18   chat stream or a deck that I created where it says that, I

19   could review it.

20   **Q.**   Uh-huh.  Ms. Wilkinson towards the end was talking about

21   the competitor set, and you were talking about how you think

22   it's incorrect to say that Nintendo is just not a competitor;

23   right?

24   **A.**   I do think that's incorrect.

25   **Q.**   Right.  But let me ask you this:  As between PlayStation 5

SPENCER - REDIRECT / WEINGARTEN

1  and the Nintendo Switch, who's the closer competitor to the

2  Xbox series?

3  **A.**   The PlayStation 5 and Xbox series got shipped at the same

4  time, don't have a screen, aren't able to be taken on their

5  own.  So from a form factor perspective, those two kind of

6  functionally look more equivalent.

7  **Q.**   Well, even just aside from functionally looking more

8  equivalent -- even putting aside form factor -- which you would

9  agree is radically different between these devices; correct?

10 **A.**   The Switch is radically different than the other ones,

11 yes.

12 **Q.**   Even putting aside form factor, would you agree that the

13 PlayStation 5 is a closer competitor to the Xbox series

14 consoles than the Switch?

15 **A.**   I don't know how you're defining "closer."

16 **Q.**   Okay.  Ms. Wilkinson showed you RX5046.  Can you please

17 look at RX5046?

18 **A.**   (Witness examines document.)

19 **Q.**   I think it was a loose piece of paper.  Sorry.

20 **A.**   Sorry.  Those --

21 **Q.**   This gaming data service is one.

22 **A.**   Yeah.  I have two of them.  If you can give me the date.

23 **Q.**   Yeah.  Sorry.  It's the one that says "5046" on the bottom

24 and the date is March 17, 2021.

25 **A.**   Got it.  Thank you.

1   Q.   Yep.  And there's a box that we're not going to talk about

2   the numbers, but it's a chart?

3   A.   Yes.

4   Q.   Ms. Wilkinson talked about how the chart shows all three

5   groups; right?

6   A.   It does.

7   Q.   And you corrected the chart.  You said the chart should

8   not be called "Gen 9 Hardware."  It should be called "Current

9   Generation Hardware"; right?

10  A.   I think that would more accurately track what it's

11  showing, yes.

12  Q.   Because "Generation 9" is an industry term that would not

13  apply to the Switch; right?

14  A.   It's just an industry term that I don't think most

15  consumers recognize as part of their decision-making process.

16  Q.   I appreciate that.  That was not the question.

17  A.   Sorry.

18  Q.   The question was:  It shouldn't say "Gen 9" because Gen 9

19  is not applicable to the Switch; right?

20  A.   When I was answering that question, I was answering more

21  from a forward-looking market perspective.  I was not answering

22  it based on the criteria you're giving me right now.

23  Q.   I'm sorry?

24  A.   I'll say it again.  I think of it as the current products

25  that are in the market.  This is a weekly run rate of console

1  sales, I believe, in the U.S. market but could be global, I'd

2  have to look at it, that shows me how the different consoles

3  are selling in the market.

4       So I don't think it's a breakdown by generation.  I think

5  it is consumer activity in the market so I use the word

6  "current" to reflect what currently is selling.

7  **Q.**   Do you believe the Gen -- that the Switch is a Gen 9

8  console?

9  **A.**   I do not.

10  **Q.**   Okay.  And I appreciate you calling it out.

11       The title page on 5046 is the U.S. weekly call down;

12  right?

13  **A.**   This one is U.S., yes.

14  **Q.**   You get regular reports on what's going on in a market

15  that is geographically the United States; right?

16  **A.**   I get many different reports.  I'm just saying the one

17  that you're showing me here is a U.S. -- happens to be a U.S.

18  report.

19  **Q.**   Okay.  And, interestingly, we talked about with

20  Ms. Wilkinson how the Switch outsells by a fair margin in terms

21  of volume here the PlayStation 5 and the two series put

22  together; right?

23  **A.**   It does.

24  **Q.**   But they're listed with Series X and S first because

25  that's your product; right?

SPENCER - REDIRECT / WEINGARTEN

1   **A.**   I don't know why it's listed first.

2   **Q.**   Well, that's your product; right?

3   **A.**   It is our product.  Sorry.  Yes.

4   **Q.**   Okay.  And then comes PlayStation 5 next in the list;

5   right?

6   **A.**   Yes.

7   **Q.**   And then comes Switch at the bottom of the list even

8   though they're the number one seller.

9         You don't give any -- there's no significance to the fact

10   that your reporting is Xbox Series X, S, then PlayStation 5,

11   and then Switch?

12   **A.**   This report comes -- my understanding is it comes from a

13   third-party data source and gets translated by our data team to

14   us.  I have no idea the significance of the order.  As you

15   said, it happens that the largest share console happens to be

16   the third one listed in the list, but I do not know why that

17   is.

18   **Q.**   Okay.  When you talked with Ms. Wilkinson, you talked

19   about at the very end Final Fantasy XVI, and I believe

20   there's -- you talked about how you think there's a marketing

21   deal between Sony and the company that makes Final Fantasy XVI;

22   right?

23   **A.**   Sony is marketing the game as a console exclusive.

24   **Q.**   Okay.  And I believe you've testified in the past that as

25   head of Gaming for Xbox, you just can't afford to make those

1   kinds of upfront payments to compete with Sony on exclusives;

2   right?

3   **A.**    It is more expensive -- yes, it is more expensive for us

4   to pay somebody to not ship on PlayStation than it is for Sony

5   to pay somebody to not ship on Xbox.

6   **Q.**    It's economically difficult for you to make an upfront

7   payment like that that you think the way Sony can?

8   **A.**    Yes.  Given our share position in the market as the third

9   place, paying somebody to skip the console that has twice the

10  market share of us is more expensive.

11  **Q.**    Now you have $70 billion upfront payment that you're

12  making to Activision; right?

13  **A.**    No.  When you acquire something, it's not a payment.  It's

14  actually you're -- you're taking -- it's like when you buy a

15  house, that you don't -- you're buying an asset that has value.

16  So it is really a transfer of cash into an asset called

17  Activision that you believe retains the value that you

18  acquired.

19       So to try to characterize the $70 billion as somehow spent

20  is incorrect financially.  It's really moving $70 million [sic]

21  in cash into an asset, which is a game publisher, that you

22  believe to us is actually worth more than $70 billion.  So it

23  is not spent.

24  **Q.**    Well, presumably when Sony spends money on exclusive with

25  Final Fantasy XVI, it's at least in part because there's some

**SPENCER - REDIRECT / WEINGARTEN**

1  brand effects that will come from having such an exclusive;

2  right?

3  **A.**   Yes.   When you do those deals like us on an operating -- a

4  P&L for a business, a profit and loss statement, for a year,

5  the cost of those deals hit your P&L when you spend the money

6  to pay for exclusivity.   They do for us.   I presume Sony runs

7  with the same accounting practices.

8      When you acquire an asset, it is not a profit-and-loss

9  transaction as.   It is a balance sheet transaction.   I'm not an

10  accountant so everything I learned was from Jamie Lawver, who

11  we had earlier.   But it is not the same when you're paying

12  in -- in on P&L as opposed to when you're acquiring something.

13  **Q.**   So the $70 billion that's being spent by Microsoft for

14  Activision in your view is not about $70 billion going out the

15  door?   It's about acquiring an asset that will have enduring

16  value to Microsoft?

17  **A.**   Yes.   Presumably after you acquire it, the asset still has

18  $70 billion in value that you could potentially sell.

19  **Q.**   We saw the number about the value in the board deck;

20  right?

21  **A.**   We did.

22  **Q.**   And that number is bigger than 70 billion; right?

23  **A.**   That number is the value to Microsoft, not what we're

24  spending in the market.

25  **Q.**   It's quite larger than 70 billion; right?

SPENCER - REDIRECT / WEINGARTEN

1    **A.**    As a -- yes, it is.  As a company, when we're going to put

2    that much capital, $70 billion, into the market, the company is

3    going to look to make money on the money it spends so there

4    would be no reason to look at the transaction if the value to

5    Microsoft was equal or less than what we were spending.

6        **MR. WEINGARTEN:**  Okay.  Let me just check with my

7    colleagues, Your Honor.  If I may have one minute.

8                   (Pause in proceedings.)

9        **MS. WILKINSON:**  I have nothing, Your Honor.

10       **MR. WEINGARTEN:**  Oh, wait.  Okay.  I just have one

11   more.  Sorry.  I haven't finished yet.  You might.

12   **BY MR. WEINGARTEN:**

13   **Q.**   Just going back to the commitment -- not to try anyone's

14   patience here -- the commitment you made when the Court asked

15   you a question.  That was about consoles when you answered;

16   right?  You talked about PlayStation 5?

17   **A.**    I think you asked me about PlayStation.

18       **THE COURT:**  I think so.

19       **THE WITNESS:**  Yeah.  I was trying to answer.

20   **BY MR. WEINGARTEN:**

21   **Q.**   Are you going to make the same commitment under oath with

22   respect to cloud?

23       **THE COURT:**  What cloud?

24       **MR. WEINGARTEN:**  Sony's cloud, that you would ship

25   Activision, Call of Duty --

```
 1              THE COURT:  I don't think that's it.  I'm going to cut
 2   off the question there.
 3              MR. WEINGARTEN:  Thank you, Your Honor.
 4              THE COURT:  Okay.
 5         All right.  Mr. Spencer, you may step down.
 6                       (Witness excused.)
 7              THE COURT:  All right.  We have another witness, our
 8   last witness and a short witness everyone promised, for today.
 9              MR. WEINGARTEN:  Your Honor, the FTC calls
10   Mr. Dov Zimring.  My colleague Cem Akleman will be examining.
11              THE COURT:  All right.
12              THE CLERK:  Please raise your right hand.
13                          DOV ZIMRING,
14   called as a witness for the Plaintiff, having been duly sworn,
15   testified as follows:
16              THE CLERK:  Please state your name for the record.
17              THE WITNESS:  Dov Zimring.
18              THE CLERK:  Thank you.
19              THE COURT:  Thank you for waiting today.
20                      DIRECT EXAMINATION
21   BY MR. AKLEMAN:
22   Q.   Good afternoon.  Mr. Zimring.
23        Are you currently employed at Google?
24   A.   Yes, I am.
25   Q.   How long have you worked at Google?
```

ZIMRING - DIRECT / AKLEMAN

1   **A.**   13 years.

2   **Q.**   And what's your current position?

3   **A.**   I'm a product director in core, which is an internal team

4   within Google.

5   **Q.**   And how long have you worked in the tech industry?

6   **A.**   Over 25 years now.

7   **Q.**   Prior to your current position, what was your position at

8   Google?

9   **A.**   For roughly the last decade I worked on Stadia.  I was the

10  first employee on Stadia, and I was there from the very

11  beginning to the very end.

12  **Q.**   And what was the title that you held in January of 2023?

13  **A.**   I was the product director for Stadia.

14  **Q.**   Have you ever worked on Google's mobile store application

15  called Play?

16  **A.**   No.

17  **Q.**   What was Stadia?

18  **A.**   Stadia was a cloud gaming service developed by Google.

19  **Q.**   What's a cloud gaming service?

20  **A.**   So cloud gaming is intended to offer consumers the ability

21  to enjoy entertainment, interactive entertainment, without the

22  need for physical devices.  So enabling game play on any

23  connected screen.

24  **Q.**   Can you describe some more of the features of a cloud

25  gaming service?

**A.**   Certainly.  The -- at least with respect to Stadia, the intention was to provide access to the best games that existed in the market, and over time games that could not be built on legacy console or PC architectures.  So games that could take advantage of the data center as sort of the creative canvas for the game developers.

Features included just the ability to click to play so you wouldn't need to wait for long downloads or have physical media, or anything like that, and associate that with any particular screen.  So similar to the way we enjoy music and movies today, the ability to enjoy content that is interactive on any connected screen.

**Q.**   Okay.  So a gamer wouldn't need to download a game?  They can play it instantly, is that --

**A.**   Correct.

**Q.**   What are some of the devices that a cloud gaming service can stream to?

**A.**   Ideally any device that is capable of playing back video should be eligible for enjoying cloud gaming.  So any type of connected screen, be it a TV, a mobile device, a tablet, PC.

**Q.**   A gaming console?

**A.**   Certainly could, yes.

**Q.**   I have a few questions about how the cloud gaming servers work.

Where -- it may be helpful to explain sort of how the data

ZIMRING - DIRECT / AKLEMAN

1  gets from a cloud gaming server to a device.

2  **A.**    So in -- in a typical cloud gaming architecture, the one

3  Stadia implemented, the game is rendered -- the image is

4  rendered on a server in a data center ideally close to end

5  users, and it's streamed.

6        So we take a rendered sequence of images, package them to

7  carry them over a network, and stream them to a consumer's

8  device, and a consumer only needs a decent internet connection

9  and a screen.

10        And the consumer's interactions might be mouse and

11  keyboard or a game pad, anything like that, would go in the

12  opposite direction back to the server to enable the

13  interactivity and update the imagery that's streaming down.

14  **Q.**    You said "ideally close."  Why ideally close?

15  **A.**    So in any type of network, the further away the data

16  center is from a consumer, the more latency will exist in the

17  connection.  Gaming, especially at the highest ends of gaming,

18  is a very latency-sensitive form of entertainment.  So the

19  lower the latency, the better the experience.

20  **Q.**    Okay.  So a closer server means lower latency?

21  **A.**    Correct.

22  **Q.**    Could a user in the United States use a cloud game

23  streaming server that's based, for example, in Europe?

24  **A.**    It's a far from ideal experience.  I think technically

25  that can work.  And, you know, economically somebody entering

1   the space might only want to have a single data center for the

2   whole planet, but the corresponding experience that consumers

3   would have would really be degraded relative to what they could

4   have if -- if the servers were much closer.

5   **Q.**   And that's for the latency reason you just described?

6   **A.**   That's correct.

7   **Q.**   Let's go back to Stadia.  When was Stadia launched?

8   **A.**   So there was a -- what we thought of as our public beta

9   was towards the end of 2018, what we called Project Stream.  We

10  announced the broader version for Stadia at the Game Developer

11  Conference in March of 2019, and Stadia was introduced as an

12  actual service in November of 2019.

13  **Q.**   And is Stadia still operating?

14  **A.**   No.

15  **Q.**   When did Stadia shut down?

16  **A.**   January 18th, 2023.

17  **Q.**   Were there any significant factors that led to --

18  contributed to Stadia's lack of success?

19  **A.**   I believe so.  In my opinion, the primary factor was our

20  ability to have sufficient content breadth.  So the number of

21  games that were on the platform as well as depth.  The

22  Blockbusters.

23      You know, at a certain time I think that was part and

24  parcel to us being able to have a healthy two-sided market that

25  would have enough players interested and enough publishers

1  interested to have a long-term viable product.

2  **Q.**   Okay.  We'll come back to content, but I want to ask a

3  couple questions about sort of the technical makeup of Stadia.

4      Was the -- from a technical standpoint, was the cloud

5  gaming service that Google created, Stadia, was that a success?

6  **A.**   We believe so, yes.

7  **Q.**   Why?

8  **A.**   The -- I think there's different ways to answer that.  So

9  in my opinion, one factor is all of the qualitative testing

10  that we did.  So bringing -- bringing players into lab

11  environments and doing comparative testing of the experience

12  that they would have over, you know, something streamed from a

13  data center over a network versus the experience they would

14  have on a console or PC.

15      In establishing the -- the place where the experience was

16  console comparable, where they couldn't tell the difference,

17  what we would describe internally as the Pepsi challenge, in

18  most cases we succeeded with that.

19      As well, I think, there was lots of feedback from players

20  and publishers that we'd done a very good job on the tech, and

21  it was not a limiting factor in the experience.

22  **Q.**   How would you rate the technical capabilities of Stadia as

23  a cloud gaming service compared to other cloud gaming services

24  before Stadia shut down?

25  **A.**   To my knowledge, we had the best technology in the market.

1  Q.   Were there any metrics that you used to compare Stadia to

2  other cloud game streaming services?

3  A.   Certainly.  So we use a measure known as mean opinion

4  score, and it's effectively a qualitative feedback measure of a

5  player's experience during a game.

6       Any Stadia consumer was able to provide that after a game

7  session.  That's also how we did our user experience research

8  internally.

9       And we had explored sort of competitive alternatives, just

10 a baseline where we stood.  With that measure, Stadia tended to

11 be superior.

12      As well, we had performance capabilities that weren't

13 common to -- or, to my knowledge, don't exist in the market

14 otherwise.  So, for example, 4K resolution, 10-bit color depth,

15 things that cloud gaming hadn't done before.

16 Q.   What about something like video quality?

17 A.   We believe the approach that we took to encoding and

18 delivering video was superior to alternatives that existed in

19 the market.

20 Q.   Was the latency of Stadia compared to other cloud game

21 streaming services?

22 A.   So, to the best of my knowledge, we on average have

23 superior latency, which means we'd have the lowest numbers.

24 That can depend on where you're taking the measurement.  So if

25 you're measuring right next-door to a data center, you have a

1    very low signal; but in terms of the number of data centers we

2    had in the markets that we were operating in, I believe on

3    average we delivered the best latency.

4    **Q.**    Okay.  Are you familiar with the term "technology stack"

5    in relation to Stadia?

6    **A.**    I believe so.

7    **Q.**    Can you explain what that is?

8    **A.**    So there's a layering from the underlying hardware that

9    may exist in a data center to operating systems and application

10   programming interface is sort of the middle parts to ultimately

11   what the games are themselves and what the games are running

12   on.  So the technology stack encompasses that totality from

13   hardware to game.

14   **Q.**    Okay.  I want to ask a few questions about Stadia's

15   technology stack.

16        Are you familiar with something called Linux?

17   **A.**    Yes.

18   **Q.**    What is Linux?

19   **A.**    Linux is an operating system.  It's -- at the lower layers

20   in the stack it is an open-source royalty-free operating

21   system.

22   **Q.**    Did Stadia use Linux?

23   **A.**    Yes, we did.

24   **Q.**    Is Microsoft Windows an alternative to Linux?

25   **A.**    Yes, it is.

1  **Q.**   And I think we're talking about the data centers where

2  Stadia was located.   Why did -- why didn't Stadia use Windows?

3  **A.**   We had prototyped on Windows early on, and we had done

4  both technical and commercial evaluations of the operating

5  system options.

6       So the mission we had established at the very beginning

7  was to enable revolutionary gaming experiences on any connected

8  screen.   For the experiences themselves to be revolutionary,

9  what that meant to us is we were enabling game developers to

10  create experiences we hadn't seen before in data centers.

11       And we saw Windows as limiting our ability to innovate in

12  that regard because we didn't have control over the operating

13  system and how game developers might ultimately express what

14  they were trying to do inside of the data center, as well as

15  the licensing fees were commercially untenable.

16  **Q.**   So you said you didn't have control over the --

17  **A.**   Yeah.

18  **Q.**   -- operating system.   What were the -- what would be the

19  downsides of not having control of the operating system?

20  **A.**   Our ability to get into the depths of the networking

21  stacks of what happens when a video frame is rendered and

22  delivered to the networking stacks, what would happen in the

23  multiplayer context when different game instances are trying to

24  talk to one another.

25       So all of those things are areas that we innovated both

1  above and beneath the operating system layer because we had

2  access to the open source, and that very much was a principal

3  choice we made in selecting Linux early on.

4  **Q.**   What about the price difference?  Is there any -- were

5  there any downsides from a licensing perspective in choosing

6  Windows?

7  **A.**   If I remember correctly, the Windows licensing cost would

8  have two X'd, so over doubled -- I'm sorry, it would have over

9  doubled our total cost of operating on -- on a hardware that

10 was equivalent to the 8th generation of consoles.  So like a

11 PlayStation 4 or an Xbox Series X.

12     And the Windows licenses on a per-CPU basis, what changed

13 in the industry between the 8th generation of consoles and the

14 current generation, like a PlayStation 5, is double the number

15 of CPU.  So that would have, again, doubled what was already --

16 what we saw as an untenable cost.

17 **Q.**   Thank you.

18     What is Vulkan?

19 **A.**   Vulkan is a graphics application programming interface.

20 So it sort of separates an underlying graphic accelerator or a

21 GPU from what a game or graphics-intensive application would

22 want to talk to, enabling a standard for the game to stand

23 upon.

24 **Q.**   And this is a Vulkan with a K?

25 **A.**   That's correct.

1  **Q.**   Did Stadia use Vulkan?

2  **A.**   Yes, we did.

3  **Q.**   And why did Stadia use Vulkan?

4  **A.**   So it at the time of selection, and if I remember

5  correctly it was somewhere in the 2015 to 2016 timeframe, the

6  only options in the industry were Microsoft's Direct xAPI,

7  which would have obligated us to be in the Microsoft ecosystem,

8  including with Windows, as I understood it, or what was then

9  known as Open GL, neither of which were going to work for what

10 we needed.

11      And in particular Open GL, which was an open standard, was

12 really more for mobile and just didn't have the performance

13 that high-end games required.

14      Vulkan was a new standard coming out of the same

15 committees that drove the standards for Open GL, and it -- the

16 intention was to enable an explicit API, so enabled very

17 high-performance interaction between something like the game

18 and the underlying GPU hardware.  We believe that was the most

19 effective path to enable -- to enable AAA gaming.

20 **Q.**   Okay.  I'd like to go back to content.

21      Are you familiar with the term "AAA game"?

22 **A.**   I believe so, yes.

23 **Q.**   What is that?  What is a AAA game?

24 **A.**   So the way I understand the term, the way we would use it

25 in Stadia, is referring to the largest games, which typically

1    have the highest production value and tend to be the

2    blockbusters in the industry at that point in time.

3    **Q.**    Did Stadia want AAA claims on its cloud gaming service?

4    **A.**    Very much so.

5    **Q.**    Why?

6    **A.**    All of our consumer research helped us understand that for

7    players to be interested in a new games platform, there needed

8    to be AAA games recent, you know, sort of the Blockbusters, if

9    you will, of the current time.  That was as important to them

10   as a breadth of games to choose from.

11   **Q.**    Is it just AAA games that Stadia needed?

12   **A.**    I think of AAA games as providing the depth that players

13   expressed interest in and as well having breadth via what we

14   might refer to as AA or indie, that being independent games,

15   which would canvas more game developers and introduce more sort

16   of unique and bespoke content.

17   **Q.**    Did Google do anything to try and bring AAA games to

18   Stadia?

19   **A.**    Yes.  The -- we spent substantial energy creating a games

20   platform that the leading game developers could build for us.

21   So to bring their AAA content to the platform, providing them

22   the tools and resources they would need to accomplish that

23   technically.

24        As well, we knew commercial incentives would be required

25   for them to participate early on until we reached a certain

1    level of player participation for that to be in their best

2    interest.

3    **Q.**    Are you familiar with something called SG&E?

4    **A.**    I believe the acronym is referring to Stadia Games and

5    Entertainment.

6    **Q.**    What was Stadia Games and Entertainment?

7    **A.**    So at the same time we announced Stadia in March of 2019,

8    we introduced Stadia Games and Entertainment, which was a

9    first-party studio intending to build games that were unique to

10   Stadia very much intending to show the way to a cloud-native

11   gaming future.

12   **Q.**    Why did Google set up a first-party game development

13   studio?

14   **A.**    So I don't know that I have all the answers to that

15   question.  From my perspective, the -- the opportunity for game

16   development to move towards cloud-native experiences, to,

17   again, take advantage of data centers and deliver experiences

18   that have had never been delivered before.  I believe we

19   realized we would need to be building some of those

20   forward-looking experiences ourselves because it was unlikely

21   we were going to incentivize third parties to do it on their

22   own.  So one way we would speak about that is being a

23   lighthouse for the industry in the direction of innovation we

24   could take.

25        As well, we thought it was important to have reasons for

1  players to come to Stadia, and games they couldn't get anywhere

2  else would certainly be a reason.

3  **Q.**   Okay.  When you say "games they couldn't get anywhere

4  else," are you talking about exclusive games?

5  **A.**   Yes.

6  **Q.**   What's the value of exclusive AAA content from the

7  perspective of a cloud gaming service like Stadia?

8  **A.**   If there was interesting content that a consumer, you

9  know, wants to enjoy their decision of where to enjoy that --

10  right? -- is effectively guided by where it's available.  So if

11  there's an amazing gaming experience on a given games platform,

12  that's likely to draw consumer interest who otherwise might not

13  be interested.

14  **Q.**   What happened to Stadia Games and Entertainment?

15  **A.**   As I understand it, we found ourselves at a difficult

16  place where the industry was consolidating.  That was driving

17  costs up, and the total time that we imagined it would take to

18  bring AAA games to market, which historically has been upwards

19  of five years for a given game, was going to be far more

20  expensive in the environment that we found ourselves in than we

21  had originally planned for.

22  **Q.**   When did Google shut down Stadia Games?

23  **A.**   If I remember correctly, it was early in 2021.

24  **Q.**   And did the shutdown of SG&E occur before the shutdown of

25  Stadia?

1   A.   Yes.

2   Q.   Outside of SG&E, I think we already talked about some of

3   the ways that Google brought content to the service.

4        You mentioned something called porting I think.  What is

5   porting?

6   A.   Yeah.  So from a game development perspective, a studio

7   may be building for a specific console or building a game for a

8   PC.  They may -- they may think of that as the primary SKU that

9   they're building for, and any other platforms that they want to

10  release that game on would be a port.  So they'd take the work

11  that they've done for the primary target and port it to other

12  platforms.

13       In many cases with all of the third parties Stadia was

14  dealing with, as a new service in the market, we were a porting

15  target for those studios and we needed to make it incredibly

16  efficient for them to do that.

17  Q.   And did Google offer financial incentives for developers

18  to port their games to Stadia?

19  A.   Yes.

20  Q.   So mindful in trying to keep the court open, could you

21  turn to PX8003 that's in your binder.

22  A.   8003?

23       (Witness examines document.)  Okay.

24            MR. AKLEMAN:  I move to admit PX8003.

25            THE COURT:  Admitted.

1        (Trial Exhibit 8003 received in evidence.)

2  **BY MR. AKLEMAN:**

3  **Q.**   Can you look in the second paragraph?  It's the fourth

4  line from the bottom, there's a number there.

5  **A.**   Yes.

6  **Q.**   Is that the amount that Google invested to bring the games

7  to the platform -- to the Stadia platform?

8  **A.**   To the best of my knowledge, I believe this is accurate.

9  **Q.**   Okay.  We can set that aside for a minute.  Did the size

10  of Stadia subscriber base affect the availability of games on

11  the service?

12  **A.**   Yes.

13  **Q.**   Did Stadia have any overall targets for subscribers?

14  **A.**   So we certainly had an early concept based on historical

15  precedent of what we thought of as critical mass.  And so at

16  what point would a games publisher naturally develop a title

17  for a platform independent of any incentives or deals or so

18  forth just because of how many subscribers, you know, existed

19  on that platform.  So that was a target we had set early on as

20  a place we wanted to get to.

21  **Q.**   Okay.  And once Stadia reached that critical mass,

22  developers would bring their games to Stadia?

23  **A.**   That was the belief.

24  **Q.**   Again, let's -- without saying the number in open court,

25  could you turn back to your declaration?  This is PX8003.

1        And can you go to paragraph 20?  And do you see the first

2   line of paragraph 20?  Does that -- do you see that number

3   there?

4   **A.**   Yes.

5   **Q.**   Is that the number that Google thought was the critical

6   mass for Stadia?

7   **A.**   I believe so, yes.

8   **Q.**   Okay.  We can set that back aside.

9        Based on your experience in building out Stadia, how

10  difficult is it to build a cloud gaming service independent of

11  the Microsoft ecosystem?

12  **A.**   You know, from my perspective, Google put substantial

13  effort into all of the underlying technology, all of the data

14  centers that we built out to deliver the lowest possible

15  latency and all of the commercial incentives that we thought

16  were necessary to sort of bootstrap the ecosystem.

17       I guess my short answer is it's extremely difficult

18  outside of how the ecosystem is today for something new like

19  Stadia to be able to find a footing.

20            **MR. AKLEMAN:**  Thank you.  No more questions.

21            **THE COURT:**  Any cross-examination?

22            **MS. PASTAN:**  Anastasia Pastan for Microsoft.

23                        **CROSS-EXAMINATION**

24  BY MS. WILKINSON:

25  **Q.**   Good afternoon, Mr. Zimring.  I just have a few questions.

1      You testified on direct that Google launched a cloud

2  gaming service in 2019 called Stadia; correct?

3  **A.**   Yes.

4  **Q.**   Stadia had several competitors when it launched; right?

5  **A.**   When you say "competitors," I'm not sure what you're

6  describing.

7  **Q.**   Did Stadia have several competitors when it launched?

8  **A.**   So I think Stadia's -- I would say that our perspective

9  was that the existing console and PC gaming participants were

10 what represented who we were competing with.

11 **Q.**   So Stadia competed with consoles including Xbox?

12 **A.**   Yes.

13 **Q.**   And Stadia competed with PC distribution platforms?

14 **A.**   Yes.

15 **Q.**   Such as Steam and Epic?

16 **A.**   I think that's fair to say.

17 **Q.**   And Stadia also had cloud gaming competitors; is that

18 right?

19 **A.**   I don't remember the state of the market at the time we

20 launched, but I don't believe there were cloud gaming --

21 outside of Sony's capabilities, I don't know that the other

22 players that currently exist in the market were there at that

23 time in 2019.

24 **Q.**   During Stadia's existence, maybe not at launch but at some

25 point during the existence, Stadia faced competition from cloud

1    gaming services?

2    **A.**   Yes.

3    **Q.**   One of them would have been Nvidia's GeForce NOW?

4    **A.**   That's correct.

5    **Q.**   Another one might have been Xbox's Cloud Gaming service?

6    **A.**   Uh-huh, yes.

7    **Q.**   A few moments ago you testified about how Stadia has since

8    shut down; correct?

9    **A.**   Yes.

10   **Q.**   And you discussed some the reasons that Stadia shut down;

11   right?

12   **A.**   Yes.

13   **Q.**   And one of the things you told the Court was that Stadia

14   very much wanted AAA content; is that right?

15   **A.**   That's correct.

16   **Q.**   And, in fact, Stadia was able to get some AAA games onto

17   its service; is that right?

18   **A.**   That is correct.

19   **Q.**   You don't think Stadia was able to get enough AAA content

20   onto its service?

21   **A.**   I believe with more content we would have seen more

22   success.

23   **Q.**   Google talked to you, Activision, at one point to try to

24   get its content onto Stadia; is that right?

25   **A.**   Yes.

**ZIMRING - CROSS / PASTAN**

1  **Q.**   You are aware that there is no cloud gaming service that

2  has Activision content today?

3  **A.**   Honestly, I don't know the state of Activision's presence

4  in other cloud gaming systems.

5  **Q.**   Do you know of any cloud gaming service that has

6  Activision content today?

7  **A.**   Nothing comes to mind.

8  **Q.**   And earlier you agreed that Xbox Cloud Gaming was one of

9  Stadia's competitors; right?

10  **A.**   Yes.

11  **Q.**   And Xbox Cloud Gaming doesn't have Activision games, does

12  it?

13  **A.**   I -- honestly I don't know the full catalog of what Xbox

14  has.

15  **Q.**   So you have no reason to believe Xbox Cloud Gaming has

16  Activision content on it today?

17  **A.**   I don't have a reason to believe one way or the other.

18  **Q.**   And, again, you identified GeForce NOW as one of Stadia's

19  competitors; is that right?

20  **A.**   That is correct.

21  **Q.**   And you have no way of knowing whether GeForce NOW has

22  Activision content on it today?

23  **A.**   Correct.

24  **Q.**   You can't name any cloud gaming service that has

25  Activision content?

```
 1   A.   No.   I'd be -- it would be difficult for me to recite what

 2   the different publishers and titles are across the market at

 3   this time.

 4   Q.   Despite over a decade of time in the cloud gaming

 5   industry, you do not keep up to date on the status of cloud

 6   gaming services?

 7   A.   All I can tell you is that I don't know definitively which

 8   titles are on which services at this time.

 9   Q.   Okay.   You testified about a number of places that gamers

10   could play on Stadia?

11   A.   Yes.

12   Q.   Was Stadia playable on Xbox?

13   A.   No.

14   Q.   Not even through Xbox's browser?

15   A.   Actually, I don't know honestly.

16   Q.   Do you know whether Stadia was playable on PlayStation?

17   A.   So if PlayStation has a Chromium-based browser or Xbox,

18   Stadia may have been playable.   I think perhaps the more

19   appropriate thing would be for me to say that I'm not aware of

20   us qualifying those as supportive platforms.

21                   (Pause in proceedings.)

22   BY MS. PASTAN:

23   Q.   Although Stadia is out of the cloud gaming business now,

24   are you aware that Microsoft has entered into contracts to make

25   Activision games available to cloud providers if this deal goes
```

1  through?

2  **A.**   I've heard some news about that.  I don't know any of the

3  details.

4  **Q.**   You've heard news that they've reached a deal with Nvidia

5  to make Activision content available on GeForce NOW?

6  **A.**   I believe so.

7  **Q.**   Have you heard news that they've made a deal to make

8  Activision content available on Boosteroid?

9  **A.**   I believe so.

10  **Q.**   And on Ubitus?

11  **A.**   I believe so.

12  **Q.**   And on EE cloud gaming service?

13  **A.**   I'm not aware of that service.

14  **Q.**   And on Nware cloud gaming service?

15  **A.**   Also I'm not aware of that.

16  **Q.**   But you're aware of the first several that I listed?

17  **A.**   Yes.

18  **Q.**   And you're not aware of any services -- of any cloud

19  gaming services that have Activision content today?

20  **A.**   That's correct.

21  **Q.**   It's fair to say that if the deal goes through, Activision

22  content would be available on more cloud gaming services than

23  you're aware of today?

24       **MR. AKLEMAN:**  Objection.  Foundation.

25       **THE COURT:**  I'll sustain it.  We get it.

1      **MS. PASTAN:**  One moment, Your Honor.

2                          (Pause in proceedings.)

3      **MS. PASTAN:**  I have nothing else.

4      **THE COURT:**  Great.  Anything further?

5      **MR. AKLEMAN:**  Just one question.

6      **THE COURT:**  Okay?  It better be a good one.

7      **MR. AKLEMAN:**  Maybe I shouldn't have promised that.

8      **THE COURT:**  No pressure.  No pressure.

9                      <u>**REDIRECT EXAMINATION**</u>

10     **BY MR. AKLEMAN:**

11     **Q.**   Ms. Pastan asked you a few questions about who Stadia

12     competed with when they launched.

13         At the time that Stadia launched, were there any other --

14     were any of those other cloud gaming services that she

15     described operating?

16     **A.**   I don't believe so.

17         **MR. AKLEMAN:**  Okay.  Thank you.  I have no more

18     questions.

19         **THE COURT:**  Perfect.  You are excused.  Happy Friday.

20                          (Witness excused.)

21         **THE COURT:**  All right.  So, as you know, that

22     concludes the testimony for today.  We are not going to go on

23     Monday.

24         Let me tell you a little bit about the schedule so you can

25     plan.  So we have Tuesday, Wednesday, Thursday.  You went a bit

1    over today.  So you'll need to use the weekend and Monday to

2    tighten your remaining witnesses.

3        What I would like to do is when we finish up on Thursday,

4    then have closing arguments.  I do think that will be very

5    helpful, but I would want -- I will want the final Proposed

6    Findings of Fact and Conclusions of Law by 5:00 p.m. on Friday

7    the 30th, and I'm doing that to save everybody's holiday

8    weekend except maybe mine, but everybody else's.  All right?

9    So 5 p.m.

10       So start now.  I mean, you've already started.  It's an

11   ongoing process.  You know what you anticipate the evidence to

12   be so have that, but I will want closing arguments on Thursday.

13   That's the plan.

14       Yes.

15           MR. WEINGARTEN:  Your Honor, James Weingarten.

16       Do you have any plan for how long you would like closings

17   to be?

18           THE COURT:  I'm not going to limit you, but I'm going

19   to trust you to know your audience.

20           MR. WEINGARTEN:  Yes, ma'am.  Thank you, Your Honor.

21                       (Laughter)

22           THE COURT:  I expect it to be interactive so you

23   should prepare it, but I expect it to be interactive.

24       The other thing is the parties have been -- I understand

25   it's an ongoing process -- submitting like modified

PROCEEDINGS

1   administrative motions to seal, it's all coming in, so what I

2   need is an omnibus administrative motion to seal that covers

3   everything, trial exhibits, that we've done up to now.  We've

4   now ruled on everything so I think you can do it so that we

5   have one motion that we can grant and it will be all accurate.

6       And to the extent you can include stuff going forward

7   because you have a little bit more time now to know for

8   Tuesday, Wednesday, Thursday, that would be great.  But at

9   least that covers up to now.

10      Did I cover everything?

11      Okay.  I really appreciate everyone's courtesy in the

12  presentation, and the advocacy has been outstanding.  And I

13  wish you all a good weekend, and I will see you Tuesday again

14  at 8:15 in closed session and 8:30 to begin the evidence.

15  Thank you.

16              (Proceedings adjourned at 3:30 p.m.)

17                      ---oOo---

1

2

3                       **CERTIFICATE OF REPORTER**

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:    Friday, June 23, 2023

8

9

10

11    _____

12         Marla F. Knox, CSR No. 14421, RPR, CRR, RMR
              United States District Court - Official Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25