UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MICROSOFT'S ANSWER** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | Dept.:   Courtroom 8—19th Floor<br>Judge:  Honorable Jacqueline S. Corley |
| Defendants. | |

Having considered Defendant Microsoft Corporation's Administrative Motion to Seal Portions of its Answer and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to Be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Answer | Page 26, portions of line 26 | |
| Microsoft's Answer | Page 27, portions of lines 1-4 | |
| Microsoft's Answer | Page 27, portions of lines 8-12 | |
| Microsoft's Answer | Page 28, portions of lines 22-23 | |
| Microsoft's Answer | Page 33, portions of line 24 | |
| Microsoft's Answer | Page 36, portions of lines 2-3 | |
| Microsoft's Answer | Page 39, portions of lines 8-11 | |
| Microsoft's Answer | Page 43, portions of lines 19-23 | |
| Microsoft's Answer | Page 44, portions of lines 5-6 | |
| Microsoft's Answer | Page 45, portions of lines 4-7 | |
| Microsoft's Answer | Page 45, portions of lines 14-15 | |
| Microsoft's Answer | Page 48, portions of lines 5-7 | |

| Document | Portions to Be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Answer | Page 48, portions of lines 14-18 | |
| Microsoft's Answer | Page 48, portions of lines 20-23 | |
| Microsoft's Answer | Page 52, portions of line 9 | |
| Microsoft's Answer | Page 52, portions of lines 18-20 | |

IT IS SO ORDERED.

DATED:_____, 2023          _____
                                            Honorable Jacqueline S. Corley
                                            United States District Judge