1 | Beth Wilkinson (*pro hac vice*)
2 | Rakesh N. Kilaru (*pro hac vice*)
  | Kieran Gostin (*pro hac vice*)
3 | Grace Hill (*pro hac vice*)
4 | Anastasia M. Pastan (*pro hac vice*)
  | WILKINSON STEKLOFF LLP
5 | 2001 M Street, N.W., 10th Floor
  | Washington, D.C. 20036
6 | Telephone: (202) 847-4000
  | Facsimile: (202) 847-4005
7 | bwilkinson@wilkinsonstekloff.com
  | rkilaru@wilkinsonstekloff.com
8 | kgostin@wilkinsonstekloff.com
  | ghill@wilkinsonstekloff.com
9 | apastan@wilkinsonstekloff.com

10 | Bambo Obaro (Bar No. 267683)
   | WEIL, GOTSHAL & MANGES LLP
11 | 201 Redwood Shores Parkway
   | Redwood Shores, CA 94065
12 | Telephone: (650) 802-3083
   | Facsimile: (650) 802-3100
13 | bambo.obaro@weil.com

14 | *Counsel for Microsoft Corporation*

15 | [Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH MICROSOFT'S ANSWER (CIVIL L.R. 79-5(f))** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:  Courtroom 8—19th Floor<br>Judge:  Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Microsoft Corporation ("Microsoft") files this Administrative Motion to Consider Sealing Another Party's Material in Connection with its filed Answer (ECF No. 260).

Certain portions of Microsoft's Answer contain information designated by non-parties and parties other than Microsoft as confidential or highly confidential.  Accordingly, Microsoft seeks to file under seal the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Microsoft's Answer | Page 6, portions of line 7 | Activision |
| Microsoft's Answer | Page 6, portion of line 26 | Activision |
| Microsoft's Answer | Page 7, portion of line 11 | Activision |
| Microsoft's Answer | Page 9, portions of line 18 | Activision |
| Microsoft's Answer | Page 29, portions of lines 24 | Activision |
| Microsoft's Answer | Page 30, portions of lines 8-9 | Activision |
| Microsoft's Answer | Page 30, portions of lines 11-13 | Activision |
| Microsoft's Answer | Page 30, portions of line 16 | Activision |
| Microsoft's Answer | Page 33, portions of line 24 | Sony |
| Microsoft's Answer | Page 34, portions of lines 1-2 | Nintendo |
| Microsoft's Answer | Page 48, portions of lines 14-18 | Activision |
| Microsoft's Answer | Page 48, portions of lines 20-23 | Activision |
| Microsoft's Answer | Page 49, portions of lines 24-26 | Sony |
| Microsoft's Answer | Page 50, portions of lines 10-15 | Nvidia |
| Microsoft's Answer | Page 51, portions of lines 23-26 | Activision |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Microsoft's Answer | Page 52, portion of line 2 | Activision |
| Microsoft's Answer | Page 52, portions of line 9 | Sony |
| Microsoft's Answer | Page 52, portions of lines 10-14 | Nvidia |

A sealed, unredacted version of Microsoft's Answer has been filed at ECF No. 287-2 with colored highlighting indicating the party which designated the information confidential. Information designated by Microsoft or Activision Blizzard, Inc. is yellow, Sony Interactive Entertainment is blue, Nintendo of America is pink, and NVIDIA Corp. is green. In accordance with Civil Local Rule 7-11, Defendants have also filed a Proposed Order herewith.

Dated: July 3, 2023                                     Respectfully submitted,

By: /s/ Beth Wilkinson

Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

jpavelec@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Megan A. Granger (*pro hac vice*)
Michael Moiseyev (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
megan.granger@weil.com
michael.moiseyev@weil.com

*Counsel for Defendant Microsoft Corp.*