1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH MICROSOFT'S ANSWER** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Defendant Microsoft Corporation's Administrative Motion to Consider Sealing Another Party's Material in Connection with Microsoft's Answer, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to Be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Answer | Page 6, portions of line 7 | |
| Microsoft's Answer | Page 6, portion of line 26 | |
| Microsoft's Answer | Page 7, portion of line 11 | |
| Microsoft's Answer | Page 9, portions of line 18 | |
| Microsoft's Answer | Page 29, portions of lines 24 | |
| Microsoft's Answer | Page 30, portions of lines 8-9 | |
| Microsoft's Answer | Page 30, portions of lines 11-13 | |
| Microsoft's Answer | Page 30, portions of line 16 | |
| Microsoft's Answer | Page 33, portions of line 24 | |
| Microsoft's Answer | Page 34, portions of lines 1-2 | |
| Microsoft's Answer | Page 48, portions of lines 14-18 | |
| Microsoft's Answer | Page 48, portions of lines 20-23 | |
| Microsoft's Answer | Page 49, portions of lines 24-26 | |
| Microsoft's Answer | Page 50, portions of lines 10-15 | |
| Microsoft's Answer | Page 51, portions of lines 23-26 | |
| Microsoft's Answer | Page 52, portion of line 2 | |
| Microsoft's Answer | Page 52, portions of line 9 | |

| Document | Portions to Be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Answer | Page 52, portions of lines 10-14 | |

IT IS SO ORDERED.

DATED:_____, 2023          _____

                                           Honorable Jacqueline S. Corley
                                           United States District Judge