UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 180]**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

1  This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC")
2  Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF No. 180)
3  in connection with the FTC's Bench Brief Regarding Defendants' Proffered Testimony Regarding
4  Microsoft's Agreements ("Plaintiff's Bench Brief") (ECF No. 181).  Having considered the FTC's
5  Motions, Defendant Microsoft Corporation's Statement in Response, and the Declaration of Alysha
6  Bohanon, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Plaintiff's Bench Brief | Page 2, lines 18-19 | |
| Plaintiff's Bench Brief | Page 2, line 27, footnote 4 | |
| Plaintiff's Bench Brief | Page 3, lines 1-14 | |
| Plaintiff's Bench Brief | Page 3, lines 26-27, footnotes 5-6 | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge