James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MICROSOFT CORP.**<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.,**<br><br>　　　　Defendants. | Case No. 3:23-cv-2880-JSC<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF FILING OF SEALED MATERIALS**<br><br>Dept.: Courtroom 8<br>Judge: Honorable Jacqueline Scott Corley |

Notice is given that a sealed document, Plaintiff's Final Findings of Fact and Conclusions of Law, was provided under seal to the Court and Defendants on June 30, 2023. Plaintiff Federal Trade Commission has concurrently filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with this document.

Consistent with the Court's order on June 29, 2023, Hr'g Tr. 1173:2, Plaintiff will file a public, redacted copy of the Plaintiff's Final Findings of Fact and Conclusions of Law on this Court's docket on July 12, 2023.

Dated: July 3, 2023

Respectfully submitted,

/s/ Jennifer Fleury
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*