1
2
3

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

4
5
6
7
8
9
10
11
12

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MICROSOFT CORP.**<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.**,<br><br>　　　　Defendants. | Case No. 3:23-cv-2880-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.:  Courtroom 8<br>Judge: Honorable Jacqueline Scott Corley |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Final Findings of Fact and Conclusions of Law. Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Final Findings of Fact and Conclusions of Law shall remain under seal. Plaintiff FTC is further directed to file a public, redacted version of Plaintiff's Final Findings of Fact and Conclusions of Law by July 12, 2023.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Plaintiff's Final Findings of Fact and Conclusions of Law within 7 days of entry of this Order.

Dated: _____, 2023

_____
Honorable Judge Corley
United States District Judge
Northern District of California

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC