# EXHIBIT A

Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083


*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **DECLARATION OF ALYSHA BOHANON IN SUPPORT OF DEFENDANTS MICROSOFT CORP. AND ACTIVISION BLIZZARD INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:      Courtroom 8—19th Floor |
| | Judge:     Honorable Jacqueline S. Corley |

I, Alysha Bohanon, hereby declare under penalty of perjury that the following is true and correct:

1.      I am an Associate at Wilkinson Stekloff LLC and am counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.  I am a member in good standing of the Bar of the District of Columbia.  I submit this Declaration in support of Defendants' Administrative Motion to File Under Seal Its Proposed Final Findings of Fact and Conclusions of Law, filed concurrently herewith.

2.      I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

3.      The Proposed Final Findings of Fact and Conclusions of Law contains non-public and highly sensitive information from documents obtained during the course of the FTC's investigation and during litigation discovery, including, but not limited to, confidential, proprietary information relating to Defendants' internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy.

4.      The Proposed Final Findings of Fact and Conclusions of Law is entitled to confidentiality under Local Rule 79-5 because it references or reflects Defendants' confidential, proprietary information concerning the above.

5.      Defendants' unredacted Proposed Pretrial Findings of Fact and Conclusions of Law is attached as Exhibit B.

6.      Defendants will file a supplemental Administrative Motion to Seal with proposed redactions to the Proposed Final Findings of Fact and Conclusions of Law on July 12, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Dated: July 3, 2023                              _/s/ Alysha Bohanon___
                                                 Alysha Bohanon