Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corp.*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

On June 30, 2023, Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") (collectively, "Defendants") served the Court with an under seal version of Defendants' Final Proposed Findings of Fact and Conclusion (ECF No. 292-2). Certain portions of Defendants' Proposed Findings of Fact and Conclusions of Law contain documents or information designated by the FTC and several non-parties as confidential or highly confidential. Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendants intend to move this Court for an order sealing portions of Defendants' Final Proposed Findings of Fact and Conclusions of Law on July 12, 2023. Defendants' forthcoming motion will identify proposed redactions to FTC and non-party information.

Dated: July 3, 2023                                         Respectfully submitted,

By: */s/ Caroline Van Ness*
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steven.sunshine@skadden.com
julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
michael.sheerin@skadden.com
evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Grace Hill (*pro hac vice*)
James Rosenthal (pro hac vice)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (pro hac vice)
Jenna Pavelec (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

| | |
|---|---|
| 1 | |
| 2 | Michael Moiseyev (*pro hac vice*) |
|   | Megan A. Granger (*pro hac vice*) |
| 3 | **WEIL, GOTSHAL & MANGES LLP** |
|   | 2001 M Street, NW |
| 4 | Suite 600 |
|   | Washington, DC 20036 |
| 5 | Telephone: (202) 682-7000 |
|   | Facsimile: (202) 857-0940 |
| 6 | michael.moiseyev@weil.com |
|   | megan.granger@weil.com |
| 7 | *Counsel for Microsoft Corporation* |

ADMIN MOTION TO CONSIDER SEALING            CASE NO. 3:23-CV-02880-JSC