Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **DECLARATION OF ALYSHA BOHANON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DECLARATION OF DENNIS W. CARLTON** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | Dept.:  Courtroom 8—19th Floor<br>Judge:  Honorable Jacqueline S. Corley |

I, Alysha Bohanon, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Associate at Wilkinson Stekloff LLP and am counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter. I submit this declaration in support of Defendants' Administrative Motion to Seal Portions of the Declaration of Dennis W. Carlton ("Administrative Motion"). In my role, I have personal knowledge of Microsoft's use and protection of non-public, highly sensitive, and confidential business information, including the information at issue here.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

3. I have reviewed and am familiar with the Declaration of Dennis W. Carlton ("Carlton Declaration"), which contains information designated by Microsoft as "Confidential."

4. As set forth in the Administrative Motion, certain limited portions of the Carlton Declaration contain non-public and highly sensitive information, including, but not limited to, information reflecting Microsoft's internal decision-making processes, investment decisions, assessment of the competitive landscape, strategic evaluation of forward-looking opportunities, business partnerships, existing confidential agreements, and internal discussions of business strategy.

5. This information could be used to injure Microsoft if made publicly available, and it would cause competitive harm to Microsoft if the above information was publicly disclosed. For example, disclosure of this information would give Microsoft's competitors insight into Microsoft's strategies, plans, and assessments regarding potential opportunities, and those competitors may alter their strategic plans or offerings if they knew Microsoft's strategies and plans. Disclosure of this information would also harm Microsoft by allowing its competitors to circumvent the time and resources expended by Microsoft in developing its internal practices and strategies. Disclosure of this information would further harm Microsoft's negotiating position with its business partners.

6. Microsoft takes robust measures to maintain the confidentiality of all the above-described information, including limiting internal disclosure of some of this information to persons on a need-to-know basis, and does not disclose it publicly. All of this information was designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the

Protective Order Governing Confidential Material entered on December 9, 2022 in *In the matter of Microsoft Corp. & Activision Blizzard, Inc*. Docket No. 9412 (FTC).  This information is also Confidential under the operative protective order in this case (ECF Nos. 115-1, 170).  For these reasons, Microsoft respectfully requests that the Court order the portions set forth in its Administrative Motion to be sealed.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: July 3, 2023                     /s/ *Alysha Bohanon*
                                                          Alysha Bohanon