1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and<br>ACTIVISION BLIZZARD, INC.,<br><br>       Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DECLARATION OF DENNIS W. CARLTON**<br><br>Dept.:   Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Having considered Defendants Microsoft Corporation and Activision Blizzard, Inc.'s Administrative Motion to Seal Portions of the Declaration of Dennis W. Carlton and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Carlton Declaration | Page 9, entirety of footnote 8 | |
| Carlton Declaration | Page 10, entirety of footnote 12 | |
| Carlton Declaration | Page 14, portions of paragraph 28 | |
| Carlton Declaration | Page 17, portion of paragraph 35 | |
| Carlton Declaration | Page 17, portions of paragraph 36 | |
| Carlton Declaration | Page 19, portions of paragraph 44 | |
| Carlton Declaration | Page 19, entirety of footnote 32 | |
| Carlton Declaration | Page 19-21, portions of paragraph 45 | |
| Carlton Declaration | Page 20, portion of footnote 34 | |
| Carlton Declaration | Page 20, entirety of footnote 36 | |
| Carlton Declaration | Page 21, portions of footnote 38 | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge