Beth A. Wilkinson (*pro hac vice*)
bwilkinson@wilkinsonstekloff.com
Rakesh N. Kilaru (*pro hac vice*)
rkilaru@wilkinsonstekloff.com
Kieran Gostin (*pro hac vice*)
kgostin@wilkinsonstekloff.com
Grace Hill (*pro hac vice*)
ghill@wilkinsonstekloff.com
Anastasia M. Pastan (*pro hac vice*)
apastan@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC  20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Bambo Obaro
bambo.obaro@weil.com
WEIL, GOTSHAL AND MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3083

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>　　　　Defendants. | Case No. 3:22-cv-02880-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH THE DECLARATION OF DENNIS W. CARLTON (CIVIL L.R. 79-5(f))**<br><br>Dept.:　　Courtroom 8—19th Floor<br>Judge:　　Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants Microsoft Corporation ("Microsoft") and Activision Blizzard, Inc. ("Activision") file this Administrative Motion to Consider Sealing Another Party's Material in Connection with the Declaration of Dennis W. Carlton.

Certain portions of the Declaration of Dennis W. Carlton ("Carlton Declaration") contain information designated by non-parties as confidential or highly confidential. Accordingly, Defendants seeks to file under seal the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Carlton Declaration | Page 14, portion of paragraph 28 (second redaction) | Sony |
| Carlton Declaration | Pages 19-21, portions of paragraph 45 (first three redactions) | Sony |
| Carlton Declaration | Page 20, portion of footnote 34 | Sony |
| Carlton Declaration | Page 20, entirety of footnote 36 | Sony |

In accordance with Civil Local Rule 7-11, Defendants have also filed a Proposed Order herewith.

Dated: July 3, 2023                                         Respectfully submitted,

By: /s/ Caroline Van Ness                           By: /s/ Beth Wilkinson
Caroline Van Ness (SBN 281675)                  Beth Wilkinson (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER &**     Rakesh N. Kilaru (*pro hac vice*)
**FLOM LLP**                                               Kieran Gostin (*pro hac vice*)
525 University Avenue                                  Grace Hill (*pro hac vice*)
Palo Alto, California 94301                           James Rosenthal (pro hac vice)
Telephone: (650) 470-4500                           Anastasia M. Pastan (*pro hac vice*)
Facsimile: (213) 621-5430                            Sarah Neuman (pro hac vice)
caroline.vanness@skadden.com                     Jenna Pavelec (*pro hac vice*)
                                                                    Alysha Bohanon (*pro hac vice*)
Steven C. Sunshine (*pro hac vice*)              **WILKINSON STEKLOFF LLP**
Julia K. York (*pro hac vice*)                       2001 M Street, N.W., 10th Floor
**SKADDEN, ARPS, SLATE, MEAGHER &**     Washington, D.C. 20036
**FLOM LLP**                                               Telephone: (202) 847-4000
1440 New York Avenue, N.W.                      Facsimile: (202) 847-4005
Washington, DC 20005-2111                         bwilkinson@wilkinsonstekloff.com
Telephone: (202) 371-7000                           rkilaru@wilkinsonstekloff.com
Facsimile: (202) 393-5760                            kgostin@wilkinsonstekloff.com
steven.sunshine@skadden.com                      ghill@wilkinsonstekloff.com
julia.york@skadden.com

| | |
|---|---|
| Michael J. Sheerin (*pro hac vice*) <br> Evan R. Kreiner (*pro hac vice*) <br> **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** <br> 1 Manhattan West <br> New York, NY 10001 <br> Telephone: (212) 735-3000 <br> Fax: (212) 735-2000 <br> michael.sheerin@skadden.com <br> evan.kreiner@skadden.com <br><br> *Counsel for Defendant Activision Blizzard, Inc.* | jrosenthal@wilkinsonstekloff.com <br> apastan@wilkinsonstekloff.com <br> sneuman@wilkinsonstekloff.com <br> jpavelec@wilkinsonstekloff.com <br> abohanon@wilkinsonstekloff.com <br><br> Bambo Obaro (SBN 267683) <br> **WEIL, GOTSHAL & MANGES LLP** <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-3083 <br> Facsimile: (650) 802-3100 <br> bambo.obaro@weil.com <br><br> Michael Moiseyev (*pro hac vice*) <br> Megan A. Granger (*pro hac vice*) <br> **WEIL, GOTSHAL & MANGES LLP** <br> 2001 M Street, NW <br> Suite 600 <br> Washington, DC 20036 <br> Telephone: (202) 682-7000 <br> Facsimile: (202) 857-0940 <br> michael.moiseyev@weil.com <br> megan.granger@weil.com <br><br> *Counsel for Microsoft Corporation* |