UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>　　　Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH THE DECLARATION OF DENNIS W. CARLTON**<br><br>Dept.:　　Courtroom 8—19th Floor<br>Judge:　　Honorable Jacqueline S. Corley |

Having considered Defendants Microsoft Corporation and Activision Blizzard, Inc.'s Administrative to Consider Sealing Another Party's Material in Connection with the Declaration of Dennis W. Carlton, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
| --- | --- | --- | --- |
| Carlton Declaration | Page 14, portion of paragraph 28 (second redaction) | Sony | |
| Carlton Declaration | Pages 19-21, portions of paragraph 45 (first three redactions) | Sony | |
| Carlton Declaration | Page 20, portion of footnote 34 | Sony | |
| Carlton Declaration | Page 20, entirety of footnote 36 | Sony | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge