**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 226]**<br><br>Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 226). Having considered the FTC's Motion, Defendant Activision Blizzard, Inc.'s ("Activision") Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Direct Testimony of Robin S. Lee by the FTC | Page 6, fn. 3, footnote lines 1-3 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 7, ¶ 20, paragraph line 4 and line 5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 7, ¶ 21, paragraph line 4 and line 5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 10, ¶ 28, second bullet, portions of lines 1-3 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 10, ¶ 28, third bullet, portions of paragraph lines 2-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 11, ¶ 28, fourth bullet, portions of lines 2-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 11, ¶ 29, portions of lines 1-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 11, ¶ 29, portions of lines 5-10 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 11, fn. 21, portions of lines 5-6 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 11, fn. 23, portions of lines 2-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 12, ¶ 30, lines 4-5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 12, ¶ 31, portions of lines 7-8 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 12, ¶ 31, portions of paragraph line 10 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Direct Testimony of Robin S. Lee by the FTC | Page 13, Figure 1 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 14, ¶ 34, portions of lines 2-5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 14, fn. 25, portions of lines 3-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 17, Figure 2 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 17, ¶ 44, portion of paragraph line 1 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 31, fn. 73, portions of lines 1-2 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 32, fn. 74, portions of lines 1-6 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 34, fn. 77, portions of lines 1, 3 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 38, ¶ 104, portions of lines 6, 8-9, 11, 14 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 39, ¶ 106, portions of lines 2-3, 6, 8, 10-11 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 40, ¶ 109, portions of lines 2-3, 5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 40 ¶ 110, portions of lines 6-7<br><br>Page 41, ¶ 110, portion of line 2 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 43, Figure 5 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 43, ¶ 117, portions of lines 4, 6-7 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 44, fn. 87, second paragraph, portions of lines 2-3 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 46, ¶ 126, portions of lines 8-9<br><br>Page 47, ¶ 126, portions of lines 1-2 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Direct Testimony of Robin S. Lee by the FTC | Pages 46, fn. 93, portion of lines 9 | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 47, ¶ 127, first bullet | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 47, ¶ 127, second bullet | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 47, ¶ 127, third bullet[1] | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 47, fn. 96, portions of lines 1-2 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 49, ¶ 130, portions of lines 1-2, 4[2] | |
| Direct Testimony of Robin S. Lee by the FTC | Page 49, fn. 104, portion of fn. line 1 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 51, ¶ 140, portion of paragraph line 2 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 51, fn. 110, portions of lines 1-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 65, fn. 138, portions of lines 2-4 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 70, fn. 155, portion of lines 1-9 | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 70, ¶ 198, first bullet, portions of lines 3-5 | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 70, ¶ 198, second bullet, portion of line 2<br><br>Pages 71, ¶ 198, second bullet, portion of line 1-2 | |
| Direct Testimony of Robin S. Lee by the FTC | Pages 71, ¶ 198, first full bullet, portions of lines 1-7 | |
| Direct Testimony of Robin S. Lee by the FTC | Page 71, fn. 158, portion of lines 1-6 | |

---

[1] Only the amounts listed in this portion shall remain under seal

[2] Only the time listed in this portion shall remain under seal.

1 | IT IS SO ORDERED.
2
3 | DATED: _____, 2023
4 |                                         Honorable Jacqueline Scott Corley
                                            United States District Judge