1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NOS. 251, 263]**<br><br>Judge: Hon. Jacqueline Scott Corley |

1  This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC")
2  Administrative Motions to Consider Whether Another Party's Material Should be Sealed (ECF Nos.
3  251, 263) regarding the FTC's Third Supplement to its Exhibit List (ECF No. 250-1) and the FTC's
4  Fourth Supplement to its Exhibit List (ECF No. 262-1).  Having considered the FTC's Administrative
5  Motions, Defendant Activision Blizzard, Inc.'s Statement in Response, and the Declaration of Page
6  Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FTC's Third Supplement to its Exhibit List (ECF No. 250-1) | PX2456 Description | |
| FTC's Third Supplement to its Exhibit List (ECF No. 250-1) | PX2464 Description | |
| FTC's Third Supplement to its Exhibit List (ECF No. 250-1) | PX2465 Description | |
| FTC's Third Supplement to its Exhibit List (ECF No. 250-1) | PX2471 Description | |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge

-1-

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTIONS**   CASE NO. 3:23-cv-02880-JSC