UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>　　Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 226]**<br><br>Dept.:　　Courtroom 8—19th Floor<br>Judge:　　Honorable Jacqueline S. Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 226) in connection with the Direct Testimony of Robin S. Lee, PhD (hereafter, "Lee Testimony") (ECF No. 224). Having considered the FTC's Motion, Defendant Microsoft Corporation's Statement in Response, and the Declaration of Alysha Bohanon in support, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Lee Testimony | Page 9, ¶ 26, portion of paragraph line 4 | |
| Lee Testimony | Page 11, ¶ 29, portions of lines 1-4 | |
| Lee Testimony | Page 11, ¶ 29, portions of lines 5-10 | |
| Lee Testimony | Page 11, fn. 21, portions lines 5-6 | |
| Lee Testimony | Page 11, fn. 23, portions of lines 2-4 | |
| Lee Testimony | Page 12, ¶ 30, lines 4-5 | |
| Lee Testimony | Page 12, ¶ 31, portion of line 10 | |
| Lee Testimony | Page 13, Figure 1 in its entirety | |
| Lee Testimony | Page 14, ¶ 35, portions of lines 7-9 | |
| Lee Testimony | Page 15, ¶ 39, portions of lines 2-4 | |
| Lee Testimony | Page 16, ¶ 41, portions of paragraph lines 5-8 (page lines 3-6) | |
| Lee Testimony | Page 16, ¶ 42, portions of lines 4-5 | |
| Lee Testimony | Page 16, fn. 39, portions of lines 2-3 | |
| Lee Testimony | Page 17, Figure 2 | |
| Lee Testimony | Pages 17-18, ¶ 44, portions of paragraph lines 1-3 and accompanying fn. 41 | |
| Lee Testimony | Page 25, fn. 51, portions of lines 2-4 | |
| Lee Testimony | Page 30, ¶ 83, portions of lines 6-8 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Lee Testimony | Page 30, ¶ 84, portions of lines 4-5 and portions of accompanying fn. 70 (lines 1-2 and 4-6) | |
| Lee Testimony | Page 31, ¶ 84, portion of paragraph line 7 (page line 2) | |
| Lee Testimony | Page 31, fn. 73, portions of lines 1-2 | |
| Lee Testimony | Page 33, Figure 4 | |
| Lee Testimony | Page 33, ¶ 92, portions of lines 2-5 | |
| Lee Testimony | Page 34, fn. 78, portions of lines 1-3 | |
| Lee Testimony | Page 35, fn. 79, portions of lines 3-5 | |
| Lee Testimony | Page 36, fn. 81, portions of lines 3-4 | |
| Lee Testimony | Page 38, ¶ 104, portions of lines 8-12 | |
| Lee Testimony | Page 38, ¶ 105, portions of lines 4-6 | |
| Lee Testimony | Page 38, fn. 82, portion of line 4 | |
| Lee Testimony | Page 40, ¶ 109, portions of lines 2, 3, and 5 | |
| Lee Testimony | Page 40-41, ¶ 110, portions of paragraph lines 6, 7, and 9 | |
| Lee Testimony | Page 43, Figure 5 | |
| Lee Testimony | Page 43, ¶ 117, portion of line 7 | |
| Lee Testimony | Page 44, fn. 87, second paragraph, portions of paragraph lines 2 and 3 | |
| Lee Testimony | Page 46-47, ¶ 126, portions of paragraph lines 8-11 | |
| Lee Testimony | Page 47, ¶ 127, third bullet | |
| Lee Testimony | Page 48, fn. 100 (in its entirety) | |
| Lee Testimony | Page 50, fn. 108, portions of lines 3-9 | |
| Lee Testimony | Page 51-52, ¶ 140, paragraph lines 1-7 and accompanying fn. 110 (in its entirety) | |
| Lee Testimony | Page 55, ¶ 148, lines 1-6 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Lee Testimony | Page 55, ¶ 149 (in its entirety) | |
| Lee Testimony | Page 56, ¶ 153, portions of lines 2-5 | |
| Lee Testimony | Page 58, ¶ 156, first bullet on page 58 | |
| Lee Testimony | Page 58, Figure 8 | |
| Lee Testimony | Page 62, ¶ 171, portions of lines 2-7 | |
| Lee Testimony | Page 65, fn. 137, lines 1-10 | |
| Lee Testimony | Page 65, fn. 138, portions of lines 2-4 | |
| Lee Testimony | Page 66, ¶ 188, portion of line 4 | |
| Lee Testimony | Page 68, ¶ 194, first bullet, portions of lines 2-5 | |
| Lee Testimony | Pages 68-69, ¶ 194, second bullet (in its entirety) | |
| Lee Testimony | Page 68, fn. 147, portions of lines 1-3 | |
| Lee Testimony | Pages 68-69, ¶ 194, third bullet (in its entirety) | |
| Lee Testimony | Page 69, ¶ 195, lines 3-5 | |
| Lee Testimony | Page 69, ¶ 195, portions of lines 3-8 | |
| Lee Testimony | Page 69, fn. 154 (in its entirety) | |
| Lee Testimony | Page 72, fn. 164, lines 1-3 | |
| Lee Testimony | Page 73, ¶ 205, portions of lines 2-4 | |
| Lee Testimony | Page 9, ¶ 26, portion of paragraph line 4 | |
| Lee Testimony | Page 11, ¶ 29, portions of lines 1-4 | |
| Lee Testimony | Page 11, ¶ 29, portions of lines 5-10 | |
| Lee Testimony | Page 11, fn. 21, portions lines 5-6 | |
| Lee Testimony | Page 11, fn. 23, portions of lines 2-4 | |
| Lee Testimony | Page 12, ¶ 30, lines 4-5 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Lee Testimony | Page 12, ¶ 31, portion of line 10 | |
| Lee Testimony | Page 13, Figure 1 in its entirety | |
| Lee Testimony | Page 14, ¶ 35, portions of lines 7-9 | |
| Lee Testimony | Page 15, ¶ 39, portions of lines 2-4 | |
| Lee Testimony | Page 16, ¶ 41, portions of paragraph lines 5-8 (page lines 3-6) | |
| Lee Testimony | Page 16, ¶ 42, portions of lines 4-5 | |
| Lee Testimony | Page 16, fn. 39, portions of lines 2-3 | |
| Lee Testimony | Page 17, Figure 2 | |
| Lee Testimony | Pages 17-18, ¶ 44, portions of paragraph lines 1-3 and accompanying fn. 41 | |
| Lee Testimony | Page 25, fn. 51, portions of lines 2-4 | |
| Lee Testimony | Page 30, ¶ 83, portions of lines 6-8 | |
| Lee Testimony | Page 30, ¶ 84, portions of lines 4-5 and portions of accompanying fn. 70 (lines 1-2 and 4-6) | |
| Lee Testimony | Page 31, ¶ 84, portion of paragraph line 7 (page line 2) | |
| Lee Testimony | Page 31, fn. 73, portions of lines 1-2 | |
| Lee Testimony | Page 33, Figure 4 | |
| Lee Testimony | Page 33, ¶ 92, portions of lines 2-5 | |
| Lee Testimony | Page 34, fn. 78, portions of lines 1-3 | |
| Lee Testimony | Page 35, fn. 79, portions of lines 3-5 | |
| Lee Testimony | Page 36, fn. 81, portions of lines 3-4 | |
| Lee Testimony | Page 38, ¶ 104, portions of lines 8-12 | |
| Lee Testimony | Page 38, ¶ 105, portions of lines 4-6 | |
| Lee Testimony | Page 38, fn. 82, portion of line 4 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Lee Testimony | Page 40, ¶ 109, portions of lines 2, 3, and 5 | |
| Lee Testimony | Page 40-41, ¶ 110, portions of paragraph lines 6, 7, and 9 | |
| Lee Testimony | Page 43, Figure 5 | |

IT IS SO ORDERED.

DATED:_____, 2023     _____
                                        Honorable Jacqueline S. Corley
                                        United States District Judge