1  Beth A. Wilkinson (*pro hac vice*)
   Rakesh N. Kilaru (*pro hac vice*)
2  Kieran Gostin (*pro hac vice*)
   Grace Hill (*pro hac vice*)
3  James Rosenthal (*pro hac vice*)
4  Anastasia M. Pastan (*pro hac vice*)
   Sarah Neuman (*pro hac vice*)
5  WILKINSON STEKLOFF LLP
   2001 M Street NW, 10th Floor
6  Washington, DC  20036
7  Telephone: (202) 847-4000
   Facsimile: (202) 847-4005
8  bwilkinson@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
9  kgostin@wilkinsonstekloff.com
   ghill@wilkinsonstekloff.com
10 jrosenthal@wilkinsonstekloff.com
11 apastan@wilkinsonstekloff.com
   sneuman@wilkinsonstekloff.com
12
13 Bambo Obaro
   bambo.obaro@weil.com
14 WEIL, GOTSHAL AND MANGES
   201 Redwood Shores Parkway
15 Redwood Shores, CA 94065
   Telephone:  (650) 802-3083
16
17 *Counsel for Microsoft Corporation*

18 [Additional Counsel Identified on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>   Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**MICROSOFT CORP.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NOS. 251 & 263]** |

Pursuant to Civil Local Rules 7-3(b) and 79-5(f), Defendant Microsoft Corp. hereby notices its non-opposition to two Administrative Motions to Consider Whether Another Party's Material Should Be Sealed filed by Plaintiff Federal Trade Commission, ECF Nos. 251 and 263, relating to the exhibit descriptions included on Plaintiff's Third and Fourth Supplements to its Exhibit List.  Microsoft does not oppose the filing of these exhibit descriptions on the public docket.

Dated: July 6, 2023

Respectfully submitted,

By: */s/ Beth Wilkinson*
    Beth Wilkinson (*pro hac vice*)
    Rakesh N. Kilaru (*pro hac vice*)
    Kieran Gostin (*pro hac vice*)
    James Rosenthal (*pro hac vice*)
    Grace Hill (*pro hac vice*)
    Anastasia M. Pastan (*pro hac vice*)
    Sarah Neuman (*pro hac vice*)
    Alysha Bohanon (*pro hac vice*)
    Jenna Pavelec (*pro hac vice*)
    **WILKINSON STEKLOFF LLP**
    2001 M Street, N.W., 10th Floor
    Washington, D.C. 20036
    Telephone: (202) 847-4000
    Facsimile: (202) 847-4005
    bwilkinson@wilkinsonstekloff.com
    rkilaru@wilkinsonstekloff.com
    kgostin@wilkinsonstekloff.com
    jrosenthal@wilkinsonstekloff.com
    ghill@wilkinsonstekloff.com
    apastan@wilkinsonstekloff.com
    sneuman@wilkinsonstekloff.com
    abohanon@wilkinsonstekloff.com
    jpavelec@wilkinsonstekloff.com

    Bambo Obaro (SBN 267683)
    **WEIL, GOTSHAL & MANGES LLP**
    201 Redwood Shores Parkway
    Redwood Shores, CA 94065
    Telephone: (650) 802-3083
    Facsimile: (650) 802-3100
    bambo.obaro@weil.com

    Michael Moiseyev (*pro hac vice*)
    Megan A. Granger (*pro hac vice*)
    **WEIL, GOTSHAL & MANGES LLP**
    2001 M Street, NW
    Suite 600
    Washington, DC 20036
    Telephone: (202) 682-7000
    Facsimile: (202) 857-0940

michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corporation*