1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 288 AND 295)** |
| v. | |
| MICROSOFT CORP., et al., | |
| Defendants. | The Honorable Jacqueline Scott Corley |

- 1 -

1

## [Proposed] Order

2

     Having considered Defendants' Administrative Motions to Consider Whether

3

Another Party's Material Should Be Sealed (ECF 288 and 295), and Sony

4

Interactive Entertainment LLC's ("SIE's") accompanying statement in support, the

5

Court hereby orders that the following materials are restricted from public

6

disclosure in the manner requested by SIE:

7

8

9

10

11

12

13

14

| Microsoft Corp.'s Answer and Defenses (ECF 260) | 33:24<br><br>49:24-26<br><br>52:9 |
|---|---|
| Declaration of Dennis W. Carlton (ECF 247) | ¶ 28, line 5;<br><br>¶ 45, lines 7, 10, 14, n.34 and n.36 |

15

16

17

    **IT IS SO ORDERED.**

18

19

DATED:_____

20

                              HON. JACQUELINE SCOTT CORLEY

21

                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

- 2 -