1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

14
15
16
17
18
19
20
21

| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART DEFENDANT MICROSOFT CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 288]** |
| v. | |
| MICROSOFT CORP., and ACTIVISION BLIZZARD, INC. | |
| Defendants. | Judge: Hon. Jacqueline Scott Corley |

22
23
24
25
26
27
28

This matter came before the Court on Defendant Microsoft Corp.'s ("Microsoft") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 288). Having considered Microsoft's Motion, Defendant Activision Blizzard, Inc.'s ("Activision") Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Microsoft's Answer | Page 7, Portion of Line 11 | |
| Microsoft's Answer | Page 30, Portions of Lines 8-9 | |
| Microsoft's Answer | Page 30, Portions of Lines 11-13[1] | |
| Microsoft's Answer | Page 30, Portion of Line 16 | |
| Microsoft's Answer | Page 48, Portion of Line 15[2] | |
| Microsoft's Answer | Page 48, Portions of Lines 20-22 | |
| Microsoft's Answer | Page 51, Portions of Lines 23-26 | |
| Microsoft's Answer | Page 52, Portion of Line 2 | |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge

---

[1] Only the name of the third party and the name of the third-party's service listed in this portion shall remain under seal.

[2] Only the specific numerals listed in this portion shall remain under seal.