UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:23-cv-02880-JSC

Date case was first filed in U.S. District Court: 06/12/2023

Date of judgment or order you are appealing: 07/10/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Federal Trade Commission

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

600 Pennsylvania Avenue NW

City: Washington   State: DC   Zip Code: 20580

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ James H. Weingarten   **Date** Jul 12, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Federal Trade Commission

Name(s) of counsel (if any):

Imad Dean Abyad

Address: 600 Pennsylvania Avenue NW, Washington, DC 20580

Telephone number(s): 202-326-3579

Email(s): iabyad@ftc.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Microsoft Corporation

Name(s) of counsel (if any):

Beth A. Wilkinson, Rakesh N. Kilaru
WILKINSON STEKLOFF LLP

Address: 2001 M Street NW, 10th Floor, Washington, DC 20036

Telephone number(s): 202-847-4000

Email(s): bwilkinson@wilkinsonstekloff.com; rkilaru@wilkinsonstekloff.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Activision Blizzard, Inc.

Name(s) of counsel (if any):
Steven C. Sunshine, Julia K. York
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Address: 1440 New York Avenue NW, Washington, DC 20005

Telephone number(s): 202-371-7000

Email(s): steven.sunshine@skadden.com; julia.york@skadden.com

Name(s) of party/parties:
Microsoft Corporation

Name(s) of counsel (if any):
Michael Moiseyev; Megan A. Granger
WEIL, GOTSHAL & MANGES LLP

Address: 2001 M Street NW, Ste. 600, Washington, DC 20036

Telephone number(s): 202-682-7000

Email(s): michael.moiseyev@weil.com; megan.granger@weil.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                              *Rev. 12/01/2018*