James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission,
2 respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3 Should be Sealed in connection with Plaintiff Federal Trade Commission's Final Proposed
4 Findings of Fact and Conclusions of Law (attached hereto, hereinafter "FoF-CoL").

5  Certain portions of Plaintiff's FoF-CoL contain information designated as confidential
6 or highly confidential by Microsoft Corp. and Activision Blizzard, Inc. (collectively
7 "Defendants") and the following third parties: Amazon.com, Inc. (hereinafter "Amazon"),
8 Alphabet Inc. ("Google"), Nintendo Co., Ltd. ("Nintendo"), Nvidia Corporation ("Nvidia"),
9 Sony Interactive Entertainment LLC, and Valve Corporation ("Valve"). As detailed below,
10 Plaintiff reasonably expects interested parties may file confidentiality declarations in support of
11 sealing as required by Local Rule 79-5. Accordingly, Plaintiff seeks to file under seal:

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶x | 2 | 12-14 | Sony |
| ¶xii | 2 | 23-24 | Sony |
| ¶xix | 3 | 15-18 | Defendants |
| ¶xvii | 3 | 8-10 | Defendants |
| ¶xviii | 3 | 12-13 | Defendants |
| ¶xxi | 3 | 24 | Defendants |
| ¶xxvii | 4 | 15-20 | Defendants Sony |
| ¶xxix | 5 | 3-6 | Defendants |
| ¶xxxi | 5 | 12-14 | Defendants |
| ¶xxix | 5 | 7 | Nvidia |
| ¶xxxvi | 6 | 3-9 | Defendants |
| ¶xliv | 8 | 22-25 | Defendants Sony |
| ¶xlvi | 9 | 15-20 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶lv | 12 | 23-25 | Sony |
| ¶lv | 12 | 23-25 | Sony |
| ¶liv | 12 | 13-14 | Defendants |
| ¶lv | 12 | 12:28-13:4 | Defendants |
| ¶lvii | 14 | 1-3 | Defendants |
| ¶lviii | 14 | 1-2, 2, 3, 10 | Defendants |
| ¶9 | 15 | 27 | Defendants |
| ¶49 | 20 | 20-21, 22-24 | Defendants |
| ¶52 | 21 | 8-9 | Defendants |
| ¶58 | 22 | 4-6 | Defendants |
| ¶60 | 22 | 12-14 | Nintendo |
| ¶61 | 22 | 17-18 | Nintendo |
| ¶62 | 22 | 19-20 | Nintendo |
| ¶63 | 22 | 22-23 | Nintendo |
| ¶66 | 23 | 4-5 | Nintendo |
| ¶74 | 24 | 14-16 | Defendants<br>Nintendo |
| ¶76 | 24 | 24-25 | Nintendo |
| ¶81 | 25 | 25:28-26:3 | Defendants |
| ¶82 | 26 | 4-5 | Nintendo |
| ¶83 | 26 | 15-19 | Defendants |
| ¶84 | 26 | 20-22 | Nintendo |
| ¶85 | 26 | 24-25 | Nintendo |
| ¶86 | 27 | 2 | Defendants |
| ¶89 | 27 | 9-13 | Sony |
| ¶90 | 27 | 17-18 | Nintendo |
| ¶92 | 27 | 23-24 | Nintendo |
| ¶93 | 27 | 25-26 | Nintendo |
| ¶95 | 28 | 6-8 | Nintendo |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶103 | 29 | 14-16 | Sony |
| ¶104 | 29 | 17-20 | Sony |
| ¶105 | 29 | 23-25 | Defendants |
| ¶107 | 30 | 2-5 | Defendants |
| ¶108 | 30 | 6-8 | Defendants |
| ¶110 | 30 | 14-16 | Sony |
| ¶111 | 30 | 18, 19, 20 | Defendants |
| ¶114 | 31 | 5 | Defendants |
| ¶116 | 31 | 10-11 | Defendants |
| ¶132 | 33 | 20 | Defendants |
| ¶135 | 33 | 26-28 | Defendants |
| ¶141 | 34 | 26-27 | Sony |
| ¶154 | 36 | 23-24 | Defendants |
| ¶155 | 36 | 26 | Defendants |
| ¶156 | 37 | 3-5 | Defendants |
| ¶165 | 38 | 14-15 | Defendants |
| ¶170 | 39 | 10-11 | Sony |
| ¶171 | 39 | 15-20 | Sony |
| ¶173 | 40 | 2-5 | Nvidia |
| ¶182 | 41 | 24-25 | Defendants |
| ¶183 | 42 | 2-4 | Defendants |
| ¶185 | 42 | 8-10 | Defendants |
| ¶186 | 42 | 15-17 | Defendants |
| ¶189 | 43 | 4-6 | Defendants |
| ¶190 | 43 | 7-8 | Defendants |
| ¶191 | 43 | 10-12, 13-15 | Defendants |
| ¶192 | 43 | 16-21 | Defendants |
| ¶193 | 43 | 22-24 | Defendants |
| ¶194 | 43 | 43:27-44:1 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶195 | 44 | 5-8 | Defendants |
| ¶196 | 44 | 10-12 | Defendants |
| ¶200 | 45 | 5-6 | Defendants |
| ¶201 | 45 | 11-16 | Defendants |
| ¶206 | 46 | 9-10, 10-11 | Defendants |
| ¶207 | 46 | 12-13 | Defendants |
| ¶210 | 46 | 17-20 | Defendants |
| ¶211 | 46 | 21-23 | Defendants |
| ¶212 | 46 | 24-26 | Defendants |
| ¶213 | 46 | 46:27-47:3 | Defendants |
| ¶215 | 47 | 10-14 | Defendants |
| ¶223 | 48 | 25 | Defendants |
| ¶223 | 48 | 48:26-49:1 | Sony |
| ¶224 | 49 | 6-7 | Defendants |
| ¶225 | 49 | 11-12 | Defendants |
| ¶226 | 49 | 14-16 | Defendants |
| ¶227 | 49 | 18-20 | Sony |
| ¶228 | 49 | 23-25 | Sony |
| ¶232 | 50 | 19-20, 21-24 | Defendants |
| ¶234 | 51 | 1-2 | Defendants |
| ¶235 | 51 | 3-4 | Defendants |
| ¶236 | 51 | 5-11 | Defendants |
| ¶237 | 51 | 12-15 | Defendants |
| ¶238 | 51 | 19-26 | Sony |
| ¶239 | 51 | 51:27-52:2 | Defendants |
| ¶241 | 52 | 7-8 | Defendants |
| ¶246 | 52 | 21-24 | Defendants |
| ¶247 | 53 | 1-7 | Defendants |
| ¶248 | 53 | 12-13 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶249 | 53 | 22-23 | Defendants |
| ¶251 | 54 | 4-5 | Defendants |
| ¶257 | 54 | 54:27-55:1 | Defendants |
| ¶257 | 55 | 7-8 | Defendants |
| ¶258 | 55 | 12-13 | Defendants |
| ¶259 | 55 | 18-20 | Defendants |
| ¶263 | 56 | 12-16 | Sony |
| ¶264 | 56 | 19-21 | Nvidia |
| ¶265 | 56 | 22 | Defendants |
| ¶272 | 57 | 15-16 | Sony |
| ¶273 | 57 | 18-19 | Sony |
| ¶274 | 57 | 21-22 | Sony |
| ¶275 | 57 | 23 | Sony |
| ¶277 | 58 | 2 | Sony |
| ¶283 | 59 | 6-7, 8-9 | Defendants |
| ¶284 | 59 | 11-13 | Defendants |
| ¶286 | 59 | 21-23 | Defendants |
| ¶287 | 59 | 24-25 | Defendants |
| ¶288 | 60 | 3-6 | Sony |
| ¶292 | 60 | 60:28-61:3 | Defendants |
| ¶295 | 61 | 17-18, 20-23 | Nintendo |
| ¶298 | 62 | 4-7 | Defendants |
| ¶301 | 62 | 18-20 | Defendants |
| ¶304 | 63 | 8-11 | Nintendo |
| ¶304 | 63 | 8-11 | Sony |
| ¶306 | 63 | 18-21 | Sony |
| ¶308 | 64 | 4-6 | Nintendo |
| ¶308 | 64 | 7 | Defendants |
| ¶309 | 64 | 10-16 | Nintendo |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC
5

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶309 | 64 | 10-13, 17-20 | Sony |
| ¶310 | 64 | 21-23 | Sony |
| ¶312 | 65 | 1-4 | Nintendo |
| ¶313 | 65 | 6-9 | Sony |
| ¶314 | 65 | 11-15 | Defendants |
| ¶315 | 65 | 19-22 | Nintendo |
| ¶326 | 67 | 19-21 | Defendants |
| ¶328 | 67 | 24-26 | Defendants<br>Sony<br>Nintendo |
| ¶329 | 68 | 1-3 | Defendants<br>Sony<br>Nintendo |
| ¶330 | 68 | 5 | Valve |
| ¶331 | 68 | 7-8 | Nintendo |
| ¶336 | 69 | 17-22 | Defendants |
| ¶337 | 69 | 24-26 | Defendants |
| ¶339 | 70 | 6-9 | Defendants |
| ¶340 | 70 | 11-13 | Defendants |
| ¶342 | 70 | 19-22 | Defendants |
| ¶345 | 71 | 10-13 | Sony |
| ¶346 | 71 | 14-17 | Sony |
| ¶347 | 71 | 18-24 | Defendants |
| ¶348 | 72 | 2-4 | Defendants |
| ¶350 | 72 | 11-16 | Defendants |
| ¶351 | 72 | 17-21 | Defendants |
| ¶364 | 75 | 1-3 | Defendants |
| ¶365 | 75 | 8-10 | Defendants |
| ¶367 | 75 | 15-18 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶368 | 75 | 19-22 | Nvidia |
| ¶370 | 75 | 75:26-76:4 | Amazon |
| ¶379 | 77 | 11-13 | Defendants |
| ¶383 | 77 | 27 | Defendants |
| ¶384 | 78 | 1-2 | Defendants |
| ¶390 | 79 | 4, 4 | Defendants |
| ¶391 | 79 | 7-9 | Defendants |
| ¶392 | 79 | 10-16 | Defendants |
| ¶393 | 79 | 18-21 | Defendants |
| ¶401 | 81 | 21-24 | Defendants |
| ¶408 | 82 | 24-25 | Defendants |
| ¶423 | 85 | 13-15, 16-17 | Defendants |
| ¶424 | 85 | 20-21 | Defendants |
| ¶427 | 86 | 4-5 | Defendants |
| ¶433 | 86 | 23-24 | Defendants |
| ¶438 | 87 | 14-17 | Sony |
| ¶439 | 87 | 18 | Sony |
| ¶440 | 87 | 20-21 | Sony |
| ¶441 | 87 | 25 | Sony |
| ¶443 | 88 | 4-7, 8-12 | Defendants |
| ¶444 | 88 | 13-15 | Defendants |
| ¶445 | 88 | 17-19 | Defendants |
| ¶446 | 88 | 22-23 | Defendants |
| ¶447 | 88 | 88:26-89:4 | Defendants |
| ¶448 | 89 | 5-8 | Defendants |
| ¶449 | 89 | 10-13 | Defendants / Sony |
| ¶450 | 89 | 21-24 | Defendants |
| ¶451 | 89 | 25-27 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶452 | 90 | 1-4, 7-8 | Defendants |
| ¶454 | 90 | 13 | Sony |
| ¶456 | 90 | 23-24 | Defendants |
| ¶456 | 90 | 27-28 | Defendants |
| ¶456 | 91 | 2 | Defendants |
| ¶456 | 91 | 5-6 | Defendants |
| ¶461 | 92 | 2-5 | Nintendo |
| ¶466 | 93 | 4-7, 9-10 | Defendants |
| ¶467 | 93 | 11-12 | Defendants |
| ¶468 | 93 | 13, 14 | Defendants |
| ¶469 | 93 | 15-16 | Defendants |
| ¶476 | 95 | 4-8 | Sony |
| ¶480 | 95 | 22-26 | Sony |
| ¶482 | 96 | 5-8, 9, 10-11 | Defendants |
| ¶483 | 96 | 15-20 | Defendants |
| ¶484 | 96 | 22-23. 24-27 | Defendants |
| ¶485 | 97 | 3, 5-6 | Defendants |
| ¶486 | 97 | 7-10 | Defendants |
| ¶487 | 97 | 14-16, 17, 18-19 | Defendants |
| ¶488 | 97 | 20-24 | Defendants |
| ¶489 | 97 | 97:28-98:2 | Defendants |
| ¶489 | 98 | 3-6 | Defendants |
| ¶490 | 98 | 10-13 | Defendants |
| ¶491 | 98 | 14-19 | Defendants |
| ¶492 | 98 | 22-25 | Defendants |
| ¶493 | 98 | 98:26-99:4 | Defendants |
| ¶498 | 100 | 19-20 | Defendants |
| ¶499 | 101 | 4-6 | Defendants |
| ¶500 | 101 | 17-18, 18-20, | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
|  |  | 21-22, 25-27 |  |
| ¶501 | 102 | 1 | Defendants |
| ¶508 | 103 | 9-15 | Defendants |
| ¶509 | 103 | 16-22 | Defendants |
| ¶510 | 103 | 25-27 | Defendants |
| ¶511 | 104 | 1-7 | Defendants |
| ¶513 | 104 | 13-15 | Defendants |
| ¶514 | 104 | 17-23 | Defendants |
| ¶515 | 104 | 24-26 | Defendants |
| ¶516 | 105 | 1-4 | Defendants |
| ¶520 | 105 | 24 | Defendants |
| ¶523 | 106 | 13-17, 23-24 | Defendants |
| ¶524 | 106 | 26-28 | Defendants |
| ¶525 | 107 | 4-10 | Defendants |
| ¶526 | 107 | 13-20 | Defendants |
| ¶530 | 108 | 9-25 | Defendants |
| ¶531 | 109 | 3 | Defendants |
| ¶532 | 109 | 13-14, 16-17 | Defendants |
| ¶533 | 109 | 109:28-110:2 | Defendants |
| ¶534 | 110 | 7-9 | Defendants |
| ¶535 | 110 | 12-15 | Defendants |
| ¶539 | 111 | 9-10 | Sony |
| ¶541 | 111 | 22-23 | Nvidia |
| ¶542 | 111 | 25-28 | Nvidia |
| ¶543 | 112 | 4-14 | Defendants |
| ¶545 | 112 | 112:26-113:3 | Defendants |
| ¶546 | 113 | 4-13 | Defendants |
| ¶549 | 114 | 1-4 | Defendants |
| ¶553 | 114 | 16-17 | Sony |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶557 | 115 | 10-13, 14-16 | Defendants |
| ¶558 | 115 | 17-18 | Defendants |
| ¶560 | 115 | 23-26 | Defendants |
| ¶565 | 116 | 21-25 | Defendants |
| ¶566 | 116 | 116:26-117:2 | Defendants |
| ¶568 | 117 | 14-15 | Defendants |
| ¶569 | 117 | 21-23 | Defendants |
| ¶570 | 117 | 25-26 | Defendants |
| ¶570 | 117 | 117:28-118:3 | Defendants |
| ¶572 | 118 | 13-14 | Defendants |
| ¶573 | 118 | 18-20 | Defendants |
| ¶574 | 118 | 22-26 | Defendants |
| ¶575 | 118 | 118:27-119:2 | Defendants |
| ¶577 | 119 | 8-10 | Defendants |
| ¶578 | 119 | 11-18 | Defendants |
| ¶579 | 119 | 22-23 | Defendants |
| ¶579 | 119 | 119:27-120:2 | Defendants |
| ¶582 | 120 | 11-13, 15-16, 17-18 | Defendants |
| ¶583 | 120 | 23-28 | Defendants |
| ¶588 | 122 | 5-10, 11-14 | Defendants |
| ¶592 | 123 | 4-7 | Defendants |
| ¶592 | 123 | 13-14 | Defendants |
| ¶593 | 123 | 16-22, 24-26 | Defendants |
| ¶595 | 124 | 11-14 | Defendants |
| ¶596 | 124 | 18-20 | Defendants |
| ¶597 | 124 | 24-27 | Defendants |
| ¶599 | 125 | 5-6, 8-12, 16 | Defendants Sony |
| ¶605 | 126 | 17-25 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

10

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶607 | 127 | 6-7, 10-12 | Defendants |
| ¶608 | 127 | 19-21 | Defendants |
| ¶609 | 127 | 127:25-128:2 | Defendants |
| ¶611 | 128 | 12-13 | Defendants |
| ¶612 | 128 | 16-20 | Defendants |
| ¶613 | 128 | 22-28 | Defendants |
| ¶615 | 129 | 8, 15-17 | Sony |
| ¶623 | 131 | 4-7 | Defendants |
| ¶629 | 131 | 26-27 | Defendants |
| ¶630 | 132 | 1-5 | Defendants |
| ¶632 | 132 | 10-11, 16-18 | Defendants |
| ¶635 | 133 | 4 | Defendants, Sony |
| ¶638 | 133 | 19-22 | Defendants |
| ¶642 | 134 | 15-20 | Nvidia |
| ¶643 | 134 | 134:21-135:2 | Nvidia |
| ¶644 | 135 | 3-6 | Nvidia |
| ¶645 | 135 | 8-11 | Defendants |
| ¶647 | 135 | 16-18 | Defendants |
| ¶648 | 135 | 20-23 | Defendants |
| ¶651 | 136 | 11-17 | Defendants |
| ¶652 | 136 | 19-25 | Defendants |
| ¶655 | 137 | 10-14 | Defendants |
| ¶656 | 137 | 17-19 | Defendants |
| ¶657 | 137 | 26-28 | Nvidia |
| ¶657 | 137 | 25 | Defendants |
| ¶658 | 138 | 5-6 | Google |
| ¶659 | 138 | 10-14 | Sony |
| ¶662 | 138 | 138:28-139:1 | Sony |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

11

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶664 | 139 | 139:26-140:2 | Nvidia |
| ¶668 | 140 | 18-20 | Sony |
| ¶669 | 140 | 23-24 | Sony |
| ¶670 | 140 | 140:26-141:2 | Sony |
| ¶672 | 141 | 8-10 | Sony |
| ¶674 | 141 | 17-20 | Sony |
| ¶677 | 142 | 1-2 | Defendants Nvidia |
| ¶678 | 142 | 4-7 | Nvidia |
| ¶682 | 142 | 142:24-143:1 | Defendants Sony Valve |
| ¶689 | 143 | 143:26-144:6 | Defendants |
| ¶692 | 144 | 22-24 | Amazon |
| ¶693 | 144 | 26 | Defendants |
| ¶694 | 145 | 1 | Defendants |
| ¶695 | 145 | 4-5 | Nvidia |
| ¶697 | 145 | 13-14 | Defendants |
| ¶698 | 145 | 15-16 | Defendants |
| ¶699 | 145 | 17-19 | Defendants |
| ¶705 | 146 | 22-25 | Nintendo |
| ¶706 | 146 | 146:27-147:1 | Nintendo |
| ¶707 | 147 | 3-5 | Defendants |
| ¶708 | 147 | 9-10 | Nintendo |
| ¶710 | 147 | 16-19 | Defendants |
| ¶711 | 147 | 147:22-148:2 | Defendants |
| ¶726 | 150 | 4-9 | Defendants |
| ¶730 | 150 | 25-26 | Defendants |
| ¶730 | 150 | 150:27-151:2 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶734 | 151 | 15-17, 17-19 | Defendants |
| ¶736 | 151 | 151:28-152:1 | Defendants |
| ¶747 | 154 | 3-4 | Nvidia |
| ¶756 | 155 | 7-9 | Nintendo |
| ¶756 | 155 | 7 | Defendants |
| ¶757 | 155 | 11-13 | Defendants |
| ¶758 | 155 | 14-17 | Defendants<br>Nintendo |
| ¶759 | 155 | 18-20 | Nintendo |
| ¶760 | 155 | 22 | Defendants<br>Nintendo |
| ¶761 | 155 | 24-25 | Defendants |
| ¶761 | 155 | 155:25-156:2 | Defendants<br>Nintendo |
| ¶764 | 156 | 11-14 | Nintendo |
| ¶765 | 156 | 16-17 | Defendants |
| ¶766 | 156 | 19-20 | Defendants |
| ¶767 | 156 | 26-27 | Defendants |
| ¶768 | 157 | 1-4 | Defendants |
| ¶769 | 157 | 5-6 | Defendants |
| ¶770 | 157 | 8-9 | Defendants |
| ¶771 | 157 | 11-12 | Nvidia |
| ¶772 | 157 | 14-15 | Defendants |
| ¶773 | 157 | 17-18 | Defendants |
| ¶776 | 157 | 24-26 | Defendants |
| ¶777 | 158 | 1-2 | Defendants |
| ¶778 | 158 | 4 | Defendants |
| ¶779 | 158 | 6-8 | Defendants |
| ¶780 | 158 | 10-12 | Defendants |

Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶781 | 158 | 13-14 | Defendants |
| ¶783 | 158 | 19-20 | Defendants |
| ¶784 | 158 | 23-25 | Defendants |
| ¶785 | 159 | 1-2 | Defendants |
| ¶786 | 159 | 4-6 | Defendants |
| ¶788 | 159 | 18-19 | Defendants Sony |
| ¶788 | 159 | 16-17 | Sony |
| ¶789 | 159 | 159:21-160:2 | Sony |
| ¶789 | 159 | 21-22, 23-26, 159:27-160:2 | Defendants Sony |
| ¶790 | 160 | 3-9 | Sony |
| ¶790 | 160 | 3-6, 7-8 | Defendants Sony |
| ¶791 | 160 | 10-11 | Sony |
| ¶792 | 160 | 12-14 | Sony |
| ¶793 | 160 | 16-18 | Defendants Sony |
| ¶793 | 160 | 15-16 | Sony |
| ¶795 | 160 | 23-24 | Sony |
| ¶798 | 161 | 5-9 | Defendants |
| ¶799 | 161 | 14-15, 16-17, 18-21, 21-22, 23-25 | Nvidia |
| ¶799 | 161 | 13-14 | Defendants Nvidia |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by

another party or non-party." L.R. 79-5(f). Plaintiff takes no position on the merits of sealing the designated material.

In compliance with Civil Local Rule 79-5(d), the unredacted version of the FoF-CoL accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: July 12, 2023                                            Respectfully submitted,

/s/ James H. Weingarten
James H. Weingarten
Jennifer Fleury
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*