UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Case No. 3:23-cv-2880-JSC |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| **MICROSOFT CORP.** | |
| and | |
| **ACTIVISION BLIZZARD, INC.**, | Dept.: Courtroom 8 |
| Defendants. | Judge: Honorable Jacqueline Scott Corley |

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Final Proposed Findings of Fact and Conclusions of Law (Dkt. No. __). The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶x | 2 | 12-14 | Sony |
| ¶xii | 2 | 23-24 | Sony |
| ¶xix | 3 | 15-18 | Defendants |
| ¶xvii | 3 | 8-10 | Defendants |
| ¶xviii | 3 | 12-13 | Defendants |
| ¶xxi | 3 | 24 | Defendants |
| ¶xxvii | 4 | 15-20 | Defendants Sony |
| ¶xxix | 5 | 3-6 | Defendants |
| ¶xxxi | 5 | 12-14 | Defendants |
| ¶xxix | 5 | 7 | Nvidia |
| ¶xxxvi | 6 | 3-9 | Defendants |
| ¶xliv | 8 | 22-25 | Defendants Sony |
| ¶xlvi | 9 | 15-20 | Defendants |
| ¶lv | 12 | 23-25 | Sony |
| ¶lv | 12 | 23-25 | Sony |
| ¶liv | 12 | 13-14 | Defendants |
| ¶lv | 12 | 12:28-13:4 | Defendants |
| ¶lvii | 14 | 1-3 | Defendants |
| ¶lviii | 14 | 1-2, 2, 3, 10 | Defendants |
| ¶9 | 15 | 27 | Defendants |
| ¶49 | 20 | 20-21, 22-24 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

1

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶52 | 21 | 8-9 | Defendants |
| ¶58 | 22 | 4-6 | Defendants |
| ¶60 | 22 | 12-14 | Nintendo |
| ¶61 | 22 | 17-18 | Nintendo |
| ¶62 | 22 | 19-20 | Nintendo |
| ¶63 | 22 | 22-23 | Nintendo |
| ¶66 | 23 | 4-5 | Nintendo |
| ¶74 | 24 | 14-16 | Defendants / Nintendo |
| ¶76 | 24 | 24-25 | Nintendo |
| ¶81 | 25 | 25:28-26:3 | Defendants |
| ¶82 | 26 | 4-5 | Nintendo |
| ¶83 | 26 | 15-19 | Defendants |
| ¶84 | 26 | 20-22 | Nintendo |
| ¶85 | 26 | 24-25 | Nintendo |
| ¶86 | 27 | 2 | Defendants |
| ¶89 | 27 | 9-13 | Sony |
| ¶90 | 27 | 17-18 | Nintendo |
| ¶92 | 27 | 23-24 | Nintendo |
| ¶93 | 27 | 25-26 | Nintendo |
| ¶95 | 28 | 6-8 | Nintendo |
| ¶103 | 29 | 14-16 | Sony |
| ¶104 | 29 | 17-20 | Sony |
| ¶105 | 29 | 23-25 | Defendants |
| ¶107 | 30 | 2-5 | Defendants |
| ¶108 | 30 | 6-8 | Defendants |
| ¶110 | 30 | 14-16 | Sony |
| ¶111 | 30 | 18, 19, 20 | Defendants |
| ¶114 | 31 | 5 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶116 | 31 | 10-11 | Defendants |
| ¶132 | 33 | 20 | Defendants |
| ¶135 | 33 | 26-28 | Defendants |
| ¶141 | 34 | 26-27 | Sony |
| ¶154 | 36 | 23-24 | Defendants |
| ¶155 | 36 | 26 | Defendants |
| ¶156 | 37 | 3-5 | Defendants |
| ¶165 | 38 | 14-15 | Defendants |
| ¶170 | 39 | 10-11 | Sony |
| ¶171 | 39 | 15-20 | Sony |
| ¶173 | 40 | 2-5 | Nvidia |
| ¶182 | 41 | 24-25 | Defendants |
| ¶183 | 42 | 2-4 | Defendants |
| ¶185 | 42 | 8-10 | Defendants |
| ¶186 | 42 | 15-17 | Defendants |
| ¶189 | 43 | 4-6 | Defendants |
| ¶190 | 43 | 7-8 | Defendants |
| ¶191 | 43 | 10-12, 13-15 | Defendants |
| ¶192 | 43 | 16-21 | Defendants |
| ¶193 | 43 | 22-24 | Defendants |
| ¶194 | 43 | 43:27-44:1 | Defendants |
| ¶195 | 44 | 5-8 | Defendants |
| ¶196 | 44 | 10-12 | Defendants |
| ¶200 | 45 | 5-6 | Defendants |
| ¶201 | 45 | 11-16 | Defendants |
| ¶206 | 46 | 9-10, 10-11 | Defendants |
| ¶207 | 46 | 12-13 | Defendants |
| ¶210 | 46 | 17-20 | Defendants |
| ¶211 | 46 | 21-23 | Defendants |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶212 | 46 | 24-26 | Defendants |
| ¶213 | 46 | 46:27-47:3 | Defendants |
| ¶215 | 47 | 10-14 | Defendants |
| ¶223 | 48 | 25 | Defendants |
| ¶223 | 48 | 48:26-49:1 | Sony |
| ¶224 | 49 | 6-7 | Defendants |
| ¶225 | 49 | 11-12 | Defendants |
| ¶226 | 49 | 14-16 | Defendants |
| ¶227 | 49 | 18-20 | Sony |
| ¶228 | 49 | 23-25 | Sony |
| ¶232 | 50 | 19-20, 21-24 | Defendants |
| ¶234 | 51 | 1-2 | Defendants |
| ¶235 | 51 | 3-4 | Defendants |
| ¶236 | 51 | 5-11 | Defendants |
| ¶237 | 51 | 12-15 | Defendants |
| ¶238 | 51 | 19-26 | Sony |
| ¶239 | 51 | 51:27-52:2 | Defendants |
| ¶241 | 52 | 7-8 | Defendants |
| ¶246 | 52 | 21-24 | Defendants |
| ¶247 | 53 | 1-7 | Defendants |
| ¶248 | 53 | 12-13 | Defendants |
| ¶249 | 53 | 22-23 | Defendants |
| ¶251 | 54 | 4-5 | Defendants |
| ¶257 | 54 | 54:27-55:1 | Defendants |
| ¶257 | 55 | 7-8 | Defendants |
| ¶258 | 55 | 12-13 | Defendants |
| ¶259 | 55 | 18-20 | Defendants |
| ¶263 | 56 | 12-16 | Sony |
| ¶264 | 56 | 19-21 | Nvidia |

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶265 | 56 | 22 | Defendants |
| ¶272 | 57 | 15-16 | Sony |
| ¶273 | 57 | 18-19 | Sony |
| ¶274 | 57 | 21-22 | Sony |
| ¶275 | 57 | 23 | Sony |
| ¶277 | 58 | 2 | Sony |
| ¶283 | 59 | 6-7, 8-9 | Defendants |
| ¶284 | 59 | 11-13 | Defendants |
| ¶286 | 59 | 21-23 | Defendants |
| ¶287 | 59 | 24-25 | Defendants |
| ¶288 | 60 | 3-6 | Sony |
| ¶292 | 60 | 60:28-61:3 | Defendants |
| ¶295 | 61 | 17-18, 20-23 | Nintendo |
| ¶298 | 62 | 4-7 | Defendants |
| ¶301 | 62 | 18-20 | Defendants |
| ¶304 | 63 | 8-11 | Nintendo |
| ¶304 | 63 | 8-11 | Sony |
| ¶306 | 63 | 18-21 | Sony |
| ¶308 | 64 | 4-6 | Nintendo |
| ¶308 | 64 | 7 | Defendants |
| ¶309 | 64 | 10-16 | Nintendo |
| ¶309 | 64 | 10-13, 17-20 | Sony |
| ¶310 | 64 | 21-23 | Sony |
| ¶312 | 65 | 1-4 | Nintendo |
| ¶313 | 65 | 6-9 | Sony |
| ¶314 | 65 | 11-15 | Defendants |
| ¶315 | 65 | 19-22 | Nintendo |
| ¶326 | 67 | 19-21 | Defendants |
| ¶328 | 67 | 24-26 | Defendants |

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
|  |  |  | Sony |
|  |  |  | Nintendo |
| ¶329 | 68 | 1-3 | Defendants |
|  |  |  | Sony |
|  |  |  | Nintendo |
| ¶330 | 68 | 5 | Valve |
| ¶331 | 68 | 7-8 | Nintendo |
| ¶336 | 69 | 17-22 | Defendants |
| ¶337 | 69 | 24-26 | Defendants |
| ¶339 | 70 | 6-9 | Defendants |
| ¶340 | 70 | 11-13 | Defendants |
| ¶342 | 70 | 19-22 | Defendants |
| ¶345 | 71 | 10-13 | Sony |
| ¶346 | 71 | 14-17 | Sony |
| ¶347 | 71 | 18-24 | Defendants |
| ¶348 | 72 | 2-4 | Defendants |
| ¶350 | 72 | 11-16 | Defendants |
| ¶351 | 72 | 17-21 | Defendants |
| ¶364 | 75 | 1-3 | Defendants |
| ¶365 | 75 | 8-10 | Defendants |
| ¶367 | 75 | 15-18 | Defendants |
| ¶368 | 75 | 19-22 | Nvidia |
| ¶370 | 75 | 75:26-76:4 | Amazon |
| ¶379 | 77 | 11-13 | Defendants |
| ¶383 | 77 | 27 | Defendants |
| ¶384 | 78 | 1-2 | Defendants |
| ¶390 | 79 | 4, 4 | Defendants |
| ¶391 | 79 | 7-9 | Defendants |
| ¶392 | 79 | 10-16 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

6

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶393 | 79 | 18-21 | Defendants |
| ¶401 | 81 | 21-24 | Defendants |
| ¶408 | 82 | 24-25 | Defendants |
| ¶423 | 85 | 13-15, 16-17 | Defendants |
| ¶424 | 85 | 20-21 | Defendants |
| ¶427 | 86 | 4-5 | Defendants |
| ¶433 | 86 | 23-24 | Defendants |
| ¶438 | 87 | 14-17 | Sony |
| ¶439 | 87 | 18 | Sony |
| ¶440 | 87 | 20-21 | Sony |
| ¶441 | 87 | 25 | Sony |
| ¶443 | 88 | 4-7, 8-12 | Defendants |
| ¶444 | 88 | 13-15 | Defendants |
| ¶445 | 88 | 17-19 | Defendants |
| ¶446 | 88 | 22-23 | Defendants |
| ¶447 | 88 | 88:26-89:4 | Defendants |
| ¶448 | 89 | 5-8 | Defendants |
| ¶449 | 89 | 10-13 | Defendants Sony |
| ¶450 | 89 | 21-24 | Defendants |
| ¶451 | 89 | 25-27 | Defendants |
| ¶452 | 90 | 1-4, 7-8 | Defendants |
| ¶454 | 90 | 13 | Sony |
| ¶456 | 90 | 23-24 | Defendants |
| ¶456 | 90 | 27-28 | Defendants |
| ¶456 | 91 | 2 | Defendants |
| ¶456 | 91 | 5-6 | Defendants |
| ¶461 | 92 | 2-5 | Nintendo |
| ¶466 | 93 | 4-7, 9-10 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶467 | 93 | 11-12 | Defendants |
| ¶468 | 93 | 13, 14 | Defendants |
| ¶469 | 93 | 15-16 | Defendants |
| ¶476 | 95 | 4-8 | Sony |
| ¶480 | 95 | 22-26 | Sony |
| ¶482 | 96 | 5-8, 9, 10-11 | Defendants |
| ¶483 | 96 | 15-20 | Defendants |
| ¶484 | 96 | 22-23. 24-27 | Defendants |
| ¶485 | 97 | 3, 5-6 | Defendants |
| ¶486 | 97 | 7-10 | Defendants |
| ¶487 | 97 | 14-16, 17, 18-19 | Defendants |
| ¶488 | 97 | 20-24 | Defendants |
| ¶489 | 97 | 97:28-98:2 | Defendants |
| ¶489 | 98 | 3-6 | Defendants |
| ¶490 | 98 | 10-13 | Defendants |
| ¶491 | 98 | 14-19 | Defendants |
| ¶492 | 98 | 22-25 | Defendants |
| ¶493 | 98 | 98:26-99:4 | Defendants |
| ¶498 | 100 | 19-20 | Defendants |
| ¶499 | 101 | 4-6 | Defendants |
| ¶500 | 101 | 17-18, 18-20, 21-22, 25-27 | Defendants |
| ¶501 | 102 | 1 | Defendants |
| ¶508 | 103 | 9-15 | Defendants |
| ¶509 | 103 | 16-22 | Defendants |
| ¶510 | 103 | 25-27 | Defendants |
| ¶511 | 104 | 1-7 | Defendants |
| ¶513 | 104 | 13-15 | Defendants |
| ¶514 | 104 | 17-23 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶515 | 104 | 24-26 | Defendants |
| ¶516 | 105 | 1-4 | Defendants |
| ¶520 | 105 | 24 | Defendants |
| ¶523 | 106 | 13-17, 23-24 | Defendants |
| ¶524 | 106 | 26-28 | Defendants |
| ¶525 | 107 | 4-10 | Defendants |
| ¶526 | 107 | 13-20 | Defendants |
| ¶530 | 108 | 9-25 | Defendants |
| ¶531 | 109 | 3 | Defendants |
| ¶532 | 109 | 13-14, 16-17 | Defendants |
| ¶533 | 109 | 109:28-110:2 | Defendants |
| ¶534 | 110 | 7-9 | Defendants |
| ¶535 | 110 | 12-15 | Defendants |
| ¶539 | 111 | 9-10 | Sony |
| ¶541 | 111 | 22-23 | Nvidia |
| ¶542 | 111 | 25-28 | Nvidia |
| ¶543 | 112 | 4-14 | Defendants |
| ¶545 | 112 | 112:26-113:3 | Defendants |
| ¶546 | 113 | 4-13 | Defendants |
| ¶549 | 114 | 1-4 | Defendants |
| ¶553 | 114 | 16-17 | Sony |
| ¶557 | 115 | 10-13, 14-16 | Defendants |
| ¶558 | 115 | 17-18 | Defendants |
| ¶560 | 115 | 23-26 | Defendants |
| ¶565 | 116 | 21-25 | Defendants |
| ¶566 | 116 | 116:26-117:2 | Defendants |
| ¶568 | 117 | 14-15 | Defendants |
| ¶569 | 117 | 21-23 | Defendants |
| ¶570 | 117 | 25-26 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶570 | 117 | 117:28-118:3 | Defendants |
| ¶572 | 118 | 13-14 | Defendants |
| ¶573 | 118 | 18-20 | Defendants |
| ¶574 | 118 | 22-26 | Defendants |
| ¶575 | 118 | 118:27-119:2 | Defendants |
| ¶577 | 119 | 8-10 | Defendants |
| ¶578 | 119 | 11-18 | Defendants |
| ¶579 | 119 | 22-23 | Defendants |
| ¶579 | 119 | 119:27-120:2 | Defendants |
| ¶582 | 120 | 11-13, 15-16, 17-18 | Defendants |
| ¶583 | 120 | 23-28 | Defendants |
| ¶588 | 122 | 5-10, 11-14 | Defendants |
| ¶592 | 123 | 4-7 | Defendants |
| ¶592 | 123 | 13-14 | Defendants |
| ¶593 | 123 | 16-22, 24-26 | Defendants |
| ¶595 | 124 | 11-14 | Defendants |
| ¶596 | 124 | 18-20 | Defendants |
| ¶597 | 124 | 24-27 | Defendants |
| ¶599 | 125 | 5-6, 8-12, 16 | Defendants<br>Sony |
| ¶605 | 126 | 17-25 | Defendants |
| ¶607 | 127 | 6-7, 10-12 | Defendants |
| ¶608 | 127 | 19-21 | Defendants |
| ¶609 | 127 | 127:25-128:2 | Defendants |
| ¶611 | 128 | 12-13 | Defendants |
| ¶612 | 128 | 16-20 | Defendants |
| ¶613 | 128 | 22-28 | Defendants |
| ¶615 | 129 | 8, 15-17 | Sony |
| ¶623 | 131 | 4-7 | Defendants |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

10

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶629 | 131 | 26-27 | Defendants |
| ¶630 | 132 | 1-5 | Defendants |
| ¶632 | 132 | 10-11, 16-18 | Defendants |
| ¶635 | 133 | 4 | Defendants Sony |
| ¶638 | 133 | 19-22 | Defendants |
| ¶642 | 134 | 15-20 | Nvidia |
| ¶643 | 134 | 134:21-135:2 | Nvidia |
| ¶644 | 135 | 3-6 | Nvidia |
| ¶645 | 135 | 8-11 | Defendants |
| ¶647 | 135 | 16-18 | Defendants |
| ¶648 | 135 | 20-23 | Defendants |
| ¶651 | 136 | 11-17 | Defendants |
| ¶652 | 136 | 19-25 | Defendants |
| ¶655 | 137 | 10-14 | Defendants |
| ¶656 | 137 | 17-19 | Defendants |
| ¶657 | 137 | 26-28 | Nvidia |
| ¶657 | 137 | 25 | Defendants |
| ¶658 | 138 | 5-6 | Google |
| ¶659 | 138 | 10-14 | Sony |
| ¶662 | 138 | 138:28-139:1 | Sony |
| ¶664 | 139 | 139:26-140:2 | Nvidia |
| ¶668 | 140 | 18-20 | Sony |
| ¶669 | 140 | 23-24 | Sony |
| ¶670 | 140 | 140:26-141:2 | Sony |
| ¶672 | 141 | 8-10 | Sony |
| ¶674 | 141 | 17-20 | Sony |
| ¶677 | 142 | 1-2 | Defendants Nvidia |

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 3:23-cv-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶678 | 142 | 4-7 | Nvidia |
| ¶682 | 142 | 142:24-143:1 | Defendants Sony Valve |
| ¶689 | 143 | 143:26-144:6 | Defendants |
| ¶692 | 144 | 22-24 | Amazon |
| ¶693 | 144 | 26 | Defendants |
| ¶694 | 145 | 1 | Defendants |
| ¶695 | 145 | 4-5 | Nvidia |
| ¶697 | 145 | 13-14 | Defendants |
| ¶698 | 145 | 15-16 | Defendants |
| ¶699 | 145 | 17-19 | Defendants |
| ¶705 | 146 | 22-25 | Nintendo |
| ¶706 | 146 | 146:27-147:1 | Nintendo |
| ¶707 | 147 | 3-5 | Defendants |
| ¶708 | 147 | 9-10 | Nintendo |
| ¶710 | 147 | 16-19 | Defendants |
| ¶711 | 147 | 147:22-148:2 | Defendants |
| ¶726 | 150 | 4-9 | Defendants |
| ¶730 | 150 | 25-26 | Defendants |
| ¶730 | 150 | 150:27-151:2 | Defendants |
| ¶734 | 151 | 15-17, 17-19 | Defendants |
| ¶736 | 151 | 151:28-152:1 | Defendants |
| ¶747 | 154 | 3-4 | Nvidia |
| ¶756 | 155 | 7-9 | Nintendo |
| ¶756 | 155 | 7 | Defendants |
| ¶757 | 155 | 11-13 | Defendants |
| ¶758 | 155 | 14-17 | Defendants Nintendo |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶759 | 155 | 18-20 | Nintendo |
| ¶760 | 155 | 22 | Defendants Nintendo |
| ¶761 | 155 | 24-25 | Defendants |
| ¶761 | 155 | 155:25-156:2 | Defendants Nintendo |
| ¶764 | 156 | 11-14 | Nintendo |
| ¶765 | 156 | 16-17 | Defendants |
| ¶766 | 156 | 19-20 | Defendants |
| ¶767 | 156 | 26-27 | Defendants |
| ¶768 | 157 | 1-4 | Defendants |
| ¶769 | 157 | 5-6 | Defendants |
| ¶770 | 157 | 8-9 | Defendants |
| ¶771 | 157 | 11-12 | Nvidia |
| ¶772 | 157 | 14-15 | Defendants |
| ¶773 | 157 | 17-18 | Defendants |
| ¶776 | 157 | 24-26 | Defendants |
| ¶777 | 158 | 1-2 | Defendants |
| ¶778 | 158 | 4 | Defendants |
| ¶779 | 158 | 6-8 | Defendants |
| ¶780 | 158 | 10-12 | Defendants |
| ¶781 | 158 | 13-14 | Defendants |
| ¶783 | 158 | 19-20 | Defendants |
| ¶784 | 158 | 23-25 | Defendants |
| ¶785 | 159 | 1-2 | Defendants |
| ¶786 | 159 | 4-6 | Defendants |
| ¶788 | 159 | 18-19 | Defendants Sony |
| ¶788 | 159 | 16-17 | Sony |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

13

| Paragraph | Beginning Page | Line(s) | Party |
|---|---|---|---|
| ¶789 | 159 | 159:21-160:2 | Sony |
| ¶789 | 159 | 21-22, 23-26, 159:27-160:2 | Defendants Sony |
| ¶790 | 160 | 3-9 | Sony |
| ¶790 | 160 | 3-6, 7-8 | Defendants Sony |
| ¶791 | 160 | 10-11 | Sony |
| ¶792 | 160 | 12-14 | Sony |
| ¶793 | 160 | 16-18 | Defendants Sony |
| ¶793 | 160 | 15-16 | Sony |
| ¶795 | 160 | 23-24 | Sony |
| ¶798 | 161 | 5-9 | Defendants |
| ¶799 | 161 | 14-15, 16-17, 18-21, 21-22, 23-25 | Nvidia |
| ¶799 | 161 | 13-14 | Defendants Nvidia |

Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Microsoft Corp. and Activision Blizzard, Inc. (collectively "Defendants") and the following third parties: Amazon.com, Inc. (hereinafter "Amazon"), Alphabet Inc. ("Google"), Nintendo Co., Ltd. ("Nintendo"), Nvidia Corporation ("Nvidia"), Sony Interactive Entertainment LLC, and Valve Corporation ("Valve"). pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Federal Trade Commission's Final Proposed Findings of Fact and Conclusions of Law shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Plaintiff's Federal Trade Commission's Final Proposed Findings of Fact and Conclusions of Law.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its Final Proposed Findings of Fact and Conclusions of Law, with redactions only at the following specified locations:

Dated: _____, 2023

                                                             _____
                                                             Honorable Jacqueline Scott Corley
                                                             United States District Judge
                                                             Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

15