UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANTS' PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Dept.:     Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Having considered Defendant Microsoft Corporation and Defendant Activision Blizzard Inc.'s (collectively, "Defendants") Administrative Motion to Seal Portions of Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law and the Declaration of Alysha Bohanon in support thereof, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Introduction | Page 1, portions of lines 15-16 | |
| Findings of Fact | Page 6, paragraph 10, portions of lines 2-4 | |
| Findings of Fact | Page 13, paragraph 39, entirety of graphic at lines 11-20 | |
| Findings of Fact | Page 15, paragraph 46, portions of lines 6-11 | |
| Findings of Fact | Page 25, paragraph 81, portions of line 2 | |
| Findings of Fact | Page 25, paragraph 81, entirety of graphic at lines 3-11 | |
| Findings of Fact | Page 25, paragraph 82, portions of lines 16 and 17 | |
| Findings of Fact | Page 26, paragraph 84, portions of lines 5-11 | |
| Findings of Fact | Page 27, paragraph 87, portions of lines 11-14 | |
| Findings of Fact | Page 27, paragraph 87, entirety of graphic at lines 15-23 | |
| Findings of Fact | Page 28, paragraph 88, portions of lines 4-5 | |
| Findings of Fact | Page 28, paragraph 91, portions of lines 25-26 | |
| Findings of Fact | Page 33, paragraph 104, portion of line 2 | |
| Findings of Fact | Page 37, paragraph 119, portions of lines 13-16 | |
| Findings of Fact | Page 37, paragraph 120, portion of line 18 | |
| Findings of Fact | Page 38, paragraph 125, portions of line 25 | |
| Findings of Fact | Page 39, paragraph 127, portions of lines 11-12 | |
| Findings of Fact | Page 41, paragraph 136, portions of lines 21-24 | |
| Findings of Fact | Page 42, paragraph 139, portions of lines 11-17 | |
| Findings of Fact | Page 42, paragraph 140, portions of lines 18-24 | |
| Findings of Fact | Page 44, paragraph 144, portions of lines 9-10 | |
| Findings of Fact | Page 45, paragraph 148, portions of lines 14-16 | |
| Findings of Fact | Page 46, paragraph 152, portions of lines 5-6 | |
| Findings of Fact | Page 46, paragraph 153, portions of lines 13-19 | |
| Findings of Fact | Page 46, paragraph 154, portions of lines 25-26 | |
| Findings of Fact | Page 51, paragraph 166, portions of lines 7-24 | |
| Findings of Fact | Page 52, paragraph 169, portions of lines 22-26 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Findings of Fact | Page 53, paragraph 169, portions of lines 2-4 | |
| Findings of Fact | Page 56, paragraph 180, portions of lines 7-11 | |
| Findings of Fact | Page 63, paragraph 208, portions of lines 13-14 | |
| Findings of Fact | Page 63, paragraph 208, entirety of graphic at lines 14-25 | |
| Findings of Fact | Page 63, paragraph 209, portions of lines 26-27<br>Page 64, paragraph 209, portions of lines 2-4 | |
| Findings of Fact | Page 64, paragraph 210, portion of line 8 | |
| Findings of Fact | Page 64, paragraph 211, portions of line 15 | |
| Findings of Fact | Page 67, paragraph 224, portions of lines 23-24 | |
| Findings of Fact | Page 69, paragraph 230, portions of lines 3-8 | |
| Findings of Fact | Page 69, paragraph 232, portions of lines 21-27 | |
| Findings of Fact | Page 70, paragraph 233, portions of lines 1-7 | |
| Findings of Fact | Page 70, paragraph 234, portions of lines 11-12 | |
| Findings of Fact | Page 70, paragraph 238, portions of lines 25-27 | |
| Findings of Fact | Page 72, paragraph 243, portions of lines 5-8 | |
| Findings of Fact | Page 72, paragraph 244, portions of lines 11-12 | |
| Conclusions of Law | Page 85, paragraph 25, portions of lines 23-27 | |
| Conclusions of Law | Page 86, paragraph 28, portions of lines 20-22 | |
| Conclusions of Law | Page 86, footnote 15, first sentence of footnote | |
| Conclusions of Law | Page 87, paragraph 29, entirety of graphic at lines 6-13 | |
| Conclusions of Law | Page 89, paragraph 33, portions of lines 2-7 | |
| Conclusions of Law | Page 92, portions of lines 2-3 | |
| Conclusions of Law | Page 94, paragraph 49, entirety of graphics at lines 13-19 | |
| Conclusions of Law | Page 96, paragraph 53, portion of line 4 | |
| Conclusions of Law | Page 99, paragraph 64, portions of lines 25-27 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Conclusions of Law | Page 102, footnote 21, portion of lines 25-26 | |
| Conclusions of Law | Page 106, paragraph 80, portions of lines 18-21 | |
| Conclusions of Law | Page 107, paragraph 82, portion of line 22 | |
| Conclusions of Law | Page 108, paragraph 83, portions of lines 6-9 | |
| Conclusions of Law | Page 108, paragraph 84, portions of lines 11-13 | |
| Conclusions of Law | Page 108, paragraph 85, portions of lines 23-25 | |
| Conclusions of Law | Page 113, paragraph 96, portions of lines 1-3 | |
| Conclusions of Law | Page 113, entirety of footnote 23, lines 20-22 | |
| Conclusions of Law | Page 116, paragraph 105, portions of lines 3-6 | |
| Conclusions of Law | Page 116, paragraph 106, portions of lines 10-13 | |
| Conclusions of Law | Page 116, footnote 26, portions of lines 21-25 | |
| Conclusions of Law | Page 116, footnote 27, portions of lines 25-27 | |
| Conclusions of Law | Page 117, paragraph 109, portions of lines 2-7 | |
| Conclusions of Law | Page 117, paragraph 110, portions of lines 14-19 | |
| Conclusions of Law | Page 117, footnote 28, portions of lines 26-27 | |
| Conclusions of Law | Page 118, paragraph 113, portions of lines 14-16 | |
| Conclusions of Law | Page 118, paragraph 114, portions of lines 17-23 | |
| Conclusions of Law | Page 118, paragraph 115, portions of lines 24-26<br>Page 119, paragraph 115, portions of lines 1-2 | |
| Conclusions of Law | Page 119, paragraph 116, portions of lines 4-7 | |
| Conclusions of Law | Page 119, paragraph 117, portions of lines 8-9 | |
| Conclusions of Law | Page 122, paragraph 125, portions of line 8 | |
| Conclusions of Law | Page 129, paragraph 141, portions of lines 20-22 | |
| Conclusions of Law | Page 133, footnote 37, portions of line 26 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Conclusions of Law | Page 138, paragraph 162, portions of lines 2-3 | |
| Conclusions of Law | Page 141, paragraph 172, portion of line 21 | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge