Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (*pro hac vice*)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

*Counsel for Microsoft Corporation*

[Additional Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>  Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH DEFENDANTS' PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW (CIVIL L.R. 79-5(f))**<br><br>Dept.:   Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Microsoft Corporation and Defendant Activision Blizzard, Inc. (collectively, "Defendants") file this Administrative Motion to Consider Sealing Another Party's Material in Connection with Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law.

Certain portions of Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law contain information designated by non-parties as confidential or highly confidential. Accordingly, Defendants seek to file under seal the following:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Findings of Fact | Page 8, paragraph 18, portion of line 5 | Nvidia |
| Findings of Fact | Page 16, paragraph 53, portions of lines 25-26 | Sony |
| Findings of Fact | Page 17, paragraph 55, portion of line 13 | Sony |
| Findings of Fact | Page 21, paragraph 69, portion of line 5 | Nvidia |
| Findings of Fact | Page 22, paragraph 72, portions of lines 8-10 | Sony |
| Findings of Fact | Page 24, paragraph 79, portion of line 4 | Nvidia |
| Findings of Fact | Page 28, paragraph 88, portions of lines 2-5 | Sony |
| Findings of Fact | Page 28, paragraph 88, portions of lines 7-8 | Nintendo |
| Findings of Fact | Page 28, paragraph 90, portions of lines 15-16 | Sony |
| Findings of Fact | Page 28, paragraph 91, portion of line 21 | Sony |
| Findings of Fact | Page 29, paragraph 93, portions of lines 19-22 | Sony |
| Findings of Fact | Page 30, paragraph 96, portions of lines 24-26<br>Page 31, paragraph 96, lines 1-2 | Sony |
| Findings of Fact | Page 31, paragraph 99, portions of lines 12-13 | Nintendo |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Findings of Fact | Page 35, paragraph 111, portions of lines 4-6 | Sony |
| Findings of Fact | Page 35, paragraph 112, portions of lines 11-13 | Sony |
| Findings of Fact | Page 37, paragraph 117, portions of lines 4-5 | Sony |
| Findings of Fact | Page 42, paragraph 140, lines 18-25 | Sony |
| Findings of Fact | Page 44, paragraph 144, portions of lines 12-15 | Sony |
| Findings of Fact | Page 48, paragraph 157, lines 20-23 | Sony |
| Findings of Fact | Page 50, paragraph 163, portion of line 19 | Sony |
| Findings of Fact | Page 50, paragraph 165, portion of line 26 | Sony |
| Findings of Fact | Page 51, paragraph 165, portion of line 6 | Sony |
| Findings of Fact | Page 51, paragraph 166, lines 7-24 | Sony |
| Findings of Fact | Page 51, paragraph 167, lines 25-27<br>Page 52, paragraph 167, lines 1-4 | Sony |
| Findings of Fact | Page 52, paragraph 168, portions of lines 6-7 | Sony |
| Findings of Fact | Page 52, paragraph 168, portions of lines 9-12 | Sony |
| Findings of Fact | Page 57, paragraph 186, lines 23-24 | Nintendo |
| Findings of Fact | Page 57, paragraph 187, line 27<br>Page 58, paragraph 187, portions of lines 1-5 | Nintendo |
| Findings of Fact | Page 58, paragraph 188, lines 10-13 | Nintendo |
| Findings of Fact | Page 64, paragraph 210, portions of line 8-9 | Sony |
| Findings of Fact | Page 64, paragraph 211, portions of lines 14-17 | Sony |

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Findings of Fact | Page 64, paragraph 212, portions of lines 18-21 | Sony |
| Findings of Fact | Page 64, paragraph 213, portions of lines 22-24 | Sony |
| Conclusions of Law | Page 86, paragraph 26, portions of lines 5-6 | Nintendo |
| Conclusions of Law | Page 86, paragraph 27, portions of lines 9-11 | Sony |
| Conclusions of Law | Page 86, paragraph 28, portions of lines 29-22 | Sony |
| Conclusions of Law | Page 86, footnote 15, second sentence of footnote | Sony |
| Conclusions of Law | Page 92, paragraph 40, lines 2-3 | Nintendo |
| Conclusions of Law | Page 97, paragraph 58, portions of lines 20-22 | Sony |
| Conclusions of Law | Page 99, paragraph 64, portions of lines 21-23 | Sony |
| Conclusions of Law | Page 108, paragraph 83, portions of lines 6-9 | Sony |
| Conclusions of Law | Page 108, paragraph 85, portions of lines 21-23 | Sony |
| Conclusions of Law | Page 121, paragraph 123, portions of lines 19-23 | Sony |
| Conclusions of Law | Page 122, paragraph 126, portions of lines 25-26<br><br>Page 123, paragraph 126, portion of line 1 | Sony |
| Conclusions of Law | Page 125, paragraph 132, portions of lines 26-27<br><br>Page 126, paragraph 132, portion of line 1 | Nintendo |
| Conclusions of Law | Page 142, paragraph 173, portions of lines 5-15 | Nintendo |

A highlighted version of Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law has been filed under seal at ECF No. 311-2. Proposed redactions concerning Defendants'

confidential information is highlighted yellow, redactions concerning non-party information is highlighted pink, and redactions concerning both Defendants' and non-party information is highlighted blue. In accordance with Civil Local Rule 7-11, Defendants have also filed a Proposed Order herewith.

Dated: July 13, 2023

By: */s/ Caroline Van Ness*
Caroline Van Ness (SBN 281675)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (213) 621-5430
caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steven.sunshine@skadden.com
julia.york@skadden.com

Michael J. Sheerin (*pro hac vice*)
Evan R. Kreiner (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1 Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
michael.sheerin@skadden.com
evan.kreiner@skadden.com

*Counsel for Defendant Activision Blizzard, Inc.*

Respectfully submitted,

By: */s/ Beth Wilkinson*
Beth Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
James Rosenthal (pro hac vice)
Grace Hill (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Sarah Neuman (pro hac vice)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
ghill@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com
jpavelec@wilkinsonstekloff.com

Bambo Obaro (SBN 267683)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Megan A. Granger (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
megan.granger@weil.com

*Counsel for Microsoft Corporation*