UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL IN CONNECTION WITH DEFENDANTS' PROPOSED POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

Having considered Defendant Microsoft Corporation and Defendant Activision Blizzard, Inc.'s Administrative to Consider Sealing Another Party's Material in Connection with Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Findings of Fact | Page 8, paragraph 18, portion of line 5 | Nvidia | |
| Findings of Fact | Page 16, paragraph 53, portions of lines 25-26 | Sony | |
| Findings of Fact | Page 17, paragraph 55, portion of line 13 | Sony | |
| Findings of Fact | Page 21, paragraph 69, portion of line 5 | Nvidia | |
| Findings of Fact | Page 22, paragraph 72, portions of lines 8-10 | Sony | |
| Findings of Fact | Page 24, paragraph 79, portion of line 4 | Nvidia | |
| Findings of Fact | Page 28, paragraph 88, portions of lines 2-5 | Sony | |
| Findings of Fact | Page 28, paragraph 88, portions of lines 7-8 | Nintendo | |
| Findings of Fact | Page 28, paragraph 90, portions of lines 15-16 | Sony | |
| Findings of Fact | Page 28, paragraph 91, portion of line 21 | Sony | |
| Findings of Fact | Page 29, paragraph 93, portions of lines 19-22 | Sony | |
| Findings of Fact | Page 30, paragraph 96, portions of lines 24-26<br>Page 31, paragraph 96, lines 1-2 | Sony | |
| Findings of Fact | Page 31, paragraph 99, portions of lines 12-13 | Nintendo | |
| Findings of Fact | Page 35, paragraph 111, portions of lines 4-6 | Sony | |

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Findings of Fact | Page 35, paragraph 112, portions of lines 11-13 | Sony | |
| Findings of Fact | Page 37, paragraph 117, portions of lines 4-5 | Sony | |
| Findings of Fact | Page 42, paragraph 140, lines 18-25 | Sony | |
| Findings of Fact | Page 44, paragraph 144, portions of lines 12-15 | Sony | |
| Findings of Fact | Page 48, paragraph 157, lines 20-23 | Sony | |
| Findings of Fact | Page 50, paragraph 163, portion of line 19 | Sony | |
| Findings of Fact | Page 50, paragraph 165, portion of line 26 | Sony | |
| Findings of Fact | Page 51, paragraph 165, portion of line 6 | Sony | |
| Findings of Fact | Page 51, paragraph 166, lines 7-24 | Sony | |
| Findings of Fact | Page 51, paragraph 167, lines 25-27<br>Page 52, paragraph 167, lines 1-4 | Sony | |
| Findings of Fact | Page 52, paragraph 168, portions of lines 6-7 | Sony | |
| Findings of Fact | Page 52, paragraph 168, portions of lines 9-12 | Sony | |
| Findings of Fact | Page 57, paragraph 186, lines 23-24 | Nintendo | |
| Findings of Fact | Page 57, paragraph 187, line 27<br>Page 58, paragraph 187, portions of lines 1-5 | Nintendo | |
| Findings of Fact | Page 58, paragraph 188, lines 10-13 | Nintendo | |
| Findings of Fact | Page 64, paragraph 210, portions of line 8-9 | Sony | |

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Findings of Fact | Page 64, paragraph 211, portions of lines 14-17 | Sony | |
| Findings of Fact | Page 64, paragraph 212, portions of lines 18-21 | Sony | |
| Findings of Fact | Page 64, paragraph 213, portions of lines 22-24 | Sony | |
| Conclusions of Law | Page 86, paragraph 26, portions of lines 5-6 | Nintendo | |
| Conclusions of Law | Page 86, paragraph 27, portions of lines 9-11 | Sony | |
| Conclusions of Law | Page 86, paragraph 28, portions of lines 29-22 | Sony | |
| Conclusions of Law | Page 86, footnote 15, second sentence of footnote | Sony | |
| Conclusions of Law | Page 92, paragraph 40, lines 2-3 | Nintendo | |
| Conclusions of Law | Page 97, paragraph 58, portions of lines 20-22 | Sony | |
| Conclusions of Law | Page 99, paragraph 64, portions of lines 21-23 | Sony | |
| Conclusions of Law | Page 108, paragraph 83, portions of lines 6-9 | Sony | |
| Conclusions of Law | Page 108, paragraph 85, portions of lines 21-23 | Sony | |
| Conclusions of Law | Page 121, paragraph 123, portions of lines 19-23 | Sony | |
| Conclusions of Law | Page 122, paragraph 126, portions of lines 25-26<br><br>Page 123, paragraph 126, portion of line 1 | Sony | |
| Conclusions of Law | Page 125, paragraph 132, portions of lines 26-27<br><br>Page 126, paragraph 132, portion of line 1 | Nintendo | |
| Conclusions of | Page 142, paragraph 173, portions | Nintendo | |

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Law | of lines 5-15 | | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge