UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL** |

The FTC asks this Court to enjoin the merger at issue pending resolution of the FTC's appeal to the Ninth Circuit Court of Appeals.  (Dkt. No. 313.)  The motion is DENIED.  *See* Dkt. No. 305 at 51-52.

**IT IS SO ORDERED.**

Dated: July 13, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge