UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>MICROSOFT CORPORATION;<br>ACTIVISION BLIZZARD, INC.,<br><br>        Defendants-Appellees. | No.   23-15992<br><br>D.C. No. 3:23-cv-02880-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  RICHARD C. TALLMAN, SANDRA S. IKUTA, and DANIEL P.
COLLINS, Circuit Judges.

The motion to file the district court's preliminary injunction opinion under

seal (Docket Entry No. 20) is granted.  *See* 9th Cir. R. 27-13.  The Clerk will

maintain it under seal.

The motion for injunctive relief (Docket Entry No. 21) is denied.  *See Fed.*

*Trade Comm'n v. Warner Commc'ns Inc.*, 742 F.2d 1156, 1159-60 (9th Cir. 1984)

(defining standard by which the Federal Trade Commission may obtain a

preliminary injunction); *see also Feldman v. Ariz. Sec'y of State*, 843 F.3d 366,

367 (9th Cir. 2016) (discussing standard for an injunction pending appeal).

The existing briefing schedule remains in effect.