Meeghan H. Tirtasaputra
MTirtasaputra@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd.
Suite 900
Los Angeles, CA 90067
Telephone:   (424) 285-7080
Facsimile:   (310) 556-9828

Attorneys for non-party Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF CHRISTOPHER SCHENCK IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Christopher Schenck, declare and state as follows in support of Plaintiff Federal Trade Commission's ("Plaintiff" or the "FTC") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 308):

1. I am in-house counsel at Valve. I am competent to testify and have personal knowledge of the facts stated below.

2. Valve is a private company headquartered in Bellevue, Washington with approximately 350 employees that develops PC video games. Valve also operates Steam, an online platform that lets users purchase and play PC games on their laptops and desktops. Over 50,000 PC games are available on Steam, more than 99% of which were made by third parties other than Valve.

3. Valve is a privately held company with no outside shareholders or lenders. It is not subject to public regulatory reporting and auditing requirements. Valve does not publicly disclose

1. its sales and revenue information. Valve derives a significant value from the confidentiality of such information. In addition, because third party games are available on Steam, Valve has a large amount of confidential third-party sales and revenue information, which Valve does not publicly disclose in order to protect the third parties' confidentiality. Our agreements with these third parties require us to keep this information confidential.

4. In response to Plaintiff Federal Trade Commission (the "FTC")'s February 7, 2023 subpoena in an administrative matter before the Federal Trade Commission Office of Administrative Law Judges (*In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, FTC Docket No. 9412), and pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 in that matter, Valve produced a document that contained highly confidential and competitively sensitive sales figures and financial information related to Valve's Steam Deck under a "Attorneys' Eyes Only" designation and under Bates number VALVE_FTC_MS_ACT_000001. All such information is proprietary to Valve, with restricted and controlled access (including through password protection) within Valve to preserve the confidentiality of this information. The FTC has included certain of this highly confidential Steam Deck sales information in its Final Proposed Findings of Fact and Conclusions of Law (Dkt. No. 309) in this proceeding.

5. Valve requests sealing of the following document, in part, as shown below, which discloses Valve's highly confidential information:

| Document | Portion to be Sealed |
|---|---|
| Plaintiff's Final Proposed Findings of Fact and Conclusions of Law (Dkt. No. 309) | • Page 145, ¶ 682, lines 24-25 (sales units and numbers)<br>• Page 68, ¶ 330, line 5 (sales percentages) |

6. *Plaintiff's Final Proposed Findings of Fact and Conclusions of Law (Dkt. No. 309):* Page 145, ¶ 682, lines 24-25 of Plaintiff's Final Proposed Findings of Fact and Conclusions of Law incorporate and disclose highly confidential Valve sales information for Valve's Steam Deck,

-2- SCHENCK DECLARATION ISO ADMINISTRATIVE MOTION; CASE NO. 3:23-cv-02880-JSC

1  which is a handheld PC.  The statements by Dr. Lee discussed at page 68, ¶ 330, line 5 regarding
2  sales percentages are based on that same highly confidential Valve dollar and unit sales
3  information for Steam Deck.

4        7.     The sales and financial information disclosed and discussed in these passages is
5  Valve's highly confidential sales and financial information, which was produced under a
6  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" designation. Valve does not
7  disclose or share this highly confidential underlying information outside the company, particularly
8  to any competitor, and it would not be available in the ordinary course of business to the public.
9  Valve derives significant benefit from keeping this information confidential, and zealously
10 protects its confidentiality. Public release of this information could cause significant and unfair
11 harm to Valve and put it at a competitive disadvantage by providing competitors important insight
12 into Valve's business and sales Valve. Page 145, ¶ 682, lines 24-25 and page 68, ¶ 330, line 5 of
13 Plaintiff's Final Proposed Findings of Fact and Conclusions of Law should therefore be sealed.

1       I declare under penalty of perjury that the foregoing is true and correct. Executed on 07/17/23 at Bellevue, Washington.

                                                                          DocuSigned by:

*Chris Schenck*

                                                           9071C6D6666D418...

                                        Christopher Schenck