**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br> and <br> ACTIVISION BLIZZARD, INC. <br><br> Defendants. | Case No. 3:23-cv-02880-JSC <br><br> **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 308]** <br><br> Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 308).  Having considered the FTC's Motion, Defendant Activision Blizzard, Inc.'s ("Activision") Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Introduction | Page 13, paragraph lv., portion of line 2 | |
| Findings of Fact | Page 15, paragraph 9, portion of line 27 | |
| Findings of Fact | Page 24, paragraph 74, portions of lines 14-16 | |
| Findings of Fact | Page 25, paragraph 81, portion of line 28  Page 26, paragraph 81, portions of lines 1-3 | |
| Findings of Fact | Page 26, paragraph 83, portions of lines 15-19 | |
| Findings of Fact | Page 27, paragraph 86, portion of line 2 | |
| Findings of Fact | Page 44, paragraph 196, portions of lines 10-12 | |
| Findings of Fact | Page 46, paragraph 213, portions of lines 27-28  Page 46, paragraph 213, portions of lines 1-3 | |
| Findings of Fact | Page 51, paragraph 234, portions of lines 1-2 | |
| Findings of Fact | Page 51, paragraph 239, portions of lines 27-28  Page 52, paragraph 239, portions of lines 1-2 | |
| Findings of Fact | Page 52, paragraph 246, portions of lines 21-24 | |
| Findings of Fact | Page 53, paragraph 247, lines 1–7 | |
| Findings of Fact | Page 53, paragraph 248, lines 12–13 | |
| Findings of Fact | Page 53, paragraph 249, portions of lines 22-23 | |
| Findings of Fact | Page 54, paragraph 257, portions of lines 27-28  Page 55, paragraph 257, portion of line 1 | |
| Findings of Fact | Page 55, paragraph 258, portions of lines 12-13 | |
| Findings of Fact | Page 56, paragraph 265, portion of line 22 | |
| Findings of Fact | Page 86, paragraph 433, lines 23-24 | |
| Findings of Fact | Page 88, paragraph 443, portions of lines 4-12 | |
| Findings of Fact | Page 88, paragraph 444, portions of lines 13-15 | |
| Findings of Fact | Page 88, paragraph 447, portion of line 27  Page 89, paragraph 447, portion of line 3 | |
| Findings of Fact | Page 89, paragraph 448, portions of lines 5-7 | |
| Findings of Fact | Page 89, paragraph 449, portions of lines 11-12 | |
| Findings of Fact | Page 90, paragraph 452, portions of lines 1-4 | |
| Findings of Fact | Page 90, paragraph 456, portion of line 24  Page 91, paragraph 456, portion of lines 2, 5-6 | |
| Findings of Fact | Page 93, paragraph 466, portions of lines 4-7, 9-10 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Findings of Fact | Page 98, paragraph 493, portions of lines 27-28<br>Page 99, paragraph 493, portions of lines 1-4 | |
| Findings of Fact | Page 101, paragraph 500, portions of lines 17, 25-26 | |
| Findings of Fact | Page 102, paragraph 501, portion of line 1 | |
| Findings of Fact | Page 109, paragraph 532, portion of line 14 | |
| Findings of Fact | Page 110, paragraph 535, portion of line 13 | |
| Findings of Fact | Page 133, paragraph 638, portions of lines 19-22 | |
| Findings of Fact | Page 134, paragraph 643, portions of lines 21-25, 28<br>Page 135, paragraph 643, portion of line 1 | |
| Findings of Fact | Page 135, paragraph 644, portion of line 4 | |
| Findings of Fact | Page 135, paragraph 645, portions of lines 8-11 | |
| Findings of Fact | Page 135, paragraph 647, portions of lines 16-18 | |
| Findings of Fact | Page 136, paragraph 651, portions of lines 11-17 | |
| Findings of Fact | Page 136, paragraph 652, portions of lines 21-25 | |
| Findings of Fact | Page 142, paragraph 677, portions of lines 1-2 | |
| Findings of Fact | Page 144, paragraph 689, portion of lines 3-4 | |
| Findings of Fact | Page 150, paragraph 726, portions of lines 5-9 | |
| Findings of Fact | Page 151, paragraph 734, portions of lines 16-17 | |
| Findings of Fact | Page 155, paragraph 761, portions of lines 27-28<br>Page 156, paragraph 761, portions of lines 1-2 | |
| Findings of Fact | Page 161, paragraph 799, portions of lines 19-22, 24-25 | |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge