James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Meredith R. Levert, DC Bar No. 498245
Jennifer Fleury, NY Bar No. 5053178
James Gossmann, DC Bar No. 1048904
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570
jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
ewodinsky@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **[PROPOSED] ORDER RE PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> Dept.: Courtroom 8—19th Floor <br> Judge: Honorable Jacqueline S. Corley |

Plaintiff has moved to remove incorrectly filed Docket Nos. 320 and 324.

Having considered the Motion and finding good cause therefore, the Court GRANTS Plaintiff's Motion to Remove Incorrectly Filed Documents. The documents located at ECF Nos. 320 and 324 shall be removed from the publicly available docket before these proceedings.

1 | IT IS SO ORDERED.

3 | DATED: _____, 2023        _____
                                                             Honorable Jacqueline S. Corley
                                                             United States District Judge