VENABLE LLP
Steven E. Swaney (SBN 221437)
seswaney@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Leonard L. Gordon (*pro hac vice*)
llgordon@Venable.com
Benjamin P. Argyle (*pro hac vice*)
bpargyle@Venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone:    212.307.5500
Facsimile:    212.307.5598

Attorney for Non-Party Nintendo of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>             Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>             Defendants. | Case No. 23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL** |

*VENABLE LLP*
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL

Case No. 23-cv-02880-JSC

# [PROPOSED] ORDER

Having considered Nintendo of America Inc.'s ("NOA") Statement Pursuant to Civil Local Rule 79-5(f) As to Why Its Confidential Information in Dkt. No. 309 (Federal Trade Commission Final Proposed Findings of Fact and Conclusions of Law) Should Remain Under Seal, the Court ORDERS that the below designated portions remain redacted and kept under seal.

| Para. | Page | NOA's Position on Sealing |
|---|---|---|
| ¶74 | 24 | The information in this redaction summarizes confidential discussions between Activision and Nintendo.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 9, filed on June 21, 2023. |
| ¶82 | 26, at the portion in quotation marks. | The information in this redaction discusses non-public specifications regarding the Nintendo Switch.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 5 and 13, filed on June 21, 2023. |
| ¶84 | 26 | The information in this redaction discloses Nintendo's specific market strategy.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 13, filed on June 21, 2023. |
| ¶85 | 26 | The information in this redaction discloses Nintendo's specific market strategy.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 13, filed on June 21, 2023. |
| ¶95 | 28 | The cited exhibit is a sensitive and confidential that NOA has previously sought to seal entirely.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraphs 6 and 7, filed on June 21, 2023. |
| ¶304 | 63 | The information in this redaction is a summary of internal NOA commissioned demographic data.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraphs 6, filed on June 21, 2023. |

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL

Case No. 23-cv-02880-JSC

| Para. | Page | NOA's Position on Sealing |
|---|---|---|
| ¶308 | 64 | The information in this redaction misstates the cited exhibit, and public disclosure would result in a false impression that Nintendo internally supports the misstatement.  False information about Nintendo would result in competitive, reputational, and economic harm.  Given the immense public scrutiny of these proceedings, any unsealed information is likely to be widely disseminated. |
| ¶309 | 64 | The cited exhibit is a sensitive and confidential that NOA has previously sought to seal entirely.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraphs 6 and 7, filed on June 21, 2023. |
| ¶315 | 65 | The information in this redaction mischaracterizes the cited exhibit and public disclosure would result in a false impression that Nintendo internally supports the mischaracterization.  False information about Nintendo would result in competitive, reputational, and economic harm.  Given the immense public scrutiny of these proceedings, any unsealed information is likely to be widely disseminated. |
| ¶328 | 67 | The information in this redaction is a summary of, and is derived from, Nintendo's confidential business data and reveals market share information compared directly against its competitors.  Public disclosure would allow insight into Nintendo's market position, resulting in competitive harm. |
| ¶329 | 68 | The information in this redaction is a summary of, and is derived from, Nintendo's confidential business data and reveals market share information compared directly against its competitors.  Public disclosure would allow insight into Nintendo's market position, resulting in competitive harm. |
| ¶705 | 146, after the word "because". | While reserving all rights as to the underlying document(s), NOA seeks to seal only the portion of this statement, starting after the word "because" and running through the end of the sentence.  The information in this redaction contains details confidential discussions between Nintendo and Activision.  Specifically, the information would reveal Nintendo's position as related to confidential third-party business negotiations.  The harm that would occur absent sealing was further discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 13, filed on June 21, 2023. |

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL

Case No. 23-cv-02880-JSC

| Para. | Page | NOA's Position on Sealing |
|---|---|---|
| ¶706 | 146-147 | The information in this redaction contains details of confidential discussions between Nintendo and Activision relating to game content, a topic Nintendo considers highly sensitive.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 219) at page 3-4, Category 2, filed on June 26, 2023. |
| ¶708 | 147 | The information in this redaction is likely to result in competitive and economic harm as it discusses extremely sensitive and confidential information discussed between the highest-ranking executives of Nintendo and Activision.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 219) at page 3, Category 1, filed on June 26, 2023. |
| ¶756 | 155 | The information in this redaction discusses confidential negotiations with Microsoft.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 219) at page 4, Category 5, filed on June 26, 2023. |
| ¶758 | 155 | This information in this redaction reveals confidential business terms of a non-public contractual agreement between Nintendo and Microsoft.  Public disclosure would result in competitive harm as competitors could use such information to Nintendo's detriment in future business dealings or in the competitive gaming market. |
| ¶759 | 155 | This information in this redaction reveals confidential business terms of a non-public contractual agreement between Nintendo and Microsoft.  Public disclosure would result in competitive harm as competitors could use such information to Nintendo's detriment in future business dealings or in the competitive gaming market.  The harm that would occur absent sealing was further discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 219) at page 4-5, Category 6, filed on June 26, 2023. |
| ¶760 | 155 | This information in this redaction reveals confidential business terms of a non-public contractual agreement between Nintendo and Microsoft.  Public disclosure would result in competitive harm as competitors could use such information to Nintendo's detriment in future business dealings or in the competitive gaming market. |
| ¶761 | 155 | The information in this redaction discusses non-public specifications regarding the Nintendo Switch.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 168) and corresponding Declaration (Dkt. No. 168-2) at paragraph 5, filed on June 21, 2023. |

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL

Case No. 23-cv-02880-JSC

| Para. | Page | NOA's Position on Sealing |
|-------|------|---------------------------|
| ¶764 | 156 | The information in this redaction discusses confidential negotiations with Microsoft.  The harm that would occur absent sealing was discussed in NOA's previous Local Rule 79-5 Statement (Dkt. No. 219) at page 4, Category 5, filed on June 26, 2023. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

[PROPOSED] ORDER GRANTING NON-PARTY NINTENDO OF AMERICA INC. STATEMENT PURSUANT TO LOCAL RULE 79-5(f) AS TO WHY ITS CONFIDENTIAL INFORMATION IN DKT. NO. 309 (FEDERAL TRADE COMMISSION FINAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW) SHOULD REMAIN UNDER SEAL

Case No. 23-cv-02880-JSC