UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORP., et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT'S AND PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 308 AND 312)**<br><br>The Honorable Jacqueline Scott Corley |

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT'S AND PLAINTIFF FEDERAL TRADE
COMMISSION'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
3:23-CV-02880-JSC

**[Proposed] Order**

Having considered Defendant Microsoft's and Plaintiff Federal Trade Commission's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (ECF 308 and 312), and Sony Interactive Entertainment LLC's ("SIE's") accompanying statement in support, the Court hereby orders that the following materials are restricted from public disclosure in the manner requested by SIE:

| | |
|---|---|
| FTC's Final Proposed Findings of Fact and Conclusions of Law (ECF 309) | • 12:23-25; 27:9-13; 34:26-27; 57:15-16; 57:18-19; 57:21; 57:23; 58:2; 63:8-11; 63:18-21; 64:10-13; 64:17-24; 87:14-18; 87:20-21; 87:25; 89:10-13; 90:13; 95:4-8; 95:22-26; 114:16-17; 133:4; 142:27-143:1<br>• 4:15-20; 51:19-26; 111:9-10; 159:16-19; 159:21-160:2; 160:3-14; 160:15-19; 160:23-24<br>• 2:12-14; 2:23-24; 129:15-17; 138:18-139:1; 140:23; 141:1<br>• 8:22-25; 29:17-20; 30:14-16; 39:10-11; 39:15-20; 48:26-49:1; 49:23-25; 56:12-16; 60:3-6; 71:10-17; 138:10-14; 140:18-20; 141:8-10<br>• 56:12-16; 65:6-9; 67:25; 68:1; 141:17-20 |
| Defendants' Proposed Post-Trial Findings of Fact and Conclusions of Law (ECF 310) | • 16:25-26; 28:15-16; 64:8-9; 64:14-17; 64:18-21; 86:9-11; 86 n.15; 108:6-9; 108:21-23; 122:25-123:1<br>• 29:19-22; 30:24-31:2; 42:18-25; 48:20-23; 50:19; 50:26; 51:6; 51:7-24; 52:9-12<br>• 22:8-10; 29:19-22; 99:21-23; 121:19-23 |

- 2 -

[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S
FOURTH ADMINISTRATIVE MOTION FOR SEALING AND *IN CAMERA* TREATMENT
3:23-CV-02880-JSC

|  | • 28:2-5; 28:21; 64:22-24; 86:19-22 |
|---|---|

**IT IS SO ORDERED.**

DATED:_____        _____

HON. JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT JUDGE