1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11   FEDERAL TRADE COMMISSION,                Case No. 3:23-cv-02880-JSC

12          Plaintiff,                        **[PROPOSED] ORDER GRANTING IN
                                              PART PLAINTIFF FEDERAL TRADE
13   v.                                       COMMISSION'S ADMINISTRATIVE
                                              MOTION TO CONSIDER WHETHER
14                                            ANOTHER PARTY'S MATERIAL
     MICROSOFT CORPORATION and                SHOULD BE SEALED [ECF NO. 308]**
15   ACTIVISION BLIZZARD, INC.,

16          Defendants.                       Dept.:     Courtroom 8—19th Floor
                                              Judge:     Honorable Jacqueline S. Corley
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE PLAINTIFF FTC'S                          CASE NO. 3:23-CV-02880-JSC
ADMINISTRATIVE MOTION

1    This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC")

2    Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

3    ("Administrative Motion") in connection with the FTC's Final Proposed Findings of Fact and

4    Conclusions of Law (hereafter, "Findings of Fact and Conclusions of Law") (ECF No. 309).  Having

5    considered the FTC's Administrative Motion, Defendant Microsoft Corporation's Statement in

6    Response, and the Declaration of Alysha Bohanon in support, the Court hereby orders that the

7    Administrative Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FoF-CoL | Page 3, paragraph xvii, portions of lines 8-10 | |
| FoF-CoL | Page 3, paragraph xviii, portions of lines 12-13 | |
| FoF-CoL | Page 3, paragraph xix, portions of lines 15-18 | |
| FoF-CoL | Page 3, paragraph xxi, portion of line 24 | |
| FoF-CoL | Page 4, paragraph xxvii, portions of lines 15-20 | |
| FoF-CoL | Page 5, paragraph xxix, portions of lines 3-6 | |
| FoF-CoL | Page 5, paragraph xxxi, portions of lines 12-14 | |
| FoF-CoL | Page 6, paragraph xxxvi, portions of lines 3-9 | |
| FoF-CoL | Page 8, paragraph xliv, portions of lines 22-25 | |
| FoF-CoL | Page 9, paragraph xlvi, portions of lines 15-20 | |
| FoF-CoL | Page 12, paragraph liv, portions of lines 13-14 | |
| FoF-CoL | Page 12, paragraph lv, portion of line 28 <br><br> Page 13, paragraph lv, lines 1-4 | |
| FoF-CoL | Page 14, paragraph lvii, portions of lines 1-3 | |
| FoF-CoL | Page 14, paragraph lviii, portions of lines 5-7, 10 | |
| FoF-CoL | Page 15, paragraph 9, portion of line 27 | |
| FoF-CoL | Page 20, paragraph 49, portions of lines 20-24 | |
| FoF-CoL | Page 21, paragraph 52, portions of lines 8-9 | |
| FoF-CoL | Page 22, paragraph 58, portions of lines 4-6 | |
| FoF-CoL | Page 29, paragraph 105, portions of lines 23-25 | |
| FoF-CoL | Page 30, paragraph 107, portions of lines 2-5 | |
| FoF-CoL | Page 30, paragraph 108, portions of lines 6-8 | |
| FoF-CoL | Page 30, paragraph 111, portions of lines 18-20 | |
| FoF-CoL | Page 31, paragraph 114, portion of line 5 | |
| FoF-CoL | Page 31, paragraph 116, portions of lines 10-11 | |
| FoF-CoL | Page 33, paragraph 132, portion of line 20 | |
| FoF-CoL | Page 33, paragraph 135, portions of lines 26-28 | |
| FoF-CoL | Page 36, paragraph 154, portions of lines 23-24 | |
| FoF-CoL | Page 36, paragraph 155, portion of line 26 | |
| FoF-CoL | Page 37, paragraph 156, portions of lines 3-5 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FoF-CoL | Page 38, paragraph 165, portions of lines 14-15 | |
| FoF-CoL | Page 41, paragraph 182, portions of lines 24-25 | |
| FoF-CoL | Page 42, paragraph 183, portions of lines 2-4 | |
| FoF-CoL | Page 42, paragraph 185, portions of lines 8-10 | |
| FoF-CoL | Page 42, paragraph 186, portions of lines 15-17 | |
| FoF-CoL | Page 43, paragraph 189, portions of lines 4-6 | |
| FoF-CoL | Page 43, paragraph 190, portions of lines 7-8 | |
| FoF-CoL | Page 43, paragraph 191, portions of lines 10-15 | |
| FoF-CoL | Page 43, paragraph 192, portions of lines 16-21 | |
| FoF-CoL | Page 43, paragraph 193, portions of lines 22-24 | |
| FoF-CoL | Page 43, paragraph 194, portions of lines 27-28 <br><br> Page 44, paragraph 194, portion of line 1 | |
| FoF-CoL | Page 44, paragraph 195, portions of lines 5-8 | |
| FoF-CoL | Page 45, paragraph 200, portions of lines 5-6 | |
| FoF-CoL | Page 45, paragraph 201, portions of lines 11-16 | |
| FoF-CoL | Page 46, paragraph 206, portions of lines 9-11 | |
| FoF-CoL | Page 46, paragraph 207, portions of lines 12-13 | |
| FoF-CoL | Page 46, paragraph 210, portions of lines 17-20 | |
| FoF-CoL | Page 46, paragraph 211, portions of lines 21-23 | |
| FoF-CoL | Page 46, paragraph 212, portions of lines 24-26 | |
| FoF-CoL | Page 47, paragraph 215, portions of lines 10-14 | |
| FoF-CoL | Page 48, paragraph 223, portion of line 25 | |
| FoF-CoL | Page 49, paragraph 224, portions of lines 6-7 | |
| FoF-CoL | Page 49, paragraph 225, portions of lines 11-12 | |
| FoF-CoL | Page 49, paragraph 226, portions of lines 14-16 | |
| FoF-CoL | Page 50, paragraph 232, portions of lines 19-24 | |
| FoF-CoL | Page 51, paragraph 235, lines 3-4 | |
| FoF-CoL | Page 51, paragraph 236, portions of lines 5-11 | |
| FoF-CoL | Page 51, paragraph 237, portions of lines 12-15 | |
| FoF-CoL | Page 51, paragraph 239, portions of lines 27-28 <br><br> Page 52, paragraph 239, portions of lines 1-2 | |
| FoF-CoL | Page 52, paragraph 241, portions of lines 7-8 | |
| FoF-CoL | Page 52, paragraph 246, portions of lines 21-24 | |
| FoF-CoL | Page 53, paragraph 247, portions of lines 1-7 | |
| FoF-CoL | Page 53, paragraph 248, portions of lines 12-13 | |
| FoF-CoL | Page 53, paragraph 249, portions of lines 22-23 | |
| FoF-CoL | Page 54, paragraph 251, portions of lines 4-5 | |
| FoF-CoL | Page 54, paragraph 257, portions of lines 27-28 <br><br> Page 55, paragraph 257, portions of lines 1, 7-8 | |
| FoF-CoL | Page 55, paragraph 259, portions of lines 18-20 | |
| FoF-CoL | Page 59, paragraph 283, portions of lines 6-9 | |
| FoF-CoL | Page 59, paragraph 284, portions of lines 11-13 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FoF-CoL | Page 59, paragraph 286, portions of lines 21-23 | |
| FoF-CoL | Page 59, paragraph 287, portions of lines 24-25 | |
| FoF-CoL | Page 60, paragraph 292, portion of line 28<br><br>Page 61, paragraph 292, portions of lines 1-3 | |
| FoF-CoL | Page 62, paragraph 298, portions of lines 4-7 | |
| FoF-CoL | Page 62, paragraph 301, portions of lines 18-20 | |
| FoF-CoL | Page 64, paragraph 308, portion of line 7 | |
| FoF-CoL | Page 65, paragraph 314, portions of lines 11-15 | |
| FoF-CoL | Page 67, paragraph 326, portions of lines 19-21 | |
| FoF-CoL | Page 67, paragraph 328, portions of lines 24-26 | |
| FoF-CoL | Page 68, paragraph 329, portions of lines 1-3 | |
| FoF-CoL | Page 69, paragraph 336, portions of lines 17-22 | |
| FoF-CoL | Page 69, paragraph 337, portions of lines 24-26 | |
| FoF-CoL | Page 70, paragraph 339, portions of lines 6-9 | |
| FoF-CoL | Page 70, paragraph 340, portions of lines 11-13 | |
| FoF-CoL | Page 70, paragraph 342, portions of lines 19-22 | |
| FoF-CoL | Page 71, paragraph 347, portions of lines 18-24 | |
| FoF-CoL | Page 72, paragraph 348, portions of lines 2-4 | |
| FoF-CoL | Page 72, paragraph 350, portions of lines 11-16 | |
| FoF-CoL | Page 72, paragraph 351, lines 17-21 | |
| FoF-CoL | Page 75, paragraph 364, portions of lines 1-3 | |
| FoF-CoL | Page 75, paragraph 365, portions of lines 8-10 | |
| FoF-CoL | Page 77, paragraph 379, portions of lines 11-13 | |
| FoF-CoL | Page 77, paragraph 383, portion of line 27 | |
| FoF-CoL | Page 78, paragraph 384, portions of lines 1-2 | |
| FoF-CoL | Page 79, paragraph 390, portion of line 4 | |
| FoF-CoL | Page 79, paragraph 391, portions of lines 7-9 | |
| FoF-CoL | Page 79, paragraph 392, portions of lines 10-16 | |
| FoF-CoL | Page 81, paragraph 401, portions of lines 21-24 | |
| FoF-CoL | Page 82, paragraph 408, portions of lines 24-25 | |
| FoF-CoL | Page 85, paragraph 423, portions of lines 13-17 | |
| FoF-CoL | Page 85, paragraph 424, portions of lines 20-21 | |
| FoF-CoL | Page 86, paragraph 427, portions of lines 4-5 | |
| FoF-CoL | Page 88, paragraph 445, portions of lines 17-19 | |
| FoF-CoL | Page 88, paragraph 446, portions of lines 22-23 | |
| FoF-CoL | Page 89, paragraph 448, portions of lines 5-8 | |
| FoF-CoL | Page 89, paragraph 449, portions of lines 10-13 | |
| FoF-CoL | Page 89, paragraph 450, portions of lines 21-24 | |
| FoF-CoL | Page 89, paragraph 451, portions of lines 25-27 | |
| FoF-CoL | Page 90, paragraph 452, portions of lines 1-4, 7-8 | |
| FoF-CoL | Page 90, paragraph 456, portions of lines 23-24, | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
|  | 27-28 |  |
|  | Page 91, paragraph 456, portions of lines 2, 5-6 |  |
| FoF-CoL | Page 93, paragraph 466, portions of lines 4-7, 9-10 |  |
| FoF-CoL | Page 93, paragraph 467, portions of lines 11-12 |  |
| FoF-CoL | Page 93, paragraph 468, portions of lines 13-14 |  |
| FoF-CoL | Page 93, paragraph 469, portions of lines 15-16 |  |
| FoF-CoL | Page 96, paragraph 482, portions of lines 5-11 |  |
| FoF-CoL | Page 96, paragraph 483, portions of lines 15-20 |  |
| FoF-CoL | Page 96, paragraph 484, portions of lines 22-27 |  |
| FoF-CoL | Page 97, paragraph 485, portions of lines 3, 5-6 |  |
| FoF-CoL | Page 97, paragraph 486, portions of lines 7-10 |  |
| FoF-CoL | Page 97, paragraph 487, portions of lines 14-19 |  |
| FoF-CoL | Page 97, paragraph 488, portions of lines 20-24 |  |
| FoF-CoL | Page 97, paragraph 489, portion of line 28 |  |
|  | Page 98, paragraph 489, portions of lines 1-6 |  |
| FoF-CoL | Page 98, paragraph 490, portions of lines 10-13 |  |
| FoF-CoL | Page 98, paragraph 491, portions of lines 14-19 |  |
| FoF-CoL | Page 98, paragraph 492, portions of lines 22-25 |  |
| FoF-CoL | Page 100, paragraph 498, portions of lines 19-20 |  |
| FoF-CoL | Page 101, paragraph 499, portions of lines 4-6 |  |
| FoF-CoL | Page 101, paragraph 500, portions of lines 17-22, 25-27 |  |
| FoF-CoL | Page 102, paragraph 501, portion of line 1 |  |
| FoF-CoL | Page 103, paragraph 508, portions of lines 9-15 |  |
| FoF-CoL | Page 103, paragraph 509, portions of lines 16-22 |  |
| FoF-CoL | Page 103, paragraph 510, portions of lines 25-27 |  |
| FoF-CoL | Page 104, paragraph 511, portions of lines 1-7 |  |
| FoF-CoL | Page 104, paragraph 513, portions of lines 13-15 |  |
| FoF-CoL | Page 104, paragraph 514, portions of lines 17-23 |  |
| FoF-CoL | Page 104, paragraph 515, portions of lines 24-26 |  |
| FoF-CoL | Page 105, paragraph 516, portions of lines 1-4 |  |
| FoF-CoL | Page 105, paragraph 520, portion of line 24 |  |
| FoF-CoL | Page 106, paragraph 523, portions of lines 13-17, 23-24 |  |
| FoF-CoL | Page 106, paragraph 524, portions of lines 26-28 |  |
| FoF-CoL | Page 107, paragraph 525, lines 4-10 |  |
| FoF-CoL | Page 107, paragraph 526, portions of lines 13-20 |  |
| FoF-CoL | Page 108, paragraph 530, portions of lines 9-25 |  |
| FoF-CoL | Page 109, paragraph 531, portions of line 3 |  |
| FoF-CoL | Page 109, paragraph 532, portions of lines 13-14, 16-17 |  |
| FoF-CoL | Page 109, paragraph 533, portion of line 28 |  |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
|  | Page 110, paragraph 533, portions of lines 1-2 |  |
| FoF-CoL | Page 110, paragraph 534, portions of lines 7-9 |  |
| FoF-CoL | Page 110, paragraph 535, portions of lines 12-15 |  |
| FoF-CoL | Page 112, paragraph 543, portions of lines 4-14 |  |
| FoF-CoL | Page 112, paragraph 545, portions of lines 26-28<br><br>Page 113, paragraph 545, portions of lines 1-3 |  |
| FoF-CoL | Page 113, paragraph 546, portions of lines 4-13 |  |
| FoF-CoL | Page 114, paragraph 549, portions of lines 1-4 |  |
| FoF-CoL | Page 115, paragraph 557, portions of lines 10-16 |  |
| FoF-CoL | Page 115, paragraph 558, portions of lines 17-18 |  |
| FoF-CoL | Page 115, paragraph 560, portions of lines 23-26 |  |
| FoF-CoL | Page 116, paragraph 565, portions of lines 21-25 |  |
| FoF-CoL | Page 116, paragraph 566, portions of lines 26-27<br><br>Page 117, paragraph 566, portions of lines 1-2 |  |
| FoF-CoL | Page 117, paragraph 568, portions of lines 14-15 |  |
| FoF-CoL | Page 117, paragraph 569, portions of lines 21-23 |  |
| FoF-CoL | Page 117, paragraph 570, portions of lines 25-26, 28<br><br>Page 118, paragraph 570, lines 1-3 |  |
| FoF-CoL | Page 118, paragraph 572, portions of lines 13-14 |  |
| FoF-CoL | Page 118, paragraph 573, portions of lines 18-20 |  |
| FoF-CoL | Page 118, paragraph 574, portions of lines 22-26 |  |
| FoF-CoL | Page 118, paragraph 575, portions of lines 27-28<br><br>Page 119, paragraph 575, portions of lines 1-2 |  |
| FoF-CoL | Page 119, paragraph 577, portions of lines 8-10 |  |
| FoF-CoL | Page 119, paragraph 578, lines 11-18 |  |
| FoF-CoL | Page 119, paragraph 579, portions of lines 22-23, 27-28<br><br>Page 120, paragraph 579, portions of lines 1-2 |  |
| FoF-CoL | Page 120, paragraph 582, portions of lines 11-13, 15-18 |  |
| FoF-CoL | Page 120, paragraph 583, portions of lines 23-28 |  |
| FoF-CoL | Page 122, paragraph 588, portions of lines 5-14 |  |
| FoF-CoL | Page 123, paragraph 592, portions of lines 4-7, 13-14 |  |
| FoF-CoL | Page 123, paragraph 593, portions of lines 16-22, 24-26 |  |
| FoF-CoL | Page 124, paragraph 595, portions of lines 14-15 |  |
| FoF-CoL | Page 124, paragraph 596, portions of lines 18-20 |  |
| FoF-CoL | Page 124, paragraph 597, portions of lines 24-27 |  |
| FoF-CoL | Page 125, paragraph 599, portions of lines 8-12, 16 |  |
| FoF-CoL | Page 126, paragraph 605, portions of lines 17-25 |  |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FoF-CoL | Page 127, paragraph 607, portions of lines 6-7, 10-12 | |
| FoF-CoL | Page 127, paragraph 608, portions of lines 19-21 | |
| FoF-CoL | Page 127, paragraph 609, portions of lines 25-28 <br><br> Page 128, paragraph 609, portions of lines 1-2 | |
| FoF-CoL | Page 128, paragraph 611, portions of lines 12-13 | |
| FoF-CoL | Page 128, paragraph 612, portions of lines 16-20 | |
| FoF-CoL | Page 128, paragraph 613, portions of lines 22-28 | |
| FoF-CoL | Page 131, paragraph 629, portions of lines 26-27 | |
| FoF-CoL | Page 132, paragraph 630, portions of lines 1-5 | |
| FoF-CoL | Page 132, paragraph 632, portions of lines 10-11, 16-18 | |
| FoF-CoL | Page 135, paragraph 648, portions of lines 20-23 | |
| FoF-CoL | Page 137, paragraph 655, portions of lines 10-14 | |
| FoF-CoL | Page 137, paragraph 656, portions of lines 17-19 | |
| FoF-CoL | Page 137, paragraph 657, portion of line 25 | |
| FoF-CoL | Page 142, paragraph 682, portion of line 26 <br><br> Page 143, paragraph 682, portion of line 1 | |
| FoF-CoL | Page 143, paragraph 689, lines 26-28 <br><br> Page 144, paragraph 689, portions of lines 1, 2-6 | |
| FoF-CoL | Page 144, paragraph 693, portion of line 26 | |
| FoF-CoL | Page 145, paragraph 694, portion of line 1 | |
| FoF-CoL | Page 145, paragraph 697, portions of lines 13-14 | |
| FoF-CoL | Page 145, paragraph 698, portions of lines 15-16 | |
| FoF-CoL | Page 145, paragraph 699, portions of lines 17-19 | |
| FoF-CoL | Page 147, paragraph 710, portions of lines 16-19 | |
| FoF-CoL | Page 147, paragraph 711, portions of lines 22-28 <br><br> Page 148, paragraph 148, portions of lines 1-2 | |
| FoF-CoL | Page 150, paragraph 730, portions of lines 25-27 <br><br> Page 151, paragraph 730, portions of lines 1-2 | |
| FoF-CoL | Page 151, paragraph 736, portion of line 28 <br><br> Page 152, paragraph 736, portion of line 1 | |
| FoF-CoL | Page 155, paragraph 756, portion of line 7 | |
| FoF-CoL | Page 155, paragraph 757, portion of lines 11-13 | |
| FoF-CoL | Page 155, paragraph 758, portions of lines 14-17 | |
| FoF-CoL | Page 155, paragraph 760, portion of line 22 | |
| FoF-CoL | Page 155, paragraph 761, portions of lines 24-25 | |
| FoF-CoL | Page 156, paragraph 765, portions of lines 16-17 | |
| FoF-CoL | Page 156, paragraph 766, portions of lines 19-20 | |
| FoF-CoL | Page 156, paragraph 767, portions of lines 26-27 | |
| FoF-CoL | Page 157, paragraph 768, portions of lines 1-3 | |

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| FoF-CoL | Page 157, paragraph 769, portions of lines 5-6 | |
| FoF-CoL | Page 157, paragraph 770, portions of lines 8-9 | |
| FoF-CoL | Page 157, paragraph 772, portions of lines 14-15 | |
| FoF-CoL | Page 157, paragraph 773, portions of lines 17-18 | |
| FoF-CoL | Page 157, paragraph 776, portions of lines 24-26 | |
| FoF-CoL | Page 158, paragraph 777, portions of lines 1-2 | |
| FoF-CoL | Page 158, paragraph 778, line 4 | |
| FoF-CoL | Page 158, paragraph 779, portions of lines 6-8 | |
| FoF-CoL | Page 158, paragraph 780, portions of lines 10-12 | |
| FoF-CoL | Page 158, paragraph 781, portions of lines 13-14 | |
| FoF-CoL | Page 158, paragraph 783, portions of lines 19-20 | |
| FoF-CoL | Page 158, paragraph 784, portions of lines 23-25 | |
| FoF-CoL | Page 159, paragraph 785, portions of lines 1-2 | |
| FoF-CoL | Page 159, paragraph 786, portions of lines 4-6 | |
| FoF-CoL | Page 159, paragraph 788, portions of lines 17-19 | |
| FoF-CoL | Page 159, paragraph 789, portions of lines 21-27 Page 160, paragraph 789, portions of lines 1-2 | |
| FoF-CoL | Page 160, paragraph 790, portions of lines 3-6, 7-8 | |
| FoF-CoL | Page 160, paragraph 793, portions of lines 16-18 | |
| FoF-CoL | Page 161, paragraph 798, portions of lines 5-9 | |

IT IS SO ORDERED.

DATED:_____, 2023

_____
Honorable Jacqueline S. Corley
United States District Judge