UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-02880-JSC<br><br>**ORDER RE NON-PARTY NINTENDO'S MOTIONS FOR PROTECTIVE ORDERS**<br><br>Dkt. Nos. 267, 268. |

Non-party Nintendo of America Inc. ("Nintendo") moves for protective orders "to keep sealed" information designated confidential in Plaintiff FTC's bench brief (Dkt. No. 180-2) and Defendants' proposed pretrial findings of fact and conclusions of law (Dkt. No. 179). (Dkt. Nos. 267, 268.) Nintendo asserts it has not filed statements in support of sealing yet because it has not been able to ascertain what of its information was used by the parties in these documents. The parties are ORDERED to meet and confer with Nintendo and provide the information necessary so that Nintendo can seek sealing of any confidential matters in the parties' filings. Nintendo shall then file a declaration in support of sealing as required under Civil Local Rule 79-5(f). Nintendo's statement in support of sealing is due August 7, 2023.

This Order disposes of Docket Nos. 267 and 268.

**IT IS SO ORDERED.**

Dated: July 24, 2023

JACQUELINE SCOTT CORLEY
United States District Judge