James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Order (Dkt. 333), Plaintiff Federal Trade Commission respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Initial Findings of Fact and Conclusions of Law ("Initial FoF-CoL"). Plaintiff served its Initial FOF-CoL under seal to the Court and Defendants on June 20, 2023 and filed its Initial FOF-CoL in provisionally redacted form on June 22, 2023 (Dkt. 175).

Certain portions of Plaintiff's Initial FoF-CoL contain information that was obtained during the course of discovery in the underlying administrative proceeding, *In re Microsoft Corp. and Activision, Blizzard, Inc.*, FTC Docket No. 9412, and that the producing party designated as Confidential pursuant to the Protective Order Governing Confidential Material entered in the administrative proceeding on December 9, 2022. Such information was obtained from Defendants Microsoft Corp. and Activision Blizzard, Inc. and third parties Amazon.com, Inc.; Google LLC; Nintendo of America Inc.; Nvidia Corporation; Sony Interactive Entertainment LLC; and Valve Corporation.

As detailed below, Plaintiff reasonably expects that interested parties may file confidentiality declarations in support of sealing as required by Local Rule 79-5. Accordingly, Plaintiff has filed under seal:

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 9 | 1 | 24-25 | Defendants |
| 10 | 1 | 27-28 | Defendants |
| 11 | 2 | 1-2 | Defendants |
| 12 | 2 | 4 | Defendants |
| 13 | 2 | 5-6 | Sony |
| 14 | 2 | 9 | Sony |
| 15 | 2 | 11 | Sony |
| 16 | 2 | 13-14 | Defendants |
| 17 | 2 | 16 | Defendants |
| 18 | 2 | 18 | Defendants |
| 19 | 2 | 20 | Defendants |
| 20 | 2 | 22 | Defendants |
| 22 | 2 | 26 | Sony |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 22 | 2 | 26-27 | Defendants |
| 23 | 3 | 2-3 | Sony |
| 23 | 3 | 3-4 | Defendants |
| 24 | 3 | 7 | Sony |
| 25 | 3 | 9-10 | Sony |
| 26 | 3 | 14 | Sony |
| 26 | 3 | 14-15 | Defendants |
| 27 | 3 | 18-19 | Defendants |
| 28 | 3 | 22 | Defendants |
| 29 | 3 | 24-25 | Defendants |
| 30 | 3 | 27 | Defendants |
| 31 | 4 | 1-2 | Nintendo |
| 32 | 4 | 3-4 | Nintendo |
| 33 | 4 | 6-7 | Nintendo |
| 34 | 4 | 10, 11-12 | Nintendo |
| 35 | 4 | 14 | Nintendo |
| 36 | 4 | 16, 17 | Sony |
| 37 | 4 | 18-20 | Defendants |
| 38 | 4 | 21-23 | Sony |
| 39 | 4 | 25, 26 | Sony |
| 40 | 4 | 28 | Defendants |
| 41 | 5 | 3 | Defendants |
| 42 | 5 | 4-7 | Defendants |
| 43 | 5 | 8-10 | Defendants |
| 44 | 5 | 14 | Defendants |
| 44 | 5 | 14-15 | Sony |
| 45 | 5 | 17-18 | Defendants |
| 46 | 5 | 21-22 | Defendants |
| 47 | 5 | 24-25 | Defendants |
| 47 | 5 | 25-26 | Sony |
| 48 | 5-6 | 5:27-6:2 | Nintendo |
| 49 | 6 | 3-5 | Nintendo |
| 50 | 6 | 6-8 | Nintendo |
| 51 | 6 | 9-11 | Nintendo |
| 52 | 6 | 13-14 | Nintendo |
| 53 | 6 | 16 | Nintendo |
| 54 | 6 | 18-19 | Nintendo |
| 55 | 6 | 22 | Nintendo |
| 56 | 6 | 25-26 | Nintendo |
| 56 | 6 | 26-27 | Defendants |
| 57 | 7 | 2-3 | Nintendo |
| 58 | 7 | 5-6, 7 | Nintendo |
| 58 | 7 | 6-7 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

2

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 59 | 7 | 9-13 | Defendants |
| 60 | 7 | 14-15 | Sony |
| 60 | 7 | 16-18 | Defendants |
| 61 | 7 | 19-22 | Defendants |
| 62 | 7 | 24, 25 | Nintendo |
| 62 | 7 | 26, 27 | Defendants |
| 62 | 7 | 26, 27 | Sony |
| 63 | 8 | 3 | Nintendo |
| 64 | 8 | 6 | Defendants |
| 64 | 8 | 6 | Sony |
| 65 | 8 | 8-9 | Defendants |
| 65 | 8 | 8-9 | Nintendo |
| 65 | 8 | 8-9 | Sony |
| 66 | 8 | 10-12 | Defendants |
| 66 | 8 | 10-12 | Nintendo |
| 66 | 8 | 10-12 | Nintendo |
| 66 | 8 | 10-12 | Sony |
| 67 | 8 | 15 | Sony |
| 67 | 8 | 16 | Defendants |
| 68 | 8 | 19-20, 23-26 | Defendants |
| 69 | 8-9 | 8:28-9:1 | Nintendo |
| 70 | 9 | 6, 8-14 | Defendants |
| 71 | 9 | 15-18 | Nintendo |
| 72 | 9 | 19-22 | Nintendo |
| 73 | 9 | 24-25 | Defendants |
| 73 | 9 | 25-26 | Nintendo |
| 75 | 10 | 1-2 | Nintendo |
| 76 | 10 | 4 | Defendants |
| 76 | 10 | 4-7 | Sony |
| 77 | 10 | 8-10 | Nintendo |
| 78 | 10 | 12-13 | Nintendo |
| 79 | 10 | 14-15 | Nintendo |
| 80 | 10 | 16-18 | Nintendo |
| 81 | 10 | 19-23 | Nintendo |
| 82 | 10 | 26-27 | Defendants |
| 84 | 11 | 6-7 | Defendants |
| 84 | 11 | 6-7 | Sony |
| 85 | 11 | 10 | Sony |
| 86 | 11 | 13 | Defendants |
| 87 | 11 | 16, 18, 20-21 | Sony |
| 88 | 11 | 24 | Sony |
| 89 | 11-12 | 89:26, 89:27-90:1 | Sony |
| 90 | 12 | 4-7 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

3

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 91 | 12 | 8-12 | Defendants |
| 92 | 12 | 13-15 | Defendants |
| 93 | 12 | 16-20 | Defendants |
| 94 | 12 | 21-23 | Sony |
| 95 | 12 | 24-26 | Defendants |
| 96 | 13 | 2-3 | Defendants |
| 97 | 13 | 5-8 | Defendants |
| 98 | 13 | 10-11 | Defendants |
| 99 | 13 | 12-14 | Defendants |
| 100 | 13 | 15-16 | Defendants |
| 101 | 13 | 17-18 | Defendants |
| 102 | 13 | 19-20 | Defendants |
| 103 | 13 | 22-25 | Defendants |
| 104 | 13 | 26-27 | Defendants |
| 106 | 14 | 9 | Defendants |
| 107 | 14 | 12 | Defendants |
| 108 | 14 | 13 | Defendants |
| 109 | 14 | 14, 17 | Defendants |
| 110 | 14 | 20 | Defendants |
| 111 | 14 | 21, 22 | Defendants |
| 112 | 14 | 23-24 | Defendants |
| 113 | 14 | 25, 26 | Defendants |
| 114 | 14-15 | 27, 28 | Defendants |
| 114 | 14-15 | 3 | Sony |
| 115 | 15 | 7 | Defendants |
| 116 | 15 | 10 | Defendants |
| 117 | 15 | 13-14, 15-16 | Sony |
| 118 | 15 | 17, 18, 19, 20 | Sony |
| 119 | 15 | 21, 22-23 | Sony |
| 120 | 15-16 | 120:26-27, 121:2 | Sony |
| 121 | 16 | 5-6 | Sony |
| 122 | 16 | 12-13 | Amazon |
| 123 | 16 | 16 | Defendants |
| 124 | 16 | 20 | Defendants |
| 125 | 16 | 23-24 | Nvidia |
| 126 | 16 | 27 | Defendants |
| 126 | 16 | 27 | Nvidia |
| 127 | 17 | 2 | Defendants |
| 127 | 17 | 2-3 | Nvidia |
| 128 | 17 | 6 | Nvidia |
| 129 | 17 | 12 | Nvidia |
| 129 | 17 | 9-12 | Defendants |
| 130 | 17 | 18-19 | Nvidia |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 131 | 17 | 23-26 | Nvidia |
| 133 | 18 | 4 | Defendants |
| 134 | 18 | 6 | Defendants |
| 135 | 18 | 9 | Defendants |
| 137 | 18 | 15-18 | Defendants |
| 138 | 18 | 20 | Defendants |
| 138 | 18 | 22-23 | Sony |
| 139 | 18 | 26-27 | Amazon |
| 140 | 19 | 5 | Nvidia |
| 141 | 19 | 8 | Google |
| 142 | 19 | 9-10 | Google |
| 143 | 19 | 12-13, 14-18 | Defendants |
| 143 | 19 | 18-19 | Sony |
| 144 | 19 | 20-21 | Sony |
| 145 | 19 | 23-24 | Defendants |
| 146 | 19 | 26-27 | Defendants |
| 146 | 20 | 1-2 | Sony |
| 147 | 20 | 4-6 | Defendants |
| 148 | 20 | 7-10 | Defendants |
| 149 | 20 | 11-14 | Defendants |
| 150 | 20 | 17-18 | Defendants |
| 151 | 20 | 21 | Defendants |
| 152 | 20 | 22-25 | Defendants |
| 153 | 20 | 26-27 | Defendants |
| 154 | 21 | 1-5 | Defendants |
| 155 | 21 | 6-7 | Defendants |
| 156 | 21 | 12-15 | Defendants |
| 157 | 21 | 17-21 | Defendants |
| 158 | 21 | 22-25 | Defendants |
| 159 | 21-22 | 159:26-160:2 | Defendants |
| 161 | 22 | 6-12 | Defendants |
| 162 | 22 | 13-16 | Defendants |
| 163 | 22 | 17-24 | Defendants |
| 164 | 22 | 25-26 | Defendants |
| 165 | 23 | 2-3 | Defendants |
| 166 | 23 | 4-6 | Nvidia |
| 167 | 23 | 9-11 | Defendants |
| 168 | 23 | 12-14 | Defendants |
| 169 | 23 | 15-17 | Defendants |
| 171 | 23 | 20-23 | Defendants |
| 172 | 23 | 24-26 | Defendants |
| 173 | 24 | 1-3 | Defendants |
| 174 | 24 | 4-8 | Defendants |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 175 | 24 | 9-12 | Nvidia |
| 176 | 24 | 14-18 | Defendants |
| 177 | 24 | 21-24 | Defendants |
| 178 | 24 | 25-28 | Defendants |
| 179 | 25 | 1-2 | Defendants |
| 180 | 25 | 3-6 | Defendants |
| 181 | 25 | 10-12 | Defendants |
| 181 | 25 | 7-10 | Sony |
| 182 | 25 | 13-14 | Sony |
| 183 | 25 | 17 | Defendants |
| 184 | 25 | 20-24 | Defendants |
| 185 | 25 | 25-28 | Defendants |
| 186 | 26 | 1-3 | Defendants |
| 187 | 26 | 4-6 | Defendants |
| 188 | 26 | 7-8 | Defendants |
| 189 | 26 | 9-14 | Defendants |
| 190 | 26 | 17 | Defendants |
| 191 | 26 | 18-19 | Defendants |
| 192 | 26 | 20, 21 | Defendants |
| 193 | 26 | 22-23 | Defendants |
| 194 | 26 | 24-26 | Defendants |
| 195 | 26-27 | 195:28, 196:1-3 | Defendants |
| 195 | 27 | 1-3 | Defendants |
| 196 | 27 | 4-7 | Defendants |
| 198 | 27 | 9-10 | Defendants |
| 199 | 27 | 14-16 | Defendants |
| 200 | 27 | 18-20 | Sony |
| 201 | 27-28 | 201:26-202:2 | Sony |
| 202 | 28 | 4-5 | Defendants |
| 203 | 28 | 6-7 | Defendants |
| 204 | 28 | 10, 12 | Sony |
| 205 | 28 | 13-14 | Sony |
| 210 | 28 | 26-28 | Sony |
| 211 | 29 | 1-3 | Sony |
| 212 | 29 | 4-5 | Sony |
| 213 | 29 | 6-7 | Sony |
| 214 | 29 | 8-12 | Sony |
| 216 | 29 | 17-19 | Defendants |
| 218 | 30 | 5 | Defendants |
| 218 | 30 | 5-6 | Sony |
| 219 | 30 | 7-11 | Defendants |
| 220 | 30 | 12-15 | Defendants |
| 221 | 30 | 16-18 | Defendants |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 222 | 30 | 19-21 | Defendants |
| 223 | 30 | 22-24 | Defendants |
| 224 | 30 | 25-27 | Sony |
| 225 | 31 | 1-2 | Sony |
| 227 | 31 | 16, 17-20 | Defendants |
| 228 | 31 | 25-27 | Sony |
| 228 | 31-32 | 25, 27-2 | Defendants |
| 229 | 32 | 4, 5 | Defendants |
| 230 | 32 | 6-12 | Nintendo |
| 231 | 32 | 13-16 | Defendants |
| 232 | 32 | 19-20, 21 | Nintendo |
| 233 | 32 | 23-23, 24-25 | Sony |
| 234 | 32-33 | 27-3 | Defendants |
| 234 | 33 | 3-4 | Sony |
| 235 | 33 | 7-11 | Defendants |
| 236 | 33 | 12-15 | Sony |
| 237 | 33 | 20 | Defendants |
| 237 | 33 | 20-21 | Sony |
| 238 | 33 | 23, 26-27 | Defendants |
| 238 | 33 | 25 | Nintendo |
| 239 | 34 | 14-17 | Sony |
| 239 | 34 | 1-6 | Defendants |
| 239 | 34 | 6-9 | Nintendo |
| 240 | 34 | 14-17 | Sony |
| 242 | 34 | 22-26 | Nintendo |
| 243 | 34-35 | 27-3 | Sony |
| 244 | 35 | 12 | Sony |
| 244 | 35 | 4-9 | Defendants |
| 245 | 35 | 13-15 | Nintendo |
| 245 | 35 | 15-20 | Sony |
| 248 | 36 | 7-9 | Defendants |
| 249 | 36 | 10-12 | Defendants |
| 250 | 36 | 13-15 | Defendants |
| 250 | 36 | 13-15 | Nintendo |
| 250 | 36 | 13-15 | Sony |
| 251 | 36 | 16-17 | Defendants |
| 251 | 36 | 16-17 | Nintendo |
| 251 | 36 | 16-17 | Sony |
| 252 | 36 | 20 | Valve |
| 253 | 36 | 22-24 | Nintendo |
| 255 | 37 | 12-18 | Defendants |
| 256 | 37 | 19-21 | Defendants |
| 257 | 37 | 24-27 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

7

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 258 | 38 | 1-5 | Defendants |
| 259 | 38 | 6-8 | Defendants |
| 261 | 38 | 13-18 | Defendants |
| 262 | 38 | 24-25 | Sony |
| 263 | 38 | 26-27 | Defendants |
| 264 | 39 | 1-4 | Sony |
| 265 | 39 | 5-8 | Sony |
| 266 | 39 | 9-15 | Defendants |
| 267 | 39 | 17-21 | Defendants |
| 268 | 39 | 23-28 | Defendants |
| 269 | 40 | 1-6 | Defendants |
| 270 | 40 | 7-17 | Defendants |
| 271 | 40 | 18-20 | Defendants |
| 275 | 41 | 13-18 | Defendants |
| 276 | 41 | 19-22 | Defendants |
| 277 | 41 | 19-22 | Nvidia |
| 278 | 41 | 41:27-42:5 | Amazon |
| 279 | 42 | 6-8 | Google |
| 280 | 42 | 10-17 | Defendants |
| 280 | 42 | 10-17 | Nvidia |
| 281 | 42 | 21-25 | Nvidia |
| 282 | 43 | 2 | Defendants |
| 283 | 43 | 5 | Defendants |
| 284 | 43 | 6-8 | Nvidia |
| 285 | 43 | 9-12 | Defendants |
| 286 | 43 | 13-15 | Defendants |
| 287 | 43 | 16-19 | Defendants |
| 288 | 43 | 20-26 | Defendants |
| 289 | 44 | 1-3 | Defendants |
| 290 | 44 | 4-5 | Defendants |
| 291 | 44 | 6-7 | Defendants |
| 292 | 44 | 8-9 | Defendants |
| 293 | 44 | 13 | Defendants |
| 296 | 45 | 3 | Nvidia |
| 298 | 45 | 10-12 | Defendants |
| 299 | 45 | 13-17 | Defendants |
| 300 | 45 | 18-25 | Defendants |
| 301 | 45 | 45:26-46:2 | Nvidia |
| 308 | 47 | 3-4 | Sony |
| 309 | 47 | 5-7 | Defendants |
| 310 | 47 | 8-10 | Defendants |
| 311 | 47 | 11-12 | Defendants |
| 312 | 47 | 13-15 | Defendants |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 313 | 47 | 16-17 | Defendants |
| 314 | 47 | 18-19 | Defendants |
| 315 | 47 | 22 | Defendants |
| 316 | 48 | 1-3 | Defendants |
| 317 | 48 | 4-6 | Defendants |
| 318 | 48 | 7-9 | Defendants |
| 319 | 48 | 10-12 | Sony |
| 320 | 48 | 13-14 | Sony |
| 321 | 48 | 15-17 | Nvidia |
| 321 | 48 | 15-17 | Sony |
| 322 | 48 | 21-23 | Defendants |
| 323 | 48 | 24-28 | Defendants |
| 324 | 49 | 1-9 | Defendants |
| 325 | 49 | 10-13 | Defendants |
| 326 | 49 | 14-16 | Defendants |
| 327 | 49 | 17-21 | Defendants |
| 328 | 49 | 49:22-50:2 | Defendants |
| 329 | 50 | 3-7 | Defendants |
| 330 | 50 | 8-11 | Defendants |
| 330 | 50 | 8-11 | Sony |
| 331 | 50 | 12-16 | Defendants |
| 332 | 50 | 17-20 | Defendants |
| 333 | 50 | 21-28 | Defendants |
| 334 | 51 | 1-2 | Sony |
| 335 | 51 | 4-7 | Sony |
| 336 | 51 | 8-10 | Sony |
| 337 | 51 | 11-18 | Defendants |
| 338 | 51 | 19-25 | Defendants |
| 339 | 52 | 5-7 | Defendants |
| 340 | 52 | 8-10 | Defendants |
| 341 | 52 | 11-12 | Defendants |
| 343 | 52 | 18-19 | Defendants |
| 344 | 52 | 20-22 | Defendants |
| 345 | 52 | 23-24 | Defendants |
| 346 | 53 | 5-11 | Defendants |
| 347 | 53 | 12-16 | Defendants |
| 349 | 54 | 1-9 | Defendants |
| 350 | 54 | 10-15 | Defendants |
| 351 | 54 | 16-21 | Defendants |
| 352 | 54 | 22-28 | Defendants |
| 353 | 55 | 1-10 | Defendants |
| 354 | 55 | 11-16 | Defendants |
| 355 | 55 | 17-23 | Defendants |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 356 | 55 | 25 | Defendants |
| 356 | 55 | 55:28-56:2 | Sony |
| 357 | 56 | 3-9 | Defendants |
| 358 | 56 | 12-20 | Sony |
| 359 | 56 | 21-25 | Defendants |
| 360 | 56 | 56:26-57:4 | Defendants |
| 362 | 57 | 9-15 | Defendants |
| 363 | 57 | 16-23 | Defendants |
| 364 | 57 | 24-28 | Defendants |
| 365 | 58 | 1-7 | Defendants |
| 367 | 58 | 12-16 | Defendants |
| 368 | 58 | 17-23 | Defendants |
| 369 | 58 | 24-27 | Defendants |
| 370 | 59 | 1-6 | Defendants |
| 371 | 59 | 7-10 | Nvidia |
| 372 | 59 | 11-12 | Nvidia |
| 372 | 59 | 12-16 | Defendants |
| 373 | 59 | 17-20 | Defendants |
| 374 | 59 | 21-24 | Defendants |
| 375 | 59 | 59:25-60:6 | Defendants |
| 376 | 60 | 10-12 | Nvidia |
| 376 | 60 | 7-10 | Defendants |
| 377 | 60 | 13-20 | Defendants |
| 378 | 60 | 21-28 | Defendants |
| 379 | 61 | 4-8 | Nvidia |
| 380 | 61 | 9-12 | Sony |
| 381 | 61 | 13-15 | Sony |
| 381 | 61 | 15-20 | Nvidia |
| 382 | 61 | 21-25 | Sony |
| 383 | 61 | 26-27 | Sony |
| 383 | 61 | 61:27-62:4 | Nvidia |
| 384 | 62 | 5-8 | Nvidia |
| 385 | 62 | 9-12 | Nvidia |
| 386 | 62 | 13-15 | Sony |
| 386 | 62 | 16-26 | Defendants |
| 387 | 62 | 27-28 | Sony |
| 388 | 63 | 5-11 | Defendants |
| 389 | 63 | 12-22 | Defendants |
| 391 | 64 | 2-5 | Defendants |
| 392 | 64 | 6-14 | Defendants |
| 393 | 64 | 15-17 | Defendants |
| 394 | 64 | 18-20 | Defendants |
| 395 | 64 | 21-26 | Defendants |

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 397 | 65 | 5-10 | Defendants |
| 398 | 65 | 11-12 | Defendants |
| 399 | 65 | 14 | Sony |
| 400 | 65 | 15-17 | Defendants |
| 401 | 65 | 18-22 | Defendants |
| 402 | 65 | 23-27 | Defendants |
| 403 | 65 | 65:28-66:5 | Defendants |
| 404 | 66 | 15-16 | Defendants |
| 405 | 66 | 17-21 | Defendants |
| 406 | 66 | 66:22-67:1 | Defendants |
| 407 | 67 | 2-5 | Defendants |
| 408 | 67 | 6-11 | Defendants |
| 409 | 67 | 12-15 | Defendants |
| 410 | 67 | 16-20 | Defendants |
| 411 | 67 | 67:21-68:3 | Defendants |
| 412 | 68 | 5-12 | Defendants |
| 413 | 68 | 15-20 | Defendants |
| 414 | 68 | 21-27 | Defendants |
| 415 | 69 | 1-8 | Defendants |
| 417 | 69 | 19-24 | Defendants |
| 418 | 69 | 69:27-70:3 | Defendants |
| 420 | 70 | 12-23 | Defendants |
| 421 | 70 | 24-26 | Defendants |
| 422 | 70 | 27-28 | Defendants |
| 423 | 71 | 1-4 | Defendants |
| 424 | 71 | 5-17 | Defendants |
| 425 | 71 | 19-20 | Defendants |
| 426 | 71 | 23, 25 | Defendants |
| 427 | 71 | 27 | Defendants |
| 428 | 72 | 2-6 | Defendants |
| 429 | 72 | 7-14 | Defendants |
| 430 | 72 | 17-26 | Defendants |
| 431 | 72 | 72:28, 73:2-4 | Sony |
| 432 | 73 | 6-13 | Defendants |
| 433 | 73 | 14-21 | Defendants |
| 434 | 73 | 73:22-74:2 | Defendants |
| 435 | 74 | 3-8 | Defendants |
| 436 | 74 | 9-15 | Defendants |
| 437 | 74 | 16-21 | Defendants |
| 438 | 74 | 74:22-75:1 | Sony |
| 439 | 75 | 3-4 | Defendants |
| 440 | 75 | 7-8 | Defendants |
| 441 | 75 | 16 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

11

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 442 | 75 | 18-19 | Defendants |
| 443 | 75 | 20-24 | Defendants |
| 444 | 75 | 26-27 | Defendants |
| 445 | 76 | 1-3 | Defendants |
| 446 | 76 | 6-7 | Defendants |
| 447 | 76 | 10 | Defendants |
| 449 | 76 | 14-17 | Defendants |
| 450 | 76 | 18-22 | Defendants |
| 452 | 76 | 76:28-77:1 | Defendants |
| 452 | 77 | 5-8 | Defendants |
| 453 | 77 | 13 | Defendants |
| 454 | 77 | 17-20 | Defendants |
| 455 | 77 | 21-26 | Defendants |
| 456 | 77 | 77:27-78:3 | Defendants |
| 457 | 78 | 5-9 | Defendants |
| 458 | 78 | 10-11 | Defendants |
| 458 | 78 | 11-13 | Nvidia |
| 459 | 78 | 14-16 | Nvidia |
| 460 | 78 | 18-21 | Defendants |
| 461 | 78 | 23-25 | Defendants |
| 462 | 78 | 78:27-79:2 | Defendants |
| 463 | 79 | 4-10 | Defendants |
| 464 | 79 | 11-17 | Defendants |
| 465 | 79 | 19-20 | Defendants |
| 466 | 79 | 23-27 | Defendants |
| 467 | 80 | 3-5 | Defendants |
| 468 | 80 | 6-7 | Defendants |
| 468 | 80 | 7-10 | Nvidia |
| 469 | 80 | 11-13 | Defendants |
| 470 | 80 | 19 | Sony |
| 470 | 80 | 19-20 | Nvidia |
| 471 | 80 | 23 | Nvidia |
| 472 | 80 | 26-27 | Sony |
| 473 | 81 | 1-7 | Sony |
| 474 | 81 | 11 | Sony |
| 474 | 81 | 8-9, 12-13 | Defendants |
| 475 | 81 | 14-16 | Sony |
| 476 | 81 | 17-21 | Sony |
| 477 | 81 | 22-25 | Sony |
| 478 | 81 | 81:26-82:2 | Sony |
| 479 | 82 | 3-5 | Sony |
| 480 | 82 | 9 | Defendants |
| 481 | 82 | 10-15 | Sony |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 482 | 82 | 17-19 | Nvidia |
| 483 | 82 | 20-23 | Nvidia |
| 484 | 82 | 24-26 | Nvidia |
| 485 | 82 | 82:27-83:2 | Nvidia |
| 487 | 83 | 12-14 | Defendants |
| 488 | 83 | 15-17 | Valve |
| 488 | 83 | 18-20 | Defendants |
| 488 | 83 | 18-20 | Sony |
| 489 | 83 | 21-26 | Defendants |
| 490 | 83 | 27-28 | Defendants |
| 492 | 84 | 7-8 | Sony |
| 493 | 84 | 9-11 | Nvidia |
| 494 | 84 | 12-20 | Defendants |
| 495 | 84 | 84:27-85:2 | Google |
| 495 | 85 | 2-4 | Amazon |
| 496 | 85 | 5-7 | Defendants |
| 497 | 85 | 8-9 | Defendants |
| 498 | 85 | 11-12 | Nvidia |
| 499 | 85 | 13-17 | Defendants |
| 500 | 85 | 20-21 | Defendants |
| 501 | 85 | 22-23 | Defendants |
| 502 | 85 | 24-27 | Defendants |
| 504 | 86 | 6-11 | Defendants |
| 505 | 86 | 13-15 | Defendants |
| 506 | 86 | 16-26 | Defendants |
| 506 | 86 | 17-26 | Nintendo |
| 507 | 86 | 27-28 | Defendants |
| 507 | 87 | 1-3 | Defendants |
| 508 | 87 | 6-8 | Defendants |
| 509 | 87 | 11-17 | Defendants |
| 510 | 87 | 18-23 | Defendants |
| 513 | 88 | 5-8 | Defendants |
| 514 | 88 | 10-15 | Defendants |
| 516 | 88 | 22-25 | Nintendo |
| 517 | 88 | 26-28 | Defendants |
| 519 | 89 | 5-7 | Nintendo |
| 520 | 89 | 8-10 | Defendants |
| 521 | 89 | 11-17 | Defendants |
| 522 | 89 | 18-22 | Nintendo |
| 523 | 89 | 23-25 | Defendants |
| 524 | 89 | 26-27 | Defendants |
| 525 | 90 | 1-3 | Defendants |
| 526 | 90 | 4-7 | Defendants |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

13

| Paragraph | Page(s) | Line(s) | Party |
|---|---|---|---|
| 527 | 90 | 8-10 | Defendants |
| 529 | 90 | 16-18 | Nvidia |
| 530 | 90 | 19-21 | Defendants |
| 531 | 90 | 22-24 | Defendants |
| 532 | 90 | 25-27 | Defendants |
| 533 | 91 | 1-3 | Defendants |
| 534 | 91 | 4-6 | Defendants |
| 535 | 91 | 8-10 | Defendants |
| 535 | 91 | 8-10 | Nvidia |
| 536 | 91 | 11-13 | Defendants |
| 536 | 91 | 11-13 | Nvidia |
| 537 | 91 | 14-16 | Defendants |
| 538 | 91 | 17-19 | Defendants |
| 539 | 91 | 20-22 | Defendants |
| 540 | 91 | 23-26 | Defendants |
| 541 | 92 | 1-3 | Defendants |
| 542 | 92 | 4-7 | Defendants |
| 543 | 92 | 12-15 | Sony |
| 543 | 92 | 9 | Defendants |
| 544 | 92 | 16-19 | Sony |
| 545 | 92 | 20-28 | Sony |
| 546 | 93 | 1-7 | Sony |
| 547 | 93 | 8-9 | Sony |
| 548 | 93 | 10-12 | Sony |
| 549 | 93 | 13-14 | Sony |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).

Plaintiff takes no position on the merits of sealing any material designated as confidential by a producing party.

Pursuant to Civil Local Rule 79-5(d), the unredacted version of Plaintiff's Initial FoF-CoL is attached to this Administrative Motion. Pursuant to Local Rule 7-11, Plaintiff has filed a Proposed Order with this Administrative Motion.

Dated: July 31, 2023

Respectfully submitted,

/s/ *James H. Weingarten*
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-2880-JSC

15