**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.**, <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 8 <br> Judge: Honorable Jacqueline Scott Corley |

1  Plaintiff Federal Trade Commission ("FTC") has filed, pursuant to Civil Local Rule 79-5(f)(3), an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Initial Proposed Findings of Fact and Conclusions of Law (Dkt. No. 175). Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Microsoft Corporation, and/or Defendant Activision Blizzard, Inc., or by third parties Amazon.com, Inc., Google LLC, Nintendo of America Inc., Nvidia Corporation, Sony Interactive Entertainment LLC, and/or Valve Corporation;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of Plaintiff's Initial Proposed Findings of Fact and Conclusions of Law (Dkt. No. 175) shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Plaintiff FTC's Initial Proposed Findings of Fact and Conclusions of Law within 7 days of entry of this Order.

Dated: _____, 2023

_____
Honorable Judge Corley
United States District Judge
Northern District of California