1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ognjen Zivojnovic (Bar No. 307801)
2  ogizivojnovic@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
4  Facsimile:     (415) 875-6700
   Michael D. Bonanno (*pro hac vice*)
5  mikebonanno@quinnemanuel.com
   1300 I Street NW, Suite 900
6  Washington, D.C. 20005
   Telephone:    (202) 538-8000
7  Facsimile:     (202) 538-8100
8
9  *Attorneys for NVIDIA Corporation*

10

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13

14  FEDERAL TRADE COMMISSION,          CASE NO. 3:23-cv-2880

15              Plaintiff,             **DECLARATION OF AZADEH
                                       MORRISON IN SUPPORT OF NVIDIA
16        vs.                          CORPORATION'S STATEMENT IN
                                       SUPPORT OF SEALING REGARDING
17                                     ADMINISTRATIVE MOTION TO
    MICROSOFT CORP.                    CONSIDER WHETHER ANOTHER
18                                     PARTY'S MATERIAL SHOULD BE
    and                                SEALED (ECF 336)**
19
20  ACTIVISION BLIZZARD, INC.,

21              Defendants.            The Honorable Jacqueline Scott Corley

22

23

24

25

26

27

28

### Declaration of Azadeh Morrison

I, Azadeh Morrison, declare as follows:

1.      I am Senior Litigation Counsel at NVIDIA Corporation ("NVIDIA"), and I work closely with the GeForce NOW business.  I have knowledge of the facts set forth in this declaration.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of NVIDIA's statement in support of sealing portions of the FTC's initial proposed findings of fact and conclusions of law.

3.      Specifically, NVIDIA seeks to keep under seal the portions of the FTC's initial proposed findings of fact and conclusions of law that directly reference and quote from confidential NVIDIA materials, as reflected in the following table:

| Portions To Be Kept Sealed | Confidential NVIDIA Materials Referenced/Quoted |
|---|---|
| P. 41, ¶ 277, Lines 19-22 | PX3069 |
| PP. 45-46, ¶ 301, Lines 45:26-46:2 | PX2186 |
| P. 62, ¶ 384, Lines 9-12 | PX7062 |
| P. 78, ¶ 459, Lines 14-16 | PX8000 |
| P. 80, ¶ 468, Lines 7-10 | PX7060 |
| P. 82, ¶ 484, Lines 24-26 | PX8000 |
| PP. 82-83, ¶ 485, Lines 82:27-83:2 | PX8000 |
| P. 85, ¶ 498, Lines 11-12 | PX7060 |
| P. 90, ¶ 529, Lines 16-18 | PX7060 |
| P. 91, ¶ 535, Lines 8-10 | PX1781 |
| P. 91, ¶ 536, Lines 11-13 | PX1781 |

4.      PX1781 is an existing confidential agreement between NVIDIA and Microsoft, the terms of which are highly sensitive and nonpublic.  Portions of the FTC's initial proposed findings of fact and conclusions of law directly reference the confidential terms of this agreement.

5.      PX2186 is an email exchange that contains an email between NVIDIA and Activision employees attaching an NVIDIA presentation entitled "GeForce NOW The Next Level January 2020." Portions of the FTC's initial proposed findings of fact and conclusions of law directly reference Page -008 of PX2186, which describes nonpublic information regarding NVIDIA's market projections.

6.      PX3069 is an internal NVIDIA presentation entitled "GFN Review January 8, 2021." Portions of the FTC's initial proposed findings of fact and conclusions of law directly reference

-1-

DECLARATION OF AZADEH MORRISON IN SUPPORT OF NVIDIA CORPORATION'S STATEMENT IN SUPPORT OF SEALING REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 336)

1   Page -008 of PX3069, which describes nonpublic information regarding NVIDIA's subscription

2   pricing information and internal competitive analyses.

3        7.      PX7060 is the transcript of a deposition of an NVIDIA executive taken during the

4   FTC's investigation of Microsoft's acquisition of Activision.  The FTC's initial proposed findings

5   of fact and conclusions of law directly reference and quote from the following parts of PX7060:

6   48:14-18 and 104:9-15.  These parts describe nonpublic information concerning NVIDIA's cloud

7   gaming service, GeForce NOW, including NVIDIA's negotiations of its existing agreement with

8   Microsoft as well as NVIDIA's data centers and technological capabilities.

9        8.      PX7062 is the transcript of a deposition of an NVIDIA executive taken during the

10   FTC's investigation of Microsoft's acquisition of Activision.  The FTC's proposed findings directly

11   reference and quote from PX7062 at 34:13-35:18, which describes nonpublic information

12   concerning GeForce NOW, including negotiations and relationships with game developers.

13       9.      PX8000 is the declaration of an NVIDIA executive submitted to the FTC during the

14   FTC's investigation of Microsoft's acquisition of Activision.  The FTC's proposed findings directly

15   reference and quote from Pages 009-010 as well as ¶¶ 44 and 49 of PX8000, which describe

16   nonpublic information concerning GeForce NOW, including NVIDIA's negotiations and

17   relationship with a game publisher and internal analyses regarding its negotiations.

18       10.     Information about NVIDIA's contract terms, business negotiations, data centers and

19   technological capabilities, subscription and financial information, internal analyses, projections, and

20   strategy is highly confidential.  NVIDIA keeps this information secret.  Information about GeForce

21   NOW strategy are not shared outside of NVIDIA.  Information regarding plans for launching games

22   on GeForce NOW may be shared with publishers and other business partners, but only under non-

23   disclosure agreements.  Information about agreements is not shared outside of NVIDIA, other than

24   with the counterparty to an agreement.

25       11.     NVIDIA would be harmed by public disclosure of this highly confidential

26   information.  The market for streaming video games is competitive and rapidly growing, with

27   several existing competitors and many potential participants.  Both current and potential competitors

28   could use the highly confidential information, which reveals NVIDIA's business performance,

DECLARATION OF AZADEH MORRISON IN SUPPORT OF NVIDIA CORPORATION'S STATEMENT IN
SUPPORT OF SEALING REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED (ECF 336)

1   strategy, and business decision-making, to gain an unfair advantage in the marketplace.

2       12.   I declare under penalty of perjury under the laws of the United States of America that

3   the foregoing is true and correct and that this declaration was executed on August 4, 2023 in Los

4   Gatos, California.

5   DATED:  August 4, 2023

6

7                                                        By

8                                                           AZADEH MORRISON

DECLARATION OF AZADEH MORRISON IN SUPPORT OF NVIDIA CORPORATION'S STATEMENT IN
SUPPORT OF SEALING REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED (ECF 336)