**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>MICROSOFT CORP.,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>                    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 336]**<br><br>Judge: Hon. Jacqueline Scott Corley |

This matter came before the Court on Plaintiff Federal Trade Commission's ("FTC") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 336). Having considered the FTC's Motion, Defendant Activision Blizzard, Inc.'s Statement in Response, and the Declaration of Page Robinson, the Court hereby orders that the Motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| Findings of Fact | Page 7, paragraph 61, portions of lines 20-22 | |
| Findings of Fact | Page 8, paragraph 68, portions of lines 23-26 | |
| Findings of Fact | Page 9, paragraph 70, portions of lines 8-14 | |
| Findings of Fact | Page 9, paragraph 73, portion of line 24 | |
| Findings of Fact | Page 24, paragraph 174, portions of lines 4-8 | |
| Findings of Fact | Page 26, paragraph 188, portions of lines 7-8 | |
| Findings of Fact | Page 27, paragraph 198, portion of line 10[1] | |
| Findings of Fact | Page 28, paragraph 203, portion of line 6[2] | |
| Findings of Fact | Page 28, paragraph 210, portion of line 27[3] | |
| Findings of Fact | Page 29, paragraph 211, portions of lines 1-2[4] | |
| Findings of Fact | Page 29, paragraph 212, portion of line 4 | |
| Findings of Fact | Page 29, paragraph 213, portion of line 6[5] | |
| Findings of Fact | Page 29, paragraph 214, portion of line 11[6] | |
| Findings of Fact | Page 41, paragraph 276, portions of lines 19-22 | |
| Findings of Fact | Page 49, paragraph 324, portions of lines 1-8 | |
| Findings of Fact | Page 49, paragraph 325, portions of lines 10-12 | |
| Findings of Fact | Page 49, paragraph 328, portions of lines 23-28 Page 50, paragraph 328, portion of line 1 | |
| Findings of Fact | Page 50, paragraph 330, portions of lines 8-11 | |
| Findings of Fact | Page 50, paragraph 333, portions of lines 21-24 | |
| Findings of Fact | Page 51, paragraph 335, portions of lines 5-6[7] | |
| Findings of Fact | Page 51, paragraph 336, portions of lines 8-9 | |
| Findings of Fact | Page 51, paragraph 338, portions of lines 19-22, 25 | |
| Findings of Fact | Page 56, paragraph 360, portions of lines 26-28 | |

---

[1] Only the amount listed in this portion shall remain under seal.

[2] Only the amount listed in this portion shall remain under seal.

[3] Only the percentage listed in this portion shall remain under seal.

[4] Only the amounts listed in this portion shall remain under seal.

[5] Only the amount of time listed in this portion shall remain under seal.

[6] Only the percentage listed in this portion shall remain under seal.

[7] Only the amounts listed in this portion shall remain under seal.

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
|  | Page 57, paragraph 360, portions of lines 1-4 |  |
| Findings of Fact | Page 77, paragraph 454, portions of lines 17-20 |  |
| Findings of Fact | Page 78, paragraph 459, portions of lines 14-16 |  |
| Findings of Fact | Page 78, paragraph 460, portions of lines 18-21 |  |
| Findings of Fact | Page 78, paragraph 461, portions of lines 23-25 |  |
| Findings of Fact | Page 79, paragraph 464, portions of lines 11-17 |  |
| Findings of Fact | Page 82, paragraph 484, portions of lines 24-25 |  |
| Findings of Fact | Page 84, paragraph 494, portions of lines 16-17 |  |
| Findings of Fact | Page 87, paragraph 510, portions of lines 18-23 |  |
| Findings of Fact | Page 89, paragraph 521, portions of lines 14-17 |  |

IT IS SO ORDERED.

DATED: _____, 2023

_____
Honorable Jacqueline Scott Corley
United States District Judge