UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP.,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendants. | Case No. 3:23-cv-2880<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 336)**<br><br>The Honorable Jacqueline Scott Corley |

### **[Proposed] Order**

Having considered Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 336), and Sony Interactive Entertainment LLC's ("SIE's") accompanying statement in support, the Court hereby orders that the following materials are restricted from public disclosure in the manner requested by SIE:

| FTC's Findings (ECF 175) (Paragraph) Pages:Lines | | | |
|---|---|---|---|
| | (76) 10:4-7 | (224) 30:25-27 | (383) 61:26-27 |
| | (89) 11:26 | (236) 33:12-15 | (470) 80:19 |
| | (89-90) 11:27-12:1 | (239) 34:14-17 | (475) 81:14-16 |
| | (94) 12:21-23 | (240) 34:14-17 | (476) 81:17-21 |
| | (119) 15:21 | (243) 34:27-35:3 | (479) 82:3-5 |
| | (119) 15:22-23 | (264) 39:1-4 | (481) 82:10-15 |
| | (210) 28:26-28 | (265) 39:5-8 | (488) 83:18-20 |
| | (211) 29:1-3 | (330) 50:8-11 | (544) 92:16-19 |
| | (212) 29:4-5 | (335) 51:4-7 | (545) 92:20-28 |
| | (213) 29:6-7 | (336) 51:8-10 | (546) 93:1-7 |
| | (214) 29:8-12 | (356) 55:28-56:2 | (547) 93:8-9 |
| | | (382) 61:21-25 | (548) 93:10-12 |
| | | | (549) 93:13-14 |

**IT IS SO ORDERED.**

DATED: _____  _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-2880