1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION

11 | FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING OMNIBUS ADMINISTRATIVE MOTION TO SEAL TRIAL EXHIBITS PURSUANT TO COURT ORDER (ECF NO. 335)**
13 | v. |
14 | MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., |
15 | |
16 | Defendants. |
17 | | Dept.:     Courtroom 8—19th Floor<br>Judge:     Honorable Jacqueline S. Corley

18
19
20
21
22
23
24
25
26
27
28

Having considered Defendant Microsoft Corporation, Defendant Activision Blizzard Inc., and the third parties' (collectively, "Designating Parties") Omnibus Administrative Motion to Seal Trial Exhibits Pursuant to Court Order (ECF No. 335), the Court hereby orders that the Motion is **GRANTED** as follows:

## I.   EXHIBITS DESIGNATED BY ACTIVISION

| Exhibit | Location Admitted / Cited | Designating Party | *In Camera* Treatment Requested | Location of Original Declaration in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| PX2094 | Opinion at 11 | Activision | *In camera* | ECF No. 205 at 7 | |
| PX2133 | 6/28/23 Tr. (Kotick), at 754:17–18 | Activision | Redacted | ECF No. 205 at 8 | |
| PX2138 | Opinion at 47 | Activision | *In camera* | ECF No. 205 at 9 | |

| Exhibit | Location Admitted / Cited | Designating Party | *In Camera* Treatment Requested | Location of Original Declaration in Support of Sealing | Ruling |
|---|---|---|---|---|---|
| PX2167 | Opinion at 29 | Activision | *In camera* | ECF No. 205 at 10 | |
| PX2421 | 6/28/23 Tr. (Kotick), at 771:3–4 | Activision | Redacted | ECF No. 205 at 17 | |

## II. EXHIBITS DESIGNATED BY GOOGLE

| Exhibit No. | Location Admitted / Cited | Designating Party | *In Camera* Treatment Requested (Pages:Lines or Exhibit) | Ruling |
|---|---|---|---|---|
| PX8003 | Plaintiff's Proposed Findings of Fact and Conclusions of Law at ECF No. 175; Statement Identifying Witnesses and Exhibits to be Used June 23, 2023 at ECF No. 193; Plaintiff's Final Findings of Fact and Conclusions of Law at Dkt. No. 309. | Google LLC | (¶2:10-11; ¶15:10) | |
| | | | (¶9;¶20:1-2; ¶21:5) | |
| | | | (¶21:8) | |
| PX7063 | Statement Identifying Witnesses and Exhibits to be Used June 23, 2023 at ECF No. 193. | Google LLC | (13:23-14:4) | |
| | | | (19:21-20:16) | |
| | | | (31:15-35:2) | |
| | | | (41:16-42:10; 46:5-48:2) | |
| | | | (43:11) | |
| | | | (56:24-57:2; 57:10-12) | |
| | | | (84:1-85:16; 87:15-88:21) | |
| | | | (141:19-21; 142:6-21) | |
| PX3058 | Plaintiff's Final Findings of Fact and Conclusions of Law at Dkt. No. 309. | Google LLC | (email addresses) | |

## III.    EXHIBITS DESIGNATED BY MICROSOFT

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX0003 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion) | |
| PX0006 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion) | |
| PX0014 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX0038 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1025 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1065 | *In camera* treatment requested | Microsoft | Trial Day 2: 306:13; Dkt. 327 (Preliminary Injunction Opinion) | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX1070 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1075 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1087 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1102 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1110 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion) | |
| PX1136 | Proposed redactions submitted to Court | Microsoft | Trial Day 3; Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|--------------------------------|-------------------|------------------------|--------|
| | | | public opinion. | |
| PX1145 | *In camera* treatment requested | Microsoft | Trial Day 2: 299:16; Dkt. 224 (Lee Decl.) | |
| PX1151 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 941:24 | |
| PX1154 | Previously ruled *in camera*; proposed redactions submitted to Court in light of public opinion cite | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion) Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1240 | Previously ruled *in camera*; proposed redactions submitted to Court in light of public opinion cite | Microsoft | Trial Day 5: 936:12; Dkt. 327 (Preliminary Injunction Opinion) Proposed redactions do not include the portions cited in the Court's public opinion. | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX1274 | Proposed redactions submitted to Court | Microsoft | Trial Day 4: 833:12 | |
| PX1275 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1283 | Proposed redactions submitted to Court in light of public opinion cite | Microsoft | N/A (noticed only); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1324 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1425 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1471 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX1476 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1516 | Previously *in camera*; Proposed redactions submitted to Court in light of public opinion cite | Microsoft | N/A (noticed only); Dkt. 327 (Preliminary Injunction Opinion) Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1517 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1529 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1538 | Proposed redactions submitted to Court in light of public opinion cite | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion) Proposed redactions do not include the portions cited in the Court's public opinion. | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX1571 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1603 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1613 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1624 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1747 | *In camera* treatment requested | Microsoft | Trial Day 4: 829:19 | |
| PX1763 | Proposed redactions submitted to Court in light of public opinion cite | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX1777 | Previously *in camera*; Proposed redactions submitted to | Microsoft | Trial Day 4: 845:23; Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| | Court in light of public opinion cite | | cited in the Court's public opinion. | |
| PX1828 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1877 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1889 | *In camera* treatment requested | Microsoft | Trial Day 2: 285:11 | |
| PX1897 | *In camera* treatment requested | Microsoft | Trial Day 2: 331:11 | |
| PX1949 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1950 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|--------------------------------|-------------------|------------------------|--------|
| PX1951 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX1966 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 978:2 | |
| PX3109 | Previously *in camera*; Proposed redactions submitted to Court in light of public opinion cite | Microsoft | Trial Day 3: 34:4; Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX4005 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4028 | *In camera* treatment requested | Microsoft | Trial Day 5: 929:17 | |
| PX4029 | *In camera* treatment requested | Microsoft | Trial Day 5: 929:17 | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX4066 | Proposed redactions submitted to Court | Microsoft | Trial Day 4: 840:16 | |
| PX4157 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4267 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4303 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4334 | Proposed redactions submitted to Court | Microsoft | Trial Day 2: 232:2; Trial Day 5: 988:21 | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|--------------------------------|-------------------|-------------------------|--------|
| PX4341 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 1003:14 | |
| PX4344 | Proposed redactions submitted to Court | Microsoft | Trial Day 2: 244:24; Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX4351 | Proposed redactions submitted to Court | Microsoft | Trial Day 1: 66:23 | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|------------------------------------|-------------------|-------------------------|--------|
| PX4430 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4505 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4629 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4647 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4673 | *In camera* treatment requested | Microsoft | Dkt. 224 (Lee Decl.) | |
| PX4695 | Proposed redactions submitted to Court | Microsoft | Dkt. 224 (Lee Decl.) | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---|---|---|---|---|
| PX5000 | Continued *in camera* treatment requested | Microsoft | Trial Day 3: 653:3; Dkt. 327 (Preliminary Injunction Opinion) | |
| PX7011 | Previously *in camera*; Proposed excerpt and redactions submitted to Court in light of public opinion cites | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX7014 | Previously *in camera*; Proposed excerpt and redactions submitted to Court in light of public opinion cites | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |
| PX7046 | Previously *in camera*; Proposed excerpt and redactions submitted to Court in light of public opinion cite | Microsoft | Dkt. 224 (Lee Decl.); Dkt. 327 (Preliminary Injunction Opinion)<br><br>Proposed redactions do not include the portions cited in the Court's public opinion. | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|--------------------------------|-------------------|-------------------------|--------|
| RX1080 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 929:17 | |
| RX1105 | *In camera* treatment requested | Microsoft | Trial Day 5: 929:18 | |
| RX1120 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 1049:16 | |
| RX1128 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 1049:16 | |
| RX1133 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 1049:16 | |
| RX1137 | Previously *in camera*; Proposed redactions submitted to Court in light of public opinion cite | Microsoft | Trial Day 5: 1040:1; Dkt. 327 (Preliminary Injunction Opinion) Proposed redactions do not include the portions cited in the Court's public opinion. | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|--------------------------------|-------------------|-------------------------|--------|
| RX1140 | *In camera* treatment requested | Microsoft | Trial Day 5: 1049:17 | |
| RX1154 | Proposed redactions submitted to Court | Microsoft | Trial Day 5: 1049:17 | |
| RX1211 | Continued *in camera* treatment requested | Microsoft | Trial Day 1: 178:14; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX1212 | Continued *in camera* treatment requested | Microsoft | Trial Day 1: 172:23; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX1245 | Continued *in camera* treatment requested | Microsoft | Dkt. 228 (Wright Stip.); Dkt. 327 (Preliminary Injunction Opinion) | |
| RX2170 | Continued *in camera* treatment requested | Microsoft | Trial Day 2: 444:20; Dkt. 327 (Preliminary Injunction Opinion) | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|-------------------------------|-------------------|------------------------|--------|
| RX3024 | Continued *in camera* treatment requested | Microsoft | Trial Day 1: 181:14; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX3025 | Continued *in camera* treatment requested | Microsoft | Trial Day 1: 181:25; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX3027 | Continued *in camera* treatment requested | Microsoft | Trial Day 1: 183:15; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX3166 | Previously *in camera*; Proposed redactions submitted to Court in light of public opinion cite | Microsoft | Trial Day 5: 1049:17; Dkt. 327 (Preliminary Injunction Opinion)  Proposed redactions do not include the portions cited in the Court's public opinion. | |
| RX5046 | Proposed redactions submitted to Court | Microsoft | Trial Day 2: 437:22; Dkt. 327 (Preliminary Injunction Opinion)  Proposed redactions do not include the portions cited in the Court's public opinion. | |
| RX5054 | Proposed redactions submitted to Court | Microsoft | Trial Day 3: 591:6; Dkt. 327 (Preliminary Injunction Opinion)  Proposed redactions do not include the portions cited in the Court's public opinion. | |

| Exhibit | Portions to Be Filed Under Seal | Designating Party | Location Admitted/Cited | Ruling |
|---------|---------------------------------|-------------------|-------------------------|--------|
| RX5055 | Continued *in camera* treatment requested | Microsoft | Trial Day 4: 821:16; Dkt. 327 (Preliminary Injunction Opinion) | |
| RX5056 | Continued *in camera* treatment requested | Microsoft | Trial Day 4: 915-12; Dkt. 327 (Preliminary Injunction Opinion) | |

## IV. EXHIBITS DESIGNATED BY NOA

| Exhibit No. | Portion of Document Sought to be Sealed | Ruling |
|---|---|---|
| PX3218 | Entire document. | |
| PX3225 | Attachment to email. <br><br> • PX3225-002 to PX3225-005. | |
| PX3233 | Attachment to email. <br><br> • PX3233-002 to PX3233-005. | |
| PX3234 | Entire document. | |
| All NOA Exhibits | All NOA email addresses. | |

## V.     EXHIBITS DESIGNATED BY SIE

| Exhibit | Information Requested to Be Maintained Under Seal | Ruling |
|---|---|---|
| RX0020 | Redacted version provided to Court | |
| RX0070 | Redacted version provided to Court | |
| RX0075 | Redacted version provided to Court | |
| RX2069 | Redacted version provided to Court | |
| RX2098 | Redacted version provided to Court | |
| RX2163 | Redacted version provided to Court | |
| PX3080 | Entire exhibit | |
| RX5000 | Redacted version provided to Court | |

IT IS SO ORDERED.

DATED:_____, 2023        _____

Honorable Jacqueline S. Corley
United States District Judge