James H. Weingarten, DC Bar No. 985070
Peggy Bayer Femenella, DC Bar No. 472770
James Abell, DC Bar No. 990773
Cem Akleman, FL Bar No. 107666
Jennifer Fleury, NY Bar No. 5053178
Meredith R. Levert, DC Bar No. 498245
James Gossmann, DC Bar No. 1048904
Amanda L. Butler, IL Bar No. 6299218
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayer@ftc.gov:
jabell@ftc.gov; cakleman@ftc.gov;
jfleury@ftc.gov; mlevert@ftc.gov;
jgossmann@ftc.gov; abutler2@ftc.gov*

Erika Wodinsky, Cal. Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*ewodinsky@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MICROSOFT CORP.** <br><br> and <br><br> **ACTIVISION BLIZZARD, INC.,** <br><br> Defendants. | Case No. 3:23-cv-2880-JSC <br><br> **DIRECT TESTIMONY OF ROBIN S. LEE, PHD** <br><br> **REVISED REDACTIONS TO DOCUMENT FILED UNDER SEAL** |

Plaintiff, the Federal Trade Commission, initially filed the Direct Testimony of Robin S. Lee, Ph.D. ("Lee Testimony") (Dkt. No. 224) and an accompanying Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 226) on June 25, 2023. Pursuant to Order Re: Administrative Motions to Seal Regarding Expert Testimony of Prof. Robin S. Lee and Dr. Dennis W. Carlton (Dkt. No. 348), Plaintiff now respectfully files this redacted version of the Lee Testimony, with revised redactions consistent with the Court's Order regarding the sealing of party and non-party information. Plaintiff has previously provided this court with an unredacted version of the Lee Testimony.

Dated: August 18, 2023

Respectfully submitted,

/s/ James H. Weingarten
James H. Weingarten
Peggy Bayer Femenella
James Abell
Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda L. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

DIRECT TESTIMONY OF ROBIN S. LEE, PHD. REVISED REDACTIONS TO DOCUMENT FILED UNDER SEAL.
CASE NO. 3:23-CV-2880-JSC

1

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*

DIRECT TESTIMONY OF ROBIN S. LEE, PHD. REVISED REDACTIONS TO DOCUMENT FILED UNDER SEAL.
CASE NO. 3:23-CV-2880-JSC