FILED

AUG 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff-Appellant,<br><br>   v.<br><br>MICROSOFT CORPORATION;<br>ACTIVISION BLIZZARD, INC.,<br><br>         Defendants-Appellees. | No.   23-15992<br><br>D.C. No. 3:23-cv-02880-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 34) to file under seal the unredacted opening brief and Volume 3 of the excerpts of record is granted, subject to reconsideration by the merits panel.  The Clerk will publicly file the motion to seal (Docket Entry No. 34-1) and Volumes 1 and 2 of the excerpts of record (Docket Entry No. 35).  The Clerk will file under seal the unredacted opening brief (Docket Entry No. 34-2) and Volume 3 of the excerpts of record (Docket Entry No. 34-3).

Within 21 days of this order, appellant must submit for public filing a redacted version of the opening brief that tracks the redactions in highlighted text in Docket Entry No. 34-2.  The page numbering and citations in the public version

2

must remain the same as in the sealed version.

The existing briefing schedule remains in effect.