LEIGH L. OLIVER (admitted *pro hac vice*)
CLIFFORD CHANCE US LLP
2001 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 912-5905
Facsimile: (202) 912-6000
Email: leigh.oliver@cliffordchance.com

JEFFREY M. DAVIDSON (SBN 248620)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com

*Counsel for Non-Party Amazon.com Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP**.<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.**,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**DECLARATION OF ANDREW WATTS IN SUPPORT IN SUPPORT OF AMAZON'S PORTIONS OF OMNIBUS ADMINISTRATIVE MOTION TO SEAL PLEADINGS PURUSANT TO COURT ORDER (ECF NO. 347)** |

I, Andrew Watts, declare as follows:

1. I am Corporate Counsel at Amazon.com, Inc. ("Amazon"). In the course of my role at Amazon, I have become familiar with Amazon's practices regarding the protection of its trade secrets and other confidential and proprietary business information discussed below. I have personal knowledge of the facts set forth in this declaration.

2. I submit this Declaration in support of Amazon's portions of the Omnibus Administrative Motion to Seal Parties' Pleadings (the "Administrative Motion"), pursuant to the Court Order filed on Friday, August 11, 2023, Dkt. 347.

3. I understand that, in response to compulsory process, *In the Matter of Microsoft Corporation and Activision Blizzard, Inc.*, Docket No. 9412, before the Federal Trade Commission Office of Administrative Law Judges, non-party Amazon produced to the parties certain documents and testimony designated as Confidential pursuant to the protective order entered in that matter.

4. Between June 19, 2023, and August 23, 2023 counsel for Plaintiffs the Federal Trade Commission ("FTC") provided Amazon's counsel with notice and confirmed that three of the FTC's pleadings contained certain materials designated by Amazon as Confidential.

5. I have reviewed the pleadings referenced below and identified Amazon's highly confidential and proprietary business information contained or referenced in the documents that, if made public, would cause competitive harm to Amazon. Therefore, Amazon seeks to seal the following information that the FTC intends to use:

| Document Name or Description | Portion to Be Filed Under Seal (Paragraph, Pages: Lines) | Basis for Request to Seal |
|---|---|---|
| Plaintiff's Proposed Findings of Fact and Conclusions of Law at ECF No. 175; Plaintiff's Final Findings of Fact and Conclusions of Law at ECF No. 309 | ¶278, 41:27- 42:5; ¶370, 75:26-76:4 | The proposed redaction summarizes and includes a quote from a non-public strategy and planning document that describes Amazon's goals and business projections for Amazon Luna. The portion divulges non-public and competitively-sensitive topics, including information related to Amazon's views of the market and competitors, and |

- 1 -

| Document Name or Description | Portion to Be Filed Under Seal (Paragraph, Pages: Lines) | Basis for Request to Seal |
|---|---|---|
| (Identical redactions in both pleadings.) | | forward-looking strategic priorities. Disclosure of Amazon's non-public strategies and development priorities would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. |
| Plaintiff's Proposed Findings of Fact and Conclusions of Law at ECF No. 175; Plaintiff's Final Findings of Fact and Conclusions of Law at ECF No. 309 (Identical redactions in both pleadings.) | ¶495, 85:2-4  ¶692, 144:22-24 | The proposed redaction contains highly-sensitive data from a non-public strategy and planning document for Amazon Luna. The portion divulges non-public and competitively-sensitive data related to customer feedback about Amazon's product. Disclosure of this non-public data would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. |
| Plaintiff's Reply to Defendant's Opposition Motion to Preliminary Injunction Motion at ECF No. 131 | 5:20 | The proposed redaction contains non-public and competitively-sensitive information related to Amazon's views of the market. Disclosure of Amazon's non-public and confidential views would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests |

- 2 -
DECLARATION OF ANDREW WATTS IN SUPPORT IN SUPPORT OF AMAZON'S PORTIONS OF OMNIBUS ADMINISTRATIVE MOTION TO SEAL PLEADINGS PURUSANT TO COURT ORDER (ECF NO. 347)
CASE NO. 3:23-CV-02880-JSC

| Document Name or Description | Portion to Be Filed Under Seal (Paragraph, Pages: Lines) | Basis for Request to Seal |
|---|---|---|
| | | warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. |

6. Amazon is not a party to and has no direct interest in the above-captioned litigation. The highly confidential Amazon information referenced in the pleadings is from one non-public strategy document that was provided by Amazon in response to a Civil Investigative Demand served by Plaintiff FTC on June 6, 2022, and subpoenas served by the FTC on February 10, 2023, and by Defendant Microsoft Corp. ("Microsoft") on March 1, 2023, in the course of non-party discovery. This document, and the information contained therein, was designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, and/or as Confidential pursuant to the Protective Order Governing Confidential Material entered on December 9, 2022 in *In the matter of Microsoft Corp. & Activision Blizzard, Inc.* Docket No. 9412 (FTC).

7. Amazon strictly restricts the dissemination of these types of documents and the information contained therein. Amazon does not share this information with the public. In fact, Amazon takes strong measures to preserve the confidentiality of this information to protect its competitive position. Amazon would be harmed by the public disclosure of this confidential and highly competitively-sensitive information. For these reasons, Amazon respectfully requests that the Court order the confidential excerpts of the Plaintiff's Initial and Final Findings of Fact and Conclusions of Law and the Plaintiff's Reply to Defendant's Opposition to Preliminary Injunction Motion set forth in the Administrative Motion to be sealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 25, 2023, in Severna Park, Maryland.

Dated: August 25, 2023

By: */s/ Andrew Watts*
Andrew Watts