1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ognjen Zivojnovic (Bar No. 307801)
2  ogizivojnovic@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111-4788
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700
5  Michael D. Bonanno (*pro hac vice*)
   mikebonanno@quinnemanuel.com
6  1300 I Street NW, Suite 900
   Washington, D.C. 20005
7  Telephone:     (202) 538-8000
8  Facsimile:     (202) 538-8100

9  *Attorneys for NVIDIA Corporation*

10

11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13

14 FEDERAL TRADE COMMISSION,                  CASE NO. 3:23-cv-2880

15            Plaintiff,                      **DECLARATION OF AZADEH
                                             MORRISON IN SUPPORT OF NVIDIA
16       vs.                                 CORPORATION'S STATEMENT IN
                                             SUPPORT OF SEALING PORTIONS OF
17                                           THE FTC'S COMPLAINT AND REPLY**
   MICROSOFT CORP.
18
   and
19                                           The Honorable Jacqueline Scott Corley
20 ACTIVISION BLIZZARD, INC.,

21            Defendants.

22

23

24

25

26

27

28

DECLARATION OF AZADEH MORRISON IN SUPPORT OF NVIDIA CORPORATION'S STATEMENT IN
SUPPORT OF SEALING PORTIONS OF THE FTC'S COMPLAINT AND REPLY

DocuSign Envelope ID: DF49A430-1A60-4665-8FB8-56A1C07657DB

1     **Declaration of Azadeh Morrison**

2     I, Azadeh Morrison, declare as follows:

3     1.     I am Senior Litigation Counsel at NVIDIA Corporation ("NVIDIA"), and I work

4     closely with the GeForce NOW business.  I have knowledge of the facts set forth in this declaration.

5     2.     Pursuant to Local Rule 79-5, I submit this declaration in support of NVIDIA's

6     statement in support of sealing portions of the FTC's Complaint (ECF 11-1) and Reply (ECF 132-

7     2).

8     3.     NVIDIA seeks to seal the following portions of the FTC's Complaint: Page 30, ¶

9     124, Portion of Line 18; and Page 30, ¶ 124, Lines 19–22.  These portions describe sensitive business

10    information concerning NVIDIA's cloud gaming business, GeForce NOW.  Specifically, they

11    describe nonpublic information exchanged between NVIDIA and a game publisher as part of

12    discussions regarding a potential business partnership, including nonpublic information concerning

13    consumer preferences.

14    4.     NVIDIA seeks to seal the following portion of the FTC's Reply: the portion of the

15    sentence located on Lines 16-18 of Page 11 that follows the word "Activision" and is followed by

16    a citation to PX8000-009-010.  PX8000 is the declaration of an NVIDIA executive submitted to the

17    FTC during the FTC's investigation of Microsoft's acquisition of Activision.  The FTC's Reply

18    directly references nonpublic information from Pages 009-010 of PX8000 concerning NVIDIA's

19    negotiations and relationship with a game publisher.

20    5.     Information about NVIDIA's business negotiations, business relationships,

21    consumer feedback and preferences, and strategy is highly confidential.  NVIDIA keeps this

22    information secret.  Information about GeForce NOW strategy are not shared outside of NVIDIA.

23    Information regarding plans for launching games on GeForce NOW may be shared with publishers

24    and other business partners, but only under non-disclosure agreements.

25    6.     NVIDIA would be harmed by public disclosure of this highly confidential

26    information.  The market for streaming video games is competitive and rapidly growing, with

27    several existing competitors and many potential participants.  Both current and potential competitors

28    could use the highly confidential information, which reveals NVIDIA's business performance,

-1-

1    strategy, and business decision-making, to gain an unfair advantage in the marketplace.

2         7.      I declare under penalty of perjury under the laws of the United States of America that

3    the foregoing is true and correct and that this declaration was executed on August 24, 2023 in Santa

4    Clara, California.

5    DATED: August 24, 2023

6

7                                       DocuSigned by:

                      By     *Azadeh Morrison*
                             B2B90283F8A641E...

8                     AZADEH MORRISON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AZADEH MORRISON IN SUPPORT OF NVIDIA CORPORATION'S STATEMENT IN
SUPPORT OF SEALING PORTIONS OF THE FTC'S COMPLAINT AND REPLY