1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:23-cv-02880-JSC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING OMNIBUS ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PARTIES' BRIEFING PURSUANT TO COURT ORDER (ECF NO. 347)** |
| v. | |
| MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., | |
| Defendants. | |
| | Dept.:    Courtroom 8—19th Floor<br>Judge:    Honorable Jacqueline S. Corley |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Defendant Microsoft Corporation, Defendant Activision Blizzard Inc., and the third parties' (collectively, "Designating Parties") Omnibus Administrative Motion to Seal Portions of Parties' Briefing Pursuant to Court Order (ECF No. 347), the Court hereby orders that the Motion is **GRANTED** as follows:

## I.     PORTIONS DESIGNATED BY ACTIVISION

### A.     FTC'S COMPLAINT

| FTC's Complaint (ECF No. 1) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 18, portions of line 13 | This portion contains non-public and highly sensitive information including, but not limited to, information reflecting confidential internal business data, which could be used to injure Activision if made publicly available. | |
| Page 28, portions of lines 14-16 | This portion contains non-public and highly sensitive information including, but not limited to, information reflecting terms of existing confidential agreements and business partnerships, which could be used to injure Activision if made publicly available. | |
| Page 30, portions of lines 13-16 | This paragraph contains non-public and highly sensitive information including, but not limited to, information reflecting strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, internal business strategy, and confidential business data, which could be used to injure Activision if made publicly available. | |

**B.      FTC'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

| FTC's Emergency Motion for Temporary Restraining Order (ECF No. 7) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 19, portions of line 19 | This portion contains non-public and highly sensitive information including, but not limited to, information reflecting confidential internal business data, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. | |

### C.   DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

| Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 108) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 13; portions of line 24 (footnote 10) | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business strategy discussions, and revenue figures and projections, which could be used to injure Microsoft and Activision if made publicly available. | |

### D. FTC'S REPLY TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION

| FTC's Reply to Defendants' Opposition to Preliminary Injunction Motion (ECF No. 131) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 11, portions of lines 13-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. | |
| Page 11, portions of lines 19-20, 22-24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Activision if made publicly available. | |

### E.   DEFENDANTS' POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 310) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 15, paragraph 46, portions of lines 6-11 | This portion contains sensitive information regarding confidential business partnerships and the terms of existing confidential agreements, which could be used to injure Activision if made publicly available. | |
| Page 28, paragraph 88, portions of lines 4-5 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data, which could be used to injure Defendants if made publicly available. | |
| Page 38, paragraph 125, portions of lines 25 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data, which could be used to injure Defendants if made publicly available. | |
| Page 39, paragraph 127, portions of lines 11-12 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 310) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 41, paragraph 16, portion of lines 21-24 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, confidential internal metrics and assessment of the competitive landscape, which could be used to injure Defendants if made publicly available. | |
| Page 42, paragraph 139, portions of lines 16-17 | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements and business negotiations, which could be used to injure Defendants if made publicly available. | |
| Page 42, paragraph 140, portions of lines 18-24 | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements and business negotiations, which could be used to injure Defendants if made publicly available. | |
| Page 56, paragraph 180, portions of lines 7-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, confidential terms of existing agreements, and business negotiations, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 310) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 63, paragraph 208, portions of lines 13-14 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data, which could be used to injure Defendants if made publicly available. | |
| Page 63, paragraph 208, entirety of graphic at lines 14-25 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data and market share analysis, which could be used to injure Defendants if made publicly available. | |
| Page 63, paragraph 209, portions of lines 26-27<br><br>Page 64, paragraph 209, portions of lines 2-4 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal metrics and user data, internal decision-making processes, market share analysis, and investment decisions, which could be used to injure Defendants if made publicly available. | |
| Page 86, paragraph 28, portions of line 20-22 | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements and business negotiations, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 310) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 107, paragraph 82, portions of line 22 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and assessment of the competitive landscape, which could be used to injure Defendants if made publicly available. | |
| Page 108, paragraph 83, portions of lines 6-9 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, internal user data, and assessment of the competitive landscape, which could be used to injure Defendants if made publicly available. | |
| Page 122, paragraph 125, portions of line 8 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, which could be used to injure Defendants if made publicly available. | |

**F.**   **FTC'S POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

| FTC's Post-Trial Proposed Findings Of Fact And Conclusions Of Law (ECF No. 309) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 136, portions of lines 14-17 | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. | |

### G.   FTC'S PRE-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| FTC'S Pre-Trial Proposed Findings Of Fact And Conclusions Of Law (ECF No. 336) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 79; portions of lines 11-17 | This portion contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Activision if made publicly available. | |

### H.    DEFENDANTS' PRE-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Defendants' Pre-Trial Proposed Findings Of Fact And Conclusions Of Law (ECF No. 177) | | |
|---|---|---|
| **Portion to be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 44; portions of line 16 | This portion contains sensitive information regarding confidential business partnerships and the terms of existing confidential agreements, which could be used to injure Activision if made publicly available. | |

II.     PORTIONS DESIGNATED BY AMAZON

| Document Name or Description | Portion to Be Filed Under Seal (Paragraph, Pages: Lines) | Basis for Request to Seal | Ruling |
|---|---|---|---|
| Plaintiff's Proposed Findings of Fact and Conclusions of Law at ECF No. 175; Plaintiff's Final Findings of Fact and Conclusions of Law at ECF No. 309<br><br>(Identical redactions in both pleadings.) | ¶278, 41:27-42:5;<br><br>¶370, 75:26-76:4 | The proposed redaction summarizes and includes a quote from a non-public strategy and planning document that describes Amazon's goals and business projections for Amazon Luna. The portion divulges non-public and competitively-sensitive topics, including information related to Amazon's views of certain competitors, and forward-looking strategic priorities. Disclosure of Amazon's non-public strategies and development priorities would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. | |
| Plaintiff's Proposed Findings of Fact and Conclusions of Law at ECF No. 175; Plaintiff's Final Findings of Fact and Conclusions of Law at ECF No. 309<br><br>(Identical redactions in both pleadings.) | ¶495, 85:2-4<br><br>¶692, 144:22-24 | The proposed redaction contains highly-sensitive data from a non-public strategy and planning document for Amazon Luna. The portion divulges non-public and competitively-sensitive data related to customer feedback about Amazon's product. Disclosure of this non-public data would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. | |

| Document Name or Description | Portion to Be Filed Under Seal (Paragraph, Pages: Lines) | Basis for Request to Seal | Ruling |
|---|---|---|---|
| Plaintiff's Reply to Defendant's Opposition Motion to Preliminary Injunction Motion at ECF No. 131 | 5:20 | The proposed redaction contains non-public and competitively-sensitive information related to Amazon's views of certain competitors. Disclosure of Amazon's non-public and confidential views would result in significant competitive injury to Amazon, including the loss of significant business advantages. Because this information would injure Amazon if it were made publicly available, legitimate private interests warrant sealing this document. Public disclosure would also result in injury to Amazon that could not be avoided through any less restrictive alternative. | |

III.     **PORTIONS DESIGNATED BY MICROSOFT**

A.     **FTC'S COMPLAINT**

| FTC's Complaint (ECF No. 11) | | |
| --- | --- | --- |
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 16, Portions of Line 17 | This paragraph contains non-public information including, but not limited to, Microsoft's internal game development strategy that could be used to injure Microsoft if it were made publicly available. | |
| Page 16, Portions of Line 19 | This paragraph contains non-public information including, but not limited to, Microsoft's internal game development strategy that could be used to injure Microsoft if it were made publicly available. | |
| Page 16, Portions of Line 24-27 (first quotation, second quotation from the start of the quotation through before "and," and the time frame referenced after the word "almost") | This paragraph contains non-public information including, but not limited to, Microsoft's internal business analysis that could be used to injure Microsoft if it were made publicly available. | |
| Page 23, Portions of Line 9-11 (starting after "Sony" and ending before "Mr. Stuart," and starting after "report" and through the end of the paragraph) | This paragraph contains non-public information including, but not limited to, Microsoft's competitive analysis of game production that could be used to injure Microsoft if it were made publicly available. | |
| Page 25, | This paragraph contains non-public information including, but not | |

| FTC's Complaint (ECF No. 11) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Portions of Line 24-25 | limited to, Microsoft's internal growth strategies that could be used to injure Microsoft if it were made publicly available. | |
| Page 26, Portion of Line 17 (the phrase starting after "2022" and ending before "of its") | This paragraph contains non-public information including, but not limited to, Microsoft's internal metrics and marketing strategies that could be used to injure Microsoft if it were made publicly available. | |
| Page 28, Portions of Lines 8-10 | This paragraph contains non-public information including, but not limited to, Microsoft's internal growth strategies that could be used to injure Microsoft if it were made publicly available. | |
| Page 28, Portions of Lines 14-26 (starting after "with" and ending before "In one Microsoft" | This paragraph contains non-public information including, but not limited to, Microsoft's internal growth strategies that could be used to injure Microsoft if it were made publicly available. | |
| Page 28, Portions of Lines 17-18 | This paragraph contains non-public information including, but not limited to, Microsoft's internal sales metrics that could be used to injure Microsoft if it were made publicly available. | |

### B.   FTC'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

| FTC's Emergency Motion for Temporary Restraining Order (ECF No. 12) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 20, Portions of Lines 17-19 | This paragraph contains non-public information including, but not limited to, Microsoft's internal game development strategy that could be used to injure Microsoft if it were made publicly available. | |
| Page 21, Portions of Lines 2-4 | While this designation does not require sealing, the exhibit Plaintiff cites to support this proposition—Exhibit C—includes a 361-page expert report. Such report contains non-public and highly sensitive information including, but not limited to, information reflecting internal decision-making processes, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Microsoft and Activision if made publicly available. | |
| Page 22, Portions of Lines 21-24 | This paragraph contains non-public information including, but not limited to, Microsoft's internal business strategy that could be used to injure Microsoft if it were made publicly available. | |

**C.      DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

| Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 109-3) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 6, portions of lines 1-2 (quotation only) | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal figures and projections, which could be used to injure Microsoft and Activision if made publicly available. | |
| Page 7, portion of line 12 (starting after "challenges" and ending at the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, internal figures and projections, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 12, portion of footnote 9 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal figures and projections, which could be used to injure Microsoft and Activision if made publicly available. | |
| Page 13, footnote 10 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business strategy discussions, and revenue figures and projections, which could be used to injure Microsoft and Activision if made publicly available. | |

| Defendants' Opposition to Motion for Preliminary Injunction (ECF No. 109-3) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 14, portions of lines 7-9 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 15, portions of lines 13-16 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 19, portion of footnote 13 | This portion contains non-public and highly sensitive information including, but not limited to, confidential internal revenue figures and projections, which could be used to injure Microsoft if made publicly available. | |

1

**D.    FTC'S REPLY TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION**

2

| FTC's Reply to Defendants' Opposition to Preliminary Injunction Motion (ECF No. 132-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 1, Portions of Lines 24 (starting after "at" and ending before "of") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analyses, assessment of the competitive landscape, business partnerships, and revenue figures and projections, which could be used to injure Microsoft if made publicly available. | |
| Page 5, Portions of Lines 22-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, business partnerships, terms of existing confidential agreements, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 6, Portions of Lines 21-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 6, Portions of Lines 22-27 (starting after the citation to PX4057, and starting after the citation to PX3272 and ending before "In fact," and starting after "Smart TVs" and ending before the | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Reply to Defendants' Opposition to Preliminary Injunction Motion (ECF No. 132-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| citation to PX7055) | | |
| Page 8, Portions of Lines 3-4, and Portions of 15-19 (starting after "Xbox exclusives") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, and revenue figures and projections, which could be used to injure Microsoft if made publicly available. | |
| Page 10, Portions of Lines 6-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure Microsoft if made publicly available. | |

E.      **MICROSOFT'S ANSWER**

| Microsoft's Answer (ECF No. 287-2) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 26, portions of line 26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 27, portion of lines 1-4 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 27, portions of lines 9-12 (first quotation, second quotation from the start of the quotation through before "and," and the time frame referenced after "almost") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, analysis of the competitive landscape, and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 39, portions of lines 9-11 (starting after "Sony" and ending before "Mr. Stuart," and starting after "report" and through the end of the paragraph) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

| Microsoft's Answer (ECF No. 287-2) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 43, portions of lines 21-23 (only the three numbers before each instance of the word "more") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 44, portions of lines 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 45, portions of lines 14 (the phrase starting after "2022" and ending before "of its") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 48, portions of lines 5-7 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 48, portions of lines 14-18 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 48, portions of lines 20-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

### F.    DEFENDANTS' POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 311-2) | | |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 1, portions of lines 15-16 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, confidential terms of existing agreements, and potential business partnerships, which could be used to injure Defendants if made publicly available. | |
| Page 13, paragraph 39, entirety of graphic at lines 11-20 | This portion contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape and internal revenue/financial information, which could be used to injure Defendants if made publicly available. | |
| Page 25, paragraph 82, portions of lines 16 and 17 | This portion contains non-public and highly sensitive information including, but not limited to, internal   decision-making processes and strategic evaluation of forward-looking opportunities, which could be used to injure Defendants if made publicly available. | |
| Page 26, paragraph 84, portions of lines 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal   decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Defendants if made publicly available. | |
| Page 42, paragraph 139, portions of lines 12-14 | This portion contains non-public and highly sensitive information including, but not limited to, terms of existing confidential agreements and business negotiations, which could be used to injure Defendants if made publicly available. | |
| Page 44, paragraph 144, portions of lines 9-10 (revenue figures only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 311-2) | |
|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 45, paragraph 148, portions of lines 14-15 (valuation figures/sizes only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business negotiations, and terms of existing confidential agreements, which could be used to injure Defendants if made publicly available. | |
| Page 46, paragraph 153, portion of line 15 (amount only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business negotiations, which could be used to injure Defendants if made publicly available. | |
| Page 52, paragraph 169, portion of line 22 (amount only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business negotiations, which could be used to injure Defendants if made publicly available. | |
| Page 67, paragraph 224, portions of line 24 (amounts only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and internal financial/revenue projections, which could be used to injure Defendants if made publicly available. | |
| Page 70, paragraph 234, portions of line 12 (figures only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal user data, investment decisions, and internal financial/revenue projections, which could be used to injure Defendants if made publicly available. | |
| Page 86, footnote 15, first sentence of footnote | This portion contains non-public and highly sensitive information including, but not limited to, internal user data and assessment of the competitive landscape, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 311-2) | |  |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 87, paragraph 29, entirety of graphic at lines 6-13 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, assessment of the competitive landscape, and internal financial/revenue information, which could be used to injure Defendants if made publicly available. | |
| Page 94, paragraph 49, entirety of graphics at lines 13-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, and internal financial/revenue information, which could be used to injure Defendants if made publicly available. | |
| Page 96, paragraph 53, portion of line 4 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Defendants if made publicly available. | |
| Page 113, paragraph 96, portions of lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business plans/strategy, internal revenue projections, and investment decisions, which could be used to injure Defendants if made publicly available. | |
| Page 113, entirety of footnote 23, lines 20-22 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business plans/strategy, internal revenue projections, and investment decisions, which could be used to injure Defendants if made publicly available. | |
| Page 116, paragraph 106, portions of line 13 (figures only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business plans/strategy, internal revenue projections, and investment decisions, which could be used to injure Defendants if made publicly available. | |
| Page 117, paragraph 110, portion of line 18 (figure only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business plans/strategy, market share analysis, and investment decisions, which could be used to injure Defendants if made publicly available. | |

| Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 311-2) | |  |
|---|---|---|
| **Portions to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 138, paragraph 162, portions of lines 2-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and future business plans/strategy, which could be used to injure Defendants if made publicly available. |  |
| Page 141, paragraph 172, portion of line 21 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and confidential terms of existing agreements, which could be used to injure Defendants if made publicly available. |  |

1

### G.    FTC'S POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

2

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 3, paragraph xix, portions of lines 15-18 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 3, paragraph xxi, portion of line 24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 4, paragraph xxvii, portions of lines 15-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, confidential business negotiations, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 5, paragraph xxix, portions of lines 3-6 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, confidential terms of existing agreements, and confidential business negotiations, which could be used to injure Microsoft if made publicly available. | |
| Page 5, paragraph xxxi, portions of lines 12-14 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, confidential terms of existing agreements, and confidential business negotiations, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 6, paragraph xxxvi, portions of lines 3-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, confidential business negotiations, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 8, paragraph xliv, portions of lines 22-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 9, paragraph xlvi, portions of lines 15-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 12, paragraph lv, portion of line 28, Page 13, paragraph lv, lines 1-4 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 14, paragraph lvii, portions of lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 14, paragraph lviii, portions of lines 5-7, 10 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, market share analysis, and internal revenue/financial information, which could be used to | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | injure Microsoft if made publicly available. | |
| Page 20, paragraph 49, portions of lines 20-24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 22, paragraph 58, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 29, paragraph 105, portions of lines 23-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal financial/revenue information, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 30, paragraph 107, portions of lines 2-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 30, paragraph 108, portions of lines 6-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal financial/revenue information, and market share analyses, which could be used to injure Microsoft if made publicly available. | |
| Page 30, paragraph 111, portions of lines 18-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 31, paragraph 114, portion of line 5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 31, paragraph 116, portions of lines 10-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 33, paragraph 132, portion of line 20 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 33, paragraph 135, portions of lines 26-28 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 36, paragraph 154, portions of lines 23-24 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 36, paragraph 155, portion of line 26 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 37, paragraph 156, portions of lines 3-5 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 42, paragraph 183, portions of lines 2-4 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 42, paragraph 186, portions of lines 16-17 (starting after "having" through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 43, paragraph 190, portions of lines 7-8 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 43, paragraph 191, portions of lines 10-15 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 43, paragraph 192, portions of lines 16-21 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 43, paragraph 193, portions of lines 22-23 (starting after "an" and ending before "but") | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 43, paragraph 194, portions of lines 27-28 Page 44, paragraph 194, portion of line 1 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 44, paragraph 195, portions of lines 5-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial/revenue information and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 45, paragraph 200, portions of lines 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 45, paragraph 201, portions of lines 14-16 (starting after "and" and through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 46, paragraph 206, portions of lines 9-11 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 46, paragraph 207, portions of lines 12-13 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 46, paragraph 210, portions of lines 17-20 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | publicly available. | |
| Page 46, paragraph 211, portions of lines 21-23 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 46, paragraph 212, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, internal financial/revenue information, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 47, paragraph 215, portions of lines 10-14 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 49, paragraph 224, portions of lines 6-7 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 49, paragraph 225, portions of lines 11-12 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 49, paragraph 226, portions of lines 14-16 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 50, paragraph 232, portions of lines 19-24 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and internal decision-making processes, which could be used to injure Microsoft if made publicly available. | |
| Page 51, paragraph 235, lines 3-4 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 51, paragraph 236, portions of lines 5-11 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 51, paragraph 237, portions of lines 12-15 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 51, paragraph 239, portions of lines 27-28 Page 52, paragraph 239, portions of lines | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| 1-2 | | |
| Page 52, paragraph 246, portions of lines 21-24 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, confidential terms of existing agreements, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 53, paragraph 248, portions of lines 12-13 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 53, paragraph 249, portions of lines 22-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 54, paragraph 257, portions of lines 27-28 Page 55, paragraph 257, portions of lines 1, 7-8 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, business partnerships, market share analysis, and internal revenue/financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 59, paragraph 283, portions of lines 6-9 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 59, paragraph 287, portions of lines 24-25 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 61, paragraph 292, portions of lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 62, paragraph 298, portions of lines 5-7 (starting after "observes" through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 64, paragraph 308, portion of line 7 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 67, paragraph 328, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 68, paragraph 329, portions of lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, confidential terms of existing agreements, and business partnerships, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 69, paragraph 336, portions of lines 17-22 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 69, paragraph 337, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 70, paragraph 339, portions of lines 6-9 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, internal user data, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 70, paragraph 340, portions of lines 11-13 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 72, paragraph 348, portions of lines 2-4 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, user data analysis, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 72, paragraph 350, portions of lines 11-16 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, user data analysis, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 72, paragraph 351, lines 17-21 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, assessment of the competitive landscape, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 77, paragraph 379, portions of lines 11-13 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions and internal financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 77, paragraph 383, portion of line 27 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and internal financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 78, paragraph 384, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 79, paragraph 392, portions of lines 10-16 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 81, paragraph 401, portions of lines 21-24 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 82, paragraph 408, portions of lines 24-25 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 85, paragraph 423, portions of lines 13-17 (starting after quotation and through the end of the sentence, and parenthetical on lines 16-17) | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, market share analysis, and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 85, paragraph 424, portions of lines 20-21 | This portion contains non-public and highly sensitive information including, but not limited to, investment decisions, internal decision-making processes, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 86, paragraph 427, portions of lines 4-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 88, paragraph 446, portions of lines 22-23 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, internal user data, internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 89, paragraph 448, portions of lines 5-8 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, internal user data, internal financial/revenue information, which could be used to injure Microsoft if | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | made publicly available. | |
| Page 89, paragraph 449, portions of lines 10-13 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, internal user data, internal financial/revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 89, paragraph 450, portions of lines 21-24 | This portion contains non-public and highly sensitive information including, but not limited to, confidential business negotiations and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 89, paragraph 451, portions of lines 25-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, confidential business negotiations and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 452, portions of lines 1-4, 7-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, confidential business negotiations and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 456, portions of lines 23-24, 27-28 Page 91, paragraph 456, portions of lines 2, 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, business partnerships, confidential business negotiations and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 93, paragraph 466, portions of lines 4-7, 9-10 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, business partnerships, confidential business negotiations and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 93, paragraph 467, portions of lines 11-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 96, paragraph 483, portions of lines 15-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, and internal revenue projections, which could be used to injure Microsoft if made publicly available. | |
| Page 96, paragraph 484, portions of lines 24-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, business partnerships, and internal financial/revenue projections, which could be used to injure Microsoft if made publicly available. | |
| Page 97, paragraph 485, portions of lines 3, 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, business partnerships, and internal financial/revenue projections, which could be used to injure Microsoft if made publicly available. | |

1
2

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 97, paragraph 486, portions of lines 7-10 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 97, paragraph 487, portions of lines 14-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 97, paragraph 488, portions of lines 20-24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 97, paragraph 489, portion of line 28 Page 98, paragraph 489, portions of lines 1-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 98, paragraph 490, portions of lines 10-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 98, paragraph 491, portions of lines 14-19 (starting after "recognized" and ending before "in its," and the sentence starting after "Square Enix.") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 98, paragraph 492, portions of lines 22-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 100, paragraph 498, portions of lines 19-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 101, paragraph 499, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue information, market share analysis, and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 101, paragraph 500, portions of lines 17-22, 25-27 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and internal financial calculations/projections, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 102, paragraph 501, portion of line 1 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 103, paragraph 508, portions of lines 9-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 103, paragraph 510, portions of lines 25-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 104, paragraph 511, portions of lines 1-7 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 104, paragraph 513, portions of lines 13-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 104, paragraph 514, portions of lines 17-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 104, paragraph 515, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 105, paragraph 516, portions of lines 1-4 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data and projections, which could be used to injure Microsoft if made publicly available. | |
| Page 105, paragraph 520, portion of line 24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 106, paragraph 523, portions of lines 15, 23-24 (quotations only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 107, paragraph 525, lines 4-8 (starting after "discussions" and ending before "In | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and strategic evaluation of forward looking opportunities, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| response," and starting after "wrote" and ending before "we are NOT") | | |
| Page 107, paragraph 526, portions of lines 13-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, internal revenue projections, which could be used to injure Microsoft if made publicly available. | |
| Page 108, paragraph 530, portions of lines 9-25 (all except the sentences starting "Similarly" and "One of") | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue projections, which could be used to injure Microsoft if made publicly available. | |
| Page 109, paragraph 531, portions of line 3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial projections, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 109, paragraph 532, portions of lines 13-14, 16-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial projections, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 109, paragraph 533, portion of line 28 Page 110, paragraph 533, portions of lines | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal financial projections, internal user data and projections, and | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| 1-2 | business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 110, paragraph 534, portions of lines 7-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal financial projections, internal user data and projections, market share analysis, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 110, paragraph 535, portions of lines 12-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 112, paragraph 543, portions of lines 4-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 113, paragraph 546, portions of lines 4-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 114, paragraph 549, portions of lines 1-4 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 115, paragraph 560, portions of lines 23-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 116, paragraph 565, portions of lines 23-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 116, paragraph 566, portions of lines 26-27 Page 117, paragraph 566, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analysis, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 117, paragraph 568, portions of lines 14-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 117, paragraph 570, portions of lines 25-26, 28 Page 118, paragraph 570, lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 118, paragraph 574, portions of lines 22-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 119, paragraph 577, portions of lines 8-10 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 119, paragraph 578, lines 16-18 (starting after "Decreased" and through the end of the sentence, and after "Increased XGP" and through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial/revenue projections, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 119, paragraph 579, portions of lines 23, 27-28 Page 120, paragraph 579, portions of lines 1-2 (quotations only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial/revenue projections, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 120, paragraph 582, portions of lines 11-13, 15-18 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, strategic evaluation of forward-looking opportunities, and business strategy, which | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | could be used to injure Microsoft if made publicly available. | |
| Page 122, paragraph 588, portions of lines 5-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, internal financial information, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 123, paragraph 592, portions of lines 6-7 (starting after "exclusive" and through the end of the sentence), 13-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 123, paragraph 593, portions of lines 20-22, 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 124, paragraph 595, portions of lines 14-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 124, paragraph 596, portions of lines 18-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 124, paragraph 597, portions of lines 24-27 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 125, paragraph 599, portions of lines 8-12, 16 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 126, paragraph 605, portions of lines 17-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 127, paragraph 607, portions of lines 6-7, 10-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 127, paragraph 608, portions of lines 19-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | |
| --- | --- |
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 127, paragraph 609, portions of lines 25-28 Page 128, paragraph 609, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 128, paragraph 611, portions of lines 12-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 128, paragraph 612, portions of lines 16-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 128, paragraph 613, portions of lines 22-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 131, paragraph 629, portions of lines 26-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, assessment of the competitive landscape, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 132, paragraph 630, portions of lines 1-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | |
|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 132, paragraph 632, portions of lines 10-11, 16-18 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, internal revenue projections, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 135, paragraph 648, portions of lines 22-23 (starting after "generate" and ending before "in 'Total Value,'" and starting after "including" and through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 137, paragraph 655, portions of lines 12-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, strategic evaluation of forward-looking opportunities, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 137, paragraph 656, portions of lines 17-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 137, paragraph 657, portion of line 25 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial/revenue data, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 142, paragraph 682, portion of line 26 Page 143, paragraph 682, portion of line 1 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, internal financial information, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 143, paragraph 689, lines 26-28 Page 144, paragraph 689, portions of lines 1, 2-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 144, paragraph 693, portion of line 26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and internal financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 145, paragraph 694, portion of line 1 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 147, paragraph 710, portions of lines 16-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, potential business partnerships, and business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 147, paragraph 711, portions of lines 22-28 Page 148, paragraph 148, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, business partnerships, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 150, paragraph 730, portions of lines 25-27 Page 151, paragraph 730, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue/financial projections, which could be used to injure Microsoft if made publicly available. | |
| Page 151, paragraph 736, portion of line 28 Page 152, paragraph 736, portion of line 1 | This portion contains non-public and highly sensitive information including, but not limited to, confidential business partnerships and negotiations, which could be used to injure Microsoft if made publicly available. | |
| Page 155, paragraph 756, portion of line 7 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward looking opportunities, and business partnerships and negotiations, which could be used to injure Microsoft if made publicly available. | |
| Page 155, paragraph 758, portions of lines 14-17 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 155, paragraph 760, portion of line 22 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | made publicly available. | |
| Page 155, paragraph 761, portions of lines 24-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 157, paragraph 770, portions of lines 8-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, assessment of the competitive landscape, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 157, paragraph 772, portions of lines 14-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 157, paragraph 773, portions of lines 17-18 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 157, paragraph 776, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 777, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 778, line 4 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 779, portions of lines 6-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 780, portions of lines 10-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 781, portions of lines 13-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |

| FTC's Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 308-2) | |
|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 158, paragraph 783, portions of lines 19-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 158, paragraph 784, portions of lines 23-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 159, paragraph 785, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, business partnerships and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 159, paragraph 786, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision making processes, investment decisions, potential business partnerships, and confidential business negotiations, which could be used to injure Microsoft if made publicly available. | |
| Page 161, paragraph 798, portions of lines 5-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and business partnerships, which could be used to injure Microsoft if made publicly available. | |

H.   **FTC'S PRE-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 12, paragraph 90, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 12, paragraph 91, portions of lines 9-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, strategic evaluation of forward-looking opportunities, and internal revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 12, paragraph 92, portions of lines 13-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, strategic evaluation of forward-looking opportunities, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 12, paragraph 95, portions of lines 24-25 (numbers only) | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, assessment of the competitive landscape, and internal revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 13, paragraph 98, portion of line 11 (number only) | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis and internal user data, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 13, paragraph 100, portions of lines 15-16 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 14, paragraph 111, portion of line 21 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 14, paragraph 114, portions of lines 27-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 20, paragraph 147, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 20, paragraph 149, portions of lines 13-14 (quotation only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 20, paragraph 153, portions of lines 26-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| Portion to Be Filed Under Seal | Basis for Sealing Request | Ruling |
| Page 21, paragraph 154, portions of lines 1-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 21, paragraph 155, portions of lines 6-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 21, paragraph 156, portions of lines 12-14 (starting at the beginning of the paragraph and ending before "but") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 21, paragraph 157, portions of lines 17-19 (starting at the beginning of the line and ending before the citation to PX1050) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 21, paragraph 158, portions | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| of lines 22-25 | evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 21, paragraph 159, portions of lines 27-28<br><br>Page 22, paragraph 159, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial information, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 22, paragraph 162, portions of lines 15-16 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial and revenue information, which could be used to injure Microsoft if made publicly available. | |
| Page 22, paragraph 163, portions of lines 22-23 (starting after "and" and through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 23, paragraph 167, portions of lines 9-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 23, paragraph 168, portions of lines 12-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal financial information, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | |
|---|---|

| Portion to Be Filed Under Seal | Basis for Sealing Request | Ruling |
|---|---|---|
| Page 23, paragraph 169, portions of lines 15-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and future business plans, which could be used to injure Microsoft if made publicly available. | |
| Page 23, paragraph 171, portions of lines 20-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 23, paragraph 172, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 24, paragraph 173, portions of lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 24, paragraph 176, portions of lines 14-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and assessment of the competitive landscape, which could be | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | used to injure Microsoft if made publicly available. | |
| Page 24, paragraph 177, portions of lines 21-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 24, paragraph 178, portions of lines 26-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and potential business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 25, paragraph 179, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 25, paragraph 180, lines 3-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal business projections, and strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | |
| Page 25, paragraph 185, lines 25-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 26, paragraph 186, lines 1-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 26, paragraph 187, lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 26, paragraph 188, portions of lines 7-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, confidential terms of existing agreements, and business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 26, paragraph 189, portions of lines 9-14 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 30, paragraph 219, portions of lines 7-10 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 30, paragraph 223, portions of lines 22-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and market share analysis, which could be used to injure Microsoft if made publicly | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | available. | |
| Page 31, paragraph 227, portions of lines 17-20 (starting after "Sony's" and through the end of the sentence") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 32, paragraph 231, portions of lines 14-16 (quotation only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 33, paragraph 238, portions of line 26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 36, paragraph 249, portions of lines 10-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 36, paragraph 250, portions of lines 13-15 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 36, paragraph 251, portions | This portion contains non-public and highly sensitive information including, but not limited to, market share | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| of lines 16-17 | analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 36, paragraph 252, portions of line 20 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 37, paragraph 255, portions of lines 12-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 37, paragraph 256, portions of lines 19-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 38, paragraph 258, portions of lines 2-4 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 38, paragraph 259, portions of lines 6-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal user data, which could be used to injure Microsoft if made publicly available. | |
| Page 39, paragraph 267, portions of lines 18-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 39, paragraph 268, portions of lines 24-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, strategic evaluation of forward-looking opportunities, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 40, paragraph 269, lines 1-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 43, paragraph 287, lines 16-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 44, paragraph 291, portion of line 6 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial information and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 44, paragraph 292, portions of lines 8-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal financial information and investment decisions, which could be used to injure Microsoft if made publicly available. | |
| Page 45, paragraph 300, portions of lines 18-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 47, paragraph 309, portions of lines 5-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and assessment of the competitive landscape, which could be used to injure Microsoft if made publicly available. | |
| Page 48, paragraph 316, portions of lines 1-3 (starting after "and" and through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 48, paragraph 317, portions of lines 4-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and market share analysis, which could be used to injure Microsoft if made publicly available. | |
| Page 48, paragraph 318, portions of lines 7-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 49, paragraph 327, portions of lines 19-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue and financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 50, paragraph 329, portions of lines 3-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue and financial information and internal user data, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 50, paragraph 330, portions of lines 8-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal revenue and financial information, which could be used to injure Microsoft if made publicly available. | |
| Page 50, paragraph 331, portions of lines 13-16 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, internal user data, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 50, paragraph 332, portions of lines 17-19 | This portion contains non-public and highly sensitive information including, but not limited to, confidential terms of existing agreements, internal business strategy, and internal decision-making processes, which could be used to injure Microsoft if made publicly available. | |
| Page 50, paragraph 333, portions of lines 21-28 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships, market share analysis, investment decisions, and internal decision-making processes, which could be used to injure Microsoft if made publicly available. | |
| Page 51, paragraph 338, portions of lines 19-25 | This portion contains non-public and highly sensitive information including, but not limited to, market share analysis, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 52, paragraph 343, portions of lines 18-19 | This portion contains non-public and highly sensitive information including, but not limited to, business partnerships and negotiations, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 54, paragraph 350, portions of lines 10-15 (all starting after "Internally") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 54, paragraph 351, lines 16-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 54, paragraph 349, portions of lines 1-9 (all except citation) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal revenue information, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 54, paragraph 352, lines 22 (starting after "recognized" and ending before "in its," and starting after "Square Enix." and through end of paragraph) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 55, paragraph 353, portions of lines 3-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 55, paragraph 354, portions of lines 13-16 (starting with the sentence after the citation to PX1741 and ending before the citation to PX7011) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 56, paragraph 359, portions of lines 21-24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 57, paragraph 362, portions of lines 9-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 57, paragraph 364, portions of lines 25-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 58, paragraph 365, lines 1-7 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 58, paragraph 367, portions of lines 13-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 58, paragraph 368, portions of lines 17-23 (all after "In an email discussing") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 58, paragraph 369, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 59, paragraph 372, portions of lines 12-16 (full sentence after the parenthetical quotation) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data projections, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 59, paragraph 374, lines 21-24 (quotation only) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 59, paragraph 375, line 28 (quotation only) Page 60, paragraph | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and internal business strategy, which could be used to injure Microsoft | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| 375, portions of lines 5-6 (quotation only) | if made publicly available. | |
| Page 60, paragraph 377, lines 13-17 (starting after "discussions" and ending before "In response," and starting after "wrote" and ending before "we are NOT") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 60, paragraph 378, portions of lines 21-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 62, paragraph 386, portions of lines 16-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, assessment of the competitive landscape, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 63, paragraph 389, portions of lines 12-22 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal revenue and financial information, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 64, paragraph 395, portions of lines 21-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, potential business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 65, paragraph 402, portions of lines 23-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 66, paragraph 403, lines 2-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 66, paragraph 405, portions of lines 18-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 67, paragraph 408, portions of lines 6-11 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 67, paragraph 410, portions of lines 16-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 67, paragraph 411, portions of lines 27-28 (starting after "Decreased units" and ending before ellipses, and starting after "XGP" and ending before citation to PX1116) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 68, paragraph 412, portions of lines 5-6, 8-12 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial information, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 68, paragraph 413, portions of lines 17-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 68, paragraph 414, portions of lines 21-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 69, paragraph 418, portions of lines 27-28<br><br>Page 70, paragraph 418, portion of lines 2-3 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, confidential terms of existing agreements, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 70, paragraph 420, portions of lines 15-18, 20-22 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 70, paragraph 421, portions of lines 24-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 70, paragraph 422, portions of lines 27-28 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 71, paragraph 424, portions of lines 11-13 (entirety of parenthetical) | This portion contains non-public and highly sensitive information including, but not limited to, confidential terms of existing agreements, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 72, paragraph 430, portions of lines 18-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 73, paragraph 432, portions of lines 7-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 73, paragraph 433, lines 19-21 (starting after "exclusivity") | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 73, paragraph 434, lines 22-28 Page 74, paragraph 434, lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 74, paragraph 436, portions of lines 9-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 74, paragraph 437, portions of lines 16-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 76, paragraph 449, portions of lines 16-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 76, paragraph 450, portions of lines 18-22 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, internal user data, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| Page 77, paragraph 452, portions of lines 5-8 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, market share analysis, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 79, paragraph 462, portions of lines 1-2 (starting after "generate" and ending before "in," and starting after "including" through the end of the sentence) | This portion contains non-public and highly sensitive information including, but not limited to, internal financial and revenue information and business partnerships, which could be used to injure Microsoft if made publicly available. | |
| Page 79, paragraph 464, portions of lines 11-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 79, paragraph 466, portions of lines 25-27 (starting after "internal documents" and through end of paragraph) | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 80, paragraph 467, portions of lines 3-5 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal user data, and internal business strategy, which could be used to | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | injure Microsoft if made publicly available. | |
| Page 80, paragraph 468, portion of line 7 | This portion contains non-public and highly sensitive information including, but not limited to, internal user and business data, which could be used to injure Microsoft if made publicly available. | |
| Page 83, paragraph 488, portions of lines 18-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal revenue and sales information, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 84, paragraph 494, portions of lines 12-19 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 85, paragraph 496, portion of line 6 | This portion contains non-public and highly sensitive information including, but not limited to, internal user and business data, which could be used to injure Microsoft if made publicly available. | |
| Page 85, paragraph 497, lines 8-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, internal financial information, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 85, paragraph 502, portions of lines 24-26 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | if made publicly available. | |
| Page 88, paragraph 514, portions of lines 11-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 88, paragraph 516, portions of lines 22-24 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, confidential business agreements, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 89, paragraph 520, portions of lines 8-9 | This portion contains non-public and highly sensitive information including, but not limited to, confidential terms of existing agreements, which could be used to injure Microsoft if made publicly available. | |
| Page 89, paragraph 521, portions of lines 11-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 529, portions of lines 16-17 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 530, portions of lines 19-20 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business | |

[Proposed] Order Re Omnibus
Admin. Motion re Briefing

83

Case No. 3:23-cv-02880-JSC

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 531, portions of lines 22-23 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 90, paragraph 532, portions of lines 25-27 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 533, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 534, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 535, portions of lines 8-9 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 536, portions of lines 11-13 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business | |

| FTC's Pre-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 336-2) | | |
|---|---|---|
| **Portion to Be Filed Under Seal** | **Basis for Sealing Request** | **Ruling** |
| | partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 537, portions of lines 14-15 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 539, portions of lines 20-21 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 91, paragraph 540, portions of lines 23-25 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 92, paragraph 541, portions of lines 1-2 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |
| Page 92, paragraph 542, portions of lines 4-6 | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, business partnerships, and internal business strategy, which could be used to injure Microsoft if made publicly available. | |

IV.     **PORTIONS DESIGNATED BY NOA**

| Document | Designating Party | Portion to be Filed Under Seal | Basis for Sealing Request | Ruling |
|---|---|---|---|---|
| Plaintiff Federal Trade Commission's Reply to Defendants' Opposition to Preliminary Injunction Motion.<br><br>Dkt. No. 131 | Nintendo of America, Inc. | Redaction appearing on page 13, portions of lines 17-20. | This redaction characterizes and cites to a transcript of an NOA witness's deposition – PX7065 – that was taken during the course of discovery in *In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, before the FTC Office of Administrative Law Judges, Docket No. 9412.<br><br>In its Preliminary Injunction Opinion, the Court did not cite to any of the portions of PX7065 cited in this redaction in Plaintiff's Reply. *Compare* Dkt. No. 131 at 13 (citing PX7065 at 126, 177-178, 150-151, 154-156, and 158) *with* Dkt. No. 327 at 25 (citing PX7065 at 224-225).<br><br>This redaction in Plaintiff's Reply contains NOA's confidential information and was addressed in NOA's previous Local Rule 79-5 Statements (Dkt. No. 219, 239) filed respectively on June 26 and June 27, 2023.  The factual basis for the confidentiality of the redaction, and the harm that would occur if it is not kept under seal, is discussed at Category 6. (Dkt. No 219, at 4-5).  In sum, the redacted | |

| Document | Designating Party | Portion to be Filed Under Seal | Basis for Sealing Request | Ruling |
|---|---|---|---|---|
| | | | statements characterize NOA's confidential negotiations and interpretation of the confidential Letter of Intent and Side Letter between NOA and Microsoft regarding bringing *Call of Duty* titles to the Nintendo platform post-acquisition. NOA respectfully requests that this redacted material remain under seal. | |

## V.     PORTIONS DESIGNATED BY NVIDIA

| Document | Portions to be Filed Under Seal | Basis for Sealing | Ruling |
|---|---|---|---|
| FTC's Complaint (ECF 11-1) | • Page 30, ¶ 124, Portion of Line 18; and<br>• Page 30, ¶ 124, Lines 19–22. | These portions of the FTC's Complaint describe sensitive business information concerning NVIDIA's cloud gaming business, including NVIDIA's potential business partnerships as well as consumer preferences. Decl. ¶ 3. NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's relationships with business partners and consumer preferences, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 5–6. | |
| FTC's Reply (ECF 132-2) | • The portion of the sentence located on Lines 16-18 of Page 11 that follows the word "Activision" and is followed by a citation to PX8000-009-010 | This portion of the FTC's Reply directly references information from already-sealed parts of PX8000 (the declaration of an NVIDIA executive) that describe sensitive business information concerning NVIDIA's cloud gaming business, including NVIDIA's negotiations with a potential business partner. Decl. ¶ 4. NVIDIA does not share this information publicly, and disclosure of this information would reveal to NVIDIA's competitors information about NVIDIA's business relationships and decision-making, thereby competitively disadvantaging NVIDIA in the marketplace. *Id.* ¶¶ 5–6. | |

## VI.    PORTIONS DESIGNATED BY SIE

| Document | Information Requested to Be Maintained Under Seal | Description of Confidential Information Requiring Sealing | Notes to the Court | Ruling |
|---|---|---|---|---|
| Complaint (ECF No. 1) | 29:14-16 | This section of the FTC's Complaint contains non-public and highly sensitive information about the nature and scope of SIE's technical collaboration with particular publishers | Prior sealing request: ECF No. 134 | |
| Emergency Motion for TRO (ECF No. 7) | 20:9-12<br><br>SIE does not request to seal the text appearing below, and requests only to seal the text denoted by ***:<br><br>"According to the head of Sony's gaming business, 'Call of Duty is the largest third-party franchise for [Sony], directly generating *** in United States spending . . .  in 2021', 'Ryan (Sony) Decl.', 'Call of Duty players…account[] for over *** of overall PlayStation spending." | This section of the FTC's Emergency Motion for TRO contains non-public and highly sensitive information about SIE data, analysis, and survey results relating to SIE product strategy and platform users' behavior on SIE's platform, including user engagement, gameplay, spend, likelihood of switching, or potential competitive impacts of Microsoft's proposed acquisition of Activision | Prior sealing request: ECF No. 134 | |
| Defendants' Opposition (ECF No. 111) | 6:20-21, 17:21-22, 18:1<br><br>SIE does not request to seal citations within these portions of the briefing. | These sections of Defendants' Opposition contain non-public and highly sensitive information about SIE data, analysis, and survey results relating to SIE product strategy and platform users' behavior on SIE's platform, including user engagement, gameplay, spend, likelihood of switching, or potential competitive impacts of Microsoft's proposed acquisition of Activision | Prior sealing request: ECF No. 271 | |

| Document | Information Requested to Be Maintained Under Seal | Description of Confidential Information Requiring Sealing | Notes to the Court | Ruling |
|---|---|---|---|---|
| Defendants' Opposition (ECF No. 111) | 6:25, 7:1-3  SIE does not request to seal citations within these portions of the briefing. | This section of Defendants' Opposition contains non-public and highly sensitive information about SIE's approach to contract negotiations with third party partners and discussions of particular contract terms with particular partners | Prior sealing request: ECF No. 271 | |
| Defendants' Opposition (ECF No. 111) | 6:5-6, 25, fn. 3, fn. 4  SIE does not request to seal citations within these portions of the briefing. | This section of Defendants' Opposition contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps,  innovation plans | Prior sealing request: ECF No. 271 | |
| FTC's Reply (ECF No. 131) | 7:25-26 | This section of the FTC's Reply contains non-public and highly sensitive information about SIE data, analysis, and survey results relating to SIE product strategy and platform users' behavior on SIE's platform, including user engagement, gameplay, spend, likelihood of switching, or potential competitive impacts of Microsoft's proposed acquisition of Activision | Prior sealing request: ECF No. 271 | |
| FTC's Reply (ECF No. 131) | 10:28-11:3 | This section of the FTC's reply contains non-public and highly sensitive information about the nature and scope of SIE's technical collaboration with particular publishers | Prior sealing request: ECF No. 271 | |
| FTC's Reply (ECF No. 131) | 4:13-14; 5:19-20; 6:22; 12:1-3 | These sections of the FTC's Reply contain non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps,  innovation plans | Prior sealing request: ECF No. 271 | |
| Microsoft's Answer (ECF No. 260) | 49:24-26 | This section of Microsoft's Answer contains non-public and highly sensitive information about the nature | Prior sealing request: ECF No. 303 | |

| Document | Information Requested to Be Maintained Under Seal | Description of Confidential Information Requiring Sealing | Notes to the Court | Ruling |
|---|---|---|---|---|
| | | and scope of SIE's technical collaboration with particular publishers | | |

IT IS SO ORDERED.

DATED:_____, 2023          _____

Honorable Jacqueline S. Corley
United States District Judge