UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02880-JSC<br><br>**ORDER RE: OMNIBUS ADMINISTRATIVE MOTION TO SEAL EXHIBITS** |

This Order addresses all outstanding requests to seal the trial exhibits in this matter. On July 26, 2023, the Court resolved some of the parties' sealing requests and ordered the parties to submit an omnibus motion addressing any outstanding issues related to trial exhibits. (Dkt. No. 335.) Having reviewed the parties' omnibus motion, the Court rules as set forth in Exhibit A.

The parties shall meet and confer, and on or before September 14, 2023, Microsoft shall submit to the Court via a secure cloud link a copy of all the admitted exhibits with the redactions as set forth in this Order and the Court's prior order (Dkt. No. 335).

For those exhibits which were not admitted into evidence, they are not part of the record and shall not be uploaded with the admitted trial exhibits.

This Order disposes of Docket No. 349.

**IT IS SO ORDERED.**

Dated: September 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**EXHIBIT A**[1]

| Designating Party | Portions of Exhibits Requested to be Sealed by Designating Party | Reasons Proffered for Sealing (Dkt. No. 349) | Ruling on Motion |
|---|---|---|---|
| Activision | PX2094 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. | GRANTED. |
| Activision | PX2138 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. | GRANTED. |
| Activision | PX2167 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, business partnerships, terms of existing confidential agreements, revenue figures and projections, and internal presentations discussing business strategy, which could be used to injure Activision if made publicly available. | GRANTED. |
| Activision | Specified portions of PX2133 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, business partnerships, terms of existing confidential agreements, and revenue figures and projections, which could be used to injure | GRANTED. . |

---

[1] To the extent the parties have revised the scope of the redactions requested, this Order supersedes any prior order regarding the scope of the allowable redactions.

2

| | | Activision if made publicly available. | |
|---|---|---|---|
| Activision | Specified portions of PX2421 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, business partnerships, and terms of existing confidential agreements, which could be used to injure Activision if made publicly available. | GRANTED. |
| Google | PX 8003: ¶2:10-11, ¶15:10 | Competitive interests warrant sealing details regarding Google's financial investment in its Stadia business which, if disclosed, would reveal Google's forward-looking business strategy, causing injury to Google. | GRANTED. |
| Google | PX8003: ¶9, ¶20:1-2, ¶21:5 | Competitive interests warrant sealing actual and forecasted user totals for Google's Stadia service which, if disclosed, would reveal Google's forward-looking business strategy, causing injury to Google. | GRANTED. |
| Google | PX8003: ¶21:8 | Confidentiality and competitive interests warrant sealing the identities of Google's customers which, if disclosed, would harm Google's ability to contract with third parties and allow Google's competitors to target those customers. | GRANTED. |
| Google | Specified portions of PX7063 | Competitive interests warrant sealing details of Google's cloud-gaming service that would reveal Google's forward-looking business practices, confidential negotiations, and confidential employee information, causing injury to Google. | DENIED as moot because the exhibit was not admitted into evidence. (Dkt. No. 335 at 2.) |
| Google | Specified portions of PX3058 | Competitive interests warrant sealing details regarding Google's financial investment in its Stadia business which, if disclosed, could reveal Google's forward-looking business strategies, causing injury to Google. | DENIED as moot because the exhibit was not admitted into evidence. (Dkt. No. 335 at 2.) |
| Microsoft | PX0003 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |

3

| | | | |
|---|---|---|---|
| Microsoft | PX0006 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX0014 in its entirety | This portion contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business strategy, market share analyses, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. This document is a confidential submission to a regulator. | GRANTED. |
| Microsoft | Specified portions of PX0038 | Contains non-public and highly sensitive information including, but not limited to, investment decisions, future business strategy, strategic evaluation of forward-looking opportunities, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1025 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, strategic evaluation of forward-looking opportunities, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1065 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available | DENIED in part as to the portions discussed in open court on June 23, 2023 and as to the "Strategy Overview" Section on page PX1065-003, excluding specific numbers, due to its use in this Court's opinion. |

4

| | | | |
|---|---|---|---|
| Microsoft | Specified portions of PX1070 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1075 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, assessment of the competitive landscape, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1087 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1102 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, internal financial/revenue information or projections, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1110 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available | GRANTED. |
| Microsoft | Specified portions of PX1136 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made | GRANTED. |

| | | | |
|---|---|---|---|
| | | publicly available. | |
| Microsoft | PX1145 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | DENIED in part as to the portions discussed in open court on June 23, 2023. |
| Microsoft | Specified portions of PX1151 | Contains non-public and highly sensitive information including, but not limited to business partnerships and future business strategy which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1154 | Contains non-public and highly sensitive information including, but not limited to business partnerships and future business strategy which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1240 | Contains non-public and highly sensitive information including, but not limited to, detailed metrics used for analysis of gaming business, investment decisions, future business strategy, market share analyses, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1274 | Contains non-public and highly sensitive information including, but not limited to, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1275 | Contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1283 | Contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1324 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1425 in its entirety | Contains non-public and highly sensitive information including, but not limited to, investment decisions, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |

6

| | | | |
|---|---|---|---|
| Microsoft | PX1471 in its entirety | Contains non-public and highly sensitive information including, but not limited to, investment decisions, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1476 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1516 | Contains non-public and highly sensitive information including, but not limited to, detailed metrics used for analysis of gaming business, investment decisions, future business strategy, market share analyses, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1517 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy, strategic evaluation of forward-looking opportunities, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1529 | Contains non-public and highly sensitive information including, but not limited to, investment decisions, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available | GRANTED. |
| Microsoft | Specified portions of PX1538 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1571 in its entirety | Contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1603 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy and internal user data, which could be used to injure the designating parties if made publicly available. | GRANTED. |

| | | | |
|---|---|---|---|
| Microsoft | PX1613 in its entirety | Contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available | GRANTED. |
| Microsoft | PX1624 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, and future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1747 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1763 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, strategic evaluation of forward-looking opportunities, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available | GRANTED. |
| Microsoft | Specified portions of PX1777 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1828 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business strategy, and internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1877 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes and future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX1889 in its entirety | Contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available. | GRANTED. |
| Microsoft | PX1897 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy and assessment of the | DENIED. Discussed at length in open |

|  |  |  |  |
|---|---|---|---|
|  |  | competitive landscape, which could be used to injure the designating parties if made publicly available. | court on June 23, 2023. |
| Microsoft | Specified portions of PX1949 | Contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1950 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1951 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business strategy, strategic evaluation of forward-looking opportunities, internal user data, and potential business partnerships, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX1966 | Contains non-public and highly sensitive information including, but not limited to, investment decisions, future business strategy, internal financial/revenue information or projections, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX3109 | Contains non-public and highly sensitive information including, but not limited to, terms of proposed confidential agreements, which could be used to injure Microsoft if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4005 | Contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities, confidential terms of existing agreements, potential business partnerships/negotiations, and evaluation of a third-party partner, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4028 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, future business strategy, and internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4029 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, | GRANTED. |

9

| | | | |
|---|---|---|---|
| | | investment decisions, and future business strategy, which could be used to injure the designating parties if made publicly available. | |
| Microsoft | Specified redactions of PX4066 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, and future business strategy, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4157 | Contains non-public and highly sensitive information including, but not limited to strategic evaluation of forward-looking opportunities, which could be used to injure Microsoft if made publicly available | GRANTED. |
| Microsoft | PX4267 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4303 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, strategic evaluation of forward-looking opportunities, internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4334 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, internal financial/revenue information or projections, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Microsoft previously sought in camera treatment for this exhibit at ECF No. 261, and now seeks redactions in light of its use at the evidentiary hearing. | GRANTED. |
| Microsoft | Specified portions of PX4341 | Contains non-public and highly sensitive information including, but not limited to, confidential revenue figures and projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4344 | Contains non-public and highly sensitive information including, but not limited to, confidential revenue figures and projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4351 | Contains non-public and highly sensitive information including, but not limited to, business partnerships, which could be used to injure the designating parties if made publicly | GRANTED. |

| | | | |
|---|---|---|---|
| | | available. | |
| Microsoft | PX4430 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal financial/revenue information or projections and confidential terms of existing agreements, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4505 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy and assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4629 in its entirety | Contains non-public and highly sensitive information including, but not limited to, assessment of the competitive landscape which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4647 in its entirety | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, assessment of the competitive landscape, and internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | PX4673 in its entirety | Contains non-public and highly sensitive information including, but not limited to, future business strategy and internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX4695 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, potential business partnerships/negotiations, presented under a non-disclosure agreement, which could be used to injure the designating parties if made publicly available. This document was mistakenly described as a "webpage" on the FTC's exhibit list, but it is not a public document. It is a confidential Xbox presentation. | GRANTED. |
| Microsoft | PX5000 in its entirety | This expert report contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, | GRANTED. |

11

| | | | |
|---|---|---|---|
| | | which could be used to injure the designating parties if made publicly available. Additionally, each of the expert reports in this matter contain confidential information submitted by numerous third parties who are not able to view the full reports to determine what of their information should be sealed. Accordingly, Microsoft requests that the Court grant continued in camera treatment to the expert reports. | |
| Microsoft | Specified portions of PX7011 | Portions of this investigative hearing transcript contain non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX7014 | Portions of this investigative hearing transcript contain non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. | GRANTED. |
| Microsoft | Specified portions of PX7046 | Portions of this deposition transcript contains non-public and highly sensitive information, including, but not limited to, internal decision-making processes, investment decisions, strategic evaluation of forward-looking opportunities, market share analyses, assessment of the competitive landscape, and internal discussions of business strategy, which could be used to injure Microsoft if made publicly available. | GRANTED. |
| Microsoft | Specified portions of RX1080 | Contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | RX1105 in its entirety | Contains non-public and highly sensitive information including, but not limited to, investment decisions, strategic evaluation of forward-looking opportunities, and assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portion of | Contains non-public and highly sensitive information including, but not limited to, | GRANTED. |

| | | | |
|---|---|---|---|
| | RX1120 | forward-looking opportunities and internal discussion of business strategy, which could be used to injure the designating parties if made publicly available. | |
| Microsoft | Specified portions of RX1128 | Contains non-public and highly sensitive information including, but not limited to, revenue figures and projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of RX1133 | Contains non-public and highly sensitive information including, but not limited to, strategic evaluation of forward-looking opportunities and internal discussion of business strategy, which could be used to injure the designating parties if made publicly available | GRANTED. |
| Microsoft | Specified portions of RX1137 | Contains non-public and highly sensitive information including, but not limited to, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | RX1140 in its entirety | Contains non-public and highly sensitive information including, but not limited to, investment decisions, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, and internal financial/revenue information or projections, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | Specified portions of RX1154 | Contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | RX1211 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | RX1212 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating | GRANTED. |

13

| | | | |
|---|---|---|---|
| | | parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | |
| Microsoft | RX1245 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | RX2170 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | RX3024 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | RX3025 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | RX3027 in its entirety | Contains non-public and highly sensitive information including, but not limited to confidential terms of existing agreements, and potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Although the existence of the agreement is public (and was cited in the Court's opinion), the agreement itself remains highly confidential. | GRANTED. |
| Microsoft | Specified portions of RX3166 | Contains non-public and highly sensitive information including, but not limited to, internal presentations discussing business strategy, which could be used to injure the designating if made publicly available. | GRANTED. |
| Microsoft | Specified portions of | Contains non-public and highly sensitive information including, but not limited to sales | GRANTED. |

14

| | | | |
|---|---|---|---|
| | RX5046 | data and trends, which could be used to injure Microsoft if made publicly available. | |
| Microsoft | Specified portions of RX5054 | Contains non-public and highly sensitive information including, but not limited to, market share analyses, assessment of the competitive landscape, which could be used to injure the designating parties if made publicly available. | GRANTED. |
| Microsoft | RX5055 in its entirety | This expert report contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Additionally, each of the expert reports in this matter contain confidential information submitted by numerous third parties who are not able to view the full reports to determine what of their information should be sealed. Accordingly, Microsoft requests that the Court grant continued in camera treatment to the expert reports. | GRANTED. |
| Microsoft | RX5056 in its entirety | This expert report contains non-public and highly sensitive information including, but not limited to, internal decision-making processes, investment decisions, future business strategy, market share analyses, strategic evaluation of forward-looking opportunities, assessment of the competitive landscape, internal financial/revenue information or projections, internal user data, confidential terms of existing agreements, potential business partnerships/negotiations, which could be used to injure the designating parties if made publicly available. Additionally, each of the expert reports in this matter contain confidential information submitted by numerous third parties who are not able to view the full reports to determine what of their information should be sealed. Accordingly, Microsoft requests that the Court grant continued in camera treatment to the expert reports. | GRANTED. |
| Nintendo | PX3218 in its entirety | This exhibit is a sensitive and confidential email between Nintendo and content publishers/ providers, including Microsoft and Activision, to discuss and negotiate business deals. Disclosing these discussions would allow competitors to leverage confidential | GRANTED. |

15

| | | | |
|---|---|---|---|
| | | negotiation points in future negotiations with Nintendo that would adversely affect Nintendo's negotiation position. | |
| Nintendo | Specified portions of PX3225 | Contains a draft agreement between Nintendo and Microsoft, including proposed edits and redlines. Such information is highly confidential as it reveals the negotiation process for a contractual agreement. Public disclosure would result in competitive harm to Nintendo as competitors would undoubtedly use such information in potential future negotiations with Nintendo. | GRANTED. |
| Nintendo | Specified portions of PX3233 | Contains a draft agreement between Nintendo and Microsoft, including proposed edits and redlines. Such information is highly confidential as it reveals the negotiation process for a contractual agreement. Public disclosure would result in competitive harm to Nintendo as competitors would undoubtedly use such information in potential future negotiations with Nintendo. | GRANTED. |
| Nintendo | PX 3234 in its entirety | This exhibit is a sensitive and confidential email between Nintendo and content publishers/ providers, including Microsoft and Activision, to discuss and negotiate business deals. Disclosing these discussions would allow competitors to leverage confidential negotiation points in future negotiations with Nintendo that would adversely affect Nintendo's negotiation position. | GRANTED. |
| Nintendo | Internal Nintendo employee email addresses | All of Nintendo's exhibits referenced above contain internal Nintendo email addresses. There is no public interest in such information and therefore no legitimate need for it to be publicly disclosed. | GRANTED. |
| Sony | Specified portions of RX0020 | This exhibit contains non-public and highly sensitive information about Sony negotiations with third party partners and discussions of particular contract terms with particular partners negotiations with third party partners and discussions of particular contract terms with particular partners. | GRANTED. |
| Sony | Specified portions of RX0075 | This exhibit contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps, or innovation plans as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | GRANTED. |
| Sony | PX3080 in its entirety | Contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps, or innovation plans as well as SIE business analysis regarding | GRANTED. |

16

| | | | |
|---|---|---|---|
| | | competitors' and commercial partners' behavior and products. | |
| Sony | RX0700 | Contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps, or innovation plans, SIE's approach to contract negotiations with third party partners and discussions of particular contract terms with particular partners, as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | GRANTED for the reasons previously stated on the record. |
| Sony | RX2069 | Contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps, or innovation plans as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | GRANTED for the reasons previously stated on the record. |
| Sony | RX2163 | Contains non-public and highly sensitive information about SIE's business strategies, competitive business plans, future investment plans, console and product development plans, product roadmaps, or innovation plans as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | GRANTED for the reasons previously stated on the record. |
| Sony | RX2098 | Contains non-public and highly sensitive information about SIE's approach to contract negotiations with third party partners and discussions of particular contract terms with particular partners as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | GRANTED for the reasons previously stated on the record. |
| Sony | Specified portions of RX5000 | Contains non-public and highly sensitive information about SIE data, analysis, and survey results relating to SIE product strategy and platform users' behavior on SIE's platform, including user engagement, gameplay, spend, likelihood of switching, or potential competitive impacts of Microsoft's proposed acquisition of Activision, SIE's approach to contract negotiations with third party partners and discussions of particular contract terms with particular partners, the nature and scope of SIE's technical collaboration with particular publishers, as well as SIE business analysis regarding competitors' and commercial partners' behavior and products. | Not admitted into evidence. |