UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**ORDER RE: PUBLIC VERSIONS OF TRIAL EXHIBITS** |

On September 7, 2023, the Court issued an order resolving all remaining sealing issues with respect to the trial exhibits in this matter. (Dkt. No. 357.) The Court ordered the parties to meet and confer and provide the Court with a secure cloud link to the admitted exhibits with the redactions set forth in the Court's orders. Microsoft provided the link on September 14 and the Court uploaded the exhibits to internet page established for this case. https://www.cand.uscourts.gov/ftc-v-microsoft_corp_et_al/. The parties have notified the Court that the version of the exhibits provided contained non-public information and the Court has removed the trial exhibits from the internet. The parties shall meet and confer, including with any non-parties, and resubmit the admitted trial exhibits via a secure cloud link by September 22, 2023. The parties shall simultaneously file a written certification signed by all parties, and non-parties whose information is contained in the admitted trial exhibits, verifying they have reviewed the exhibits and certify they contain only public information in accordance with the Court's orders.

**IT IS SO ORDERED.**

Dated: September 19, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge