[Submitting Counsel Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>    Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**CERTIFICATION REGARDING PUBLIC TRIAL EXHIBITS**<br><br>Dept.:   Courtroom 8—19th Floor<br>Judge:   Honorable Jacqueline S. Corley |

Pursuant to the Court's September 19, 2023 Order Re: Public Versions of Trial Exhibits, ECF No. 358, the undersigned counsel for Microsoft Corporation and Activision Blizzard, Inc., parties in the above-captioned matter, and counsel for non-parties Google LLC, Sony Interactive Entertainment LLC, Nintendo of America, Inc, and Nvidia Corp. hereby declare under penalty of perjury:

1. Counsel for each party and non-party listed herein have reviewed the exhibits submitted to the Court simultaneously with the filing of this certification ("submitted exhibits"); and

2. Undersigned counsel hereby certify that the publicly accessible portions of the submitted exhibits do not contain its client's confidential information, in accordance with the Court's orders.

The undersigned declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge.

|   |   |   |
|---|---|---|
| 1 | Dated: September 22, 2023 | Respectfully submitted, |
| 2 | By: */s/ Steven C. Sunshine* | By: */s/ Beth Wilkinson* |
| 3 | Steven C. Sunshine (*pro hac vice*)<br>Julia K. York (*pro hac vice*) | Beth Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*) |
| 4 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | Kieran Gostin (*pro hac vice*)<br>Grace Hill (*pro hac vice*) |
| 5 | 1440 New York Avenue, N.W.<br>Washington, DC 20005-2111 | James Rosenthal (*pro hac vice*)<br>Anastasia M. Pastan (*pro hac vice*) |
| 6 | Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760 | Sarah Neuman (*pro hac vice*)<br>Jenna Pavelec (*pro hac vice*) |
| 7 | steven.sunshine@skadden.com<br>julia.york@skadden.com | Alysha Bohanon (*pro hac vice*)<br>**WILKINSON STEKLOFF LLP** |
| 8 | Michael J. Sheerin (*pro hac vice*) | 2001 M Street, N.W., 10th Floor<br>Washington, D.C. 20036 |
| 9 | Evan R. Kreiner (*pro hac vice*)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005 |
| 10 | 1 Manhattan West | bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com |
| 11 | New York, NY 10001<br>Telephone: (212) 735-3000 | kgostin@wilkinsonstekloff.com<br>ghill@wilkinsonstekloff.com |
| 12 | Fax: (212) 735-2000<br>michael.sheerin@skadden.com | jrosenthal@wilkinsonstekloff.com<br>apastan@wilkinsonstekloff.com |
| 13 | evan.kreiner@skadden.com | sneuman@wilkinsonstekloff.com<br>jpavelec@wilkinsonstekloff.com |
| 14 | Caroline Van Ness (SBN 281675)<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | abohanon@wilkinsonstekloff.com |
| 15 | 525 University Avenue | Bambo Obaro (SBN 267683)<br>**WEIL, GOTSHAL & MANGES LLP** |
| 16 | Palo Alto, California 94301<br>Telephone: (650) 470-4500 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 17 | Facsimile: (213) 621-5430<br>caroline.vanness@skadden.com | Telephone: (650) 802-3083<br>Facsimile: (650) 802-3100 |
| 18 | *Counsel for Defendant Activision Blizzard, Inc.* | bambo.obaro@weil.com |
| 19 |  | Michael Moiseyev (*pro hac vice*)<br>Megan A. Granger (*pro hac vice*) |
| 20 |  | **WEIL, GOTSHAL & MANGES LLP**<br>2001 M Street, NW |
| 21 |  | Suite 600<br>Washington, DC 20036 |
| 22 |  | Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940 |
| 23 |  | michael.moiseyev@weil.com<br>megan.granger@weil.com |
| 24 |  | *Counsel for Microsoft Corp.* |
| 25 | By: */s/ Evan Miller* | By: */s/ Elsbeth Bennett* |
| 26 | Evan Miller (*pro hac vice*)<br>**VINSON & ELKINS L.L.P.** | Elsbeth Bennett (*pro hac vice*)<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 27 | 555 Mission Street Suite 2000<br>San Francisco, California 94105 | 2112 Pennsylvania Ave, N.W.<br>Washington, DC 20037 |
| 28 | Tel:   202.639.6500<br>emiller@velaw.com | Telephone: 202-974-1959<br>ebennett@cgsh.com |

| | |
|---|---|
| *Counsel for Non-Party Google LLC* | Zachary G. Tschida (SBN 344994)<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>Telephone: 650-815-4100<br>ztschida@cgsh.com<br><br>*Counsel for Non-Party Sony Interactive Entertainment LLC* |
| By: */s/ Leonard L. Gordon*<br>    Leonard L. Gordon (*pro hac vice*)<br>    Benjamin P. Argyle (*pro hac vice*)<br>    **VENABLE LLP**<br>    151 W. 42nd Street, 49th Floor<br>    New York, NY 10036<br>    Telephone:  212.307.5500<br>    llgordon@venable.com<br>    bpargyle@venable.com<br><br>*Counsel for Non-Party Nintendo of America, Inc.* | By: */s/ Michael D. Bonanno*<br>    Michael D. Bonanno (*pro hac vice*)<br>    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>    1300 I Street NW, Suite 900<br>    Washington, D.C. 20005<br>    Telephone: (202) 538-8000<br>    mikebonanno@quinnemanuel.com<br><br>    Ognjen Zivojnovic (Bar No. 307801)<br>    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>    50 California Street, 22nd Floor<br>    San Francisco, California 94111<br>    Telephone: (415) 875-6600<br>    ogizivojnovic@quinnemanuel.com<br><br>*Counsel for Non-Party Nvidia Corp.* |