| | |
|---|---|
| 1 | James H. Weingarten, DC Bar No. 985070 |
| 2 | Peggy Bayer Femenella, DC Bar No. 472770<br>James Abell, DC Bar No. 990773 |
| 3 | Cem Akleman, FL Bar No. 107666<br>Jennifer Fleury, NY Bar No. 5053178 |
| 4 | Meredith R. Levert, DC Bar No. 498245<br>James Gossmann, DC Bar No. 1048904 |

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*jweingarten@ftc.gov; pbayerfemenella@ftc.gov;*
*jabell@ftc.gov; cakleman@ftc.gov;*
*jfleury@ftc.gov; mlevert@ftc.gov;*
*jgossmann@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>          Plaintiff,<br><br>     v.<br><br>**MICROSOFT CORP.**,<br><br>and<br><br>**ACTIVISION BLIZZARD, INC.**,<br><br>          Defendants. | Case No. 3:23-cv-02880<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that James H. Weingarten of the Federal Trade Commission hereby withdraws as attorney for Plaintiff Federal Trade Commission.

DATED: June 6, 2024                    */s/ James H. Weingarten*
                                                           Attorney Name

                                                           James H. Weingarten
                                                           Peggy Bayer Femenella
                                                           James Abell

NOTICE OF WITHDRAWAL
CASE NO. 3:23-cv-02880

1

Cem Akleman
J. Alexander Ansaldo
Michael T. Blevins
Amanda T. Butler
Nicole Callan
Maria Cirincione
Kassandra DiPietro
Jennifer Fleury
Michael A. Franchak
James Gossmann
Ethan Gurwitz
Meredith R. Levert
David E. Morris
Merrick Pastore
Stephen Santulli
Edmund Saw


Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-3570

*Counsel for Plaintiff Federal Trade Commission*

NOTICE OF WITHDRAWAL
CASE NO. 3:23-cv-02880

2