CLEARY GOTTLIEB STEEN & HAMILTON LLP
C. Lawrence Malm (admitted *pro hac vice*)
lmalm@cgsh.com
2112 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202-974-1959

Zachary G. Tschida (Bar No. 344994)
ztschida@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: 650-815-4100

*Counsel for Non-Party Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>and<br>ACTIVISION BLIZZARD, INC.<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>The Honorable Jacqueline Scott Corley |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE of this Notice of Withdrawal of Appearance of Zachary Tschida. Mr. Tschida will leave the employ of Cleary Gottlieb Steen & Hamilton LLP on July 19, 2024.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Sony Interactive Entertainment LLC.

Pursuant to L.R. 11-5(a), submitted herewith is a [Proposed] Order granting withdrawal of Counsel by entry by the Court.

Dated: July 19, 2024

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Zachary G. Tschida

C. Lawrence Malm (admitted *pro hac vice*)
lmalm@cgsh.com
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
T: 202-974-1959

Zachary G. Tschida (Bar No. 344994)
ztschida@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: 650-815-4100

*Counsel for Non-Party Sony Interactive Entertainment LLC*