1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br><br>ACTIVISION BLIZZARD, INC.<br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL**<br><br>The Honorable Jacqueline Scott Corley |

Upon consideration of the Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Zachary Tschida is hereby withdrawn as counsel of record for non-party Sony Interactive Entertainment, LLC. The Clerk of the Court is directed to remove Zachary Tschida from the record and from the Court's ECF notification in this case.

**IT IS SO ORDERED.**

DATED: _____        _____
                                              HON. JACQUELINE SCOTT
                                              CORLEY
                                              UNITED STATES DISTRICT JUDGE