# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>and<br><br>ACTIVISION BLIZZARD, INC.<br><br>Defendants. | Case No. 3:23-cv-02880-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL<br><br>The Honorable Jacqueline Scott Corley |

Upon consideration of the Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Zachary Tschida is hereby withdrawn as counsel of record for non-party Sony Interactive Entertainment, LLC. The Clerk of the Court is directed to remove Zachary Tschida from the record and from the Court's ECF notification in this case.

**IT IS SO ORDERED.**

DATED: September 3, 2024

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE